UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| GRASSROOTS ANALYTICS, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY),<br><br>Counterclaim-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 24-cv-3035 (APM)

## **ORDER**

Pursuant to the Parties' Local Civil Rule 16.3 Report and the Status Conference held on January 21, 2025, the court orders the following with regard to further proceedings in this matter:

I. Schedule

   A. The parties shall exchange initial disclosures, as required under Rule 26(a)(1), on or before **January 22, 2025**;

   B. The parties shall amend pleadings consistent with the requirements of Federal Rule of Civil Procedure 15.

C. The parties shall seek to add parties on or before **March 24, 2025**;

D. The parties shall submit a Joint Status Report regarding the status of fact discovery on **May 16, 2025;**

E. Fact discovery shall conclude on **August 21, 2025**;

F. The parties shall submit a Joint Status Report regarding the status of discovery on **August 25, 2025**, which advises whether fact discovery is complete and whether the parties will require a period of expert discovery;

G. A Post-Discovery Status Conference is set for **August 27, 2025, at 10:00 a.m.** via videoconference, if the parties do not proceed with expert discovery;

H. Any proponent expert disclosures, as required under Rule 26(a)(2), shall be made by **September 22, 2025**;

I. Any rebuttal expert disclosures, as required under Rule 26(a)(2), shall be made by **October 22, 2025**;

J. Expert discovery shall conclude on **November 6, 2025**;

K. A Post-Discovery Status Conference is set for **November 10, 2025, at 10:00 a.m.** via videoconference., if the parties do proceed with expert discovery.

The parties may not extend by stipulation the deadlines for Joint Status Reports and the end of fact and expert discovery.  Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court.  A motion to extend any deadline shall indicate whether any previous extensions were requested and granted.

The parties may modify all other interim deadlines by stipulation.  If the parties cannot agree to a schedule modification, the party seeking additional time must file a motion and show good cause for the modification.

Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline.  A request for an extension of time made after the discovery deadline will be considered untimely.

II.  Limits on Discovery

Parties shall not exceed the numerical limitations placed on the various methods of discovery as set forth in the Federal Rules of Civil Procedure, unless granted leave by the court.

III. Discovery Disputes

In the event of discovery dispute, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the dispute, the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled.  The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely.

IV.  Settlement

The parties are expected to continue to evaluate their respective cases for purposes of settlement.  The court encourages the use of alternative dispute resolution—e.g., mediation or neutral case evaluation.  The use of these methods is available at any time, as is a settlement conference before a magistrate judge.  If the parties are interested in pursuing these options, they may contact chambers at any time.

Dated: January 22, 2025

Amit P. Mehta
United States District Court Judge