## VERIFIED RETURN OF SERVICE

State of Florida                                                                                                County of Miami-Dade

Case Number: 1:24-CV-03035-APM

Plaintiff: **PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE**
vs.
Defendant: **GRASSROOTS ANALYTICS, INC.**

For:
DANIEL PRESS
CHUNG & PRESS, P.C.
6718 WHITTIER AVENUE
#200
MCLEAN, VA 22101

Received by RUDY REYES on the 13th day of February, 2025 at 11:54 am to be served on **PHILLIP CHARLES EHR, 8962 SW 142ND AVE, APT 1219, MIAMI, FL 33186**

I, RUDY REYES, do hereby affirm that on the **20th day of February, 2025** at **10:36 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS, COMPLAINT, AND ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** with the date and hour of service endorsed thereon by me, to: **VANESSA BRITO** as **AUTHORIZED TO ACCEPT** at the address of: **8962 SW 142ND AVE, APT 1219, MIAMI, FL 33186**, who stated they are authorized to accept service for **PHILLIP CHARLES EHR**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/13/2025  3:58 pm  Attempted service at 8962 SW 142ND AVE APT 1219, MIAMI, FL 33186, Spoke with the house sitter, Vanessa, she stated that subject is out of the country in Ukraine since December 2024 on a humanitarian mission. Vanessa and process server exchanged numbers to be in contact in the event subject authorizes them to accept the Summons on their behalf.
2/20/2025  10:36 am  Served Vanessa Brito as authorized person/ substitute service a white female, approximately 45 years old, 5'5", 145lbs, black hair and not wearing glasses at the time of service.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**RUDY REYES**
P.S.# 10125

Our Job Serial Number: JGR-2025000134

