UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
   **Plaintiff**

                Civil Action No.: 1:24-cv-03035-APM

**v.**

**GRASSROOTS ANALYTICS, INC.**
   **Defendant.**


### DECLARATION OF VANESSA BRITO

  **VANESSA BRITO**, being of full age, asserts that the statements below are true.

1. I am over eighteen (18) years of age, of sound mind, and otherwise fully competent to make the statements in this document. The factual assertions contained in this Declaration are made on personal knowledge.

2. I am a U.S. citizen, born and raised in Florida, and have been residing permanently in Florida since 1983.

3. Among other occupational endeavors, I have served as a political consultant and volunteer on multiple electoral campaigns. In my capacity as a consultant, I assisted on the Phil Ehr for Congress campaign from the Spring of 2024 through the election in November, 2024.

4. During the Ehr Congressional campaign, an apartment in unincorporated Miami-Dade County was used by the campaign as a meeting location.

5. To my knowledge, Phil Ehr is currently out-of-state (in Ohio), was recently in Maryland, and has been traveling in and out of Florida engaged in charitable activities.

6. I am neither a relative, domestic partner nor employee of Mr. Ehr.

7. While Phil Ehr has been traveling since the November 2024 election, I have been checking in from time to time on this apartment, to ensure that there has been no vandalism, that the utilities are operational, and the like.

8. On February 13, 2025, a "process server" stopped by at the apartment, and stated that he needed to serve legal documents on Phil Ehr. I specifically told this individual, a tall Hispanic male, that I was not a relative of Mr. Ehr, that I did not reside at the apartment, and that I was not authorized to accept any papers on behalf of Mr. Ehr.

9. The process server stated that he could not serve me because I did not live with Phil Ehr and I did not reside at the apartment. This person then asked that I contact Phil, stating that he could only serve me if I was authorized to accept service for Phil.

10. That afternoon, I texted Phil and informed him that a process server had stopped by at the subject location.

11. Phil Ehr responded the next day, February 14th, by sending me a text stating "Thanks Vanessa. 'You are not authorized to receive process service material on my behalf.'"

12. Several days later, the same process server appeared near my car, as I had just finished checking on the apartment.

13. The process server handed me papers, even as I repeated yet again that I was NOT authorized to accept any papers intended for Phil Ehr. The process server asserted that it didn't matter, and that he had to give me the papers.

14. I left the papers at the apartment. I have no idea whether Phil Ehr has seen the litigation papers handed to me in mid-February. I am currently engaged in assisting in a special Congressional election in Congress District 1, in the Florida Panhandle.

**VERIFICATION**

15. The undersigned states that she has reviewed the statements made in this Declaration. Pursuant to the provisions contained in 28 U.S.C. § 1746, I Declare and Verify under Penalty of Perjury that the foregoing is true and correct.

Executed on **March 14, 2025**.

                                         /s/   Vanessa Brito
                                         **VANESSA BRITO**