## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,

        Plaintiff,

     v.

GRASSROOTS ANALYTICS, INC.,

        Defendant.

_____

GRASSROOTS ANALYTICS, INC.,

        Counterclaim-Plaintiff,

     v.

PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)

        Counterclaim-Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No.: 1:24-cv-03035-APM

## JOINT MOTION TO EXTEND DEADLINE TO ADD OR SUBSTITUTE PARTIES

      Pursuant to Rule 25 of the Federal Rules of Civil Procedure, the parties jointly request that the Court extend the deadline to add or substitute parties from March 24, 2025 to April 18, 2025. In support of this request, the parties state the following:

      1.     On October 24, 2024, the Phil Ehr for Congress Campaign Committee (the "Congressional Campaign") filed this lawsuit against Grassroots Analytics, Inc. *See* ECF No. 1. As shown below, the caption of the Complaint identifies the Congressional Campaign as "a Florida Unincorporated Association." *Id.* at 1.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Daniel M. Press (#419739), Chung & Press, P.C.
6718 Whittier Ave. #200, McLean VA 22101
703-734-3800

**PHIL EHR FOR CONGRESS CAMPAIGN
COMMITTEE, a Florida Unincorporated
Association**
PO Box 5651
Tallahassee, FL 32314

           **Plaintiff,**

    **v.**

**GRASSROOTS ANALYTICS, INC., a
Delaware Corporation**
806 7th Street NW, Suite 300
Washington DC 20001
    Serve: CORPORATION SERVICE
      COMPANY, Reg. Agt.
    1090 VERMONT AVE. NW
    Washington DC 20005

      **Defendant.**

Civil Action No. _____

2. On December 13, 2024, Grassroots Analytics answered the Complaint and filed Counterclaims against the Congressional Campaign, the Phil Ehr for Senate Campaign Committee, and Phil Ehr in his individual capacity. *See* ECF No. 4.

3. After the parties filed their Joint Rule 26(f) and Local Rule 16.3 report, this Court entered a Scheduling Order, ECF No. 11, setting a deadline of March 24 for the parties to add or substitute parties, *id.* at 2.

4. Thereafter, counsel for Grassroots Analytics raised with counsel for the Campaign Committee that Florida unincorporated associations cannot sue or be sued, but rather must sue or be sued through their individual members. *See, e.g.*, *Asociacion de Perjudicados Por Inversiones Efectuadas En U.S.A. v. Citibank, F.S.B.*, 770 So.2d 1267 (Fla. 3d DCA 2000). Counsel for the Campaign Committee indicated in response that he believes the Campaign Committee is *not* a Florida unincorporated association, but rather organized under federal election law, and that the

2

caption on the Complaint is erroneous. The parties are continuing to confer but require more time to get to the bottom of the issue and identify the most prudent path forward.

5.      The parties respectfully submit that good cause exists for the extension, and this motion is not made for any improper purpose or delay.

Accordingly, the parties respectfully request that the Court extend the deadline to add or substitute parties from March 24, 2025 to April 18, 2025.


DATED: March 18, 2025                          Respectfully Submitted,


                                               By: /s/ Kathryn Ali
                                               Kathryn Ali (D.C. Bar No. 994633)
                                               Elizabeth Lockwood (D.C. Bar No. 1029746)
                                               Meghan Palmer (D.C. Bar No. 1736144)
                                               ALI & LOCKWOOD LLP
                                               501 H Street NE, Suite 200
                                               Washington, D.C. 20002
                                               (202) 651-2475
                                               katie.ali@alilockwood.com
                                               liz.lockwood@alilockwood.com
                                               meghan.palmer@alilockwood.com

                                               Mark A. Lancaster (D.C. Bar No. 1620256)
                                               General Counsel,
                                               Grassroots Analytics, Inc.
                                               mlancaster@grassrootsanalytics.com

                                               *Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*

                                               /s/ Daniel M. Press
                                               Daniel M. Press
                                               D.C. Bar No. 419739
                                               CHUNG & PRESS, P.C.
                                               6718 Whittier Avenue, # 200
                                               McLean, VA 22101
                                               Ph. # 703-734-3800
                                               Fax # 703-734-0590

dpress@chung-press.com

*Counsel for Plaintiff-Counterdefendant Phil Ehr for Congress Campaign Committee, f/k/a Phil Ehr for Senate Campaign Committee.*