IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE, | : |
| Plaintiff, | : |
| v. | : |
| GRASSROOTS ANALYTICS, INC., | : No.: 1:24-cv-03035-APM |
| Defendant. | : |
| GRASSROOTS ANALYTICS, INC., | : |
| Counterclaim-Plaintiff, | : |
| v. | : |
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY) | : |
| Counterclaim-Defendants. | : |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO ADD OR SUBSTITUTE PARTIES**

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Grassroots Analytics respectfully requests that the Court extend the deadline to add or substitute parties from March 24, 2025 to April 18, 2025. Counsel for Grassroots Analytics has conferred with counsel for the Phil Ehr for Congress Campaign Committee (the "Ehr Congressional Campaign"), who does not

1

oppose the relief requested herein.[1] In support of this request, Grassroots Analytics state the following:

1. On October 24, 2024, the Ehr Congressional Campaign filed this lawsuit against Grassroots Analytics, Inc. *See* ECF No. 1. As shown below, the caption of the Complaint identifies the Ehr Congressional Campaign as "a Florida Unincorporated Association." *Id.* at 1.

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF COLUMBIA

 PHIL EHR FOR CONGRESS CAMPAIGN
 COMMITTEE, a Florida Unincorporated
 Association
 PO Box 5651
 Tallahassee, FL 32314
              Plaintiff,
                                                 Civil Action No. _____
 v.

 GRASSROOTS ANALYTICS, INC., a
 Delaware Corporation
 806 7th Street NW, Suite 300
 Washington DC 20001
        Serve: CORPORATION SERVICE
        COMPANY, Reg. Agt.
        1090 VERMONT AVE. NW
        Washington DC 20005
              Defendant.
```

2. On December 13, 2024, Grassroots Analytics answered the Complaint and filed Counterclaims against the Ehr Congressional Campaign, the Phil Ehr for Senate Campaign Committee, and Phil Ehr in his individual capacity. *See* ECF No. 4.

---

[1] This was originally filed in error as a Joint Motion (ECF No. 14), based on a misunderstanding by undersigned counsel.

3. After the parties filed their Joint Rule 26(f) and Local Rule 16.3 report, this Court entered a Scheduling Order, ECF No. 11, setting a deadline of March 24 for the parties to add or substitute parties, *id.* at 2.

4. Thereafter, counsel for Grassroots Analytics raised with counsel for the Ehr Congressional Campaign that Florida unincorporated associations cannot sue or be sued, but rather must sue or be sued through their individual members. *See, e.g.*, *Asociacion de Perjudicados Por Inversiones Efectuadas En U.S.A. v. Citibank, F.S.B.*, 770 So.2d 1267 (Fla. 3d DCA 2000). Counsel for the Ehr Congressional Campaign indicated in response that he believes the Ehr Congressional Campaign is *not* a Florida unincorporated association, but rather organized under federal election law, and that the caption on the Complaint is erroneous. The parties are continuing to confer but require more time to get to the bottom of the issue and identify the most prudent path forward.

5. Grassroots Analytics respectfully submits that good cause exists for the extension, and this motion is not made for any improper purpose or delay.

Accordingly, Grassroots Analytics respectfully requests that the Court extend the deadline to add or substitute parties from March 24, 2025 to April 18, 2025.

DATED: March 18, 2025                                Respectfully Submitted,

By: /s/ Kathryn Ali
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com

3

liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

Mark A. Lancaster (D.C. Bar No. 1620256)
General Counsel,
Grassroots Analytics, Inc.
mlancaster@grassrootsanalytics.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*

4