**Katie Ali**

| | |
|---|---|
| **From:** | Dan Press <dpress@chung-press.com> |
| **Sent:** | Saturday, January 11, 2025 9:08 AM |
| **To:** | Katie Ali |
| **Cc:** | Liz Lockwood; Meghan Palmer |
| **Subject:** | Re: Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order |

When I spoke with him he was in the UK.  He is no longer living at the previous Florida address.  I don't know whether he has now returned to the US or what his plans are in that regard.

[REDACTED]

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Saturday, January 11, 2025 12:54:37 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order

Dan – Thanks, will take a look and let you know of any additional edits on our end. With respect to Mr. Ehr, are you confirming that you spoke with him and he declined to engage you to represent him or to authorize acceptance of service? When we spoke last month you mentioned he had been on extended travel to Ukraine and that his Florida address may no longer be valid. To help facilitate service, can you please confirm whether he has returned to the United States and, if not, when he expects to do so?

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Saturday, January 11, 2025 4:12 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order

Here are my proposed revisions.

At this point, I am not representing Mr. Ehr and have no authority to accept service on his behalf.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, January 9, 2025 2:59 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order

Hi Dan –

I am checking in about your efforts to ascertain whether you will be representing Mr. Ehr/whether you are authorized to accept service on his behalf, as well as whether you have any edits to the draft Rule 16.3 report I circulated last week.

Thanks,
Katie

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Friday, January 3, 2025 10:40 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order

Thanks.  I'm trying to arrange a discussion with Mr. Her, but have not been successful as of yet.

With regard to the answer, it is due today for the Committee, but I'd ask for a brief extension to see if I can get his input and possibly a waiver of service.  Is a one-week extension OK?

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, January 2, 2025 2:01 PM
**To:** Dan Press <dpress@chung-press.com>

**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order

Hi Dan,

Happy New Year. In follow up to our meet and confer on Monday, I am attaching a draft joint Rule 26(f) and L.R. 16.3 report for your review. The scheduling order requires us to include a brief "statement of the case" at the start of the report, which I've drafted as a joint statement here. If you'd prefer to do separate plaintiff/counter-defendants and defendant/counter-plaintiff statements, that's fine with me, just let me know. I've also left a placeholder at the end of the draft for you to add your signature block.

When we spoke on Monday you agreed to get in touch with Mr. Ehr to make sure he is aware of the counterclaims and ascertain whether you are authorized to accept service on his behalf. Please let me know if you have any updates on that outreach.

Many thanks,
Katie

**From:** Katie Ali
**Sent:** Monday, December 23, 2024 11:08 AM
**To:** dpress@chung-press.com
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** Re: Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order

Hi Dan - just following up here. Please let me know when you are available for our meet and confer. Thanks.


Katie Ali
Ali & Lockwood LLP
858.354.2597 (cell)

On Dec 18, 2024, at 11:03 AM, Katie Ali <katie.ali@alilockwood.com> wrote:


Hi Dan – By my calculation, we have a December 31 deadline to have our Rule 26(f) conference. Can you please let me know your availability later this week/next so we can get that on the calendar? Thanks.

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Wednesday, December 18, 2024 12:57 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-03035-APM PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. Order


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits**

attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 12/18/2024 at 12:57 PM EDT and filed on 12/18/2024

| | |
|---|---|
| **Case Name:** | PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE v. GRASSROOTS ANALYTICS INC. |
| **Case Number:** | 1:24-cv-03035-APM |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ORDER setting an Initial Scheduling Conference for January 21, 2025, at 11:00 a.m. via video conference before Judge Amit P. Mehta. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/18/2024. (lcapm3)**


**1:24-cv-03035-APM Notice has been electronically mailed to:**

Daniel Mark Press     dpress@chung-press.com, pressdm@gmail.com

Kathryn Marshall Ali     katie.ali@alilockwood.com, kathryn-ali-0034@ecf.pacerpro.com

Elizabeth C. Lockwood     liz.lockwood@alilockwood.com

Meghan Palmer     meghan.palmer@alilockwood.com

**1:24-cv-03035-APM Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/18/2024] [FileNumber=9288081-0
] [aab7adde07ec2eb386648fe3d756e149da206446d80fe7daac75934018a31a870e6
90faebcff3c0db21e06541c6136affb2ce3b90b8b544a226a513ce0da7ab5]]