# Exhibit B

# Katie Ali

| | |
|---|---|
| **From:** | Katie Ali |
| **Sent:** | Wednesday, February 5, 2025 2:00 PM |
| **To:** | philehr@gmail.com |
| **Cc:** | Liz Lockwood; Meghan Palmer |
| **Subject:** | Ehr v. Grassroots Analytics Litigation |
| **Attachments:** | 2024_12_13_ECF 4_GA's Answer and Counterclaims.pdf |

Mr. Ehr –

Good afternoon. I understand from counsel for your campaign that you are unrepresented in the *Phil Ehr for Congress Campaign Committee v. Grassroots Analytics* matter pending in the D.D.C. If that is not correct, please let me know. I am attaching a copy of our answer and counterclaims in that litigation. Please let me know if you will accept service by e-mail. If you will not, please provide your best address.

Thank you,

**Katie Ali**

**PARTNER**

**Ali & Lockwood LLP**
501 H Street NE
Suite 200
Washington, D.C. 20002

Direct:     (202) 651-2476
Email:      katie.ali@alilockwood.com

www.alilockwood.com

*Ali & Lockwood LLP is a limited liability partnership registered in the District of Columbia.*