# Exhibit C

**CANDIDATE OATH**
**FEDERAL OFFICE**
**WITH PARTY AFFILIATION**

RECEIVED
DEPARTMENT OF STATE
2024 APR 17 AM 10: 33
DEPARTMENT OF STATE
DIVISION OF ELECTIONS

OFFICE USE ONLY

## Candidate Oath

Name to appear on ballot: __Phil Ehr__

Check box if two last names without hyphen. ☐   *(Name cannot be changed after qualifying.)*

Check box if name includes nickname. ☐   *(For use of a nickname, you must complete the Nickname Affidavit on reverse side.)*

**I swear or affirm** that I am a candidate for the office of __Representative in Congress__, __28__;
(Office) (District #)

I am qualified under the Constitution and the laws of the United States to hold the office to which I desire to be nominated or elected; I have qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with the office I seek; and I will support the Constitution of the United States.

## Statement of Party

**I swear or affirm** that I am a member of the __Democratic__ Party; I have been a registered member of this political party, for which I am seeking nomination as a candidate, for 365 days before the beginning of qualifying preceding the general election for which I seek to qualify; and I have paid the assessment levied against me, if any, by the executive committee of the above-stated political party.

## Statement of Outstanding Fines, Fees, or Penalties

I owe outstanding fines, fees, or penalties, that cumulatively exceed $250, for ethics or chapter 106 violations (s. 99.021(1)(d), F.S.).

YES, I Do _____   NO, I Do Not __X__

If you do, you must also specify the amount owed and each entity that levied the same on the reverse side.

X __Phil Ehr__   (850) 449-4931   phil@ehrforcongress.us
Signature of Candidate   Telephone Number   Email Address

8962 SW 142nd Ave, Apt 1219   Miami   FL   33186
Address of Legal Residence   City   State   ZIP Code

**STATE OF FLORIDA**
COUNTY OF __Miami Dade__

Sworn to (or affirmed) and subscribed before me by means of
online notarization ☐   OR   physical presence ☑
this __15__ day of __April__, 20__24__.

Personally Known ☐   OR   Produced Identification ☑
Type of Identification Produced: [redacted]

__Liz Cabarcas__
Signature of Notary Public
Print, Type, or Stamp Commissioned Name of Notary Public below:

LIZ CABARCAS
Notary Public
State of Florida
Comm# HH482057
Expires 1/17/2028

## Phonetic Spelling of Name

**Phonetic spelling for the audio ballot** (not required for qualifying purposes): Print the name phonetically on the line below as you wish it to be pronounced on the audio ballot as may be used by persons with disabilities (see instructions on page 3 of this form):

FIL ER

## Statement of Outstanding Fines, Fees or Penalties

*Pursuant to Section 99.021(1)(d), F.S.,* each candidate, whether a party candidate, a candidate with no party affiliation, or a write-in candidate, shall, at the time of subscribing to the oath or affirmation, state in writing whether he or she owes any outstanding fines, fees, or penalties that cumulatively exceed $250 for any violations of s. 8, Art. II of the State Constitution, the Code of Ethics for Public Officers and Employees under part III of chapter 112, any local ethics ordinance governing standards of conduct and disclosure requirements, or chapter 106.

| Amount | Entity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Affidavit of Nickname (Only required if using nickname for the ballot.)

My legal name is **Phillip Charles Ehr**. I am over the age of eighteen (18) and the contents of this affidavit are true and correct.

My nickname is **Phil Ehr**. I am generally known by this nickname or have used it as part of my legal name. I have not created the nickname to mislead voters. My nickname does not imply I am some other person, constitute a political slogan or otherwise associate me with a cause or issue, or that is obscene or profane.

Signature of Candidate: *Phil Ehr*

**STATE OF FLORIDA**
COUNTY OF **Miami Dade**

Signature of Notary Public: *L. Cabarcas*
Print, Type, or Stamp Commissioned Name of Notary Public below:

Sworn to (or affirmed) and subscribed before me by means of online notarization ☐ OR physical presence ☑ this **15** day of **April**, 20**24**.

Personally Known ☐ OR Produced Identification ☑

Type of Identification Produced: ████

LIZ CABARCAS
Notary Public
State of Florida
Comm# HH462057
Expires 1/17/2028