# Exhibit D

# VERIFIED RETURN OF SERVICE

**State of Florida**                                                                                 **County of Miami-Dade**

Case Number: 1:24-CV-03035-APM

Plaintiff: **PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE**
vs.
Defendant: **GRASSROOTS ANALYTICS, INC.**

For:
DANIEL PRESS
CHUNG & PRESS, P.C.
6718 WHITTIER AVENUE
#200
MCLEAN, VA 22101

Received by RUDY REYES on the 13th day of February, 2025 at 11:54 am to be served on **PHILLIP CHARLES EHR, 8962 SW 142ND AVE, APT 1219, MIAMI, FL 33186**.

I, RUDY REYES, do hereby affirm that on the **20th day of February, 2025** at **10:36 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, COMPLAINT, AND ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** with the date and hour of service endorsed thereon by me, to: **VANESSA BRITO** as **CO-RESIDENT/AUTHORIZED TO ACCEPT** at the address of: **8962 SW 142ND AVE, APT 1219, MIAMI, FL 33186**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/13/2025  3:58 pm  Attempted Service at 8962 SW 142nd Ave., Apt. 1219, Miami, FL 33186. Upon arrival at the address, I knocked on the door, and the individual who identified herself as Vanessa Brito answered. I introduced myself as a process server and explained the purpose of my visit. Vanessa Brito informed me that the defendant, Phillip Ehr, was currently unavailable, as he was in Ukraine on a humanitarian mission. I inquired about the defendant's expected return, but Vanessa was unable to provide a definitive date.

I then asked if she would be willing to accept the legal documents on the defendant's behalf, to which she replied that she was only house-sitting for Phillip Ehr. At this point, our conversation was briefly interrupted as Vanessa participated in a conference call, which was on mute. During the call, she mentioned acquiring donor lists and inquired if it was appropriate to send them to the correct recipient. Once the conference participants confirmed, she placed the call on mute and resumed our discussion.

Vanessa expressed uncertainty regarding her ability to accept the papers and stated she would need to confirm with Phillip Ehr before making a decision. We exchanged phone numbers for further communication, and I left the premises.

Phone number provided by her: 305-985-9141, confirmed as she texted me her name.


2/20/2025  10:36 am  I returned to the same address to attempt service again. Upon arrival, I observed Valentine's Day decorations on the door. Vanessa Brito opened the door, wrapped in a towel with her hair wet. I identified myself and reiterated that I had been authorized by my client to serve her with the legal documents. Vanessa did not resist and,accepted the documents.

Description: Approximately 45 years old, 5'5, 145 lbs., black hair, and not wearing glasses at the time of service.



## VERIFIED RETURN OF SERVICE For 1:24-CV-03035-APM

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**RUDY REYES**
P.S.# 10125

**Countywide Process Service
& Investigations
12260 S.W. 132 Court, Suite 113
Miami, FL 33186
(305) 234-5858**

Our Job Serial Number: JGR-2025000134