# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>Defendant.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>Counterclaim-Defendants. | No.: 1:24-cv-03035-APM |

## [PROPOSED] ORDER

Upon consideration of Grassroots Analytics, Inc.'s Motion to Enforce Service, it is **ORDERED** that the Motion is **GRANTED**, and Counterclaim-Defendant Phil Ehr is **ORDERED** to answer the counterclaims by _____, 2025.

Dated: _____, 2025

_____
Judge Amit P. Mehta
United States District Court Judge