**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**PHIL EHR FOR CONGRESS CAMPAIGN**
**COMMITTEE,**
        **Plaintiff,**

                                  **Civil Action No.: 1:24-cv-03035-APM**

**v.**

**GRASSROOTS ANALYTICS, INC.,**
        **Defendant.**

**RESPONSE OF PHIL EHR TO MOTION TO ENFORCE SERVICE**

COMES NOW purported Counter-defendant PHIL EHR, appearing specially without submitting to the jurisdiction of the Court, and in response to the Motion to Enforce Service states as follows:

As stated in Mr. Ehr's affidavit, filed herewith, and as stated in Ms Brito's previously filed affidavit, Neither Mr. Ehr nor Ms. Brito are resident there (nor does Mr. Ehr presently maintain an office there).   The fact that Mr. Ehr formerly resided there is irrelevant.   Under both federal law (which only allows substituted service at the residence, FRCP 4(e)(2)(B)) and Florida law (as stated by Defendant/Counterclaimant), leaving the process with someone else at that location is insufficient service.    Further, Ms. Brito was *not* authorized to accept service for Mr. Ehr.   As such, he was not served, and the Motion to enforce service must therefore be denied.

As for the requested extension, that should be denied as well so as not to delay this action between the actual parties to the agreement at issue.

DATED :   **April 9, 2025**

                                Respectfully submitted,

*/s/ Daniel M. Press*
Daniel M. Press
D.C. Bar No. 419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
Fax # 703-734-0590
dpress@chung-press.com