**STATEMENT OF PHIL EHR**
Re: *Notice of Legal Complaint and Service of Process*

I, **Phil Ehr**, hereby state the following:

1. I was made aware of a legal complaint through communication with **Vanessa Brito**, who previously served as my campaign manager.

2. Vanessa Brito was not affiliated with the campaign during the period when Grassroots Analytics was engaged by the committee.

3. I did not authorize Ms. Brito—or anyone else—to accept service of process on my behalf at any time.

4. As of the date of this statement, I have not been personally served with any legal complaint or related court documents in this matter.

5. **I have not been resident at the apartment at 8962 SW 142nd Ave. Apt. 1219 since shortly after the November 2024 election, nor have I used it as an office since the 2024 campaign concluded.**

I declare under penalty of perjury that the foregoing is true and correct.

Signed:

*Phil Ehr*

Phil Ehr
Commander, U.S. Navy (Ret.)

Date: April 9, 2025

**Email:** philehr@yahoo.com
**Phone:** 850-449-9431