# Exhibit A

# Katie Ali

| | |
|---|---|
| **From:** | Katie Ali |
| **Sent:** | Friday, March 14, 2025 8:05 AM |
| **To:** | Dan Press |
| **Cc:** | Liz Lockwood; Meghan Palmer |
| **Subject:** | RE: Ehr Litigation |

Hi Dan – I'm writing for two reasons. First, I'm trying once more to get a response to my emails below. Can you please let me know when you are available to discuss? Second, can you please let me know if you represent Phil Ehr in his individual capacity? If you do not, do you know if he is represented and who is representing him?

**From:** Katie Ali
**Sent:** Wednesday, March 12, 2025 1:30 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Hi Dan – I'm following up once again. If I do not get a concrete response from you by the end of the week, we will have no choice but to go to the court early next week, given the upcoming amendment deadline.

**From:** Katie Ali
**Sent:** Monday, March 10, 2025 9:04 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – Good morning, hope you had a nice weekend. I'm following up on my note below. Please let me know what you have learned and when you are available to discuss. I have good availability today and tomorrow.

**From:** Katie Ali
**Sent:** Wednesday, March 5, 2025 4:24 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Ok. Can you please run this down and then let me know when you have time to discuss later this week or early next so we have time to address any issues before the March 24 deadline? At a minimum it seems like the caption will need to be cleaned up. But I would like to be sure there are not bigger issues that need to be addressed.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, March 5, 2025 4:18 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Probably

Dan Press

1

Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 4:03 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – the complaint you filed lists the Campaign in the caption as "a Florida unincorporated association." Are you saying that is incorrect?

```
Daniel M. Press (#419739), Chung & Press, P.C.
6718 Whittier Ave. #200, McLean VA 22101
703-734-3800
              PHIL EHR FOR CONGRESS CAMPAIGN
              COMMITTEE, a Florida Unincorporated
               Association
              PO Box 5651
              Tallahassee, FL 32314
                             Plaintiff,
```

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, March 5, 2025 3:47 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

It's organized under Federal law.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 3:46 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** Ehr Litigation

2

Hi Dan –

It has come to our attention that Florida unincorporated associations cannot sue or be sued. Although it is our position that this defense is waivable and that your client waived it by filing the lawsuit, we nevertheless think it would be cleanest to address the issue now by substituting in the member(s) of the Campaign(s). As this is an issue that affects both sides we are hopeful we can work this out without needing to get the court involved. Can you let me know your position, and your availability for a brief call to discuss the easiest path forward?

Thanks,
Katie


**Katie Ali**

**PARTNER**

**Ali & Lockwood LLP**
501 H Street NE
Suite 200
Washington, D.C. 20002

Direct:   (202) 651-2476
Email:   katie.ali@alilockwood.com

www.alilockwood.com

*Ali & Lockwood LLP is a limited liability partnership registered in the District of Columbia.*