# Exhibit B

**Katie Ali**

| | |
|---|---|
| **From:** | Katie Ali |
| **Sent:** | Thursday, April 17, 2025 8:32 AM |
| **To:** | Dan Press |
| **Cc:** | Liz Lockwood; Meghan Palmer |
| **Subject:** | RE: Ehr Litigation |

Dan – the complaint you filed identifies the Campaign as "a Florida unincorporated association." When I raised this issue with you at the beginning of March, you responded that you believed it was organized under "federal law." I asked you to please investigate further, and you responded on March 17 to say: "We are still working on the capacity issue, but I believe it's governed by Federal Election law." That was the last response we received from you on this issue, which suggested that you were taking steps to get clarity on this question. I do not know what you are referring to when you say "we believe the proper party is before the court, as we told you before," and you have never answered the question of what law the Campaign is organized under. If you have a clear answer to that question, please share it with us. Otherwise, we will file a motion with the court and will indicate that you oppose our requested relief.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, April 17, 2025 8:22 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** Re: Ehr Litigation

We believe the proper party is before the court, as we told you before. You wanted more time to investigate, to which we agreed. I see no more reason to delay. If you disagree, file a motion to dismiss or amend your counterclaim, or whatever you believe to be appropriate.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, April 17, 2025 8:16:30 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – Good morning. I assume since we have not heard from you that you are not willing to stipulate to an extension of Friday's deadline to add/substitute parties, so we plan to seek an extension from the court. Since we are now having to

go to the court for this, we also plan to ask for an order compelling a response as to who the proper party(ies) are. Please let us know your position on both requests. If you think it would be productive to discuss, please let me know when you are available to do so. Thanks.

**From:** Katie Ali
**Sent:** Tuesday, April 15, 2025 2:39 PM
**To:** 'Dan Press' <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Hi Dan – I first raised this issue with you more than six weeks ago and have reached out a handful of times asking for an update on what you have learned about how the Campaign is organized, with no response. Can you please provide an update? Our deadline to amend/substitute parties—which we have already extended once—is this Friday. If you are not going to be able to respond substantively and propose a path forward by then, please let me know by COB tomorrow if you will consent to stipulate to a further extension of that deadline, per paragraph I.K. of the Court's scheduling order. We otherwise reserve our rights to raise this with the court.

**From:** Katie Ali
**Sent:** Friday, April 11, 2025 7:23 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Hi Dan – I am following up on this once again. Please let me know what you would propose here.

**From:** Katie Ali
**Sent:** Thursday, April 3, 2025 9:36 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Hi Dan – Now that the special elections are behind us, I am following up on the issue I first raised back on March 5 concerning whether the complaint needs to be amended to add/substitute parties in light of the fact that Florida unincorporated associations cannot sue or be sued. Can you please let me know what you have concluded regarding whether the Campaign is in fact a Florida unincorporated association, as stated in your complaint? I also wanted to follow up about when you plan to amend the Campaigns Rule 26(a)(1) disclosures. Thanks.

**From:** Katie Ali
**Sent:** Tuesday, March 18, 2025 1:07 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Hi Dan – A couple of items. First, we talked yesterday about jointly seeking an extension of the deadline to add/substitute parties. We plan to file that later today. Are you OK with April 18 as the new deadline for that? Second, we noticed that Vanessa Brito and Shelby Green were not included on the Campaign's Rule 26a1 disclosures. Please let us know when you plan to amend those. Thanks.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Monday, March 17, 2025 2:48 PM

**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Basically every democrat activist in FL is working on those races (including Phil Her, Vanessa Brito, and Shelby Green) .  The constraints are that they are all working on these critically important races and are not able to devote the needed time to the discovery responses.
.
Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Monday, March 17, 2025 2:36 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – who specifically are you referring to when you say "everyone involved," such that the Campaign is unable to respond due to capacity issues relating to a separate congressional race? We are (as always) open to considering reasonable extension requests, but need more information about what the actual constraints are.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Monday, March 17, 2025 2:27 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Nothing other than that everyone involved is devoting substantial effort on those races.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Monday, March 17, 2025 1:57 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – Can you give us a little more information/context about what the current Florida congressional races have to do with the Phil Ehr for Congress Campaign Committee or the Phil Ehr for Senate Campaign Committee?

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Monday, March 17, 2025 1:48 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

We are still working on the capacity issue, but I believe it's governed by Federal Election law.

With regard to discovery, we are working on the responses, but in light of everyone in FL being busy with the 2 congressional races that will determine control of the House, we'd ask for some additional time on the document responses.  The elections are April 1.  May we have until a week after that?


Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 4:24 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Ok. Can you please run this down and then let me know when you have time to discuss later this week or early next so we have time to address any issues before the March 24 deadline? At a minimum it seems like the caption will need to be cleaned up. But I would like to be sure there are not bigger issues that need to be addressed.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, March 5, 2025 4:18 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Probably

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]

dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 4:03 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – the complaint you filed lists the Campaign in the caption as "a Florida unincorporated association." Are you saying that is incorrect?

```
Daniel M. Press (#419739), Chung & Press, P.C.
6718 Whittier Ave. #200, McLean VA 22101
703-734-3800
            PHIL EHR FOR CONGRESS CAMPAIGN
            COMMITTEE, a Florida Unincorporated
            Association
            PO Box 5651
            Tallahassee, FL 32314
                        Plaintiff,
```

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, March 5, 2025 3:47 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

It's organized under Federal law.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 3:46 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** Ehr Litigation

Hi Dan –

It has come to our attention that Florida unincorporated associations cannot sue or be sued. Although it is our position that this defense is waivable and that your client waived it by filing the lawsuit, we nevertheless think it would be cleanest to address the issue now by substituting in the member(s) of the Campaign(s). As this is an issue that affects

5

both sides we are hopeful we can work this out without needing to get the court involved. Can you let me know your position, and your availability for a brief call to discuss the easiest path forward?

Thanks,
Katie

## Katie Ali

**PARTNER**

**Ali & Lockwood LLP**
501 H Street NE
Suite 200
Washington, D.C. 20002

Direct:     (202) 651-2476
Email:     katie.ali@alilockwood.com

www.alilockwood.com

*Ali & Lockwood LLP is a limited liability partnership registered in the District of Columbia.*