IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant*.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff*,<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

**[PROPOSED] ORDER**

Upon consideration of Grassroots Analytics, Inc.'s Motion to Extend Deadline To Add Or Substitute Parties, And for Other Related Relief, it is **ORDERED** that the Motion is **GRANTED**.

The deadline for the parties to add or substitute parties is hereby extended to May 30, 2025. In addition, the Phil Ehr for Congress Campaign Committee and Phil Ehr for Senate Campaign Committee are hereby **ORDERED** to file with this Court within ___ days a notice explaining what law the Campaign is organized under and whether any corrections must be made to the case caption or Complaint.

Dated: _____, 2025

_____
Amit P. Mehta
United States District Judge

1