IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant*.<br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff,*<br><br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-3035-APM |

**JOINT STATUS REPORT**

Pursuant to the Court's directive in its January 22, 2025 Scheduling Order (ECF No. 11), the parties submit the following report concerning the status of fact discovery:

1. Fact discovery began in this case on or about January 22, when the Court issued the above-mentioned scheduling order.

2. Since that time, Grassroots Analytics has served several rounds of discovery requests on the Phil Ehr for Congress Campaign Committee/Phil Ehr for Senate Campaign Committee (the "Ehr Campaign Committee" or the "Campaign"), including its First Requests for Production on February 12, 2025 (the "First RFPs"); its Second Requests for Production on April 4, 2025 (the "Second RFPs"); and its First Interrogatories on April 17, 2025. The Ehr Campaign

1

Committee served responses and objections to the Grassroots Analytics' First and Second RFPs on April 8, 2025, and May 5, 2025, respectively. Its deadline to respond to Grassroots Analytics' Interrogatories is May 19, 2025. After Grassroots Analytics raised a number of deficiencies with the Ehr Campaign Committees' RFP responses in a letter dated April 24, 2025, counsel for the Ehr Campaign Committee represented on May 13 that the Campaign is planning to produce "all documents that the campaign has -- the entire email server, plus everything responsive that Phil has on paper and his personal devices," and that the Campaign would edit its responses to the First RFPs to reflect this position. Grassroots Analytics is not aware of any pending discovery disputes at this time concerning its requests to the Ehr Campaign Committee but reserves its rights to raise any such issues after it receives and has an opportunity to review the Campaign's (i) interrogatory responses; (ii) document production; (iii) privilege log; and (iv) amended First RFP responses.

3. The Ehr Campaign Committee has served its first discovery requests on Grassroots Analytics, to which responses will be due on June 16, 2025.

4. Because Grassroots Analytics' Motion to Enforce Service as to Counterclaim-Defendant Phil Ehr (ECF Nos. 16 & 18) remains pending, Grassroots Analytics has not served any discovery on Mr. Ehr in his individual capacity. Since briefing on that motion concluded, counsel for the Ehr Campaign confirmed on May 6 that he is now representing Mr. Ehr in his personal capacity (appearing specially), and has been since he made filings on his behalf in April 2025.

DATED: May 16, 2025

Respectfully Submitted,

By: /s/ Kathryn Ali
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
Ali & Lockwood LLP
501 H Street NE, Suite 200

Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

Mark A. Lancaster (D.C. Bar No. 1620256)
General Counsel
Grassroots Analytics, Inc.
mlancaster@grassrootsanalytics.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc.*

*/s/ Daniel M. Press*
Daniel M. Press
D.C. Bar No. 419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
Fax # 703-734-0590
dpress@chung-press.com

*Counsel for Plaintiff*

3