AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-0305-APM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Phil Ehr

was received by me on *(date)* June 18, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons by first class mail and email on June 18, 2025. See below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/27/2025

/s/ Kathryn Ali
*Server's signature*

Kathryn Ali, Partner
*Printed name and title*

Ali & Lockwood LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
*Server's address*

Additional information regarding attempted service, etc:

On June 18, 2025, we sent by first class mail a copy of the counterclaims and summons to Phil Ehr at his last known residential address: 8962 SW 142nd Avenue #1219, Miami, FL 33186. Mr. Ehr listed this as his home address on FEC forms filed in April 2025. *See* Exhibit A (listing this as Mr. Ehr's address in several places, including on FEC Forms C and D). This is the same address where our process server served Mr. Ehr's Campaign Manager, Vanessa Brito, on February 20, 2025. In addition, Mr. Ehr currently lists this as his home address on the Florida Secretary of State website. *See* Exhibit B. This mailing was initially returned as undeliverable, so we re-sent it by first class mail on June 23, 2025, and per USPS tracking information, it was successfully delivered on June 26, 2025.

Pursuant to D.C. Super. Ct. R. Civ. P. 4(e)(3)(B)(ii), which permits service by electronic mail accompanied by a first class mailing to "the last known business or residential address of the person to be served," we also sent by first class mail on June 18, 2025 a copy of the counterclaims and summons to Phil Ehr at 2800 Adams Street Unit 5651, Tallahassee, FL 32314, which is the address listed on Mr. Ehr's Political Action Committee FEC Form 1 Statement of Organization, submitted on May 5, 2025. *See* Exhibit C. We also sent on June 18, 2025 by first class mail a copy of the counterclaims and summons to Phil Ehr at PO Box 5651, Tallahassee, FL 32314, which is the address listed for "Phil Ehr For Congress" on FEC Form 3 ("Report of Receipts and Disbursements"), which Mr. Ehr filed on April 15, 2025. *See* Exhibit D. Per USPS tracking information, these mailings were delivered on June 23 and June 26, 2025, respectively.

We also transmitted on June 18, 2025 (for a second time, the first being on February 5, 2025) the counterclaims and summons to Mr. Ehr at his personal gmail address previously provided to us by the Campaign in its Rule 26(a) disclosures. *See* Exhibit E.