# Exhibit B

# Committee Tracking System

## EHR Force

**Type:** Political Committee
**Status:** Active
**Address:** 8962 SW 142nd Avenue #1219
Miami, FL 33186
**Phone:** (305)833-1749
**Chairperson:** Phil Ehr
**Treasurer:** Phil Ehr
**Registered Agent:** Phil Ehr
8962 SW 142nd Avenue, #1219
Miami, FL 33186
**Purpose:**
**Affiliates:**

[Campaign Finance Activity]

[Campaign Documents]