# Exhibit C

# STATEMENT OF ORGANIZATION

**FEC FORM 1**

Office Use Only

`12FE4M5`

**1. NAME OF COMMITTEE (in full)**    ☐ (Check if name is changed)    Example: If typing, type over the lines.

Ehr Force Inc.

**ADDRESS (number and street)**    2800 S Adams St Unit 5651

☐ (Check if address is changed)

CITY ▲ Tallahassee        STATE ▲ FL        ZIP CODE ▲ 32314

**COMMITTEE'S E-MAIL ADDRESS**

☐ (Check if address is changed)    sbsllc2017@gmail.com

Optional Second E-Mail Address

**COMMITTEE'S WEB PAGE ADDRESS (URL)**

☐ (Check if address is changed)

**2. DATE**    MM 05 / DD 05 / YYYY 2025

**3. FEC IDENTIFICATION NUMBER ▶**    C  C00904128

**4. IS THIS STATEMENT**    ☒ NEW (N)    **OR**    ☐ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer    Green, Shelby, , ,

Signature of Treasurer    Green, Shelby, , ,    Date    MM 05 / DD 05 / YYYY 2025

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

5. TYPE OF COMMITTEE:

**Candidate Committee:**

(a) [X] This committee is a principal campaign committee. (Complete the candidate information below.)

(b) [ ] This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate: Ehr, Phil, , ,

Candidate Party Affiliation: DEM
Office Sought: [X] House  [ ] Senate  [ ] President
State: FL
District: 28

(c) [ ] This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate: 

**Party Committee:**

(d) [ ] This committee is a [ ] (National, State or subordinate) committee of the [ ] (Democratic, Republican, etc.) Party

**Political Action Committee (PAC):**

(e) [ ] This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

- [ ] Corporation
- [ ] Corporation w/o Capital Stock
- [ ] Labor Organization
- [ ] Membership Organization
- [ ] Trade Association
- [ ] Cooperative

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

(f) [ ] This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

[ ] In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

(g) [ ] This committee is an independent expenditure-only political committee (Super PAC).

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

(h) [ ] This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

[ ] In addition, this committee is a Lobbyist/Registrant PAC.

**Joint Fundraising Representative:**

(i) [ ] This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(j) [ ] This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1. 
2. 

C 
C

FEC **Form 1** (Revised 02/2009)                                                                                                                                    Page **3**

Write or Type Committee Name

Ehr Force Inc.

6. **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

   NONE

   Mailing Address

   CITY ▲            STATE ▲            ZIP CODE ▲

   Relationship:  ☐ Connected Organization    ☐ Affiliated Organization    ☐ Joint Fundraising Representative    ☐ Leadership PAC Sponsor

7. **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

   Full Name: Green, Shelby, , ,

   Mailing Address: 2800 S Adams St Unit 5651

   City: Tallahassee    State: FL    Zip Code: 32314

   Title or Position ▼
   Treasurer/Custodian

   Telephone number: 850 – 661 – 3941

8. **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

   Full Name of Treasurer: Green, Shelby, , ,

   Mailing Address: 2800 S Adams St Unit 5651

   City: Tallahassee    State: FL    Zip Code: 32314

   Title or Position ▼

   Telephone number: 850 – 661 – 3941

FEC **Form 1** (Revised 02/2009) Page **4**

Full Name of Designated Agent: Green, Shelby, , ,

Mailing Address: 2800 S Adams St unit 5651

CITY ▲ Tallahassee    STATE ▲ FL    ZIP CODE ▲ 32314

Title or Position ▼

Telephone number

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

Truist

Mailing Address: 3522 Thomasville Rd

CITY ▲ Tallahassee    STATE ▲ FL    ZIP CODE ▲ 32309

Name of Bank, Depository, etc.

Mailing Address

CITY ▲    STATE ▲    ZIP CODE ▲