# Exhibit D

# FEC FORM 3

# REPORT OF RECEIPTS AND DISBURSEMENTS

**For An Authorized Committee**

Office Use Only

1. NAME OF COMMITTEE (in full)    TYPE OR PRINT ▼    Example: If typing, type over the lines.    `12FE4M5`

Phil Ehr for Congress

ADDRESS (number and street)    PO BOX 5651

▼ ☐ Check if different than previously reported. (ACC)

Tallahassee    FL    32314    –

CITY ▲    STATE ▲    ZIP CODE ▲

2. **FEC IDENTIFICATION NUMBER** ▼

C  C00845750

3. IS THIS REPORT    ☒ NEW (N)    **OR**    ☐ AMENDED (A)

STATE ▼ DISTRICT

FL    28

4. **TYPE OF REPORT** (Choose One)

(a)  Quarterly Reports:

☒ April 15 Quarterly Report (Q1)

☐ July 15 Quarterly Report (Q2)

☐ October 15 Quarterly Report (Q3)

☐ January 31 Year-End Report (YE)

☐ Termination Report (TER)

(b)  12-Day **PRE**-Election Report for the:

☐ Primary (12P)    ☐ General (12G)    ☐ Runoff (12R)

☐ Convention (12C)    ☐ Special (12S)

Election on  M M / D D / Y Y Y Y    in the State of

(c)  30-Day **POST**-Election Report for the:

☐ General (30G)    ☐ Runoff (30R)    ☐ Special (30S)

Election on  M M / D D / Y Y Y Y    in the State of

5.  Covering Period    M M 01 / D D 01 / Y Y Y Y 2025    through    M M 03 / D D 31 / Y Y Y Y 2025

*I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct and complete.*

Type or Print Name of Treasurer    Green, Shelby, , ,

Signature of Treasurer    *Green, Shelby, , ,*    Date    M M 04 / D D 15 / Y Y Y Y 2025

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 52 U.S.C. §30109.

Office Use Only    **FEC FORM 3**
(Revised 05/2016)

# SUMMARY PAGE
## of Receipts and Disbursements

FEC **Form 3** (Revised 03/2016)

Write or Type Committee Name

**Phil Ehr for Congress**

Report Covering the Period:    From: M M 01 / D D 01 / Y Y Y Y 2025    To: M M 03 / D D 31 / Y Y Y Y 2025

|  | | COLUMN A<br>This Period | COLUMN B<br>Election Cycle-to-Date |
|---|---|---|---|
| 6. | Net Contributions (other than loans) | | |
| (a) | Total Contributions (other than loans) (from Line 11(e)) .... | 3507.19 | 24883.57 |
| (b) | Total Contribution Refunds (from Line 20(d)) ................... | 91.00 | 40477.00 |
| (c) | Net Contributions (other than loans) (subtract Line 6(b) from Line 6(a)) ...... | 3416.19 | – 15593.43 |
| 7. | Net Operating Expenditures | | |
| (a) | Total Operating Expenditures (from Line 17) ....................... | 65489.05 | 1211310.31 |
| (b) | Total Offsets to Operating Expenditures (from Line 14)................ | 0.00 | 88.92 |
| (c) | Net Operating Expenditures (subtract Line 7(b) from Line 7(a)) ...... | 65489.05 | 1211221.39 |
| 8. | Cash on Hand at Close of Reporting Period (from Line 27)................. | 21278.06 | |
| 9. | Debts and Obligations Owed **TO** the Committee (Itemize all on Schedule C and/or Schedule D) ................ | 0.00 | |
| 10. | Debts and Obligations Owed **BY** the Committee (Itemize all on Schedule C and/or Schedule D) ............... | 377583.63 | |

**For further information, contact the Federal Election Commission at 800-424-9530 or visit www.fec.gov.**

# DETAILED SUMMARY PAGE
of Receipts

**FEC Form 3** (Revised 05/2016)

Write or Type Committee Name

Phil Ehr for Congress

Report Covering the Period:  From: M M 01 / D D 01 / Y Y Y Y 2025   To: M M 03 / D D 31 / Y Y Y Y 2025

| I. RECEIPTS | COLUMN A<br>Total This Period | COLUMN B<br>Election Cycle-to-Date |
|---|---|---|
| 11. CONTRIBUTIONS (other than loans) FROM: | | |
| (a) Individuals/Persons Other Than Political Committees | | |
| (i) Itemized (use Schedule A) | 2310.00 | 3915.00 |
| (ii) Unitemized | 1197.19 | 3532.30 |
| (iii) TOTAL of contributions from individuals ▶ | 3507.19 | 7447.30 |
| (b) Political Party Committees | 0.00 | 0.00 |
| (c) Other Political Committees (such as PACs) | 0.00 | 0.00 |
| (d) The Candidate | 0.00 | 17436.27 |
| (e) TOTAL CONTRIBUTIONS (other than loans) (add Lines 11(a)(iii), (b), (c), and (d)) | 3507.19 | 24883.57 |
| 12. TRANSFERS FROM OTHER AUTHORIZED COMMITTEES | 0.00 | 0.00 |
| 13. LOANS: | | |
| (a) Made or Guaranteed by the Candidate | 66500.00 | 146500.00 |
| (b) All Other Loans | 0.00 | 0.00 |
| (c) TOTAL LOANS (add Lines 13(a) and (b)) | 66500.00 | 146500.00 |
| 14. OFFSETS TO OPERATING EXPENDITURES (Refunds, Rebates, etc.) | 0.00 | 88.92 |
| 15. OTHER RECEIPTS (Dividends, Interest, etc.) | 0.00 | 0.00 |
| 16. **TOTAL RECEIPTS** (add Lines 11(e), 12, 13(c), 14, and 15) (Carry Total to Line 24, page 4) ▶ | 70007.19 | 171472.49 |

# DETAILED SUMMARY PAGE
of Disbursements

FEC **Form 3** (Revised 05/2016)

| **II. DISBURSEMENTS** | **COLUMN A**<br>**Total This Period** | **COLUMN B**<br>**Election Cycle-to-Date** |
|---|---|---|
| 17. OPERATING EXPENDITURES..................... | 65489.05 | 1211310.31 |
| 18. TRANSFERS TO OTHER<br>AUTHORIZED COMMITTEES ..................... | 0.00 | 0.00 |
| 19. LOAN REPAYMENTS: | | |
| (a) Of Loans Made or Guaranteed<br>by the Candidate................................. | 0.00 | 0.00 |
| (b) Of All Other Loans .............................. | 0.00 | 0.00 |
| (c) TOTAL LOAN REPAYMENTS<br>(add Lines 19(a) and (b)).................. | 0.00 | 0.00 |
| 20. REFUNDS OF CONTRIBUTIONS TO: | | |
| (a) Individuals/Persons Other<br>Than Political Committees .................. | 91.00 | 40477.00 |
| (b) Political Party Committees.................. | 0.00 | 0.00 |
| (c) Other Political Committees<br>(such as PACs) ..................................... | 0.00 | 0.00 |
| (d) TOTAL CONTRIBUTION REFUNDS<br>(add Lines 20(a), (b), and (c))............... | 91.00 | 40477.00 |
| 21. OTHER DISBURSEMENTS ......................... | 0.00 | 0.00 |
| 22. **TOTAL DISBURSEMENTS**<br>(add Lines 17, 18, 19(c), 20(d), and 21) ▶ | 65580.05 | 1251787.31 |

---

## III. CASH SUMMARY

| | |
|---|---|
| 23. CASH ON HAND AT BEGINNING OF REPORTING PERIOD................................................ | 16850.92 |
| 24  TOTAL RECEIPTS THIS PERIOD (from Line 16, page 3)...................................................... | 70007.19 |
| 25. SUBTOTAL (add Line 23 and Line 24) ................................................................................ | 86858.11 |
| 26. TOTAL DISBURSEMENTS THIS PERIOD (from Line 22)...................................................... | 65580.05 |
| 27. CASH ON HAND AT CLOSE OF REPORTING PERIOD<br>(subtract Line 26 from Line 25)............................................................................................... | 21278.06 |

## SCHEDULE A  (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

**FOR LINE NUMBER:** (check only one)    PAGE  5  OF  60

☒ 11a    ☐ 11b    ☐ 11c    ☐ 11d

☐ 12    ☐ 13a    ☐ 13b    ☐ 14    ☐ 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
Apple, Lawrence, , ,

Mailing Address 3641 N Prospect Dr

| City | State | Zip Code |
|------|-------|----------|
| Coral Gables | FL | 33133-6811 |

FEC ID number of contributing federal political committee.   C

| Name of Employer | Occupation |
|------------------|------------|
| Not Employed | Not Employed |

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
225.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 04 / 2025

Transaction ID : 8809693

Amount of Each Receipt this Period
50.00

☐ Memo Item

* Earmarked Contribution: See Below

---

**B.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.   C

| Name of Employer | Occupation |
|------------------|------------|
|  | Conduit total listed in Agg. field |

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
01 / 05 / 2025

Transaction ID : 8809693E

Amount of Each Receipt this Period
50.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

**C.**

Full Name (Last, First, Middle Initial)
Apple, Lawrence, , ,

Mailing Address 3641 N Prospect Dr

| City | State | Zip Code |
|------|-------|----------|
| Coral Gables | FL | 33133-6811 |

FEC ID number of contributing federal political committee.   C

| Name of Employer | Occupation |
|------------------|------------|
| Not Employed | Not Employed |

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
275.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 04 / 2025

Transaction ID : 8917421

Amount of Each Receipt this Period
50.00

☐ Memo Item

* Earmarked Contribution: See Below

---

SUBTOTAL of Receipts This Page (optional)..................................................... ▶    100.00

TOTAL This Period (last page this line number only)......................................... ▶

# SCHEDULE A (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

**FOR LINE NUMBER:** (check only one)    **PAGE** 6 **OF** 60

| [X] 11a | [ ] 11b | [ ] 11c | [ ] 11d |
| [ ] 12 | [ ] 13a | [ ] 13b | [ ] 14 | [ ] 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.    C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

**Date of Receipt**
M M / D D / Y Y Y Y
02 / 09 / 2025

**Transaction ID : 8917421E**

**Amount of Each Receipt this Period**
50.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

---

**B.**

Full Name (Last, First, Middle Initial)
Borth, Rick, , ,

Mailing Address 10580 94Th Pl

| City | State | Zip Code |
|------|-------|----------|
| Seminole | FL | 33772-2544 |

FEC ID number of contributing federal political committee.    C

Name of Employer
Not Employed

Occupation
Not Employed

Receipt For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
500.00

**Date of Receipt**
M M / D D / Y Y Y Y
01 / 24 / 2025

**Transaction ID : 8869349**

**Amount of Each Receipt this Period**
250.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

**C.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.    C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

**Date of Receipt**
M M / D D / Y Y Y Y
01 / 26 / 2025

**Transaction ID : 8869349E**

**Amount of Each Receipt this Period**
250.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

---

**SUBTOTAL** of Receipts This Page (optional).......................................................... ►    250.00

**TOTAL** This Period (last page this line number only)................................................. ►

# SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 7 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)

- [X] 11a
- [ ] 11b
- [ ] 11c
- [ ] 11d
- [ ] 12
- [ ] 13a
- [ ] 13b
- [ ] 14
- [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
Dougherty MD, Brian, , ,

Mailing Address 6355 SW 133Rd Dr

| City | State | Zip Code |
|---|---|---|
| Pinecrest | FL | 33156-7040 |

FEC ID number of contributing federal political committee. **C** [ ]

| Name of Employer | Occupation |
|---|---|
| SFENTA | Physician |

Receipt For: 2024
- [ ] Primary
- [X] General
- [ ] Other (specify) ▼

Election Cycle-to-Date: 210.00

Date of Receipt: 01 / 29 / 2025

Transaction ID : 8887798

Amount of Each Receipt this Period: 25.00

- [ ] Memo Item

\* Earmarked Contribution: See Below

---

**B.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee. **C** [ ]

| Name of Employer | Occupation |
|---|---|
| | Conduit total listed in Agg. field |

Receipt For: 2024
- [ ] Primary
- [X] General
- [ ] Other (specify) ▼

Election Cycle-to-Date: 3507.19

Date of Receipt: 02 / 02 / 2025

Transaction ID : 8887798E

Amount of Each Receipt this Period: 25.00

- [×] Memo Item

Note: Above Contribution earmarked through this organization.

