# Exhibit E

 Outlook

---

## RE: Ehr v. Grassroots Analytics Litigation

---

**From** Katie Ali <katie.ali@alilockwood.com>

**Date** Wed 6/18/2025 6:06 PM

**To** philehr@gmail.com <philehr@gmail.com>

**Cc** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>; Dan Press <dpress@chung press.com>

---

🔗 2 attachments (1,006 KB)

2025 06 18 ECF 26 Summons to P. Ehr.pdf; 2024 12 13 ECF 4 GA's Answer and Counterclaims.pdf;

Mr. Ehr,

Per the Court's June 13, 2025 Order, I am confirming that we have sent a copy of the attached counterclaims and summons by first class mail to your last known address(es). Out of an abundance of caution, I am re-sending these pleadings to you by email as well. I understand that Mr. Press is now representing you in your individual capacity and accordingly am copying him here as well.

Regards,
Katie

---

**From:** Katie Ali
**Sent:** Wednesday, February 5, 2025 2:00 PM
**To:** philehr@gmail.com
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** Ehr v. Grassroots Analytics Litigation

Mr. Ehr –

Good afternoon. I understand from counsel for your campaign that you are unrepresented in the *Phil Ehr for Congress Campaign Committee v. Grassroots Analytics* matter pending in the D.D.C. If that is not correct, please let me know. I am attaching a copy of our answer and counterclaims in that litigation. Please let me know if you will accept service by e-mail. If you will not, please provide your best address.

Thank you,

## Katie Ali

**PARTNER**

---

**Ali & Lockwood LLP**
501 H Street NE
Suite 200
Washington, D.C. 20002

Direct:    (202) 651-2476
Email:    katie.ali@alilockwood.com

www.alilockwood.com

*Ali & Lockwood LLP is a limited liability partnership registered in the District of Columbia.*