UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHIL EHR FOR CONGRESS
CAMPAIGN COMMITTEE,
    Plaintiff

Civil Action No.: 1:24-cv-03035-APM

v.

GRASSROOTS ANALYTICS, INC,
    Defendant.

## DECLARATION OF PHILLIP C. EHR

**PHILLIP C. EHR**, being of full age, states the following:

1. I am over eighteen (18) years of age and of sound mind, and am otherwise fully competent to make the statements contained in this document. The factual assertions set forth in this Declaration are made on personal knowledge.

**DOMICILE AND RESIDENCE**

2. I am a U.S. citizen, born in Colorado and raised in various states, and have been domiciled in the State of Florida since 1984, and have been a resident of Florida since 1984. I have had a driver's license issued by the State of Florida since 1984.

3. In 1979 I began participation in the Naval Reserve Officer Training Corps while attending college and also fulfilling R.O.T.C. service obligations. From 1982 through 2008 I was in active duty military service as a member of the United States Navy, rising in rank from an E-3 level Seaman to that of Commander. I resided in Florida, but also was stationed in various European countries and other locations around the world while on active duty. I have also maintained at various times a residence in the United Kingdom.

4. I have never been domiciled in, or a resident of, the District of Columbia. I have never registered to vote in the District, and I have never obtained a driver's license in the District of Columbia.

5. I have neither personally owned real property in the District of Columbia, nor ever personally leased residential or commercial property within the District.

6. I am currently neither a director, officer or employee of any business entity domiciled in, or maintaining a principal place of business in, the District of Columbia, nor did I ever have any such position.

## ACTIVITY IN THE DISTRICT OF COLUMBIA AND ACTIVE MILITARY SERVICE

7.     I have not personally transacted any business within the District of Columbia since the end of my service at the U.S. Navy Yard in 1995.

8.     I have never personally contracted to supply commercial services of any type within the District of Columbia.

9.     I have never caused tortious injury of any type within the District of Columbia.

10.    I have never personally contracted to insure or act as surety for any person, property, risk, contract, obligation, or agreement located, executed, or to be performed within the District of Columbia.

11.    I have never been to the offices of Grassroots Analytics in Washington, D.C., and to my best recollection I have never personally met Dan Hogenkamp, whom I believe to be the founder of Grassroots Analytics.

12.    My active military career after the Naval R.O.T.C. program commenced in 1982, and concluded in 2008. In 1984 I was transferred from my post in Pensacola, Florida to

the Naval Military Personnel Command in Arlington, Virginia. I was stationed there until 1985, when I was transferred back to Pensacola, Florida.

13. In 1992 I was transferred to work for The Joint Staff of the Joint Chiefs of Staff at the Pentagon in Virginia, where I was stationed into 1993. In 1993, I was assigned to the U.S. Navy Yard in the District of Columbia, as Deputy Director for Support to National Operations, Operational Support Office - National Reconnaissance Office, where I was stationed until 1995. As noted above, I have never resided within the District of Columbia, and the posting at the U.S. Navy Yard, ending in 1995, was my last military or civilian employment activity within the District.

14. My military postings from 1995 through 2008 included positions in Italy, Spain, California, and the U.K.

**ALLEGED BUSINESS ADDRESS & ACTIVITY IN D.C.**

15. I have read defendant Grassroots Analytics Counterclaim (ECF 4), and noted the allegations (in paragraph 6) that I "conducted business in the District of Columbia" through "registered campaign committees which have registered business addresses in Washington, D.C." This statement does not accurately convey my connection, or lack thereof, with the District of Columbia.

16. As a candidate for federal office, first for U.S. Senate and thereafter for the U.S. House of Representatives, during the 2023-24 election cycle, I had to file statutorily-required paperwork both in the State of Florida and with the Federal Elections Commission ("F.E.C.") in Washington, D.C. In accordance with the Federal Election Campaign Act of 1971, I was required to designate a primary campaign committee, and then that committee had to file periodic reports with the F.E.C. detailing all received contributions, all expenditures, and other campaign-related activity.

17. To facilitate the collection of data relating to campaign committee activity, and to ensure the proper filing of F.E.C.-mandated reports, the subject campaign committee (first designated as the Senate campaign committee, and thereafter as the Congressional campaign committee) engaged the services of a political campaign "compliance firm," called Katz Compliance.

18. Katz Compliance provided compliance services for the Ehr for Senate Campaign Committee and the redesignated Phil Ehr for Congress Campaign Committee from the Summer of 2023 until the Spring of 2024. Katz Compliance maintained a business address in Washington, D.C.

19. The 'business address' alleged by defendant Grassroots Analytics to be the address of the campaign committee, on F.E.C. filings, is actually the address of Katz Compliance,

whose employees gathered data and then prepared and filed the statutorily-required F.E.C. reports.

20. I did not personally maintain an office during the 2023-24 election cycle in Washington, D.C., and as noted in ¶¶ 7 and 13, above, have had no presence in the District since 1995. Similarly, neither my Senate campaign committee nor my Congressional campaign committee maintained an office or other presence in Washington, D.C. during the 2023-24 election cycle.

**VERIFICATION**

21. The undersigned states that he has reviewed the statements made in this Declaration. Pursuant to the provisions contained in 28 U.S.C. § 1746, I Declare and Verify under Penalty of Perjury that the foregoing is true and correct.

Executed on **July 9, 2025.**

_____
PHILLIP C. EHR