UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
        Plaintiff,

v.

**GRASSROOTS ANALYTICS, INC.,**
        Defendant.

Civil Action No.: 1:24-cv-03035-APM

-

**ORDER GRANTING
COUNTERCLAIM-DEFENDANT PHIL EHR'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM FOR LACK OF PERSONAL JURISDICTION**

Upon consideration of Counterclaim Defendant Phil Ehr's Motion to Dismiss for Lack of Personal Jurisdiction and any response thereto, and it appearing to the Court that Phil Ehr is not subject to the personal jurisdiction of this Court, it is hereby ORDERED that the Counterclaim in this action is hereby DISMISSED as to Counterclaim Defendant Phil Ehr.

SO ORDERED, this _____ day of _____, 2025.

_____
United States District Judge