IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant.*<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff,*<br><br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

**DECLARATION OF KATHRYN M. ALI IN SUPPORT OF COUNTERCLAIM-PLAINTIFF GRASSROOTS ANALYTICS, INC.'S OPPOSITION TO COUNTERCLAIM-DEFENDANT PHIL EHR'S MOTION TO DISMISS COUNTERCLAIM FOR LACK OF PERSONAL JURISDICTION**

I, Kathryn M. Ali, declare as follows:

I am an attorney and a partner with the law firm Ali & Lockwood LLP, counsel for Counterclaim-Plaintiff Grassroots Analytics, Inc. in the above-captioned matter. The facts stated in this Declaration are true and based on my personal knowledge.

1. Attached hereto as **Exhibit A** is a true and correct copy of the parties' July 18, 2023 Services Agreement.

2. Attached hereto as **Exhibit B** is a true and correct copy of the parties' August 9, 2023 STAMP Services Agreement.

3. Attached hereto as **Exhibit C** is a true and correct copy of the parties' August 8, 2023 Data Sharing Agreement.

4. Attached hereto as **Exhibit D** is a true and correct copy of an "exit memo" dated July 20, 2024 that appears to have been authored by Ehr Campaign consultant Jake Briggs, and which was produced by the Ehr Campaign during this litigation.

5. Attached hereto as **Exhibit E** is a true and correct copy of Invoice No. 9664 sent by Grassroots Analytics, Inc. to Phil Ehr on July 31, 2023.

6. Attached hereto as **Exhibit F** is a true and correct copy of an email dated April 11, 2024, which was sent by Grassroots Analytics, Inc. to Katz Compliance attaching Grassroots' unpaid invoices.

7. Attached hereto as **Exhibit G** is a true and correct copy of messages among members of the Ehr Campaign staff dated August 29, 2023, which were produced by the Ehr Campaign during this litigation.

8. Attached hereto as **Exhibit H** is a true and correct copy of undated messages sent by Ehr Campaign consultant Jake Briggs, and which were produced by the Ehr Campaign during this litigation.

9. Attached hereto as **Exhibit I** is a true and correct copy of messages dated September 1, 2023 and sent by Ehr Campaign consultant David Keith to Phil Ehr, which were produced by the Ehr Campaign during this litigation.

10. Attached hereto as **Exhibit J** is a true and correct copy of a September 25, 2023 email chain between Ehr Campaign consultant David Keith and Grassroots Analytics, Inc.

11. Attached hereto as **Exhibit K** is a true and correct copy of a January 31, 2024 email chain produced by the Ehr Campaign during this litigation.

DATED: July 23, 2025                                                By: */s/ Kathryn M. Ali*