# Exhibit D

Exit Memo

As requested please find below a review of the topics that Vanessa requested in this exit memo. I have already sent over my expenses and invoice. Please let me know if there is additional information needed. If any questions arise please feel free to reach out to me directly to provide clarity.  — Jake Briggs

Grassroots
Danny, the CEO of grassroots, texted Phil offering free texts shortly after the launch. Phil and David asked me to find out who's number it was and it was Danny from Grassroots, which I told Phil was a scam. Phil and David decided to go ahead and use the service to send out text messages. During this time I was strictly raising money for Phil. I had no ability to approve expenses. It appears that the texts sent from grassroots to their list was a text rental, meaning you only get the contact information of the people who contributed. During the Senate campaign we had both Meadowlark as a digital firm and grassroots texting as approved by Phil. Meadowlark did acquisition for the campaign where we owned the contacts. These contacts are in NGP and Switchboard. They also did email acquisition and those emails are in NGP. I did not have approval of the costs that were Phil and David. Although, I did receive weekly P and L reports from Katz along with the rest of the team .

When looking at the Grassroots donations, I noticed a pattern that showed a higher than typical refund rate. They also happened to be mostly high dollar donors, which led me to believe that this was intentional by Grassroots, but this is just a theory.

Texting:
While running the texting program I would write the copy, upload it into scale to win via csvv and send out the agreed upon number of texts. The texts that were sent were closely monitored and typically would account for more than half of the total funding brought into the campaign. A simple search for "text" under digital will show that between email and text the money raised would be more than 70% of the total raise.

Tools:
Numero: The reason numero is a good tool for fundraising is that it saves the time for the call time manager as the outside giving amounts are prefilled and matched on the back end. It also allows for one touch email and text.

NGP: Is the tool that we use to send emails and store disbursement information for the FEC Reports.

Switchboard: Houses the text lists acquired via Meadowlark and has a useful analytics tool that is synced to actblue.

Scale to win: Is the program I used to send texts as mentioned above.