# Exhibit E

Grassroots Analytics, Inc.
806 7th St NW Ste 3
Washington, DC  20001
+1 2022402456
operations@grassrootsanalytics.com



# INVOICE

| BILL TO | |
|---|---|
| Phil Ehr | INVOICE # 9664 |
| | DATE 07/31/2023 |
| | DUE DATE 07/15/2024 |
| | TERMS Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Sales - Peer to Peer<br>Phil Ehr July 2023 Peer to Peer List Rental Services | 1 | 430,433.00 | 430,433.00 |

| | | |
|---|---|---|
| Phil Ehr July 2023 Peer to Peer List Rental Services<br><br>July - overall spend: $430,433.00, # of messages sent: 5,363,853. Of those 11,600 were for resolicits and the rest were prospects | PAYMENT<br>BALANCE DUE | 254,989.83<br>$175,443.17 |

_____

Please reach out if you have any questions.

Please use the following instructions to pay this invoice:

M&T Bank
Routing (ACH Payments): 052000113
Routing for Wires: 022000046
Account number: 9877559980