# Exhibit F

| | |
|---|---|
| **From:** | Claudia Shrivastava <cshrivastava@grassrootsanalytics.com> |
| **Sent:** | Thu, 11 Apr 2024 15:00:22 -0400 (EDT) |
| **To:** | btenenbaum@katzcompliance.com |
| **Cc:** | GA Operations <operations@grassrootsanalytics.com>; Daniel Hogenkamp <danny@grassrootsanalytics.com>; philehr@gmail.com; Jake Briggs <jake@ehrforcongress.us> |
| **Subject:** | Phil Ehr bill |

Hi Bradley,

I'm writing to follow up on some long outstanding bills for the Phil Ehr campaign as per our CEO Danny's recent call with Phil. It was indicated that we should re-send these bills to the campaign's compliance team, and you were our last contact at Katz for this campaign.  Please feel free to redirect me if I've reached the wrong person.

Invoice 10436
Invoice 9664
Invoice 9813
Invoice 9995
Invoice 10390

Best,
Claudia

--



**Claudia Shrivastava**
Chief Financial Officer
Grassroots Analytics

