# Exhibit G

**24 raising**

Aug 28, 2023

**David K**
Guys we are way behind. Texts going to be shut off tonight   5:50 PM

Aug 29, 2023

**David K**
Jake what's the status of more call time moneys coming in?   8:42 AM

**David K**
Phil - need you to send grassroots analytics a text saying that "check processing is going slowly this last week of summer. We are going to pay every day with all that comes in the day prior and this will be paid off this week. Sorry for the delay and thank you for everything. No one else gets paid before this is done."

Please send that to Daniel Hogenkamp

+1 (802) 353-1828   9:01 AM

**Jake Briggs**
> **David K**
> Jake what's the status of more call time moneys coming in?

I have a pledge of 2k plus coming in tomoprrow

we're locked down until goals are hit   9:02 AM

**David K**
That's not enough

We have thoroughly underperformed this past 2 weeks

Pls send the text to grassroots   9:05 AM

Sep 1, 2023

**David K**
Just heard from grassroots analytics

They're shutting down your texting

