# Exhibit H

 **Jake Briggs**

Phil - need you to send grassroots analytics a text saying that "check processing is going slowly this last week of summer. We are going to pay every day with all that comes in the day prior and this will be paid off this week. Sorry for the delay and thank you for everything. No one else gets paid before this is done."

Send this to grassroots

Thank you   10:24 AM

Aug 30, 2023