# Exhibit I

**24 raising**

Sep 1, 2023

**David K**
Just heard from grassroots analytics

They're shutting down your texting

You should reach out to them  10:24 AM

**David K**
See if you can get some good will from them to keep you going  10:30 AM