# Exhibit J

**From:** David <davidmkeith2023@gmail.com>
**Sent:** Mon, 25 Sep 2023 17:06:35 -0400 (EDT)
**To:** David Davies <ddavies@grassrootsanalytics.com>
**Cc:** Andrew Donohue <adonohue@grassrootsanalytics.com>; Diego Dew <diego@grassrootsanalytics.com>; Katiana Person <kperson@grassrootsanalytics.com>; Meghan McAnespie <meghan@grassrootsanalytics.com>
**Subject:** Re: Phil Ehr Outstanding Invoices

Phil says he's taking the entire cash on hand and sending october 1

He hopes we can continue through EOQ

Totally understand

On Mon, Sep 25, 2023 at 5:05 PM David Davies <ddavies@grassrootsanalytics.com> wrote:

> Chiming in that we're ready to roll on continuing re-solicits through end of quarter to help you all finish this quarter strong. I know I had sent copy earlier and am happy to roll that out now to re-solicits if we are all set here knowing we will only be doing re-solicits through EOQ.
> Cost will likely be in the range of around $5k actually and will be on top of the existing September invoice of **$35,205.80**. That would bring the September invoice to about $40k.
>
> On Mon, Sep 25, 2023 at 2:43 PM Katiana Person <kperson@grassrootsanalytics.com> wrote:
>
>> Hi David,
>> Hope you're doing well! I am reaching out because we are missing the following payments from Phil's texting:
>>
>> Invoice # 9664 - Partially paid - $175,443.17
>> Invoice # 9813 - $126,943.00
>>
>> We are happy to continue doing resolicits for the remaining of EOQ which will be an additional $10k. Looping in David and Andrew who can chime in more on how that would work.
>>
>> Moving forward we will not be able to continue texting for Phil until all outstanding invoices are paid. Please let us know if you need anything from us or have any questions at all.
>>
>> Best,
>> Katiana
>>
>> --
>>   **Katiana Person (she/her)**
>> East Regional Account Manager
>> Grassroots Analytics
>>
>>    

--



David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

