UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
        **Plaintiff,**

v.

**GRASSROOTS ANALYTICS, INC.,**
        **Defendant.**

Civil Action No.: 1:24-cv-03035-APM

-

**COUNTERCLAIM-DEFENDANT PHIL EHR'S MOTION FOR EXTENSION OF TIME TO FILE REPLY RE MOTION TO DISMISS**

Counterclaim Defendant Phil Ehr, through counsel, respectfully requests a 14-day extension of time to file his reply to Counterclaimant Grassroots Analytics (GA)'s Opposition to his Motion to Dismiss. In support hereof, Mr. Ehr states as follows:

1. GA filed its Memorandum in Opposition to Mr. Ehr's Motion to Dismiss on July 23, 2025. Under the Local Rules, Mr. Ehr's reply is due by July 30.

2. The Memorandum in Opposition raises new factual and legal issues not raised in the Motion to Dismiss which will take time to address.

3. In addition, undersigned counsel for Mr. Ehr has been on vacation with family, and while working on vacation is not unusual, it has not been possible to dedicate enough time to this matter to properly respond.

4. Accordingly, Mr. Ehr requests a 14-day extension of time to file his Reply Memorandum.

.

DATED :   **July 29, 2025**

                                        Respectfully submitted,

                                        */s/ Daniel M. Press*
                                        Daniel M. Press
                                        D.C. Bar No. 419739
                                        CHUNG & PRESS, P.C.
                                        6718 Whittier Avenue, # 200
                                        McLean, VA 22101
                                        Ph. # 703-734-3800
                                        Fax # 703-734-0590
                                        dpress@chung-press.com