**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
        Plaintiff,

v.

**GRASSROOTS ANALYTICS, INC.,**
        Defendant.

Civil Action No.: 1:24-cv-03035-APM

-

**ORDER GRANTING**
**COUNTERCLAIM-DEFENDANT PHIL EHR'S MOTION FOR EXTENSION OF TIME TO FILE REPLY RE MOTION TO DISMISS**

Upon consideration of Counterclaim Defendant Phil Ehr's MOTION FOR EXTENSION OF TIME TO FILE REPLY RE MOTION TO DISMISS and any response thereto, and it appearing to the Court that the relief requested is in the interest of justice, it is hereby ORDERED that the Motion is GRANTED and that Counterclaim Defendant Phil Ehr shall have until August 13, 2025, to file his Reply Memorandum re his Motion to Dismiss.

SO ORDERED, this ____ day of _____, 2025.

 

_____
United States District Judge