UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
          Plaintiff,

v.

**GRASSROOTS ANALYTICS, INC.,**
          Defendant.

Civil Action No.: 1:24-cv-03035-APM

-

**COUNTERCLAIM-DEFENDANT PHIL EHR'S MOTION FOR EXTENSION OF TIME TO FILE REPLY RE MOTION TO DISMISS**

Counterclaim Defendant Phil Ehr, through counsel, respectfully requests a 14-day extension of time to file his reply to Counterclaimant Grassroots Analytics (GA)'s Opposition to his Motion to Dismiss. In support hereof, Mr. Ehr states as follows:

1. GA filed its Memorandum in Opposition to Mr. Ehr's Motion to Dismiss on July 23, 2025. Under the Local Rules, Mr. Ehr's reply was due by July 30. Mr. Ehr filed a timely motion for extension which was denied without prejudice for not including a statement that he had met and conferred with opposing counsel.

2. The Memorandum in Opposition raises new factual and legal issues not raised in the Motion to Dismiss which will take time to address.

3. In addition, undersigned counsel for Mr. Ehr has been on vacation in the South Caucasus with family, and while working on vacation is not unusual, it has not been possible to dedicate enough time to this matter to properly respond.

4.  Accordingly, Mr. Ehr requests a 14-day extension of time to file his Reply Memorandum.

5.  Counsel for Mr. Ehr, as indicated, was out of the country with an 8-hour time difference and had limited access to phone and email. As such, meeting and conferring prior to filing was not practical. Counsel subsequently conferred by email (and tried to call) to seek the consent of opposing counsel, but was advised that consent could not be given because their client contact is also out of the country and unreachable. While the undersigned counsel is optimistic that GA will consent, given that the deadline has now already run, in order to avoid further delay the undersigned is filing this motion at this time,

.

DATED :  **July 31, 2025**

                                         Respectfully submitted,

                                         */s/ Daniel M. Press*
                                         Daniel M. Press
                                         D.C. Bar No. 419739
                                         CHUNG & PRESS, P.C.
                                         6718 Whittier Avenue, # 200
                                         McLean, VA 22101
                                         Ph. # 703-734-3800
                                         Fax # 703-734-0590
                                         dpress@chung-press.com