UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
      **Plaintiff,**

v.

**GRASSROOTS ANALYTICS, INC.,**
      **Defendant.**

Civil Action No.: 1:24-cv-03035-APM

-

**ORDER GRANTING
COUNTERCLAIM-DEFENDANT PHIL EHR'S MOTION TO EXTEND DISCOVERY DEADLINE**

Upon consideration of Counterclaim Defendant Phil Ehr's MOTION TO EXTEND DISCOVERY DEADLINE and any response thereto, and it appearing to the Court that the relief requested is in the interest of justice, it is hereby ORDERED that the Motion is GRANTED and that the fact discovery deadline shall be extended by 120 days, to December 19, 2025, and all subsequent deadlines are extended by the same 120 days.

SO ORDERED, this ____ day of _____, 2025.

                                                                            _____
                                                                            United States District Judge