# Attachment A

# Katie Ali

| | |
|---|---|
| **From:** | Dan Press <dpress@chung-press.com> |
| **Sent:** | Friday, May 16, 2025 2:32 PM |
| **To:** | Katie Ali |
| **Cc:** | Liz Lockwood; Meghan Palmer; Arianna Zoghi |
| **Subject:** | Re: Ehr for Congress v Grassroots Analytics |

Ok.  Put the due date and go ahead and file.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Friday, May 16, 2025 2:29:25 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

It's relevant to the pace of discovery, which presumably is at least part of the point of the court's reason for asking to us to file a JSR. This is why we included dates for everything in the preceding paragraph, so the court has some visibility into when any disputes are likely to become ripe, etc. If you would prefer we could omit when you served the requests and just include the date our responses will be due.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Friday, May 16, 2025 11:08 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Just sent.

I'd just prefer not to.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax

703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Friday, May 16, 2025 10:49 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

What is the reason not to include the date? I would like to file this now because I am out of the office this afternoon, so we could also just delete the paragraph altogether since you have not served any discovery yet. Let me know.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Friday, May 16, 2025 10:00 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** Re: Ehr for Congress v Grassroots Analytics

I don't believe we need to include today's date in #2.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Friday, May 16, 2025 6:04:27 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Got it. I made one small further edit. Let me know if this looks OK and we can get it on file.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, May 15, 2025 11:33 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Attached.   You will have discovery requests from us in the morning.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, May 15, 2025 9:52 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Hi Dan – Checking in on this. I will be traveling tomorrow afternoon so it would be great if we could get this on file in the early part of the day.

---

**From:** Katie Ali
**Sent:** Wednesday, May 14, 2025 4:16 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Hi Dan – Here is a draft JSR, which is due Friday. This is still subject to client sign off on our end, but wanted to get it over to you. Please let me know of any edits. Thanks.

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Tuesday, May 13, 2025 9:56 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Correction: It will not capture all of David Keith's emails unless they were sent to an ehrforcongress.com domain (Phil).

Please see attached declaration (the referenced production is being made later today or tomorrow once I quickly review it).

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax

3

703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Dan Press
**Sent:** Tuesday, May 13, 2025 9:48 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

See below.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Tuesday, May 13, 2025 9:41 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Understood. I have a handful of follow up questions; defer to you whether it's easier to discuss these live or if you prefer to respond by email:

1. Please explain what you mean when you say you are "cutting off the production when litigation became apparent"? What date are you using and what is your basis for cutting off the production as of this date?

I don't have the exact date handy, but it would be in about October 2024 when you client said it was about to sue.  We will review everything after that date, but it is doubtful there is anything responsive and not prepared in anticipation of litigation.

2. Can you provide additional detail about what is included on the email server? Will that capture email to/from former employees/campaign affiliates, like David Keith and others? When you refer to Phil's personal devices, does that includes email, hard drives, and text messages?

It will not capture all of David Keith's emails unless they were sent to or from an ehrforcongress.com domain.  We do not have access to his personal or business emails.  As for Phil, yes.

3. Please advise when we can expect you to produce a privilege log for anything withheld from production on the basis of privilege/work product.

It will take some time.  I don't know.

4

4. In addition, your prior production was not Bates stamped, which makes it difficult to keep track of/reference documents. Can you please plan to Bates stamp this production, and re-produce your first production with Bates stamps (unless you are representing ==here== that this forthcoming production will supersede your prior production?

No. There is no requirement to Bates stamp and we do not have the resources to do it.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Tuesday, May 13, 2025 9:17 AM
**To:** Katie Ali <katie.ali@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

We are going to simply give you all documents that the campaign has – the entire email server, plus everything responsive that Phil has on paper and his personal devices. That is literally everything we have. We are doing a quick privilege review and cutting off the production when litigation became apparent.

I expect to have it by today or tomorrow. ==That will cover both productions==.

If you still want to talk this morning, I'm available. Let me know.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Tuesday, May 13, 2025 9:00 AM
**To:** Dan Press <dpress@chung-press.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Dan –

In your email below you said you expected to get us a written response to our April 24 deficiency letter by yesterday or earlier, and we scheduled this morning's meet and confer around that assumption. Please advise whether you still plan to provide a written response and, if so, when we can expect to receive it. It has now been nearly three weeks since we sent our letter. Please also advise when we can expect to receive your corrected production responsive to our second RFPs.

In addition, we have a joint status report due to the court on Friday. We will plan to circulate a draft of that by tomorrow.

Thanks,
Katie

---

**From:** Katie Ali
**Sent:** Thursday, May 1, 2025 3:14 PM
**To:** Dan Press <dpress@chung-press.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

10am on 5/13? I can send a zoom invite or we can talk by phone if you prefer – just let me know.

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, May 1, 2025 3:12 PM
**To:** Katie Ali <katie.ali@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** Re: Ehr for Congress v Grassroots Analytics

Pretty wide open

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, May 1, 2025 8:07:10 PM
**To:** Dan Press <dpress@chung-press.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Ok. In light of that, can you please give me your availability for a meet and confer on 5/13 and 5/14?

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, May 1, 2025 2:45 PM
**To:** Katie Ali <katie.ali@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

I am of town through May 8.  I expect to have a written response by Monday 5/12 if not before.  I think a discussion would be more productive  after you have that response.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200

McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, April 30, 2025 3:49 PM
**To:** Meghan Palmer <meghan.palmer@alilockwood.com>; Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Hi Dan – I am following up on Meghan's note below. Please let us know your availability for a meet and confer later this week or next. Thanks.

**From:** Meghan Palmer <meghan.palmer@alilockwood.com>
**Sent:** Thursday, April 24, 2025 10:01 AM
**To:** Dan Press <dpress@chung-press.com>; Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Counsel,

Please see attached correspondence regarding the Campaign's responses to Grassroots Analytics' First RFPs.

As detailed in the attached, we'd like to schedule a meet and confer to discuss these responses, and ask that you provide availability to do so in the next two weeks. We've also requested that you correct the deficiencies in your production that are identified in the letter as soon as possible.

Thank you,
Meghan

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, April 9, 2025 12:33 AM
**To:** Katie Ali <katie.ali@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Apologies.  The prior link was not complete.

Please use this:

https://www.dropbox.com/scl/fo/oz4d6mix7oaw3wi0rfz3t/AD8hyhH6gJg6c4iIP09JmNE?rlkey=q8zfl4mwx9tyh018fqka832rm&dl=0


Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800

703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Tuesday, April 8, 2025 10:19 PM
**To:** Dan Press <dpress@chung-press.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr for Congress v Grassroots Analytics

Thanks, Dan, received.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Tuesday, April 8, 2025 2:40 PM
**To:** Katie Ali <katie.ali@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** Ehr for Congress v Grassroots Analytics

Please see attached responses to Defendant's document request.

Documents being produced are here:

https://www.dropbox.com/scl/fo/zj0r6df1y7m3tlishddut/AHJkZzU8HbfQqS-IaurLbL0?rlkey=u16z9sso80z48d678gj37fv4c&dl=0

Please let me know if you have any problems opening anything.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC