# Attachment F

ALI & LOCKWOOD LLP

501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475 | www.alilockwood.com

*Via Email*

June 12, 2025

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Avenue, #200
McLean, Virginia 22101
dpress@chung-press.com

**Re: Defendant/Counterclaim-Plaintiff's Initial Response to Plaintiff/Counterclaim-Defendant's Document Production**

Counsel:

I am writing on behalf of Defendant and Counterclaim-Plaintiff Grassroots Analytics, Inc. ("Grassroots Analytics" or "Grassroots") regarding the documents produced by Plaintiff/Counterclaim-Defendant Phil Ehr for Congress Campaign Committee ("the Campaign") in response to Grassroots Analytics' First and Second Set of Requests for Production (the "Requests").

We are still reviewing your document productions and reserve the right to raise additional issues as we identify them, but based on our initial review of the documents the Campaign provided in its first production on April 8, 2025, and in its amended second production on May 15, 2025, it appears that the Campaign did not provide any documents responsive to several of Grassroots Analytics' Requests for Production, and provided far fewer documents than we would have expected exist in response to several other Requests. Specifically, the Campaign has provided no documents responsive to Request Nos. 6, 17, and 20, which requested: "All communications and documents related to the Campaign's fundraising efforts and activities during January 2023 through December 2024, including but not limited to any and all efforts to cultivate donors" (RFP No. 6); "All communications and documents relating to Mr. Ehr or his Senate Campaign Committee's decision to terminate Mr. Ehr's Senate campaign, as well as all communications and documents relating to the decision to launch his House campaign" (RFP No. 17), and "All documents reflecting the formation of the Phil Ehr for Congress Campaign or the Phil Ehr for Senate Campaign, as well as their governing principles and practices, and initial capitalization" (RFP No. 20). In addition, the Campaign has produced very few documents responsive to Request Nos. 20, 22,[1] 24, and 25, which sought "All communications and correspondence to or from" David Keith, Trent Schact, and Aaron Parnas "concerning Grassroots Analytics or the July Services Agreement, including any communication where [any of these individuals were] copied or blind copied."

Case 1:24-cv-03035-APM    Document 34-7    Filed 08/07/25    Page 3 of 3

2

Please let us know your availability next week to meet and confer so that we can better understand what steps the Campaign took to search for and locate documents responsive to these Requests.

Additionally, you represented via email on May 13, 2025, that this production contained "all documents that the campaign has – the entire email server plus everything responsive that Phil has on paper and his personal devices." You indicated this was "literally everything [you] have." Unless you tell us otherwise, we will presume that this means you have sent over all non-privileged documents responsive to our requests.

I am also following up on our previous correspondence on May 13, 2025, regarding the Campaign's privilege log. Please let us know when we can expect to receive that.

Finally, I am following up on our previous requests that you update your initial disclosures to ensure all relevant potential witnesses (and other information) are properly disclosed. Please promptly provide us with your amended or supplemental disclosures.

Best regards,

*K. Ali*

Katie Ali
Partner
katie.ali@alilockwood.com
(202) 651-2476

2