# Attachment G

# Katie Ali

| | |
|---|---|
| **From:** | Katie Ali |
| **Sent:** | Thursday, July 31, 2025 4:45 PM |
| **To:** | Dan Press |
| **Cc:** | Arianna Zoghi; Kim Saunders; Liz Lockwood |
| **Subject:** | RE: Ehr MTD |

Dan –

1. If you had come to me before your brief was due to ask for my position on an extension request, as is not only common courtesy but required by the local rules, I would have consented. You are now asking me to consent to an extension of time for a brief for which the deadline has already passed, and for which you therefore have waived your response. You may not feel the need to consult your clients in those situations, but I do.

2. I do not know how to give you dates for a 30b6 notice when I don't know what your topics are and so don't know who the designees will be. I am trying to work with you here but you have provided no information. I do not know what you are referring to when you say we refused to respond in discovery We served our discovery responses on June 16 and subsequently produced thousands of pages of documents. We are planning to make a supplemental production of remaining documents by early next week. We have offered to meet and confer with you several times, with no response by you.. On the flipside, we have sent you several deficiency letters concerning your discovery responses and productions, with no response, despite our numerous follow up attempts.

I have been trying to work with you since you filed this litigation to manage the case efficiently and with courtesy. I will continue to make those efforts and to work together to find mutually agreeable dates. I hope you will do the same.

Thanks,
Katie

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, July 31, 2025 4:18 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** Re: Ehr MTD

1. You don't need client approval for an extension of time to file a brief. This is a simple matter of courtesy, but I guess I can't expect that from you.

2. I'll just serve a 30b6 notice and expect compliance. You know the issues in the case - they are what you refused to respond to in discovery.

3. I don't have to put your language in my motion or run my language by you.

Dan Press

1

Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Friday, August 1, 2025 12:09:14 AM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr MTD

Dan – Please see my responses in red below. You did not respond about the MTD reply extension. If you are planning to file tonight/before I hear back from my client, please indicate that (i) you first reached out to ask for our position on the evening of July 30, (ii) we were not able to get in touch with our client in time to give you a response before you filed, and (iii) we therefore take no position on the request.

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, July 31, 2025 3:57 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** Re: Ehr MTD

1. I have not noticed your client's deposition yet because I figured we would agree on a date first. If I pick a date, I'm sticking with it.

<span style="color:red">I don't know how I can give you a date when I do not know who you are intending to depose.</span>

2. I think the declaration request goes too far. Serve an interrogatory. I don't want to be a jerk, but I'm getting jerked around here with non-consent to simple requests that should be up to counsel, and with utter non-responses to our discovery requests. More on that to come.

<span style="color:red">I'm not sure what you are referring to here. I am happy to draft a stipulation to memorialize the time stamps/info re: the texts to save you the effort. But I should not have to expend an interrogatory (for which the deadline has now passed in any event) to get basic information that we are entitled to in discovery, and that we have been asking for since July 3. I am also not trying to be difficult or make work, I am simply trying to have the information in a format that will be useable in the case. I don't understand what you mean when you say a declaration goes too far, nor what the issue is with agreeing to a stip on this.</span>

3. I'll file a motion to extend and note your lack of consent. Aware of the action and served are far different things, particularly where we have a personal jurisdiction defense. Had he participated, he would have waived that defense. His interests are very different from the committee's, so you can't hold him to what the committee did or did not do.

<span style="color:red">Please run any language that you are going to use to indicate my client's position on the discovery extension by me before you file.</span>

2

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, July 31, 2025 11:38:57 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr MTD

Hi Dan –

My client contact is out of the country and many hours ahead; I have not been able to get in touch with him about your MTD reply extension request and will have to get back to you tomorrow on that. If you are planning to file something today/before I can get in touch with him, please tell me that before you do so I can send you something to include in your filing.

On the other loose ends from our email exchanges today:

1. Thanks for the updates about Phil's availability. Let me look at the calendar and get back to you. You have not noticed any depositions of my client so I am not sure who you are referring to.

2. Thanks for providing the information about text messages. So that we can use that information without issue, would you agree to a stip or something along those lines that just memorializes that in a useable format? Or provide a declaration attesting to the dates/times/parties to the text chains?

3. With respect to your request to extend the discovery deadline, Phil was not just made a party. Even setting aside that he was named in the counterclaims and has known about the lawsuit since last December, he was successfully served on/about June 18—more than six weeks ago—and has made no effort to take any discovery during that time. When we had our discovery conference with the court on January 21, the court expressly rejected the proposal that any delay in serving Phil should result in additional time for discovery (compare ECF No. 10 & ECF No. 11).  And as the discovery period is set to close on August 21, the deadline to serve any written discovery expired on July 22 (which, again, was more than a month after Phil was served). I am happy to recommend to my client that we agree to extend the deadline to complete depositions that were noticed within the existing discovery period in order to accommodate summer travel schedules, etc. But I cannot see any reason why we would agree to extend discovery more broadly than that.

Thanks,
Katie

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, July 31, 2025 3:29 PM
**To:** Katie Ali <katie.ali@alilockwood.com>

3

**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** Re: Ehr MTD

Can I get a response on the request for consent to the extension on the reply brief? I'd like to re-file that today.

