# Attachment H

**Katie Ali**

---

| | |
|---|---|
| **From:** | Dan Press <dpress@chung-press.com> |
| **Sent:** | Monday, March 17, 2025 2:48 PM |
| **To:** | Katie Ali |
| **Cc:** | Liz Lockwood; Meghan Palmer |
| **Subject:** | RE: Ehr Litigation |

Basically every democrat activist in FL is working on those races (including Phil Her, Vanessa Brito, and Shelby Green) . The constraints are that they are all working on these critically important races and are not able to devote the needed time to the discovery responses.
.
Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Monday, March 17, 2025 2:36 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – who specifically are you referring to when you say "everyone involved," such that the Campaign is unable to respond due to capacity issues relating to a separate congressional race? We are (as always) open to considering reasonable extension requests, but need more information about what the actual constraints are.

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Monday, March 17, 2025 2:27 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Nothing other than that everyone involved is devoting substantial effort on those races.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Monday, March 17, 2025 1:57 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – Can you give us a little more information/context about what the current Florida congressional races have to do with the Phil Ehr for Congress Campaign Committee or the Phil Ehr for Senate Campaign Committee?

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Monday, March 17, 2025 1:48 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

We are still working on the capacity issue, but I believe it's governed by Federal Election law.

With regard to discovery, we are working on the responses, but in light of everyone in FL being busy with the 2 congressional races that will determine control of the House, we'd ask for some additional time on the document responses.   The elections are April 1.  May we have until a week after that?


Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 4:24 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Ok. Can you please run this down and then let me know when you have time to discuss later this week or early next so we have time to address any issues before the March 24 deadline? At a minimum it seems like the caption will need to be cleaned up. But I would like to be sure there are not bigger issues that need to be addressed.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, March 5, 2025 4:18 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Probably

Dan Press
Chung & Press, P.C.

6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 4:03 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

Dan – the complaint you filed lists the Campaign in the caption as "a Florida unincorporated association." Are you saying that is incorrect?



Daniel M. Press (#419739), Chung & Press, P.C.
6718 Whittier Ave. #200, McLean VA 22101
703-734-3800
PHIL EHR FOR CONGRESS CAMPAIGN
COMMITTEE, a Florida Unincorporated
   Association
PO Box 5651
Tallahassee, FL 32314
         Plaintiff,

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Wednesday, March 5, 2025 3:47 PM
**To:** Katie Ali <katie.ali@alilockwood.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** RE: Ehr Litigation

It's organized under Federal law.

Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC

---

**From:** Katie Ali <katie.ali@alilockwood.com>
**Sent:** Wednesday, March 5, 2025 3:46 PM
**To:** Dan Press <dpress@chung-press.com>
**Cc:** Liz Lockwood <liz.lockwood@alilockwood.com>; Meghan Palmer <meghan.palmer@alilockwood.com>
**Subject:** Ehr Litigation

Hi Dan –

It has come to our attention that Florida unincorporated associations cannot sue or be sued. Although it is our position that this defense is waivable and that your client waived it by filing the lawsuit, we nevertheless think it would be cleanest to address the issue now by substituting in the member(s) of the Campaign(s). As this is an issue that affects both sides we are hopeful we can work this out without needing to get the court involved. Can you let me know your position, and your availability for a brief call to discuss the easiest path forward?

Thanks,
Katie

**Katie Ali**

**PARTNER**

**Ali & Lockwood LLP**
501 H Street NE
Suite 200
Washington, D.C. 20002

Direct:    (202) 651-2476
Email:     katie.ali@alilockwood.com

www.alilockwood.com

*Ali & Lockwood LLP is a limited liability partnership registered in the District of Columbia.*