UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
          Plaintiff,

                        Civil Action No.: 1:24-cv-03035-APM

v.

**GRASSROOTS ANALYTICS, INC.,**
          Defendant.

**AFFIDAVIT OF PHIL EHR IN SUPPORT OF REPLY RE MOTION TO DISMISS**

I, Cdr. Phillip C. Ehr, USN (Ret.), declare and state under penalty of perjury as follows:

    1.    I was named as a Counterclaim-Defendant in this action. I submit this affidavit in further support of my Motion to Dismiss for lack of personal jurisdiction.

    2.    I did not sign the contract at issue (the "July Services Agreement", Exhibit A to the Response of Grassroots Analytics(GA) to my motion). While, on behalf of the Campaign Committee, I authorized David Keith to arrange for GA's services, after which Mr. Keith signed the July Services Agreement, I did not approve individual or batches of text messages nor did I approve the costs or expenditures and was not generally involved in dealings with GA.

    3.    David Keith signed the contract. David Keith had the authority to manage the launch phase of the campaign. That involved many aspects, including fundraising activities.

    4.    After receiving multiple text messages from someone soliciting fundraising services, I did not recognize the sender and asked David Keith and Jake Briggs to check them out. When they told me the texts were from Grassroots Analytics, specifically Danny Hogencamp, I told him that I thought GA provided a good service in my 2020 campaign and

encouraged them to consider them seriously, and if appropriate, arrange for appropriate GA services.

5. I did not review the July Services Agreement prior to David Keith signing it. As the candidate, reviewing contracts was not my function. It was a campaign management function, which was then led by David Keith.

6. On page 6 in GA's filing, it states that "Mr. Ehr had 'extensive authority over the [Campaign],' he was the person who ultimately 'decided to go ahead and use [Grassroots'] service to send out text messages' and 'approved' the costs. See Ex. D (July 20, 2024 Exit Memo by J. Briggs Produced by Ehr Campaign)."  (case citation omitted).  This is not true. I was not normally involved in the Campaign's texting program. My role was candidate. The Committee relied on consultants, primarily David Keith and Jake Briggs, to manage the technical and trade aspects of the campaign, including relationships with the vendor GA. I did not approve the timing, size or cost, or final content of GA text messages. Additionally, I was not monitoring GA's performance per the contract. I relied on David Keith and Jake Briggs for that.

7. Once the campaign transitioned from the Senate to the House and David Keith left, Jake Briggs and Obi Umunna were responsible to manage the House campaign together. Specifically, the Committee delegated spending authority to the two of them together. Neither was authorized to approve spending without the other's concurrence.

8. GA's allegations on pages 10–11 of its filing—suggesting that I "commingled funds" or "diverted Campaign funds for personal use"—are false. There was no post-election trip to Walt Disney World. The cited $1,204.81 payment in November 2024 related to resolving a room charge dispute from the Florida Democratic Party's "Leadership Blue" event held at Walt Disney World in summer 2024. At the time of booking, campaign staff member Obi Umunna

was scheduled to attend the event on behalf of the campaign. Before the event date, however, Mr. Umunna was hired by the Biden campaign and did not attend. The hotel reservation and associated charge remained on the campaign's account and required resolution in November 2024. All travel, food, and supply expenses reported after Election Day were tied to legitimate campaign activities, including ongoing fundraising efforts to retire campaign debt. At no time did I convert campaign funds to personal use.

9. GA asserts that I "avoided service". I did not. I went about my activities, which included a few long distance trips away from South Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025

                                                                    /s/ Phillip C. Ehr
                                                                    Phillip C. Ehr