## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN**
**COMMITTEE,**
            **Plaintiff,**

                             **Civil Action No.: 1:24-cv-03035-APM**

**v.**

**GRASSROOTS ANALYTICS, INC.,**
            **Defendant.**

-

## COUNTERCLAIM-DEFENDANT PHIL EHR'S REPLY MEMORANDUM RE MOTION TO EXTEND DISCOVERY

Counterclaim Defendant Phil Ehr submits this Reply Memorandum in support of his Motion to Extend Discovery.

In its response, Grassroots Analytics ("GA") agrees that an extension of fact discovery to take already-noticed depositions is appropriate.[1]    With one exception, Mr. Ehr is agreeable to that limitation.

Mr. Ehr would ask that he be allowed to serve one interrogatory that has not been served yet and that the Committee could not have asked, and a request for all documents on which GA's response to that interrogatory is based.  That interrogatory would be "State all facts on which you

---

[1] The Committee and Mr. Ehr have not formally served deposition notices, as the parties do not have agreed dates for the depositions and undersigned counsel does not subscribe to the practice of noticing first and rescheduling after agreement.  Rather, undersigned counsel has identified the witnesses he seeks to depose and will formally notice the depositions once dates are agreed (or in the event of non-cooperation, which is not anticipated).  It is understood that when GA's counsel refers to depositions "timely noticed," it is including those whom the undersigned identified in an email.

base your contention that Mr. Ehr is personally liable for the amounts you are claiming in this action." That would not unduly burden any party and with even the extension sought by GA, would not delay anything.

As for the deadline suggested by GA to take the depositions, the problem is that the undersigned counsel is unavailable for most of the second half of September. Accordingly, a more realistic deadline would be the end of October, rather than the beginning.

With that date, and with the one interrogatory and related document request, Mr. Ehr and the Committee would otherwise agree with the extension agreed to by GA.


DATED : **August 13, 2025**

                        Respectfully submitted,

                        *s/ Daniel M. Press*
                        Daniel M. Press
                        D.C. Bar No. 419739
                        CHUNG & PRESS, P.C.
                        6718 Whittier Avenue, # 200
                        McLean, VA 22101
                        Ph. # 703-734-3800
                        Fax # 703-734-0590
                        dpress@chung-press.com