IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE, <br><br> *Plaintiff*, <br> v. <br><br> GRASSROOTS ANALYTICS, INC., <br><br> *Defendant*. <br> GRASSROOTS ANALYTICS, INC., <br><br> *Counterclaim-Plaintiff*, <br> v. <br><br> PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY) <br><br> *Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

**CONSENT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Defendant and Counter-Claim Plaintiff Grassroots Analytics, Inc. hereby requests that this Court enter the attached stipulated protective order. In support, Grassroots Analytics states as follows:

1. Certain information that is relevant to the claims and defenses in this action contains confidential business information and/or sensitive competitive data and/or trade secrets. An order protecting this information from disclosure to third parties uninvolved in the litigation is required before Grassroots Analytics can produce witnesses for depositions.

2. The parties have negotiated a stipulated protective order, attached hereto as Exhibit 1, and the Phil Ehr for Congress Campaign Committee, Phil Ehr for Senate Campaign Committee, and

Phil Ehr (together, the "Counterclaim Defendants") consent to the entry of the stipulated protective order.

DATED: September 2, 2025

Respectfully Submitted,

By: /s/ Kathryn Ali
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

Mark A. Lancaster (D.C. Bar No. 1620256)
General Counsel,
Grassroots Analytics, Inc.
mlancaster@grassrootsanalytics.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*