IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant*.<br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff*,<br><br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-3035-APM |

**JOINT STATUS REPORT**

Pursuant to the Court's August 19, 2025 Minute Order, the parties jointly report the following:

1. Fact discovery is complete, with the exception of one outstanding item. At Plaintiff's request, Grassroots Analytics has agreed to provide a written interrogatory response on a single topic by November 19, 2025, in lieu of Plaintiff deposing Grassroots Analytics' corporate representatives.[1]

---

[1] Pursuant to the Court's order denying Counterclaim-Defendant Phil Ehr's motion to dismiss for lack of personal jurisdiction, Grassroots Analytics served requests that in its view were related to personal jurisdiction on Mr. Ehr on September 12, 2025. Counsel for Mr. Ehr timely served

1

2. The parties do not require expert discovery.

DATED: October 23, 2025                          Respectfully Submitted,

By: /s/ Kathryn Ali
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
Ali & Lockwood LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

Mark A. Lancaster (D.C. Bar No. 1620256)
General Counsel
Grassroots Analytics, Inc.
mlancaster@grassrootsanalytics.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc.*

/s/ Daniel M. Press
Daniel M. Press
D.C. Bar No. 419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
Fax # 703-734-0590
dpress@chung-press.com

*Counsel for Plaintiff & Counterclaim-Defendants*

---

objections to all three sets of requests, but provided no substantive responses. Undersigned counsel for Grassroots Analytics responded the next day to explain why these requests were related to Grassroots' personal jurisdiction theory in this case, to which counsel for Mr. Ehr responded: "we are no longer contesting personal jurisdiction. Thus, the issue of personal jurisdiction discovery is moot."