IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant*.<br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff*,<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

**NOTICE OF APPEARANCE**

The undersigned counsel notices her appearance on behalf of Defendant-Counterclaimant, Grassroots Analytics, Inc., in the above-styled case. The undersigned respectfully requests that the Court, and all parties hereto, take notice of her appearance and further requests ECF/PACER notifications from the Court on matters concerning the case.

DATED: October 27, 2025

Respectfully Submitted,

By: /s/ *Arianna Zoghi*
Arianna Zoghi (D.C. Bar No. 90036562)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
arianna.zoghi@alilockwood.com

1

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*