# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant*.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff,*<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

## DEFENDANT & COUNTERCLAIM-PLAINTIFF GRASSROOTS ANALYTICS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 7(h) and Federal Rule of Civil Procedure 56, Defendant & Counterclaim-Plaintiff Grassroots Analytics, Inc. hereby moves the Court to grant its Motion for Summary Judgment. The reasons and authority for the Motion are set forth with particularity in the accompanying Statement of Undisputed Material Facts and Memorandum in Support.

DATED: December 18, 2025           Respectfully Submitted,

                                   By: /s/ *Kathryn Ali*
                                   Kathryn Ali (D.C. Bar No. 994633)
                                   Elizabeth Lockwood (D.C. Bar No. 1029746)
                                   Arianna Zoghi (D.C. Bar No. 90036562)
                                   ALI & LOCKWOOD LLP
                                   501 H Street NE, Suite 200
                                   Washington, D.C. 20002

(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
arianna.zoghi@alilockwood.com

Mark A. Lancaster (D.C. Bar No. 1620256)
General Counsel,
Grassroots Analytics, Inc.
mlancaster@grassrootsanalytics.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*