IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff,*<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant.*<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff,*<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants.* | Civil Action No. 1:24-cv-03035-APM |

**[PROPOSED] ORDER**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon consideration of Grassroots Analytics, Inc.'s Motion for Summary Judgment, it is **ORDERED** that the Motion is **GRANTED**.

Judgment shall be entered in favor of the Defendant/Counterclaim-Plaintiff, Grassroots Analytics, Inc. on its breach of contract claim and on the Phil Ehr for Congress Campaign Committee's claims.

DATED: _____ 2026

_____
Amit P. Mehta
United States District Judge