IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant*.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff*,<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

**DECLARATION OF KATHRYN ALI IN SUPPORT OF DEFENDANT/COUNTERCLAIM-PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Kathryn M. Ali, declare as follows:

I am an attorney and a partner with the law firm Ali & Lockwood LLP, counsel for Grassroots Analytics, Inc. in this matter. The facts stated in the Declaration are true and based on my personal knowledge. I submit this Declaration in support of Grassroots Analytics' Motion for Summary Judgment.

Attached hereto is a true and correct copy of the following exhibits. The table below reflects the exhibit number, bates number (where applicable), and brief description of the document.

1

| Ex. # | Bates # | Exhibit Description |
|---|---|---|
| 1 | N/A | Dec. 18, 2025 Declaration of D. Hogenkamp |
| 2[1] | N/A | Ehr Campaign's Responses & Objections to Grassroots Analytics' First Set of Requests for Admission, Served Aug. 20, 2025 |
| 3 | N/A | Oct. 20, 2025 Deposition Transcript of Phil Ehr |
| 4 | N/A | Ehr Campaign's Responses & Objections to Grassroots Analytics' First Set of Interrogatories, Served May 29, 2025 |
| 5 | N/A | Oct. 21, 2025 Deposition Transcript of Non-Party Jake Briggs |
| 6 | N/A | Sept. 4, 2025 Deposition Transcript of Non-Party David Keith |
| 7 | N/A | Sept. 28, 2025 Signed Errata by D. Keith |
| 8 | N/A | July 2023 Email Chain between Meadowlark Strategies and Ehr Campaign, et al., "Re: Phil site for review" – Produced by Non-Party Jake Briggs |
| 9 | N/A | Oct. 2023 Email Chain between P. Ehr, O. Umunna, and J. Briggs, "Re: Poll memo/tps/tough qs…..will check in with Jake on this" – Produced by Non-Party Jake Briggs |
| 10 | GRASSROOTS_00003337[2] | Aug. 2023 Email Chain between D. Keith, K. Ralph, and K. Person, "Re: Please re send copy" |
| 11 | N/A | Oct. 2023 Email Chain between J. Briggs, A. Parnas, and Meadowlark Strategies, "Re: *Action Required* Phil Ehr For Congress - Florida's 28th" – Produced by Non-Party J. Briggs |
| 12 | N/A | July 17, 2023 Email from D. Keith to C. Tinsmon and J. Briggs, re: "with tomorrow wire" – Produced by Non-Party J. Briggs |
| 13 | GRASSROOTS_00004147 | STAMP Services Agreement, signed Aug. 9, 2023 |
| 14 | N/A | Oct. 2023 Email Chain between J. Briggs and J. Montgomery, et al., "Re: URGENT: New contract for Phil Ehr for NGP" – Produced by Non-Party J. Briggs |
| 15 | N/A | Jan. 2024 Email Chain between Ehr Campaign Consulting Team "RE: Ehr - Q4 2023 Report Draft" – Produced by Ehr Campaign |

---

[1] For ease of reference, we have added page numbers to all exhibits.

[2] Documents produced by Grassroots have a GRASSROOTS Bates stamp. The origin of documents produced by the Campaign, Phil Ehr, and non-party Jake Briggs, are specified in the index because these documents were produced without Bates stamps.

