# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant.*<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff*,<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

**DECLARATION OF DANIEL HOGENKAMP**

I, Daniel Hogenkamp, declare under penalty of perjury as follows:

1. I am over the age of eighteen and am competent to make this declaration. I have personal knowledge of the matters set forth below.

2. I am the Chief Executive Officer of Grassroots Analytics, Inc., a technology firm that I founded in 2017. Grassroots' core mission is to lower barriers in fundraising for candidates to public office, causes, and nonprofit organizations. Grassroots operates a first-in-class national progressive donor database that houses high quality contact information, political preference analysis, biographical details, donation history, and net worth data. Since the 2022 election cycle, Grassroots has supported more than 2,000 campaigns and organizations across all 50 states and

territories of the United States, including Kamala Harris's presidential campaign, the Democratic Congressional Campaign Committee, the Democratic Senatorial Campaign Committee, and the congressional campaigns of hundreds of candidates including Eric Swalwell, Ro Khanna, Mary Peltola, and others. Grassroots has raised more than $50 million through its text messaging program, and won two Reed Awards in 2023 for its direct mail and email services.

3. Raising money is particularly important at the beginning of a campaign. It builds momentum and increases a campaign's credibility, which can generate more support and media interest, and helps keep potential primary challengers out of the race. It also allows a campaign to invest in a strong infrastructure, which can result in higher future fundraising returns.

4. The amount of money a campaign raises can depend on a number of factors, including the overall appeal and quality of the individual candidate, how well organized the campaign is and how well-oiled its infrastructure is, the importance and competitiveness of the race, the number of candidates in the race, and a candidate's relationships with potential donors.

5. Grassroots provides a range of fundraising services, including text message fundraising services, call time assistance services, email fundraising services, direct mail fundraising services, and data analyzing and cleaning services.

6. In 2020, we provided call time assistance services to Phil Ehr's congressional campaign against Matt Gaetz. Call time assistance services include consulting for candidates to support "call time" fundraising, which is dedicated time they spend making personal phone calls to potential donors to ask for contributions directly to build rapport, address concerns, and secure funds for their campaign. These services include the provision of lists of phone numbers with giving history, issue interest areas, and demographic and other information.

7. The July Services Agreement that Grassroots entered into with the Ehr Campaign is our standard contract. We have used it with hundreds if not thousands of clients. To my knowledge, in the vast majority of cases, clients have no questions about the terms of the contract. In rare cases where a client does have a question or concern about anything in the contract, we have discussed it with them and either clarified it or made an adjustment to the contract to address it.

8. Sections 5(A)–(D) of the July Services Agreement include reference to clients paying "fair market value" for "deliverables" such as "high-dollar" and "low-dollar" mobile numbers and email addresses, which are priced at minimum rates of $3.00, $1.00, and $0.60 respectively. These sections of the contract refer to pricing for list purchases, where the client receives a full list of potential donors to contact. They do not apply to list rentals.

9. Section 5(E) of the July Services Agreement describes the range of pricing for list rental services, which was between $0.15–$0.25 per contact. This was our standard pricing in 2023, and this pricing was industry standard for the types of services we provided. Section 5(E) also explains that the exact price a client will be charged within the contractual range depends on factors such as "inventory," "length and type of text," and "volume of replies." These factors weighed in favor of the Ehr Campaign because we charged them the minimum amount in the agreed-upon range for the initial texts we sent out (and we then sent millions of additional free texts on their behalf, bringing down their cost-per contact to $0.10 or less, significantly below the low-end of the contractual range).

10. The Ehr Campaign contracted with us for text message list rental services. With list rental services, Grassroots texts its list of donors on the Campaign's behalf to solicit contributions for the Campaign. Unlike a list purchase, the Campaign does not receive contact information for all of the donors texted. Instead, a campaign doing a list rental only receives contact and demographic

information for those who choose to contribute. For example, if Grassroots sent fundraising text messages to 100,000 potential donors in its database on the Campaign's behalf, the Campaign would not receive demographic and contact information for all 100,000 potential donors, but rather just for the people who chose to donate, at which point the Campaign would receive that information from ActBlue (not from Grassroots directly).

11. For list rental services, Grassroots generally comes up with custom content and drafts the text messages, then sends them to the client for approval. We make any requested edits and then do "production" and "quality assurance," meaning we prepare the messages to be sent out, including proofreading them, preparing any attached images, and ensuring that the text and image will present well in a mobile format. The messages are then ready to be sent out to potential donors. This is how it worked with the Ehr Campaign.

12. With text message list rental fundraising, we typically will "test" a particular message with a particular group of potential donors to assess potential return on investment ("ROI"). Grassroots tracks donations and calculates ROI for different batches of texts sent, which it uses to make strategic decisions about subsequent texting, including (among other things) which type of donors to target, what messaging strategy to use, and quantity of texts to send. If a particular text message achieves a particular target ROI, we will typically then "scale"—meaning send the text to a broader pool of potential donors. If the text message does not perform well, then we will often test a different message and/or a different potential donor pool.

13. We also contracted with the Ehr Campaign to provide data analyzing and cleaning services to assist with email fundraising. Specifically, they signed up for our Click Collective program, a free program where Grassroots reviews a campaign's email list and identifies contacts on the existing list who are more active donors and might be good targets for future email blasts. The Ehr

Campaign was not charged and did not pay anything for these services. We never contracted with the Ehr Campaign to send out emails on the Campaign's behalf, nor to provide email lists, and they never paid for any such services.

14. I understand that the Ehr Campaign and Phil Ehr have alleged in this lawsuit that Grassroots was responsible for (or otherwise had something to do with) what they believed to be a high rate of refunds requested by donors from the Ehr Campaign—specifically, in their interrogatory responses, the Campaign alleged that "it appears that [Grassroots] used donor credit card data to make [donations] in order to show high returns and convince the Campaign to retain [Grassroots], and then refunds were claimed typically shortly thereafter." This is absolutely false, and if the Campaign and/or Phil Ehr had taken my deposition in this litigation, I would have testified as much. This accusation is not just offensive, it is also entirely implausible: Grassroots does not store any donor credit card information, and would have no way to charge donor credit cards.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of December, 2025 in Washington, D.C.

Daniel Hogenkamp
CEO, Grassroots Analytics, Inc.