# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS**
**CAMPAIGN COMMITTEE,**
          **Plaintiff,**

v.                                                             Civil Action No. : 1: 24 - cv - 03035 - APM

**GRASSROOTS ANALYTICS,**
**INC.**

**PLAINTIFF'S RESPONSES & OBJECTIONS TO**
**DEFENDANT'S IRST SET OF REQUESTS FOR ADMISSIONS**

In accordance with the Federal Rules of Civil Procedure and the Rules of the U.S. District Court for the District of Columbia, Plaintiff PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE, for itself and for its predecessor-in-interest, the PHIL EHR FOR SENATE CAMPAIGN COMMITTEE, hereby provides its written Responses and Objections to Defendant's First Set of Requests for Admission.

REQUEST FOR ADMISSION NO. 1: Admit that Phil Ehr announced his candidacy for the United States Senate in July 2023.

    Admitted.

REQUEST FOR ADMISSION NO. 2: Admit that David Keith was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during July 2023.

    Admitted.

REQUEST FOR ADMISSION NO. 3: Admit that David Keith was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during August 2023.

    Admitted.

REQUEST FOR ADMISSION NO. 4: Admit that David Keith was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during September 2023.

    Admitted.

REQUEST FOR ADMISSION NO. 5: Admit that David Keith was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during October 2023.

    Admitted in part.   David Keith was authorized to approve and authorize expenditures in October 2023, until he departed that month.   He departed the Campaign as it switched from the Senate to the House.

REQUEST FOR ADMISSION NO. 6: Admit that David Keith was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during November 2023.

    Denied.   By November 2023 Mr. Keith was no longer affiliated with the Campaign.

REQUEST FOR ADMISSION NO. 7: Admit that David Keith was authorized to execute agreements on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during July 2023.

    Admitted.

REQUEST FOR ADMISSION NO. 8: Admit that Phil Ehr was authorized to execute agreements on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during August 2023.

    Admitted.

REQUEST FOR ADMISSION NO. 9: Admit that Aaron Parnas was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during July 2023.

    Denied. Aaron Parnas was not authorized to approve or authorize expenditures on behalf of the Campaign related to GA and/or the July Services Agreement. His role was limited to social media content related to issues and events.

REQUEST FOR ADMISSION NO. 10: Admit that Aaron Parnas was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during the period August 2023.

    Denied. Aaron Parnas was not authorized to approve or authorize expenditures on behalf of the Campaign related to GA and/or the July Services Agreement. His role was limited to social media content related to issues and events.

REQUEST FOR ADMISSION NO. 11: Admit that Aaron Parnas was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during September 2023.

    Denied.   Aaron Parnas was not authorized to approve or authorize expenditures on behalf of the Campaign related to GA and/or the July Services Agreement.   His role was limited to social media content related to issues and events.

REQUEST FOR ADMISSION NO. 12: Admit that Aaron Parnas was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during October 2023.

    Denied.   Aaron Parnas was not authorized to approve or authorize expenditures on behalf of the Campaign related to GA and/or the July Services Agreement.   His role was limited to social media content related to issues and events.

REQUEST FOR ADMISSION NO. 13: Admit that Aaron Parnas was authorized to approve or authorize expenditures on behalf of the Campaign relating to Grassroots Analytics and/or the July Services Agreement during November 2023.

    Denied.   Aaron Parnas was not authorized to approve or authorize expenditures on behalf of the Campaign related to GA and/or the July Services Agreement.   His role was limited to social media content related to issues and events.

REQUEST FOR ADMISSION NO. 14: Admit that Phil Ehr was aware that the Campaign executed a written agreement in 2023 with Grassroots Analytics for text-based fundraising

services.

> Objection, vague and ambiguous, in that the Request is not clear whether it refers to the time the agreement was executed or later.   Admitted that in July 2023, Phil Ehr was aware that the Campaign executed an agreement with Grassroots Analytics for fundraising services that may or may not have included text-based services.   In October, November or December 2023, Phil Ehr became aware that Grassroots Analytics was fundraising with text-based services.

REQUEST FOR ADMISSION NO. 15: Admit that Phil Ehr was aware that the Campaign executed a written agreement in 2023 with Grassroots Analytics for email-based fundraising services.

