# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

PHIL EHR FOR CONGRESS
CAMPAIGN COMMITTEE,
        Plaintiff,

v.

GRASSROOTS ANALYTICS,
INC.

Civil Action No. : 1: 24 - cv - 03035 - APM

**PLAINTIFF'S RESPONSES & OBJECTIONS TO
DEFENDANT'S IRST SET OF INTERROGATORIES**

In accordance with the Federal Rules of Civil Procedure and the Rules of the U.S. District Court for the District of Columbia, Plaintiff PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE, formerly the PHIL EHR FOR SENATE CAMPAIGN COMMITTEE, hereby provides its written Responses and Objections to Defendant's First Set of Interrogatories.

**REQUESTS / SPECIFIC OBJECTIONS / RESPONSES**

1. Identify whether the Phil Ehr for Congress Campaign Committee and/or Phil Ehr for Senate Campaign Committee are Florida Unincorporated Associations, as the Complaint caption indicates, and, if so, identify all current and former individual members of the Phil Ehr for Congress Campaign Committee and/or Phil Ehr for Senate Campaign Committee, including the dates when each individual served as a member of the Committee(s).

Response: Yes. Plaintiff is a Florida unincorporated association. The members have been Phil Ehr (at all times) and Treasurers Alicia Matiacio (July 2023-2024) and Shelby Green (July 2024

1

– present).

2. Describe in detail each member's involvement in and/or awareness of the execution and/or terms of the July Services Agreement, August Services Agreement, or Data Sharing Agreement, and/or any services provided by Grassroots Analytics pursuant to those agreements.

Phil Ehr:

- July Services Agreement: Jake Briggs and/or David Keith reported to Mr. Ehr that GA services were arranged. Mr. Ehr does not recall reviewing the contract prior to David Keith's signature. He does recall being pleased that GA services were to begin. He relied on Mr. Briggs and Mr. Keith to monitor GA's performance.

- August Services Agreement: Jake Briggs and/or David Keith asked Mr. Ehr to sign for the committee, which he did. He relied on Mr. Briggs and Mr. Keith to monitor GA's performance.

- Data Sharing Agreement: Mr. Ehr does not recall any awareness of this contract at any time during the performance of the contract.

Ms. Matiacio and Ms. Green had no involvement in or awareness of the execution and/or terms of the three contracts with GA (or any other vendor) or the services provided by GA.

3. Identify the individual(s) and/or entity(ies) from which the Phil Ehr for Congress Campaign Committee and/or Phil Ehr for Senate Campaign Committee has "borrowed" all of the "monies expended by Plaintiff for this litigation," as indicated in Your April 8, 2025 Responses & Objections to Defendant's First Request for Production of Documents.

Objection: Irrelevant and not reasonably calculated to lead to the discovery of admissible evidence

I declare under penalty of perjury that the foregoing responses are true and correct to the best of my knowledge, information and belief.

PHIL EHR FOR CONGRESS
CAMPAIGN COMMITTEE

By: Phil Ehr

DATED :   May 29, 2025

/s/  Daniel M. Press
Daniel M. Press
D.C. Bar No. 419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
Fax # 703-734-0590
dpress@chung-press.com

3