Exhibit 5

```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                        DISTRICT OF COLUMBIA
PHIL EHR FOR CONGRESS          )
CAMPAIGN COMMITTEE,            )
                              )
           Plaintiff,          )
                              )
      v.                       ) No.: 1:24-cv-03035-APM
                              )
GRASSROOTS ANALYTICS, INC.,    )
                              )
         Defendant.            )
_____        )
                              )
GRASSROOTS ANALYTICS, INC.,    )
                              )
    Counterclaim-Plaintiff,    )
                              )
       v.                      )
                              )
PHIL EHR FOR CONGRESS          )
CAMPAIGN COMMITTEE; PHIL EHR   )
FOR SENATE CAMPAIGN            )
COMMITTEE; PHIL EHR            )
(INDIVIDUALLY)                 )
                              )
       Counterclaim-Defendants. )
_____ )
```

                    REMOTE DEPOSITION OF JAKE BRIGGS

                       Tuesday, October 21, 2025

ELECTRONICALLY REPORTED BY:

LAUREN N. FRIDLEY, CDR-3190, RON

JOB NO. SY011334

Page 2

```
1
2
3                      October 21, 2025
4
5                       12:30 p.m.
6
7
8
9
10      Deposition of JAKE BRIGGS, held remotely before
11   LAUREN N. FRIDLEY, a certified Court Reporter and
12   Notary Public for Virginia.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                       INDEX
2                                    PAGE
3    Examination By MS. ZOGHI              8
4    Examination By MR. PRESS           141
5    Further Examination by MS. ZOGHI      147
6    Certificate of Oath             151
7    Certificate of Digital Reporter      152
8    Errata Sheet                  153
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1    A P P E A R A N C E S :
2    ATTORNEYS FOR DEFENDANT:
3         ALI & LOCKWOOD LLP
4         501 H Street NE, Suite 200
5         Washington, D.C. 20002
6         (202) 651-2475
7         BY:  ARIANNA ZOGHI, ESQUIRE
8         EMAIL:  arianna.zoghi@alilockwood.com
9
10   ATTORNEYS FOR PLAINTIFF:
11        CHUNG & PRESS, PC.
12        6718 Whittier Avenue, Suite 200
13        McLean, VA 22101
14        (703) 734-3800
15        BY:  DANIEL M. PRESS, ESQUIRE
16        EMAIL:  dpress@chung-press.com
17
18   Also Present:
19      Mark Johnson - Videographer
20
21
22
23
24
25
```

Page 5

```
1                      EXHIBITS
2       NUMBER         DESCRIPTION        PAGE
3    EXHIBIT 1     Resume              16
4    EXHIBIT 2     Signal chat         24
5    EXHIBIT 3     Signal chat         26
6    EXHIBIT 4     Invoice             30
7    EXHIBIT 5     Email               34
8    EXHIBIT 6     iMessage            37
9    EXHIBIT 7     Signal chat         41
10   EXHIBIT 8     Signal chat         42
11   EXHIBIT 9     Exit memo           45
12   EXHIBIT 10     Agreement          48
13   EXHIBIT 11    Email               56
14   EXHIBIT 12    Email               58
15   EXHIBIT 13    Email               59
16   EXHIBIT 14     Agreement          59
17   EXHIBIT 15     Agreement          61
18   EXHIBIT 16    Email               63
19   EXHIBIT 17    Email               64
20   EXHIBIT 18    Finances            65
21   EXHIBIT 19    Email               70
22   EXHIBIT 20    Signal chat         73
23   EXHIBIT 21    Email               79
24   EXHIBIT 22    Invoice             81
25   EXHIBIT 23    Email               83
```

Page 6

| 1 | EXHIBIT 24 | Signal chat | 85 |
| 2 | EXHIBIT 25 | Signal chat | 86 |
| 3 | EXHIBIT 26 | iMessage | 89 |
| 4 | EXHIBIT 27 | Signal chat | 91 |
| 5 | EXHIBIT 28 | Email | 93 |
| 6 | EXHIBIT 29 | Email | 94 |
| 7 | EXHIBIT 30 | Email | 97 |
| 8 | EXHIBIT 31 | Email | 100 |
| 9 | EXHIBIT 32 | Email | 101 |
| 10 | EXHIBIT 33 | Email | 103 |
| 11 | EXHIBIT 34 | Email | 106 |
| 12 | EXHIBIT 35 | Email | 109 |
| 13 | EXHIBIT 36 | Email | 115 |
| 14 | EXHIBIT 37 | Email | 118 |
| 15 | EXHIBIT 38 | Email | 122 |
| 16 | EXHIBIT 39 | Signal chat | 128 |
| 17 | EXHIBIT 40 | Signal chat | 129 |
| 18 | EXHIBIT 41 | Email | 132 |
| 19 | EXHIBIT 42 | Email | 133 |
| 20 | EXHIBIT 43 | Signal chat | 135 |

Page 7

1  REMOTE VIDEOTAPED DEPOSITION
2  TUESDAY, OCTOBER 21ST, 2025
3  12:35 P.M.
4
5      THE VIDEOGRAPHER: Okay, we are now on the record. My
6  name is Mark Johnson, and I'm the legal videographer on
7  behalf of TransPerfect Legal Solutions.
8      Today's date is October 21st, 2025, and the time is
9  12:35 p.m. Eastern Time. This deposition is being held
10  remotely in the matter of Phil Ehr for Congress Campaign
11  Committee versus Grassroots Analytics. The deponent is
12  Jake Briggs. All counsel present will be noted on this
13  stenographic record.
14      Will the court reporter please swear in the witness?
15      THE REPORTER: Thank you. My name is Lauren Fridley,
16  and I'm assigned by TransPerfect to take the record of this
17  proceeding of this deposition by Jake Briggs. I'm a notary
18  authorized to take acknowledgments and administer oaths in
19  Virginia. All parties agree that I will swear in the
20  witness remotely.
21      Sir, please raise your right hand.
22          JAKE BRIGGS
23      called as a witness, having been first duly sworn by
24  Lauren Fridley, a Notary Public within and for the District
25  of Columbia, was examined and testified as follows:

Page 8

1      THE REPORTER: Thank you. We can proceed.
2  EXAMINATION BY
3  MS. ZOGHI:
4      Q   Hi, Mr. Briggs. My name is Arianna Zoghi, and
5  I'm representing Grassroots Analytics in this case. Would
6  you mind stating your full name for the court reporter?
7      A   Jake Briggs.
8      Q   And where are you physically located today?
9      A   New York City.
10      Q   Is anyone else in the room with you?
11      A   No.
12      Q   Have you ever been deposed before?
13      A   No.
14      Q   Are you using your work computer or your home
15  computer?
16      A   Personal computer.
17      Q   And do you have any other windows open?
18      A   No.
19      Q   Just quickly, were you able to access the e-
20  depose platform so you can see the documents that we'll be
21  using today?
22      A   I'm not sure what that is.
23      Q   I think there should have been a link, but we can
24  resend it to you right now. It'll just be an online way
25  for you to view the documents.

Page 9

1      A   Okay.
2      THE REPORTER: Ms. Zoghi, if it's easy, if you want to
3  send it in the chat at the bottom of Zoom, so he has access
4  to it from this Zoom meeting?
5      MS. ZOGHI: I think Katie just sent it to Mr. Briggs
6  via email.
7      THE REPORTER: Perfect.
8      MS. ZOGHI: Assuming everyone else has been able to
9  access that?
10      THE WITNESS: It says, waiting for taking attorney to
11  confirm.
12      MS. ZOGHI: Okay. Hopefully it's working now. For
13  now --
14      THE WITNESS: Do I sign in as a guest, or?
15      MS. ZOGHI: As the witness. I think you  I think
16  you did it in this. Right now, it'll just look blanked in.
17  Oh, is it -- oh, okay.
18      THE WITNESS: I had to have the screen on. Yes, still
19  says waiting. Okay, now it's open.
20      MS. ZOGHI: Great. So as we have exhibits, those will
21  pop up there. For now, it should be blank.
22      THE WITNESS: Okay.
23      BY MS. ZOGHI:
24      Q   Do you have your cell phone with you?
25      A   I do.

3 (Pages 6 to 9)

1    Q   Is it turned off or silenced?
2    A   Silenced.
3    Q   Great.  And while I'm asking questions, I'd ask
4    you not to communicate with anyone other than in this Zoom,
5    so no chats, emails, phone calls, or other people in the
6    room.  Can you agree to that?
7    A   Yes.
8    Q   And if anyone tries to communicate with you
9    during the deposition about the deposition, please let me
10   know for the record.
11   A   Okay.
12   Q   Do you have any documents with you related to
13   this deposition, either in hard copy or on your computer,
14   open on your
15   A   No, I don't.
16   Q   Okay.  So as the reporter just mentioned, I'll
17   refer to and ask questions about certain documents, which
18   should pop up on the screen.  If you can't find a document,
19   or it's not showing up, or you're not sure what I'm
20   referring to, please just let me know.
21   A   Okay.
22   Q   Okay.  The court reporter will be recording my
23   questions and your answers today, so -- you've been doing a
24   good job so far, but please give verbal answers to my
25   questions.  So no nodding or shaking your head, because she

1    can't record that.
2    A   Okay.
3    Q   Also, for the benefit of our reporter and to make
4    sure the record is clear, please wait until the end of my
5    question before you start your answer.
6    A   Understood.
7    Q   If you don't understand the question, please tell
8    me.  If you don't hear the question, let me know.  You can
9    always ask me to repeat it or to rephrase my question.  But
10   if you do answer a question, I'll assume that you've both
11   heard and understood the question.  Is that fair?
12   A   That's fair.
13   Q   If you need a break from the questions, just let
14   me know, and we'll take a break.  I would just ask that if
15   you need a break while I'm in the middle of asking a
16   question, you wait, finish your answer to the question, and
17   then we can take a break after.  So just no breaks in the
18   middle of a question, if that's okay.
19   A   Okay.
20   Q   And do you understand that you're under oath
21   today, and you are to answer questions truthfully and to
22   the best of your knowledge?
23   A   Yes.
24   Q   Is there any reason why you cannot give full,
25   complete, and accurate testimony here today?

1    A   No.
2    Q   Okay.  Throughout the deposition, I might refer
3    to the Phil Ehr for Congress Campaign Committee and the
4    Phil Ehr for Senate campaign interchangeably as "the Ehr
5    Campaign", or just "the Campaign".  Will you understand if
6    I do that?
7    A   Yes.
8    Q   And so I'm talking generally about his 2023
9    Florida campaign is when I use those terms.  I may refer to
10   Grassroots Analytics, Inc. as "Grassroots Analytics" or
11   "Grassroots".  I assume you will know what I mean --
12   A   Yes.
13   Q   -- by that.  When did you first learn that the
14   Ehr Campaign had sued Grassroots Analytics?
15   A   I don't recall.  It's possible -- yeah, I think I
16   first learned when I was -- when it was -- when you guys
17   reached out to me about a deposition.  I was unaware of the
18   lawsuit.
19   Q   Okay.  Have you had any communications with
20   anyone about this lawsuit, other than the few logistical
21   conversations that we had about this deposition and the
22   subpoena?
23   A   Yes.
24   Q   And who were those conversations with?
25   A   I talked to Bill Hyers about it when he first

1    reached out.  I also spoke with David Keith about it as
2    well.
3    Q   When did you talk to Bill Hyers about this
4    lawsuit?
5    A   I don't recall the exact date, but around the
6    time that you all reached out.
7    Q   Did you talk on the phone, or was that in person,
8    if you know?
9    A   On the phone.
10   Q   And what did you discuss on the phone with Mr.
11   Hyers?
12   A   We talked about -- I mentioned that Grassroots
13   was asking for me to be deposed, and I was looking for
14   guidance on how to address this.
15   Q   And what guidance did Mr. Hyers give you?
16   A   He suggested that I don't engage.
17   Q   And what did you understand that to mean?
18   A   To not respond to communication from Grassroots.
19   Q   Did he give you any other guidance?
20   A   No.
21   Q   How did you respond to that?
22   A   I listened, but I didn't take the advice.
23   Q   Okay.  And when did you talk to Mr. Keith about
24   this lawsuit?
25   A   I would say around the same time that Danny had

4 (Pages 10 to 13)

Page 14

1   reached out to me.
2       Q   Was that also a phone call?
3       A   Yes.
4       Q   Do you mean Danny Hogenkamp?
5       A   Yes.
6       Q   And when did Danny reach out to you?
7       A   He called me probably a week before I received
8   the first email from Katie with a subpoena.
9       Q   Okay.  And what did you discuss on your call with
10  Mr. Keith?
11      A   Just, you know, if he had received the same --
12  the same information from Grassroots, you know, what his
13  plan was in terms of addressing it.  Nothing in particular,
14  just basic, you know, this is what's happening kind of
15  conversation.
16      Q   And what did he say to you on that call?
17      A   He suggested that I accept the subpoena and
18  conduct a deposition.
19      Q   Ok.  David Keith also testified that you texted
20  him about being subpoenaed in July.  Is that accurate?
21      A   It's -- it's possible, yeah.  I mean -- yeah.  I
22  don't remember if -- I don't recall exactly if I texted him
23  or not, but it's -- it's likely that I did text him.
24      Q   Did you text anyone else about this deposition?
25      A   Can you clarify that?  Like, anyone else in terms

Page 15

1   of in the world, or involved in this -- this issue?
2       Q   Anyone else at all?
3       A   Yeah, I talked to my father about it, and I
4   talked to a personal friend about it as well.
5       Q   Okay.  Did you say anything to them about the
6   substance of this case?
7       A   No, just that it's, you know, a vendor-campaign
8   relationship, and that I was being subpoenaed as a witness.
9       Q   And have you talked to Bill Hyers again since
10  that call you mentioned?
11      A   No.
12      Q   Did you do anything to prepare for this
13  deposition?
14      A   Outside of responding to the Document Requests,
15  no.
16      Q   Okay.  Did you meet with anyone to prepare for
17  this deposition?
18      A   No.
19      Q   Have you reviewed any documents to refresh your
20  recollection?
21      A   No.
22      Q   Okay.  I'm going to ask you some general
23  questions about your background now.  What do you do for a
24  living?
25      A   Currently, I am a digital financial developer at

Page 16

1   the Clinton Foundation.
2       Q   I think it broke up a little bit, sorry.  If you
3   could you repeat that?
4       A   Sure.  I'm the digital fundraising manager at the
5   Clinton Foundation.
6       Q   And how long have you been in that role?
7       A   Since October 6th.
8       Q   Okay.  What did you do before that?
9       A   I was the senior digital strategist at Authentic
10  Campaigns, a email fundraising firm.
11      Q   And have you worked on other campaigns as well?
12      A   Prior to that, in between working with Phil's
13  campaign and starting at Authentic, I did not have other
14  employment.
15      Q   Okay.  I'm going to show you what I'll mark as
16  Exhibit 1.  This should come up on the screen.
17      (Document titled "Resume" marked as Exhibit 1)
18  BY MS. ZOGHI:
19      Q   Do you recognize this exhibit?
20      THE WITNESS:  Hang on.  It kicked me out of the
21  session.  Let me go back in.  It's asking for the taking
22  attorney to confirm.  Okay.  This is -- okay, I see this.
23      MS. ZOGHI: Okay. Can we just quickly note for the
24  record, if it's not already noted, that Phil Ehr and
25  Vanessa Brito have joined the Zoom?

Page 17

1
2       THE REPORTER: Thank you.
3       (Mr. Ehr and Ms. Brito enter the virtual deposition
4   room)
5       BY MS. ZOGHI:
6       Q   Do you recognize this as a copy of your LinkedIn
7   profile?
8       A   I do.
9       Q   Does it generally look accurate to you, other
10  than to be missing your current position?
11      A   Yes.
12      Q   About how many different political campaigns have
13  you worked on?
14      A   Over my career?
15      Q   Yes.
16      A   One second. Six or seven.
17      Q   And you've also done, it looks like, campaign-
18  related consulting as well?
19      A   Yes.
20      Q   Would it be fair to characterize you as an
21  experienced political consultant?
22      A   Yes.
23      Q   Would you have described yourself that same way
24  at the time you were working on the Phil Ehr Campaign?
25      A   Yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 18

```
 1        Q   When did you start working for Phil Ehr's
 2   campaign?
 3        A   July 23.
 4        Q   And at that time, Mr. Ehr was running for a U.S.
 5   Senate seat in Florida; is that right?
 6        A   That's correct.
 7        Q   Did you know Mr. Ehr personally before you
 8   started working for him in July?
 9        A   No.
10        Q   Did you know David Keith personally before you
11   started working on that campaign?
12        A   Yes.
13        Q   How did you know Mr. Keith?
14        A   I met David Keith working at Vision Media
15   Marketing in New Jersey.
16        Q   How did you come in to work for the Ehr Campaign?
17        A   Through David Keith.
18        Q   Did you have an interview?
19        A   I -- I don't recall.
20        Q   Was there anything in particular that attracted
21   you to Mr. Ehr's campaign?
22        A   Yeah.  I mean, it was a statewide race in a state
23   that I had worked on campaigns before, so yeah; I had some
24   experience in Florida, and it seemed like an interesting
25   opportunity.
```

Page 19

```
 1        Q   And you were a consultant to the Campaign; is
 2   that right?  Not an employee?
 3        A   Correct.
 4        Q   Were you ever an employee of a campaign?
 5        A   I -- not at -- I was paid directly from the
 6   Campaign, and my sole employment at the time was with the
 7   Phil Ehr Campaign. But I don't know if I would qualify
 8   that as an employee of the Phil Ehr Campaign.
 9        Q   When did you -- when were you -- when did you
10   start being paid directly by the Campaign?
11        A   I don't recall, but I -- I think it was in the
12   summer of 2023.
13        Q   Did you have an official title in July 2023 when
14   you started working with the Campaign?
15        A   Senior Advisor.
16        Q   And what were your duties and responsibilities in
17   that position?
18        A   So, I oversaw the fundraising of the Campaign as
19   well as advised on strategic issues, guidance on messaging,
20   things of that sort.
21        Q   Did your official title at some point change, or
22   was it always --
23        A   I don't believe so.  Don't believe so.
24        Q   Did your duties and responsibilities at some
25   point change?
```

Page 20

```
 1        A   It -- it changes over time. As different
 2   challenges and different campaign situations came up, I
 3   would say the role and responsibilities did change.
 4        Q   And how did they change?
 5        A   You know, when -- I think it became more hands-
 6   on, day-to-day when the Campaign switched to a House race,
 7   as well as after Vanessa joined, I would say that my roles
 8   and responsibilities also changed into maybe a less direct,
 9   responsible role.
10        Q   Were you located in Florida in July 2023 when you
11   started?
12        A   No.
13        Q   Were you ever located in Florida?
14        A   No.
15        Q   How often did you interact with Mr. Ehr
16   personally?
17        A   Daily.
18        Q   Like, more than once a day?
19        A   Yes.
20        Q   How many times a day, on average, would you
21   estimate?
22        A   It would be hard to put a number to it, but we
23   were in contact most of the working day in some form or
24   another.
25        Q   Okay.  What kinds of decisions was Mr. Ehr
```

Page 21

```
 1   involved in?
 2        A   I would say that he had awareness on most if not
 3   all decisions.
 4        Q   What do you mean by "awareness"?
 5        A   Like, decisions didn't get made without him being
 6   aware of them, and oftentimes, like, his approval was
 7   needed to complete, like, major decisions.
 8        Q   Did he weigh in on these decisions when he was
 9   made aware?
10        A   Did he?
11        Q   Yeah, did Mr. Ehr weigh in?
12        A   Yes.
13        Q   So who made decisions about campaign spending?
14        A   Phil made decisions about campaign spending.
15   David made decisions about campaign spending. I made
16   suggestions of campaign spending, but did not have, like,
17   final approval authority. Vanessa made decisions on
18   campaign spending. Yeah.  But Phil was aware and looped in
19   on, like, all the approval processes for spend and payments
20   that I can recall.
21        Q   And who made decisions about overall strategy?
22        A   I think it was sort of like a team -- like, a
23   team effort.  There was, you know, a consultant team that
24   was involved in strategy decisions along with Phil.
25        Q   We've seen emails where Mr. Ehr was making edits
```

6 (Pages 18 to 21)

Page 22

1     to website copy and talking points for press. Was this the
2     kind of thing he sometimes got involved with?
3        A    Absolutely.
4        Q    And who gave final approval for major decisions,
5     generally?
6        A    Phil.
7        Q    Mr. Ehr also sometimes signed contracts on behalf
8     of the Campaign; is that right?
9        A    Can you repeat that?  I'm sorry.
10       Q    Mr. Ehr sometimes signed contracts on behalf of
11    the Campaign; is that right?
12       A    Correct.
13       Q    Did you prefer to have Mr. Ehr sign contracts on
14    behalf of the Campaign rather than you signing them?
15       A    Yes.  I'm not sure I signed any contracts myself.
16       Q    And why did you generally prefer to have Mr. Ehr
17    sign the contracts?
18       A    As the candidate, it's his campaign committee.  I
19    think he should be the one to sign those.
20       Q    How big was the Campaign staff while you were
21    there?
22       A    Varying. It was largely consultants, a few
23    staff.  I think at the largest, it was maybe three, four
24    people involved at a staff level, a call time manager, and
25    yeah.

Page 23

1        Q    Were any of those people employees, do you know?
2     Like, getting a W-2 from the Campaign?
3        A    I -- I don't believe so, but I don't recall
4     exactly.  There may have been one person, but maybe not.
5        Q    Who at the Campaign did you interact with most
6     frequently?
7        A    I think it depends on what point in the Campaign.
8     I would say, overall, Phil was the person I interacted with
9     the most across the Campaign.
10       Q    And what was your opinion of the overall
11    organization of the Campaign?
12       A    Can you elaborate on what you mean by "the
13    overall organization"?
14       Q    Was it -- you've worked on a number of campaigns
15    throughout your career. Was it organized at all
16    differently compared to other campaigns you've worked on?
17       A    I don't believe the structure of it was vastly
18    different than most campaigns I've worked on or worked with
19    in recent years in terms of a heavy reliance on
20    consultants, but I would say it was a little bare bones.
21       Q    What do you mean by "bare bones"?
22       A    There wasn't a ton of infrastructure, like, there
23    wasn't five different departments working on a campaign.
24    It was a small sort of campaign in terms of staff size.
25       Q    I want to shift to talking about the Campaign's

Page 24

1     fundraising strategy at the beginning, in July and August.
2     Mr. Ehr had run for Congress before in 2020; is that right?
3        A    Correct.
4        Q    And at the beginning of the Senate campaign in
5     July, there were efforts to get some contact lists from
6     that 2020 campaign for use in fundraising; is that right?
7        A    That's correct.
8        (Document titled "24 raising" marked as Exhibit 2)
9        BY MS. ZOGHI:
10       Q    I'm going to show you what I'll mark as Exhibit
11    2.  It's at tab 6.  Do you recognize this document as
12    Signal messages in a chat called "24 raising"?
13       A    I don't recall the chat itself, but the content
14    looks like it is correct, yes.
15       Q    Do you see on the top where it says, "24
16    raising"?
17       A    I do.
18       Q    And these text or chat messages appear to be from
19    July 7th, 2023?
20       A    They do appear that way.
21       Q    So do you recall who was in the "24 raising"
22    Signal chat?
23       A    I don't recall.
24       Q    Do you see the "David K" who's sending some?
25       A    Yes.

Page 25

1        Q    And is it reasonable to assume that's David
2     Keith?
3        A    Yes.
4        Q    If I represent to you that the darker messages,
5     the blue messages are coming from Mr. Ehr, do you have any
6     reason to doubt that?
7        A    No -- coming from Phil?
8        Q    Yes.
9        A    No, I don't have reason to doubt those.
10       Q    Towards the middle of the messages, David Keith
11    mentions a list saga. Do you see that?
12       A    I do.
13       Q    Did you understand what he was referring to?
14       A    I do.
15       Q    Also, I'll just represent to you that you were in
16    this chat.  I know you're not on any of these messages, but
17    do you have reason to doubt that you were in this?
18       A    No.
19       Q    Sorry.
20       A    No, I don't.
21       Q    But what did you understand Mr. Keith to mean
22    when he referred to a list saga?
23       A    Yeah, after Phil's campaign, there was an
24    organization started called the George Washington
25    Institute, which Phil gave his list to.  And at the

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 26

```
 1    beginning of the Campaign, we wanted to reacquire that list
 2    from the George Washington Institute, as it was the
 3    fundraising list for Phil's Ehr's previous campaign for
 4    Congress, and it was a bit of a saga, I guess you could
 5    say, to reacquire it. It was a difficult process.
 6       Q   So when he gave his list to the GW Institute, he
 7    himself lost access to that list?
 8       A   I believe he had access to it the entire time,
 9    but I think, if I recall correctly, the ask was to
10    reacquire the list from them without him being the driver
11    of that. So I can recall reaching out to Keith Presley, I
12    believe, who was running the George Washington Institute at
13    the time, trying to reacquire the list.
14       Q   Why did you want to reacquire the list without
15    Phil as the driver?
16       A   I believe Phil wanted not to be the driver of
17    reacquiring the list.
18       Q   But he still had access to the list?
19       A   I don't know. I don't know.
20       Q   So after that, Mr. Ehr sends a list of various
21    contacts that he had in his 20 -- contact list that he had
22    from his 2020 campaign? That's that bottom message.
23       A   Can you scroll down? Thank you. Yeah, that
24    looks like that's what it would be.
25       (Document titled "24 raising" marked as Exhibit 3)
```

Page 27

```
 1    BY MS. ZOGHI:
 2       Q   Okay. And now, I'm going to show you what's been
 3    marked -- or what I will mark as Exhibit 3.
 4       This appears to be a continuation of the last messages
 5    we were looking at; is that right? You have to give a --
 6       A   Yes.
 7       Q   This is also in the "24 raising" group message.
 8    Also, we can assume on July 7th, 2023?
 9       A   Yes.
10       Q   And David Keith tells you, "we need to 'buy' all
11    this on a delayed purchase". Do you see that?
12       A   I do.
13       Q   What does that -- what did you understand that to
14    mean?
15       A   I understood that to mean -- as a -- it's a
16    common campaign acquisition method where you are given
17    contacts at the beginning of a campaign to which you are to
18    pay later for those contacts, and I think that's what he
19    means by "delayed purchase".
20       Q   Were you using that method to buy these lists?
21       A   I don't recall exactly, but my -- my
22    interpretation was that we didn't have the funds to
23    purchase the lists up front.
24       Q   And do you know whether you ever -- whether you
25    did buy those lists on a delayed purchase, or at all?
```

Page 28

```
 1       A   I believe we did buy those lists.
 2       Q   And would you --
 3       A   I don't recall if they were delayed or not.
 4       Q   And do you know what you did with those lists --
 5    what the Campaign did with those lists?
 6       A   Yeah. I used them for fundraising.
 7       Q   How did you use them for fundraising?
 8       A   Call time, email, text fundraising. Yeah.
 9       Q   Were those emails and texts that you were sending
10    out via vendors, or that you were just sending?
11       A   The Campaign sent emails and texts on their own
12    outside of vendors, as well as vendors sent -- I don't know
13    if the vendor sent to those lists or not. I don't recall.
14    But they were just sort of like in the Campaign zeitgeist,
15    right? There were contacts that we used for everyday kind
16    of campaign finance activity.
17       Q   Okay. And the Campaign was also hoping to reach
18    additional new donors for fundraising beyond these ones
19    from the 2020 campaign; is that right?
20       A   That's correct.
21       Q   Is that generally called "acquisition"?
22       A   Yeah, I would say that's acquisition.
23       Q   Do you remember how the Campaign was planning to
24    do this new fundraising, whether it was text, email, mail,
25    all the above?
```

Page 29

```
 1       A   I believe the original plan was to do email and
 2    text with list rentals through one firm, but then the plan
 3    definitely evolved to include other aspects of fundraising,
 4    acquisition lists.
 5       Q   Do you know what was the one firm that was part
 6    of that resulting purchasing?
 7       A   There's so many firms. Is it Meadowlark?
 8    Meadowlark. Meadowlark was the firm.
 9       Q   Okay. And in late July and August after the
10    launch, was the Campaign focusing its resources more
11    heavily on texting, or email, or mail? Was there a
12    particular?
13       A   Texting.
14       Q   Do you have a general sense of the Campaign's
15    overall fundraising strategy in July and August, around the
16    time of the launch and afterwards?
17       A   Yes.
18       Q   What was that strategy?
19       A   It was to raise as much money as possible, to use
20    money as a metric for viability in a competitive Senate
21    race where there was likely, maybe, other candidates
22    looking at joining the race.
23       Q   What do you mean by "use money as a metric for
24    viability"?
25       A   Campaigns often use fundraising as a metric for
```

8 (Pages 26 to 29)

Page 30

1  how likely a campaign is to succeed. So by setting
2  internal goals on fundraising and dollars raised, it would
3  be a tool that we could use to entice outside organizations
4  and groups into caring about the Senate race in Florida,
5  whether it's, like, the DS or other parties.
6      (Document titled Invoice 23-1044 marked as Exhibit 4)
7      BY MS. ZOGHI:
8      Q    Okay. I'm going to show you now what I'll mark
9  as Exhibit 4.
10     A    Okay.
11     Q    Do you recognize this document?
12     A    I recognize it as a document with our compliance
13  firm about Meadowlark Strategy's invoice. I don't have,
14  like, a memory tied to this specific account now, but I do
15  recognize that this is -- that's what it is.
16     Q    Is that your email address on the CC line?
17     A    That is -- yes, that is my email address.
18     Q    Did you use any other email addresses for work on
19  the Campaign?
20     A    Jake at Phil Ehr for Congress, and I think Jake
21  at Phil Ehr for Senate, I believe.
22     Q    Did you use jake@ehrforcongress.us?
23     A    It's possible. I don't remember if it was .com,
24  .us, or what the ending URL is, but it was a Jake at Ehr
25  for the campaign account.

Page 31

1      Q    Are these emails from July 16th through July
2  17th, 2023? Is that right?
3      A    I'm sorry?
4      Q    This document.
5      A    Oh, yes.
6      Q    July 16th through 17th, 2023? And --
7      A    I don't see the 16th. I only see the 17th on
8  there. Okay.
9      Q    You see the former email, July 16th, from Trent
10  Schacht?
11     A    Sure. Yes.
12     Q    There's a Cassie Tinsmon on this email. Who is
13  that?
14     A    Cassie was a part of our compliance team at Katz
15  Compliance at the time.
16     Q    And what is Katz Compliance?
17     A    Katz Compliance is a compliance agency based out
18  of D.C. that does campaign fundraising compliance work.
19     Q    So was there a role on the Campaign, helping with
20  the fundraising compliance? The Campaign's fundraising
21  compliance?
22     A    Yes.
23     Q    Who hired Katz Compliance?
24     A    The Campaign did. I recommended Katz to the
25  Campaign.

Page 32

1      Q    Do you know approximately what dates they were
2  doing work for the Campaign when they started?
3      A    I believe they started sometime around the launch
4  of the Senate campaign, but I don't know exact dates.
5      Q    Did you personally interface with Katz
6  Compliance?
7      A    Yes.
8      Q    About what, generally?
9      A    About campaign contribution processing compliance
10  work, such as bill pay, staff pay. They made uploads into
11  our NGP database from ActBlue. They help source code,
12  contributions that came in the mail. Various -- you know,
13  all kinds of campaign fundraising activities.
14     Q    Who is Trent Schacht, the person who sent the
15  email that you're forwarding?
16     A    Trent is with Meadowlark Strategies, which is, I
17  believe, a digital fundraising firm.
18     Q    And what was Meadowlark and Trent's role with the
19  Campaign?
20     A    I wasn't part of the decision to bring Meadowlark
21  on, so I don't know what, like, their specifics for the
22  work is, but I know it to be generally campaign
23  fundraising, digital fundraising.
24     Q    Do you know what dates they were working with the
25  Campaign?

Page 33

1      A    I believe they started probably in, like, July,
2  maybe June of '23, and I don't recall when they stopped
3  working with the Campaign.
4      Q    David Keith says at some point, "we built an
5  entire launch strategy on moving money quickly". Do you
6  see that?
7      A    I do.
8      Q    When he says "we", who do you understand him to
9  be referring to?
10     A    The Campaign.
11     Q    Does that include you?
12     A    I was not involved in the -- any decision-making
13  on the launch strategy. I was aware of sort of the outline
14  of the plan, but in terms of direction, that wasn't part of
15  my role at the time.
16     Q    Who was involved in that decision-making?
17     A    That would have been David Keith. I think Bill
18  Hyers was involved at that point. Phil would be involved
19  at that point. Possibly other consultants as well. I
20  can't remember who all was there at the time. Maybe Graham
21  as a communications person who was involved with the
22  Campaign, and possibly Aaron, who was a social media person
23  at the time.
24     Q    Is that Aaron Parnas?
25     A    I believe so, yeah.