---

**C.**

Full Name (Last, First, Middle Initial)
Dougherty MD, Brian, , ,

Mailing Address 6355 SW 133Rd Dr

| City | State | Zip Code |
|---|---|---|
| Pinecrest | FL | 33156-7040 |

FEC ID number of contributing federal political committee. **C** [ ]

| Name of Employer | Occupation |
|---|---|
| SFENTA | Physician |

Receipt For: 2024
- [ ] Primary
- [X] General
- [ ] Other (specify) ▼

Election Cycle-to-Date: 235.00

Date of Receipt: 02 / 28 / 2025

Transaction ID : 9109060

Amount of Each Receipt this Period: 25.00

- [ ] Memo Item

\* Earmarked Contribution: See Below

---

SUBTOTAL of Receipts This Page (optional)............................................................ ▶  50.00

TOTAL This Period (last page this line number only)............................................. ▶

# SCHEDULE A (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: | PAGE 8 OF 60 |
|---|---|
| (check only one) | |

[X] 11a  [ ] 11b  [ ] 11c  [ ] 11d
[ ] 12  [ ] 13a  [ ] 13b  [ ] 14  [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.     **C**

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
03 / 02 / 2025

Transaction ID : 9109060E

Amount of Each Receipt this Period
25.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

---

**B.**

Full Name (Last, First, Middle Initial)
Dougherty MD, Brian, , ,

Mailing Address 6355 SW 133Rd Dr

| City | State | Zip Code |
|---|---|---|
| Pinecrest | FL | 33156-7040 |

FEC ID number of contributing federal political committee.     **C**

Name of Employer
SFENTA

Occupation
Physician

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
260.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 29 / 2025

Transaction ID : 9402265

Amount of Each Receipt this Period
25.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

**C.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.     **C**

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
03 / 30 / 2025

Transaction ID : 9402265E

Amount of Each Receipt this Period
25.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

---

SUBTOTAL of Receipts This Page (optional)..................................................► 25.00

TOTAL This Period (last page this line number only)..................................................►

FEC **Schedule A (Form 3)** (Revised 05/2016)

## SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 9 OF 60 |
|---|---|---|

| | | | |
|---|---|---|---|
| ☒ 11a | ☐ 11b | ☐ 11c | ☐ 11d |
| ☐ 12 | ☐ 13a | ☐ 13b | ☐ 14 ☐ 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
Gilory, Tom, , ,

Mailing Address 312 Warren St

| City | State | Zip Code |
|---|---|---|
| Brooklyn | NY | 11201-6413 |

FEC ID number of contributing federal political committee.  C

| Name of Employer | Occupation |
|---|---|
| Self | Self |

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
1000.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 19 / 2025

Transaction ID : 9038596

Amount of Each Receipt this Period
1000.00

☐ Memo Item

* Earmarked Contribution: See Below

---

**B.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

| Name of Employer | Occupation |
|---|---|
| | Conduit total listed in Agg. field |

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
02 / 23 / 2025

Transaction ID : 9038596E

Amount of Each Receipt this Period
1000.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

**C.**

Full Name (Last, First, Middle Initial)
Hillman, Alexys, , ,

Mailing Address 3706 Sunnyside St

| City | State | Zip Code |
|---|---|---|
| Pensacola | FL | 32507-2754 |

FEC ID number of contributing federal political committee.  C

| Name of Employer | Occupation |
|---|---|
| Pensacola Osteopaths | Physician |

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
1750.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 18 / 2025

Transaction ID : 8855607

Amount of Each Receipt this Period
25.00

☐ Memo Item

* Earmarked Contribution: See Below

---

SUBTOTAL of Receipts This Page (optional)................................................................ ▶    1025.00

TOTAL This Period (last page this line number only) ................................................. ▶

**SCHEDULE A  (FEC Form 3)**
**ITEMIZED RECEIPTS**

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE  10  OF  60

[X] 11a  [ ] 11b  [ ] 11c  [ ] 11d
[ ] 12  [ ] 13a  [ ] 13b  [ ] 14  [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Phil Ehr for Congress

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.     C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
01 / 19 / 2025

Transaction ID : 8855607E

Amount of Each Receipt this Period
25.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

**B.** Full Name (Last, First, Middle Initial)
Hillman, Alexys, , ,

Mailing Address 3706 Sunnyside St

| City | State | Zip Code |
|---|---|---|
| Pensacola | FL | 32507-2754 |

FEC ID number of contributing federal political committee.     C

Name of Employer
Pensacola Osteopaths

Occupation
Physician

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
1775.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 18 / 2025

Transaction ID : 8996841

Amount of Each Receipt this Period
25.00

[ ] Memo Item

* Earmarked Contribution: See Below

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.     C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
02 / 23 / 2025

Transaction ID : 8996841E

Amount of Each Receipt this Period
25.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

SUBTOTAL of Receipts This Page (optional).............................................................. ►
25.00

TOTAL This Period (last page this line number only)................................................. ►

FEC **Schedule A (Form 3)** (Revised 05/2016)

## SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

| | | | |
|---|---|---|---|
| ☒ 11a | ☐ 11b | ☐ 11c | ☐ 11d |
| ☐ 12 | ☐ 13a | ☐ 13b | ☐ 14 | ☐ 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
Hillman, Alexys, , ,

Mailing Address 3706 Sunnyside St

| City | State | Zip Code |
|---|---|---|
| Pensacola | FL | 32507-2754 |

FEC ID number of contributing federal political committee.  C

Name of Employer: Pensacola Osteopaths
Occupation: Physician

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
1800.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 18 / 2025

Transaction ID : 9285745

Amount of Each Receipt this Period
25.00

☐ Memo Item

* Earmarked Contribution: See Below

---

**B.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

Name of Employer:
Occupation: Conduit total listed in Agg. field

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
03 / 23 / 2025

Transaction ID : 9285745E

Amount of Each Receipt this Period
25.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

**C.**

Full Name (Last, First, Middle Initial)
Klassen, Waldemar, , ,

Mailing Address 16921 SW 278Th St

| City | State | Zip Code |
|---|---|---|
| Homestead | FL | 33031-2617 |

FEC ID number of contributing federal political committee.  C

Name of Employer: None
Occupation: Not Employed

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
250.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 06 / 2025

Transaction ID : 8810382

Amount of Each Receipt this Period
20.00

☐ Memo Item

* Earmarked Contribution: See Below

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶  45.00

TOTAL This Period (last page this line number only)................................................. ▶

# SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: (check only one) | | | | PAGE 12 OF 60 |
|---|---|---|---|---|
| [X] 11a | [ ] 11b | [ ] 11c | [ ] 11d | |
| [ ] 12 | [ ] 13a | [ ] 13b | [ ] 14 | [ ] 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
01 / 12 / 2025

Transaction ID : 8810382E

Amount of Each Receipt this Period
20.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

---

**B.** Full Name (Last, First, Middle Initial)
Klassen, Waldemar, , ,

Mailing Address 16921 SW 278Th St

| City | State | Zip Code |
|---|---|---|
| Homestead | FL | 33031-2617 |

FEC ID number of contributing federal political committee.  C

Name of Employer
None

Occupation
Not Employed

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
270.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 06 / 2025

Transaction ID : 8924581

Amount of Each Receipt this Period
20.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
02 / 09 / 2025

Transaction ID : 8924581E

Amount of Each Receipt this Period
20.00

[x] Memo Item

Note: Above Contribution earmarked through this organization.

---

SUBTOTAL of Receipts This Page (optional).............................................. ▶
20.00

TOTAL This Period (last page this line number only)................................ ▶

# SCHEDULE A  (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE **13** OF **60**

| ☒ 11a | 11b | 11c | 11d |
| 12 | 13a | 13b | 14 | 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Klassen, Waldemar, , ,

Mailing Address 16921 SW 278Th St

| City | State | Zip Code |
|------|-------|----------|
| Homestead | FL | 33031-2617 |

FEC ID number of contributing federal political committee.   C

Name of Employer: None

Occupation: Not Employed

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date: 290.00

Date of Receipt
M 03 / D 06 / Y 2025

Transaction ID : 9166867

Amount of Each Receipt this Period: 20.00

☐ Memo Item

* Earmarked Contribution: See Below

---

**B.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.   C

Name of Employer:

Occupation: Conduit total listed in Agg. field

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date: 3507.19

Date of Receipt
M 03 / D 09 / Y 2025

Transaction ID : 9166867E

Amount of Each Receipt this Period: 20.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

**C.** Full Name (Last, First, Middle Initial)
McConnell, Michael, , ,

Mailing Address 20310 Paseo Del Campo

| City | State | Zip Code |
|------|-------|----------|
| Porter Ranch | CA | 91326-4325 |

FEC ID number of contributing federal political committee.   C

Name of Employer: Not Employed

Occupation: Not Employed

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date: 510.00

Date of Receipt
M 01 / D 09 / Y 2025

Transaction ID : 8823312

Amount of Each Receipt this Period: 25.00

☐ Memo Item

* Earmarked Contribution: See Below

---

SUBTOTAL of Receipts This Page (optional)..................................................... ▶   45.00

TOTAL This Period (last page this line number only)............................................ ▶

# SCHEDULE A  (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER: | PAGE 14 OF 60
(check only one)

☒ 11a  ☐ 11b  ☐ 11c  ☐ 11d
☐ 12  ☐ 13a  ☐ 13b  ☐ 14  ☐ 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
01 / 12 / 2025

Transaction ID : 8823312E

Amount of Each Receipt this Period
25.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

**B.** Full Name (Last, First, Middle Initial)
McConnell, Michael, ,

Mailing Address 20310 Paseo Del Campo

| City | State | Zip Code |
|---|---|---|
| Porter Ranch | CA | 91326-4325 |

FEC ID number of contributing federal political committee.  C

Name of Employer
Not Employed

Occupation
Not Employed

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
535.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 09 / 2025

Transaction ID : 8935741

Amount of Each Receipt this Period
25.00

☐ Memo Item

* Earmarked Contribution: See Below

---

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
02 / 09 / 2025

Transaction ID : 8935741E

Amount of Each Receipt this Period
25.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

SUBTOTAL of Receipts This Page (optional).............................................. ▶   25.00

TOTAL This Period (last page this line number only)................................... ▶

FEC **Schedule A** (Form 3) (Revised 05/2016)

## SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 15 OF 60

| [X] 11a | [ ] 11b | [ ] 11c | [ ] 11d |
| [ ] 12 | [ ] 13a | [ ] 13b | [ ] 14 | [ ] 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Mohamed, Aster, , ,

Mailing Address 7960 SW 145Th Ave

| City | State | Zip Code |
| Miami | FL | 33183-2924 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer
Not Employed

Occupation
Not Employed

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date
205.00

Date of Receipt
M M 01 / D D 26 / Y Y Y Y 2025

Transaction ID : 8870989

Amount of Each Receipt this Period
25.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

**B.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date
3507.19

Date of Receipt
M M 01 / D D 26 / Y Y Y Y 2025

Transaction ID : 8870989E

Amount of Each Receipt this Period
25.00

[×] Memo Item

Note: Above Contribution earmarked through this organization.