Same on the extension of discovery.

Happy to discuss on the phone if you prefer.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, July 31, 2025 9:11:34 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr MTD

Ok, would appreciate you checking on the week of 9/2. Where is Phil located when in the U.S./where would the deposition be if in person?

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, July 31, 2025 1:10 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** Re: Ehr MTD

Week of 25th I have hearings every day. Week of 9/2 looks OK for me but have to check with the client.

Would this be in person if week of 9/2?


Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax

4

703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, July 31, 2025 9:03:51 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr MTD

Sorry, reading your emails in reverse. I see you are away/unavailable that week. What about the week of the 25th or Sept. 2, just in case?

**From:** Katie Ali
**Sent:** Thursday, July 31, 2025 1:02 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr MTD

Thanks. Do any dates work during the week of 8/11?

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, July 31, 2025 12:15 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** Re: Ehr MTD

19 or 20 August should work for Mr. Ehr, but it will have to be remote. He and I will both be in the UK.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Thursday, July 31, 2025 8:00:09 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** Re: Ehr MTD

See below

Dan Press  
Chung & Press, P.C.  
6718 Whittier Ave. #200  
McLean, VA 22101  
703-734-3800  
703-734-0590 fax  
703-725-7600 mobile [Working remotely - best number]  
dpress@chung-press.com  
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Thursday, July 31, 2025 7:37:47 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>; Liz Lockwood <liz.lockwood@alilockwood.com>
**Subject:** RE: Ehr MTD

Dan –

1. We would like to take Phil's deposition during the week of August 11 or August 18-20. If that will not work, please provide dates that will. Where will he be located?

I am in trial and out of town the week of the 11th.  I will check on the following week, but it will have to be remote.

2. With respect to your request to extend the discovery deadline, what is the scope of your request (i.e. extending all discovery for all parties, including written discovery, or just extending the deadline to take depositions that have already been noticed? Something else)? What length of extension are you requesting? What is the basis?

The basis is that Phil was just made a party and is entitled to conduct discovery.  I am happy to extend to all parties.

3. I will confer with my client on your request for an extension on your brief that was due yesterday.

OK.  Please let me know today.

4. We have been asking for information about text messages since July 3 without any meaningful response. I previously asked you to provide that missing information by July 29, which has now come and gone. I would like very much to avoid having to raise this with the court, but if you are not going to provide this information I will have no choice. Per the scheduling order (attached for reference), we need to make a joint call to chambers concerning any discovery disputes. Please let me know your availability to call chambers together next week.

See email just sent.

Thanks,
Katie

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, July 30, 2025 7:10 PM

6

**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>
**Subject:** Re: Ehr MTD

When do you want to do the deposition?

I have not heard back from you on our request extend the discovery deadline.

Do you consent to the extension we requested on our reply brief?


Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, July 30, 2025 11:59:14 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>
**Subject:** RE: Ehr MTD

Dan – I'm checking in again on dates when Mr. Ehr is available for his deposition, and about the missing text information, which we first asked about nearly a month ago. Thanks.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, July 23, 2025 7:21 AM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>
**Subject:** RE: Ehr MTD

1. Yes, that's fine.  We agree to waive confidentiality of the contract.
2. I will follow up on this with the client.
3. Same.

If the MTD is not granted, we are going to need additional discovery time for Mr. Ehr.  Please advise whether you agree to extend the discovery and other deadlines.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com

Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Tuesday, July 22, 2025 9:39 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>; Kim Saunders <kim.saunders@alilockwood.com>
**Subject:** RE: Ehr MTD

Hi Dan –

Hope you are well. I am following up on a few outstanding items.

1. First is my email below. Absent an objection by you, we are planning to attach a copy of the contracts to our motion to dismiss response when we file tomorrow.

2. In addition, I am following up on our July 3 email (attached) asking for missing information from messages the Campaign produced where it is unclear who the sender/recipient is or the date the message was sent. I would ask that you please provide this information by next Tuesday, and we otherwise reserve our right to raise the issue with the Court.

3. Finally, per our July 17 email and deposition notice (also attached), please provide Mr. Ehr's available dates so we can get his deposition scheduled.

Thank you,
Katie

---

**From:** Katie Ali
**Sent:** Thursday, July 17, 2025 2:41 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Arianna Zoghi <arianna.zoghi@alilockwood.com>
**Subject:** Ehr MTD

Hi Dan – We would like to attach a copy of the July Services Agreement to our motion to dismiss response due next week and wanted to check to see if you had any objection to that in light of the confidentiality provision of the agreement. It seems pretty clear the court will need a copy of the contract at some point in this litigation, and it would be our preference not to have to deal with sealing motions. Thanks for considering.

---

**Katie Ali**

**PARTNER**

**Ali & Lockwood LLP**
501 H Street NE
Suite 200

Washington, D.C. 20002
Direct:    (202) 651-2476
Email:    katie.ali@alilockwood.com
www.alilockwood.com
*Ali & Lockwood LLP is a limited liability partnership registered in the District of Columbia.*

8