| 16 | GRASSROOTS_00000744 | July 10, 2023 Email Chain between K. Person, D. Dew, and P. Ehr, "Re: Connecting: Phil Ehr + Grassroots Analytics" |
| 17 | N/A | July 17, 2023 Screenshot of "24 raising" Signal Group chat – Produced by Ehr Campaign[3] |
| 18 | N/A | July 17, 2023 Screenshot of "24 raising" Signal Group chat – Produced by Ehr Campaign |
| 19 | N/A | J. Briggs Exit Memo – Produced by Ehr Campaign |
| 20 | GRASSROOTS_00004137 | July Services Agreement, Signed July 18, 2023 |
| 21 | GRASSROOTS_00002247 | July 2023 Email Chain between D. Keith, Meadowlark Strategies, and Grassroots Analytics, re: "Ehr <> GA" |
| 22 | GRASSROOTS_00004156 | July–Sept. 2023 Text Message Chain between D. Hogenkamp and D. Keith |
| 23 | N/A | Aug. 2023 Email Chain between D. Keith and P. Ehr, et al., "Re: please let me know when act blue hits" – Produced by Non-Party J. Briggs |
| 24 | GRASSROOTS_00000790 | Nov. 2023 Email Chain between Ehr for Congress staff and Grassroots Analytics, "Re: Phil Ehr Re-Launch" |
| 25 | GRASSROOTS_00003188 | Spreadsheet of Texting Performance Statistics Created by Grassroots Analytics |
| 26 | N/A | Grassroots Analytics, Inc.'s Response to Interrogatory in Lieu of Josh Lewis's Deposition, Served Nov. 13, 2025 |
| 27 | GRASSROOTS_00004129 | Invoice No. 9664, Dated July 31, 2023 |
| 28 | GRASSROOTS_00004103 | Scale to Win Invoice No. 11613 to Grassroots Analytics, Dated July 31, 2023 |
| 29 | N/A | Ehr Aug. 26-Sept. 1, 2023 Weekly Financial Report – Produced by Non-Party J. Briggs |
| 30 | GRASSROOTS_00004340 | July-Aug. 2023 Email Chain between D. Keith and Grassroots Analytics "Re: STAMP for Ehr for Senate" |
| 31 | GRASSROOTS_00002157 | Aug. 2023 Email Chain between D. Keith, D. Hogenkamp, and K. Ralph, "Re: Hold the mail" |
| 32 | GRASSROOTS_00002035 | Sept. 2023 Email Chain between D. Keith and Grassroots Analytics, "Re: Resolit mailing" |
| 33 | GRASSROOTS_00004094 | Invoice No. 10106, Dated Oct. 16, 2023 |
| 34 | GRASSROOTS_00004095 | Invoice No. 9925, Dated Sept. 18, 2023 |
| 35 | GRASSROOTS_00004204 | Aug. 2023 Email Chain between D. Keith, T. Schacht, and Grassroots Analytics "Re: EMAIL PROGRAM" |

---

[3] Many of the screenshots of text messages provided by the Campaign and Phil Ehr lacked identifying information such as dates and senders/recipients. Upon request, counsel for the Campaign provided the missing information by email, which is reflected in the descriptions of Exhibits 17, 18, and 53 in this index.

| 36 | GRASSROOTS_00004132 | Data Sharing Agreement, signed Aug. 9, 2023 |
|---|---|---|
| 37 | GRASSROOTS_00004483 | Aug. 2023 Email Chain between D. Keith and Grassroots Analytics, et al., "Re: Click Collective Onboarding: Phil Ehr" |
| 38 | GRASSROOTS_00001130 | Nov. 2023 Email Chain between Ehr for Congress staff and Grassroots Analytics, "Re: Phil Ehr Re-Launch" |
| 39 | N/A | Ehr Campaign's Responses & Objections to Grassroots Analytics' Second Set of Interrogatories, Served Aug. 20, 2025[4] |
| 40 | N/A | Oct. 2023 Email Chain between J. Briggs, A. Parnas, and Meadowlark Strategies, "Re: FOR APPROVAL: EOM 1" – Produced by Non-Party J. Briggs |
| 41 | N/A | Sept. 21, 2023 Message from D. Keith in "24 raising" Signal Group chat – Produced by Ehr Campaign |
| 42 | N/A | Sept. 2023 Email Chain between J. Briggs and D. Keith "Re: Ehr - Weekly Financial Report 9.1.2023" |
| 43 | N/A | Oct. 2023 Email Chain between Ehr Campaign consulting team, "Re: Invoice and wiring instructions" – Produced by Non-Party J. Briggs |
| 44 | N/A | Sept. 2023 Text Messages between P. Ehr and J. Briggs |
| 45 | N/A | Sept. 2023 Email Chain between Ehr Campaign consulting team, "Re: Ehr Weekly Financial Report 09.22.2023" - Produced by Non-Party J. Briggs |
| 46 | N/A | Oct. 20, 2023 Email from B. Tenenbaum to D. Keith, J. Briggs, and P. Ehr re: "Ehr Weekly Financial Report 10.20.2023" – Produced by Non-Party J. Briggs |
| 47 | N/A | 2024 Year-End Report, FEC Schedule D Debts and Obligations for Phil Ehr for Congress, Filed Feb. 1, 2025 |
| 48 | | April 2025 Quarterly Report, FEC Schedule B Itemized Disbursements for Phil Ehr for Congress, Filed Apr. 15, 2025 |
| 49 | GRASSROOTS_00004090 | Receipt of Partial Payment for Invoice No. 9664, Dated Aug. 21, 2023 |
| 50 | GRASSROOTS_00004092 | Receipt of Partial Payment for Invoice No. 9664, Dated Aug. 28, 2023 |
| 51 | N/A | Aug. 2023 Email Chain between D. Keith, J. Briggs, B. Tenenbaum, and Katz Compliance, "Re: Payment" – Produced by Non-Party J. Briggs |
| 52 | N/A | Aug. 28-Sept. 1, 2023 Messages in "24 raising" Groupchat – Produced by Ehr Campaign |