> Objection, vague and ambiguous, in that the Request is not clear whether it refers to the time the agreement was executed or later.   Admitted that in July 2023, Phil Ehr was aware that the Campaign executed an agreement with Grassroots Analytics for fundraising services that may or may not have included email-based services.   Phil Ehr was aware that the Campaign was using email-based fundraising services from Meadowlark in July 2023, prior to Danny Hogenkamp contacting Phil Ehr and offering GA's fundraising services.

REQUEST FOR ADMISSION NO. 16: Admit that Phil Ehr was aware that the Campaign executed a written agreement in 2023 with Grassroots Analytics for mail-related fundraising services.

> Admitted.

REQUEST FOR ADMISSION NO. 17: Admit that the Campaign has not made any payments towards the outstanding balance of $175,443.17 reflected on Invoice #9664 sent by Grassroots Analytics for its July 2023 Peer to Peer List Rental Services.

    Objection, assumes facts that are disputed in that it assumes there is a legitimate "outstanding balance".   Admitted that the Campaign has not paid $175,443.17 of the amount claimed on Invoice #9664 sent by Grassroots Analytics, purportedly for July 2023 Peer to Peer List Rental Services.

REQUEST FOR ADMISSION NO. 18: Admit that the Campaign has not made any payments towards the charge of $126,943 reflected on Invoice #9813 sent by Grassroots Analytics for its 8.31.23 Peer to Peer List Rental Services.

    Admitted.

REQUEST FOR ADMISSION NO. 19: Admit that the Campaign has not made any payments towards the charge of $37,821.40 reflected on Invoice #9995 sent by Grassroots Analytics for its September 2023 Peer to Peer List Rental Services.

    Admitted.

REQUEST FOR ADMISSION NO. 20: Admit that the Campaign has not made any payments towards the charge of $2,976.82 reflected on Invoice #10390 sent by Grassroots Analytics for its late fees.

    Admitted.

REQUEST FOR ADMISSION NO. 21: Admit that the Campaign has not made any payments towards the charge of $3,002.85 reflected on Invoice #10436 sent by Grassroots Analytics for late fees.

    Admitted.

REQUEST FOR ADMISSION NO. 22: Admit that You discussed a possible payment plan with Grassroots Analytics to pay the invoices sent to You by Grassroots Analytics or any subset of those invoices.

    Denied.   G.A. brought up the possibility of a payment plan but it was never "discussed."
`

REQUEST FOR ADMISSION NO. 23: Admit that Phil Ehr announced on October 17 or 18, 2023 that he was ending his candidacy for the United States Senate and launching a campaign to run against Republican incumbent Carlos Gimenez in the 28th Congressional District in South Florida.

    Admitted.

REQUEST FOR ADMISSION NO. 24: Admit that former South Florida Congresswoman Debbie Mucarsel-Powell announced in August 2023 her candidacy for the Democratic nomination to challenge U.S. Sen. Rick Scott in the 2024 election.

    Admitted.

REQUEST FOR ADMISSION NO. 25: Admit that in October 2023, the Phil Ehr for Senate

campaign's assets and liabilities were transferred to the Phil Ehr for Congress campaign.

Denied.   The Phil Ehr for Senate campaign committee remained a single entity from its original organization to present.   In July 2023, the Federal Election Commission assigned committee identification number, C00845750.   The FEC kept the same committee ID for the committee through its transition to the House campaign.   The name of the committee changed in October 2023 to Phil Ehr for Congress.

REQUEST FOR ADMISSION NO. 26: Admit that Phil Ehr lost in a Democratic primary race for Florida's 1st Congressional District in 2018.

Admitted.

REQUEST FOR ADMISSION NO. 27: Admit that Phil Ehr lost his race for Florida's 1st Congressional District in 2020.

Admitted.

**DATED :**     August 20, 2025

>  /s/   Daniel M. Press
> Daniel M. Press
> D.C. Bar No. 419739
> CHUNG & PRESS, P.C.
> 6718 Whittier Avenue, # 200
> McLean, VA 22101
> Ph. # 703-734-3800
> Fax # 703-734-0590
> dpress@chung-press.com