Page 34

1    Q   What was Graham's last name?
2    A   I don't recall. It's likely in some of the
3  documents that I shared as part of my --
4    Q   Was it Zelensky? Does that sound right?
5    A   That sounds -- that sounds correct.
6    Q   When David Keith says that the launch strategy
7  was built on moving money quickly, what did you understand
8  him to mean by that?
9    A   I understand it to mean -- moving money quickly
10  would mean, like, money coming in to pay for more
11  aggressive acquisition going out.
12    Q   Why was that -- why was that important during the
13  launch, the ability to move money quickly?
14    A   Because as part of the -- as part of the money is
15  viability strategy, acquisition sometimes carries a heavy
16  cost. So yeah, that's -- does that answer your question,
17  or can you repeat the question? I'm sorry.
18    Q   Why was it important to be able to move money
19  quickly during the launch?
20    A   Yeah. Just to keep -- it's my understanding
21  that, to keep the acquisition and list rental spend
22  continuing to move, money had to be coming in to pay for
23  previous acquisition spend.
24    (Document titled "with tomorrows wire" marked as
25  Exhibit 5)

Page 35

1  BY MS. ZOGHI:
2    Q   Okay. I'm going to show you what I'll mark as
3  Exhibit 5. Do you recognize this document as an email from
4  David Keith to you and Cassie Tinsmon?
5    A   I do recognize it as that.
6    Q   And it's dated July 17th, 2023?
7    A   Yes.
8    Q   Do you see that -- where David Keith says "we
9  will be doing a lot of early spending on this campaign"?
10    A   I see that.
11    Q   Did you understand at that time that the launch
12  strategy might be expensive?
13    A   At that time? I -- at that time, I had a limited
14  understanding of acquisition costs for campaigns, so I'm
15  not sure that I fully understood that it would be expensive
16  in that kind of way.
17    Q   But you received this email from David Keith
18  where he says "we will be doing a lot of early spending on
19  this campaign"?
20    A   Yes.
21    Q   What did you understand that to mean?
22    A   I understood that to mean spending on acquisition
23  and list rentals. I don't know that I understood the exact
24  amounts of how much money that would mean.
25    Q   But you understood that it might be a lot?

Page 36

1    A   Sure.
2    Q   Do you know -- you'd actually know. David Keith
3  also asks at the beginning of this email that Change
4  Research should be paid, as Phil requested. So does that
5  mean, like, Mr. Ehr had requested that money be dispersed
6  to a certain vendor?
7    A   Yeah, that's my understanding.
8    Q   Do you remember him requesting that money be
9  dispersed to Change Research?
10    A   Not specifically, but I do remember Phil
11  requesting to pay Change Research.
12    Q   Did Phil often request that money be dispersed to
13  particular vendors?
14    A   He did occasionally, yes.
15    Q   So you would agree, based on what we've looked at
16  so far and your memory, that the Campaign's overall
17  direction during the time of launch and the month or so
18  after was to be pretty aggressive on fundraising?
19    A   Yes.
20    Q   Are you aware that David Keith communicated that
21  direction to be aggressive to Grassroots?
22    A   I don't believe I was involved in the
23  conversations with Grassroots and David early on in the
24  campaign.
25    Q   Did he ever tell you that he was going to tell

Page 37

1  Grassroots to be aggressive?
2    A   I don't recall.
3    (Document titled "iMessage" marked as Exhibit 6)
4  BY MS. ZOGHI:
5    Q   I'll show you what we'll mark as Exhibit 6. I'll
6  represent to you that these are text messages between David
7  Keith and Danny Hogenkamp.
8    A   Ok.
9    Q   Are you aware that Danny Hogenkamp is the CEO of
10  Grassroots Analytics?
11    A   Yes.
12    Q   Do you see here where -- and I'll represent to
13  you also that the left side of this document is David
14  Keith, and the right side of this document is Danny
15  Hogenkamp.
16    A   Ok.
17    Q   Do you see on this page where David Keith says,
18  "I want to go hard very very fast"?
19    A   I see that, yes.
20    Q   And "I raise $1 I'll spend it"?
21    A   I see that, yes.
22    Q   And do you see on the next page, Bates stamped
23  Grassroots 4159, where he says -- David Keith says, "Money
24  is not a concern. We'll raise it"?
25    A   I see that, yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 38

1    Q    Then lower down, he says, "I want to shock
2    people", "I don't care about cash on hand"?
3    A    I see that.
4    Q    Two pages later, Bates stamped Grassroots 4161,
5    David Keith says, "Just go full gasoline on the fire", "I'm
6    not known for being particularly scared of these types of
7    uphill risks"?
8    A    I see that.
9    Q    On the next page, 40, Grassroots 4162, this is,
10   I'll represent to you, shortly after they sign a contract
11   with Grassroots.  "Please go as large as possible. See
12   email. Let's not be conservative"?
13   A    I see that, yes.
14   Q    Two pages later, Grassroots 4164, do you see
15   where it's now -- the time -- the day is now July 18th,
16   2023?
17   A    I am -- it's loading.  Yeah, I see that.
18   Q    And David Keith says, "I'm trying to get us
19   $500,000 by Monday. If we have to spend $600,000 to do it,
20   that's fine".  And then he says, "Fuck if we have to spend
21   $700,000 to do it, fine"?
22   A    I see that, yes.
23   Q    Is this all consistent with your understanding of
24   the strategy at the beginning of the launch -- of the
25   Campaign launch?

Page 39

1    A    I understood the strategy to be aggressive. I
2    don't know if I understood it to be this aggressive, but
3    it's consistent with the outcome of how it was addressed.
4    Q    Are you aware that David Keith directed
5    Grassroots to scale anything above 40 or 50 percent ROI?
6    A    No, not aware.
7    Q    And ROI means return on investment; is that
8    right?
9    A    Yes.
10   Q    So can you explain just quickly what a 40 percent
11   ROI means?
12   A    That means for every dollar you spend, you're
13   getting 40 cents back.
14   Q    Look at what's Bates -- the page that's Bates
15   stamped Grassroots 4167.
16   A    I'm still on the "let's scale anything above 40
17   percent" page.
18   Q    Okay.  That's where he says, "let's go scale on
19   anything above 40 percent"?
20   A    Yes, I see that.
21   Q    And then on 4165, yeah.  "I told David Davies
22   today, I want to get him in front of every single donor on
23   text we can.  Even if there is a 50 percent ROI, I'll take
24   the risk."  See that?
25   A    I see that.

Page 40

1    Q    So you didn't know at this time that this was --
2    that the strategy was this aggressive?  Is that your
3    testimony?
4    A    Yes.
5    Q    But you knew that it was aggressive, generally?
6    A    Yes.  Yes.
7    Q    What was your --
8    A    Yeah, I didn't --
9    Q    -- opinion?
10   A    Sorry.  Go ahead.
11   Q    No, go ahead.
12   A    I mean, I didn't have directional authority on
13   this stuff, so.
14   Q    You said that you -- you testified earlier that
15   you sometimes gave guidance or suggestions?
16   A    That's correct.
17   Q    Did you give any guidance or suggestions on this
18   at the time?
19   A    No.  And early on in the Campaign, I was doing
20   less of that as -- where there was more senior people
21   involved.  I would say later on in the Campaign was when I
22   was giving the most guidance and direction.
23   Q    So at this point, who was driving this aggressive
24   strategy?
25   A    David Keith.

Page 41

1    Q    And who did have directional authority on this
2    strategy?
3    A    I believe David Keith did.
4    Q    Okay.  Anyone else?
5    A    Phil.  I mean, yeah, I believe Phil was involved
6    in the decision-making, especially early on in the
7    Campaign.  Throughout the Campaign, from my understanding,
8    he was involved in the decision-making.
9    Q    Were you familiar with Grassroots Analytics prior
10   to your work on the Ehr Campaign?
11   A    I was not.
12   Q    Had you heard of them?
13   A    I had not.
14   Q    At some point in July, people from Grassroots
15   began reaching out to people on the Ehr Campaign. Do you
16   recall that?
17   A    I do recall that.
18   (Document titled "24 raising" marked as Exhibit 7)
19   BY MS. ZOGHI:
20   Q    I'm going to show you what I'll mark as Exhibit
21   7.  This is that "24 raising" Signal message chain again;
22   is that right?
23   A    That's correct.
24   Q    Mr. Ehr's counsel has represented that this
25   conversation took place on July 17th, 2023. Does that

11 (Pages 38 to 41)

Page 42

1    sound right to you?
2        A    It sounds -- yeah, that sounds right.
3        Q    Mr. Ehr, it looks like, is sending a screenshot
4    of the text message?
5        A    Correct.
6        Q    And at 2:42 p.m., you respond and say that you
7    reached out to the person --
8        A    Correct.
9        Q       that Phil had pointed out, and he is marketing
10   list sales?
11       A    That sounds correct, yes.
12       Q    Who did you reach out to?
13       A    I don't recall who I reached out to. It's
14   possible -- I believe -- my recollection is that Danny
15   Hogenkamp sent the text, and I don't remember if I spoke to
16   him or I spoke to someone else.
17       Q    Do you remember anything about this conversation?
18       A    I do not.
19       (Document titled "24 raising" marked as Exhibit 8)
20   BY MS. ZOGHI:
21       Q    I'll show you now what I'll mark as Exhibit 8.
22   Do you recognize this as more messages in that same "24
23   raising" chain?
24       A    I recall sending the first message here.
25       Q    Mr. Ehr's counsel has represented that this

Page 43

1    conversation took place the same day as the last one we
2    looked at, July 17th, 2023. Does that sound right to you?
3        A    Yeah, that sounds right.
4        Q    You said you remembered sending this first
5    message, "I don't recall them giving me a name. It felt
6    very spammy". So at that point, you had already talked to
7    someone?
8        A    That's correct.
9        Q    But you don't recall who you spoke to?
10       A    If I'm looking at the following message, I can
11   recognize that that's Danny Hogenkamp's phone number.
12   Yeah.
13       Q    You don't recall that -- anything about that
14   conversation with Danny?
15       A    No, I just recall the feeling of it, not feeling
16   right. I mean -- yeah.
17       Q    You said that it felt very spammy. What did you
18   mean by that?
19       A    The situation struck me as odd during the
20   beginning of campaigns, especially the message that was
21   sent to Phil during -- I believe Phil was in call time when
22   the message was sent. It had promises of returns, if I'm
23   remembering correctly.
24       And it felt almost -- the reason I think I said
25   "spammy" is it felt a little, like, too soon after launch.

Page 44

1    Like, it would be almost like a machine had sent this text
2    out. But yeah, it -- the -- I remember seeing the message
3    from Phil and thinking that this is, like, a robocall, or
4    something that wasn't very real.
5        Q    So would it be fair to say you were skeptical
6    of --
7        A    That's fair.
8        Q    Sorry, can you repeat that?
9        A    That's fair to categorize myself as skeptical
10   during that time.
11       Q    And here, you're messaging David Keith, and I
12   believe we saw earlier Phil Ehr was in this text chain or
13   Signal chain, and you're conveying to them that you felt
14   like it was spammy?
15       A    Correct.
16       Q    That you sort of told them that you were
17   skeptical?
18       A    Correct.
19       Q    And that was based on the messages that were being
20   sent by Danny?
21       A    Correct.
22       Q    So then you say here at 4:44 p.m., "I just spoke
23   with him." Are you referring to a second conversation, or
24   is this the same conversation from 2:42 p.m. that we saw in
25   the last message?

Page 45

1        A    I don't recall if -- yeah, I don't -- I don't
2    recall if it was one or two conversations; I'm not sure.
3        (Document titled "Exit Memo" marked as Exhibit 9)
4        Q    Okay. I'm going to show you what I'll mark as
5    Exhibit 9. Do you recognize this document as an exit memo
6    that you wrote?
7        A    Yeah. Yes, I believe so.
8        Q    Do you recall when you wrote this exit memo?
9        A    It would have to be July of 2024, maybe --
10       Q    July?
11       A    -- maybe late June.
12       Q    Does July 20th, 2024 sound right?
13       A    Sounds correct.
14       Q    The top line says, "As requested please find
15   below a review of the topics that Vanessa requested in this
16   exit memo." Is that Vanessa Brito?
17       A    That is Vanessa Brito.
18       Q    What was Vanessa Brito's role in the Campaign at
19   this point?
20       A    At the point where I wrote this memo -- exit
21   memo?
22       Q    Yes.
23       A    She was, like, the -- like, Phil's staff, or I
24   guess campaign manager; only person working on the team.
25       Q    And what date did she assume that role?

12  (Pages 42 to 45)

Page 46

1      A   I don't recall.
2      Q   Did she have a role with the Campaign prior to
3   that?  A different role?
4      A   She was brought on to be, like, sort of a call
5   time manager, body person on the ground in the district.
6      Q   And she asked you to write this exit memo?
7      A   Yes.
8      Q   Do you know why?
9      A   She was -- I believe -- I believe so.  I don't
10  recall if Phil asked for an exit memo or Vanessa asked for
11  an exit memo.
12     Q   The top line says, "As requested please find
13  below a review of the topics that Vanessa requested in this
14  exit memo."  Is that right?
15     A   That is correct.
16     Q   Do you know why she asked you to address these
17  particular topics?
18     A   I don't recall.
19     Q   Did anyone else provide input into this memo?
20     A   No.
21     Q   Do you recall who you sent it to?
22     A   Possibly Vanessa and Phil, or Phil directly.  I
23  don't recall who I sent it to.
24     Q   You wrote in this memo that you told Phil that
25  the text from Danny from Grassroots was a scam.  Do you

Page 47

1   recall when you -- (technical interruption) -- a scam?
2      A   I'm sorry. Can you repeat the question?
3      Q   Do you recall when you said that to Mr. Ehr?
4   When you told him that it was a scam?
5      A   Reading -- reading the paragraph written here
6   helped me recall that there was, like, an offer to send
7   free texts in the   in the message that was sent to Phil,
8   and like I mentioned earlier, I was skeptical of that.  So
9   as I said directly after the message was sent, I found it
10  scammy.  I told Phil as well I found it scammy. It's
11  possible I was with Phil when he received the message on
12  call time, but I don't recall.
13     Q   Do you remember what Mr. Ehr's response was when
14  she told him that you thought that?
15     A   No.
16     Q   You wrote that Bill and David decided to go ahead
17  and use Grassroots to send out text messages. Is that
18  accurate?
19     A   To the best of my recollection, yes.
20     Q   And that refers to Phil Ehr and David Keith?
21     A   Correct.
22     Q   Were you involved in that decision to use
23  Grassroots?
24     A   No.
25     Q   Do you know why Phil and David decided --

Page 48

1   ultimately decided to hire Grassroots to do texting?
2      A   No.
3      Q   Do you who between the two of them made the final
4   decision to hire Grassroots?
5      A   No.  I don't recall.
6      Q   Are you aware that the Campaign entered into --
7   actually, are you aware that Phil had used Grassroots for
8   his prior campaign in 2020?
9      A   No, no.  I wasn't -- I was not aware of that at
10  the time, and -- in the -- yeah, no.
11     Q   Do you recall that some of the lists that you
12  were purchasing on -- that you were in charge to purchase
13  on delayed purchase from the GW Institute were Grassroots
14  lists?
15     A   No.
16     Q   So were you aware that Phil Ehr was happy with
17  the services he received from Grassroots on his previous
18  campaign?
19     A   Not aware.
20     Q   Are you aware that the Campaign entered into a
21  contract with Grassroots in July of 2023?
22     A   Yes.
23     (Document titled "Services Agreement" marked as
24  Exhibit 10)
25  BY MS. ZOGHI:

Page 49

1      Q   I'm showing you what I'll mark as Exhibit 10.
2   Have you seen this document before?
3      A   I have.
4      Q   This is a contract for Grassroots to provide
5   texting services to the Campaign?
6      A   Correct.
7      Q   On the last page, you see that it's dated July
8   18th, 2023?
9      A   Yes.
10     Q   You see David Keith's signature on behalf of the
11  Campaign?
12     A   I do.
13     Q   Did you have any involvement in negotiating the
14  terms of this contract?
15     A   No.
16     Q   Do you know whether anyone at the Ehr Campaign
17  negotiated the terms at all?
18     A   I do -- I'm not aware.
19     Q   Do you know if this was a standard contract that
20  Grassroots sent over?
21     A   It appears to be a standard services agreement,
22  but I don't recall, or did not know at the time, if it was
23  standard or not.
24     Q   Were you aware that under this contract,
25  Grassroots was meant to provide text message list rentals?

13 (Pages 46 to 49)

Page 50

1      A   Yes.
2      Q   And for list rentals, a campaign does not receive
3   the complete list of phone numbers texted; is that right?
4      A   Correct. It receives the donors' contacts.
5      Q   So they receive the phone numbers of those who
6   choose to donate?
7      A   Yes.
8      Q   Do they receive any other information about those
9   who choose to donate?
10     A   I don't -- no.
11     Q   And how does a campaign get these phone numbers
12  about the people who have donated?
13     A   When a campaign donation is made on ActBlue, the
14  donor often includes their contact information  or has to
15  include at least some contact information.
16     Q   So the Campaign is getting these contact lists;
17  they get them through ActBlue?
18     A   I believe that's correct.
19     Q   Not from Grassroots directly?
20     A   It's possible they get the donors from
21  Grassroots. I don't -- I don't know. I believe with list
22  rental, they get only the donors' info, but I could be
23  wrong with that.
24     Q   So you weren't a part of collecting the
25  information from the donors for the Campaign?

Page 51

1      A   I mean, I was involved in collecting donor
2   information for the Campaign in terms of prospecting donors
3   for Phil to call, as well as, like, sort of managing the
4   upload of ActBlue donors into our database.
5      Q   Did you ever upload donors into the database from
6   Grassroots?
7      A   Like, email lists sent from Grassroots.
8      Q   The donors who donated in response to text
9   messages from Grassroots, did you ever receive their
10  contact information from anywhere other than
11     A   Yes.
12     Q   -- ActBlue?
13     A   Other than ActBlue, I don't recall. I
14  wouldn't  I just know that if they donated, it would be
15  on ActBlue.
16     Q   And then, you would upload it from ActBlue to the
17  Campaigns?
18     A   Well, our compliance was doing the ActBlue
19  uploads, but yes.
20     Q   And they would upload the contact information
21  from the donors from ActBlue to the database that you were
22  keeping?
23     A   Correct.
24     Q   And do you know what kind of information a
25  campaign can get about donors who donate through ActBlue,

Page 52

1   beyond just their phone number?
2      A   Sure.  First name and last name, city, state,
3   ZIP, employer, occupation is required for federal
4   disclosure.
5      Q   So, kind of basic information?
6      A   Correct.
7      Q   Go back to Exhibit 9, which is your exit memo.
8      A   Okay.
9      Q   So you wrote in your memo, "as we just discussed,
10  it appears that the texts sent from Grassroots to their
11  list was a text rental". And then, you later on say that
12  Meadowlark did acquisition for the Campaign where we owned
13  the contents.  Do you see that?
14     A   Yeah, I do see that.
15     Q   How was Meadowlark doing that acquisition? Were
16  they texting, email, both?  Do you recall?
17     A   I don't recall the method of acquisition, but
18  when you do acquisition as opposed to a list rental, you
19  get the contacts, whether it's, like, through social or
20  other venues of acquisition.
21     Q   You also wrote that the contacts from Meadowlark
22  are in NGP and Switchboard. Do you see that?
23     A   I do.
24     Q   And you write again, towards the bottom, that
25  Switchboard houses the text lists acquired via Meadowlark.

Page 53

1   Do you see that?
2      A   Yes.
3      Q   What is NGP?
4      A   NGP is, like, a standard campaign database that
5   has contribution history, contact information, hosts online
6   forms.  It's just a CRM.
7      Q   What is Switchboard?
8      A   Switchboard is also a CRM that, on the Ehr
9   Campaign, we used to send text messages.
10     Q   What does CRM stand for?
11     A   Customer relationship manager, I think.
12     Q   So as we previously established, you read that
13  the text lists acquired via Meadowlark were housed in
14  Switchboard.  Were the donor contacts from Grassroots
15  texting also in Switchboard?
16     A   I believe so.
17     Q   Would they have been separated from the
18  Meadowlark contacts, or is it just one big?
19     A   It would have been just, like, text donors.
20     Q   You also write in your memo about what you did
21  while running the text program under the heading "Texting",
22  a little more than halfway down.  Are you referring to
23  something separate from what Grassroots was doing for the
24  Campaign there?
25     A   Yes, this is after and later in the Campaign.

14  (Pages 50 to 53)

Page 54

1      Q   Do you know about what time period you were
2  running the texting program?
3      A   I don't recall when it started, but it was sort
4  of like another umbrella as the same as I was sending
5  emails out of NGP, we were sending text fundraising
6  solicitations out of Scale to Win.
7      Q   Do you recall the specific date when Grassroots
8  started sending texts for the Campaign?
9      A   I believe it was July, early July.
10     Q   If I told you it was July 18th, 2023, would that
11 sound correct?
12     A   That does sound correct.
13     Q   Do you remember who at Grassroots was managing
14 text messaging fundraising services for the Ehr Campaign?
15     A   I don't recall.
16     Q   Do you recognize David Davies or Andrew Donahue
17 sound familiar?
18     A   David Davies does, but only because it was
19 referenced in an earlier exhibit.  They're not -- I don't
20 recollect any of those names.
21     Q   So you did not know either of them prior to work
22 on the Ehr Campaign?
23     A   No.
24     Q   And who at the Campaign was primarily responsible
25 for interfacing with Grassroots regarding text messaging,

Page 55

1  from July to September of 2023?
2      A   David Keith.
3      Q   What was your role with respect to Grassroots
4  text messaging during that time period?
5      A   Sort of tracking part of the responses, sharing
6  it with Phil.  I was really managing Phil's call time
7  during that time.
8      Q   So were you involved with interfacing with
9  Grassroots during that?
10     A   I might have been, like, copied on emails, but
11 not in any sort of decision-making capacity.
12     MS. ZOGHI:  I'm going to show you what I'll mark as
13 Exhibit 11.
14     THE WITNESS:  After this, can we take a quick break so
15 I can use the restroom?
16     MS. ZOGHI:  We can do one now.
17     THE WITNESS:  Okay, great.  I appreciate that.
18     MS. ZOGHI:  I can do ten minutes.
19     THE WITNESS:  Yeah, that's plenty.  Five would
20 probably be enough.
21     MS. ZOGHI:  Back at 2:00 p.m., does that work?  Seven
22 minutes, back at 2:00 p.m.
23     THE WITNESS:  Yes, that's great.
24     THE VIDEOGRAPHER:  All right.  The time is 1:53 p.m.
25 and we're going off the record.

Page 56

1      (Off the record)
2      THE VIDEOGRAPHER: All right.  The time is 2:02 p.m.
3  and we are back on the record.
4      (Document titled "Re: FOR APPROVAL: EOM 1" marked as
5  Exhibit 11)
6  BY MS. ZOGHI:
7      Q   So I'm going to show you what's been marked --
8  what we will mark as Exhibit 11.  Do you recognize this
9  email?
10     A   I don't see Exhibit 11.  I'm sorry.
11     Q   Sorry, one second.  Do you see it now?
12     A   I do see it, yes.
13     Q   Do you see that it's dated October 27th, 2023?
14     A   Correct.
15     Q   And it's an email from Trent Schacht to Aaron
16 Parnas, with you, Oskar Kaut, and Megan Evans, CCd?
17     A   Correct.
18     Q   Oskar Kaut and Megan Evans worked for Meadowlark?
19     A   That's what I understand, yes.
20     Q   Do you agree with Trent's assessment? This is
21 the fourth paragraph that starts with "the overall thing I
22 will say is this".  Do you agree with his assessment that
23 "the numbers we raised for the Senate run looked really
24 solid"?
25     A   Can you repeat that question?

Page 57

1      Q   Do you see where Trent Schacht in his email says,
2  "the overall thing I will say is this.  Yes, the numbers we
3  raised for the Senate run looked really solid".  Do you see
4  that?
5      A   I do see that, yes.
6      Q   Do you agree with that assessment that the
7  numbers raised for the Senate run looked really solid?
8      A   Yes, but I also agree with the following sentence
9  after the em dash.
10     Q   And that's where he says, "but there was also a
11 lot of money being authorized to spend to grow
12 aggressively"?
13     A   Yes.
14     Q   That's consistent with what we were talking about
15 earlier, the aggressive strategy at the beginning?
16     A   Correct.
17     Q   During that July-August kind of launch period,
18 were you aware that the Campaign was also reaching out to
19 Grassroots to sign up for more services?
20     A   I -- I recall there being an email.  See, I don't
21 know exactly how to answer this.  I don't have a
22 recollection of discussing it as, like, part of the
23 Campaign, but as part of the collection of documents from
24 my deposition, I did see, like, a Mail Services Agreement
25 for direct mail fundraising.

Page 58

1    (Document titled "Re: Mail" marked as Exhibit 12)
2  BY MS. ZOGHI:
3    Q   I'll show you what's been marked as Exhibit 12 --
4  or what I will mark as Exhibit 12.  This is Bates stamped
5  Grassroots 4245.  Do you recognize this as an email chain
6  between you, David Keith, Diego Dew, Katiana Person, and
7  Kevin Ralph?
8    A   I do.  I do recognize that.
9    Q   And it's from August 9th through 12th -- or 9th
10 through 10th, 2023?
11   A   Yes.
12   Q   Kevin Ralph, Katiana Person, and Diego Dew work
13 for Grassroots -- or worked for Grassroots at this time; is
14 that right?
15   A   To my understanding, yes.
16   Q   And Kevin Ralph specifically, you can see from
17 his signature there, worked on direct-mail fundraising; is
18 that right?
19   A   That's right.
20   Q   And do you see where David Keith asked Kevin
21 Ralph at Grassroots to send the contract to you so that you
22 could have Mr. Ehr sign?
23   A   I'm sorry. I don't see it in my screen.
24   Q   Do you see it --
25   A   Sure.

Page 59

1    Q   -- now?
2    A   Yes.
3    Q   Do you recall David Keith asking them to send you
4  the contracts you could get Phil to sign?
5    A   Yeah.  I was often with Phil on call time, so if
6  there was someone to put something in front of him, it
7  would be me at that time.
8    (Document titled "Fwd: Complete with DocuSign" marked
9  as Exhibit 13)
10 BY MS. ZOGHI:
11   Q   I'll show you now what I'll mark as Exhibit 13.
12 Do you recognize this document as an email from you to Mr.
13 Ehr on August 9th, 2023?
14   A   I do.
15   Q   And you're sending him the STAMP Services
16 Agreement from Katiana Person so that he can sign it?
17   A   Correct.
18   Q   Do you recall why you sent that to him to sign?
19   A   I'm not sure if I understand the question. Phil
20 signed contracts for the Campaign.  David asked that I have
21 Phil sign it, so that's what I did.
22   (Document titled "Services Agreement" marked as
23 Exhibit 14)
24 BY MS. ZOGHI:
25   Q   I'll show you now what I'll mark as Exhibit 14.

Page 60

1    A   Ok.
2    Q   This is the Direct Mail Services Agreement that
3  we were just discussing.
4    A   Sure.
5    Q   Have you seen this before?
6    A   I have.
7    Q   On the last page, you can see that it was signed
8  by Mr. Ehr?
9    A   Yes.
10   Q   And the date he signed is August 9th, 2023?
11   A   Correct.
12   Q   So the Campaign was signing a new contract with
13 Grassroots about a month after the text messaging started?
14 A little less?
15   A   Yes.
16   Q   And Mr. Ehr signed on behalf of the Campaign?
17   A   Correct. I believe so, yes.
18   Q   And did you have any involvement in reviewing the
19 terms of this contract before it was signed?
20   A   No.
21   Q   Did you negotiate at all the terms of this
22 contract?
23   A   No, I did not.
24   Q   Do you know whether Grassroots provided any
25 services under this agreement?

Page 61

1    A   I do not know.
2    Q   If I represent to you that there was some email
3  back and forth about a direct mail fundraising program, but
4  then the Campaign didn't pay the bills and so no direct
5  mail services were ever launched, does that sound right to
6  you?
7    A   That does sound right to me.
8    Q   Are you aware that the Campaign also reached out
9  to Grassroots for help with email fundraising services?
10   A   I don't recall.
11   Q   Are you aware that the Campaign signed another
12 contract with Grassroots related to email fundraising?
13   A   I don't recall.
14   (Document titled "Data Sharing Agreement" marked as
15 Exhibit 15)
16 BY MS. ZOGHI:
17   Q   I'm going to show you what I'll mark as Exhibit
18 15.  This is a data sharing agreement between the Campaign
19 and Grassroots.  Have you used this document before?
20   A   I believe I have.
21   Q   And if we turn to the last page, you can see
22 Trent Schacht signed this agreement.  Do you see that?
23   A   Sorry, I'm getting there.  I see -- yeah, I see
24 that.
25   Q   And the date is August 9th, 2023?

16  (Pages 58 to 61)

1      A   Yes.
2      Q   And this is a contract for Grassroots to provide
3  services to help with email fundraising?
4      A   It appears to be so.
5      Q   Were you aware that this contract was signed so
6  that the Campaign could be a part of the Grassroots free
7  Click Collective program?
8      A   No, I don't believe I was aware of that.
9      Q   Have you heard of the Click Collective program?
10     A   Yes, but after -- it was in my previous role with
11 Authentic that I've heard of the Click Collective.
12     Q   That was from your -- sorry, what did you say?
13 Your previous role?
14     A   With Authentic Campaigns, I heard about the Click
15 Collective there.
16     Q   So you weren't aware that your campaign was using
17 the Click Collective program?
18     A   No.
19     Q   Are you aware that the Click Collective program
20 was a free program?
21     A   No.
22     Q   Do you recall the Campaign ever paying anything
23 to Grassroots for email services?
24     A   I don't recall.
25     Q   I want to talk generally about how the Campaign's

1  fundraising efforts were going during this time period.
2      A   Okay.
3      Q   Did the Ehr Campaign at some point start having
4  cash flow issues?
5      A   Yes.
6      Q   Do you recall when that started?
7      A   Pretty much immediately, if I recall correctly.
8  Cash flow seemed to be a problem from the launch of the
9  Campaign.
10     (Document titled "Re: Ehr - Weekly Financial Report
11 9.1.2023" marked as Exhibit 16)
12 BY MS. ZOGHI:
13     Q   I'll show you what we'll mark as Exhibit 16.
14     A   Yes.
15     Q   Do you recognize this document?
16     A   I recognize -- yes, I -- not this one
17 particularly, but I recognize the weekly report.
18     Q   And this is an email chain from September 1st,
19 2023 between you and David Keith, and it looks like you're
20 commenting on an email from Bradley Tenenbaum?
21     A   Correct.
22     Q   And Bradley Tenenbaum is from Katz Compliance?
23     A   Correct.
24     Q   And this is a weekly financial report for the
25 week of August 26th through September 1st, 2023?

1      A   Correct.
2      Q   Did you receive many of these weekly financial
3  reports over the course of the Campaign?
4      A   I did.
5      Q   About every week, would you say?
6      A   For at least the time Katz Consulting was on the
7  Campaign.
8      Q   Do you know if Mr. Ehr ever received these
9  reports?
10     A   I don't know. It's possible that he was on the
11 thread or not. I don't remember. I'm sorry.
12     (Document titled "RE: Ehr Weekly Financial Report
13 10.20.2023" marked as Exhibit 17)
14 BY MS. ZOGHI:
15     Q   I'll show you what we'll mark as Exhibit 17.  Is
16 this the same type of weekly financial report email that we
17 were just discussing?
18     A   Correct.
19     Q   And it's from September 22nd [sic], 2023?  Or
20 sorry, it's from October 20th, 2023?
21     A   Yeah, it looks like the original was -- I'm
22 sorry.  Yeah, October 20th.
23     Q   Do you see Phil Ehr is CCd on this one?
24     A   I do.
25     Q   Does that refresh your recollection about whether

1  he was receiving these reports?
2      A   My assumption would be, if he was on this report,
3  that he would be on the other reports as well. Yes.
4      Q   We can go back. Going back to Exhibit 15 [sic],
5  did these reports generally list cash on hand like this and
6  unpaid bills in the body of the email?
7      A   I'm sorry, Exhibit 15, the Data Sharing
8  Agreement?
9      Q   Sorry, 16. Sorry.
10     A   No, it's fine. I just wanted to clarify. Yeah,
11 they did.
12     Q   And did these emails also generally --
13     A   Well, they also included -- sorry, go ahead.
14     Q   No, go ahead.
15     A   I was going to say they included an attachment.
16     Q   Yes.  They generally had a spreadsheet attached;
17 is that right?
18     A   Yes.
19     (Document titled "Phil Ehr for Senate Balance Sheet"
20 marked as Exhibit 18)
21     MS. ZOGHI:  Ok. I'm going to show you what we'll mark
22 as -- would that be 18?  I think just 17 has.  I'm going to
23 show you what we'll mark as Exhibit 18.
24     And for the court reporter, we can send you this
25 separately, but I'll just share the screen right now.  It's

Page 66

1   a spreadsheet.
2       THE REPORTER: Okay, thank you.
3       Q   Do you see that?
4       A   I'm sorry, am I looking on the Zoom or in the
5   exhibit document?
6       Q   On the Zoom.
7       A   Yeah, I see that.
8       Q   Does this look like the spreadsheet that would
9   have been attached to the email that we were just looking
10  at?
11      A   Yes.
12      Q   It shows the financial information for the
13  Campaign for that same week, the week of September 1st?
14      A   That's correct. Well, not the same as the email
15  that you sent, which was October 10th, but yeah, this is
16  the weekly format.
17      Q   This is the same as the first email that we
18  looked at, though, the same date as the first email that we
19  looked at, right? Exhibit 16?
20      A   Oh, yes. Sorry. It is the same.
21      Q   And this is an example of the weekly financial
22  report spreadsheets that were attached to those emails that
23  you regularly received?
24      A   Yes.
25      Q   So it includes a tab that we're looking at right

Page 67

1   now with a balance sheet?
2       A   Yes.
3       Q   And then it also includes a tab of profit and
4   loss statements like this one?
5       A   Yes.
6       Q   Just going to zoom out so we can see more of it.
7   This profit and loss statement shows that the Campaign's
8   net income during the week of August 26th, 2023 was
9   negative $5,826.28; is that right? I can zoom in.
10      A   Yeah, if you could zoom in, I'd appreciate it.
11  Yes.
12      Q   These spreadsheets also included transaction
13  report tab like this; is that right?
14      A   That's right.
15      Q   And an unpaid bills tab like this?
16      A   That's correct.
17      Q   And this Unpaid Bills tab lists an open balance
18  of $205,433 owed to Grassroots?
19      A   That's correct. That's what it shares.
20      Q   And that appears to be overdue; is that right?
21      A   It is after the due date, yes.
22      Q   The due date was August 15th, and this is coming
23  on September 1st?
24      A   Correct.
25      Q   It also lists an open balance of $12,000 to Katz

Page 68

1   Compliance, and that also appears to be overdue?
2       A   Yes, correct.
3       Q   That was due on July 31st, 2023?
4       A   It appears so.
5       Q   During your time on the Campaign, the Campaign
6   was late on other payments besides just the payments to
7   Grassroots?
8       A   Yes.
9       Q   We'll return to the e-depose platform and look at
10  what we'll mark as Exhibit 20. Oh, we were at -- sorry,
11  we'll go back to Exhibit 16.
12      A   Okay.
13      Q   The email that that spreadsheet was attached to?
14      A   Yes.
15      THE REPORTER: And it wouldn't be 20. If you are
16  marking something else, it would be 19.
17      MS. ZOGHI: Okay.
18      THE REPORTER: Yes, sir. There is an 18 that was not
19  on the system. It's separate. They were just showing a
20  spreadsheet. So they're going to have that sent to me,
21  which I just received. Of course.
22  BY MS. ZOGHI:
23      Q   So returning to Exhibit 16, the email that the
24  spreadsheet was attached to, you say the Campaign also owed
25  you $2,000 in expenses?