---

**C.** Full Name (Last, First, Middle Initial)
Mohamed, Aster, , ,

Mailing Address 7960 SW 145Th Ave

| City | State | Zip Code |
| Miami | FL | 33183-2924 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer
Not Employed

Occupation
Not Employed

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date
230.00

Date of Receipt
M M 02 / D D 26 / Y Y Y Y 2025

Transaction ID : 9093694

Amount of Each Receipt this Period
25.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

SUBTOTAL of Receipts This Page (optional)..................................................... ▶  50.00

TOTAL This Period (last page this line number only)...................................... ▶

FEC **Schedule A (Form 3)** (Revised 05/2016)

# SCHEDULE A  (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER:  PAGE  16  OF  60
(check only one)

☒ 11a   ☐ 11b   ☐ 11c   ☐ 11d
☐ 12   ☐ 13a   ☐ 13b   ☐ 14   ☐ 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.   C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For:  2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M 03  D 02  Y 2025

Transaction ID : 9093694E

Amount of Each Receipt this Period
25.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

**B.**

Full Name (Last, First, Middle Initial)
Mohamed, Aster, , ,

Mailing Address  7960 SW 145Th Ave

| City | State | Zip Code |
|------|-------|----------|
| Miami | FL | 33183-2924 |

FEC ID number of contributing federal political committee.   C

Name of Employer
Not Employed

Occupation
Not Employed

Receipt For:  2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
255.00

Date of Receipt
M 03  D 26  Y 2025

Transaction ID : 9354588

Amount of Each Receipt this Period
25.00

☐ Memo Item

* Earmarked Contribution: See Below

---

**C.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.   C

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For:  2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M 03  D 30  Y 2025

Transaction ID : 9354588E

Amount of Each Receipt this Period
25.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

SUBTOTAL of Receipts This Page (optional)..................................................... ▶   25.00

TOTAL This Period (last page this line number only)................................................. ▶

FEC **Schedule A** (Form 3) (Revised 05/2016)

# SCHEDULE A  (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: (check only one) | PAGE **17** OF **60** |
|---|---|

11a [X]  11b [ ]  11c [ ]  11d [ ]
12 [ ]  13a [ ]  13b [ ]  14 [ ]  15 [ ]

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.**

Full Name (Last, First, Middle Initial)
Molony, Donald, , ,

Mailing Address 6410 Mercer St

| City | State | Zip Code |
|---|---|---|
| Houston | TX | 77005-3734 |

FEC ID number of contributing federal political committee.  C

Name of Employer: Univeristy Of Texas
Occupation: University Professor

Receipt For: 2024
Primary [ ]   General [X]
Other (specify) ▼

Election Cycle-to-Date
450.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 19 / 2025

Transaction ID : 8856398

Amount of Each Receipt this Period
100.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

**B.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

Name of Employer:
Occupation: Conduit total listed in Agg. field

Receipt For: 2024
Primary [ ]   General [X]
Other (specify) ▼

Election Cycle-to-Date
3507.19

Date of Receipt
M M / D D / Y Y Y Y
01 / 19 / 2025

Transaction ID : 8856398E

Amount of Each Receipt this Period
100.00

[×] Memo Item

Note: Above Contribution earmarked through this organization.

---

**C.**

Full Name (Last, First, Middle Initial)
Molony, Donald, , ,

Mailing Address 6410 Mercer St

| City | State | Zip Code |
|---|---|---|
| Houston | TX | 77005-3734 |

FEC ID number of contributing federal political committee.  C

Name of Employer: Univeristy Of Texas
Occupation: University Professor

Receipt For: 2024
Primary [ ]   General [X]
Other (specify) ▼

Election Cycle-to-Date
550.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 19 / 2025

Transaction ID : 9028813

Amount of Each Receipt this Period
100.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

SUBTOTAL of Receipts This Page (optional).................................................► 200.00

TOTAL This Period (last page this line number only).................................►

# SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

| FOR LINE NUMBER: (check only one) | PAGE 18 OF 60 |
|---|---|

☒ 11a ☐ 11b ☐ 11c ☐ 11d
☐ 12 ☐ 13a ☐ 13b ☐ 14 ☐ 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
02 / 23 / 2025

Transaction ID : 9028813E

Amount of Each Receipt this Period
100.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

**B.** Full Name (Last, First, Middle Initial)
Molony, Donald, , ,

Mailing Address 6410 Mercer St

| City | State | Zip Code |
|---|---|---|
| Houston | TX | 77005-3734 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer
Univeristy Of Texas

Occupation
University Professor

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
650.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 19 / 2025

Transaction ID : 9288398

Amount of Each Receipt this Period
100.00

☐ Memo Item

* Earmarked Contribution: See Below

---

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer

Occupation
Conduit total listed in Agg. field

Receipt For: 2024
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
03 / 23 / 2025

Transaction ID : 9288398E

Amount of Each Receipt this Period
100.00

☒ Memo Item

Note: Above Contribution earmarked through this organization.

---

SUBTOTAL of Receipts This Page (optional)........................................................▶  100.00

TOTAL This Period (last page this line number only)...................................................▶

FEC **Schedule A (Form 3)** (Revised 05/2016)

## SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER: PAGE **19** OF **60**
(check only one)

[X] 11a  [ ] 11b  [ ] 11c  [ ] 11d
[ ] 12   [ ] 13a  [ ] 13b  [ ] 14   [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

**A.** Full Name (Last, First, Middle Initial)
Muller, Diana, , ,

Mailing Address 15121 Glade Dr
Apt 1G

| City | State | Zip Code |
|------|-------|----------|
| Silver Spring | MD | 20906-1532 |

FEC ID number of contributing federal political committee.    C

| Name of Employer | Occupation |
|------------------|------------|
| Not Employed | Not Employed |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
575.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 12 / 2025

Transaction ID : 8827587

Amount of Each Receipt this Period
25.00

[ ] Memo Item

* Earmarked Contribution: See Below

**B.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.    C

| Name of Employer | Occupation |
|------------------|------------|
| | Conduit total listed in Agg. field |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
01 / 12 / 2025

Transaction ID : 8827587E

Amount of Each Receipt this Period
25.00

[×] Memo Item

Note: Above Contribution earmarked through this organization.

**C.** Full Name (Last, First, Middle Initial)
NORRIS, DAVID, , ,

Mailing Address 8 Nearwater Rd

| City | State | Zip Code |
|------|-------|----------|
| Norwalk | CT | 06853-1711 |

FEC ID number of contributing federal political committee.    C

| Name of Employer | Occupation |
|------------------|------------|
| SELF | CONSULTANT |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
350.00

Date of Receipt
M M / D D / Y Y Y Y
02 / 22 / 2025

Transaction ID : 9052238

Amount of Each Receipt this Period
250.00

[ ] Memo Item

* Earmarked Contribution: See Below

SUBTOTAL of Receipts This Page (optional).............................................................. ▶    275.00

TOTAL This Period (last page this line number only)................................................. ▶

FEC **Schedule A (Form 3)** (Revised 05/2016)

## SCHEDULE A  (FEC Form 3)
## ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE **20** OF **60** |
|---|---|---|

FOR LINE NUMBER: (check only one)

| [X] 11a | [ ] 11b | [ ] 11c | [ ] 11d |
| [ ] 12 | [ ] 13a | [ ] 13b | [ ] 14 | [ ] 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.   **C**

| Name of Employer | Occupation |
|---|---|
| | Conduit total listed in Agg. field |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
02 / 23 / 2025

Transaction ID : 9052238E

Amount of Each Receipt this Period
250.00

[X] Memo Item

Note: Above Contribution earmarked through this organization.

---

**B.** Full Name (Last, First, Middle Initial)
Phillips, Stuart, , ,

Mailing Address 7601 N 10Th St

| City | State | Zip Code |
|---|---|---|
| Phoenix | AZ | 85020-4107 |

FEC ID number of contributing federal political committee.   **C**

| Name of Employer | Occupation |
|---|---|
| Not Employed | Not Employed |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
325.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 05 / 2025

Transaction ID : 9166374

Amount of Each Receipt this Period
25.00

[ ] Memo Item

* Earmarked Contribution: See Below

---

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.   **C**

| Name of Employer | Occupation |
|---|---|
| | Conduit total listed in Agg. field |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
3507.19

Date of Receipt
M M / D D / Y Y Y Y
03 / 09 / 2025

Transaction ID : 9166374E

Amount of Each Receipt this Period
25.00

[X] Memo Item

Note: Above Contribution earmarked through this organization.

---

**SUBTOTAL** of Receipts This Page (optional).............................................................. ▶   25.00

**TOTAL** This Period (last page this line number only).............................................. ▶

FEC **Schedule A (Form 3)** (Revised 05/2016)

| SCHEDULE A  (FEC Form 3)<br>ITEMIZED RECEIPTS | Use separate schedule(s)<br>for each category of the<br>Detailed Summary Page | FOR LINE NUMBER:<br>(check only one) | PAGE 21 OF 60 |
|---|---|---|---|

FOR LINE NUMBER: (check only one)

| [X] 11a | [ ] 11b | [ ] 11c | [ ] 11d |
| [ ] 12 | [ ] 13a | [ ] 13b | [ ] 14 | [ ] 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Phil Ehr for Congress

**A.**

Full Name (Last, First, Middle Initial)
Waffle, Elizabeth, , ,

Mailing Address 119 Canfield St
Apt 1

| City | State | Zip Code |
|---|---|---|
| Milan | MI | 48160-1643 |

FEC ID number of contributing federal political committee.  C

| Name of Employer | Occupation |
|---|---|
| Not Employed | Not Employed |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date
230.00

Date of Receipt
M M / D D / Y Y Y Y
01 / 25 / 2025

Transaction ID : 8869684

Amount of Each Receipt this Period
25.00

[ ] Memo Item

* Earmarked Contribution: See Below

**B.**

Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

FEC ID number of contributing federal political committee.  C

| Name of Employer | Occupation |
|---|---|
| | Conduit total listed in Agg. field |

Receipt For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Election Cycle-to-Date
3507.19

Date of Receipt
M M / D D / Y Y Y Y
01 / 26 / 2025

Transaction ID : 8869684E

Amount of Each Receipt this Period
25.00

[×] Memo Item

Note: Above Contribution earmarked through this organization.