---

[4] This document was erroneously titled "Plaintiff's Responses & Objections to Defendants irst [sic] Set of Requests for Admissions."

| | | |
|---|---|---|
| 53 | N/A | August 29, 2023 Screenshot of Message from J. Briggs to P. Ehr – Produced by Ehr Campaign |
| 54 | N/A | P. Ehr's Responses to Grassroots Analytics' First Set of Interrogatories, Served Sept. 16, 2025 |
| 55 | N/A | Aug.–Oct. 2023 Text Messages between J. Briggs, P. Ehr, and D. Hogenkamp – Produced by P. Ehr |
| 56 | GRASSROOTS_00004130 | Invoice No. 9813, Dated Aug. 31, 2023 |
| 57 | GRASSROOTS_00004098 | Scale to Win Invoice No. 11878 to Grassroots Analytics, Dated Aug. 31, 2023 |
| 58 | N/A | Sept. 1, 2023 Messages from D. Keith in "24 raising" Signal Groupchat – Produced by Ehr Campaign |
| 59 | GRASSROOTS_00004093 | Receipt of Partial Payment for Invoice No. 9664, Dated Sept. 6, 2023 |
| 60 | N/A | Sept. 2023 Email Chain between D. Keith, J. Briggs, and Katz Compliance employees, "Re: Wires Today" – Produced by Non-Party J. Briggs |
| 61 | N/A | July 2025 Quarterly Report, FEC Schedule D Debts and Obligations for Phil Ehr for Congress, Filed Aug. 22, 2025 |
| 62 | N/A | April 2025 Quarterly Report, FEC Schedule D Debts and Obligations for Phil Ehr for Congress, Filed Apr. 15, 2025 |
| 63 | GRASSROOTS_00004078 | Sept. 2023 Email Chain between D. Keith, J. Lowis, J. Briggs and GA Operations, "Re: Phil Ehr Invoices 9664 and 9813 - Potential Late Fees" |
| 64 | GRASSROOTS_00004082 | Sept. 14, 2023 Email from J. Lewis to P. Ehr re: "Grassroots Analytics Invoices #9664 and #9813 - Potential Late Fees" |
| 65 | GRASSROOTS_00002029 | Sept 25, 2023 Email Chain between J. Lewis, C. Shrivastava, and D. Dew, "Re: Phil Ehr Outstanding Invoices" |
| 66 | N/A | Refund Analysis Report |
| 67 | GRASSROOTS_00002033 | Sept. 25, 2023 Email Chain between D. Keith and Grassroots Analytics staff, "Re Phil Ehr Outstanding Invoices" |
| 68 | GRASSROOTS_00004131 | Invoice No. 9995, Dated Sept. 30, 2023 |
| 69 | GRASSROOTS_00004121 | Scale to Win Invoice No. 12190 to Grassroots Analytics, Dated Sept. 30, 2023 |
| 70 | GRASSROOTS_00002023 | Oct. 2023 Email Chain between D. Dew, J. Lewis, C. Shrivastava, and K. Person "Re: Ehr Invoice" |
| 71 | N/A | Oct. 12, 2023 Reminder Email re: Invoice No. 9664, from Grassroots Analytics to Ehr Campaign consultants – Produced by Non-Party J. Briggs |