Page 69

1       A   Correct.
2       Q   Do you see that?
3       A   I do.
4       Q   Was it common for there to be delays in paying
5   your expenses?
6       A   Yes.
7       Q   Were you ultimately compensated for all of your
8   expenses?
9       A   No.
10      Q   How much were you not compensated for?
11      A   For expenses?
12      Q   Yes.
13      A   I don't recall the exact amount, but it was in,
14  like, the thousands of dollars.
15      Q   Was it more than $5,000?
16      A   Yes -- well, there was expenses and salary, so
17  the total was definitely more than $5,000.
18      Q   So there were also, I assume, delays in paying
19  your compensation -- your salary?
20      A   Yes.
21      Q   Were there delays in paying expenses or
22  compensation owed to others who were working on the
23  Campaign as well?
24      A   Yes.
25      Q   Okay. Do you expect to be reimbursed for the

18 (Pages 66 to 69)

Page 70

1  expenses and salary that are still outstanding?
2      A   No.
3      Q   Why not?
4      A   It's been a little while now.  Yeah, I just don't
5  expect it to happen, and I haven't taken any action to
6  receive it, so.
7      Q   Do you know where the Campaign lists any debt to
8  you on his FEC filings?
9      A   I don't know.
10     (Document titled "Re: Invoice and wiring instructions"
11  marked as Exhibit 19)
12     MS. ZOGHI:  I'll show you what I'll mark as Exhibit
13  19.  Sorry, I guess we'll have to share this one on the
14  screen as well.
15     THE VIDEOGRAPHER: Counsel, before we go into that,
16  would you mind if we go off the record?
17     MS. ZOGHI:  Sure.
18     THE VIDEOGRAPHER: All right.  The time is 2:25 p.m.,
19  and we're going off the record.
20     (off the record)
21     THE VIDEOGRAPHER: We are back on the record.
22     MS. ZOGHI:  So I'm going to share screen, and again,
23  for the court reporter, we'll send this to you. Sorry
24  about that.
25  BY MS. ZOGHI:

Page 71

1      Q   Can you see this document?
2      A   Yes.
3      Q   Do you recognize this as an email chain between
4  you, individuals at Katz Compliance, David Keith, and Obi
5  Umunna?
6      A   I do.
7      Q   And do you see that this goes as late as October
8  20th, 2023, but if I scroll to the bottom, it starts on
9  August 21st, 2023?
10     A   Sure.
11     Q   And who is Obi Umunna?
12     A   Obi was a consultant on the Campaign.
13     Q   What were his responsibilities in that role?
14     A   Yeah, I think he was brought on to do field
15  outreach, but he really served as a very high-level advisor
16  to Phil's campaign on many aspects of the campaign itself.
17     Q   Did he represent the Campaign as an attorney?  Do
18  you know?
19     A   I don't know.
20     Q   Do you know what the date was that Obi started
21  working with the Campaign?
22     A   No, I don't know.  I don't recall.
23     Q   Do you know approximately, like, what month or
24  year?
25     A   Summer of '23.

Page 72

1      Q   Do you know when he finished -- when he stopped
2  working with the Campaign?
3      A   I do not know.
4      Q   You see that on September 20th, 2023, Obi is
5  asking to be paid? Do you see that?
6      A   I do see that.
7      Q   "Get this wired over today", and then he follows
8  up on September 21st, "Any idea when this will be wired
9  over?"  Do you see that?
10     A   Yes, I do.
11     Q   And then, again, on September 22nd, "trying to
12  get this invoice paid. Can anyone give me an update of
13  this?"
14     A   I see that.
15     Q   And then, on September 25th, "I really need to
16  get a straight answer from someone about payment"?
17     A   I see that.
18     Q   So Obi was having trouble getting paid, it looks
19  like?
20     A   Yeah.
21     Q   And then again, in October, he sends an invoice,
22  says, we are back on the -- on October 13th, "we are back
23  on the regular schedule for the invoices".  No response?
24     A   Yeah.
25     Q   And there's no response to that?

Page 73

1      A   I see that.
2      Q   And then, on October 18th, he follows up again,
3  "bumping this since things have died down"?
4      A   I see that.
5      Q   And again, there's no response?  Then, on October
6  20th, he says, "really needs this wire to be sent today"?
7      A   I see that.
8      Q   So again, he's not being paid, and he's trying to
9  be paid?
10     A   That's correct.
11     Q   And this is consistent with what you were talking
12  about earlier, that people weren't being paid or there were
13  delays in payment, people weren't getting paid their
14  salaries and expenses?
15     A   Yes.
16     (Document titled "24 raising" marked as Exhibit 20)
17     MS. ZOGHI:  I'll show you now what we'll mark as
18  Exhibit 20.
19     Can we go off the record for a second?
20     THE VIDEOGRAPHER: All right.  The time is 2:31 p.m.
21     (off the record)
22     THE VIDEOGRAPHER: All right.  The time is 2:33 p.m.,
23  and we are back on the record.
24     BY MS. ZOGHI:
25     Q   So you should be able to see now what's been

19  (Pages 70 to 73)

Page 74

1    marked as Exhibit 20. This is a screenshot of a text from
2    David Keith in the "24 raising" Signal group; is that
3    right?
4        A    That is correct.
5        Q    And it's from September 21st, 2023?
6        A    Correct.
7        Q    And David Keith is saying that the Campaign is
8    going to fall way short with $2,500 days?
9        A    Correct.
10       Q    What was your understanding of what he meant by
11   that?
12       A    That raising $2,500 in a day is not enough.
13       Q    What was he saying they were going to fall short
14   of?
15       A    A goal, like, an internal goal for end of
16   quarter, end of September 23.
17       Q    And he says that the Campaign has raised plenty
18   of money and has 16,500 active donors and asks, how are we
19   not converting these at a financial quarter?  Do
20   you see that?
21       A    I do.
22       Q    Do you know what he meant by converting active
23   donors at the end of a financial quarter?
24       A    I believe so. I believe what this is referring
25   to is re-soliciting donors who have already given to the

Page 75

1    Campaign, during call time.
2        Q    And that's generally something that a campaign
3    does to fundraise?
4        A    Correct.
5        Q    But that wasn't happening here?
6        A    If I recall correctly, it's not that we weren't
7    calling or trying, it's just that the donors weren't
8    giving.  It wasn't, like, converting into new
9    contributions.
10       Q    Do you have an opinion about why --
11       A    I mean --
12       Q    -- donors weren't giving again?
13       A    Can you ask that in a different way?
14       Q    Do you know why, or do you have an idea about why
15   the Campaign wasn't able to convert these donors who had
16   donated before?
17       A    Yeah.  I think -- you know, I think the result of
18   call time wasn't -- it wasn't what we were hoping for.
19   Yeah, candidates sometimes have a hard time resolicing
20   donors who have already gave, so I think there was, like,
21   maybe some hesitation there, as well as, like, a reluctance
22   to really dive back into a Florida campaign in 2023.
23       Q    So you were having disappointing results on call
24   time?
25       A    Yeah.

Page 76

1        Q    So it wasn't just the text results that were
2    falling short of what you guys were hoping for?
3        A    Yeah, I suppose you could say that.
4        Q    David Keith also testified at his deposition that
5    there were regular pledge reports from you with large sums
6    of pledges that never showed up.  Can you first explain
7    what a pledge report is?
8        A    Yeah.  A pledge report is something that is
9    created at the end of call time that marks people who make
10   hard commitments to give certain amounts of money, also
11   soft commitments to give something.  And like, yes,
12   campaigns track who offered to give so they could follow up
13   and get those dollars in the door.
14       Q    And is what David Keith said accurate, that you
15   were reporting -- that there were regular pledge reports
16   from you with large sums of pledges that never showed up?
17       A    Yeah.  Yeah. There were a lot of pledges that
18   didn't come through.
19       Q    Do you know why that was happening?
20       A    I think -- it's hard to say exactly why.  You'd
21   have to get in the mind of, like, every donor. But, like,
22   as an overview, I think, you know, they weren't responding
23   to getting pushed for certain amounts of money. I think
24   some people overpromise. I think there's a lot of factors
25   that go into why people do or don't match their pledges,

Page 77

1    but yes, it was definitely falling short.
2        Q    Compared to the other campaigns that you've
3    worked on, was this more of a problem?
4        A    Yes.
5        Q    Do you know why this campaign was different from
6    the other campaigns you worked on?
7        A    It's hard to say exactly why, but you know, some
8    candidates are more aggressive in call time, others are
9    more passive.  So I think there's a little bit of that.
10   Also, the, you know, race, like, the race itself, I think
11   maybe was at a different level of competitiveness than some
12   other campaigns I've been involved in.
13       Q    Would you say that Mr. Ehr was more aggressive or
14   more passive on call time?
15       A    More passive.
16       Q    And that makes it harder to raise money?
17       A    Yes.
18       Q    Mr. Ehr testified yesterday that you told him
19   repeatedly that the Campaign's ROI was 2:1. In other
20   words, that for every $1 the Campaign spent, it was getting
21   $2 back in funds.  Did you tell him that?
22       A    There were -- there were times when that was true
23   at the beginning of the Campaign, yes.  And more generally,
24   I would tell him that, like, in texting, you know, when
25   you're texting donors, often you get a two-to-one return on

Page 78

1    how much you spend on the texts to what comes back in.
2        Q   So when you say that, at the beginning, ROI was
3    two-to-one, was that across all fundraising streams, or was
4    that just for texting?
5        A   I wouldn't -- I wouldn't say at the beginning ROI
6    was 2-to-1.  I would say, I mean, it's possible at the
7    start that's what we were seeing.  But I'm not sure that I
8    would categorize it that way, no.
9        Q   So did you ever tell Mr. Ehr that ROI for the
10   Campaign's own fundraising was 2-to-1?
11       A   I don't recall. I know that I would encourage
12   him to use that as a metric during call time, to tell
13   donors that for every dollar we're spending, we're getting
14   one back in terms of, like, texting and different finance
15   budgets.  I don't know that that would be an accurate
16   representation of what was happening on the Campaign, but
17   as a messaging tool, I think that sounds right.
18       Q   Did you tell him that that was a messaging tool?
19       A   I don't recall.
20       Q   Or did you tell him that that was accurate?
21       A   I don't recall.
22       Q   And you said, for every dollar spending, getting
23   one back, that's a one-to-one ratio, right?
24       A   I might have misspoke there.  I think -- and I
25   don't recall exactly, but I believe at the time I was

Page 79

1    saying, there was -- you would get 2 dollars back for every
2    dollar you spent on texting.
3        Q   In general?
4        A   Yeah.
5        Q   You weren't telling Mr. Ehr that was happening in
6    his campaign, that he was getting $2 back for every $1
7    spent on texting?
8        A   I -- yeah, I believe that is more accurate.
9        Q   So despite all of these issues with fundraising,
10   the Campaign was still making efforts to pay Grassroots in
11   late August and early September?  Do you recall that?
12       A   I believe so.
13       (Document titled "Re: please let me know when act blue
14   hits" marked as Exhibit 21)
15   BY MS. ZOGHI:
16       Q   Look at what I'll mark as Exhibit 21. Do you
17   recognize this as an email chain between you, David Keith,
18   Phil Ehr, and some of the people from Katz Compliance?
19       A   Yes.
20       Q   And it's from August 21st, 2023?
21       A   Correct.
22       Q   And in the subject line, it looks like David
23   Keith is asking Compliance people to tell him when the
24   ActBlue hits?
25       A   Yes.

Page 80

1        Q   What did you understand that to mean?
2        A   When the ActBlue transfer hits the bank account.
3        Q   The transfer? So would those be new donations --
4        A   It would be --
5        Q   -- coming into ActBlue?
6        A   No, it would be -- actually, ActBlue does --
7    transfers money on, like, a schedule.  So it would be when
8    the ActBlue transfer hits our bank account. But the money
9    coming in is already, like, available for us to see, but it
10   just hasn't been able to be spent until it hits the bank
11   account.
12       Q   But those are kind of recent donations, I guess,
13   that would be getting transferred?
14       A   Yeah, usually under a week, sometimes sooner,
15   depending on the amount.
16       Q   Okay.  And do you see, sort of towards the bottom
17   of this chain where David Keith says "we have to start
18   paying down text vendors who have been doing acquisition"?
19       A   I see that, yes.
20       Q   Did you understand him to be referring to
21   Grassroots there?
22       A   Yeah.  As one of the -- yeah, I do.
23       Q   And he then tells Compliance   this is at the
24   top -- to pay $200,000 of a bill for our acquisition
25   vendor, and then he says the rest will be paid by end of

Page 81

1    quarter, EOQ, end of quarter?
2        A   I see that, yes.
3        Q   Does that also refer to Grassroots?
4        A   I don't recall. I assume so, but I don't recall.
5        (Document titled "Receipt" marked as Exhibit 22)
6    BY MS. ZOGHI:
7        Q   We'll look at what I'll mark as Exhibit 22.  Do
8    you recognize this document?
9        A   I do recognize this document as a bill from
10   Grassroots Analytics.
11       Q   So it looks like it's a receipt for an invoice,
12   do you see that, where it says receipt?
13       A   I do see that.
14       Q   It looks similar to the bills.  And it's a
15   receipt for a $200,000 payment to Grassroots. Do you see
16   that?
17       A   I do see that.
18       Q   On August 21st, 2023?  See the date?
19       A   Yes.
20       Q   Those are the same day as the email that we were
21   just looking at?
22       A   Yes.
23       Q   And it's the same amount as the email?
24       A   Yes.
25       Q   Does this refresh your recollection as to whether

21 (Pages 78 to 81)

Page 82

1    David Keith was referencing Grassroots in that email?
2        A    It appears that he was, yes.
3        Q    Returning to Exhibit 20.
4        A    21?
5        Q    21? Yes. Yeah, 21. We'll go back to 20. Yeah.
6    EOQ here does mean end of quarter; is that right? That's
7    how you understood it?
8        A    That is correct.
9        Q    And so when he says the rest will be paid by EOQ,
10    was it your understanding that at that point, the Campaign
11    intended to pay the entire amount due to Grassroots by the
12    end of the quarter?
13        A    Correct.
14        Q    And David Keith also says a little farther down,
15    "don't be concerned with the spend-down, just doing heavy
16    acquisition"?
17        A    I see that.
18        Q    What was your understanding of what he meant by
19    heavy acquisition?
20        A    Like, spending on, like, list rentals and
21    acquisition programs.
22        Q    And he's basically saying here not to be
23    concerned with the high levels of spending?
24        A    It appears so, yes.
25        Q    He says -- did you understand he's saying was

Page 83

1    part of the Campaign strategy, that high spending?
2        A    Yeah, I suppose so.
3        Q    And this is that same aggressive strategy that we
4    were talking about before?
5        A    Yes.
6        (Document titled "Re: Payment" marked as Exhibit 23)
7    BY MS. ZOGHI:
8        Q    I'll show you now what I'll mark as Exhibit 23.
9    Do you recognize this document as an email chain between
10    you, David Keith, Bradley Tenenbaum, and the Katz
11    Compliance Team?
12        A    Yes.
13        Q    It's dated August 28th, 2023?
14        A    Yes.
15        Q    Do you see where David Keith says, "we have to
16    pay Grassroots today" --
17        A    I see that.
18        Q    -- at the bottom?
19        A    I do see that.
20        Q    Do you know why David Keith was saying that
21    Grassroots had to be paid that day?
22        A    No, I don't know.
23        Q    Did you have an understanding that David Keith
24    was trying to make sure that Grassroots would continue
25    providing text messaging -- text message fundraising

Page 84

1    services to the Campaign?
2        A    I'm not sure. Can you repeat that question?
3        Q    Were you aware that Grassroots -- that David
4    Keith was trying to pay Grassroots to make sure that they
5    would continue providing text message fundraising services?
6        A    I don't believe that I was involved in any of
7    those conversations, but I think I had some awareness.
8        Q    And do you see where David Keith asks, "what is
9    our cash on hand with the ActBlue transfer?"
10        A    I do see that.
11        Q    And then Bradley Tenbaum responds, and
12    originally, he says it will be $81,723.25, but then a
13    little farther up he corrects that and says, actually,
14    it'll be $26,493.46?
15        A    Yeah, I see that.
16        Q    And then David Keith says, "this kind of error
17    really affects planning", and he says he "just spent the
18    last two hours planning a text program because at $80,000,
19    we would have been able to pay enough of our text bill
20    outstanding to continue". Do you see that?
21        A    I do see that.
22        Q    So was it your understanding that the Campaign
23    intended to make a bigger payment to Grassroots but didn't
24    have enough funds?
25        A    Yeah, it appears that way.

Page 85

1        Q    And then also, that the Campaign intended to
2    spend more money texting Grassroots -- texting with
3    Grassroots?
4        A    It definitely seems to say that.
5        Q    Do you know anything about the text program that
6    David Keith was planning?
7        A    I wasn't involved in, like, the design or spend
8    or any of those aspects of the text program. I mean, I was
9    aware that it was happening, but I don't know that I
10    understood exactly the dynamics of it, no.
11        Q    Were you aware on August 28th that he was
12    planning out a text program so that he could spend more
13    money with Grassroots?
14        A    I don't recall if I knew at the time. I mean,
15    yeah, I don't recall.
16        (Document titled "24 raising" marked as Exhibit 24)
17    BY MS. ZOGHI:
18        Q    I'll show you what I'll mark as Exhibit 24. Is
19    this another set of texts in that "24 raising" chain?
20    Is that right?
21        A    Yes.
22        Q    And this is from, it looks like, August 28th
23    until September 1st, 2023?
24        A    Crash.
25        Q    Do you have an understanding of why David Keith

Page 86

1    was asking Mr. Ehr to send Grassroots CEO a text saying
2    that "check processing is going slowly this last week of
3    summer. We are going to pay every day with all that comes
4    in the day prior, and this will be paid off this week.
5    Sorry for the delay and thank you for everything. No one
6    else gets paid before this is done."?
7        A   I don't -- I mean, I think the intention was to
8    keep the text program going.
9        Q   Was it true that check processing was going
10   slowly the last week of summer?
11       A   I -- I don't recall if it was or not.
12       Q   David Keith also asks you, right above that
13   message, "Jake what's the status of more call time moneys
14   coming in?"
15       A   Yes.
16       Q   Do you know what he meant by that? What was he
17   asking?
18       A   Yeah. He was checking in on, like, how the call
19   time program was going, what kind of money was expected to
20   come in through call time.
21       Q   And what did you mean a little lower down when
22   you said, "we're locked down until goals are hit"?
23       A   Meaning, like, we're in call time, trying to hit
24   our goals.
25       (Document titled "Jake Briggs" marked as Exhibit 25)

Page 87

1    BY MS. ZOGHI:
2        Q   I'll show you now what I'll mark as Exhibit 25.
3    You're Signal messaging Phil Ehr directly here; is that
4    right?
5        A   Yes.
6        Q   And this is a little over an hour after David
7    Keith sent that text in the "24 raising" chat?
8        A   Yes.
9        Q   Can you read what you said?
10       A   "Phil, need you to send Grassroots Analytics a
11   text saying that "check processing is going slowly this
12   last week of summer. We are going to pay every day with
13   all that comes in the day prior and this will be paid off
14   this week. Sorry for the delay and thank you for
15   everything. No one else gets paid before this is done."
16   Send this to Grassroots. Thank you".
17       Q   So, you're asked   here, you're asking Mr. Ehr
18   to send Grassroots the same message that David Keith asked
19   him to send?
20       A   Yeah, I am sending the same -- I'm asking --
21   yeah, this is me sending Phil the message from David.
22       Q   Did you believe that this text was accurate when
23   you told Phil to send it?
24       A   No.
25       Q   Which part of it did you not think was accurate?

Page 88

1        A   The check processing part.
2        Q   Did you think that the rest of it was accurate?
3        A   I don't know. I don't know.  I may have believed
4    that we would pay with what comes in.  I don't recall.
5        Q   Why were you asking Mr. Ehr to send that message
6    to Grassroots Analytics?
7        A   David had asked me to put it in front of Phil
8    again.  That's what I recall.
9        Q   Nothing in this text message suggests that anyone
10   at the Campaign was dissatisfied with Grassroots' services,
11   is that right?
12       A   I would say that's correct.
13       Q   And nothing here in this text message suggests
14   that anyone at the Campaign believed there was a problem
15   with Grassroots' invoices?
16       A   Not in this message, no.
17       Q   These texts made clear that the Campaign was
18   intending to pay for the services in full?
19       A   Yeah, that's what it appears to say. Yes.
20       Q   Do you recall if Mr. Ehr ever answered this
21   Signal message?
22       A   I don't recall.
23       Q   Do you recall if you had any further discussions
24   with Mr. Ehr about this, sending this text message?
25       A   I don't recall.

Page 89

1        (Document titled "iMessage" marked as Exhibit 26)
2    BY MS. ZOGHI:
3        Q   And let's look at what I'll mark as Exhibit 26.
4    Sorry.
5        A   Okay.
6        Q   Is that good for you, still?
7        A   Thank you. Thank you.
8        Q   Yeah.  Do these appear to be text messages
9    between yourself, Phil Ehr, and Danny Hogenkamp?
10       A   Yes.
11       Q   It's from August 29th until, if you scroll down,
12   October 3rd, 2023?
13       A   It appears so.
14       Q   Mr. Ehr says that you told him to text Danny, and
15   then sends Danny the text message that you and David Keith
16   had asked him to send in the Signal chats we just looked
17   at?
18       A   I see that, yes.
19       Q   And at that point, it was your understanding that
20   the Campaign was trying to pay off the amount that was due
21   to Grassroots?
22       A   Yes.
23       Q   And when Danny follows up on September 1st, 2023,
24   Mr. Ehr asks how much was owed, and then Danny told him it
25   was around $200,000 outstanding. Do you see that?

Page 90

1    A   I do see that.
2    Q   You did not dispute the amount owed at that point
3  here in this chain?
4    A   No, it doesn't look like I did.
5    Q   And neither did Mr. Ehr?
6    A   It does not appear so.
7    Q   And Mr. Ehr responds that "we have an ActBlue
8  pending deposit.  We'll send it over ASAP as the first
9  tranche of what is owed, with the balance to follow as soon
10  as we can".  Do you see that?
11    A   I do see that.
12    Q   And was this true at the time, as far as you
13  knew?
14    A   I don't recall, but yeah, seems -- seems
15  plausibly true.
16    Q   So Mr. Ehr does not tell Danny that the Campaign
17  was not going to pay because of issues with the services?
18    A   I do not see that there, no.
19    Q   And you didn't say that either?
20    A   No.
21    Q   So Danny -- you then ask, "With the holiday can
22  you keep us going until we can get that pending ActBlue.  I
23  asked him to wire today".
24    A   I don't see that on here.  Is it on a different
25  page?

Page 91

1    Q   Oh, right under "I'm told we have actually
2  pending deposit" that we were just looking at.
3    A   I can only see, like, half of the other message.
4  That one, yeah, I can't see it.
5    Q   See if I can check it.  Let's see if you scroll.
6  Sorry, you should be able to scroll yourself, if that's
7  better.  Okay.  Next slide.  Do you see it now?
8    A   I do see that.
9    Q   So you wanted Grassroots to continue texting at
10  this point?  You were trying to get them to continue
11  texting?
12    A   It appears so, yes.
13    Q   And then, Danny agrees to it, and you said,
14  "Thanks, Danny!  You're the best"?
15    A   I see that, yes.
16    Q   And Mr. Ehrs says "thank you"?
17    A   Yes.
18    (Document titled "24 raising" marked as Exhibit 27)
19  BY MS. ZOGHI:
20    Q   Next, we'll mark as Exhibit 27 -- I'll show you
21  that document.  Do you recognize this document as another
22  set of messages in that "24 raising" Signal chat?
23    A   Yes, I do.
24    Q   From September 1st, 2023?
25    A   Yes.

Page 92

1    Q   The messages from David Keith appear to be
2  directed to Mr. Ehr; is that right?
3    A   Yes.
4    Q   And he's again --
5    A   That seems right.
6    Q   And he's again trying to get Mr. Ehr to reach out
7  to Grassroots?
8    A   Correct.
9    Q   Do you know whether David Keith was aware that
10  Mr. Ehr had already texted Danny Hogenkamp at this point?
11    A   I -- I don't know.
12    Q   Did you have any discussions with David Keith
13  about that text exchange?
14    A   I don't recall.
15    Q   Do you know what he meant by, "see if you can get
16  some goodwill from them to keep you going"?
17    A   I imagine that what he's saying is to keep them
18  from pulling us down from text.
19    MS. ZOGHI:  Okay. Want to take a five-minute break?
20    THE WITNESS:  Sure.
21    MS. ZOGHI:  Okay. Can we go off the record, please?
22    THE VIDEOGRAPHER: All right.  The time is 3:02 p.m.,
23  and we are off the record.
24    (off the record)
25    THE VIDEOGRAPHER: All right.  The time is 3:09 p.m.,

Page 93

1  and we are back on the record.
2    (Document titled "Re: Wires Today" marked as Exhibit
3  28)
4  BY MS. ZOGHI:
5    Q   I'm going to show you what I'll mark as Exhibit
6  28.  Do you recognize this as an email chain between you,
7  David Keith, and then Bradley Tenenbaum and Cassie Tinsmor
8  from Katz Compliance?
9    A   I do.
10    Q   It's from September 5th through September 6th,
11  2023?
12    A   Yes.
13    Q   And David Keith tells Cassie and Bradley to send
14  the remaining balance to Grassroots to continue paying it
15  down.  Do you see that?
16    A   Yes.
17    Q   Do you know what he meant by the "remaining
18  balance"?
19    A   I believe it's the remaining cash on hand.
20    Q   So the Campaign was still trying to pay down what
21  was owed to Grassroots at this point?
22    A   Yes.
23    Q   I'm going to go back to Exhibit 26. Do you see
24  that on September 5th, 2023, you follow up with Danny to
25  tell him "you should have received $30,000 this afternoon"?

24  (Pages 90 to 93)

Page 94

1      A   Yes, I do see that.
2      Q   So you're telling him about the payment that was
3  referenced in the email that we were just looking at?
4      A   Correct.
5      Q   And then you tell Danny that more is coming?
6      A   Yes.
7      Q   Were you telling the truth when you said that?
8  Or did you believe that you were telling the truth when you
9  said that to Danny?
10     A   Yeah.  I mean, we just paid all of what our cash
11  on hand was, from my understanding, so I did believe that
12  we would continue paying, yes.
13     Q   If I represent to you that the Campaign, in fact,
14  did not make any payments to Grassroots after that
15  September 6th payment, does that sound right?
16     A   Sounds potentially right, yes.
17     (Document titled "Re: Phil Ehr Invoices" marked as
18  Exhibit 29)
19  BY MS. ZOGHI:
20     Q   Sharing to you what I'll mark as Exhibit 29.  Do
21  you recognize this email? You're copied on it.
22     A   I don't -- I don't -- I don't know.  I don't know
23  if -- I don't specifically recall this specific email.  I
24  do see that I am copied on it, yes.
25     Q   From September 13th through 14th, 2023?

Page 95

1      A   Yes.
2      Q   So the first email is Josh Lewis from Grassroots
3  to you and David Keith on September 13th, 2023 --
4      A   Yes.
5      Q   -- requesting paying of invoice number 9664 and
6  number 9813?
7      A   Yes.
8      Q   And he says the amounts that are still due, so he
9  says 9664 has $175,443.17 remaining due, and then number
10  9813 has $126,943 due. Do you see that?
11     A   I see that, yes.
12     Q   And he says that if payment is not received by
13  the end of the month, late fees will accrue. Do you see
14  that?
15     A   Yes.
16     Q   And David Keith responds to him to say, "This
17  should go to Phil Ehr, as it's his account. Jake and I are
18  just doing work for him. Please send these to Phil Ehr and
19  send directly to him for all future billing. He is well
20  aware of the outstanding invoices."  Do you see that?
21     A   I do see that.
22     Q   What does David Keith mean when he says that you
23  were just doing work for Mr. Ehr?
24     A   I don't know exactly what he means by that.
25  Maybe just that, like, we were consulting on the race at

Page 96

1  the time, I believe.
2      Q   And is what he's saying here consistent with your
3  view of your role on the race?
4      A   Somewhat, yes, somewhat.  It depends on what --
5  at what point during the Campaign. I can't recall when
6  Phil became, like, my main client, only client for periods
7  of time, so it's hard for me to say.
8      Q   Is it true that Mr. Ehr was well aware of the
9  invoices outstanding to Grassroots?
10     A   I believe so. He was on the --
11     Q   David Keith --
12     A   He was on the reports from Compliance.
13     Q   Okay.  David Keith then says in an email on
14  September 14th that Mr. Ehr is going to be staffing up
15  soon, and that you and David Keith were only helping him
16  through the end of the quarter to get off the ground. Do
17  you know what he meant there?
18     A   I don't know what he meant there.
19     Q   You ended up staying on long past the end of the
20  quarter; is that right?
21     A   That's right.
22     Q   David Keith also says, "I would communicate with
23  him directly, as he is aware of the texting and the
24  importance of your firm's texting as it relates to his
25  race".  Was that accurate as far as you knew at the time?

Page 97

1      A   That he was aware?  Yes.
2      Q   Yes.  And did you share David Keith's view that
3  Grassroots' texting was important for Mr. Ehr's race?
4      A   Texting was raising the majority of the money at
5  that time.  It was important.
6      (Document titled "Re: Phil Ehr Outstanding Invoices" marked
7  as Exhibit 30)
8  BY MS. ZOGHI:
9      Q   I'm going to look at what I'll mark as Exhibit
10  30. I'll represent to you that if this is an email chain
11  between David Keith, David Davies, Andrew Donahue, Diego
12  Dew, Katiana Person, and Megan McAnespie from September
13  25th, 2023.
14     A   Okay.
15     Q   Were you aware that Grassroots had said that it
16  would not be able to continue texting until all outstanding
17  invoices were paid?
18     A   I don't recall if I -- if I knew or not.
19     Q   Were you aware that Grassroots had offered to do
20  resolicit texts through the end of the quarter for a flat
21  fee of $5,000?
22     A   I don't think I was aware of that, no.
23     Q   David Keith says here, "Phil says he's taking the
24  entire cash on hand and sending October 1. He hopes we can
25  continue through end of quarter".  Do you see that?

25  (Pages 94 to 97)

Page 98

1   A   I do see that.
2   Q   David Keith testified that either you or Mr. Ehr
3   told him that.  Do you recall saying that to David Keith?
4   A   I don't recall if I said that or not.
5   Q   Do you recall Mr. Ehr saying that to David Keith?
6   A   I don't recall if he said that to David Keith or
7   not.
8   Q   The Campaign was still planning to pay the
9   outstanding balance owed to Grassroots at this point?  This
10  is October 1st -- or September 25th.
11  A   I believe so, yes.
12  Q   And so was Mr. Keith's statement to Grassroots at
13  that time accurate, as far as you were aware?
14  A   I -- I can't say.  I don't recall.  If -- I
15  don't -- I can't say.  I don't know.
16  Q   Do you know if it was accurate that Mr. Ehr
17  wanted to continue texting through the end of the quarter?
18  A   I don't recall that.
19  Q   I'll return again to Exhibit 26.  This is that
20  text exchange between you, Danny, and Phil.
21  A   Yes.
22  Q   You sent a message on October 3rd, 2023, saying
23  that you're going to loop Danny in with your Compliance
24  folks and make sure he receives payment.  Do you see that?
25  A   I do see that.