**C.**

Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |
|---|---|---|
| | | |

FEC ID number of contributing federal political committee.  C

| Name of Employer | Occupation |
|---|---|
| | |

Receipt For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date

Date of Receipt
M M / D D / Y Y Y Y

Amount of Each Receipt this Period

[ ] Memo Item

SUBTOTAL of Receipts This Page (optional).................................................► 25.00

TOTAL This Period (last page this line number only)....................................► 2310.00

FEC **Schedule A (Form 3)** (Revised 05/2016)

## SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)  
PAGE **22** OF 60

| 11a | 11b | 11c | 11d |
| 12 | ☒ 13a | 13b | 14 | 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Ehr, Phil, , ,

Mailing Address 8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
| Miami | FL | 33186-1291 |

FEC ID number of contributing federal political committee. **C** H4FL28042

| Name of Employer | Occupation |
| N/A | Not Employed |

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
128000.00

Date of Receipt
M 01 / D 08 / Y 2025

Transaction ID : 9492413

Amount of Each Receipt this Period
48000.00

☐ Memo Item

Loan From Candidate

---

**B.** Full Name (Last, First, Middle Initial)
Ehr, Phil, , ,

Mailing Address 8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
| Miami | FL | 33186-1291 |

FEC ID number of contributing federal political committee. **C** H4FL28042

| Name of Employer | Occupation |
| N/A | Not Employed |

Receipt For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
146500.00

Date of Receipt
M 01 / D 24 / Y 2025

Transaction ID : 9492414

Amount of Each Receipt this Period
18500.00

☐ Memo Item

Loan From Candidate

---

**C.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |

FEC ID number of contributing federal political committee. **C**

| Name of Employer | Occupation |

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼

Date of Receipt
M / D / Y

Amount of Each Receipt this Period

☐ Memo Item

---

SUBTOTAL of Receipts This Page (optional).............................................................. ▶
66500.00

TOTAL This Period (last page this line number only).............................................. ▶
66500.00

FEC **Schedule A (Form 3)** (Revised 05/2016)

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) |
|---|---|
| | PAGE 23 OF 60 |
| | [X] 17  [ ] 18  [ ] 19a  [ ] 19b |
| | [ ] 20a  [ ] 20b  [ ] 20c  [ ] 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:       District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 05 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
1.74

Transaction ID : 500759516

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:       District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 12 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
3.96

Transaction ID : 500759515

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:       District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 19 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
6.14

Transaction ID : 500759514

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) .................................► 11.84

TOTAL This Period (last page this line number only) ..............................►

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 24 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)

[X] 17  [ ] 18  [ ] 19a  [ ] 19b
[ ] 20a  [ ] 20b  [ ] 20c  [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 26 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
15.25

Transaction ID : 500759513
[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 02 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
2.23

Transaction ID : 500759512
[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 09 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
7.14

Transaction ID : 500759511
[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ................................ ▶    24.62

TOTAL This Period (last page this line number only) ................................ ▶

# SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 25 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State: ____ District: ____

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 16 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
0.32

Transaction ID : 500759510

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State: ____ District: ____

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 23 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
67.51

Transaction ID : 500759509

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State: ____ District: ____

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 02 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
4.21

Transaction ID : 500759508

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ............................ ▶    72.04

TOTAL This Period (last page this line number only) ......................... ▶

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)   PAGE 26 OF 60

[X] 17  [ ] 18  [ ] 19a  [ ] 19b
[ ] 20a  [ ] 20b  [ ] 20c  [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)

ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 03 / D D 09 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
2.58

Transaction ID : 500759507
[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 03 / D D 16 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
12.77

Transaction ID : 500759506
[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

ActBlue Technical Services

Mailing Address  366 Summer St

| City | State | Zip Code |
|------|-------|----------|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 03 / D D 23 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
6.78

Transaction ID : 500759505
[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) .................................... ▶   22.13

TOTAL This Period (last page this line number only) .................................... ▶

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 27 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**

Phil Ehr for Congress

---

**Full Name (Last, First, Middle Initial)**

**A.** ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 30 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
3.53

Transaction ID : 500759504

[ ] Memo Item

---

**Full Name (Last, First, Middle Initial)**

**B.** ActBlue Technical Services

Mailing Address 366 Summer St

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02144-3132 |

Purpose of Disbursement
Credit Card Processing Fees

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 31 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
1.27

Transaction ID : 500759503

[ ] Memo Item

---

**Full Name (Last, First, Middle Initial)**

**C.** Amalgamated Bank

Mailing Address 1825 K St NW

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20006-1202 |

Purpose of Disbursement
Bank Fee

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 28 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
98.42

Transaction ID : 500759471

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional)..............................►    103.22

TOTAL This Period (last page this line number only)..............................►

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 28 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Amalgamated Bank

Mailing Address 1825 K St NW

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20006-1202 |

Purpose of Disbursement
Bank Fee

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State: ___ District: ___

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 02 / D D 26 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
136.55

Transaction ID : 500759421

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Brito, Vanessa, , ,

Mailing Address 7701 Soquel Dr

| City | State | Zip Code |
|---|---|---|
| Aptos | CA | 95003-3932 |

Purpose of Disbursement
Call Time Services & Management

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State: ___ District: ___

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 01 / D D 10 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
3500.00

Transaction ID : 500759461

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Brito, Vanessa, , ,

Mailing Address 7701 Soquel Dr

| City | State | Zip Code |
|---|---|---|
| Aptos | CA | 95003-3932 |

Purpose of Disbursement
Call Time Services & Management

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State: ___ District: ___

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 01 / D D 21 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
1000.00

Transaction ID : 500759468

[ ] Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional)............................▶    4636.55

**TOTAL** This Period (last page this line number only)............................▶

FEC **Schedule B (Form 3)** (Revised 05/2016)

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 29 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)  PAGE 29 OF 60

[X] 17  [ ] 18  [ ] 19a  [ ] 19b
[ ] 20a  [ ] 20b  [ ] 20c  [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Brito, Vanessa, , ,

Mailing Address 7701 Soquel Dr

| City Aptos | State CA | Zip Code 95003-3932 |
|---|---|---|

Purpose of Disbursement
Call Time Services & Management

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:          District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 31 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
3000.00

Transaction ID : 500759473

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Change Research

Mailing Address PO Box 10193

| City Berkeley | State CA | Zip Code 94709-5193 |
|---|---|---|

Purpose of Disbursement
Research Services

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:          District:

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 13 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
7920.00

Transaction ID : 500759464

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Change Research

Mailing Address PO Box 10193

| City Berkeley | State CA | Zip Code 94709-5193 |
|---|---|---|

Purpose of Disbursement
Research Services

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:          District:

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 14 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
7920.00

Transaction ID : 500759467

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ............................ ▶    18840.00

TOTAL This Period (last page this line number only) ............................ ▶

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 30 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Dahlia Lounge

Mailing Address 1001 W Buena Vista Dr

| City | State | Zip Code |
|---|---|---|
| Lake Buena Vista | FL | 32830-8404 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M 03 / D D 31 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
219.25

Transaction ID : 500759419

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Dick's Sporting Goods

Mailing Address 345 Court St

| City | State | Zip Code |
|---|---|---|
| Coraopolis | PA | 15108-3817 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For:
[ ] Primary   [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M 02 / D D 06 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
220.21

Transaction ID : 500759425

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Expedia.Com

Mailing Address 1111 Expedia Group Way W

| City | State | Zip Code |
|---|---|---|
| Seattle | WA | 98119-1111 |

Purpose of Disbursement
Travel & Lodging

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary   [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 03 / D D 07 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
349.93

Transaction ID : 500759398

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional).................................. ▶    789.39

TOTAL This Period (last page this line number only)................................. ▶

FEC **Schedule B (Form 3)** (Revised 05/2016)

# SCHEDULE B (FEC Form 3)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)    PAGE 31 OF 60

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**Full Name (Last, First, Middle Initial)**

**A.** Genova Burns LLC

Mailing Address 2 Riverside Dr
Ste 502

| City | State | Zip Code |
|------|-------|----------|
| Camden | NJ | 08103-1019 |

Purpose of Disbursement
Legal Services

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 01 / D D 27 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
740.00

Transaction ID : 500759501

[ ] Memo Item

---

**Full Name (Last, First, Middle Initial)**

**B.** Google

Mailing Address 1600 Amphitheatre Pkwy

| City | State | Zip Code |
|------|-------|----------|
| Mountain View | CA | 94043-1351 |

Purpose of Disbursement
Digital Services

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 01 / D D 09 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
82.72

Transaction ID : 500759474

[ ] Memo Item

---

**Full Name (Last, First, Middle Initial)**

**C.** Google

Mailing Address 1600 Amphitheatre Pkwy

| City | State | Zip Code |
|------|-------|----------|
| Mountain View | CA | 94043-1351 |

Purpose of Disbursement
Digital Services

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 01 / D D 13 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
38.39

Transaction ID : 500759484

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional)..............................▶  861.11

TOTAL This Period (last page this line number only)...........................▶

FEC **Schedule B (Form 3)** (Revised 05/2016)

| SCHEDULE B  (FEC Form 3)<br>ITEMIZED DISBURSEMENTS | Use separate schedule(s)<br>for each category of the<br>Detailed Summary Page | FOR LINE NUMBER:<br>(check only one) | PAGE 32 OF 60 |
|---|---|---|---|

FOR LINE NUMBER: (check only one)

| [X] 17 | [ ] 18 | [ ] 19a | [ ] 19b |
| [ ] 20a | [ ] 20b | [ ] 20c | [ ] 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)

Google

Mailing Address  1600 Amphitheatre Pkwy

| City | State | Zip Code |
|---|---|---|
| Mountain View | CA | 94043-1351 |

Purpose of Disbursement
Digital Services

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:  District:

Disbursement For:  2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 03 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
70.16

Transaction ID : 500759423

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

Google

Mailing Address  1600 Amphitheatre Pkwy

| City | State | Zip Code |
|---|---|---|
| Mountain View | CA | 94043-1351 |

Purpose of Disbursement
Digital Services

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:  District:

Disbursement For:  2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 06 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
114.48

Transaction ID : 500759395

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

Island Queen 4 Miami FL

Mailing Address  401 Biscayne Blvd

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33132-1924 |

Purpose of Disbursement
Event Costs

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:  District:

Disbursement For:  2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 07 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
150.00

Transaction ID : 500759400

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional)..............................► 334.64

TOTAL This Period (last page this line number only)............................►

FEC **Schedule B (Form 3)** (Revised 05/2016)

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 33 OF 60

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

Full Name (Last, First, Middle Initial)

**A.** Island Queen 4 Miami FL

Mailing Address  401 Biscayne Blvd

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33132-1924 |

Purpose of Disbursement
Event Costs

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:        District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 03 / D D 07 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
150.00

**Transaction ID : 500759401**

[ ] Memo Item

---

Full Name (Last, First, Middle Initial)

**B.** Lowes

Mailing Address  1000 Lowes Blvd

| City | State | Zip Code |
|---|---|---|
| Mooresville | NC | 28117-8520 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:        District:

Disbursement For:
[ ] Primary  [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M 01 / D D 21 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
113.29

**Transaction ID : 500759491**

[ ] Memo Item

---

Full Name (Last, First, Middle Initial)

**C.** NGP Van, Inc.

Mailing Address  655 15Th St NW
Ste 650

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20005-5738 |

Purpose of Disbursement
Software

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:        District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 01 / D D 13 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
6519.00

**Transaction ID : 500759462**

[ ] Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional) .................................................. ▶    6782.29

**TOTAL** This Period (last page this line number only) ............................................... ▶

FEC **Schedule B (Form 3)** (Revised 05/2016)

## SCHEDULE B  (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)   PAGE 34 OF 60

[X] 17   [ ] 18   [ ] 19a   [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c   [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**Full Name (Last, First, Middle Initial)**

**A.** NGP Van, Inc.

Mailing Address  655 15Th St NW
Ste 650

| City | State | Zip Code |
|------|-------|----------|
| Washington | DC | 20005-5738 |

Purpose of Disbursement
Software

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 01 / D D 29 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
2173.00

Transaction ID : 500759472
[ ] Memo Item

---

**Full Name (Last, First, Middle Initial)**

**B.** Numero, Inc.

Mailing Address  695 Town Center Dr
Ste 580

| City | State | Zip Code |
|------|-------|----------|
| Costa Mesa | CA | 92626-1978 |

Purpose of Disbursement
Fundraising Services

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 01 / D D 10 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
784.00

Transaction ID : 500759476
[ ] Memo Item

---

**Full Name (Last, First, Middle Initial)**

**C.** Party Cake Bakery VI

Mailing Address  13798 SW 152Nd St

| City | State | Zip Code |
|------|-------|----------|
| Miami | FL | 33177-1163 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State:    District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 03 / D D 28 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
6.07

Transaction ID : 500759416
[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ...................................... ▶   2963.07

TOTAL This Period (last page this line number only) ...................................... ▶

# SCHEDULE B  (FEC Form 3)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE **35** OF **60**

[X] 17  [ ] 18  [ ] 19a  [ ] 19b
[ ] 20a  [ ] 20b  [ ] 20c  [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Publix

Mailing Address  PO Box 32009

| City | State | Zip Code |
|------|-------|----------|
| Lakeland | FL | 33802-2009 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State:     District:

Disbursement For:  2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 05 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
48.93

Transaction ID : 500759394
[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
SB Solutions Consulting

Mailing Address  PO Box 5651

| City | State | Zip Code |
|------|-------|----------|
| Tallahassee | FL | 32314-5651 |

Purpose of Disbursement
Compliance Services

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State:     District:

Disbursement For:  2024
[X] Primary  [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 27 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
2000.00

Transaction ID : 500759470
[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Scale To Win

Mailing Address  13742 Harper St

| City | State | Zip Code |
|------|-------|----------|
| Santa Ana | CA | 92703-1419 |

Purpose of Disbursement
Texting Services

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State:     District:

Disbursement For:  2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03 / 05 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
16.94

Transaction ID : 500759391
[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ............................ ▶  2065.87

TOTAL This Period (last page this line number only) ........................ ▶

FEC **Schedule B (Form 3)** (Revised 05/2016)

## SCHEDULE B  (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 36 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)   PAGE 36 OF 60

[X] 17  [ ] 18  [ ] 19a  [ ] 19b
[ ] 20a  [ ] 20b  [ ] 20c  [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Southern Progressive Strategies

Mailing Address 11360 SW 223Rd St

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33170-4743 |

Purpose of Disbursement
Outreach Services

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:     District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 01 / D D 13 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
2000.00

Transaction ID : 500759483
[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Southern Progressive Strategies

Mailing Address 11360 SW 223Rd St

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33170-4743 |

Purpose of Disbursement
Outreach Services

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:     District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M 01 / D D 13 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
500.00

Transaction ID : 500759485
[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Switchboard

Mailing Address 548 Market St
# 97078

| City | State | Zip Code |
|---|---|---|
| San Francisco | CA | 94104-5401 |

Purpose of Disbursement
Texting & Software Services

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:     District:

Disbursement For: 2024
[X] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M 01 / D D 13 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
10000.00

Transaction ID : 500759466
[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) .......................... ▶  12500.00

TOTAL This Period (last page this line number only) ......................... ▶

# SCHEDULE B  (FEC Form 3)
# ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 37 OF 60 |
|---|---|---|

| | | |
|---|---|---|
| [X] 17 | [ ] 18 | [ ] 19a | [ ] 19b |
| [ ] 20a | [ ] 20b | [ ] 20c | [ ] 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)

Target

Mailing Address  1000 Nicollet Mall
# TPN-1101

| City | State | Zip Code |
|---|---|---|
| Minneapolis | MN | 55403-2542 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 10 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
255.53

Transaction ID : 500759475
[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

Target

Mailing Address  1000 Nicollet Mall
# TPN-1101

| City | State | Zip Code |
|---|---|---|
| Minneapolis | MN | 55403-2542 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 16 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
135.25

Transaction ID : 500759488
[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

Target

Mailing Address  1000 Nicollet Mall
# TPN-1101

| City | State | Zip Code |
|---|---|---|
| Minneapolis | MN | 55403-2542 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 21 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
33.07

Transaction ID : 500759494
[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional).................................. ▶    423.85

TOTAL This Period (last page this line number only)................................ ▶

FEC **Schedule B** (Form 3) (Revised 05/2016)

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)    PAGE 38 OF 60

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)

Target

Mailing Address  1000 Nicollet Mall
# TPN-1101

| City | State | Zip Code |
|------|-------|----------|
| Minneapolis | MN | 55403-2542 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 10 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
30.58

Transaction ID : 500759446

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

Target

Mailing Address  1000 Nicollet Mall
# TPN-1101

| City | State | Zip Code |
|------|-------|----------|
| Minneapolis | MN | 55403-2542 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 10 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
43.80

Transaction ID : 500759448

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

The Bayshore Club Bar & Grill

Mailing Address  3391 Pan American Dr

| City | State | Zip Code |
|------|-------|----------|
| Miami | FL | 33133-5501 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 13 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
516.10

Transaction ID : 500759481

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ..................... ▶    590.48

TOTAL This Period (last page this line number only) ..................... ▶

FEC **Schedule B (Form 3)** (Revised 05/2016)

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 39 OF 60

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a    [ ] 20b    [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)

Total Wine

Mailing Address 6600 Rockledge Dr

City Bethesda    State MD    Zip Code 20817-1806

Purpose of Disbursement
Food & Beverages

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:   District:

Disbursement For: 2025
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 15 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
97.12

Transaction ID : 500759486

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

Total Wine

Mailing Address 6600 Rockledge Dr

City Bethesda    State MD    Zip Code 20817-1806

Purpose of Disbursement
Food & Beverages

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:   District:

Disbursement For: 2025
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 16 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
83.06

Transaction ID : 500759489

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

Total Wine

Mailing Address 6600 Rockledge Dr

City Bethesda    State MD    Zip Code 20817-1806

Purpose of Disbursement
Food & Beverages

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State:   District:

Disbursement For: 2025
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 16 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
71.23

Transaction ID : 500759490

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ............................................ ▶    251.41

TOTAL This Period (last page this line number only) ............................................ ▶

# SCHEDULE B (FEC Form 3)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)    PAGE 40 OF 60

[X] 17    [ ] 18    [ ] 19a    [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c    [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)

Total Wine

Mailing Address  6600 Rockledge Dr

| City | State | Zip Code |
|------|-------|----------|
| Bethesda | MD | 20817-1806 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:        District:

Disbursement For: 2025
[ ] Primary  [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 01 / D D 21 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
104.94

Transaction ID : 500759496
[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)

Total Wine

Mailing Address  6600 Rockledge Dr

| City | State | Zip Code |
|------|-------|----------|
| Bethesda | MD | 20817-1806 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:        District:

Disbursement For: 2025
[ ] Primary  [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 02 / D D 10 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
35.39

Transaction ID : 500759447
[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)

Total Wine

Mailing Address  6600 Rockledge Dr

| City | State | Zip Code |
|------|-------|----------|
| Bethesda | MD | 20817-1806 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:        District:

Disbursement For: 2025
[ ] Primary  [X] General
[ ] Other (specify) ▼

Category/Type

Date of Disbursement
M M 02 / D D 10 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
36.07

Transaction ID : 500759451
[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) .................................... ▶    176.40

TOTAL This Period (last page this line number only) ................................. ▶

## SCHEDULE B  (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 41 OF 60 |
|---|---|---|

Line numbers: ☒ 17    ☐ 18    ☐ 19a    ☐ 19b
☐ 20a    ☐ 20b    ☐ 20c    ☐ 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

**A.** Full Name (Last, First, Middle Initial)
Total Wine

Mailing Address  6600 Rockledge Dr

| City Bethesda | State MD | Zip Code 20817-1806 |
|---|---|---|

Purpose of Disbursement
Food & Beverages

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:    District:

Disbursement For: 2025
☐ Primary  ☒ General
☐ Other (specify) ▼

Date of Disbursement
M M 03 / D D 07 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
55.36

Transaction ID : 500759399
☐ Memo Item

**B.** Full Name (Last, First, Middle Initial)
Total Wine

Mailing Address  6600 Rockledge Dr

| City Bethesda | State MD | Zip Code 20817-1806 |
|---|---|---|

Purpose of Disbursement
Food & Beverages

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:    District:

Disbursement For: 2025
☐ Primary  ☒ General
☐ Other (specify) ▼

Date of Disbursement
M M 03 / D D 25 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
68.74

Transaction ID : 500759414
☐ Memo Item

**C.** Full Name (Last, First, Middle Initial)
Twitter

Mailing Address  1355 Market St

| City San Francisco | State CA | Zip Code 94103-1307 |
|---|---|---|

Purpose of Disbursement
Digital Services

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:    District:

Disbursement For: 2024
☐ Primary  ☒ General
☐ Other (specify) ▼

Date of Disbursement
M M 01 / D D 27 / Y Y Y Y 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
160.65

Transaction ID : 500759500
☐ Memo Item

SUBTOTAL of Disbursements This Page (optional) ............................ ▶    284.75