| 72 | N/A | Oct. 12, 2023 Reminder Email re: Invoice No. 9813, from Grassroots Analytics to Ehr Campaign consultants – Produced by Non-Party J. Briggs |
| 73 | N/A | Oct. 15, 2023 Email Chain between A. Parnas, D. Keith, and J. Briggs, "Re: Grassroots" – Produced by Non-Party J. Briggs |
| 74 | N/A | Oct. 16, 2023 Email Chain between A. Parnas and J. Briggs "Re: Phil Ehr Re-Launch" – Produced by Non-Party J. Briggs |
| 75 | N/A | Oct. 2023 Email Chain between Grassroots Analytics employees and Ehr Campaign consultants – Produced by Non-Party J. Briggs |
| 76 | GRASSROOTS_00004091 | Receipt for Invoice No. 10115, Dated Oct. 17, 2023 |
| 77 | GRASSROOTS_00002120 | Oct. 16, 2023 Email Chain between D. Keith, A. Parnas, J. Briggs, and D. Hogenkamp, "Re: Phil Ehr Re-Launch" |
| 78 | GRASSROOTS_00002117 | Nov. 2, 2023 Email from D. Hogenkamp to J. Briggs, J. Lewis, and C. Shrivastava, re: "Ehr Payment Plan" |
| 79 | GRASSROOTS_00003284 | Nov.-Dec. 2023 Email Chain between Grassroots Analytics and Ehr for Congress teams, "Re: Phil Ehr's work with Grassroots" |
| 80 | GRASSROOTS_00004127 | Invoice No. 10390, Dated Nov. 20, 2023 |
| 81 | GRASSROOTS_00002160 | Aug. 21, 2025 Email Chain between D. Hogenkamp and D. Keith, "Re: Please re send me the invoice for the texting (not the mail)" |
| 82 | GRASSROOTS_00004108 | Scale to Win Invoice No. 13463 to Grassroots Analytics, Dated Nov. 30, 2023 |
| 83 | GRASSROOTS_00004128 | Invoice No. 10436, Dated Dec. 1, 2023 |
| 84 | N/A | Screenshots of Text Messages with Campaign Consultants – Produced by P. Ehr |
| 85 | GRASSROOTS_00004077 | Screenshot of July 2023–Sept. 2024 Text Messages between D. Hogenkamp and P. Ehr |
| 86 | GRASSROOTS_00003182 | Apr. 2024 Email Chain between Ehr Campaign team and Grassroots Analytics team, "Re: Phil Ehr bill" |
| 87 | N/A | Statement of Damages – Produced by Ehr Campaign |
| 88 | N/A | Ehr Campaign Rule 26(a) Initial Disclosures, Served Jan. 22, 2025 |
| 89 | N/A | ActBlue Refunds Spreadsheet – Produced by Ehr Campaign[5] |

---

[5] This document also includes columns for "Lineitem ID," "Order Number," "Refcode 2," "Donor First Name," "Donor Last Name," "Donor Address Line 1," "Donor City," "Donor State," "Donor ZIP," "Donor Country," "Donor Occupation," "Donor Employer," "Donor Email," "Donor

| 90 | N/A | April 2025 Quarterly Report, FEC Schedule C Loan Information for Phil Ehr for Congress, Filed Apr. 15, 2025 |
| --- | --- | --- |
| 91 | N/A | July 2025 Quarterly Report, FEC Schedule C Loan Information for Phil Ehr for Congress, Filed Aug. 22, 2025 |
| 92 | N/A | FEC Request for Additional Information re: October Quarterly 2025, Nov. 25, 2025 |
| 93 | N/A | 2024 Year-End Report, FEC Schedule B Itemized Disbursements, for Phil Ehr for Congress Filed Feb. 1, 2025 |
| 94 | N/A | July Quarterly 2025, FEC Disclosure Form 3 for Phil Ehr for Congress, Filed Aug. 22, 2025 |
| 95 | N/A | FEC Request for Additional Information re: July Quarterly 2025, July 30, 2025 |
| 96 | N/A | FEC Request for Additional Information re: October Quarterly 2024, Oct. 21, 2024 |
| 97 | N/A | October 2024 Quarterly Report, FEC Disclosure Form 3 for Phil Ehr for Congress, Filed Oct. 24, 2024 |
| 98 | N/A | FEC Request for Additional Information re: July Quarterly 2025, Sept. 8, 2025 |
| 99 | N/A | Ehr Force Inc. Articles of Incorporation, Filed May 2, 2025 |
| 100 | N/A | Phil Ehr for Congress FEC Committee Filings List, 2025–2026 |

---

Phone," "Disbursement Check Number," "Disbursed At," "Employer Address Line 1," "Employer City," "Employer State," "Employer Zip," "Employer Country," "AB Test Name," "AB Variation," "Recipient Committee," "Recipient ID," "Recipient Gov ID," "Recovery Date," "Recovery ID," "Refunded?," "Cancelled Recurring?," "Bump Your Recurring Link," "Bump Your Recurring Seen," "Bump Your Recurring Succeeded," "Bump Your Recurring Amount," "Fee," "Card Type," "Via Mobile," "Recurring Upsell Shown," "Recurring Upsell Succeeded," "Smart Recurring," "Recurring Amount," "Initial Recurring Contribution Date," "ActBlue Express Contribution," "Donor U.S. Passport Number," "Payment Method," "Custom Field Label," "Custom Field Value," "Gift Identifier Shown," Gift Declined," "Shipping Addr1," "Shipping City," "Shipping State," "Shipping Zip," "Shipping Country," "Smart Boost Amount," "Smart Boost Shown," and "Text Message Opt-In," that do not appear in this exhibit. Those columns have been hidden because they are not being cited in the briefs, are not relevant to the case, and contain donors' personal identifying information, including home addresses. If this Court would like the full version of the document, Grassroots would be happy to file it under seal.

DATED: December 18, 2025                    By: /s/ *Kathryn Ali*
                                                 Kathryn Ali