Page 99

1   Q   Were you telling the truth when you said that?
2   A   I don't recall.
3   Q   Do you have any reason to think that you would be
4   lying to Danny?
5   A   No.  It's possible I intended to loop them in
6   with Compliance and then did not, but I don't recall this
7   specific moment, no.
8   Q   But you were planning to make sure that
9   Grassroots received payment on October 3rd when you sent
10  this message?
11  A   Yeah.  Yes.
12  Q   And do you remember if you ever looped Danny in
13  with Compliance?
14  A   I don't remember.
15  Q   Do you recall that in October 2023, Mr. Ehr
16  announced that he was dropping out of the U.S. Senate race
17  and instead running for a professional seat?
18  A   I do recall.
19  Q   David Keith testified that you were one of the
20  people involved in that decision, in making that decision;
21  is that accurate?
22  A   I was -- yeah, I was among a group of people
23  involved in that decision, yes.
24  Q   Who else was involved?
25  A   I would say Bill Hyers was involved.  I believe

Page 100

1   David was involved.  I believe that Aaron Parnas was
2   involved, Graham was involved, Phil Ehr was involved.  I
3   may be forgetting someone, but I believe that's, like, the
4   core group.
5   Q   And what factors were considered in making that
6   decision about whether to make that switch?
7   A   Yeah, another candidate announced that they were
8   going to run for the Senate seat, so that was a major
9   consideration as to whether we'd be able to continue
10  raising money to pay for a Senate race, especially in a
11  competitive primary.  And a lot of the decision was that we
12  wouldn't be able to win and win a primary, as well as,
13  like, the Campaign didn't really have the funds to run a
14  statewide effort in a very serious way.
15  Q   So, were you supportive of the decision to switch
16  to that outstanding?
17  A   Yeah.  Yes.
18  Q   Who made the final decision that Phil was going
19  to drop out and switch?
20  A   Phil.  Oh, I believe Obi was involved in the
21  decision, too.
22  (Document titled "Re: Ehr Invoice" marked as Exhibit
23  31)
24  BY MS. ZOGHI:
25  Q   I'll show you what I'll mark as Exhibit 31.  I'll

Page 101

1   represent to you that this is -- this is Grassroots 2023,
2   the Bates stamp.  I'll represent to you that this is an
3   email chain between Danny Hogenkamp, Claudia Shrivastava,
4   Josh Lewis, Katiana Person, and Diego Dew, so all people
5   from Grassroots, from October 10th through 11th, 2023.
6   A   Okay.
7   Q   Danny says, "Jake says they want to pay before
8   switching over to running for US House".  Do you see that?
9   A   I do see that.
10  Q   And this was on October 10th, 2023.  And he asks
11  them to lay out their current texting invoices to you.  Do
12  you see that?
13  A   I do see that.
14  Q   So is this consistent with your recollection that
15  you said that?
16  A   At this time, I believed we were still -- like, I
17  still believed that there was a plan to pay Grassroots.  I
18  don't know -- I don't recall the last line in his message,
19  but yeah.
20  Q   Do you remember that shortly after this time, you
21  received reminders about the outstanding invoices?
22  A   I do recall that.
23  (Document titled "Reminder: Invoice 9664" marked as
24  Exhibit 32)
25  BY MS. ZOGHI:

26 (Pages 98 to 101)

Page 102

1    Q   Look at what I'll mark as Exhibit 32. Do you
2  recognize this document?
3    A   Yes, I do.
4    Q   It's a reminder about an outstanding invoice on
5  invoice number 9664?
6    A   Correct.
7    Q   And it's dated October 12th, 2023?
8    A   Correct.
9    Q   Did you receive more than one of these sorts of
10 emails?
11   A   Yes.
12   Q   This email was sent to you, David Keith, and
13 Trent Schacht?
14   A   Correct.
15   Q   And do you see, towards the bottom, where it
16 says, "Let us know if you have questions"?
17   A   I do see that.
18   Q   Did you not reach out to dispute the amount owed
19 at this point?
20   A   I don't believe there was any.
21   Q   And neither did David Keith or Trent Schacht?
22   A   I don't believe so, no.
23   Q   And you did not reach out to raise issues with
24 the services at this point?
25   A   No.

Page 103

1    Q   And neither did David Keith or Trent Schacht?
2    A   I don't believe so, no.
3    (Document titled "Grassroots" marked as Exhibit 33)
4  BY MS. ZOGHI:
5    Q   I'll show you now what I'll mark as Exhibit 33.
6  Do you recognize this as an email between you, David Keith,
7  and Aaron Parnas?
8    A   I do see that.
9    Q   It's dated October 15th, 2023?
10   A   I see that as well.
11   Q   What was Aaron Parnas's role?
12   A   Aaron was, like, advising on social and digital.
13   Q   Aaron was --
14   A   I think he specifically does digital.
15   Q   Okay.  Was he an employee or an independent
16 consultant?  Do you know?
17   A   I believe he was a consultant, an independent
18 consultant.
19   Q   Do you know what dates he started working with
20 the Campaign and finished working with the Campaign?
21   A   I don't. I don't recall.
22   Q   How often did you interact with Mr. Parnas?
23   A   I would say fairly, fairly regularly.
24   Q   Once a day, or?
25   A   Maybe not once a day.  Yeah, I'm not -- not sure

Page 104

1  how -- how often, but you know, somewhere between, like,
2  once every other day, maybe once a day, depending on what
3  was going on.
4    Q   David Keith says in this email here that -- you
5  can see the subject says Grassroots, and then the body of
6  the email says, "they will be our text provider". Do you
7  see that?
8    A   I do see that.
9    Q   Do you know who made that decision?
10   A   I don't.
11   Q   You did not raise any concerns about continuing
12 to use Grassroots in this thread?
13   A   I did not.
14   Q   And David Keith also recommends scaling at or
15 above 75 percent ROI. Do you see that?
16   A   I do see that.
17   Q   This is a different strategy than he was taking
18 before?
19   A   It appears so.
20   Q   Less aggressive?
21   A   It appears so.
22   Q   Around this time period, mid-October 2023, David
23 Keith left the Campaign. Do you recall that?
24   A   Yes.
25   Q   Do you know why he left?

Page 105

1    A   I believe it was -- I think he was having his
2  child.
3    Q   Did he ever come back to work for the Campaign
4  after he left?
5    A   I don't believe so.  He might have shot off an
6  email every once in a while, but I don't think in any kind
7  of consistent way.
8    Q   Okay.  And who kind of slotted in to fill his
9  role when he left?
10   A   I guess -- I guess I sort of filled, sort of
11 like, the day-to-day side of that role, yeah.
12   Q   Phil Ehr represented that, once the Campaign
13 transitioned from the Senate to the House and David Keith
14 left, you and Obi were responsible to manage the House
15 campaign together; is that accurate?
16   A   Yeah, that -- I would say that's accurate.
17   Q   And who made the decision that you and Obi would
18 fill David Keith's role?
19   A   I believe Phil made that decision.
20   Q   Who at the Campaign was primarily responsible for
21 day-to-day interfacing with Grassroots about the text
22 messaging program after David Keith left in October 2023?
23   A   I -- I don't recall.  I don't know that anyone
24 really interfaced with them all that much after he left.
25 It's possible Aaron was in charge of it, but yeah, I don't

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 106

1  recall.
2      Q    What was your role with respect to Grassroots
3  text messaging in October of 2023?
4      A    I don't recall, outside of the fact that, like, I
5  was sort of, like, running interface on payments and
6  campaign budget, so I was aware of that, but I wasn't,
7  like, approving text to be sent, I don't believe, for, like
8  suggesting content to go out.
9      (Document titled "Re: Phil Ehr Re-Launch" marked as
10  Exhibit 34)
11      MS. ZOGHI:  I'd like to turn to what I'll mark as
12  Exhibit 33 -- sorry, 34.  34, sorry.
13      THE REPORTER:  Yes.
14      BY MS. ZOGHI:
15      Q    Do you recognize this document?
16      A    I recognize it as an email from myself, yes.
17      Q    And it's an email from you to Aaron Parnas?
18      A    Correct.
19      Q    Dated October 16th, 2023?
20      A    Correct.
21      Q    And you say, "I spoke to Danny, and he is going
22  to let us roll our debt, and we will pay upfront".  Do you
23  see that?
24      A    I do see that.
25      Q    Did you speak to Danny over the phone or in

Page 107

1  person?
2      A    I never met Danny in person.  I spoke to Danny on
3  the phone.
4      Q    Was Mr. Ehr on that call?
5      A    I don't recall.
6      Q    Do you remember if anyone else was on that call?
7      A    I don't recall.
8      Q    Do you remember who initiated that call between
9  you and Danny?
10      A    I -- I don't recall.
11      Q    What did you mean by, "he is going to let us roll
12  our debt"?
13      A    I believe what I was referring to was that he
14  would, like, give us space to pay the debt if we pay
15  upfront before texts go out.  But I am not sure that's
16  exactly -- I don't recall exactly what I meant by that.
17      Q    What do you mean by "give us space to pay our
18  debt"?
19      A    Like, give time.
20      Q    Was there a timeline for repayment of the debt
21  that you recall?
22      A    I don't recall.
23      Q    Were there any specific terms for repayment of
24  the debt?
25      A    I don't recall.

Page 108

1      Q    Why was the Campaign going to be paying upfront
2  going forward?
3      A    Yeah, because the Campaign hadn't paid the
4  money -- like, hadn't paid the bills that were, like --
5  yeah, hadn't paid the bills before.
6      Q    Do you remember anything about this conversation
7  with Danny?  Anything else?
8      A    No.  No, I don't recall it.  I -- I remember --
9  like, I remember having the call and talking about setting
10  up a payment plan, but I -- I don't recall, like, what
11  happened before or after that.
12      Q    Did you tell Mr. Ehr about this arrangement with
13  Danny?
14      A    Yeah, I believe so.  Yes.  To my recollection,
15  yes.
16      Q    Do you remember what his response was?
17      A    I do not.
18      Q    Did you tell anyone else on the campaign about
19  this arrangement?
20      A    I -- I wouldn't have -- I wouldn't have gone out
21  on a limb and done it on my own.  I -- I don't specifically
22  recall the conversation I had for that.  I know that I
23  wouldn't have done it without talking to other people.
24      Q    So you would have gotten approval from someone
25  else --

Page 109

1      A    Yes.
2      Q    -- before arranging something like this?
3      A    Yes.
4      Q    Who do you think you would have gotten approval
5  from?
6      A    Likely, it would have been a conversation with
7  Phil and Obi.
8      THE WITNESS:  Can we -- just one second.  I have to
9  bring my computer into the other room to plug it in, so I
10  just --
11      MS. ZOGHI:  Yep.
12      THE WITNESS:  Thanks. Thank you.
13      (Document titled "Re: Phil Ehr Re-Launch" marked as
14  Exhibit 35)
15  BY MS. ZOGHI:
16      Q    I'll show you what I'll mark as Exhibit 35, which
17  is Bates stamped Grassroots 12641.  Do you recognize this
18  as an email chain between you, Aaron Parnas, Danny
19  Hogenkamp, Andrew Donahue, Claudia Shrivastava, David
20  Davies, Diego Dew, Josh Lewis, Katiana Person, and Megan
21  McAnespie?
22      A    Yes.
23      Q    And I'll just represent you that it begins on
24  October 16th and goes until October 20th, it looks like.
25  You can scroll to the end.  Do you see that?

28 (Pages 106 to 109)

Page 110

1      A   I do.
2      Q   Okay.  I want to look at the first email in this
3   chain.  It's from October 16th, 2023, and Aaron Parnas
4   looks like he's referencing a conversation with Danny.  Do
5   you see that?
6      A   I do see that.
7      Q   Do you recall whether you were involved in that
8   conversation?
9      A   I don't recall.
10      Q   Aaron Parnas also says that the Campaign wants to
11   do both a resolicit and an acquisition text send for the
12   launch.  Do you see that?
13      A   I do see that.
14      Q   What does that mean?
15      A   I imagine it would be a resolicit to folks who
16   gave already, and I mean, an acquisition text could mean a
17   lot of different things, but I'm not sure what he means by
18   that.
19      Q   Is it possible that he meant reaching out to new
20   people to try to get new donors?
21      A   Yes.
22      Q   Do you know why the Campaign wanted to do this
23   resolicit and acquisition text send for the launch?
24      A   Probably to be able to report a good number for -
25   - for a relaunch.

Page 111

1      Q   And Danny responds with an action plan, where he
2   says that Grassroots will invoice $10,000 for re-solicits
3   aiming for 200 percent ROI, trying to have more ROI, and
4   only move to acquisition if ROI is super high. Do you see
5   that?
6      A   I do see that.
7      Q   Does that give you a better idea about what
8   acquisition meant in this context?
9      A   Yeah.  I mean, I guess what I was trying to say
10   is it's unclear whether the acquisition is just acquisition
11   or if it's rental.
12      Q   We talked earlier about how the contract was for
13   text rentals, right?
14      A   Yes.
15      Q   Okay.  This approach that Danny is laying out is
16   more conservative than what David Keith had suggested in
17   his email about scaling on 75 percent ROI, right?
18      A   Yes.
19      Q   And then Aaron responds on October 16th to
20   clarify that the $10,000 will be for two weeks of testing,
21   which will include acquisition and resolicits. Do you see
22   that?
23      A   I do see that.
24      Q   And then Danny responds -- just a second -- that
25   Grassroots will start with resolicits and see what copy

Page 112

1   does well, and then move into acquisition only if something
2   does well.  And then he says, "we will not spend the money
3   unless the ROI is high".  Do you see that?
4      A   I do see that.
5      Q   So Danny is recommending a more conservative
6   approach here?
7      A   That's right.
8      Q   Going back to Danny's action plan, he also says
9   they will run resolicits once the invoice is paid.
10   Basically, he's saying, no, they'll require upfront
11   payment?
12      A   Yes.
13      Q   That's consistent with your earlier conversation
14   with Danny?
15      A   I believe so, yeah.  Over what you showed me,
16   yes.
17      Q   Danny also says -- this is number four on his
18   action plan -- that Ehr can pay down $339,000 bill as their
19   cash on hand builds throughout quarter 4.  Do you see that?
20      A   I do see that.
21      Q   Does this accurately describe the plan that you
22   and Danny worked out that we just discussed with rolling
23   the debt?
24      A   Yes, I believe so.
25      Q   And did you -- you did not dispute anywhere in

Page 113

1   this thread that $339,000 was the correct amount owed to
2   Grassroots; is that right?
3      A   I did not dispute it.  I don't believe so.
4      Q   And you did not say anywhere in this thread that
5   the Campaign isn't going to be paying the bill because of
6   an issue with Grassroots's services?
7      A   I do not believe I said that.
8      Q   On October 17th, you asked for the $10,000
9   invoice for the two weeks of re-solicits, and then you say,
10   "if you want to send me an invoice, I will have that paid".
11   Do you see that?
12      A   I do see that.
13      Q   And then Aaron Parnas follows up to confirm that
14   it's been paid?
15      A   Looks like Josh Lewis confirmed too, yeah.
16      Q   Yeah.  And then at some point, you ask to have
17   Trent left off of invoicing. Do you see that?
18      A   I think it's a bit lower.  Yeah, I see that.
19      Q   Does that refer to Trent Schacht?
20      A   That -- that is Trent, yeah.
21      Q   And why were you asking for him to be left off
22   with invoicing?
23      A   Meadowlark, I don't -- Meadowlark wasn't working
24   with the Campaign anymore.
25      Q   Throughout this chain, there's back and forth

29 (Pages 110 to 113)

Page 114

1    between Grassroots and the Campaign about the amount of
2    spend and the copy, with Grassroots seeking approval before
3    sending anything out; is that right?
4        A   Yeah, that sounds right.
5        Q   Then David Davies says that the first send had a
6    676 percent ROI.  Do you see that?
7        A   I don't believe we're on the right page for that.
8        Q   Do you see it?  It's in bold towards the bottom.
9        A   Oh, at the bottom.  Yeah, I see that.
10       Q   Is that a high ROI?
11       A   I would say that's a high ROI, yes.
12       Q   Do you recall when the Campaign finished spending
13   that first $10,000 that you paid up front?
14       A   I'm sorry. I don't.
15       Q   Does early November seem right to you?
16       A   Yeah, that seems plausible.
17       Q   And do you recall whether Grassroots did any more
18   text sends for the Campaign after that first $10,000 was
19   spent?
20       A   I don't recall.
21       Q   If I represent that they did not, does that sound
22   right to you?
23       A   Yeah, I believe that could be true.
24       Q   Do you recall discussing a payment plan with
25   Grassroots in early November of 2023?

Page 115

1        A   I do recall, yes.
2        Q   What do you remember about that?
3        A   I remember having the phone call. I remember
4    discussing maybe a payment plan, I believe over maybe eight
5    payments.  Yeah, that's all I can recall about it.
6        Q   Who from the Campaign was involved in those
7    discussions?
8        A   I believe Obi and Phil and myself were involved.
9        Q   And what was the purpose of the payment plan?
10       A   To settle the balance that we owed Grassroots.
11   (Document titled "email" marked as Exhibit 36.)
12   BY MS. ZOGHI:
13       Q   I'll show you what I'll mark as Exhibit 36.
14       A   I'm sorry. Can you zoom out on this screen?
15       Q   Sorry, it's the wrong one.  One second. Do you
16   see that?
17       A   Yes.
18       Q   And this is an email from Danny Hogenkamp to you,
19   Josh Lewis, and Claudia Shirvastava?
20       A   I see that, yes.
21       Q   It's from November 2nd, 2023?
22       A   Yes.
23       Q   And he's emailing to memorialize a payment plan
24   that the Campaign had agreed to?
25       A   I see that, yes.

Page 116

1        Q   And it looks like, as you mentioned, it's eight
2    payments -- eight months of payments of $42,500 a month --
3        A   Yes.
4        Q   -- with the first payment at the end of November?
5        A   Yes.
6        Q   So the Campaign agreed to this payment plan?
7        A   I believe so, yes.
8        Q   At some point, did the Campaign stop making
9    efforts to pay the outstanding invoices?
10       A   I believe so, yes.
11       Q   Do you know when that was?
12       A   I do not.
13       Q   At some point, did the Campaign make a decision
14   not to pay, that they weren't going to pay the outstanding
15   invoices?
16       A   I believe so, but I don't recall, like, a
17   specific timeline.
18       Q   Do you know who made that decision?
19       A   I believe Phil made that decision, maybe with
20   some other folks from the team.
21       Q   Did you have the authority to make the final
22   decision about whether or not Grassroots would be paid?
23       A   No.  No.
24       Q   Mr. Ehr has said in a sworn statement that the
25   decision to delay or decline payment to Grassroots was

Page 117

1    driven by you; is that accurate?
2        A   I would not agree with the sentiment of that, no.
3        Q   Why would you not agree with the sentiment of
4    that?
5        A   Because I didn't have the authority to decline
6    invoices.
7        Q   Who was driving the decision to delay or decline
8    payment to Grassroots?
9        A   To the best of my recollection, Phil was working
10   with, I believe, a lawyer named Rob Ross.
11       Q   Did you ever advise Mr. Ehr not to pay
12   Grassroots?
13       A   I don't believe so.
14       Q   Mr. Ehr has also claimed that you drove the
15   decision to delay or decline payment to two co-workers, NGP
16   Van, Change Research, Lawler Strategies, Katz Compliance,
17   and to repay loans to Mr. Ehr himself; is that accurate?
18       A   That's accurate.
19       Q   That you drove the decision?
20       A   That I made a -- I mean, I would say the decision
21   was driven by the money in the account.  We didn't
22   intentionally not pay people with money we had sitting in a
23   bank account, and yeah.
24       Q   Did you have the authority to make a decision not
25   to pay any of those entities?

30  (Pages 114 to 117)

Page 118

1      A   No.
2          (Document titled "Re: Phil Ehr's work with Grassroots"
3      marked as Exhibit 37)
4      BY MS. ZOGHI:
5      Q   I'll show you what I'll mark as Exhibit 37.  This
6      is Grassroots -- Bates stamped Grassroots 3284.  Do you
7      recognize this document as emails between you, Danny
8      Hogenkamp, Josh Lewis, Andrew Donahue, Obi Umunna, Mark
9      Lancaster, and Phil Ehr?
10     A   Yes.
11     Q   Starts on November 15th, 2023, the first message,
12     and goes through December 1st, 2023?
13     A   Yes, I see that.
14     Q   Starting with the email on the bottom, the first
15     email at Grassroots 3287, this is an email from you
16     addressed to Danny where you thank Grassroots for its work
17     on Mr. Ehr's Senate campaign and say that the Campaign is
18     closing its contract with Grassroots.  Do you see that?
19     A   I do see that.
20     Q   Who made the decision to close the Campaign's
21     contract of Grassroots?
22     A   I would say Phil and the Campaign team.
23     Q   And here are the reasons that the -- that you
24     gave for why the Campaign was closing the contract,
25     that you are streamlining your services and cutting

Page 119

1      expenses.  Do you see that?
2      A   I do see that.
3      Q   In this email, you also asked for a detailed
4      breakdown of the Campaign's outstanding balances. Do you
5      see that?
6      A   I do see that.
7      Q   And that's referring to the outstanding invoices
8      owed by the Campaign to Grassroots?
9      A   Correct.
10     Q   Do you remember why you asked for that
11     information?
12     A   Yeah, I do recall.  I was instructed from Phil
13     and Rob Ross and the folks asking Phil to get a breakdown
14     of the outstanding balances. Yeah.
15     Q   In the next email on this chain, Danny responds
16     and says that his team will lay out the outstanding
17     invoices and the payment plan as agreed to by your
18     campaign.  Do you see that?
19     A   I see that.
20     Q   And you responded to say thank you. You see
21     that?
22     A   I don't see that here.
23     Q   Is it maybe highlighted now?
24     A   Yeah.  Thank you.
25     Q   Okay.  So there's no indication here that you're

Page 120

1      rejecting the payment plan?
2      A   That's correct.
3      Q   Or pushing back at all on the payment plan?
4      A   I would say that's accurate.
5      Q   And there's no indication from that exchange that
6      the Campaign was not planning to pay its outstanding
7      invoices?
8      A   That sounds right.
9      Q   On November 17th, Aaron Parnas says that the
10     Campaign is bringing on a new digital firm that will handle
11     texting and may use Grassroots as one of the vendors. Do
12     you see that?
13     A   I do see that.
14     Q   So again, there's no indication that the Campaign
15     was ending its contract with Grassroots because it was
16     unhappy with the services?
17     A   Yeah, I don't see that written there, no.
18     Q   The Campaign is telling Grassroots that they
19     might continue working with Grassroots, just indirectly,
20     through this digital firm?
21     A   It appears to say that, yes.
22     Q   Do you know who the digital firm is who's
23     referenced here?
24     A   I don't recall.
25     Q   On November 20th and 22nd, Josh Lewis from

Page 121

1      Grassroots sends over information about the outstanding
2      invoices and the payment plan.  That's on Grassroots 3284
3      and 3285.  Do you see that?
4      A   I do see that.
5      Q   And you then respond in November 22nd, 2023, to
6      say that you "don't believe this is the correct amount, and
7      we'll be talking with your attorneys, and then we'll circle
8      back".  Do you see that?
9      A   I do see that.
10     Q   So here, you're just disputing the amount that's
11     owed?
12     A   I believe so.
13     Q   You don't say anywhere in this email chain that
14     you were dissatisfied with the services that Grassroots had
15     provided?
16     A   I haven't seen that written there.
17     Q   And no one else from the Campaign said that
18     either?
19     A   I don't believe they've -- I don't see it in the
20     thread, no.
21     Q   And you don't say here that you believe
22     Grassroots had not satisfied its obligations under the
23     contract?
24     A   I don't say that, no.
25     Q   Mr. Ehr testified that you seem to believe

31 (Pages 118 to 121)

Page 122

1    Grassroots had not fulfilled its obligations under the
2    contract. Is that accurate?
3        A  I'm not a lawyer.
4        Q  So is that a no?
5        A  Can you repeat the question? Satisfied their?
6        Q  Mr. Ehr testified that you seem to believe that
7    Grassroots had not fulfilled its obligations under the
8    contract. Is that accurate?
9        A  I don't believe so.
10       Q  Do you know who the attorneys referenced here are
11   in the email -- in your email?
12       A  Rob Ross.
13       Q  Is there another attorney? Since it says
14   attorneys, plural.
15       A  Obi's an attorney, but I don't know if I was
16   referring to the both of them or just Rob Ross, but Rob
17   Ross was the main person involved at this point.
18       Q  Did you personally speak with the Campaign's
19   attorneys after this?
20       A  I did.
21       Q  Who else was involved in those conversations?
22       A  I believe Phil, Obi. I don't recall, like, the
23   exact conversations, but I recall having conversations with
24   Rob Ross and the Campaign team about the Grassroots
25   contracts.

Page 123

1        (Document titled "Fwd: Phil Ehr's work with
2    Grassroots" marked as Exhibit 38)
3    BY MS. ZOGHI:
4        Q  I'll show you now what I'll mark as Exhibit 38.
5    Do you recognize this document as an email from you to Phil
6    Ehr and Vanessa Brito on July 13th, 2024, forwarding a
7    chain between you, Phil Ehr, Bill Hyers, David Keith, Rob
8    Ross, and Obi Umunna?
9        A  Nice. I see that, yes.
10       Q  Okay. At the bottom of the first page and the
11   top of the second page, there's an email from November
12   30th, 2023, from Mr. Ehr to Bill Hyers and David Keith. Do
13   you see that?
14       A  I can't scroll past the first page.
15       Q  Sorry, one second.
16       A  I see an email, yes.
17       Q  I know we've talked about Bill Hyers a little
18   bit. Who is Bill Hyers?
19       A  Bill Hyers is a media consultant who was helping
20   the Campaign. Yeah.
21       Q  Do you understand what Bill Hyers says  this is
22   on the first page -- when he says, "if we have a friendly
23   lawyer, we can attach and scare them a little more"?
24       A  I don't.
25       Q  Do you know if it was the Campaign's goal to

Page 124

1    scare Grassroots?
2        A  I don't believe so.
3        Q  Do you understand -- actually, no. What is the
4    reference in Bill Hyers' November 30th, 2023 email to an
5    absurd amount of refunds --
6        A  Yeah.
7        Q  -- and fraud?
8        A  We, as, like, part of the Campaign's
9    contributions, we had a very high rate of refunds, and the
10   amounts of the refunds were, like, high-dollar amounts. So
11   there were a lot of -- there a lot of refunds in the $1000
12   to $5,400 range.
13       Q  In the next email, Mr. Ehr says that you will be
14   in touch with ActBlue regarding the refund -- or sorry,
15   that Rob will be in touch -- Rob Ross will be in touch with
16   ActBlue regarding the refund situation as soon as Jake
17   makes the appropriate introductions. Do you know if anyone
18   from the Campaign ever got in touch with the ActBlue?
19       A  I don't recall, but the refunds were readily
20   available on ActBlue to be downloaded.
21       Q  And then, at the very top of this email chain,
22   you're forwarding the whole chain that we just looked at to
23   Mr. Ehr and Vanessa Brito in July 2024. Do you remember
24   what prompted you to forward this email?
25       A  I don't -- oh, yeah, actually, I do. I didn't

Page 125

1    see the date. As part of -- like, as part of my wrapping-
2    up services with the Campaign, I was forwarding any
3    information I had on the Grassroots situation to fill in
4    Vanessa.
5        Q  Going back to Bill Hyers' email about the absurd
6    amount of refunds, he says, "and I would hint, we do not
7    want to be a part of any fraud". Do you know what he's
8    referring to?
9        A  I don't. I don't. I don't recall.
10       Q  Going back to your exit memo, which was Exhibit
11   9.
12       A  Yes. I can't see the left side of the exhibits.
13   If you can pull it up, that'd be great.
14       Q  One second. Sorry.
15       A  Yeah, it's ok. Thank you.
16       Q  Ok. In the second paragraph, under the heading
17   "Grassroots", you discuss this refund issue that we just
18   talked about?
19       A  Yeah. I can't see the document because the
20   selection screen is zoomed in. Is there a way that you can
21   zoom it out? I think it was zoomed in from one of the
22   previous exhibits. Thank you.
23       Q  Is that better?
24       A  Yes. Yeah. Can you repeat your question?
25       Q  In the second paragraph, under the heading

32 (Pages 122 to 125)

Page 126

1  "Grassroots", you discuss kind of the refund issue that we
2  were just talking about. What did you mean by your
3  suggestion that the higher-than-typical refund rate was
4  intentional by Grassroots?
5      A  As part of, like, working theories that we were
6  putting together when looking at the rate of refund, which
7  is higher than what I've experienced on other campaigns
8  that I've worked on. Like, a theory we walked through is
9  whether or not the contributions that were coming in were
10  elevated in total dollar amount and then were refunded
11  later.
12     Q  What do you mean by elevated in total dollar
13  amount?
14     A  Like, as we evaluated the returns from immediate
15  donations, they included the higher dollar amounts, so it
16  would increase the total raised.  And then later on, when
17  they'd be refunded, it was already after looking at what
18  the return is on the program.
19     Q  So, what did you think Grassroots was
20  intentionally doing?
21     A  Yeah, I mean, I don't know for sure what
22  Grassroots was doing, but I think a theory we had at the
23  time was that these contributions were being processed and
24  pulled intentionally.
25     Q  What do you mean by processed and pulled

Page 127

1  intentionally?
2      A  Like, they ran as part of the original return and
3  then were refunded after the return was over.
4      Q  Did you -- how did you think Grassroots was doing
5  that?
6      A  I don't know. I don't recall.
7      Q  Did you believe that Grassroots was fraudulently
8  charging people's credit cards without those people's
9  consent?
10     A  I did know that for sure.  I didn't have any
11  proof of that or anything. It was just, like, a theory of
12  why the refunds were so high.  There was no evidence that
13  Grassroots was doing any of that.
14     Q  That was your theory, was that Grassroots was
15  doing that?
16     A  It was a theory of the Campaign that there was an
17  issue with the refunds.
18     Q  Do you know if Grassroots has access to donor
19  credit card information?
20     A  I don't know.
21     Q  You said it was a theory of the Campaign. Did
22  you believe that that's what was going on?
23     A  I don't recall what I believed at the time.
24     Q  What do you believe now?
25     A  I don't believe now that Grassroots would

Page 128

1  fraudulently run credit cards and refund them.
2      Q  When was the first time you raised this kind of
3  refund issue with anyone on the Campaign?
4      A  I don't recall.
5      Q  Do you know if you were the first person to raise
6  the refund issue or if it was someone else?
7      A  I don't know.
8      (Document titled "Phil-Obi-Jake" marked as Exhibit 39)
9  BY MS. ZOGHI:
10     Q  Go to what I'll mark as Exhibit 39. Do you
11  recognize this document as a Signal chat between you, Phil,
12  and Obi?
13     A  Sure.
14     Q  Mr. Ehr's counsel has represented to us that this
15  conversation took place on December 8th, 2023. Do you have
16  any reason to doubt that?
17     A  I don't.
18     Q  Do you recall receiving this text message?
19     A  I don't recall the day that I received it, but I
20  do recall including it in the documents that I returned for
21  this deposition.
22     Q  What did you interpret Mr. Ehr's text to mean
23  here?
24     A  Is Phil the sender of that text?
25     Q  He is, yes. It looks like he's sending a

Page 129

1  screenshot of a text he received from Danny Hogenkamp, and
2  then he has a comment on the bottom about it.
3      A  Yeah, I'm not sure. I mean, I guess the offer is
4  to resolve the outstanding bills privately. And what I
5  guess is referred to in the message is that the FEC report
6  already had a listing of debts owed to the Campaign -- the
7  debts the Campaign owed, sorry.
8      (Document titled "Phil-Jake-Obi-Joanna" marked as
9  Exhibit 40)
10  BY MS. ZOGHI:
11     Q  I'll show you what I'll mark as Exhibit 40.  This
12  is a Signal chat from December 22nd, 2023; is that right?
13     A  It appears so, yes.
14     Q  And it's between you, Phil, Obi, and Joanna?
15     A  Yes.
16     Q  Who is Joanna?
17     A  Joanna was the call time Manager for the Campaign
18  for a period of time.
19     Q  Was that Joanna Fleming?
20     A  Yes.
21     Q  Do you know when she started or finished with the
22  Campaign?
23     A  I don't recall exactly, but I believe it was
24  during the House campaign section.
25     Q  And the messages in blue on the right were sent

33 (Pages 126 to 129)

## Page 130

1  by Mr. Ehr.  Does that make sense?
2      A   That does make sense.
3      Q   In the first message that Mr. Ehr sends, who was
4  the Cassie that he's referencing?
5      A   I assume it's Cassie Tinsmon from Katz
6  Compliance.
7      Q   And his first message is directed at you and Obi.
8  Mr. Ehr says that he went through all the points on the
9  emails you both wrote with Cassie.  Do you know what emails
10 he's referring to?
11     A   I believe the emails that are being referred to
12 here is about how to transfer accounts from a House to a
13 Senate campaign, but I'm not entirely sure. Oh, maybe not.
14 I don't know, actually. It feels too late for that
15 transfer, but yeah --
16     Q   You're not sure what --
17     A   -- I'm not able to recall. Yeah, I'm not sure
18 what the call is about.
19     Q   Do you have an understanding of what the back
20 payment plan worked out with Jake is that's being referred
21 to here?
22     A   It's possibly a payment plan for Katz Compliance,
23 but I'm not sure. I don't -- I don't know.  I don't, like,
24 know for sure.
25     Q   And when Phil says, "she understands", "I want

## Page 131

1  Rob to see the data he needs for his review", what data is
2  he referring to?
3      A   Maybe the P&Ls, or -- I don't -- I don't know
4  exactly what   what data he's referring to.
5      Q   Okay.  The second text is also directed at you
6  and Obi, and it references a 1:30 meeting that day with
7  Grassroots. Do you see that?
8      A   I do see that. I do see that.
9      Q   Do you remember that meeting?
10     A   I vaguely remember being a part of it. I believe
11 Rob was the driver of the meeting there, the one sort of
12 running point from the team on it.
13     Q   Do you also describe it at that meeting?
14     A   I don't know. I think Obi was on the call, and I
15 imagine, from the message, Phil, but I don't know.
16     Q   Do you remember anything about what happened
17 during that meeting with Grassroots?
18     A   Not with specificity.
19     Q   Did you record that meeting with Grassroots?
20     A   I don't recall.
21     Q   Do you know if you ever told Mr. Ehr that you
22 recorded that call?
23     A   I don't recall. If I recorded the call, then
24 that was, like, as requested by Rob and the other
25 participants, but I don't recall if I recorded it or not,

## Page 132

1  and I don't recall if I shared it.  I don't know.
2      Q   In the third text, Mr. Ehr appears to be saying
3  that the Campaign should ask for a $150,000 refund, then he
4  says, "or don't raise the refund issue".  Do you know
5  what's going on with that?
6      A   I don't.
7      Q   Did you ever hear anything about the Campaign
8  requesting a refund from Grassroots?
9      A   I don't recall if I have or not.
10 (Document titled "Re: Phil Ehr bill" marked as Exhibit
11 41)
12 BY MS. ZOGHI:
13     Q   I'll show you what I'll mark as Exhibit 41.  This
14 is an email chain between you, Claudia Shrivastava, Danny
15 Hogenkamp, the GA Operations email, Obi Umunna, Phil Ehr,
16 and Anna Foster.
17     A   I see that.
18     Q   It's from April 11th through April 30th, 2024?
19     A   I see that.
20     Q   Starting with the email   and this is Grassroots
21 3182.  Starting with the email on the bottom, it's from
22 April 11th 2023[sic] --
23     A   Yes.
24     Q   And Claudia Shrivastava is writing -- oh, 2024,
25 sorry.  April 11th, 2024 -- and Claudia Shrivastava is

## Page 133

1  writing to Katz Compliance; is that right?
2      A   I see that.
3      Q   And her email references a phone call between
4  Danny and Phil Ehr. Do you see that?
5      A   I do see that.
6      Q   Were you aware that Mr. Ehr had instructed
7  Grassroots to send the outstanding invoices to Katz
8  Compliance?
9      A   I don't recall.
10 (Document titled "Request No. 5" marked as Exhibit 42)
11 BY MS. ZOGHI:
12     Q   I'll show you what I'll mark as Exhibit 42.  Look
13 at the bottom message from April 11th, 2024. And this is
14 in a chat with you, Phil, and Obi.  Do you see that?
15     A   At the bottom?
16     Q   Yes.
17     A   I see that. April 11th?
18     Q   Yes.  Mr. Ehr says that he needs to debrief with
19 you, Obi, and Rob Ross about his mistaken call to Danny,
20 and he says that their email just now pertains.
21     A   Ok.
22     Q   Is it safe to assume he was referring to the
23 email we just looked at that referenced a call between
24 Danny and Mr. Ehr?
25     A   It seems so.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 134

1    Q   Do you know why Mr. Ehr said that the call with
2  Danny was mistaken?
3    A   I don't have any idea.
4    Q   Do you know whether this debrief ever occurred?
5    A   I don't recall.
6    Q   Do you recall ever hearing anything about Phil's
7  conversation with Danny in April of 2024?
8    A   I don't have any recollection of it. It's
9  possible it happened; I just don't remember a specific
10 April 2024 call.
11   Q   Okay. Turning back to the email chain that we
12 were just looking at, Exhibit 41, there's an email from
13 Anna Foster at Katz Compliance saying that Katz Compliance
14 had terminated services with Phil Ehr as of April 30th,
15 2024. Do you know why they terminated services with the
16 Campaign?
17   A   Yeah. I believe, you know, for various reasons,
18 right? I think part of it was overdue billing. Part of it
19 was the Campaign felt they weren't delivering on some of
20 the items that they needed to do. And then, I think the
21 last part was just the cost. We were able to get a
22 different compliance firm at a -- at a less of a cost.
23   Q   What did the Campaign not feel like Katz
24 Compliance was delivering on?
25   A   I don't recall exactly what it was, but I think

Page 135

1  it -- yeah, it's -- I don't recall.
2    Q   At the top of this chain, on April 30th, Claudia
3  Shrivastava from Grassroots asks for an update and says she
4  has an understanding that the bills would be paid based on
5  Phil and Danny's conversation. Did you ever respond to
6  this email?
7    A   I don't -- I don't know. I don't -- I don't
8  know.
9    Q   Do you know if anyone else did?
10   A   I'm not -- I don't -- I don't know. I'm not
11 sure.
12       (Document titled "Phil Jake Vanessa Obi" marked as
13 Exhibit 43)
14 BY MS. ZOGHI:
15   Q   Do you recognize this as a Signal message in a
16 chat between you, Jake, Vanessa -- or sorry, you, Phil,
17 Vanessa, and Obi?
18   A   Sure. Yes.
19   Q   Do you recall receiving this message?
20   A   I don't have, like, a specific recollection of
21 this message, but it does look like something that would be
22 in this conversation.
23   Q   The Campaign's counsel has represented to us that
24 this Signal message occurred on June 8th, 2024. Does that
25 sound right to you?