TOTAL This Period (last page this line number only) ....................... ▶

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 42 OF 60

| | | |
|---|---|---|
| [X] 17 | [ ] 18 | [ ] 19a | [ ] 19b |
| [ ] 20a | [ ] 20b | [ ] 20c | [ ] 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Twitter

Mailing Address  1355 Market St

| City | State | Zip Code |
|---|---|---|
| San Francisco | CA | 94103-1307 |

Purpose of Disbursement
Digital Services

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State:       District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02   03   2025

FEC Identification Number
C

Amount of Each Disbursement this Period
98.09

Transaction ID : 500759422

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Two Brothers Restaurant

Mailing Address  13740 SW 84Th St

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33183-4017 |

Purpose of Disbursement
Food & Beverages

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State:       District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
03   06   2025

FEC Identification Number
C

Amount of Each Disbursement this Period
313.44

Transaction ID : 500759396

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Uber

Mailing Address  1515 3Rd St

| City | State | Zip Code |
|---|---|---|
| San Francisco | CA | 94158-2211 |

Purpose of Disbursement
Travel

Candidate Name

Category/Type

Office Sought: [ ] House  [ ] Senate  [ ] President
State:       District:

Disbursement For: 2024
[ ] Primary  [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01   13   2025

FEC Identification Number
C

Amount of Each Disbursement this Period
6.15

Transaction ID : 500759479

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional) ............................ ▶   417.68

TOTAL This Period (last page this line number only) ........................ ▶

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 43 OF 60 |
|---|---|---|

FOR LINE NUMBER: (check only one)  PAGE 43 OF 60

| [X] 17 | [ ] 18 | [ ] 19a | [ ] 19b |
| [ ] 20a | [ ] 20b | [ ] 20c | [ ] 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Uber

Mailing Address  1515 3Rd St

| City | State | Zip Code |
|---|---|---|
| San Francisco | CA | 94158-2211 |

Purpose of Disbursement
Travel

Candidate Name

| Office Sought: | House | Disbursement For: 2024 |
| | Senate | [X] Primary  [ ] General |
| | President | [ ] Other (specify) ▼ |
| State: | District: | |

Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
01 / 13 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
10.21

Transaction ID : 500759480

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Uber

Mailing Address  1515 3Rd St

| City | State | Zip Code |
|---|---|---|
| San Francisco | CA | 94158-2211 |

Purpose of Disbursement
Travel

Candidate Name

| Office Sought: | House | Disbursement For: 2024 |
| | Senate | [X] Primary  [ ] General |
| | President | [ ] Other (specify) ▼ |
| State: | District: | |

Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
01 / 13 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
24.83

Transaction ID : 500759482

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Uber

Mailing Address  1515 3Rd St

| City | State | Zip Code |
|---|---|---|
| San Francisco | CA | 94158-2211 |

Purpose of Disbursement
Travel

Candidate Name

| Office Sought: | House | Disbursement For: 2024 |
| | Senate | [X] Primary  [ ] General |
| | President | [ ] Other (specify) ▼ |
| State: | District: | |

Category/Type

Date of Disbursement
M M / D D / Y Y Y Y
02 / 10 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
48.78

Transaction ID : 500759450

[ ] Memo Item

---

SUBTOTAL of Disbursements This Page (optional)..................... ▶  83.82

TOTAL This Period (last page this line number only)..................... ▶

## SCHEDULE B (FEC Form 3)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 44 OF 60

[X] 17   [ ] 18   [ ] 19a   [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c   [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

Full Name (Last, First, Middle Initial)

**A.** Umunna Legal Group PLLC

Mailing Address 2119 Riverside Ave

| City | State | Zip Code |
|------|-------|----------|
| Jacksonville | FL | 32204-4462 |

Purpose of Disbursement
Strategic Consulting

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 09 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
2000.00

Transaction ID : 500759460
[ ] Memo Item

Full Name (Last, First, Middle Initial)

**B.** Umunna Legal Group PLLC

Mailing Address 2119 Riverside Ave

| City | State | Zip Code |
|------|-------|----------|
| Jacksonville | FL | 32204-4462 |

Purpose of Disbursement
Strategic Consulting

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
01 / 27 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
10000.00

Transaction ID : 500759469
[ ] Memo Item

Full Name (Last, First, Middle Initial)

**C.** Walmart

Mailing Address 702 SW 8Th St

| City | State | Zip Code |
|------|-------|----------|
| Bentonville | AR | 72716-6209 |

Purpose of Disbursement
Supplies

Candidate Name

Category/Type

Office Sought: [ ] House [ ] Senate [ ] President
State: District:

Disbursement For: 2024
[ ] Primary [X] General
[ ] Other (specify) ▼

Date of Disbursement
M M / D D / Y Y Y Y
02 / 10 / 2025

FEC Identification Number
C

Amount of Each Disbursement this Period
70.61

Transaction ID : 500759452
[ ] Memo Item

SUBTOTAL of Disbursements This Page (optional) ............................. ▶ 12070.61

TOTAL This Period (last page this line number only) ............................. ▶ 64305.77

FEC **Schedule B (Form 3)** (Revised 05/2016)

Image# 202504159756084371

# SCHEDULE C  (FEC Form 3)
# LOANS

| Use separate schedule(s) for each category of the Detailed Summary Page | PAGE 45 OF 60 |
|---|---|
| | FOR LINE NUMBER: (check only one) ☒ 13a ☐ 13b |

**NAME OF COMMITTEE (In Full)**

Phil Ehr for Congress

Transaction ID : 5301949L

| **LOAN SOURCE**  Full Name (Last, First, Middle Initial) | ☐ Memo Item | Election: 2024 |
|---|---|---|
| Ehr, Phil, , , | | ☒ Primary |
| Mailing Address 8962 SW 142Nd Ave Apt 1219 | | ☐ General ☐ Other (specify) ▼ |

| City | State | ZIP Code | |
|---|---|---|---|
| Miami | FL | 33186-1291 | ☒ Personal Funds of the Candidate |

| Original Amount of Loan | Cumulative Payment To Date | Balance Outstanding at Close of This Period |
|---|---|---|
| 30000.00 | 0.00 | 30000.00 |

**TERMS**

| Date Incurred | Date Due | Interest Rate (If none, enter 0) | Secured: |
|---|---|---|---|
| M M / D D / Y Y Y Y  12 / 11 / 2023 | M M / D D / Y Y Y Y  / / none | 0.00 % (apr) | ☐ Yes ☒ No |

**List All Endorsers or Guarantors (if any) to Loan Source**

| 1.  Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

| 2. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

| 3. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

| 4. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

**SUBTOTALS** This Period This Page (optional)·········································· ▶    30000.00

**TOTALS** This Period (last page in this line only) ····································· ▶

Carry outstanding balance only to LINE 3, Schedule D, for this line. If no Schedule D, carry forward to appropriate line of Summary.

FEC **Schedule C (Form 3)** (Revised 05/2016)

Image# 202504159756084372

# SCHEDULE C  (FEC Form 3)
# LOANS

| | |
|---|---|
| Use separate schedule(s) for each category of the Detailed Summary Page | PAGE **46** OF 60 |
| | FOR LINE NUMBER: (check only one)  ☒ 13a  ☐ 13b |

| NAME OF COMMITTEE (In Full) | |
|---|---|
| Phil Ehr for Congress | Transaction ID : 5635684L |

**LOAN SOURCE**  Full Name (Last, First, Middle Initial)      ☐ Memo Item

Ehr, Phil, , ,

Election:  2024
☒ Primary
☐ General
☐ Other (specify) ▼

| Mailing Address | | |
|---|---|---|
| 8962 SW 142Nd Ave Apt 1219 | | |
| City | State | ZIP Code |
| Miami | FL | 33186-1291 |

☒ Personal Funds of the Candidate

| Original Amount of Loan | Cumulative Payment To Date | Balance Outstanding at Close of This Period |
|---|---|---|
| 23000.00 | 0.00 | 23000.00 |

**TERMS**

| Date Incurred | Date Due | Interest Rate (If none, enter 0) | Secured: |
|---|---|---|---|
| M M 02 / D D 28 / Y Y Y Y 2024 | M M / D D / Y Y Y Y none | 0.00 % (apr) | ☐ Yes ☒ No |

List All Endorsers or Guarantors (if any) to Loan Source

| 1.  Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

| 2.  Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

| 3.  Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

| 4.  Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City | State | ZIP Code | Amount Guaranteed Outstanding: |

**SUBTOTALS** This Period This Page (optional)·················▶    23000.00

**TOTALS** This Period (last page in this line only) ···············▶

Carry outstanding balance only to LINE 3, Schedule D, for this line. If no Schedule D, carry forward to appropriate line of Summary.

FEC **Schedule C (Form 3)** (Revised 05/2016)

Image# 202504159756084373

# SCHEDULE C  (FEC Form 3)
# LOANS

Use separate schedule(s) for each category of the Detailed Summary Page

| PAGE | 47 | OF | 60 |

FOR LINE NUMBER:
(check only one)  [X] 13a
                      [ ] 13b

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

Transaction ID : 8753522L

---

**LOAN SOURCE**  Full Name (Last, First, Middle Initial)     [ ] Memo Item

Ehr, Phil, , ,

Election:  2024
[ ] Primary
[X] General
[ ] Other (specify) ▼

Mailing Address
8962 SW 142Nd Ave
Apt 1219

| City | State | ZIP Code |
|------|-------|----------|
| Miami | FL | 33186-1291 |

[X] Personal Funds of the Candidate

| Original Amount of Loan | Cumulative Payment To Date | Balance Outstanding at Close of This Period |
|-------------------------|----------------------------|---------------------------------------------|
| 7000.00 | 0.00 | 7000.00 |

**TERMS**

| Date Incurred | Date Due | Interest Rate (If none, enter 0) | Secured: |
|---------------|----------|----------------------------------|----------|
| M 11 / D 04 / Y 2024 | M / D / Y none | 0.00 % (apr) | [ ] Yes [X] No |

List All Endorsers or Guarantors (if any) to Loan Source

1. Full Name (Last, First, Middle Initial) | Name of Employer
   Mailing Address | Occupation
   | City | State | ZIP Code | Amount Guaranteed Outstanding: |

2. Full Name (Last, First, Middle Initial) | Name of Employer
   Mailing Address | Occupation
   | City | State | ZIP Code | Amount Guaranteed Outstanding: |

3. Full Name (Last, First, Middle Initial) | Name of Employer
   Mailing Address | Occupation
   | City | State | ZIP Code | Amount Guaranteed Outstanding: |

4. Full Name (Last, First, Middle Initial) | Name of Employer
   Mailing Address | Occupation
   | City | State | ZIP Code | Amount Guaranteed Outstanding: |

**SUBTOTALS** This Period This Page (optional)··················▶ | 7000.00

**TOTALS** This Period (last page in this line only) ··············▶ |

Carry outstanding balance only to LINE 3, Schedule D, for this line. If no Schedule D, carry forward to appropriate line of Summary.