Page 136

1    A   It's possible. I -- I don't have any reason to
2  believe it's not.
3    Q   Can you explain what's going on here with this
4  message? It's from Phil, also. I can represent that to
5  you, also.
6    A   Yeah, I think -- I think what this is is a
7  breakdown of costs, right, for the Campaign: Operating
8  expenses that are like a regular occurring cost, consistent
9  payments   I'm not sure what that would mean -- deferred
10 payments, disputed payments, and then purchases. I think
11 it's just, like, a budgetary message. I'm not -- yeah.
12   Q   Do you see where it says wholly deferred
13 payments, and then it lists Change Research, Meadowlark,
14 the GW Institute, and Phil's loan? Do you know what that
15 is referring to, what wholly deferred payments means?
16   A   I don't. I don't know.
17   Q   Do you know whether the Campaign was paying back
18 any of those, or making payments on any of those amounts
19 owed to those entities?
20   A   I don't recall. I mean, I believe there were
21 payments made on some of those items at some points. I
22 don't recall when they were making payments on them and
23 not -- not making payments.
24   Q   Do you know whether the campaign paid Meadowlark
25 in full?

Page 137

1    A   I don't. When I left in July, I don't believe we
2  had.
3    Q   Do you know why the Campaign was not paying
4  Meadowlark?
5    A   I don't know.
6    Q   Mr. Ehr testified that you told him that
7  Meadowlark requested more money because they were not
8  satisfied with the amount that the Campaign had paid to
9  Grassroots and thought they should have been paid that
10 money instead. Did you tell him that?
11   A   I don't recall saying -- can you repeat that?
12   Q   Mr. Ehr testified that you told him that
13 Meadowlark requested more money because they were not
14 satisfied with the amount the Campaign had paid to
15 Grassroots, and they thought that they should have been
16 paid that money instead. Did you tell him that?
17   A   I don't -- I don't know if I said it like that.
18 I think maybe Meadowlark -- I think what maybe is being
19 referred to is Meadowlark was upset at the amount of money
20 that was spent with Grassroots, that they felt like they
21 should have been paid sooner. But I don't -- I don't
22 believe I would have said Meadowlark is asking for more
23 money because Grassroots got a bunch of money. I don't
24 think that makes sense to me.
25   Q   So you think they wanted to be paid sooner, not

35 (Pages 134 to 137)

## Page 138

1  that they wanted to be paid more?
2      A  I believe, yeah.
3      Q  Do you know if there was a written contract for
4  Meadowlark Services?
5      A  I don't -- I don't know.  I know that they were
6  in the beginning of the Campaign, and I believe David
7  brought them on, so.
8      Q  Who is the Evan listed under consistent payments?
9      A  I don't recall.  Could be -- yeah.
10      Q  Could it have been Evan Lawler?
11      A  Yeah.  Actually, yes.  Evan Lawler.
12      Q  At the bottom, where Bill says he's no longer
13  contemplating a campaign manager or a comms director, do
14  you know why Mr. Ehr was no longer contemplating a campaign
15  manager or a comms manager at that point?
16      A  I would imagine based on budget.
17      Q  What was Vanessa Brito's role at that point?
18      A  When was this message again?
19      Q  This was June 8th, 2024.
20      A  You know, Vanessa's role was really, really
21  fluid.  Like I said, she joined us to be a campaign -- no,
22  not a campaign manager, sorry.  She joined to be a call
23  time manager and, like, a body person, someone with on-the-
24  ground local knowledge.  And her role sort of evolved into,
25  I would say, likely the campaign manager role.

## Page 139

1      Q  When did you leave Mr. Ehr's campaign?
2      A  July 24.
3      Q  Why did you leave?
4      A  I was let go.
5      Q  Do you know why you were let go?
6      A  I don't recall exactly, but I think largely it
7  was costs first.
8      Q  Whose decision was it to let you go?
9      A  I don't know.  I received the call from Phil.
10      Q  Do you know if someone else came in to fill your
11  role after you left?
12      A  I would imagine Vanessa, as the person still on
13  the team, would have been the person filling my role.
14      Q  And who was running the Campaign when you left?
15      A  I don't -- I don't know.  Yeah.  I had very
16  little contact with the Campaign after I left.
17      Q  What contact did you have with the Campaign after
18  you left?
19      A  Just requesting my payment.  Outside of that,
20  nothing.  I probably stopped requesting at the end of July.
21      THE VIDEOGRAPHER: Hey, Counsel?  Sorry for the
22  interruption.  We're coming up on two hours on this video
23  file.  Would you mind if we go off the record and start
24  again?
25      MS. ZOGHI:  I'll be done, I think, in like, one and a

## Page 140

1  half minutes.
2      THE VIDEOGRAPHER: Ah, okay.
3      MS. ZOGHI:  But if you need to stop now, that's fine.
4      THE VIDEOGRAPHER: One and a half will do.  Sorry to
5  interrupt.
6  BY MS. ZOGHI:
7      Q  Are you aware whether Phil Ehr is currently
8  running for office?
9      A  I'm not aware.  Yeah, not aware.
10      Q  Have you worked with Grassroots at all since
11  leaving Mr. Ehr's campaign?
12      A  When I was with Authentic Campaigns, they worked
13  with Grassroots on the paid media side.  I worked on the
14  email team, so not directly with them, no.
15      Q  And am I right that you would not have worked
16  with Grassroots again if you believe that they were
17  committing fraud?
18      A  Yeah.
19      MS. ZOGHI:  I think that that's all I have.  I
20  appreciate your time.
21      THE WITNESS:  Thank you.  Can I take a bathroom break
22  before  is there another section?  That would be great.
23  Thank you.
24      THE VIDEOGRAPHER: All right.  The time is 4:00 p.m.
25  Oh, sorry.  Is that okay with everybody?

## Page 141

1      MS. ZOGHI:  Yes.
2      THE VIDEOGRAPHER: Okay.  All right.  The time is 4:25
3  p.m. and we are off the record.
4      THE REPORTER: Can you say that again, please? Got
5  it.
6      (off the record)
7      THE VIDEOGRAPHER: Sure.  The time is 4:39 p.m. and we
8  are back on the record.
9      THE REPORTER: Got it.
10  EXAMINATION BY
11  MR. PRESS:
12      Q  Okay.  Good afternoon, Mr. Briggs. My name's Dan
13  Press.  I am the attorney for the Phil Ehr for Congress
14  Campaign Committee and for Mr. Her.  You mentioned early on
15  in the deposition that you had received a phone call from
16  Danny Hogenkamp after this litigation was filed. Can you
17  tell me what was said on that call?
18      A  Sure.  To the best of my recollection, he called
19  and asked if I would have a conversation with their team
20  about the -- about the -- about the case.  And then shortly
21  after the call, I received a subpoena in my email. He
22  asked for my email so he could have the team follow up with
23  me, and yeah.  It was a -- it was a relatively short call.
24      Q  What did he say to you about the litigation?
25      A  He said that -- he said that they were nearing

Page 142

1   the end and they were, like, wrapping things up. Yeah, I
2   believe that's what he said.
3       Q   Did he say anything about facts of case?
4       A   No.
5       Q   Or about what the dispute involved?
6       A   No. Well, he said, you know, like, about unpaid
7   bills with the Phil Ehr campaign, I believe.
8       Q   Ah. What did you say to him on that call?
9       A   I gave him my email address. It was I think the
10  second time that he called me that month. I didn't answer
11  the first time. And then, you know, he asked if I would
12  talk with -- with their -- with their team. I said I
13  would. And then, like I said, then I received the
14  subpoena.
15      Q   Have you spoken with him since then?
16      A   No, sir.
17      Q   Have you spoken with anyone from Grassroots
18  Analytics since then?
19      A   Yeah, I spoke with Katie and the folks at Ali &
20  Lockwood on the document side. They helped me with some
21  technical stuff for exporting emails, and walked me through
22  a little bit of, like, what kind of information they were
23  requesting in the subpoena.
24      Q   Other than a description of what they were
25  requesting in the subpoena, were there other discussions

Page 143

1   with the Ali & Lockwood firm?
2       A   No, nothing outside of the subpoena and the
3   documents.
4       Q   Did you have any discussions with them about the
5   subject matter of the case?
6       A   I can't believe so. In the list in the subpoena,
7   they gave me a breakdown of the document type they were
8   looking for and the content they were looking for, as well
9   as I shared with them search terms that I used in
10  searching.
11      Q   After you produced those documents, have you had
12  any further discussions with the Ali & Lockwood firm?
13      A   Just on scheduling the deposition.
14      Q   Did you have any substantive discussions about
15  the deposition with them?
16      A   No.
17      Q   Have you spoken with anyone else about this case
18  after the phone call from Danny Hogenkamp?
19      A   From the Grassroots team?
20      Q   Yes.
21      A   No.
22      Q   Have you spoken with anyone else at all about
23  this case since the call from Danny Hogenkamp?
24      A   Yeah. I mentioned earlier I spoke with Bill
25  Hyers and I've texted with David Keith. I -- oh, I forgot

Page 144

1   to say this earlier. I did call you after receiving the
2   subpoena, and I also spoke to my father about the case.
3       Q   You've already discussed what you spoke with Bill
4   Hyers about. Did you already provide the complete
5   substance of what you spoke with David Keith about?
6       A   I don't recall if I did or not, but I'm happy to
7   elaborate a little bit now. I just talked to him about
8   whether or not he was being deposed, if he had been
9   deposed, what his status was in this lawsuit, and then his
10  recommendation to me, because this was before I accepted
11  the online subpoena that I was talking to David Keith about
12  it. He suggested that I just do the subpoena to take the
13  deposition and get it over with.
14      Q   Did you have substantive discussions about the
15  facts of the case with David?
16      A   No.
17      Q   Now, when's the last time you spoke with Phil
18  Ehr?
19      A   Maybe July of 2024.
20      Q   So you haven't spoken with him since, let's say,
21  shortly after you left the Campaign?
22      A   Yeah, that's accurate.
23      Q   And you had no conversations since then with
24  Vanessa Brito?
25      A   I have not.

Page 145

1       Q   Just a second here.
2       A   Oh --
3       Q   Was there a time --
4       A   Oh, I'm sorry.
5       Q   Go ahead.
6       A   I can't recall if -- I might have texted Phil
7   after getting the subpoena, but I don't recall if I did or
8   not. And I might not have. Sorry. Yeah.
9       Q   Now, you were at one point in some kind of a
10  substance abuse rehab; is that correct?
11      A   Yes.
12      Q   And when was that?
13      A   July of 2024.
14      Q   At approximately the time you left the Campaign?
15      A   After leaving the Campaign, yeah.
16      Q   So what -- what was the substance abuse problem?
17      A   Yeah, I had a -- I had a problem with -- with --
18  with opiates.
19      Q   And so would it be true to say that you were
20  using opiates while you were performing services for the
21  Ehr Campaign?
22      MS. ZOGHI: I would object. What's the basis? What's
23  the relevance of this line of questioning?
24      MR. PRESS: Your objection's noted. Go ahead.
25      MS. ZOGHI: Do you have a response to that objection?

37 (Pages 142 to 145)

Page 146

1  What's the relevance of this line of questioning?
2       MR. PRESS:  Your objection is noted.
3       MS. ZOGHI:  This is -- I mean, this is inappropriate.
4  This is --
5       MR. PRESS:  You don't represent this witness.
6       MS. ZOGHI:  -- counsel, right?  And --
7       MR. PRESS:  You don't -- you don't represent this
8  witness.  Sir, could you answer the question, please?
9       MS. ZOGHI:  Dan, he's an unrepresented witness, and
10 you're asking him about private health information without
11 even offering an explanation for what the possible
12 relevance could be to this case.  If you have a basis to
13 say it's relevant, then just make your argument on the
14 record.  Put it on the record.
15      MR. PRESS:  Sir, can you answer my question, please?
16      A   I would say, at times, I was under the influence
17 during the Campaign, yes.
18 BY MR. PRESS:
19      Q   Thank you. Then let me ask this: Does being
20 under the influence of any medications now that would
21 impact your ability to remember or testify truthfully?
22      A   No.
23      MR. PRESS:  Okay. All right.  Give me a minute here.
24 Can we go off the record for a couple minutes? I'll be
25 back.  I may be finished, may not.  Hold on.

Page 147

1       THE VIDEOGRAPHER: Okay.  The time is 4:49 p.m., and
2  we're going off the record.
3       (off the record)
4       THE VIDEOGRAPHER: Okay.  The time is 4:51 p.m., and
5  we are back on the record.
6       MR. PRESS:  I don't have any further questions for
7  this witness.
8       MS. ZOGHI:  I do have a quick follow-up.
9  FURTHER EXAMINATION BY
10 MS. ZOGHI:
11      Q   You mentioned just now that you called Mr. Press
12 after receiving the subpoena. Do you remember when you
13 called him?
14      A   Shortly after receiving it.
15      Q   And do you remember, did you actually talk to Mr.
16 Press?
17      A   I did.  I left him a message, and he called me
18 back.
19      Q   And approximately how long was that call?
20      A   It was a short call.
21      Q   What did you talk about with Mr. Press?
22      A   I just informed him that I had been subpoenaed.
23 I thought maybe it was a courtesy to the Ehr Campaign.
24 And, yeah, he suggested that I maybe don't send documents
25 that had, like, Rob Ross on them, or he asked that I share

Page 148

1  documents with him as well, but I ended up just dropping
2  them in the Dropbox and not sort of, like, parsing out, you
3  know, who's on the chains. I just provided all the
4  documents I had, and that was it.
5       Q   Nothing substantive?
6       A   Nothing substantive.
7       MS. ZOGHI:  Ok, those are all my questions. Thank you
8  for your time.
9       THE WITNESS:  Thank you.
10      THE VIDEOGRAPHER: Thank you.
11      THE REPORTER: Sir, you have the option -- you're not
12 represented, so I have to explain it to you. You can read
13 and review the transcript, and if there's some small error,
14 you can correct it, like a spelling or something very
15 minute, or you can waive that.  It's your choice. But you
16 have to say if you want to review and read it and sign, or
17 waive it.
18      THE WITNESS:  I guess I'll waive it.
19      THE REPORTER: Okay.  All right.
20      THE WITNESS:  Can I --
21      THE REPORTER: Go ahead.
22      THE WITNESS:  Never mind.  Thank you.
23      THE REPORTER: Okay.  All right.  And Ms. Arianna,
24 will you be ordering a transcript today?
25      MS. ZOGHI:  Can we get back to you on that?

Page 149

1       THE REPORTER: Sure.  I just need to know, because if
2  we have a rough draft that we're doing, I have to get
3  started on it right away, so that's why I'm asking now.
4  But I'll email you, and you can email me back.
5       MS. ZOGHI:  We'll order transcripts for regular
6  delivery.
7       THE REPORTER: Okay.  And still the rough draft as
8  well, correct?
9       MS. ZOGHI:  Yes.
10      THE REPORTER: Okay.  And Mr. Press, will you be
11 ordering a copy?
12      MR. PRESS:  I don't know.  I'll ask you to please --
13      THE REPORTER: Send you an estimate?
14      MR. PRESS:  -- send me -- yeah, get me an estimate of
15 what the copy would cost.
16      THE REPORTER: Gotcha.  All right.  And Mark, you can
17 go ahead.
18      THE VIDEOGRAPHER: Yeah, I got a similar question, but
19 for the video, the video order.  So, Ms. Zoghi, will y'all
20 want a copy of the video of today's deposition?
21      MS. ZOGHI:  Can we delay that for now? Do we have to
22 order a copy, or can we let you know that later?
23      THE VIDEOGRAPHER: If possible, on the record would be
24 good.  If not, I'm sure they'll work with you.
25      MS. ZOGHI:  Okay. We'll get back to you on that, if

38 (Pages 146 to 149)

Page 150

1 that's OK.
2 THE VIDEOGRAPHER: Okay. Sounds good. Mr. Press,
3 would you happen to know?
4 MR. PRESS: I could tell you I probably will not be
5 ordering the video.
6 THE VIDEOGRAPHER: Okay. Very good. And I think
7 that's it for me, then. Lauren, do you have anything else?
8 No? Okay. Very good.
9 Well, in that case, the time is 4:54 p.m., and we're
10 going off the record.
11 (Whereupon the proceedings were adjourned at
12 4:54 PM)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 152

1 CERTIFICATE OF DIGITAL REPORTER
2 STATE OF VIRGINIA:
3
4 I, LAUREN N. FRIDLEY, CDR-3190, RON, do hereby
5 certify:
6 That the witness whose deposition is
7 hereinbefore set forth was duly sworn, and that
8 such deposition is a true record of the testimony
9 given by such witness.
10 I further certify that I am not related to any
11 of the parties to this action by blood or marriage,
12 and that I am in no way interested in the outcome
13 of this matter.
14 IN WITNESS WHEREOF, I have hereunto set my
15 hand this 21st day of OCTOBER, 2025.
16
17
18 _____
19 Lauren N. Fridley, CDR-3190
20
21
22
23
24
25

Page 151

1 CERTIFICATE OF OATH
2
3 STATE OF VIRGINIA
4
5 I, the undersigned authority, certify that
6 JAKE BRIGGS remotely appeared before me and was duly
7 sworn.
8 WITNESS my hand and official seal this 21st day of
9 OCTOBER, 2025.
10
11
12
13
14 _____
15 Lauren N. Fridley, CDR-3190, RON
16 NOTARY PUBLIC â€" State of VIRGINIA
17 My Commission Expires: June 30, 2028
18 Commission No. 7699515
19
20
21
22
23
24
25

Page 153

1 ERRATA SHEET FOR THE TRANSCRIPT OF:
2 Case Name: Phil Ehr for Congress Campaign Committee
3 vs. Grassroots Analytics
4 Dep. Date: OCTOBER 21, 2025
5 Deponent: JAKE BRIGGS
6
7 CORRECTIONS:
8 Pg. Ln. Now Reads    Should Read   Reason
9 __ __ _____   _____   _____
10 __ __ _____   _____   _____
11 __ __ _____   _____   _____
12 __ __ _____   _____   _____
13 __ __ _____   _____   _____
14 __ __ _____   _____   _____
15 __ __ _____   _____   _____
16 __ __ _____   _____   _____
17 __ __ _____   _____   _____
18 __ __ _____   _____   _____
19
20 _____
21 Signature of Deponent
22 SUBSCRIBED AND SWORN BEFORE ME
23 THIS ____ DAY OF _____, 2025.
24 _____
25 (Notary Public) MY COMMISSION EXPIRES:

39 (Pages 150 to 153)

**A**

**Aaron** 33:22,24
56:15 100:1 103:7
103:11,12,13
105:25 106:17
109:18 110:3,10
111:19 113:13
120:9
**ability** 34:13
146:21
**able** 8:19 9:8 34:18
73:25 75:15 80:10
84:19 91:6 97:16
100:9,12 110:24
130:17 134:21
**Absolutely** 22:3
**absurd** 124:5 125:5
**abuse** 145:10,16
**accept** 14:17
**accepted** 144:10
**access** 8:19 9:3,9
26:7,8,18 127:18
**account** 30:14,25
80:2,8,11 95:17
117:21,23
**accounts** 130:12
**accrue** 95:13
**accurate** 11:25
14:20 17:9 47:18
76:14 78:15,20
79:8 87:22,25
88:2 96:25 98:13
98:16 99:21
105:15,16 117:1
117:17,18 120:4
122:2,8 144:22
**accurately** 112:21
**acknowledgments**
7:18
**acquired** 52:25
53:13
**acquisition** 27:16
28:21,22 29:4
34:11,15,21,23
35:14,22 52:12,15
52:17,18,20 80:18
80:24 82:16,19,21

110:11,16,23
111:4,8,10,10,21
112:1
**act** 79:13
**ActBlue** 32:11
50:13,17 51:4,12
51:13,15,16,18,21
51:25 79:24 80:2
80:5,6,8 84:9 90:7
90:22 124:14,16
124:18,20
**action** 70:5 111:1
112:8,18 152:11
**active** 74:18,22
**activities** 32:13
**activity** 28:16
**additional** 28:18
**address** 13:14
30:16,17 46:16
142:9
**addressed** 39:3
118:16
**addresses** 30:18
**addressing** 14:13
**adjourned** 150:11
**administer** 7:18
**advice** 13:22
**advise** 117:11
**advised** 19:19
**advising** 103:12
119:13
**advisor** 19:15
71:15
**afternoon** 93:25
141:12
**agency** 31:17
**aggressive** 34:11
36:18,21 37:1
39:1,2 40:2,5,23
57:15 77:8,13
83:3 104:20
**aggressively** 57:12
**agree** 7:19 10:6
36:15 56:20,22
57:6,8 117:2,3
**agreed** 115:24
116:6 119:17

**agreement** 5:12,16
5:17 48:23 49:21
57:24 59:16,22
60:2,25 61:14,18
61:22 65:8
**agrees** 91:13
**Ah** 140:2 142:8
**ahead** 40:10,11
47:16 65:13,14
145:5,24 148:21
149:17
**aiming** 111:3
**Ali** 3:3 142:19
143:1,12
**amount** 69:13
80:15 81:23 82:11
89:20 90:2 102:18
113:1 114:1 121:6
121:10 124:5
125:6 126:10,13
137:8,14,19
**amounts** 35:24
76:10,23 95:8
124:10,10 126:15
136:18
**Analytics** 1:6,8
7:11 8:5 12:10,10
12:14 37:10 41:9
81:10 87:10 88:6
142:18 153:3
**Andrew** 54:16
97:11 109:19
118:8
**Anna** 132:16
134:13
**announced** 99:16
100:7
**answer** 11:5,10,16
11:21 34:16 57:21
72:16 142:10
146:8,15
**answered** 88:20
**answers** 10:23,24
**anymore** 113:24
**appear** 24:18,20
89:8 90:6 92:1
**appeared** 151:6

**appears** 27:4 49:21
52:10 62:4 67:20
68:1,4 82:2,24
84:25 88:19 89:13
91:12 104:19,21
120:21 129:13
132:2
**appreciate** 55:17
67:10 140:20
**approach** 111:15
112:6
**appropriate** 124:17
**approval** 21:6,17
21:19 22:4 56:4
108:24 109:4
114:2
**approving** 106:7
**approximately**
32:1 71:23 145:14
147:19
**April** 132:18,18,22
132:25 133:13,17
134:7,10,14 135:2
**argument** 146:13
**Arianna** 3:7 8:4
148:23
**arianna.zoghi@a...**
3:8
**arrangement**
108:12,19
**arranging** 109:2
**ASAP** 90:8
**asked** 46:6,10,10
46:16 58:20 59:20
87:17,18 88:7
89:16 90:23 113:8
119:3,10 141:19
141:22 142:11
147:25
**asking** 10:3 11:15
13:13 16:21 59:3
72:5 79:23 86:1
86:17 87:17,20
88:5 113:21
137:22 146:10
149:3
**asks** 36:3 74:18

84:8 86:12 89:24
101:10 135:3
**aspects** 29:3 71:16
85:8
**assessment** 56:20
56:22 57:6
**assigned** 7:16
**assume** 11:10
12:11 25:1 27:8
45:25 69:18 81:4
130:5 133:22
**Assuming** 9:8
**assumption** 65:2
**attach** 123:23
**attached** 65:16
66:9,22 68:13,24
**attachment** 65:15
**attorney** 9:10
16:22 71:17
122:13,15 141:13
**attorneys** 3:2,10
121:7 122:10,14
122:19
**attracted** 18:20
**August** 24:1 29:9
29:15 58:9 59:13
60:10 61:25 63:25
67:8,22 71:9
79:11,20 81:18
83:13 85:11,22
89:11
**Authentic** 16:9,13
62:11,14 140:12
**authority** 21:17
40:12 41:1 116:21
117:5,24 151:5
**authorized** 7:18
57:11
**available** 80:9
124:20
**Avenue** 3:12
**average** 20:20
**aware** 21:6,9,18
33:13 36:20 37:9
39:4,6 48:6,7,9,16
48:19,20 49:18,24
57:18 61:8,11

62:5,8,16,19 84:3
85:9,11 92:9
95:20 96:8,23
97:1,15,19,22
98:13 106:6 133:6
140:7,9,9
**awareness** 21:2,4
84:7

**B**

**back** 16:21 39:13
52:7 55:21,22
56:3 61:3 65:4,4
68:11 70:21 72:22
72:22 73:23 75:22
77:21 78:1,14,23
79:1,6 82:5 93:1
93:23 105:3 112:8
113:25 120:3
121:8 125:5,10
130:19 134:11
136:17 141:8
146:25 147:5,18
148:25 149:4,25
**background** 15:23
**balance** 65:19 67:1
67:17,25 90:9
93:14,18 98:9
115:10
**balances** 119:4,14
**bank** 80:2,8,10
117:23
**bare** 23:20,21
**based** 31:17 36:15
44:19 135:4
138:16
**basic** 14:14 52:5
**basically** 82:22
112:10
**basis** 145:22
146:12
**Bates** 37:22 38:4
39:14,14 58:4
101:2 109:17
118:6
**bathroom** 140:21
**began** 41:15

**beginning** 24:1,4
26:1 27:17 36:3
38:24 43:20 57:15
77:23 78:2,5
138:6
**begins** 109:23
**behalf** 7:7 22:7,10
22:14 49:10 60:16
**believe** 19:23,23
23:3,17 26:8,12
26:16 28:1 29:1
30:21 32:3,17
33:1,25 36:22
41:3,5 42:14
43:21 44:12 45:7
46:9,9 50:18,21
53:16 54:9 60:17
61:20 62:8 74:24
74:24 78:25 79:8
79:12 84:6 87:22
93:19 94:8,11
96:1,10 98:11
99:25 100:1,3,20
102:20,22 103:2
103:17 105:1,5,19
106:7 107:13
108:14 112:15,24
113:3,7 114:7,23
115:4,8 116:7,10
116:16,19 117:10
117:13 121:6,12
121:19,21,25
122:6,9,22 124:2
127:7,22,24,25
129:23 130:11
131:10 134:17
136:2,20 137:1,22
138:2,6 140:16
142:2,7 143:6
**believed** 88:3,14
101:16,17 127:23
**benefit** 11:3
**best** 11:22 47:19
91:14 117:9
141:18
**better** 91:7 111:7
125:23

**beyond** 28:18 52:1
**big** 22:20 53:18
**bigger** 84:23
**bill** 12:25 13:3 15:9
32:10 33:17 47:16
80:24 81:9 84:19
99:25 112:18
113:5 123:7,12,17
123:18,19,21
124:4 125:5
132:10 138:12
143:24 144:3
**billing** 95:19
134:18
**bills** 61:4 65:6
67:15,17 81:14
108:4,5 129:4
135:4 142:7
**bit** 16:2 26:4 77:9
113:18 123:18
142:22 144:7
**blank** 9:21
**blanked** 9:16
**blood** 152:11
**blue** 25:5 79:13
129:25
**body** 46:5 65:6
104:5 138:23
**bold** 114:8
**bones** 23:20,21
**bottom** 9:3 26:22
52:24 71:8 80:16
83:18 102:15
114:8,9 118:14
123:10 129:2
132:21 133:13,15
138:12
**Bradley** 63:20,22
83:10 84:11 93:7
93:13
**break** 11:13,14,15
11:17 55:14 92:19
140:21
**breakdown** 119:4
119:13 136:7
143:7
**breaks** 11:17

**Briggs** 1:21 2:10
7:12,17,22 8:4,7
9:5 86:25 141:12
151:6 153:5
**bring** 32:20 109:9
**bringing** 120:10
**Brito** 16:25 17:3
45:16,17 123:6
124:23 144:24
**Brito's** 45:18
138:17
**broke** 16:2
**brought** 46:4 71:14
138:7
**budget** 106:6
138:16
**budgetary** 136:11
**budgets** 78:15
**builds** 112:19
**built** 33:4 34:7
**bumping** 73:3
**bunch** 137:23
**buy** 27:10,20,25
28:1

**C**

**C** 3:1
**call** 14:2,9,16 15:10
22:24 28:8 43:21
46:4 47:12 51:3
55:6 59:5 75:1,18
75:23 76:9 77:8
77:14 78:12 86:11
86:18,20,23 107:4
107:6,8 108:9
115:3 129:17
130:18 131:14,22
131:23 133:3,19
133:23 134:1,10
138:22 139:9
141:15,17,21,23
142:8 143:18,23
144:1 147:19,20
**called** 7:23 14:7
24:12 25:24 28:21
141:18 142:10
147:11,13,17

**calling** 75:7
**calls** 10:5
**campaign** 1:3,14
1:15 7:10 12:3,4,5
12:5,9,14 16:13
17:17,24 18:2,11
18:16,21 19:1,4,6
19:7,8,10,14,18
20:2,6 21:13,14
21:15,16,18 22:8
22:11,14,18,20
23:2,5,7,9,11,23
23:24 24:4,6
25:23 26:1,3,22
27:16,17 28:5,11
28:14,16,17,19,23
29:10 30:1,19,25
31:18,19,24,25
32:2,4,9,13,19,22
32:25 33:3,10,22
35:9,19 36:24
38:25 40:19,21
41:7,7,10,15
45:18,24 46:2
48:6,8,18,20 49:5
49:11,16 50:2,11
50:13,16,25 51:2
51:25 52:12 53:4
53:9,24,25 54:8
54:14,22,24 57:18
57:23 59:20 60:12
60:16 61:4,8,11
61:18 62:6,16,22
63:3,9 64:3,7
66:13 68:5,5,24
69:23 70:7 71:12
71:16,16,17,21
72:2 74:7,17 75:1
75:2,15,22 77:5
77:20,23 78:16
79:6,10 82:10
83:1 84:1,22 85:1
88:10,14,17 89:20
90:16 93:20 94:13
96:5 98:8 100:13
103:20,20 104:23
105:3,12,15,20