FEC **Schedule C (Form 3)** (Revised 05/2016)

Image# 202504159756084374

# SCHEDULE C  (FEC Form 3)
# LOANS

| | |
|---|---|
| Use separate schedule(s) for each category of the Detailed Summary Page | PAGE **48** OF 60 |
| | FOR LINE NUMBER: (check only one)  ☒ 13a  ☐ 13b |

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

Transaction ID : 8753523L

---

**LOAN SOURCE**  Full Name (Last, First, Middle Initial)    ☐ Memo Item

Ehr, Phil, , ,

Mailing Address
8962 SW 142Nd Ave
Apt 1219

| City | State | ZIP Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Election:  2024
☐ Primary
☒ General
☐ Other (specify) ▼

☒ Personal Funds of the Candidate

| Original Amount of Loan | Cumulative Payment To Date | Balance Outstanding at Close of This Period |
|---|---|---|
| 7000.00 | 0.00 | 7000.00 |

**TERMS**

| Date Incurred | Date Due | Interest Rate (If none, enter 0) | Secured: |
|---|---|---|---|
| M M / D D / Y Y Y Y  11 / 14 / 2024 | M M / D D / Y Y Y Y  /  / none | 0.00 % (apr) | ☐ Yes  ☒ No |

List All Endorsers or Guarantors (if any) to Loan Source

| 1. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City    State    ZIP Code | Amount Guaranteed Outstanding: |

| 2. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City    State    ZIP Code | Amount Guaranteed Outstanding: |

| 3. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City    State    ZIP Code | Amount Guaranteed Outstanding: |

| 4. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City    State    ZIP Code | Amount Guaranteed Outstanding: |

**SUBTOTALS** This Period This Page (optional) ······················· ▶  7000.00

**TOTALS** This Period (last page in this line only) ·················· ▶

Carry outstanding balance only to LINE 3, Schedule D, for this line. If no Schedule D, carry forward to appropriate line of Summary.

Image# 202504159756084375

# SCHEDULE C  (FEC Form 3)
# LOANS

Use separate schedule(s) for each category of the Detailed Summary Page

| PAGE | 49 | OF | 60 |

FOR LINE NUMBER: (check only one)  [X] 13a  ☐ 13b

NAME OF COMMITTEE (In Full)

Phil Ehr for Congress

Transaction ID : 8898860L

---

**LOAN SOURCE**  Full Name (Last, First, Middle Initial)    ☐ Memo Item

Ehr, Phil, , ,

Election:   2024
☐ Primary
[X] General
☐ Other (specify) ▼

Mailing Address
8962 SW 142Nd Ave
Apt 1219

| City | State | ZIP Code |
|------|-------|----------|
| Miami | FL | 33186-1291 |

[X] Personal Funds of the Candidate

| Original Amount of Loan | Cumulative Payment To Date | Balance Outstanding at Close of This Period |
|---|---|---|
| 13000.00 | 0.00 | 13000.00 |

**TERMS**

| Date Incurred | Date Due | Interest Rate (If none, enter 0) | Secured: |
|---|---|---|---|
| M M 12 / D D 05 / Y Y Y Y 2024 | M M / D D / Y Y Y Y none | 0.00 % (apr) | ☐ Yes [X] No |

List All Endorsers or Guarantors (if any) to Loan Source

1.  Full Name (Last, First, Middle Initial)

Name of Employer

Mailing Address

Occupation

| City | State | ZIP Code | Amount Guaranteed Outstanding: |
|------|-------|----------|---|

2. Full Name (Last, First, Middle Initial)

Name of Employer

Mailing Address

Occupation

| City | State | ZIP Code | Amount Guaranteed Outstanding: |
|------|-------|----------|---|

3. Full Name (Last, First, Middle Initial)

Name of Employer

Mailing Address

Occupation

| City | State | ZIP Code | Amount Guaranteed Outstanding: |
|------|-------|----------|---|

4. Full Name (Last, First, Middle Initial)

Name of Employer

Mailing Address

Occupation

| City | State | ZIP Code | Amount Guaranteed Outstanding: |
|------|-------|----------|---|

**SUBTOTALS** This Period This Page (optional)·············································· ▶   13000.00

**TOTALS** This Period (last page in this line only) ····································· ▶

Carry outstanding balance only to LINE 3, Schedule D, for this line. If no Schedule D, carry forward to appropriate line of Summary.

FEC **Schedule C (Form 3)** (Revised 05/2016)

Image# 202504159756084376

# SCHEDULE C  (FEC Form 3)
# LOANS

| Use separate schedule(s) for each category of the Detailed Summary Page | PAGE 50 OF 60 |
|---|---|
| | FOR LINE NUMBER: (check only one)  ☒ 13a   ☐ 13b |

| NAME OF COMMITTEE (In Full) | Transaction ID : 9492413L |
|---|---|
| Phil Ehr for Congress | |

**LOAN SOURCE**  Full Name (Last, First, Middle Initial)          ☐ Memo Item

Ehr, Phil, , ,

**Election:** 2024
☐ Primary
☒ General
☐ Other (specify) ▼

| Mailing Address | |
|---|---|
| 8962 SW 142Nd Ave Apt 1219 | |

| City | State | ZIP Code | |
|---|---|---|---|
| Miami | FL | 33186-1291 | ☐ Personal Funds of the Candidate |

| Original Amount of Loan | Cumulative Payment To Date | Balance Outstanding at Close of This Period |
|---|---|---|
| 48000.00 | 0.00 | 48000.00 |

**TERMS**

| Date Incurred | | | Date Due | | | Interest Rate (If none, enter 0) | Secured: |
|---|---|---|---|---|---|---|---|
| M M 01 | D D 08 | Y Y Y Y 2025 | M M | D D | Y Y Y Y none | 0.00 % (apr) | ☐ Yes  ☒ No |

List All Endorsers or Guarantors (if any) to Loan Source

| 1.  Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City / State / ZIP Code | Amount Guaranteed Outstanding: |

| 2. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City / State / ZIP Code | Amount Guaranteed Outstanding: |

| 3. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City / State / ZIP Code | Amount Guaranteed Outstanding: |

| 4. Full Name (Last, First, Middle Initial) | Name of Employer |
|---|---|
| Mailing Address | Occupation |
| City / State / ZIP Code | Amount Guaranteed Outstanding: |

**SUBTOTALS** This Period This Page (optional)·················· ▶  48000.00

**TOTALS** This Period (last page in this line only) ·············· ▶

Carry outstanding balance only to LINE 3, Schedule D, for this line. If no Schedule D, carry forward to appropriate line of Summary.

# SCHEDULE C  (FEC Form 3)
# LOANS

| Use separate schedule(s) for each category of the Detailed Summary Page |
|---|

PAGE 51 OF 60

FOR LINE NUMBER:
(check only one)  ☒ 13a
                  ☐ 13b

**NAME OF COMMITTEE (In Full)**

Phil Ehr for Congress

Transaction ID : 9492414L

---

**LOAN SOURCE**  Full Name (Last, First, Middle Initial)    ☐ Memo Item

Ehr, Phil, , ,

**Mailing Address**
8962 SW 142Nd Ave
Apt 1219

| City | State | ZIP Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Election:  2024
☐ Primary
☒ General
☐ Other (specify) ▼

☐ Personal Funds of the Candidate

| Original Amount of Loan | Cumulative Payment To Date | Balance Outstanding at Close of This Period |
|---|---|---|
| 18500.00 | 0.00 | 18500.00 |

**TERMS**

| Date Incurred | Date Due | Interest Rate (If none, enter 0) | Secured: |
|---|---|---|---|
| 01 / 24 / 2025 | M M / D D / none | 0.00 % (apr) | ☐ Yes  ☒ No |

**List All Endorsers or Guarantors (if any) to Loan Source**

1. Full Name (Last, First, Middle Initial)

   Name of Employer

   Mailing Address

   Occupation

   | City | State | ZIP Code | Amount Guaranteed Outstanding: | |
   |---|---|---|---|---|

2. Full Name (Last, First, Middle Initial)

   Name of Employer

   Mailing Address

   Occupation

   | City | State | ZIP Code | Amount Guaranteed Outstanding: | |
   |---|---|---|---|---|

3. Full Name (Last, First, Middle Initial)

   Name of Employer

   Mailing Address

   Occupation

   | City | State | ZIP Code | Amount Guaranteed Outstanding: | |
   |---|---|---|---|---|

4. Full Name (Last, First, Middle Initial)

   Name of Employer

   Mailing Address

   Occupation

   | City | State | ZIP Code | Amount Guaranteed Outstanding: | |
   |---|---|---|---|---|

**SUBTOTALS** This Period This Page (optional)·········································· ▶  18500.00

**TOTALS** This Period (last page in this line only) ······························· ▶  146500.00

**Carry outstanding balance only to LINE 3, Schedule D, for this line. If no Schedule D, carry forward to appropriate line of Summary.**

FEC **Schedule C (Form 3)** (Revised 05/2016)

# SCHEDULE D  (FEC Form 3)
## DEBTS AND OBLIGATIONS
### Excluding Loans

| (Use separate schedule(s) for each numbered line) | PAGE 52 OF 60 |
|---|---|
| | FOR LINE NUMBER: (check only one)     ☐ 9     ☒ 10 |

NAME OF COMMITTEE (In Full)

## Phil Ehr for Congress

**A.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

### GrassRoots Analytics

Nature of Debt (Purpose):
Digital List Acquisition, Disputed, Not an admission of liability; no waiver

Mailing Address   806 7Th St NW
Ste 3

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20001-3868 |

| Outstanding Balance Beginning This Period | Transaction ID : 1250005557 |
|---|---|
| 175443.17 | |

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 175443.17 |

**B.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

### Katz Compliance

Nature of Debt (Purpose):
Compliance Services

Mailing Address   PO Box 33079

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20033-0079 |

| Outstanding Balance Beginning This Period | Transaction ID : 1250005539 |
|---|---|
| 4000.00 | |

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 4000.00 |

**C.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

### Change Research

Nature of Debt (Purpose):
Research Services

Mailing Address   PO Box 10193

| City | State | Zip Code |
|---|---|---|
| Berkeley | CA | 94709-5193 |

| Outstanding Balance Beginning This Period | Transaction ID : 1250005533 |
|---|---|
| 7920.00 | |

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 7920.00 | 0.00 |

| | |
|---|---|
| 1)  **SUBTOTALS** This Period This Page (optional) ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ ▶ | 179443.17 |
| 2)  **TOTALS** This Period (last page this line number only) ⋯⋯⋯⋯⋯⋯⋯⋯ ▶ | |
| 3)  **TOTAL OUTSTANDING LOANS** from Schedule C (last page only) ⋯⋯⋯⋯⋯ ▶ | |
| 4)  **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶ | |

**SCHEDULE D  (FEC Form 3)**
**DEBTS AND OBLIGATIONS**
Excluding Loans

| | |
|---|---|
| (Use separate schedule(s) for each numbered line) | PAGE 53 OF 60 |
| | FOR LINE NUMBER: (check only one)  ☐ 9   ☒ 10 |

NAME OF COMMITTEE (In Full)

# Phil Ehr for Congress

---

**A.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Katz Compliance

**Nature of Debt (Purpose):**

Compliance Services

Mailing Address   PO Box 33079

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20033-0079 |

Outstanding Balance Beginning This Period

3000.00

**Transaction ID : 1250005541**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 3000.00 |

---

**B.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Lawlor Strategies

**Nature of Debt (Purpose):**

Fundraising Consulting

Mailing Address   1736 Boulder St
Apt 508

| City | State | Zip Code |
|---|---|---|
| Denver | CO | 80211-4083 |

Outstanding Balance Beginning This Period

5000.00

**Transaction ID : 1250005763**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 5000.00 |

---

**C.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

NGP Van, Inc.