106:6 108:1,3,18
110:10,22 113:5
113:24 114:1,12
114:18 115:6,24
116:6,8,13 118:17
118:17,22,24
119:8,18 120:6,10
120:14,18 121:17
122:24 123:20
124:18 125:2
127:16,21 128:3
129:6,7,17,22,24
130:13 132:3,7
134:16,19,23
136:7,17,24 137:3
137:8,14 138:6,13
138:14,21,22,25
139:1,14,16,17
140:11 141:14
142:7 144:21
145:14,15,21
146:17 147:23
153:2
**campaigns** 16:10
16:11 17:12 18:23
23:14,16,18 29:25
35:14 43:20 51:17
62:14 76:12 77:2
77:6,12 126:7
140:12
**Campaign's** 23:25
29:14 31:20 36:16
62:25 67:7 77:19
78:10 118:20
119:4 122:18
123:25 124:8
135:23
**candidate** 22:18
100:7
**candidates** 29:21
75:19 77:8
**capacity** 55:11
**card** 127:19
**cards** 127:8 128:1
**care** 38:2
**career** 17:14 23:15
**caring** 30:4

**carries** 34:15
**case** 8:5 15:6
141:20 142:3
143:5,17,23 144:2
144:15 146:12
150:9 153:2
**cash** 38:2 63:4,8
65:5 84:9 93:19
94:10 97:24
112:19
**Cassie** 31:12,14
35:4 93:7,13
130:4,5,9
**categorize** 44:9
78:8
**CC** 30:16
**CCd** 56:16 64:23
**CDR-3190** 1:24
151:15 152:4,19
**cell** 9:24
**cents** 39:13
**CEO** 37:9 86:1
**certain** 10:17 36:6
76:10,23
**Certificate** 4:6,7
151:1 152:1
**certified** 2:11
**certify** 151:5 152:5
152:10
**chain** 41:21 42:23
44:12,13 58:5
63:18 71:3 79:17
80:17 83:9 85:19
90:3 93:6 97:10
101:3 109:18
110:3 113:25
119:15 121:13
123:7 124:21,22
132:14 134:11
135:2
**chains** 148:3
**challenges** 20:2
**change** 19:21,25
20:3,4 36:3,9,11
117:16 136:13
**changed** 20:8
**changes** 20:1

**characterize** 17:20
**charge** 48:12
105:25
**charging** 127:8
**chat** 5:4,5,9,10,22
6:1,2,4,16,17,20
9:3 24:12,13,18
24:22 25:16 87:7
91:22 128:11
129:12 133:14
135:16
**chats** 10:5 89:16
**check** 86:2,9 87:11
88:1 91:5
**checking** 86:18
**child** 105:2
**choice** 148:15
**choose** 50:6,9
**CHUNG** 3:11
**circle** 121:7
**city** 8:9 52:2
**claimed** 117:14
**clarify** 14:25 65:10
111:20
**Claudia** 101:3
109:19 115:19
132:14,24,25
135:2
**clear** 11:4 88:17
**Click** 62:7,9,11,14
62:17,19
**client** 96:6,6
**Clinton** 16:1,5
**close** 118:20
**closing** 118:18,24
**code** 32:11
**collecting** 50:24
51:1
**collection** 57:23
**Collective** 62:7,9
62:11,15,17,19
**Columbia** 1:2 7:25
**com** 30:23
**come** 16:16 18:16
76:18 86:20 105:3
**comes** 78:1 86:3
87:13 88:4

**coming** 25:5,7
34:10,22 67:22
80:5,9 86:14 94:5
126:9 139:22
**comment** 129:2
**commenting** 63:20
**Commission**
151:17,18 153:25
**commitments**
76:10,11
**committee** 1:3,14
1:16 7:11 12:3
22:18 141:14
153:2
**committing** 140:17
**common** 27:16
69:4
**comms** 138:13,15
**communicate** 10:4
10:8 96:22
**communicated**
36:20
**communication**
13:18
**communications**
12:19 33:21
**compared** 23:16
77:2
**compensated** 69:7
69:10
**compensation**
69:19,22
**competitive** 29:20
100:11
**competitiveness**
77:11
**complete** 11:25
21:7 50:3 59:8
144:4
**compliance** 30:12
31:14,15,16,17,17
31:18,20,21,23
32:6,9 51:18
63:22 68:1 71:4
79:18,23 80:23
83:11 93:8 96:12
98:23 99:6,13

117:16 130:6,22
133:1,8 134:13,13
134:22,24
**computer** 8:14,15
8:16 10:13 109:9
**concern** 37:24
**concerned** 82:15
82:23
**concerns** 104:11
**conduct** 14:18
**confirm** 9:11 16:22
113:13
**confirmed** 113:15
**Congress** 1:2,13
7:10 12:3 24:2
26:4 30:20 141:13
153:2
**consent** 127:9
**conservative** 38:12
111:16 112:5
**consideration**
100:9
**considered** 100:5
**consistent** 38:23
39:3 57:14 73:11
96:2 101:14 105:7
112:13 136:8
138:8
**consultant** 17:21
19:1 21:23 71:12
103:16,17,18
123:19
**consultants** 22:22
23:20 33:19
**consulting** 17:18
64:6 95:25
**contact** 20:23 24:5
26:21 50:14,15,16
51:10,20 53:5
139:16,17
**contacts** 26:21
27:17,18 28:15
50:4 52:19,21
53:14,18
**contemplating**
138:13,14
**content** 24:13

106:8 143:8
**contents** 52:13
**context** 111:8
**continuation** 27:4
**continue** 83:24
84:5,20 91:9,10
93:14 94:12 97:16
97:25 98:17 100:9
120:19
**continuing** 34:22
104:11
**contract** 38:10
48:21 49:4,14,19
49:24 58:21 60:12
60:19,22 61:12
62:2,5 111:12
118:18,21,24
120:15 121:23
122:2,8 138:3
**contracts** 22:7,10
22:13,15,17 59:4
59:20 122:25
**contribution** 32:9
53:5
**contributions**
32:12 75:9 124:9
126:9,23
**conversation** 14:15
41:25 42:17 43:1
43:14 44:23,24
108:6,22 109:6
110:4,8 112:13
128:15 134:7
135:5,22 141:19
**conversations**
12:21,24 36:23
45:2 84:7 122:21
122:23,23 144:23
**convert** 75:15
**converting** 74:19
74:22 75:8
**conveying** 44:13
**copied** 55:10 94:21
94:24
**copy** 10:13 17:6
22:1 111:25 114:2
149:11,15,20,22

**core** 100:4
**correct** 18:6 19:3
22:12 24:3,7,14
28:20 34:5 40:16
41:23 42:5,8,11
43:8 44:15,18,21
45:13 46:15 47:21
49:6 50:4,18
51:23 52:6 54:11
54:12 56:14,17
57:16 59:17 60:11
60:17 63:21,23
64:1,18 66:14
67:16,19,24 68:2
69:1 73:10 74:4,6
74:9 75:4 79:21
82:8,13 88:12
92:8 94:4 102:6,8
102:14 106:18,20
113:1 119:9 120:2
121:6 145:10
148:14 149:8
**CORRECTIONS**
153:7
**correctly** 26:9
43:23 63:7 75:6
**corrects** 84:13
**cost** 34:16 134:21
134:22 136:8
149:15
**costs** 35:14 136:7
139:7
**counsel** 7:12 41:24
42:25 70:15
128:14 135:23
139:21 146:6
**Counterclaim-D...**
1:19
**Counterclaim-Pl...**
1:9
**couple** 146:24
**course** 64:3 68:21
**court** 1:1 2:11 7:14
8:6 10:22 65:24
70:23
**courtesy** 147:23
**co-workers** 117:15

**Crash** 85:24
**created** 76:9
**credit** 127:8,19
128:1
**CRM** 53:6,8,10
**current** 17:10
101:11
**currently** 15:25
140:7
**Customer** 53:11
**cutting** 118:25

**D**

**Daily** 20:17
**Dan** 141:12 146:9
**DANIEL** 3:15
**Danny** 13:25 14:4,6
37:7,9,14 42:14
43:11,14 44:20
46:25 89:9,14,15
89:23,24 90:16,21
91:13,14 92:10
93:24 94:5,9
98:20,23 99:4,12
101:3,7 106:21,25
107:2,2,9 108:7
108:13 109:18
110:4 111:1,15,24
112:5,14,17,22
115:18 118:7,16
119:15 129:1
132:14 133:4,19
133:24 134:2,7
141:16 143:18,23
**Danny's** 112:8
135:5
**darker** 25:4
**dash** 57:9
**data** 61:14,18 65:7
131:1,1,4
**database** 32:11
51:4,5,21 53:4
**date** 7:8 13:5 45:25
54:7 60:10 61:25
66:18 67:21,22
71:20 81:18 125:1
153:4

**dated** 35:6 49:7
56:13 83:13 102:7
103:9 106:19
**dates** 32:1,4,24
103:19
**David** 13:1 14:19
18:10,14,17 21:15
24:24 25:1,10
27:10 33:4,17
34:6 35:4,8,17
36:2,20,23 37:6
37:13,17,23 38:5
38:18 39:4,21
40:25 41:3 44:11
47:16,20,25 49:10
54:16,18 55:2
58:6,20 59:3,20
63:19 71:4 74:2,7
76:4,14 79:17,22
80:17 82:1,14
83:10,15,20,23
84:3,8,16 85:6,25
86:12 87:6,18,21
88:7 89:15 92:1,9
92:12 93:7,13
95:3,16,22 96:11
96:13,15,22 97:2
97:11,11,23 98:2
98:3,5,6 99:19
100:1 102:12,21
103:1,6 104:4,14
104:22 105:13,18
105:22 109:19
111:16 114:5
123:7,12 138:6
143:25 144:5,11
144:15
**Davies** 39:21 54:16
54:18 97:11
109:20 114:5
**day** 20:18,20,23
38:15 43:1 74:12
81:20 83:21 86:3
86:4 87:12,13
103:24,25 104:2,2
128:19 131:6
151:8 152:15

153:23
**days** 74:8
**day-to-day** 20:6
105:11,21
**debrief** 133:18
134:4
**debt** 70:7 106:22
107:12,14,18,20
107:24 112:23
**debts** 129:6,7
**December** 118:12
128:15 129:12
**decided** 47:16,25
48:1
**decision** 32:20
47:22 48:4 99:20
99:20,23 100:6,11
100:15,18,21
104:9 105:17,19
116:13,18,19,22
116:25 117:7,15
117:19,20,24
118:20 139:8
**decisions** 20:25
21:3,5,7,8,13,14
21:15,17,21,24
22:4
**decision-making**
33:12,16 41:6,8
55:11
**decline** 116:25
117:5,7,15
**Defendant** 1:7 3:2
**deferred** 136:9,12
136:15
**definitely** 29:3
69:17 77:1 85:4
**delay** 86:5 87:14
116:25 117:7,15
149:21
**delayed** 27:11,19
27:25 28:3 48:13
**delays** 69:4,18,21
73:13
**delivering** 134:19
134:24
**delivery** 149:6

**Dep** 153:4
**departments** 23:23
**depending** 80:15
  104:2
**depends** 23:7 96:4
**deponent** 7:11
  153:5,21
**depose** 8:20
**deposed** 8:12 13:13
  144:8,9
**deposit** 90:8 91:2
**deposition** 1:21
  2:10 7:1,9,17 10:9
  10:9,13 12:2,17
  12:21 14:18,24
  15:13,17 17:3
  57:24 76:4 128:21
  141:15 143:13,15
  144:13 149:20
  152:6,8
**describe** 112:21
  131:13
**described** 17:23
**description** 5:2
  142:24
**design** 85:7
**despite** 79:9
**detailed** 119:3
**developer** 15:25
**Dew** 58:6,12 97:12
  101:4 109:20
**died** 73:3
**Diego** 58:6,12
  97:11 101:4
  109:20
**different** 17:12
  20:1,2 23:18,23
  46:3 75:13 77:5
  77:11 78:14 90:24
  104:17 110:17
  134:22
**differently** 23:16
**difficult** 26:5
**digital** 4:7 15:25
  16:4,9 32:17,23
  103:12,14 120:10
  120:20,22 152:1

**direct** 20:8 57:25
  60:2 61:3,4
**directed** 39:4 92:2
  130:7 131:5
**direction** 33:14
  36:17,21 40:22
**directional** 40:12
  41:1
**directly** 19:5,10
  46:22 47:9 50:19
  87:3 95:19 96:23
  140:14
**director** 138:13
**direct-mail** 58:17
**disappointing**
  75:23
**disclosure** 52:4
**discuss** 13:10 14:9
  125:17 126:1
**discussed** 52:9
  112:22 144:3
**discussing** 57:22
  60:3 64:17 114:24
  115:4
**discussions** 88:23
  92:12 115:7
  142:25 143:4,12
  143:14 144:14
**dispersed** 36:5,9,12
**dispute** 90:2
  102:18 112:25
  113:3 142:5
**disputed** 136:10
**disputing** 121:10
**dissatisfied** 88:10
  121:14
**district** 1:1,2 7:24
  46:5
**dive** 75:22
**document** 10:18
  15:14 16:17 24:8
  24:11 26:25 30:6
  30:11,12 31:4
  34:24 35:3 37:3
  37:13,14 41:18
  42:19 45:3,5
  48:23 49:2 56:4

58:1 59:8,12,22
  61:14,19 63:10,15
  64:12 65:19 66:5
  70:10 71:1 73:16
  79:13 81:5,8,9
  83:6,9 85:16
  86:25 89:1 91:18
  91:21,21 93:2
  94:17 97:6 100:22
  101:23 102:2
  103:3 106:9,15
  109:13 115:11
  118:2,7 123:1,5
  125:19 128:8,11
  129:8 132:10
  133:10 135:12
  142:20 143:7
**documents** 8:20,25
  10:12,17 15:19
  34:3 57:23 128:20
  143:3,11 147:24
  148:1,4
**DocuSign** 59:8
**doing** 10:23 32:2
  35:9,18 40:19
  51:18 52:15 53:23
  80:18 82:15 95:18
  95:23 126:20,22
  127:4,13,15 149:2
**dollar** 39:12 78:13
  78:22 79:2 126:10
  126:12,15
**dollars** 30:2 69:14
  76:13 79:1
**Donahue** 54:16
  97:11 109:19
  118:8
**donate** 50:6,9
  51:25
**donated** 50:12 51:8
  51:14 75:16
**donation** 50:13
**donations** 80:3,12
  126:15
**donor** 39:22 50:14
  51:1 53:14 76:21
  127:18

**donors** 28:18 50:4
  50:20,22,25 51:2
  51:4,5,8,21,25
  53:19 74:18,23,25
  75:7,12,15,20
  77:25 78:13
  110:20
**door** 76:13
**doubt** 25:6,9,17
  128:16
**downloaded**
  124:20
**dpress@chung-p...**
  3:16
**draft** 149:2,7
**driven** 117:1,21
**driver** 26:10,15,16
  131:11
**driving** 40:23
  117:7
**drop** 100:19
**Dropbox** 148:2
**dropping** 99:16
  148:1
**drove** 117:14,19
**DS** 30:5
**due** 67:21,22 68:3
  82:11 89:20 95:8
  95:9,10
**duly** 7:23 151:6
  152:7
**duties** 19:16,24
**dynamics** 85:10
**D.C** 3:5 31:18

       **E**

**e** 3:1,1 8:19
**earlier** 40:14 44:12
  47:8 54:19 57:15
  73:12 111:12
  112:13 143:24
  144:1
**early** 35:9,18 36:23
  40:19 41:6 54:9
  79:11 114:15,25
  141:14
**Eastern** 7:9

**easy** 9:2
**edits** 21:25
**effort** 21:23 100:14
**efforts** 24:5 63:1
  79:10 116:9
**Ehr** 1:2,13,14,16
  7:10 12:3,4,4,14
  16:24 17:3,24
  18:4,7,16 19:7,8
  20:15,25 21:11,25
  22:7,10,13,16
  24:2 25:5 26:20
  30:20,21,24 36:5
  41:10,15 42:3
  44:12 47:3,20
  48:16 49:16 53:8
  54:14,22 58:22
  59:13 60:8,16
  63:3,10 64:8,12
  64:23 65:19 77:13
  77:18 78:9 79:5
  79:18 86:1 87:3
  87:17 88:5,20,24
  89:9,14,24 90:5,7
  90:16 92:2,6,10
  94:17 95:17,18,23
  96:8,14 97:6 98:2
  98:5,16 99:15
  100:2,22 105:12
  106:9 107:4
  108:12 109:13
  112:18 116:24
  117:11,14,17
  118:9 121:25
  122:6 123:6,7,12
  124:13,23 130:1,3
  130:8 131:21
  132:2,10,15 133:4
  133:6,18,24 134:1
  134:14 137:6,12
  138:14 140:7
  141:13 142:7
  144:18 145:21
  147:23 153:2
**Ehrs** 91:16
**Ehr's** 18:1,21 26:3
  41:24 42:25 47:13

97:3 118:2,17
123:1 128:14,22
139:1 140:11
**eight** 115:4 116:1,2
**either** 10:13 54:21
90:19 98:2 121:18
**elaborate** 23:12
144:7
**ELECTRONIC...**
1:23
**elevated** 126:10,12
**em** 57:9
**email** 3:8,16 5:7,13
5:14,15,18,19,21
5:23,25 6:5,6,7,8
6:9,10,11,12,13
6:14,15,18,19 9:6
14:8 16:10 28:8
28:24 29:1,11
30:16,17,18 31:9
31:12 32:15 35:3
35:17 36:3 38:12
51:7 52:16 56:9
56:15 57:1,20
58:5 59:12 61:2,9
61:12 62:3,23
63:18,20 64:16
65:6 66:9,14,17
66:18 68:13,23
71:3 79:17 81:20
81:23 82:1 83:9
93:6 94:3,21,23
95:2 96:13 97:10
101:3 102:12
103:6 104:4,6
105:6 106:16,17
109:18 110:2
111:17 115:11,18
118:14,15,15
119:3,15 121:13
122:11,11 123:5
123:11,16 124:4
124:13,21,24
125:5 132:14,15
132:20,21 133:3
133:20,23 134:11
134:12 135:6

140:14 141:21,22
142:9 149:4,4
**emailing** 115:23
**emails** 10:5 21:25
28:9,11 31:1 54:5
55:10 65:12 66:22
102:10 118:7
130:9,9,11 142:21
**employee** 19:2,4,8
103:15
**employees** 23:1
**employer** 52:3
**employment** 16:14
19:6
**encourage** 78:11
**ended** 96:19 148:1
**engage** 13:16
**enter** 17:3
**entered** 48:6,20
**entice** 30:3
**entire** 26:8 33:5
82:11 97:24
**entirely** 130:13
**entities** 117:25
136:19
**EOM** 56:4
**EOQ** 81:1 82:6,9
**Errata** 4:8 153:1
**error** 84:16 148:13
**especially** 41:6
43:20 100:10
**ESQUIRE** 3:7,15
**established** 53:12
**estimate** 20:21
149:13,14
**evaluated** 126:14
**Evan** 138:8,10,11
**Evans** 56:16,18
**everybody** 140:25
**everyday** 28:15
**evidence** 127:12
**evolved** 29:3
138:24
**exact** 13:5 32:4
35:23 69:13
122:23
**exactly** 14:22 23:4

27:21 57:21 76:20
77:7 78:25 85:10
95:24 107:16,16
129:23 131:4
134:25 139:6
**Examination** 4:3,4
4:5 8:2 141:10
147:9
**examined** 7:25
**example** 66:21
**exchange** 92:13
98:20 120:5
**exhibit** 5:3,4,5,6,7
5:8,9,10,11,12,13
5:14,15,16,17,18
5:19,20,21,22,23
5:24,25 6:1,2,3,4
6:5,6,7,8,9,10,11
6:12,13,14,15,16
6:17,18,19,20
16:16,17,19 24:8
24:10 26:25 27:3
30:6,9 34:25 35:3
37:3,5 41:18,20
42:19,21 45:3,5
48:24 49:1 52:7
54:19 55:13 56:5
56:8,10 58:1,3,4
59:9,11,23,25
61:15,17 63:11,13
64:13,15 65:4,7
65:20,23 66:5,19
68:10,11,23 70:11
70:12 73:16,18
74:1 79:14,16
81:5,7 82:3 83:6,8
85:16,18 86:25
87:2 89:1,3 91:18
91:20 93:2,5,23
94:18,20 97:7,9
98:19 100:22,25
101:24 102:1
103:3,5 106:10,12
109:14,16 115:11
115:13 118:3,5
123:2,4 125:10
128:8,10 129:9,11

132:10,13 133:10
133:12 134:12
135:13
**exhibits** 5:1 9:20
125:12,22
**exit** 5:11 45:3,5,8
45:16,20 46:6,10
46:11,14 52:7
125:10
**expect** 69:25 70:5
**expected** 86:19
**expenses** 68:25
69:5,8,11,16,21
70:1 73:14 119:1
136:8
**expensive** 35:12,15
**experience** 18:24
126:7
**experienced** 17:21
126:7
**Expires** 151:17
153:25
**explain** 39:10 76:6
136:3 148:12
**explanation** 146:11
**exporting** 142:21
**e-depose** 68:9

**F**
**fact** 94:13 106:4
**factors** 76:24 100:5
**facts** 142:3 144:15
**fair** 11:11,12 17:20
44:5,7,9
**fairly** 103:23,23
**fall** 74:8,13
**falling** 76:2 77:1
**familiar** 41:9 54:17
**far** 10:24 36:16
90:12 96:25 98:13
**farther** 82:14 84:13
**fast** 37:18
**father** 15:3 144:2
**FEC** 70:8 129:5
**federal** 52:3
**fee** 97:21
**feel** 134:23
**feeling** 43:15,15

**feels** 130:14
**fees** 95:13
**felt** 43:5,17,24,25
44:13 134:19
137:20
**field** 71:14
**file** 139:23
**filed** 141:16
**filings** 70:8
**fill** 105:8,18 125:3
139:10
**filled** 105:10
**filling** 139:13
**final** 21:17 22:4
48:3 100:18
116:21
**finance** 28:16
78:14
**Finances** 5:20
**financial** 15:25
63:10,24 64:2,12
64:16 66:12,21
74:19,23
**find** 10:18 45:14
46:12
**fine** 38:20,21 65:10
140:3
**finish** 11:16
**finished** 72:1
103:20 114:12
129:21 146:25
**fire** 38:5
**firm** 16:10 29:2,5,8
30:13 32:17
120:10,20,22
134:22 143:1,12
**firms** 29:7
**firm's** 96:24
**first** 7:23 12:13,16
12:25 14:8 42:24
43:4 52:2 66:17
66:18 76:6 90:8
95:2 110:2 114:5
114:13,18 116:4
118:11,14 123:10
123:14,22 128:2,5
130:3,7 139:7

142:11
**five** 23:23 55:19
**five-minute** 92:19
**flat** 97:20
**Fleming** 129:19
**Florida** 12:9 18:5
  18:24 20:10,13
  30:4 75:22
**flow** 63:4,8
**fluid** 138:21
**focusing** 29:10
**folks** 98:24 110:15
  116:20 119:13
  142:19
**follow** 76:12 90:9
  93:24 141:22
**following** 43:10
  57:8
**follows** 7:25 72:7
  73:2 89:23 113:13
**follow-up** 147:8
**forgetting** 100:3
**forgot** 143:25
**form** 20:23
**format** 66:16
**former** 31:9
**forms** 53:6
**forth** 61:3 113:25
  152:7
**forward** 108:2
  124:24
**forwarding** 32:15
  123:6 124:22
  125:2
**Foster** 132:16
  134:13
**found** 47:9,10
**Foundation** 16:1,5
**four** 22:23 112:17
**fourth** 56:21
**fraud** 124:7 125:7
  140:17
**fraudulently** 127:7
  128:1
**free** 47:7 62:6,20
**frequently** 23:6
**Fridley** 1:24 2:11

7:15,24 151:15
  152:4,19
**friend** 15:4
**friendly** 123:22
**front** 27:23 39:22
  59:6 88:7 114:13
**Fuck** 38:20
**fulfilled** 122:1,7
**full** 8:6 11:24 38:5
  88:18 136:25
**fully** 35:15
**fundraise** 75:3
**fundraising** 16:4
  16:10 19:18 24:1
  24:6 26:3 28:6,7,8
  28:18,24 29:3,15
  29:25 30:2 31:18
  31:20,20 32:13,17
  32:23,23 36:18
  54:5,14 57:25
  58:17 61:3,9,12
  62:3 63:1 78:3,10
  79:9 83:25 84:5
**funds** 27:22 77:21
  84:24 100:13
**further** 4:5 88:23
  143:12 147:6,9
  152:10
**future** 95:19
**Fwd** 59:8 123:1

**G**

**GA** 132:15
**gasoline** 38:5
**general** 15:22
  29:14 79:3
**generally** 12:8 17:9
  22:5,16 28:21
  32:8,22 40:5
  62:25 65:5,12,16
  75:2 77:23
**George** 25:24 26:2
  26:12
**getting** 23:2 39:13
  50:16 61:23 72:18
  73:13 76:23 77:20
  78:13,22 79:6

80:13 145:7
**give** 10:24 11:24
  13:15,19 27:5
  40:17 72:12 76:10
  76:11,12 107:14
  107:17,19 111:7
  146:23
**given** 27:16 74:25
  152:9
**giving** 40:22 43:5
  75:8,12
**go** 16:21 37:18 38:5
  38:11 39:18 40:10
  40:11 47:16 52:7
  65:4,13,14 68:11
  70:15,16 73:19
  76:25 82:5 92:21
  93:23 95:17 106:8
  107:15 128:10
  139:4,5,8,23
  145:5,24 146:24
  148:21 149:17
**goal** 74:15,15
  123:25
**goals** 30:2 86:22,24
**goes** 71:7 109:24
  118:12
**going** 15:22 16:15
  24:10 27:2 30:8
  34:11 35:2 36:25
  41:20 45:4 55:12
  55:25 56:7 61:17
  63:1 65:4,15,21
  65:22 67:6 68:20
  70:19,22 74:8,13
  86:2,3,8,9,19
  87:11,12 90:17,22
  92:16 93:5,23
  96:14 97:9 98:23
  100:8,18 104:3
  106:21 107:11
  108:1,2 112:8
  113:5 116:14
  125:5,10 127:22
  132:5 136:3 147:2
  150:10
**good** 10:24 89:6

110:24 141:12
  149:24 150:2,6,8
**goodwill** 92:16
**Gotcha** 149:16
**gotten** 108:24
  109:4
**Graham** 33:20
  100:2
**Graham's** 34:1
**Grassroots** 1:6,8
  7:11 8:5 12:10,10
  12:11,14 13:12,18
  14:12 36:21,23
  37:1,10,23 38:4,9
  38:11,14 39:5,15
  41:9,14 46:25
  47:17,23 48:1,4,7
  48:13,17,21 49:4
  49:20,25 50:19,21
  51:6,7,9 52:10
  53:14,23 54:7,13
  54:25 55:3,9
  57:19 58:5,13,13
  58:21 60:13,24
  61:9,12,19 62:2,6
  62:23 67:18 68:7
  79:10 80:21 81:3
  81:10,15 82:1,11
  83:16,21,24 84:3
  84:4,23 85:2,3,13
  86:1 87:10,16,18
  88:6,10,15 89:21
  91:9 92:7 93:14
  93:21 94:14 95:2
  96:9 97:3,15,19
  98:9,12 99:9
  101:1,5,17 103:3
  104:5,12 105:21
  106:2 109:17
  111:2,25 113:2
  114:1,2,17,25
  115:10 116:22,25
  117:8,12 118:2,6
  118:6,15,16,18,21
  119:8 120:11,15
  120:18,19 121:1,2
  121:14,22 122:1,7

122:24 123:2
  124:1 125:3,17
  126:1,4,19,22
  127:4,7,13,14,18
  127:25 131:7,17
  131:19 132:8,20
  133:7 135:3 137:9
  137:15,20,23
  140:10,13,16
  142:17 143:19
  153:3
**Grassroots's** 113:6
**great** 9:20 10:3
  55:17,23 125:13
  140:22
**ground** 46:5 96:16
  138:24
**group** 27:7 74:2
  99:22 100:4
**groups** 30:4
**grow** 57:11
**guess** 26:4 45:24
  70:13 80:12
  105:10,10 111:9
  129:3,5 148:18
**guest** 9:14
**guidance** 13:14,15
  13:19 19:19 40:15
  40:17,22
**guys** 12:16 76:2
**GW** 26:6 48:13
  136:14

**H**

**H** 3:4
**half** 91:3 140:1,4
**halfway** 53:22
**hand** 7:21 38:2
  65:5 84:9 93:19
  94:11 97:24
  112:19 151:8
  152:15
**handle** 120:10
**hands** 20:5
**Hang** 16:20
**happen** 70:5 150:3
**happened** 108:11

131:16 134:9
**happening** 14:14
    75:5 76:19 78:16
    79:5 85:9
**happy** 48:16 144:6
**hard** 10:13 20:22
    37:18 75:19 76:10
    76:20 77:7 96:7
**harder** 77:16
**head** 10:25
**heading** 53:21
    125:16,25
**health** 146:10
**hear** 11:8 132:7
**heard** 11:11 41:12
    62:9,11,14
**hearing** 134:6
**heavily** 29:11
**heavy** 23:19 34:15
    82:15,19
**held** 2:10 7:9
**help** 32:11 61:9
    62:3
**helped** 47:6 142:20
**helping** 31:19
    96:15 123:19
**hereinbefore** 152:7
**hereunto** 152:14
**hesitation** 75:21
**Hey** 139:21
**Hi** 8:4
**high** 82:23 83:1
    111:4 112:3
    114:10,11 124:9
    127:12
**higher** 126:7,15
**higher-than-typi...**
    126:3
**highlighted** 119:23
**high-dollar** 124:10
**high-level** 71:15
**hint** 125:6
**hire** 48:1,4
**hired** 31:23
**history** 53:5
**hit** 86:22,23
**hits** 79:14,24 80:2,8

80:10
**Hogenkamp** 14:4
    37:7,9,15 42:15
    89:9 92:10 101:3
    109:19 115:18
    118:8 129:1
    132:15 141:16
    143:18,23
**Hogenkamp's**
    43:11
**Hold** 146:25
**holiday** 90:21
**home** 8:14
**Hopefully** 9:12
**hopes** 97:24
**hoping** 28:17 75:18
    76:2
**hosts** 53:5
**hour** 87:6
**hours** 84:18 139:22
**House** 20:6 101:8
    105:13,14 129:24
    130:12
**housed** 53:13
**houses** 52:25
**Hyers** 12:25 13:3
    13:11,15 15:9
    33:18 99:25 123:7
    123:12,17,18,19
    123:21 124:4
    125:5 143:25
    144:4

**I**
**idea** 72:8 75:14
    111:7 134:3
**imagine** 92:17
    110:15 131:15
    138:16 139:12
**iMessage** 5:8 6:3
    37:3 89:1
**immediate** 126:14
**immediately** 63:7
**impact** 146:21
**importance** 96:24
**important** 34:12,18
    97:3,5

**inappropriate**
    146:3
**include** 29:3 33:11
    50:15 111:21
**included** 65:13,15
    67:12 126:15
**includes** 50:14
    66:25 67:3
**including** 128:20
**income** 67:8
**increase** 126:16
**independent**
    103:15,17
**INDEX** 4:1
**indication** 119:25
    120:5,14
**indirectly** 120:19
**INDIVIDUALLY**
    1:17
**individuals** 71:4
**influence** 146:16
    146:20
**info** 50:22
**information** 14:12
    50:8,14,15,25
    51:2,10,20,24
    52:5 53:5 66:12
    119:11 121:1
    125:3 127:19
    142:22 146:10
**informed** 147:22
**infrastructure**
    23:22
**initiated** 107:8
**input** 46:19
**Institute** 25:25
    26:2,6,12 48:13
    136:14
**instructed** 119:12
    133:6
**instructions** 70:10
**intended** 82:11
    84:23 85:1 99:5
**intending** 88:18
**intention** 86:7
**intentional** 126:4
**intentionally**

117:22 126:20,24
    127:1
**interact** 20:15 23:5
    103:22
**interacted** 23:8
**interchangeably**
    12:4
**interested** 152:12
**interesting** 18:24
**interface** 32:5
    106:5
**interfaced** 105:24
**interfacing** 54:25
    55:8 105:21
**internal** 30:2 74:15
**interpret** 128:22
**interpretation**
    27:22
**interrupt** 140:5
**interruption** 47:1
    139:22
**interview** 18:18
**introductions**
    124:17
**investment** 39:7
**invoice** 5:6,24 30:6
    30:13 70:10 72:12
    72:21 81:11 95:5
    100:22 101:23
    102:4,5 111:2
    112:9 113:9,10
**invoices** 72:23
    88:15 94:17 95:20
    96:9 97:6,17
    101:11,21 116:9
    116:15 117:6
    119:7,17 120:7
    121:2 133:7
**invoicing** 113:17
    113:22
**involved** 15:1 21:1
    21:24 22:2,24
    33:12,16,18,18,21
    36:22 40:21 41:5
    41:8 47:22 51:1
    55:8 77:12 84:6
    85:7 99:20,23,24

99:25 100:1,2,2,2
    100:20 110:7
    115:6,8 122:17,21
    142:5
**involvement** 49:13
    60:18
**issue** 15:1 113:6
    125:17 126:1
    127:17 128:3,6
    132:4
**issues** 19:19 63:4
    79:9 90:17 102:23
**items** 134:20
    136:21
**it'll** 8:24 9:16 84:14

**J**
**Jake** 1:21 2:10 7:12
    7:17,22 8:7 30:20
    30:20,24 86:13,25
    95:17 101:7
    124:16 130:20
    135:12,16 151:6
    153:5
**jake@ehrforcon...**
    30:22
**Jersey** 18:15
**Joanna** 129:14,16
    129:17,19
**job** 1:25 10:24
**Johnson** 3:20 7:6
**joined** 16:25 20:7
    138:21,22
**joining** 29:22
**Josh** 95:2 101:4
    109:20 113:15
    115:19 118:8
    120:25
**July** 14:20 18:3,8
    19:13 20:10 24:1
    24:5,19 27:8 29:9
    29:15 31:1,1,6,9
    33:1 35:6 38:15
    41:14,25 43:2
    45:9,10,12 48:21
    49:7 54:9,9,10
    55:1 68:3 123:6