**Nature of Debt (Purpose):**

Software

Mailing Address   655 15Th St NW
Ste 650

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20005-5738 |

Outstanding Balance Beginning This Period

2173.00

**Transaction ID : 1250005767**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 2173.00 |

---

1) **SUBTOTALS** This Period This Page (optional) ·················································· ▶   10173.00

2) **TOTALS** This Period (last page this line number only) ·······································  ▶

3) **TOTAL OUTSTANDING LOANS** from Schedule C (last page only)·································  ▶

4) **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶

**SCHEDULE D  (FEC Form 3)**
**DEBTS AND OBLIGATIONS**
**Excluding Loans**

| (Use separate schedule(s) for each numbered line) | PAGE  54  OF  60 |
|---|---|
| | FOR LINE NUMBER: (check only one)   ☐ 9   ☒ 10 |

NAME OF COMMITTEE (In Full)

# Phil Ehr for Congress

**A.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Katz Compliance

Nature of Debt (Purpose):

Compliance Services

Mailing Address    PO Box 33079

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20033-0079 |

Outstanding Balance Beginning This Period

2500.00

Transaction ID : 1250005817

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 2500.00 |

**B. Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

Nature of Debt (Purpose):

Unreimbursed Expense from Candidate - Communications Consulting to Graeme Zielenski

Mailing Address    8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

5000.00

Transaction ID : 1250005518

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 5000.00 |

**C. Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

Nature of Debt (Purpose):

Unreimbursed Expense from Candidate - Fundraising Consulting Services

Mailing Address    8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

1667.00

Transaction ID : 1250005542

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 1667.00 |

1)  **SUBTOTALS** This Period This Page (optional) ·········································· ▶   9167.00

2)  **TOTALS** This Period (last page this line number only) ································· ▶

3)  **TOTAL OUTSTANDING LOANS** from Schedule C (last page only)···················· ▶

4)  **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶

FEC **Schedule D (Form 3)** (Revised 05/2016)

**SCHEDULE D  (FEC Form 3)**
**DEBTS AND OBLIGATIONS**
Excluding Loans

| (Use separate schedule(s) for each numbered line) | PAGE 55 OF 60 |
|---|---|
| | FOR LINE NUMBER: (check only one)   9 ☒ 10 |

NAME OF COMMITTEE (In Full)

# Phil Ehr for Congress

---

**A.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Unreimbursed Expense from Candidate - Strategic Consulting Services to Ummuna Legal

**Mailing Address**   8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

**Outstanding Balance Beginning This Period**
4700.00

**Transaction ID : 1250005544**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 4700.00 |

---

**B.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Unreimbursed Expense from Candidate - Travel Expenses

**Mailing Address**   8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

**Outstanding Balance Beginning This Period**
6069.27

**Transaction ID : 1250005546**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 6069.27 |

---

**C.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Unreimbursed Expense from Candidate - Travel Expenses

**Mailing Address**   8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

**Outstanding Balance Beginning This Period**
2272.97

**Transaction ID : 1250006094**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 2272.97 |

---

| | |
|---|---|
| 1)  **SUBTOTALS** This Period This Page (optional) ⋯⋯⋯⋯⋯⋯⋯⋯ ▶ | 13042.24 |
| 2)  **TOTALS** This Period (last page this line number only) ⋯⋯⋯⋯⋯⋯ ▶ | |
| 3)  **TOTAL OUTSTANDING LOANS** from Schedule C (last page only) ⋯⋯⋯⋯ ▶ | |
| 4)  **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶ | |

FEC **Schedule D (Form 3)** (Revised 05/2016)

**SCHEDULE D  (FEC Form 3)**
**DEBTS AND OBLIGATIONS**
Excluding Loans

| (Use separate schedule(s) for each numbered line) | PAGE 56 OF 60 |
|---|---|
| | FOR LINE NUMBER: (check only one) |

9 ☐
10 ☒

NAME OF COMMITTEE (In Full)

# Phil Ehr for Congress

---

**A.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Unreimbursed Expense from Candidate - Lodging

Mailing Address   8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

88.82

**Transaction ID : 1250006095**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 88.82 |

---

**B.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Unreimbursed Expense from Candidate - Internet

Mailing Address   8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

219.48

**Transaction ID : 1250006096**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 219.48 |

---

**C.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Unreimbursed Expense from Candidate - Printing

Mailing Address   8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

4.06

**Transaction ID : 1250006097**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 4.06 |

---

1) **SUBTOTALS** This Period This Page (optional) ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ ▶    312.36

2) **TOTALS** This Period (last page this line number only) ⋯⋯⋯⋯⋯⋯⋯⋯⋯ ▶

3) **TOTAL OUTSTANDING LOANS** from Schedule C (last page only)⋯⋯⋯⋯⋯⋯ ▶

4) **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶

# SCHEDULE D  (FEC Form 3)
## DEBTS AND OBLIGATIONS
**Excluding Loans**

| | (Use separate schedule(s) for each numbered line) | PAGE 57 OF 60 |
|---|---|---|
| | | FOR LINE NUMBER: (check only one)  ☐ 9   ☒ 10 |

NAME OF COMMITTEE (In Full)

## Phil Ehr for Congress

---

**A.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**

Travel, Lodging, Event, and Admin Expenses

| Mailing Address | 8962 SW 142Nd Ave Apt 1219 | |
|---|---|---|
| City Miami | State FL | Zip Code 33186-1291 |

Outstanding Balance Beginning This Period

3883.07

**Transaction ID : 1250006064**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 3883.07 |

---

**B. Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**

Events Registrations & Meetings

| Mailing Address | 8962 SW 142Nd Ave Apt 1219 | |
|---|---|---|
| City Miami | State FL | Zip Code 33186-1291 |

Outstanding Balance Beginning This Period

314.15

**Transaction ID : 1250006099**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 314.15 |

---

**C.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**

Digital & Communication Expenses: Internet & Campaign Phone

| Mailing Address | 8962 SW 142Nd Ave Apt 1219 | |
|---|---|---|
| City Miami | State FL | Zip Code 33186-1291 |

Outstanding Balance Beginning This Period

240.48

**Transaction ID : 1250006102**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 240.48 |

---

| | | |
|---|---|---|
| 1)  **SUBTOTALS** This Period This Page (optional) ▶ | | 4437.70 |
| 2)  **TOTALS** This Period (last page this line number only) ▶ | | |
| 3)  **TOTAL OUTSTANDING LOANS** from Schedule C (last page only) ▶ | | |
| 4)  **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶ | | |

**FEC Schedule D (Form 3)** (Revised 05/2016)

**SCHEDULE D  (FEC Form 3)**
**DEBTS AND OBLIGATIONS**
Excluding Loans

| | |
|---|---|
| (Use separate schedule(s) for each numbered line) | PAGE 58 OF 60 |
| | FOR LINE NUMBER: (check only one) |
| | ☐ 9 |
| | ☒ 10 |

NAME OF COMMITTEE (In Full)

## Phil Ehr for Congress

---

**A. Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Travel Expenses: Fuel, Tolls, Travel Wi-fi

Mailing Address  8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

765.70

Transaction ID : 1250006101

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 765.70 |

---

**B. Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Reimbursement for Travel, Printing, Supplies, Event Costs, TeleCommunication

Mailing Address  8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

2923.74

Transaction ID : 1250006299

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 2923.74 |

---

**C. Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Nature of Debt (Purpose):**
Reimbursement for Travel, Printing, Supplies, Event Costs, TeleCommunication

Mailing Address  8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

Outstanding Balance Beginning This Period

2923.74

Transaction ID : 1250006300

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 2923.74 |

---

| | |
|---|---|
| 1) **SUBTOTALS** This Period This Page (optional) ▶ | 6613.18 |
| 2) **TOTALS** This Period (last page this line number only) ▶ | |
| 3) **TOTAL OUTSTANDING LOANS** from Schedule C (last page only) ▶ | |
| 4) **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶ | |

FEC **Schedule D (Form 3)** (Revised 05/2016)

**Form/Schedule:** SD10
**Transaction ID :** 1250006299

Reimbursement for Travel, Printing, Supplies, Event Costs, TeleCommunication

**Form/Schedule:** SD10
**Transaction ID:** 1250006300

Reimbursement for Travel, Printing, Supplies, Event Costs, TeleCommunication

# SCHEDULE D  (FEC Form 3)
# DEBTS AND OBLIGATIONS
**Excluding Loans**

(Use separate schedule(s) for each numbered line)

| PAGE | 60 | OF | 60 |
|---|---|---|---|

FOR LINE NUMBER:
(check only one)

☐ 9
☒ 10

NAME OF COMMITTEE (In Full)

## Phil Ehr for Congress

---

**A.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Mailing Address** 8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

**Nature of Debt (Purpose):**
Travel & Telecommunications Estimated Reimbursement

Outstanding Balance Beginning This Period

400.00

**Transaction ID : 1250006345**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 400.00 |

---

**B.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Ehr, Phil, , ,

**Mailing Address** 8962 SW 142Nd Ave
Apt 1219

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33186-1291 |

**Nature of Debt (Purpose):**
Supplies, travel, event registration, campaign field work

Outstanding Balance Beginning This Period

7494.98

**Transaction ID : 1250006414**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 0.00 | 7494.98 |

---

**C.  Full Name (Last, First, Middle Initial) of Debtor or Creditor**

Genova Burns LLC

**Mailing Address** 2 Riverside Dr
Ste 502

| City | State | Zip Code |
|---|---|---|
| Camden | NJ | 08103-1019 |

**Nature of Debt (Purpose):**
Legal Services

Outstanding Balance Beginning This Period

740.00

**Transaction ID : 1250005761**

| Amount Incurred This Period | Payment This Period | Outstanding Balance at Close of This Period |
|---|---|---|
| 0.00 | 740.00 | 0.00 |

---

| | | |
|---|---|---|
| 1) **SUBTOTALS** This Period This Page (optional) ······················· ▶ | 7894.98 |
| 2) **TOTALS** This Period (last page this line number only) ·················· ▶ | 231083.63 |
| 3) **TOTAL OUTSTANDING LOANS** from Schedule C (last page only)··········· ▶ | 146500.00 |
| 4) **ADD 2)** and **3)** and carry forward to appropriate line of Summary Page (last page only) ▶ | 377583.63 |

FEC **Schedule D (Form 3)** (Revised 05/2016)