124:23 137:1
139:2,20 144:19
145:13
**July-August** 57:17
**June** 33:2 45:11
135:24 138:19
151:17

**K**

**K** 24:24
**Katiana** 58:6,12
59:16 97:12 101:4
109:20
**Katie** 9:5 14:8
142:19
**Katz** 31:14,16,17
31:23,24 32:5
63:22 64:6 67:25
71:4 79:18 83:10
93:8 117:16 130:5
130:22 133:1,7
134:13,13,23
**Kaut** 56:16,18
**keep** 34:20,21 86:8
90:22 92:16,17
**keeping** 51:22
**Keith** 13:1,23
14:10,19 18:10,13
18:14,17 25:2,10
25:21 26:11 27:10
33:4,17 34:6 35:4
35:8,17 36:2,20
37:7,14,17,23
38:5,18 39:4
40:25 41:3 44:11
47:20 55:2 58:6
58:20 59:3 63:19
71:4 74:2,7 76:4
76:14 79:17,23
80:17 82:1,14
83:10,15,20,23
84:4,8,16 85:6,25
86:12 87:7,18
89:15 92:1,9,12
93:7,13 95:3,16
95:22 96:11,13,15
96:22 97:11,23

98:2,3,5,6 99:19
102:12,21 103:1,6
104:4,14,23
105:13,22 111:16
123:7,12 143:25
144:5,11
**Keith's** 49:10 97:2
98:12 105:18
**Kevin** 58:7,12,16
58:20
**kicked** 16:20
**kind** 14:14 22:2
28:15 35:16 51:24
52:5 57:17 80:12
84:16 86:19 105:6
105:8 126:1 128:2
142:22 145:9
**kinds** 20:25 32:13
**knew** 40:5 85:14
90:13 96:25 97:18
**know** 10:10,20 11:8
11:14 12:11 13:8
14:11,12,14 15:7
18:7,10,13 19:7
20:5 21:23 23:1
25:16 26:19,19
27:24 28:4,12
29:5 32:1,4,12,21
32:22,24 35:23
36:2,2 39:2 40:1
46:8,16 47:25
49:16,19,22 50:21
51:14,24 54:1,21
57:21 60:24 61:1
64:8,10 70:7,9
71:18,19,20,22,23
72:1,3 74:22
75:14,17 76:19,22
77:5,7,10,24
78:11,15 79:13
83:20,22 85:5,9
86:16 88:3,3 92:9
92:11,15 93:17
94:22,22 95:24
96:17,18 98:15,16
101:18 102:16
103:16,19 104:1,9

104:25 105:23
108:22 110:22
116:11,18 120:22
122:10,15 123:17
123:25 124:17
125:7 126:21
127:6,10,18,20
128:5,7 129:21
130:9,14,23,24
131:3,14,15,21
132:1,4 134:1,4
134:15,17 135:7,8
135:9,10 136:14
136:16,17,24
137:3,5,17 138:3
138:5,5,14,20
139:5,9,10,15
142:6,11 148:3
149:1,12,22 150:3
**knowledge** 11:22
138:24
**known** 38:6

**L**

**Lancaster** 118:9
**large** 38:11 76:5,16
**largely** 22:22 139:6
**largest** 22:23
**late** 29:9 45:11 68:6
71:7 79:11 95:13
130:14
**launch** 29:10,16
32:3 33:5,13 34:6
34:13,19 35:11
36:17 38:24,25
43:25 57:17 63:8
110:12,23
**launched** 61:5
**Lauren** 1:24 2:11
7:15,24 150:7
151:15 152:4,19
**Lawler** 117:16
138:10,11
**lawsuit** 12:18,20
13:4,24 144:9
**lawyer** 117:10
122:3 123:23

**lay** 101:11 119:16
**laying** 111:15
**learn** 12:13
**learned** 12:16
**leave** 139:1,3
**leaving** 140:11
145:15
**left** 37:13 104:23
104:25 105:4,9,14
105:22,24 113:17
113:21 125:12
137:1 139:11,14
139:16,18 144:21
145:14 147:17
**legal** 7:6,7
**let's** 38:12 39:16,18
89:3 91:5 144:20
**level** 22:24 77:11
**levels** 82:23
**Lewis** 95:2 101:4
109:20 113:15
115:19 118:8
120:25
**limb** 108:21
**limited** 35:13
**line** 30:16 45:14
46:12 79:22
101:18 145:23
146:1
**link** 8:23
**LinkedIn** 17:6
**list** 25:11,22,25
26:1,3,6,7,10,13
26:14,17,18,20,21
29:2 34:21 35:23
42:10 49:25 50:2
50:3,21 52:11,18
65:5 82:20 143:6
**listed** 138:8
**listened** 13:22
**listing** 129:6
**lists** 24:5 27:20,23
27:25 28:1,4,5,13
29:4 48:11,14
50:16 51:7 52:25
53:13 67:17,25
70:7 136:13

**litigation** 141:16,24
**little** 16:2 23:20
43:25 53:22 60:14
70:4 77:9 82:14
84:13 86:21 87:6
123:17,23 139:16
142:22 144:7
**living** 15:24
**LLP** 3:3
**Ln** 153:8
**loading** 38:17
**loan** 136:14
**loans** 117:17
**local** 138:24
**located** 8:8 20:10
20:13
**locked** 86:22
**Lockwood** 3:3
142:20 143:1,12
**logistical** 12:20
**long** 16:6 96:19
147:19
**longer** 138:12,14
**look** 9:16 17:9
39:14 66:8 68:9
79:16 81:7 89:3
90:4 97:9 102:1
110:2 133:12
135:21
**looked** 36:15 43:2
56:23 57:3,7
66:18,19 89:16
124:22 133:23
**looking** 13:13 27:5
29:22 43:10 66:4
66:9,25 81:21
91:2 94:3 126:6
126:17 134:12
143:8,8
**looks** 17:17 24:14
26:24 42:3 63:19
64:21 72:18 79:22
81:11,14 85:22
109:24 110:4
113:15 116:1
128:25
**loop** 98:23 99:5

looped 21:18 99:12
loss 67:4,7
lost 26:7
lot 35:9,18,25
  57:11 76:17,24
  100:11 110:17
  124:11,11
lower 38:1 86:21
  113:18
lying 99:4

**M**

M 3:15
machine 44:1
mail 28:24 29:11
  32:12 57:24,25
  58:1 60:2 61:3,5
main 96:6 122:17
major 21:7 22:4
  100:8
majority 97:4
making 21:25
  79:10 99:20 100:5
  116:8 136:18,22
  136:23
manage 105:14
manager 16:4
  22:24 45:24 46:5
  53:11 129:17
  138:13,15,15,22
  138:23,25
managing 51:3
  54:13 55:6
mark 3:20 7:6
  16:15 24:10 27:3
  30:8 35:2 37:5
  41:20 42:21 45:4
  49:1 55:12 56:8
  58:4 59:11,25
  61:17 63:13 64:15
  65:21,23 68:10
  70:12 73:17 79:16
  81:7 83:8 85:18
  87:2 89:3 91:20
  93:5 94:20 97:9
  100:25 102:1
  103:5 106:11

109:16 115:13
118:5,8 123:4
128:10 129:11
132:13 133:12
149:16
marked 16:17 24:8
  26:25 27:3 30:6
  34:24 37:3 41:18
  42:19 45:3 48:23
  56:4,7 58:1,3 59:8
  59:22 61:14 63:11
  64:13 65:20 70:11
  73:16 74:1 79:14
  81:5 83:6 85:16
  86:25 89:1 91:18
  93:2 94:17 97:6
  100:22 101:23
  103:3 106:9
  109:13 115:11
  118:3 123:2 128:8
  129:8 132:10
  133:10 135:12
marketing 18:15
  42:9
marking 68:16
marks 76:9
marriage 152:11
match 76:25
matter 7:10 143:5
  152:13
McAnespie 97:12
  109:21
McLean 3:13
Meadowlark 29:7
  29:8,8 30:13
  32:16,18,20 52:12
  52:15,21,25 53:13
  53:18 56:18
  113:23,23 136:13
  136:24 137:4,7,13
  137:18,19,22
  138:4
mean 12:11 13:17
  14:4,21 18:22
  21:4 23:12,21
  25:21 27:14,15
  29:23 34:8,9,10

35:21,22,24 36:5
40:12 41:5 43:16
43:18 51:1 75:11
78:6 80:1 82:6
85:8,14 86:7,21
94:10 95:22
107:11,17 110:14
110:16,16 111:9
117:20 126:2,12
126:21,25 128:22
129:3 136:9,20
146:3
Meaning 86:23
means 27:19 39:7
  39:11,12 95:24
  110:17 136:15
meant 49:25 74:10
  74:22 82:18 86:16
  92:15 93:17 96:17
  96:18 107:16
  110:19 111:8
media 18:14 33:22
  123:19 140:13
medications 146:20
meet 15:16
meeting 9:4 131:6
  131:9,11,13,17,19
Megan 56:16,18
  97:12 109:20
memo 5:11 45:3,5
  45:8,16,20,21
  46:6,10,11,14,19
  46:24 52:7,9
  53:20 125:10
memorialize
  115:23
memory 30:14
  36:16
mentioned 10:16
  13:12 15:10 47:8
  116:1 141:14
  143:24 147:11
mentions 25:11
message 26:22 27:7
  41:21 42:4,24
  43:5,10,20,22
  44:2,25 47:7,9,11

49:25 83:25 84:5
86:13 87:18,21
88:5,9,13,16,21
88:24 89:15 91:3
98:22 99:10
101:18 118:11
128:18 129:5
130:3,7 131:15
133:13 135:15,19
135:21,24 136:4
136:11 138:18
147:17
messages 24:12,18
  25:4,5,10,16 27:4
  37:6 42:22 44:19
  47:17 51:9 53:9
  89:8 91:22 92:1
  129:25
messaging 19:19
  44:11 54:14,25
  55:4 60:13 78:17
  78:18 83:25 87:3
  105:22 106:3
met 18:14 107:2
method 27:16,20
  52:17
metric 29:20,23,25
  78:12
middle 11:15,18
  25:10
mid-October
  104:22
mind 8:6 70:16
  76:21 139:23
  148:22
minute 146:23
  148:15
minutes 55:18,22
  140:1 146:24
missing 17:10
misspoke 78:24
mistaken 133:19
  134:2
moment 99:7
Monday 38:19
money 29:19,20,23
  33:5 34:7,9,10,13

34:14,18,22 35:24
36:5,8,12 37:23
57:11 74:18 76:10
76:23 77:16 80:7
80:8 85:2,13
86:19 97:4 100:10
108:4 112:2
117:21,22 137:7
137:10,13,16,19
137:23,23
moneys 86:13
month 36:17 60:13
  71:23 95:13 116:2
  142:10
months 116:2
move 34:13,18,22
  111:4 112:1
moving 33:5 34:7,9

**N**

N 1:24 2:11 3:1
  151:15 152:4,19
name 7:6,15 8:4,6
  34:1 43:5 52:2,2
  153:2
named 117:10
names 54:20
name's 141:12
NE 3:4
nearing 141:25
need 11:13,15
  27:10 72:15 87:10
  140:3 149:1
needed 21:7 134:20
needs 73:6 131:1
  133:18
negative 67:9
negotiate 60:21
negotiated 49:17
negotiating 49:13
neither 90:5 102:21
  103:1
net 67:8
never 76:6,16
  107:2 148:22
new 8:9 18:15
  28:18,24 60:12

75:8 80:3 110:19
110:20 120:10
**NGP** 32:11 52:22
53:3,4 54:5
117:15
**Nice** 123:9
**nodding** 10:25
**notary** 2:12 7:17,24
151:16 153:25
**note** 16:23
**noted** 7:12 16:24
145:24 146:2
**November** 114:15
114:25 115:21
116:4 118:11
120:9,25 121:5
123:11 124:4
**number** 5:2 20:22
23:14 43:11 52:1
95:5,6,9 102:5
110:24 112:17
**numbers** 50:3,5,11
56:23 57:2,7

**O**

**oath** 4:6 11:20
151:1
**oaths** 7:18
**Obi** 71:4,11,12,20
72:4,18 100:20
105:14,17 109:7
115:8 118:8
122:22 123:8
128:12 129:14
130:7 131:6,14
132:15 133:14,19
135:12,17
**Obi's** 122:15
**object** 145:22
**objection** 145:25
146:2
**objection's** 145:24
**obligations** 121:22
122:1,7
**occasionally** 36:14
**occupation** 52:3
**occurred** 134:4

135:24
**occurring** 136:8
**October** 1:22 2:4
7:2,8 16:7 56:13
64:20,22 66:15
71:7 72:21,22
73:2,5 89:12
97:24 98:10,22
99:9,15 101:5,10
102:7 103:9
105:22 106:3,19
109:24,24 110:3
111:19 113:8
151:9 152:15
153:4
**odd** 43:19
**offer** 47:6 129:3
**offered** 76:12 97:19
**offering** 146:11
**office** 140:8
**official** 19:13,21
151:8
**oftentimes** 21:6
**oh** 9:17,17 31:5
66:20 68:10 91:1
100:20 114:9
124:25 130:13
132:24 140:25
143:25 145:2,4
**ok** 14:19 37:8,16
60:1 65:21 125:15
125:16 133:21
148:7 150:1
**okay** 7:5 9:1,12,17
9:19,22 10:11,16
10:21,22 11:2,18
11:19 12:2,19
13:23 14:9 15:5
15:16,22 16:8,15
16:22,22,23 20:25
27:2 28:17 29:9
30:8,10 31:8 35:2
39:18 41:4 45:4
52:8 55:17 63:2
66:2 68:12,17
69:25 80:16 89:5
91:7 92:19,21

96:13 97:14 101:6
103:15 105:8
110:2 111:15
119:25 123:10
131:5 134:11
140:2,25 141:2,12
146:23 147:1,4
148:19,23 149:7
149:10,25 150:2,6
150:8
**once** 20:18 103:24
103:25 104:2,2
105:6,12 112:9
**ones** 28:18
**one-to-one** 78:23
**online** 8:24 53:5
144:11
**on-the** 138:23
**open** 8:17 9:19
10:14 67:17,25
**Operating** 136:7
**Operations** 132:15
**opiates** 145:18,20
**opinion** 23:10 40:9
75:10
**opportunity** 18:25
**opposed** 52:18
**option** 148:11
**order** 149:5,19,22
**ordering** 148:24
149:11 150:5
**organization** 23:11
23:13 25:24
**organizations** 30:3
**organized** 23:15
**original** 29:1 64:21
127:2
**originally** 84:12
**Oskar** 56:16,18
**outcome** 39:3
152:12
**outline** 33:13
**outreach** 71:15
**outside** 15:14 28:12
30:3 106:4 139:19
143:2
**outstanding** 70:1

84:20 89:25 95:20
96:9 97:6,16 98:9
100:16 101:21
102:4 116:9,14
119:4,7,14,16
120:6 121:1 129:4
133:7
**overall** 21:21 23:8
23:10,13 29:15
36:16 56:21 57:2
**overdue** 67:20 68:1
134:18
**overpromise** 76:24
**oversaw** 19:18
**overview** 76:22
**owed** 67:18 68:24
69:22 89:24 90:2
90:9 93:21 98:9
102:18 113:1
115:10 119:8
121:11 129:6,7
136:19
**owned** 52:12

**P**

**P** 3:1,1
**page** 4:2 5:2 37:17
37:22 38:9 39:14
39:17 49:7 60:7
61:21 90:25 114:7
123:10,11,14,22
**pages** 38:4,14
**paid** 19:5,10 36:4
72:5,12,18 73:8,9
73:12,13 80:25
82:9 83:21 86:4,6
87:13,15 94:10
97:17 108:3,4,5
112:9 113:10,14
114:13 116:22
135:4 136:24
137:8,9,14,16,21
137:25 138:1
140:13
**paragraph** 47:5
56:21 125:16,25
**Parnas** 33:24 56:16

100:1 103:7,22
106:17 109:18
110:3,10 113:13
120:9
**Parnas's** 103:11
**parsing** 148:2
**part** 29:5 31:14
32:20 33:14 34:3
34:14,14 50:24
55:5 57:22,23
62:6 83:1 87:25
88:1 124:8 125:1
125:1,7 126:5
127:2 131:10
134:18,18,21
**participants**
131:25
**particular** 14:13
18:20 29:12 36:13
46:17
**particularly** 38:6
63:17
**parties** 7:19 30:5
152:11
**passive** 77:9,14,15
**pay** 27:18 32:10,10
34:10,22 36:11
61:4 79:10 80:24
82:11 83:16 84:4
84:19 86:3 87:12
88:4,18 89:20
90:17 93:20 98:8
100:10 101:7,17
106:22 107:14,14
107:17 112:18
116:9,14,14
117:11,22,25
120:6
**paying** 62:22 69:4
69:18,21 80:18
93:14 94:12 95:5
108:1 113:5
136:17 137:3
**payment** 72:16
73:13 81:15 83:6
84:23 94:2,15
95:12 98:24 99:9

108:10 112:11
114:24 115:4,9,23
116:4,6,25 117:8
117:15 119:17
120:1,3 121:2
130:20,22 139:19
**payments** 21:19
68:6,6 94:14
106:5 115:5 116:2
116:2 136:9,10,10
136:13,15,18,21
136:22,23 138:8
**PC** 3:11
**pending** 90:8,22
91:2
**people** 10:5 22:24
23:1 38:2 40:20
41:14,15 50:12
73:12,13 76:9,24
76:25 79:18,23
99:20,22 101:4
108:23 110:20
117:22
**people's** 127:8,8
**percent** 39:5,10,17
39:19,23 104:15
111:3,17 114:6
**Perfect** 9:7
**performing** 145:20
**period** 54:1 55:4
57:17 63:1 104:22
129:18
**periods** 96:6
**person** 13:7 23:4,8
32:14 33:21,22
42:7 45:24 46:5
58:6,12 59:16
97:12 101:4 107:1
107:2 109:20
122:17 128:5
138:23 139:12,13
**personal** 8:16 15:4
**personally** 18:7,10
20:16 32:5 122:18
**pertains** 133:20
**Pg** 153:8
**Phil** 1:2,13,14,16

7:10 12:3,4 16:24
17:24 18:1 19:7,8
21:14,18,24 22:6
23:8 25:7,25
26:15,16 30:20,21
33:18 36:4,10,12
41:5,5 42:9 43:21
43:21 44:3,12
46:10,22,22,24
47:7,10,11,20,25
48:7,16 51:3 55:6
59:4,5,19,21
64:23 65:19 79:18
87:3,10,21,23
88:7 89:9 94:17
95:17,18 96:6
97:6,23 98:20
100:2,18,20
105:12,19 106:9
109:7,13 115:8
116:19 117:9
118:2,9,22 119:12
119:13 122:22
123:1,5,7 128:11
128:24 129:14
130:25 131:15
132:10,15 133:4
133:14 134:14
135:5,12,16 136:4
139:9 140:7
141:13 142:7
144:17 145:6
153:2
**Phil's** 16:12 25:23
26:3 45:23 55:6
71:16 134:6
136:14
**Phil-Jake-Obi-Jo...**
129:8
**Phil-Obi-Jake**
128:8
**phone** 9:24 10:5
13:7,9,10 14:2
43:11 50:3,5,11
52:1 106:25 107:3
115:3 133:3
141:15 143:18

**physically** 8:8
**place** 41:25 43:1
128:15
**Plaintiff** 1:4 3:10
**plan** 14:13 29:1,2
33:14 101:17
108:10 111:1
112:8,18,21
114:24 115:4,9,23
116:6 119:17
120:1,3 121:2
130:20,22
**planning** 28:23
84:17,18 85:6,12
98:8 99:8 120:6
**platform** 8:20 68:9
**plausible** 114:16
**plausibly** 90:15
**please** 7:14,21 10:9
10:20,24 11:4,7
38:11 45:14 46:12
79:13 92:21 95:18
141:4 146:8,15
149:12
**pledge** 76:5,7,8,15
**pledges** 76:6,16,17
76:25
**plenty** 55:19 74:17
**plug** 109:9
**plural** 122:14
**PM** 150:12
**point** 19:21,25 23:7
33:4,18,19 40:23
41:14 43:6 45:19
45:20 63:3 82:10
89:19 90:2 91:10
92:10 93:21 96:5
98:9 102:19,24
113:16 116:8,13
122:17 131:12
138:15,17 145:9
**pointed** 42:9
**points** 22:1 130:8
136:21
**political** 17:12,21
**pop** 9:21 10:18
**position** 17:10

19:17
**possible** 12:15
14:21 29:19 30:23
38:11 42:14 47:11
50:20 64:10 78:6
99:5 105:25
110:19 134:9
136:1 146:11
149:23
**possibly** 33:19,22
46:22 130:22
**potentially** 94:16
**prefer** 22:13,16
**prepare** 15:12,16
**present** 3:19 7:12
**Presley** 26:11
**press** 3:11,15 4:4
22:1 141:11,13
145:24 146:2,5,7
146:15,18,23
147:6,11,16,21
149:10,12,14
150:2,4
**pretty** 36:18 63:7
**previous** 26:3
34:23 48:17 62:10
62:13 125:22
**previously** 53:12
**primarily** 54:24
105:20
**primary** 100:11,12
**prior** 16:12 41:9
46:2 48:8 54:21
86:4 87:13
**private** 146:10
**privately** 129:4
**probably** 14:7 33:1
55:20 110:24
139:20 150:4
**problem** 63:8 77:3
88:14 145:16,17
**proceed** 8:1
**proceeding** 7:17
**proceedings** 150:11
**process** 26:5
**processed** 126:23
126:25

**processes** 21:19
**processing** 32:9
86:2,9 87:11 88:1
**produced** 143:11
**professional** 99:17
**profile** 17:7
**profit** 67:3,7
**program** 53:21
54:2 61:3 62:7,9
62:17,19,20 84:18
85:5,8,12 86:8,19
105:22 126:18
**programs** 82:21
**promises** 43:22
**prompted** 124:24
**proof** 127:11
**prospecting** 51:2
**provide** 46:19 49:4
49:25 62:2 144:4
**provided** 60:24
121:15 148:3
**provider** 104:6
**providing** 83:25
84:5
**Public** 2:12 7:24
151:16 153:25
**pull** 125:13
**pulled** 126:24,25
**pulling** 92:18
**purchase** 27:11,19
27:23,25 48:12,13
**purchases** 136:10
**purchasing** 29:6
48:12
**purpose** 115:9
**pushed** 76:23
**pushing** 120:3
**put** 20:22 59:6 88:7
146:14
**putting** 126:6
**P&Ls** 131:3
**p.m** 2:6 7:3,9 42:6
44:22,24 55:21,22
55:24 56:2 70:18
73:20,22 92:22,25
140:24 141:3,7
147:1,4 150:9

## Q

**qualify** 19:7
**quarter** 74:16,19
74:23 81:1,1 82:6
82:12 96:16,20
97:20,25 98:17
112:19
**question** 11:5,7,8,9
11:10,11,16,16,18
34:16,17 47:2
56:25 59:19 84:2
122:5 125:24
146:8,15 149:18
**questioning** 145:23
146:1
**questions** 10:3,17
10:23,25 11:13,21
15:23 102:16
147:6 148:7
**quick** 55:14 147:8
**quickly** 8:19 16:23
33:5 34:7,9,13,19
39:10

## R

**R** 3:1
**race** 18:22 20:6
29:21,22 30:4
77:10,10 95:25
96:3,25 97:3
99:16 100:10
**raise** 7:21 29:19
37:20,24 77:16
102:23 104:11
128:5 132:4
**raised** 30:2 56:23
57:3,7 74:17
126:16 128:2
**raising** 24:8,12,16
24:21 26:25 27:7
41:18,21 42:19,23
73:16 74:2,12
85:16,19 87:7
91:18,22 97:4
100:10
**Ralph** 58:7,12,16
58:21

**ran** 127:2
**range** 124:12
**rate** 124:9 126:3,6
**ratio** 78:23
**reach** 14:6 28:17
42:12 92:6 102:18
102:23
**reached** 12:17 13:1
13:6 14:1 42:7,13
61:8
**reaching** 26:11
41:15 57:18
110:19
**reacquire** 26:1,5,10
26:13,14
**reacquiring** 26:17
**read** 53:12 87:9
148:12,16 153:8
**readily** 124:19
**reading** 47:5,5
**Reads** 153:8
**real** 44:4
**really** 55:6 56:23
57:3,7 71:15
72:15 73:6 75:22
84:17 100:13
105:24 138:20,20
**reason** 11:24 25:6,9
25:17 43:24 99:3
128:16 136:1
153:8
**reasonable** 25:1
**reasons** 118:23
134:17
**recall** 12:15 13:5
14:22 18:19 19:11
21:20 23:3 24:13
24:21,23 26:9,11
27:21 28:3,13
33:2 34:2 37:2
41:16,17 42:13,24
43:5,9,13,15 45:1
45:2,8 46:1,10,18
46:21,23 47:1,3,6
47:12 48:5,11
49:22 51:13 52:16
52:17 54:3,7,15

57:20 59:3,18
61:10,13 62:22,24
63:6,7 69:13
71:22 75:6 78:11
78:19,21,25 79:11
81:4,4 85:14,15
86:11 88:4,8,20
88:22,23,25 90:14
92:14 94:23 96:5
97:18 98:3,4,5,6
98:14,18 99:2,6
99:15,18 101:18
101:22 103:21
104:23 105:23
106:1,4 107:5,7
107:10,16,21,22
107:25 108:8,10
108:22 110:7,9
114:12,17,20,24
115:1,5 116:16
119:12 120:24
122:22,23 124:19
125:9 127:6,23
128:4,18,19,20
129:23 130:17
131:20,23,25
132:1,9 133:9
134:5,6,25 135:1
135:19 136:20,22
137:11 138:9
139:6 144:6 145:6
145:7
**receipt** 81:5,11,12
81:15
**receive** 50:2,5,8
51:9 64:2 70:6
102:9
**received** 14:7,11
35:17 47:11 48:17
64:8 66:23 68:21
93:25 95:12 99:9
101:21 128:19
129:1 139:9
141:15,21 142:13
**receives** 50:4 98:24
**receiving** 65:1
128:18 135:19

144:1 147:12,14
**recognize** 16:19
17:6 24:11 30:11
30:12,15 35:3,5
42:22 43:11 45:5
54:16 56:8 58:5,8
59:12 63:15,16,17
71:3 79:17 81:8,9
83:9 91:21 93:6
94:21 102:2 103:6
106:15,16 109:17
118:7 123:5
128:11 135:15
**recollect** 54:20
**recollection** 15:20
42:14 47:19 57:22
64:25 81:25
101:14 108:14
117:9 134:8
135:20 141:18
**recommendation**
144:10
**recommended**
31:24
**recommending**
112:5
**recommends**
104:14
**record** 7:5,13,16
10:10 11:1,4
16:24 55:25 56:1
56:3 70:16,19,20
70:21 73:19,21,23
92:21,23,24 93:1
131:19 139:23
141:3,6,8 146:14
146:14,24 147:2,3
147:5 149:23
150:10 152:8
**recorded** 131:22,23
131:25
**recording** 10:22
**refer** 10:17 12:2,9
81:3 113:19
**reference** 124:4
**referenced** 54:19
94:3 120:23

122:10 133:23
**references** 131:6
133:3
**referencing** 82:1
110:4 130:4
**referred** 25:22
129:5 130:11,20
137:19
**referring** 10:20
25:13 33:9 44:23
53:22 74:24 80:20
107:13 119:7
122:16 125:8
130:10 131:2,4
133:22 136:15
**refers** 47:20
**refresh** 15:19 64:25
81:25
**refund** 124:14,16
125:17 126:1,3,6
128:1,3,6 132:3,4
132:8
**refunded** 126:10
126:17 127:3
**refunds** 124:5,9,10
124:11,19 125:6
127:12,17
**regarding** 54:25
124:14,16
**regular** 72:23 76:5
76:15 136:8 149:5
**regularly** 66:23
103:23
**rehab** 145:10
**reimbursed** 69:25
**rejecting** 120:1
**related** 10:12 17:18
61:12 152:10
**relates** 96:24
**relationship** 15:8
53:11
**relatively** 141:23
**relaunch** 110:25
**relevance** 145:23
146:1,12
**relevant** 146:13
**reliance** 23:19

reluctance 75:21
remaining 93:14
  93:17,19 95:9
remember 14:22
  28:23 30:23 33:20
  36:8,10 42:15,17
  44:2 47:13 54:13
  64:11 99:12,14
  101:20 107:6,8
  108:6,8,9,16
  115:2,3,3 119:10
  124:23 131:9,10
  131:16 134:9
  146:21 147:12,15
remembered 43:4
remembering
  43:23
reminder 101:23
  102:4
reminders 101:21
REMOTE 1:21 7:1
remotely 2:10 7:10
  7:20 151:6
rental 34:21 50:22
  52:11,18 111:11
rentals 29:2 35:23
  49:25 50:2 82:20
  111:13
repay 117:17
repayment 107:20
  107:23
repeat 11:9 16:3
  22:9 34:17 44:8
  47:2 56:25 84:2
  122:5 125:24
  137:11
repeatedly 77:19
rephrase 11:9
report 63:10,17,24
  64:12,16 65:2
  66:22 67:13 76:7
  76:8 110:24 129:5
REPORTED 1:23
reporter 2:11 4:7
  7:14,15 8:1,6 9:2
  9:7 10:16,22 11:3
  17:2 65:24 66:2

68:15,18 70:23
  106:13 141:4,9
  148:11,19,21,23
  149:1,7,10,13,16
  152:1
reporting 76:15
reports 64:3,9 65:1
  65:3,5 76:5,15
  96:12
represent 25:4,15
  37:6,12 38:10
  61:2 71:17 94:13
  97:10 101:1,2
  109:23 114:21
  136:4 146:5,7
representation
  78:16
represented 41:24
  42:25 105:12
  128:14 135:23
  148:12
representing 8:5
request 36:12
  33:10
requested 36:4,5
  45:14,15 46:12,13
  131:24 137:7,13
requesting 36:8,11
  95:5 132:8 139:19
  139:20 142:23,25
Requests 15:14
require 112:10
required 52:3
Research 36:4,9,11
  117:16 136:13
resend 8:24
resolicit 97:20
  110:11,15,23
resoliciting 75:19
resolicits 111:21,25
  112:9
resolve 129:4
resources 29:10
respect 55:3 106:2
respond 13:18,21
  42:6 121:5 135:5
responded 119:20

responding 15:14
  76:22
responds 84:11
  90:7 95:16 111:1
  111:19,24 119:15
response 47:13
  51:8 72:23,25
  73:5 108:16
  145:25
responses 55:5
responsibilities
  19:16,24 20:3,8
  71:13
responsible 20:9
  54:24 105:14,20
rest 80:25 82:9
  88:2
restroom 55:15
result 75:17
resulting 29:6
results 75:23 76:1
Resume 5:3 16:17
return 39:7 68:9
  77:25 98:19
  126:18 127:2,3
returned 128:20
returning 68:23
  82:3
returns 43:22
  126:14
review 45:15 46:13
  131:1 148:13,16
reviewed 15:19
reviewing 60:18
Re-Launch 106:9
  109:13
re-soliciting 74:25
re-solicits 111:2
  113:9
right 7:21 8:24
  9:16 18:5 19:2
  22:8,11 24:2,6
  27:5 28:15,19
  31:2 34:4 37:14
  39:8 41:22 42:1,2
  43:2,3,16 45:12
  46:14 50:3 55:24

56:2 58:14,18,19
  61:5,7 65:17,25
  66:19,25 67:9,13
  67:14,20 70:18
  73:20,22 74:3
  78:17,23 82:6
  85:20 86:12 87:4
  88:11 91:1 92:2,5
  92:22,25 94:15,16
  96:20,21 111:13
  111:17 112:7
  113:2 114:3,4,7
  114:15,22 120:8
  129:12,25 133:1
  134:18 135:25
  136:7 140:15,24
  141:2 146:6,23
  148:19,23 149:3
  149:16
risk 39:24
risks 38:7
Rob 117:10 119:13
  122:12,16,16,24
  123:7 124:15,15
  131:1,11,24
  133:19 147:25
robocall 44:3
ROI 39:5,7,11,23
  77:19 78:2,5,9
  104:15 111:3,3,4
  111:17 112:3
  114:6,10,11
role 16:6 20:3,9
  31:19 32:18 33:15
  45:18,25 46:2,3
  55:3 62:10,13
  71:13 96:3 103:11
  105:9,11,18 106:2
  138:17,20,24,25
  139:11,13
roles 20:7
roll 106:22 107:11
rolling 112:22
RON 1:24 151:15
  152:4
room 8:10 10:6
  17:4 109:9

Ross 117:10 119:13
  122:12,16,17,24
  123:8 124:15
  133:19 147:25
rough 149:2,7
run 24:2 56:23 57:3
  57:7 100:8,13
  112:9 128:1
running 18:4 26:12
  53:21 54:2 99:17
  101:8 106:5
  131:12 139:14
  140:8

_____

**S**

S 3:1
safe 133:22
saga 25:11,22 26:4
salaries 73:14
salary 69:16,19
  70:1
sales 42:10
satisfied 121:22
  122:5 137:8,14
saw 44:12,24
saying 74:7,13 79:1
  82:22,25 83:20
  86:1 87:11 92:17
  96:2 98:3,5,22
  112:10 132:2
  134:13 137:11
says 9:10,19 24:15
  33:4,8 34:6 35:8
  35:18 37:17,23,23
  38:1,5,18,20
  39:18 45:14 46:12
  57:1,10 72:22
  73:6 74:17 80:17
  80:25 81:12 82:9
  82:14,25 83:15
  84:12,13,16,17
  89:14 91:16 95:8
  95:9,12,22 96:13
  96:22 97:23,23
  101:7,7 102:16
  104:4,5,6 110:10
  111:2 112:2,8,17

114:5 119:16
120:9 122:13
123:21,22 124:13
125:6 130:8,25
132:4 133:18,20
135:3 136:12
138:12
scale 39:5,16,18
54:6
scaling 104:14
111:17
scam 46:25 47:1,4
scammy 47:10,10
scare 123:23 124:1
scared 38:6
Schacht 31:10
32:14 56:15 57:1
61:22 102:13,21
103:1 113:19
schedule 72:23
80:7
scheduling 143:13
screen 9:18 10:18
16:16 58:23 65:25
70:14,22 115:14
125:20
screenshot 42:3
74:1 129:1
scroll 26:23 71:8
89:11 91:5,6
109:25 123:14
seal 151:8
search 143:9
searching 143:10
seat 18:5 99:17
100:8
second 17:16 44:23
56:11 73:19 109:8
111:24 115:15
123:11,15 125:14
125:16,25 131:5
142:10 145:1
section 129:24
140:22
see 8:20 16:22
24:15,24 25:11
27:11 31:7,7,9

33:6 35:8,10
37:12,17,19,21,22
37:25 38:3,8,11
38:13,14,17,22
39:20,24,25 49:7
49:10 52:13,14,22
53:1 56:10,11,12
56:13 57:1,3,5,20
57:24 58:16,20,23
58:24 60:7 61:21
61:22,23,23 64:23
66:3,7 67:6 69:2
71:1,7 72:4,5,6,9
72:14,17 73:1,4,7
73:25 74:20 80:9
80:16,19 81:2,12
81:13,15,17,18
82:17 83:15,17,19
84:8,10,15,20,21
89:18,25 90:1,10
90:11,18,24 91:3
91:4,5,5,7,8,15
92:15 93:15,23
94:1,24 95:10,11
95:13,20,21 97:25
98:1,24,25 101:8
101:9,12,13
102:15,17 103:8
103:10 104:5,7,8
104:15,16 106:23
106:24 109:25
110:5,6,12,13
111:4,6,21,23,25
112:3,4,19,20
113:11,12,17,18
114:6,8,9 115:16
115:20,25 118:13
118:18,19 119:1,2
119:5,6,18,19,20
119:22 120:12,13
120:17 121:3,4,8
121:9,19 123:9,13
123:16 125:1,12
125:19 131:1,7,8
131:8 132:17,19
133:2,4,5,14,17
136:12

seeing 44:2 78:7
seeking 114:2
seen 21:25 49:2
60:5 121:16
selection 125:20
Senate 1:15 12:4
18:5 24:4 29:20
30:4,21 32:4
56:23 57:3,7
65:19 99:16 100:8
100:10 105:13
118:17 130:13
send 9:3 47:6,17
53:9 58:21 59:3
65:24 70:23 86:1
87:10,16,18,19,23
88:5 89:16 90:8
93:13 95:18,19
110:11,23 113:10
114:5 133:7
147:24 149:13,14
sender 128:24
sending 24:24 28:9
28:10 42:3,24
43:4 54:4,5,8
59:15 87:20,21
88:24 97:24 114:3
128:25
sends 26:20 72:21
89:15 114:18
121:1 130:3
senior 16:9 19:15
40:20
sense 29:14 130:1,2
137:24
sent 9:5 28:11,12
28:13 32:14 42:15
43:21,22 44:1,20
46:21,23 47:7,9
49:20 51:7 52:10
59:18 66:15 68:20
73:6 87:7 98:22
99:9 102:12 106:7
129:25
sentence 57:8
sentiment 117:2,3
separate 53:23

68:19
separated 53:17
separately 65:25
September 55:1
63:18,25 64:19
66:13 67:23 72:4
72:8,11,15 74:5
74:16 79:11 85:23
89:23 91:24 93:10
93:10,24 94:15,25
95:3 96:14 97:12
98:10
serious 100:14
served 71:15
services 48:17,23
49:5,21 54:14
57:19,24 59:15,22
60:2,25 61:5,9
62:3,23 84:1,5
88:10,18 90:17
102:24 113:6
118:25 120:16
121:14 125:2
134:14,15 138:4
145:20
session 16:21
set 85:19 91:22
152:7,14
setting 30:1 108:9
settle 115:10
seven 17:16 55:21
shaking 10:25
share 65:25 70:13
70:22 97:2 147:25
shared 34:3 132:1
143:9
shares 67:19
sharing 55:5 61:14
61:18 65:7 94:20
sheet 4:8 65:19
67:1 153:1
shift 23:25
Shirvastava 115:19
shock 38:1
short 74:8,13 76:2
77:1 141:23
147:20

shortly 38:10
101:20 141:20
144:21 147:14
shot 105:5
show 16:15 24:10
27:2 30:8 35:2
37:5 41:20 42:21
45:4 55:12 56:7
58:3 59:11,25
61:17 63:13 64:15
65:21,23 70:12
73:17 83:8 85:18
87:2 91:20 93:5
100:25 103:5
109:16 115:13
118:5 123:4
129:11 132:13
133:12
showed 76:6,16
112:15
showing 10:19 49:1
68:19
shows 66:12 67:7
Shrivastava 101:3
109:19 132:14,24
132:25 135:3
sic 64:19 65:4
side 37:13,14
105:11 125:12
140:13 142:20
sign 9:14 22:13,17
22:19 38:10 57:19
58:22 59:4,16,18
59:21 148:16
Signal 5:4,5,9,10
5:22 6:1,2,4,16,17
6:20 24:12,22
41:21 44:13 74:2
87:3 88:21 89:16
91:22 128:11
129:12 135:15,24
signature 49:10
58:17 153:21
signed 22:7,10,15
59:20 60:7,10,16
60:19 61:11,22
62:5

**signing** 22:14 60:12
**silenced** 10:1,2
**similar** 81:14
  149:18
**single** 39:22
**sir** 7:21 68:18
  142:16 146:8,15
  148:11
**sitting** 117:22
**situation** 43:19
  124:16 125:3
**situations** 20:2
**Six** 17:16
**size** 23:24
**skeptical** 44:5,9,17
  47:8
**slide** 91:7
**slotted** 105:8
**slowly** 86:2,10
  87:11
**small** 23:24 148:13
**social** 33:22 52:19
  103:12
**soft** 76:11
**sole** 19:6
**solicitations** 54:6
**solid** 56:24 57:3,7
**Solutions** 7:7
**somewhat** 96:4,4
**soon** 43:25 90:9
  96:15 124:16
**sooner** 80:14
  137:21,25
**sorry** 16:2 22:9
  25:19 31:3 34:17
  40:10 44:8 47:2
  56:10,11 58:23
  61:23 62:12 64:11
  64:20,22 65:7,9,9
  65:13 66:4,20
  68:10 70:13,23
  86:5 87:14 89:4
  91:6 106:12,12
  114:14 115:14,15
  123:15 124:14
  125:14 129:7
  132:25 135:16

138:22 139:21
  140:4,25 145:4,8
**sort** 19:20 21:22
  23:24 28:14 33:13
  44:16 46:4 51:3
  54:3 55:5,11
  80:16 105:10,10
  106:5 131:11
  138:24 148:2
**sorts** 102:9
**sound** 34:4 42:1
  43:2 45:12 54:11
  54:12,17 61:5,7
  94:15 114:21
  135:25
**sounds** 34:5,5 42:2
  42:2,11 43:3
  45:13 78:17 94:16
  114:4 120:8 150:2
**source** 32:11
**space** 107:14,17
**spammy** 43:6,17,25
  44:14
**speak** 106:25
  122:18
**specific** 30:14 54:7
  94:23 99:7 107:23
  116:17 134:9
  135:20
**specifically** 36:10
  58:16 94:23
  103:14 108:21
**specificity** 131:18
**specifics** 32:21
**spelling** 148:14
**spend** 21:19 34:21
  34:23 37:20 38:19
  38:20 39:12 57:11
  78:1 85:2,7,12
  112:2 114:2
**spending** 21:13,14
  21:15,16,18 35:9
  35:18,22 78:13,22
  82:20,23 83:1
  114:12
**spend-down** 82:15
**spent** 77:20 79:2,7

80:10 84:17
  114:19 137:20
**spoke** 13:1 42:15
  42:16 43:9 44:22
  106:21 107:2
  142:19 143:24
  144:2,3,5,17
**spoken** 142:15,17
  143:17,22 144:20
**spreadsheet** 65:16
  66:1,8 68:13,20
  68:24
**spreadsheets** 66:22
  67:12
**staff** 22:20,23,24
  23:24 32:10 45:23
**staffing** 96:14
**stamp** 59:15 101:2
**stamped** 37:22
  38:4 39:15 58:4
  109:17 118:6
**stand** 53:10
**standard** 49:19,21
  49:23 53:4
**start** 11:5 18:1
  19:10 63:3 78:7
  80:17 111:25
  139:23
**started** 18:8,11
  19:14 20:11 25:24
  32:2,3 33:1 54:3,8
  60:13 63:6 71:20
  103:19 129:21
  149:3
**starting** 16:13
  118:14 132:20,21
**starts** 56:21 71:8
  118:11
**state** 18:22 52:2
  151:3,16 152:2
**statement** 67:7
  98:12 116:24
**statements** 67:4
**STATES** 1:1
**statewide** 18:22
  100:14
**stating** 8:6

**status** 86:13 144:9
**staying** 96:19
**stenographic** 7:13
**stop** 116:8 140:3
**stopped** 33:2 72:1
  139:20
**straight** 72:16
**strategic** 19:19
**Strategies** 32:16
  117:16
**strategist** 16:9
**strategy** 21:21,24
  24:1 29:15,18
  33:5,13 34:6,15
  35:12 38:24 39:1
  40:2,24 41:2
  57:15 83:1,3
  104:17
**Strategy's** 30:13
**streamlining**
  118:25
**streams** 78:3
**Street** 3:4
**struck** 43:19
**structure** 23:17
**stuff** 40:13 142:21
**subject** 79:22 104:5
  143:5
**subpoena** 12:22
  14:8,17 141:21
  142:14,23,25
  143:2,6 144:2,11
  144:12 145:7
  147:12
**subpoenaed** 14:20
  15:8 147:22
**SUBSCRIBED**
  153:22
**substance** 15:6
  144:5 145:10,16
**substantive** 143:14
  144:14 148:5,6
**succeed** 30:1
**sued** 12:14
**suggested** 13:16
  14:17 111:16
  144:12 147:24

**suggesting** 106:8
**suggestion** 126:3
**suggestions** 21:16
  40:15,17
**suggests** 88:9,13
**Suite** 3:4,12
**summer** 19:12
  71:25 86:3,10
  87:12
**sums** 76:5,16
**super** 111:4
**supportive** 100:15
**suppose** 76:3 83:2
**sure** 8:22 10:19
  11:4 16:4 22:15
  31:11 35:15 36:1
  45:2 52:2 58:25
  59:19 60:4 70:17
  71:10 78:7 83:24
  84:2,4 92:20
  98:24 99:8 103:25
  107:15 110:17
  126:21 127:10
  128:13 129:3
  130:13,16,17,23
  130:24 135:11,18
  136:9 141:7,18
  149:1,24
**swear** 7:14,19
**switch** 100:6,15,19
**Switchboard** 52:22
  52:25 53:7,8,14
  53:15
**switched** 20:6
**switching** 101:8
**sworn** 7:23 116:24
  151:7 152:7
  153:22
**system** 68:19
**SY011334** 1:25

**T**
**tab** 24:11 66:25
  67:3,13,15,17
**take** 7:16,18 11:14
  11:17 13:22 39:23
  55:14 92:19

140:21 144:12
**taken** 70:5
**talk** 13:3,7,23
    62:25 142:12
    147:15,21
**talked** 12:25 13:12
    15:3,4,9 43:6
    111:12 123:17
    125:18 144:7
**talking** 12:8 22:1
    23:25 57:14 73:11
    83:4 108:9,23
    121:7 126:2
    144:11
**team** 21:22,23,23
    31:14 45:24 83:11
    116:20 118:22
    119:16 122:24
    131:12 139:13
    140:14 141:19,22
    142:12 143:19
**technical** 47:1
    142:21
**tell** 11:7 36:25,25
    77:21,24 78:9,12
    78:18,20 79:23
    90:16 93:25 94:5
    108:12,18 137:10
    137:16 141:17
    150:4
**telling** 79:5 94:2,7
    94:8 99:1 120:18
**tells** 27:10 80:23
    93:13
**ten** 55:18
**Tenbaum** 84:11
**Tenenbaum** 63:20
    63:22 83:10 93:7
**terminated** 134:14
    134:15
**terms** 12:9 14:13
    14:25 23:19,24
    33:14 49:14,17
    51:2 60:19,21
    78:14 107:23
    143:9
**testified** 7:25 14:19

40:14 76:4 77:18
    98:2 99:19 121:25
    122:6 137:6,12
**testify** 146:21
**testimony** 11:25
    40:3 152:8
**testing** 111:20
**text** 14:23,24 24:18
    28:8,24 29:2 37:6
    39:23 42:4,15
    44:1,12 46:25
    47:17 49:25 51:8
    52:11,25 53:9,13
    53:19,21 54:5,14
    54:25 55:4 60:13
    74:1 76:1 80:18
    83:25,25 84:5,18
    84:19 85:5,8,12
    86:1,8 87:7,11,22
    88:9,13,24 89:8
    89:14,15 92:13,18
    98:20 104:6
    105:21 106:3,7
    110:11,16,23
    111:13 114:18
    128:18,22,24
    129:1 131:5 132:2
**texted** 14:19,22
    50:3 92:10 143:25
    145:6
**texting** 29:11,13
    48:1 49:5 52:16
    53:15,21 54:2
    77:24,25 78:4,14
    79:2,7 85:2,2 91:9
    91:11 96:23,24
    97:3,4,16 98:17
    101:11 120:11
**texts** 28:9,11 47:7
    52:10 54:8 78:1
    85:19 88:17 97:20
    107:15
**thank** 7:15 8:1 17:2
    26:23 66:2 86:5
    87:14,16 89:7,7
    91:16 109:12
    118:16 119:20,24

125:15,22 140:21
    140:23 146:19
    148:7,9,10,22
**Thanks** 91:14
    109:12
**that'd** 125:13
**theories** 126:5
**theory** 126:8,22
    127:11,14,16,21
**they'd** 126:17
**thing** 22:2 56:21
    57:2
**things** 19:20 73:3
    110:17 142:1
**think** 8:23 9:5,15
    9:15 12:15 16:2
    19:11 20:5 21:22
    22:19,23 23:7
    26:9 27:18 30:20
    33:17 43:24 53:11
    65:22 71:14 75:17
    75:17,20 76:20,22
    76:23,24 77:9,10
    78:17,24 84:7
    86:7 87:25 88:2
    97:22 99:3 103:14
    105:1,6 109:4
    113:18 125:21
    126:19,22 127:4
    131:14 134:18,20
    134:25 136:6,6,10
    137:18,18,24,25
    139:6,25 140:19
    142:9 150:6
**thinking** 44:3
**third** 132:2
**thought** 47:14
    137:9,15 147:23
**thousands** 69:14
**thread** 64:11
    104:12 113:1,4
    121:20
**three** 22:23
**tied** 30:14
**time** 7:8,9 13:6,25
    17:24 18:4 19:6
    20:1 22:24 26:8

26:13 28:8 29:16
    31:15 33:15,20,23
    35:11,13,13 36:17
    38:15 40:1,18
    43:21 44:10 46:5
    47:12 48:10 49:22
    54:1 55:4,6,7,24
    56:2 58:13 59:5,7
    63:1 64:6 68:5
    70:18 73:20,22
    75:1,18,19,24
    76:9 77:8,14
    78:12,25 85:14
    86:13,19,20,23
    90:12 92:22,25
    96:1,7,25 97:5
    98:13 101:16,20
    104:22 107:19
    126:23 127:23
    128:2 129:17,18
    138:23 140:20,24
    141:2,7 142:10,11
    144:17 145:3,14
    147:1,4 148:8
    150:9
**timeline** 107:20
    116:17
**times** 20:20 77:22
    146:16
**Tinsmon** 31:12
    35:4 93:7 130:5
**title** 19:13,21
**titled** 16:17 24:8
    26:25 30:6 34:24
    37:3 41:18 42:19
    45:3 48:23 56:4
    58:1 59:8,22
    61:14 63:10 64:12
    65:19 70:10 73:16
    79:13 81:5 83:6
    85:16 86:25 89:1
    91:18 93:2 94:17
    97:6 100:22
    101:23 103:3
    106:9 109:13
    115:11 118:2
    123:1 128:8 129:8

132:10 133:10
    135:12
**today** 8:8,21 10:23
    11:21,25 39:22
    72:7 73:6 83:16
    90:23 93:2 148:24
**today's** 7:8 149:20
**told** 39:21 44:16
    46:24 47:4,10,14
    54:10 77:18 87:23
    89:14,24 91:1
    98:3 131:21 137:6
    137:12
**tomorrows** 34:24
**ton** 23:22
**tool** 30:3 78:17,18
**top** 24:15 45:14
    46:12 80:24
    123:11 124:21
    135:2
**topics** 45:15 46:13
    46:17
**total** 69:17 126:10
    126:12,16
**touch** 124:14,15,15
    124:18
**track** 76:12
**tracking** 55:5
**tranche** 90:9
**transaction** 67:12
**transcript** 148:13
    148:24 153:1
**transcripts** 149:5
**transfer** 80:2,3,8
    84:9 130:12,15
**transferred** 80:13
**transfers** 80:7
**transitioned**
    105:13
**TransPerfect** 7:7
    7:16
**Trent** 31:9 32:14
    32:16 56:15 57:1
    61:22 102:13,21
    103:1 113:17,19
    113:20
**Trent's** 32:18

56:20
**tries** 10:8
**trouble** 72:18
**true** 77:22 86:9
  90:12,15 96:8
  114:23 145:19
  152:8
**truth** 94:7,8 99:1
**truthfully** 11:21
  146:21
**try** 110:20
**trying** 26:13 38:18
  72:11 73:8 75:7
  83:24 84:4 86:23
  89:20 91:10 92:6
  93:20 111:3,9
**Tuesday** 1:22 7:2
**turn** 61:21 106:11
**turned** 10:1
**Turning** 134:11
**two** 38:4,14 45:2
  48:3 84:18 111:20
  113:9 117:15
  139:22
**two-to-one** 77:25
  78:3
**type** 64:16 143:7
**types** 38:6

———————

**U**

**ultimately** 48:1
  69:7
**umbrella** 54:4
**Umunna** 71:5,11
  118:8 123:8
  132:15
**unaware** 12:17
**unclear** 111:10
**undersigned** 151:5
**understand** 11:7
  11:20 12:5 13:17
  25:13,21 27:13
  33:8 34:7,9 35:11
  35:21 56:19 59:19
  80:1,20 82:25
  123:21 124:3
**understanding**

34:20 35:14 36:7
  38:23 41:7 58:15
  74:10 82:10,18
  83:23 84:22 85:25
  89:19 94:11
  130:19 135:4
**understands**
  130:25
**understood** 11:6,11
  27:15 35:15,22,23
  35:25 39:1,2 82:7
  85:10
**unhappy** 120:16
**UNITED** 1:1
**unpaid** 65:6 67:15
  67:17 142:6
**unrepresented**
  146:9
**update** 72:12 135:3
**upfront** 106:22
  107:15 108:1
  112:10
**uphill** 38:7
**upload** 51:4,5,16
  51:20
**uploads** 32:10
  51:19
**upset** 137:19
**URL** 30:24
**use** 12:9 24:6 28:7
  29:19,23,25 30:3
  30:18,22 47:17,22
  55:15 78:12
  104:12 120:11
**usually** 80:14
**U.S** 18:4 99:16

———————

**V**

**v** 1:5,11
**VA** 3:13
**vaguely** 131:10
**Van** 117:16
**Vanessa** 16:25 20:7
  21:17 45:15,16,17
  45:18 46:10,13,22
  123:6 124:23
  125:4 135:12,16

135:17 138:17
  139:12 144:24
**Vanessa's** 138:20
**various** 26:20
  32:12 134:17
**Varying** 22:22
**vastly** 23:17
**vendor** 28:13 36:6
  80:25
**vendors** 28:10,12
  28:12 36:13 80:18
  120:11
**vendor-campaign**
  15:7
**venues** 52:20
**verbal** 10:24
**versus** 7:11
**viability** 29:20,24
  34:15
**video** 139:22
  149:19,19,20
  150:5
**videographer** 3:20
  7:5,6 55:24 56:2
  70:15,18,21 73:20
  73:22 92:22,25
  139:21 140:2,4,24
  141:2,7 147:1,4
  148:10 149:18,23
  150:2,6
**VIDEOTAPED**
  7:1
**view** 8:25 96:3 97:2
**Virginia** 2:12 7:19
  151:3,16 152:2
**virtual** 17:3
**Vision** 18:14
**vs** 153:3

———————

**W**

**wait** 11:4,16
**waiting** 9:10,19
**waive** 148:15,17,18
**walked** 126:8
  142:21
**want** 9:2 23:25
  26:14 37:18 38:1

39:22 62:25 92:19
  101:7 110:2
  113:10 125:7
  130:25 148:16
  149:20
**wanted** 26:1,16
  65:10 91:9 98:17
  110:22 137:25
  138:1
**wants** 110:10
**Washington** 3:5
  25:24 26:2,12
**wasn't** 23:22,23
  32:20 33:14 44:4
  48:9 75:5,8,15,18
  75:18 76:1 85:7
  106:6 113:23
**way** 8:24 17:23
  24:20 35:16 74:8
  75:13 78:8 84:25
  100:14 105:7
  125:20 152:12
**website** 22:1
**week** 14:7 63:25
  64:5 66:13,13
  67:8 80:14 86:2,4
  86:10 87:12,14
**weekly** 63:10,17,24
  64:2,12,16 66:16
  66:21
**weeks** 111:20 113:9
**weigh** 21:8,11
**went** 130:8
**weren't** 50:24
  62:16 73:12,13
  75:6,7,12 76:22
  79:5 116:14
  134:19
**we'll** 8:20 11:14
  37:5,24 63:13
  64:15 65:21,23
  68:9,10,11 70:13
  70:23 73:17 81:7
  82:5 90:8 91:20
  121:7,7 149:5,25
**we're** 55:25 66:25
  70:19 78:13,13

86:22,23 114:7
  139:22 147:2
  149:2 150:9
**we've** 21:25 36:15
  123:17
**when's** 144:17
**WHEREOF**
  152:14
**Whittier** 3:12
**wholly** 136:12,15
**win** 54:6 100:12,12
**windows** 8:17
**wire** 34:24 73:6
  90:23
**wired** 72:7,8
**Wires** 93:2
**wiring** 70:10
**witness** 7:14,20,23
  9:10,14,15,18,22
  15:8 16:20 55:14
  55:17,19,23 92:20
  109:8,12 140:21
  146:5,8,9 147:7
  148:9,18,20,22
  151:8 152:6,9,14
**words** 77:20
**work** 8:14 18:16
  30:18 31:18 32:2
  32:10,22 41:10
  54:21 55:21 58:12
  95:18,23 105:3
  118:2,16 123:1
  149:24
**worked** 16:11
  17:13 18:23 23:14
  23:16,18,18 56:18
  58:13,17 77:3,6
  112:22 126:8
  130:20 140:10,12
  140:13,15
**working** 9:12 16:12
  17:24 18:1,8,11
  18:14 19:14 20:23
  23:23 32:24 33:3
  45:24 69:22 71:21
  72:2 103:19,20
  113:23 117:9

120:19 126:5
**world** 15:1
**wouldn't** 51:14
  68:15 78:5,5
  100:12 108:20,20
  108:23
**wrapping** 125:1
  142:1
**write** 46:6 52:24
  53:20
**writing** 132:24
  133:1
**written** 47:5
  120:17 121:16
  138:3
**wrong** 50:23
  115:15
**wrote** 45:6,8,20
  46:24 47:16 52:9
  52:21 130:9
**W-2** 23:2

**Y**

**yeah** 12:15 14:21
  14:21 15:3 18:22
  18:23 21:11,18
  22:25 25:23 26:23
  28:6,8,22 33:25
  34:16,20 36:7
  38:17 39:21 40:8
  41:5 42:2 43:3,12
  43:16 44:2 45:1,7
  48:10 52:14 55:19
  59:5 61:23 64:21
  64:22 65:10 66:7
  66:15 67:10 70:4
  71:14 72:20,24
  75:17,19,25 76:3
  76:8,17,17 79:4,8
  80:14,22,22 82:5
  82:5 83:2 84:15
  84:25 85:15 86:18
  87:20,21 88:19
  89:8 90:14 91:4
  94:10 99:11,22
  100:7,17 101:19
  103:25 105:11,16

105:25 108:3,5,14
111:9 112:15
113:15,16,18,20
114:4,9,16,23
115:5 117:23
119:12,14,24
120:17 123:20
124:6,25 125:15
125:19,24 126:21
129:3 130:15,17
134:17 135:1
136:6,11 138:2,9
138:11 139:15
140:9,18 141:23
142:1,19 143:24
144:22 145:8,15
145:17 147:24
149:14,18
**year** 71:24
**years** 23:19
**Yep** 109:11
**yesterday** 77:18
**York** 8:9
**y'all** 149:19

**Z**

**zeitgeist** 28:14
**Zelensky** 34:4
**ZIP** 52:3
**Zoghi** 3:7 4:3,5 8:3
  8:4 9:2,5,8,12,15
  9:20,23 16:18,23
  17:5 24:9 27:1
  30:7 35:1 37:4
  41:19 42:20 48:25
  55:12,16,18,21
  56:6 58:2 59:10
  59:24 61:16 63:12
  64:14 65:21 68:17
  68:22 70:12,17,22
  70:25 73:17,24
  79:15 81:6 83:7
  85:17 87:1 89:2
  91:19 92:19,21
  93:4 94:19 97:8
  100:24 101:25
  103:4 106:11,14

109:11,15 115:12
118:4 123:3 128:9
129:10 132:12
133:11 135:14
139:25 140:3,6,19
141:1 145:22,25
146:3,6,9 147:8
147:10 148:7,25
149:5,9,19,21,25
**zoom** 9:3,4 10:4
  16:25 66:4,6 67:6
  67:9,10 115:14
  125:21
**zoomed** 125:20,21

**Â**

**â** 151:16

**$**

**$1** 37:20 77:20 79:6
**$10,000** 111:2,20
  113:8 114:13,18
**$1000** 124:11
**$12,000** 67:25
**$126,943** 95:10
**$150,000** 132:3
**$175,443.17** 95:9
**$2** 77:21 79:6
**$2,000** 68:25
**$2,500** 74:8,12
**$200,000** 80:24
  81:15 89:25
**$205,433** 67:18
**$26,493.46** 84:14
**$30,000** 93:25
**$339,000** 112:18
  113:1
**$42,500** 116:2
**$5,000** 69:15,17
  97:21
**$5,400** 124:12
**$5,826.28** 67:9
**$500,000** 38:19
**$600,000** 38:19
**$700,000** 38:21
**$80,000** 84:18
**$81,723.25** 84:12

**1**

**1** 5:3 16:16,17 56:4
  97:24
**1st** 63:18,25 66:13
  67:23 85:23 89:23
  91:24 98:10
  118:12
**1:24-cv-03035-A...**
  1:5
**1:30** 131:6
**1:53** 55:24
**10** 5:12 48:24 49:1
**10th** 58:10 66:15
  101:5,10
**10.20.2023** 64:13
**100** 6:8
**101** 6:9
**103** 6:10
**106** 6:11
**109** 6:12
**11** 5:13 55:13 56:5
  56:8,10
**11th** 101:5 132:18
  132:22,25 133:13
  133:17
**115** 6:13
**118** 6:14
**12** 5:14 58:1,3,4
**12th** 58:9 102:7
**12:30** 2:6
**12:35** 7:3,9
**122** 6:15
**12641** 109:17
**128** 6:16
**129** 6:17
**13** 5:15 59:9,11
**13th** 72:22 94:25
  95:3 123:6
**132** 6:18
**133** 6:19
**135** 6:20
**14** 5:16 59:23,25
**14th** 94:25 96:14
**141** 4:4
**147** 4:5
**15** 5:17 61:15,18
  65:4,7

**15th** 67:22 103:9
  118:11
**151** 4:6
**152** 4:7
**153** 4:8
**16** 5:3,18 63:11,13
  65:9 66:19 68:11
  68:23
**16th** 31:1,6,7,9
  106:19 109:24
  110:3 111:19
**16,500** 74:18
**17** 5:19 64:13,15
  65:22
**17th** 31:2,6,7 35:6
  41:25 43:2 113:8
  120:9
**18** 5:20 65:20,22,23
  68:18
**18th** 38:15 49:8
  54:10 73:2
**19** 5:21 68:16 70:11
  70:13

**2**

**2** 5:4 24:8,11 79:1
**2nd** 115:21
**2-to-1** 78:6,10
**2:00** 55:21,22
**2:02** 56:2
**2:1** 77:19
**2:25** 70:18
**2:31** 73:20
**2:33** 73:22
**2:42** 42:6 44:24
**20** 5:22 26:21 68:10
  68:15 73:16,18
  74:1 82:3,5
**20th** 45:12 64:20
  64:22 71:8 72:4
  73:6 109:24
  120:25
**200** 3:4,12 111:3
**20002** 3:5
**202** 3:6
**2020** 24:2,6 26:22
  28:19 48:8

**2023** 12:8 19:12,13
20:10 24:19 27:8
31:2,6 35:6 38:16
41:25 43:2 48:21
49:8 54:10 55:1
56:13 58:10 59:13
60:10 61:25 63:19
63:25 64:19,20
67:8 68:3 71:8,9
72:4 74:5 75:22
79:20 81:18 83:13
85:23 89:12,23
91:24 93:11,24
94:25 95:3 97:13
98:22 99:15 101:1
101:5,10 102:7
103:9 104:22
105:22 106:3,19
110:3 114:25
115:21 118:11,12
121:5 123:12
124:4 128:15
129:12
**2023[sic** 132:22
**2024** 45:9,12 123:6
124:23 132:18,24
132:25 133:13
134:7,10,15
135:24 138:19
144:19 145:13
**2025** 1:22 2:4 7:2,8
151:9 152:15
153:4,23
**2028** 151:17
**21** 1:22 2:4 5:23
79:14,16 82:4,5,5
153:4
**21st** 7:2,8 71:9 72:8
74:5 79:20 81:18
151:8 152:15
**22** 5:24 81:5,7
**22nd** 64:19 72:11
120:25 121:5
129:12
**22101** 3:13
**23** 5:25 18:3 33:2
71:25 74:16 83:6

83:8
**23-1044** 30:6
**24** 5:4 6:1 24:8,12
24:15,21 26:25
27:7 41:18,21
42:19,22 73:16
74:2 85:16,16,18
85:19 87:7 91:18
91:22 139:2
**25** 6:2 86:25 87:2
**25th** 72:15 97:13
98:10
**26** 5:5 6:3 89:1,3
93:23 98:19
**26th** 63:25 67:8
**27** 6:4 91:18,20
**27th** 56:13
**28** 6:5 93:3,6
**28th** 83:13 85:11
85:22
**29** 6:6 94:18,20
**29th** 89:11

---

**3**

**3** 5:5 26:25 27:3
**3rd** 89:12 98:22
99:9
**3:02** 92:22
**3:09** 92:25
**30** 5:6 6:7 97:7,10
151:17
**30th** 123:12 124:4
132:18 134:14
135:2
**31** 6:8 100:23,25
**31st** 68:3
**3182** 132:21
**32** 6:9 101:24 102:1
**3284** 118:6 121:2
**3285** 121:3
**3287** 118:15
**33** 6:10 103:3,5
106:12
**34** 5:7 6:11 106:10
106:12,12
**35** 6:12 109:14,16
**36** 6:13 115:11,13

**37** 5:8 6:14 118:3,5
**38** 6:15 123:2,4
**39** 6:16 128:8,10

---

**4**

**4** 5:6 30:6,9 112:19
**4:00** 140:24
**4:25** 141:2
**4:39** 141:7
**4:44** 44:22
**4:49** 147:1
**4:51** 147:4
**4:54** 150:9,12
**40** 6:17 38:9 39:5
39:10,13,16,19
129:9,11
**41** 5:9 6:18 132:11
132:13 134:12
**4159** 37:23
**4161** 38:4
**4162** 38:9
**4164** 38:14
**4165** 39:21
**4167** 39:15
**42** 5:10 6:19 133:10
133:12
**4245** 58:5
**43** 6:20 135:13
**45** 5:11
**48** 5:12

---

**5**

**5** 5:7 34:25 35:3
133:10
**5th** 93:10,24
**50** 39:5,23
**501** 3:4
**56** 5:13
**58** 5:14
**59** 5:15,16

---

**6**

**6** 5:8 24:11 37:3,5
**6th** 16:7 93:10
94:15
**61** 5:17
**63** 5:18
**64** 5:19

**65** 5:20
**651-2475** 3:6
**6718** 3:12
**676** 114:6

---

**7**

**7** 5:9 41:18,21
**7th** 24:19 27:8
**70** 5:21
**703** 3:14
**73** 5:22
**734-3800** 3:14
**75** 104:15 111:17
**7699515** 151:18
**79** 5:23

---

**8**

**8** 4:3 5:10 42:19,21
**8th** 128:15 135:24
138:19
**81** 5:24
**83** 5:25
**85** 6:1
**86** 6:2
**89** 6:3

---

**9**

**9** 5:11 45:3,5 52:7
125:11
**9th** 58:9,9 59:13
60:10 61:25
**9.1.2023** 63:11
**91** 6:4
**93** 6:5
**94** 6:6
**9664** 95:5,9 101:23
102:5
**97** 6:7
**9813** 95:6,10