# Exhibit 6

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF COLUMBIA

PHIL EHR FOR CONGRESS            )

CAMPAIGN COMMITTEE,              )
)
              Plaintiff,          )
)
          vs.                     )   1:24-cv-03035-APM
)
    GRASSROOTS ANALYTICS, INC.,   )

              Defendant.          )

_____  )

    GRASSROOTS ANALYTICS, INC.,   )

          Counterclaim-Plaintiff,)
)
          vs.                     )
)
    PHIL EHR FOR CONGRESS         )

CAMPAIGN COMMITTEE;              )

    PHIL EHR FOR SENATE           )

CAMPAIGN COMMITTEE;              )

    PHIL EHR(INDIVIDUALLY),       )

          Counterclaim-Defendant.)

_____  )


        REMOTE DEPOSITION OF DAVID KEITH

          Thursday, September 4, 2025

Reported by:

LAUREN FRIDLEY

Job No.: 11131

Page 2

```
 1
 2
 3
 4                    September 4, 2025
 5
 6                       9:06 a.m.
 7
 8
 9
10        Deposition of DAVID KEITH, held remotely via
11   Zoom pursuant to Notice before LAUREN FRIDLEY,
12   CDR-3190, a Digital Reporter and Notary Public of the
13   State of VIRGINIA.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   A P P E A R A N C E S (CONTINUED):
 2
 3   Also Present:
 4   Vanessa Brito, Campaign Manager
 5   Kenneth Inoa, Videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S:
 2   ATTORNEYS FOR PLAINTIFF:
 3        CHUNG & PRESS, PC.
 4        6718 Whittier Avenue, Suite 200
 5        McLean, Virginia 22101
 6        (703) 734-3800
 7        BY:  DANIEL PRESS, ESQUIRE
 8        E-mail:  dpress@chung-press.com
 9   ATTORNEYS FOR DEPONENT
10        MCCARTER & ENGLISH
11        Four Gateway Center
12        100 Mulberry St.
13        Newark, NJ 07102
14        (973) 849-4114
15        BY:  BEN KLEIN, ESQUIRE
16        BY: CO-COUNSEL MARK MAKHAIL
17        E-mail:  bklein@mccarter.com
18        E-mail:  mmakhail@mccarter.com
19   ATTORNEYS FOR DEFENSE:
20        ALI & LOCKWOOD LLP
21        300 New Jersey Ave NW #900
22        Washington, DC 20001
23        (202) 651-2475
24        BY:  KATHRYN ALI, ESQUIRE
25        E-mail:  katie.ali@alilockwood.com
```

Page 5

```
 1        ------------ INDEX ------------
 2                             PAGE
 3   Examination By KATHRYN ALI          8
 4   Examination By DANIEL PRESS         108
 5   Certificate of Oath           117
 6   Certificate of Stenographer        118
 7   Errata Sheet             119
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2  (Pages 2 to 5)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 6

```
1          ------------ EXHIBITS ------------
2     NUMBER        DESCRIPTION          PAGE
3     EXHIBIT 1     TEXT CHAIN            26
4     EXHIBIT 2     E-MAIL CHAIN          31
5     EXHIBIT 3     TEXT CHAIN            38
6     EXHIBIT 4     E-MAIL CHAIN          62
7     EXHIBIT 5     E-MAIL CHAIN          64
8     EXHIBIT 6     SERVICES             65
9                   AGREEMENT
10    EXHIBIT 7     E-MAIL CHAIN          66
11    EXHIBIT 8     E-MAIL CHAIN          68
12    EXHIBIT 9     E-MAIL CHAIN          69
13    EXHIBIT 10    E-MAIL CHAIN          78
14    EXHIBIT 11    E-MAIL CHAIN          79
15    EXHIBIT 12    TEXT CHAIN            80
16    EXHIBIT 13    TEXT CHAIN            83
17    EXHIBIT 14    E-MAIL CHAIN          85
18    EXHIBIT 15    E-MAIL CHAIN          88
19    EXHIBIT 16    TEXT CHAIN            89
20    EXHIBIT 17    E-MAIL CHAIN          93
21    EXHIBIT 18    E-MAIL CHAIN          97
22
23    PLAINTIFF     TEXT CHAIN           108
24    1
25
```

Page 7

```
1          THE REPORTER:  I am ready as well.
2          THE VIDEOGRAPHER:  All right.  Hearing no
3     objections, everyone standby and I'll read us on.
4          (Recording in progress.)
5          THE VIDEOGRAPHER:  The time is 9:03 a.m.,
6     Eastern Time, on September 4, 2025.  And we're going on
7     the record for the remote video deposition of David
8     Keith.  In the matter of Phil Ehr for Congress Campaign
9     Committee versus Grassroots Analytics.  My name is
10    Kenneth Inoa, and I'm the legal videographer on behalf
11    of TransPerfect.  Will counsel please introduce
12    themselves and state their firm and who they represent,
13    beginning with the party noticing this proceeding.
14         MS. ALI:  Good morning.  Katie Ali from Ali
15    and Lockwood LLP, and I represent Grassroots Analytics,
16    Inc.
17         MR. PRESS:  Dan Press, on behalf of the
18    Plaintiff Committee and on behalf of Counterclaim
19    Defendant Phil Ehr.
20         MR. KLEIN:  This has Ben Klein of McCarter &
21    English on behalf of the witness, Mr. Keith.  And I'm
22    joined on the call by my colleague Mark Makhail, also of
23    McCarter & English.
24         THE VIDEOGRAPHER:  And if that concludes our
25    introductions, will the court reporter please swear or
```

Page 8

```
1     affirm in the witness?
2          THE REPORTER:  Thank you.  Good morning.  My
3     name is Lauren Fridley, and I'm a reporter assigned by
4     TransPerfect Legal to take the record of this
5     proceeding.  This is the deposition of David Keith.
6     Sir, can you please raise your right hand?  Do you
7     solemnly swear that the testimony you give today will be
8     the truth, the whole truth and nothing but the truth?
9          THE WITNESS:  Yes.
10         THE REPORTER:  Thank you.  We can proceed.
11
12              DAVID KEITH
13    The witness was called to testify, duly sworn, and provided the
14              following testimony:
15
16              EXAMINATION
17    BY MS. ALI:
18         Q.  Morning, Mr. Keith.  I'm Katie Ali.  Appreciate you
19    taking the time to be here today.  I will start the deposition
20    by just asking some background questions and talk about what you
21    can expect.  Can you just state, for the court reporter, your
22    full name?
23         A.  David Keith.
24         Q.  And where are you physically located today?
25         A.  In the Chrysler Building in a private office in
```

Page 9

```
1     Midtown Manhattan.
2          Q.  Is anyone else in the room with you?
3          A.  No.
4          Q.  Have you ever been deposed before?
5          A.  I was part of a House Ethics Committee investigation.
6     I'm not sure if that is a legal deposition.
7          Q.  Okay.  Anything other than that?
8          A.  No.
9          Q.  Okay.  Are you using a work computer or home computer?
10         A.  I'm using the one computer I own.  That I do --
11         Q.  Okay.  And do you have any other windows open on the
12    computer other than the Zoom and document book?
13         A.  Zoom and eDepoze.
14         Q.  Okay.  While I'm -- while the deposition is going on,
15    I'd ask that you just not communicate with anybody other than
16    through this Zoom.  So no, you know, chats, e-mails, things like
17    that.  Do you understand that, and can you agree to that?
18         A.  I agree.
19         Q.  Do you have any documents with you related to this
20    case, either on your computer or in hard copy?
21         A.  No.
22         Q.  Okay.  The court reporter will be recording my
23    questions and your answer, so it's important that you give
24    verbal responses to the question, because the court reporter
25    can't -- can't, you know, record nodding or shaking your head.
```

3 (Pages 6 to 9)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 10

1   So just, you know, it's human nature. I'll remind you, but try
2   to give verbal responses. And please wait until I finish my
3   question before starting your answer. Again, this is just for
4   the benefit of the court reporter. If you don't understand a
5   question, I will assume that you would tell me that. And I
6   assume if you answer a question, that you've understood it. Is
7   that fair?
8       A.  That's fair.
9       Q.  If you need a break at any point, you can just let me
10  know, and we can do that. If there's a question pending, I'd
11  ask that you answer the question before taking a break. But
12  anytime you need a break, just let us know. And you understand
13  that you are under oath today and must answer questions
14  truthfully and to the best of your knowledge, yes?
15      A.  Yes, I understand.
16      Q.  And is there any reason why you can't give full,
17  complete, or accurate testimony today?
18      A.  No.
19      Q.  During the deposition, I might refer to the Phil Ehr for
20  Congress Campaign and the Phil Ehr for Senate Campaign
21  interchangeably as the Ehr Campaign or, maybe, just the
22  campaign. Will you understand those terms if I use them that
23  way?
24      A.  Okay.
25      Q.  So unless I specify that I'm talking about the Senate

Page 11

1   Campaign or the House Campaign, I'm just sort of talking about
2   Phil Ehr's Florida campaigns for the 2024 election. Does that
3   make sense?
4       A.  Yes.
5       Q.  I know that you were there really during the Senate
6   part of it, but yeah.
7       A.  I understand.
8       Q.  Okay. Are you aware that the Phil Ehr for Congress
9   Campaign Committee has sued Grassroots Analytics and that that's
10  why we're here today?
11      A.  I'm aware.
12      Q.  When did you first learn that the Ehr Campaign had
13  sued Grassroots?
14      A.  I believe at some point in late 2024.
15      Q.  Do you remember how you learned that?
16      A.  An individual by the name of Jake Briggs mentioned
17  that there was a lawsuit.
18      Q.  And do you remember, was that in a phone call, a text
19  message, or an e-mail?
20      A.  Phone call, I believe.
21      Q.  And do you know why he called to tell you that?
22      A.  I don't know.
23      Q.  Did he say why he was calling to talk to you about the
24  law suite?
25      A.  He thought that I would care.

Page 12

1       Q.  Okay. Did he ask you to give a statement or anything
2   like that during that conversation?
3       A.  No.
4       Q.  Did you do anything to prepare for this deposition?
5       A.  I met with counsel.
6       Q.  When was that?
7       A.  Yesterday afternoon.
8       Q.  For about how long?
9       A.  55 minutes.
10      Q.  Okay. Did you review any documents during that
11  meeting?
12      A.  A few. One or two.
13      Q.  Did you review any documents that were not produced to
14  us in this litigation or that we didn't provide you? Like, I
15  know I sent a copy of the complaint with the subpoena. Did you
16  review any documents other than the ones you produced in this
17  litigation, or that I provided to you to review?
18      A.  No.
19      Q.  Have you spoken to anybody else about this deposition
20  other than counsel?
21      A.  No.
22      Q.  Okay. What do you do for a living?
23      A.  I'm a political and public affairs professional.
24      Q.  And how long have you been a political and public
25  affairs professional?

Page 13

1       A.  I've been in politics since 2010. And I've been doing
2   public affairs with politics for the last five years.
3       Q.  Can you give me kind of like a 30,000-foot overview of
4   your work history since 2010? I don't need, like, every sort of
5   iteration, but, you know, I worked on 20 campaigns or sort of
6   how that has looked in the last 15 years.
7       A.  I spent time as a staffer on campaigns, subsequently
8   was a consultant for campaigns. Subsequently, worked for
9   consulting firms that worked for campaigns and corporations.
10  And am currently on my own as a consultant.
11      Q.  Can you give me a ballpark number of how many
12  political campaigns you've worked on?
13      A.  As a staffer or as a consultant?
14      Q.  Either.
15      A.  I've been involved with over 50 political campaigns.
16      Q.  Fair to say that you're inexperienced political
17  consultant?
18      A.  Fair to say.
19      Q.  And would you have described yourself that way at the
20  time you were working for the Ehr Campaign?
21      A.  Yes.
22      Q.  When did you start working for Phil Ehr's campaign?
23      A.  2023. Late June.
24      Q.  And at that time, Mr. Ehr was running for a U.S.
25  Senate seat or about to launch a senate campaign in Florida, is

4  (Pages 10 to 13)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 14

1  that right?
2      A.  That's right.
3      Q.  Did you know Mr. Ehr before you started working for
4  him in late June of 2023?
5      A.  I had met him once for 20 minutes years prior.
6      Q.  How did you come to work for his campaign?
7      A.  I'm sorry, can you repeat the question?  There was
8  something.  I heard some noise.
9      Q.  How did you come to work for his campaign?
10     A.  His chief political consultant, Bill Hyers, reached
11  out to me to see if both myself and the company I was working
12  for at the time would be interested in consulting on the launch
13  of Phil Ehr's Senate Campaign.
14     Q.  And was there anything in particular that attracted
15  you to his campaign?
16     A.  Florida is an interesting political state.
17     Q.  And you are a consultant to the campaign, not an
18  employee, is that right?
19     A.  Correct.  The company I was working for was a
20  consultant for the campaign, and I was the individual on the --
21  for the firm.
22     Q.  What company was that?
23     A.  Vision Media and Marketing.
24     Q.  Did you have an official title within the campaign?
25     A.  No.

Page 15

1      Q.  What were your duties and responsibilities as a
2  consultant to the campaign?
3      A.  Provide consulting services to help the campaign
4  launch and get off the ground.
5      Q.  And did that include responsibility to help with
6  fundraising?
7      A.  It included responsibility to provide my judgment on
8  all aspects of launching the campaign.
9      Q.  Including fundraising?
10     A.  That's included, yes.
11     Q.  Was the Ehr Campaign the only campaign you were
12  working on at that time?
13     A.  No, we had other clients.
14     Q.  Do you remember about how much of your time was spent
15  on the Ehr Campaign as compared to the rest of your portfolio?
16     A.  For the first two weeks of the campaign, at least 40
17  percent of my time.  And then after that, no more than a quarter
18  of my time.
19     Q.  In your experience, are the early days of the campaign
20  sort of particularly important in terms of forecasting
21  longer-term success?
22     A.  They can be.
23     Q.  Was there a particular reason why you spent 40 percent
24  of your time in the first two weeks, and then it sort of dropped
25  off to something more like 25 percent for the remainder of your

Page 16

1  time with the campaign?
2      A.  The job -- we were hired specifically to help the
3  campaign launch.  So the first two to three weeks of any
4  campaign require more attention when the job is to launch the
5  campaign.
6      Q.  Were you physically located in Florida at that time,
7  or were you consulting remotely?
8      A.  Remotely.
9      Q.  How often did you interact with Phil personally?
10     A.  He would call and or text regularly at the beginning
11  of the engagement.  But as the campaign progressed and the
12  responsibilities winnowed, he would talk less.
13     Q.  When you said regularly, like about -- are we talking
14  about, like, once a day, multiple times a day, once a week?
15  What was the sort of overall cadence?
16         MR. KLEIN:  Counsel, can you just clarify what
17  time period you're talking about?
18         MS. ALI:  Yes, I think the testimony was that
19  in the early days, which I -- does not mean sort of the
20  first two weeks or the part where you were sort of most
21  heavily involved that he was more engaged and then his
22  engagement sort of dropped off over time.  Does that
23  accurately --
24         THE WITNESS:  As the campaign grew, more
25  individuals were involved, so he would talk to more

Page 17

1  individuals.
2  BY MS. ALI:
3      Q.  Okay.  In that sort of first two-week period that you
4  mentioned, when he was much more regularly involved, about how
5  often were you in touch with Mr. Ehr personally?
6      A.  Daily.
7      Q.  And what kinds of decisions did he get involved in?
8      A.  Every aspect of the campaign.
9      Q.  Did he make -- was he involved in decisions about
10  campaign spending?
11     A.  Yes.
12     Q.  About who disbursed money?
13     A.  About what --
14     Q.  What overpaid?  Let me put it that way.
15     A.  The strategic decisions regarding what to spend
16  resources on.
17     Q.  Was he involved in decisions about overall fundraising
18  strategy?
19     A.  Yes.
20     Q.  Including about, like, particular messaging.
21     A.  Yes.
22     Q.  Who gave final approval for major decisions about
23  fundraising or spending, things like that?
24     A.  Phil.
25     Q.  I understand that the size of the campaign staff, or

5  (Pages 14 to 17)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 18

1  the people working for the campaign, changed over the course of
2  the time you were there. But can you give us a sense of how big
3  the campaign staff was while you were working for the campaign?
4  And if it changed over time, you know, try to break it up and
5  say, when I first got there, there were X number of people and
6  how that morphed over time?
7      A.  As I recall, when the campaign launched, there were
8  five or six consultants, including my company. There was no
9  campaign staff. By, let's say, six weeks in, Phil added
10 consultants. No staff. And if I recall, after Labor Day, Phil
11 added one or two staff.
12     Q.  So five or six consultants at launch. Do you remember
13 who those people were?
14     A.  My company that I was working for, Bill Hyers, who was
15 Phil's chief strategist. Ryan Alexander, who was a digital
16 advisor. Meadowlark Strategies, that was a digital advisor.
17 And Jake Briggs, a fundraising consultant.
18     Q.  In your experience, is it typical for a campaign to
19 rely mostly on consultants or almost entirely on consultants as
20 opposed to staff?
21     A.  At the beginning, it's normal.
22     Q.  And what about after that?
23     A.  Normally you would add staff.
24     Q.  And at what point would you expect a senate campaign
25 to add staff?

Page 19

1      A.  One to two months after launch.
2      Q.  Did that happen here with the Ehr Campaign?
3      A.  As I recall, one to two staff.
4      Q.  Is that the typical amount of staff you would expect a
5  senate campaign to have at the one- to two-month mark into the
6  campaign?
7      A.  It could range from one to two to three to five,
8  depending on the campaign.
9      Q.  Who were the staff people that the campaign added at
10 the six-week or one- to two-month mark?
11     A.  As I recall they were called time manager. I don't
12 recall their names.
13     Q.  Who did you interact with most frequently at the
14 campaign?
15     A.  Jake Briggs, Bill Hyers and a gentleman named Obie,
16 O-B-I-E, which I believe was short for something which was a
17 consultant Phil added.
18     Q.  What was Obie's -- I assume you're referring to Obie,
19 I think, it's Amuna is the last name. What was his role at the
20 campaign?
21     A.  Florida political relationships.
22     Q.  And when you would communicate with Jake Briggs, would
23 that typically be by phone, by text, by e-mail?
24     A.  Phone.
25     Q.  Like talking on the telephone.

Page 20

1      A.  Yes.
2      Q.  And how about Bill Hyers?
3      A.  Same, telephone calls.
4      Q.  Did you ever e-mail with Bill Hyers?
5      A.  Not that I recall. About the campaign? It's
6  possible, but not that I recall.
7      Q.  Do you recall if you were ever on a text chain with
8  Bill Hyers?
9      A.  I vaguely recall being on a text chain.
10     Q.  What about a Signal group, or another sort of
11 messaging app group with Bill Hyers?
12     A.  Not that I recall.
13     Q.  And the text chain, would that have been just directly
14 between you and Bill Hyers, or do you remember if there were
15 other people on that chain?
16     A.  I recall other people on the chain.
17     Q.  Do you recall who those people were?
18     A.  Phil and, possibly, Obie.
19     Q.  Did Phil Ehr make hiring decisions for the campaign?
20     A.  Yes.
21     Q.  So was it his decision to bring on the five or six
22 consultants at launch?
23     A.  Yes.
24     Q.  And then his decision to kind of stock up as the
25 campaign progressed.

Page 21

1      A.  Yes.
2      Q.  And did Phil Ehr decide who specifically to bring on
3  the campaign?
4      A.  At times.
5      Q.  Who else was involved in those decisions?
6      A.  Bill Hyers.
7      Q.  Did anything stand out to you about the overall level
8  of organization of the Ehr Campaign while you were there,
9  compared to other -- other senate campaigns that you had worked
10 on?
11     A.  Every campaign is different. I can't say that it was
12 more different than others.
13     Q.  I want to talk a little bit about the campaign sort of
14 overall fundraising strategy during the time you were there.
15 Would you agree with me that how much money a particular
16 candidate raises can depend on factors like the overall appeal
17 and quality of the individual candidate?
18     A.  It can.
19     Q.  Can it also vary on how well organized the campaign
20 is?
21     A.  It can.
22     Q.  Can the importance of the race be a factor in
23 fundraising numbers?
24     A.  It can.
25     Q.  The number of candidates in a particular race, can

6 (Pages 18 to 21)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 22

1    that impact fundraising numbers?
2         A.  It can.
3         Q.  And how about the competitiveness of the race?
4         A.  It can.
5         Q.  Is there anything else that I haven't mentioned that,
6    in your experience, tends to factor into fundraising success or
7    failure?
8         A.  A candidate's relationships with individuals who would
9    donate.
10        Q.  Anything else?
11        A.  No.
12        Q.  In your experience, is a typical senate candidate or a
13   senate race attract more donations than a race for congress, a
14   congressional seat?
15        A.  On average.
16        Q.  There's donors outside of a particular state are more
17   likely to donate to a national Senate election than a particular
18   House seat.  Is that generally -- I understand there are
19   exceptions, but would you agree that that's generally the case?
20        A.  In general.
21        Q.  Would you agree with me that the overall fundraising
22   strategy for the Ehr Campaign in the first few months, at least
23   while you were there, was to be pretty aggressive?
24        A.  Yes.
25        Q.  And who was driving that aggressive strategy?

Page 23

1         A.  Phil wanted to win.
2         Q.  Was Phil on board with taking an aggressive approach?
3         A.  Phil wanted to do what was necessary to be the
4    Democratic nominee.
5         Q.  And what was that?
6         A.  To raise as much money as possible as quickly as
7    possible.
8         Q.  Did the campaign have a particular stream of
9    fundraising that it was most focused on or putting most of its
10   resources and energy?  So, for example, texting versus e-mail or
11   direct mail.
12        A.  Upon launch, the strategy was reliant on Call Time and
13   utilizing his list curated from the 2020 cycle.
14        (Vanessa Brito joined the deposition remotely.)
15   BY MS. ALI:
16        Q.  Can you talk a little bit more about his list from the
17   2020 cycle what that looked like, and how successful that
18   strategy was?
19        A.  Can you repeat the question, please?
20        Q.  Can you -- you said that at the time of launch, the
21   strategy was reliant on Call Time and utilizing the list from
22   Phil Ehr's 2020 cycle.  Can you talk about how robust that list
23   from the 2020 cycle was and what the plan was and how you
24   utilize it?
25        A.  Phil raised a lot of money in the 2020 cycle when he

Page 24

1    ran against Matt Gaetz, and the belief was that that would --
2    that that list curated would translate into a lot of resources
3    for the 2024 cycle against Rick Scott.
4         MS. ALI:  I'll just note, for the record, that
5    somebody else has joined the deposition.  It's the --
6    the name is Ehr Force.  I don't know if anybody wants to
7    announce who joined.
8         MS. BRITO:  It's Vanessa, with Phil.
9         MS. ALI:  Can you just say your full name so
10   the record is clear for the record, please?
11        MS. BRITO:  Yes.  And I'll type it in as well.
12   Vanessa Brito, V-A-N-E-S-S-A B-R-I-T-O.  I'm the current
13   campaign manager.
14        MS. ALI:  Thanks.
15   BY MS. ALI:
16        Q.  Other than using Call Time with the list from the 2020
17   cycle, were you using that list for any other purpose?
18        A.  E-mail and text.
19        Q.  Do you remember about how many donors were on that
20   list?
21        A.  I don't recall.
22        Q.  Were you familiar with Grassroots Analytics before
23   your work on the Ehr Campaign?
24        A.  I had heard of them.
25        Q.  What did you know about them at that time?

Page 25

1         A.  That they were in the data and fundraising space.
2         Q.  Did the campaign, at some point, make a decision to
3    bring in Grassroots Analytics to help with text messaging --
4    text-message fundraising services?
5         A.  Yes.
6         Q.  Do you remember when that was?
7         A.  Sometime after the launch, maybe two weeks.
8         MS. ALI:  Okay.  So I'm going to show you a
9    text chain that's between you and Grassroots's CEO,
10   Danny Hogenkamp.  It's Bates stamped Grassroots 4156.
11        (Bates numbered Grassroots 4156 marked as Exhibit 1)
12        THE WITNESS:  Okay.
13   BY MS. ALI:
14        Q.  So that should --
15        A.  I click open new exhibit?
16        Q.  I think so.  Let's give that a try, see what happens.
17        MR. KLEIN:  Yes.  That does open the exhibit.
18        MS. ALI:  Okay.
19   BY MS. ALI:
20        Q.  So on the first page, which at the bottom, you can see
21   there's Bates stamps with some numbers.  This is Bates stamped
22   4156.  The date on those texts is July 17, 2023.  Do you see
23   that?
24        A.  I do.
25        Q.  And the first text that we see is you reaching out to

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 26

```
1    Danny from Grassroots.  Is that right?
2      A.  That's correct.
3      Q.  Do you remember the date that Phil Ehr's campaign
4    launched?
5      A.  I don't remember.  It was early July.
6      Q.  Okay.  And if you kind of skim through these texts on
7    this page and then we will flip ahead to 4158.  There's a text
8    in the middle of the page.  Where you say, "I don't want to be
9    conservative at all.  I got roped in here last minute.  I
10   stupidly assumed you were all involved."  Do you see that?
11     A.  No, I'm just trying to --
12        MR. KLEIN:  Sorry to cut you off.  Counsel,
13   before you ask your question, can you just make sure
14   that the witness is able to follow it on the same page
15   you are?
16        MS. ALI:  Yes.
17   BY MS. ALI:
18     Q.  I think you actually have to move ahead.  Sorry, I
19   thought that we were going to be able to do that for you.  But I
20   think you have to click the arrows on the side.
21     A.  So which page is this on?  It says page 3 of 32.  1 of
22   32.
23     Q.  Let's try 3 of 32.
24     A.  Okay. Somebody else is moving it now.
25     Q.  Oh.  Okay. Maybe now we've sorted that out.
```

Page 27

```
1      A.  Yeah --
2        MR. MAKHAIL:  Hey, sorry, this is Mark.  What
3    happened was we all needed to join the presentation, I
4    think, and so now you have to control over it.
5        MS. ALI:  Great.  So are you looking at the
6    page --
7        MR. KLEIN:  I think it makes sense for you all
8    to sort of scroll through the document, and then if
9    Mr. Keith needs more context or wants to review himself,
10   he can do that.  But just to speed things up, if you can
11   direct his attention, I think that'd be --
12        MS. ALI:  Yes.
13   BY MS. ALI:
14     Q.  So you should be seeing what is Bates stamped at the
15   bottom, Grassroots 4158.  Do you see that?
16     A.  0004158.  Yes.
17     Q.  Okay.  And at the middle of the page, there is a block
18   of text where you are saying, "I do not want to be conservative
19   at all."  Do you see that?
20     A.  Yes.
21     Q.  And the second line of that text says, "I stupidly
22   assumed you were all involved."  Do you see that?
23     A.  I do.
24     Q.  What did you mean by that?
25     A.  I don't recall.
```

Page 28

```
1      Q.  Who made the decision to hire Grassroots to help with
2    fund -- text messaging?
3      A.  As my previous text indicated, Phil asked me to reach
4    out to them.
5      Q.  And going back to the first page of those texts, which
6    is Bates stamped 4156, sort of a third of the way down the page,
7    there's a text where you say, "What are you thinking?  We're
8    being pretty aggressive, but happy to scale wherever there is
9    ROI."  Do you see that?
10     A.  No.  Yes, I do.
11     Q.  Can you explain what you meant by that?
12     A.  When campaigns want to grow, they do what is called
13   scaling, which is increase the volume, meaning the number of
14   texts you send in order to raise more money.
15     Q.  And when you say, I assume return on investment, is
16   that right?
17     A.  Yes.
18     Q.  So when you say, "Copy to scale wherever there is
19   ROI," what specifically do you mean by that?
20     A.  When campaigns see a clip of money coming back that's
21   encouraging money, you scale, meaning you start sending more
22   texts.
23        MR. KLEIN:  Counsel, I'll just note that the
24   witness is testifying as to personal experience.  So
25   don't want this to be construed as some sort of expert
```

Page 29

```
1    testimony.
2    BY MS. ALI:
3      Q.  And about -- toward the bottom of the page, there's a
4    response from Danny, Grassroots CEO, where he says, "If the
5    immediate ROI is above 100 percent, you scale, scale, scale."
6    Do you see that?
7      A.  Yes.
8      Q.  And did you understood -- understand at that time what
9    he meant by that?
10     A.  Yes.
11     Q.  And what did he mean by that -- or what -- how did you
12   interpret it?
13     A.  If you're getting a dollar back for every dollar you
14   spend, scale, scale, scale would infer go big.
15     Q.  And at the very bottom of that page, you say, "We've
16   been texting a lot today."  Do you see that?
17     A.  Yes.
18     Q.  How was the campaign doing that before you brought
19   Grassroots on, was the campaign texting on its own or using
20   another shop like Grassroots?
21     A.  If I recall, they were using something called
22   Switchboard.
23     Q.  And when you say "they," who are referring to?
24     A.  The campaign.
25     Q.  To the best of your memory, were they using the data
```

8 (Pages 26 to 29)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 30

1    -- the numbers, from the 2020 campaign and texting those folks?
2    Or how were they deciding who -- how was the campaign deciding
3    what donors to target through text messaging before Grassroots
4    got involved?
5        A.   If I recall, predominantly the 2020 list.
6        Q.   Okay.  So you have this text exchange with
7    Grassroots's CEO on July 17, and then do you recall that the
8    campaign signed a contract with Grassroots Analytics for text
9    messaging services?
10       A.   Yes, I recall that.
11       Q.   All right.
12           MS. ALI:  I will show you a document that's
13   Bates stamped 2247, which will be Grassroots Exhibit 2.
14           (Bates numbered Grassroots 2247 marked as Exhibit 2)
15   BY MS. ALI:
16       Q.   Do you see that document?
17       A.   Yes.
18       Q.   It says, "E-mail chain from July 17, 2023."
19       A.   Yes.
20           MR. KLEIN:  Counsel, did you misstate the
21   date?  The first e-mail looks like July 27.
22           MS. ALI:  Oh, let's scroll.  All right.  Can
23   you all see the July 17, 2023 e-mail?
24           THE WITNESS:  Yes.
25   BY MS. ALI:

Page 31

1        Q.   So this is a -- an e-mail chain from you.  And I'm --
2    davidmkeith2023@gmail.com.  Is that the e-mail address that you
3    used while you were working with the campaign?
4        A.   Yes.
5        Q.   Did you use any other e-mail address while you were
6    working with the campaign?
7        A.   Not that I recall.  I could have been using the one
8    through Vision Media.  But I don't recall, if any, that I did
9    through that.
10       Q.   To the best of your memory, most of the work you did
11   on the campaign, you were using this Gmail address that we see
12   here?
13       A.   To the best of my memory.
14       Q.   So this is an e-mail from you to -- I'm sorry.  This
15   is an e-mail from Danny at Grassroots, copying you, saying this
16   is David Keith.  I'm sorry, let me start over.
17           This is an e-mail from Danny.  We can't see -- the way the
18   e-mails show up, you can't quite see what's going on.  But I
19   think what's going on here is that Danny from Grassroots is
20   e-mailing David Davies from Grassroots, copying you, introducing
21   the two of you.  Does that look to you like what's going on in
22   this e-mail?
23       A.   It looks like he's introducing me to somebody named
24   David.
25       Q.   Okay.  Do you remember working with somebody at

Page 32

1    Grassroots named David Davies?  Does that sound familiar?
2        A.   Very vaguely.
3        Q.   Okay.  And in the e-mail just above that, you say,
4    "Plus Tren."  Is that referring to Tren Schacht?
5        A.   I would assume so.
6        Q.   And who is he?
7        A.   An employee of one of the consulting firms for Phil
8    senate campaign named Meadowlark Strategies.
9        Q.   What was his role on the campaign?
10       A.   Meadowlark was the lead digital consultant for the
11   launch of the campaign.
12       Q.   And in this e-mail, you say, "30-day invoicing with no
13   up-front cost sounds assuming that's good still after Daniel
14   and I spoke."  And then you say, "I'd like to move forward."  Do you
15   see that?
16       A.   I do.
17       Q.   What were the factors driving the campaign's decision
18   to work with Grassroots?  What were the factors driving?
19       A.   Phil introduced me to Grassroots.  They had a
20   conversation I was not privy to.
21       Q.   Did you provide any input into the decision to bring
22   Grassroots on?
23       A.   I recall describing to both Phil and Jake the style of
24   fundraising that that is, which includes testing, a lot of
25   messages and universes and seeing if anything works.

Page 33

1        Q.   Were you supportive of the decision to bring on
2    Grassroots?
3        A.   I didn't advise the campaign to bring on Grassroots at
4    the launch, which was my job to advise on the launch.
5        Q.   Was there ever a time when you advised a campaign to
6    bring on Grassroots?
7        A.   Not to my knowledge.  I was introduced to Grassroots,
8    as described above by Phil -- by Phil and then I reached out to
9    Danny.
10       Q.   Is it your testimony that the decision to bring on
11   Grassroots was Phil's decision?
12       A.   Yes.
13       Q.   Was there anything specific that Danny or anyone else
14   at Grassroots said that convinced the campaign to use
15   Grassroots's services?
16           MR. KLEIN:  Objection, calls for speculation.
17   BY MS. ALI:
18       Q.   Are you aware --
19           MR. KLEIN:  You can still...
20           MS. ALI:  I'll rephrase the question.
21   BY MS. ALI:
22       Q.   Are you aware whether there was anything specific that
23   Danny or someone else at Grassroots said that convinced the
24   campaign to use Grassroots's services?
25       A.   I'm not aware.

9  (Pages 30 to 33)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 34

1    Q.  Was there anything specific that Danny or anyone else
2  at Grassroots said to you specifically that convinced you to use
3  Grassroots services?
4    A.  I don't recall.
5    Q.  Are you aware that Grassroots -- I'm sorry.
6    Are you aware that the Ehr Campaign used Grassroots
7  Analytics during the 2020 race against Matt Gaetz?
8    A.  I'm not aware of that.  If I was, I don't recall
9  learning that.
10   Q.  The e-mail we just looked at, you said, "30-day
11 invoicing with no up-front cost bounds --" the -- it says
12 sounds.  I assume it should have said something like sounds good
13 or sounds okay.  Is that -- is that consistent with what you
14 think you meant here?
15   A.  It seems to be consistent.
16   Q.  And with that particular sort of payment structure,
17 important to you at that time, or important to the campaign?
18   A.  To my knowledge, that's the standard structure.
19   Q.  All right.  On the next page of the document, which is
20 Grassroots 2264.  This is later that same day, July 17, 2023.
21 You said, "I'm game to go wide with tests in a fast, aggressive
22 scale up."  Do you see that?
23   A.  Give me a minute.  I'm looking for it.  Yes, I see it.
24   Q.  And below that, there's an e-mail where you say, "Can
25 we get moving here?"  Do you see that?

Page 35

1    A.  I do.
2    Q.  Up above on the same page, there's an e-mail from
3  Danny where he says, "We can get started as soon as we get a
4  10DLC duplicate token."  Can you just explain what that means?
5    A.  10DLC is a -- I don't know the industry term, but it's
6  something a campaign needs in order to send peer-to-peer
7  messaging
8    Q.  So Grassroots was waiting on getting that from the
9  campaign before they could start text-messaging services, is
10 that right?
11   A.  That seems to be what Danny's saying.
12   Q.  If we go to the next page of the document, this is
13 Grassroots 2263.  We're still the same day, July 17, 2023.  You
14 say -- this is about at the middle of the page, "I will approve
15 very quickly, as long as there are no typos."  Do you know what
16 you're referring to here?  And you can take time, obviously, to
17 read the document -- the rest of the e-mails if you need.
18   A.  I'm reading it.  Yeah, it seems as though there were
19 no -- it seems as though there were no objections, and it was
20 time to start texting.
21   Q.  There's an e-mail that kind of splits Grassroots 2262
22 to Grassroots 2263, where -- so this is the same page, at the
23 very top.  Diego Dew, from Grassroots, says, "I just sent the
24 services and data licensing agreement over."  And then asks,
25 "Did the team want to start with a 5K test.  Do you see that?

Page 36

1    A.  I see it.
2    Q.  Do you remember that Grassroots sent a contract over
3  to you to look at and sign?
4    A.  I recall.
5    Q.  And do you know whether this was Grassroots's sort of
6  form contract or something more bespoke for the Ehr campaign?
7    A.  I don't recall.
8    Q.  Do you remember if you had seen or discussed the
9  contract with anybody, before Grassroots sent it over to you?
10   A.  Phil had asked us to move -- asked me to move forward
11 with their services.
12   Q.  Do you remember if you had a general sense of the
13 terms before you received a copy of the contract?
14   A.  I don't recall.
15   Q.  Did you have any involvement in negotiating the terms
16 of the contract?
17   A.  Not that I recall.
18   Q.  Turning to what's Bates stamped Grassroots 2262, we're
19 now on July 18, 2023.  You respond to Diego's e-mail to say,
20 "I'm happy to go much larger with a test than that, as long as
21 we have the 30-day invoice policy in place."  Do you see that?
22   A.  Yes.
23   Q.  And in the next line of e-mail, you say, "I want to
24 scale everywhere possible."  Do you see that?
25   A.  Yes.

Page 37

1    Q.  And then below that, it says, "The document you sent
2  has been signed."  Do you see that?
3    A.  Yes.
4    Q.  Fair to assume that you're referring to the contract
5  that Diego said he had just sent over in the e-mail before that?
6    A.  Based on this e-mail exchange, I assume that.
7    Q.  And since you signed the contract, fair to assume that
8  you didn't have any questions about the terms of the contract at
9  that time?
10   A.  That's fair.
11   Q.  If you have had questions about the terms, you would
12 have contacted somebody at Grassroots, is that right?
13   A.  I would assume so.
14   Q.  So let's look at the contract.  The July services
15 agreement, which is Bates stamped Grassroots 4137.
16      MS. ALI:  Which I will mark as Grassroots
17 Exhibit 3.
18      (Bates numbered Grassroots 4137 marked as Exhibit 3)
19 BY MS. ALI:
20   Q.  Do you recognize this as the services agreement that
21 we were just talking about?
22   A.  It seems to be what you were just talking about.
23   Q.  And if we scroll all the way to the bottom, to the
24 last page, do you see your signature there?
25   A.  Yes.

10  (Pages 34 to 37)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 38

1  Q.  And was the date that you signed?
2  A.  07/18/2023 is what it says.
3  Q.  Did you have a general understanding of what services
4  Grassroots was supposed to provide under that contract?
5  A.  A general understanding, yes.
6  Q.  And what were those services, at a high level?
7  A.  Text-message fundraising services.
8  Q.  And did you understand that the campaign was doing
9  list rentals with Grassroots Analytics?
10  A.  I understood that the campaign would be using
11  Grassroots to text data cell phone numbers Grassroots had.
12  Q.  Did you understand that Grassroots would be the one
13  texting potential donors on the campaign's behalf, rather than
14  providing lists of potential donors to the campaign to do its
15  own texting?
16  A.  I understood that was part of the services, yes.
17  Q.  Typically, in your experience, does a campaign
18  typically get information about donors who actually have donated
19  to a campaign?
20  A.  Typically, whatever is filled out on the donation form
21  which is often on ActBlue.
22  Q.  In other words, the campaign would receive from
23  ActBlue, or some analog to ActBlue, information about a
24  particular donor.  And I think on ActBlue, that's typically
25  phone, e-mail, address, and occupation.  Is that consistent with

Page 39

1  your experience?
2  A.  Typically, the campaign has access to what's referred
3  to as the back-end, meaning all of the transactions that have
4  been processed.
5  Q.  I want to just quickly walk through some parts of the
6  contract with you.  So on the first page of the contract there's
7  a Section 3 labeled, Services.  Do you see that?
8  A.  I do.
9  Q.  And what's next to -- what's marked as Paragraph A it
10  says that Grassroots would conduct a text messaging program as
11  requested and instructed by the client.  Did you understand that
12  that was part of what Grassroots was supposed to be doing
13  pursuant to the contract?
14  A.  Yes, I understood they were going to be texting data
15  that they had.
16  Q.  And did Grassroots do that for the campaign?
17  A.  They did text messaging.
18  Q.  Next to B, it says copywriting, production, and
19  quality assurance for a text messaging program.  Did you
20  understand that set of services to mean that Grassroots would
21  draft, proofread, and sort of prepare content for fundraising
22  text messages for the campaign?
23  A.  I understood that they would do some of the writing,
24  yes.
25  Q.  And did Grassroots do that?

Page 40

1  A.  Yes.
2  Q.  Did you -- do you understand the term quality
3  assurance that appears in that sentence to be promising a
4  specific minimum amount of donations?
5  A.  No.
6  Q.  And then the next Line C says, "Generation of analysis
7  results, including periodic reports, as requested by the
8  client."  Did Grassroots do that?
9  A.  I don't recall.
10  Q.  Let's skip ahead to paragraph 16, which is on
11  Grassroots 4142.  This is Section 16, which is called Limitation
12  of Liability.  Do you see that?
13  A.  I see it.
14  Q.  And in paragraph C, which is in all caps, it says that
15  "The parties to the agreement expressly understand and agree
16  that, to the extent permitted by applicable law, client's use of
17  the services pursuant to Section 3 is provided on an as-is and
18  as-available basis, with all faults."  Do you see that?
19  A.  I see those words.
20  Q.  Do you understand this to mean that the campaign was
21  purchasing Grassroots's services in the condition that they were
22  in, including with any existing flaws in the data?
23  A.  Can you repeat the question, please?
24  Q.  Do you understand that this sort of as-is clause meant
25  that the campaign was purchasing Grassroots's services in the

Page 41

1  condition they were in, including any flaws that might have
2  existed in the prospective donor data.
3  MR. KLEIN:  Objection.  Calls for a legal
4  conclusion.
5  BY MS. ALI:
6  Q.  You can answer.
7  A.  I'm sorry to ask this, but can you repeat the
8  question?
9  Q.  Sure.  Reading that text, do you understand that to
10  mean that the campaign -- as the person who signed the contract,
11  do you understand that term meant that the campaign was
12  purchasing Grassroots's services on an as-is basis, in other
13  words, including with any flaws in the data that might have
14  existed in their, you know, prospective donor list?
15  A.  I don't understand it to that level of detail.
16  Q.  Okay.  Let's go back to what was marked as Grassroots
17  Exhibit 2.  This is the e-mail chain that we were looking at
18  earlier.  So after the contract is signed -- I'm at page 2262,
19  which is a series of e-mails on July 18, 2023.  So you signed
20  the contract at this point, and you sent an e-mail that morning
21  that says, "Let's go hard and aggressive."  Do you see that?
22  A.  I see that it says, "From my point of view, let's go
23  hard and aggressive."
24  Q.  And is that consistent with sort of the overall
25  strategy that the campaign was taking, at least in these early

11  (Pages 38 to 41)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

1  days post-launch?
2       A.  As the next sentence says, it was my thought and the
3  campaign's thought that Phil had a great profile and could
4  easily become a nationalized candidate.  So the idea was to go
5  as strong as possible as quickly as possible to make his
6  political star rise against Rick Scott.
7       Q.  And in the e-mail right above that.  Diego Dew from
8  Grassroots says, "We should be on track to launch by noon,
9  Eastern."  Do you see that?
10      A.  I do.
11      Q.  And do you understand that to mean that Grassroots to
12  be sort of up and running on text messaging noon, Eastern, or on
13  July 18, 2023?
14      A.  The word launch to me indicates that they would be
15  starting to send texts by that time.
16      Q.  And kind of sprawling through the e-mails immediately
17  after that, these are still on July 18, there are kind of -- we
18  see on 2259 spanning to 2261, we see an e-mail from David Davies
19  to you showing proposed versions of copy and asking for edits
20  and approval.  Do you see that?
21      A.  The page is changing a lot.
22      Q.  We can slow down.
23      A.  Yeah.  I don't see anything in the box under Version
24  1.  I would assume that's what was being sent was a version of
25  copy for approval.  My guess is that would be a picture in the

1  text message.
2       Q.  And then you see text below that?
3       A.  I do.
4       Q.  And is this sort of how you understood things would
5  work, that Grassroots would propose some copy and wait for the
6  campaign to make any edits or approve it?
7       A.  Yes.
8       Q.  And is that generally how things worked to the best of
9  your memory.
10      A.  That's generally how things work on most every
11  campaign.
12      Q.  And in this e-mail that we were just looking at on
13  July 18, David Davies says, "We would love to start with a
14  6,000-dollar test split across all three versions."  Do you see
15  that?
16      A.  Yes.
17      Q.  And he is asking for you to add, for the campaign to
18  add him and another person from Grassroots to ActBlue.  And he
19  said, "This will help us monitor results and allow us to quickly
20  scale as needed."  Is that right?
21      A.  I take that to mean they need to see ActBlue, so that
22  as donations come in, you're not texting a prospective donor
23  again because then you will just be texting for a donor you've
24  already acquired.
25      Q.  Okay.  And you respond to that e-mail above and say

1  you'll add the e-mails to ActBlue, and then you ask, "Is this
2  path robust enough?"  Do you see that?
3       A.  Yes.
4       Q.  And at the top of the page, we see a response saying
5  that test size will be robust enough.  Do you see that?
6       A.  Yes.
7       Q.  And on page 2258, shortly after that, also on July 18,
8  here's an e-mail from you saying, "Looks great, good to go."  Do
9  you see that?
10      A.  I do.
11      Q.  And was that you sort of giving approval from the
12  campaign to start sending out text messages?
13      A.  That copy.
14      Q.  There is a discussion in these e-mails about tests,
15  what did you understand that to mean?
16      A.  The term testing in this type of fundraising in
17  campaigns refers to sending copy to a small universe.  It's
18  where I'm testing in this type of fundraising campaign in order
19  to see if the response -- if the response generated warrants a
20  larger universe, meaning sending to more people.
21      Q.  So you would test it on a smaller audience, and if it
22  did well, you would scale up to try to reach more donors, is
23  that right?
24      A.  That's what -- that's what the model on campaigns,
25  yes.

1       Q.  And if something tests poorly, you might pivot and try
2  different copy or reach out to a different sort of pool of
3  prospective donors, is that right?
4       A.  Yes.
5       Q.  So the model is kind of test something, see how it
6  does, scale up if it does well, pivot to something else if it
7  does poorly?
8       A.  The model is to test as much as possible.  And when it
9  works well, keep going.
10      Q.  So on the same page, 2258, we see some more e-mails.
11  This is about the middle of the page on July 18.  You ask David
12  Davies at Grassroots, "How are we doing?"  And David Davies
13  responds, "Returns are a bit slower, but we're still monitoring.
14  We're sending some additional texts on the first period and
15  cutting the other two, based on the initial results."  So is
16  that consistent with what we just talked about how this all
17  works, you send a test, you see how it goes?  Here, he's saying
18  it sounds like the first out of the three proposed copies did
19  better.  So they're going to send additional text there and stop
20  sending texts on the other two versions of the copy, is that how
21  you interpreted that to mean?
22      A.  It would be consistent with that.
23      Q.  And you ask, "Any room to scale?  Do you see that
24  right above there?
25      A.  I see that.

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 46

1      Q.  And David Davies respond, "Can you give me a call?"
2   Do you see that?
3      A.  I see that.
4      Q.  Do you have any recollection of whether you spoke to
5   David Davies in response to that e-mail?
6      A.  I have general recollection of talking to people at
7   Grassroots on the phone, not in response to this e-mail, but in
8   general.
9      Q.  Do you have any memory of what -- assuming you talked
10  to him, do you have any memory of what this particular
11  conversation was about?
12     A.  I'm sorry, I don't.
13     Q.  Did you understand at the time that scaling meant
14  sending additional text messages?
15     A.  Yes.
16     Q.  And that sending more text messages necessarily meant
17  incurring additional costs?
18     A.  Yes.
19     Q.  The next --
20        MS. ALI:  Well, is now a good time to take a
21  break, or do people want to keep going?
22        THE WITNESS:  I'd like to keep going.
23        MS. ALI:  Okay.  Let's do it.
24        MR. KLEIN:  Yeah.  I think, Katie, our goal is
25  to try to wrap this up as quickly as we can today.  So

Page 47

1   we'll take breaks as needed, but from our perspective,
2   we're good to power through.
3        MS. ALI:  Okay.  I will take my cues from you
4   all on that.
5   BY MS. ALI:
6      Q.  Okay.  We're looking -- again, it's a little bit
7   awkward because the e-mail break for multiple pages.  But
8   there's an e-mail on July 19, so we're now on the next day,
9   2023.  That's at the very bottom of Grassroots 2257, but carries
10  over to the top of 2258.  You say here, "As I told David
11  yesterday, let's keep pushing."  Do you see that?
12     A.  I don't see anything on top of it that would indicate
13  who sent it, but I see those words.
14     Q.  Yeah.  So the time stamp and the e-mail is on the
15  prior page, and then...
16     A.  I see that now.
17     Q.  Do you see that now?  Okay.  And what did you mean,
18  let's keep pushing?
19     A.  I would assume that means, let's keep testing.
20     Q.  I'm now looking at Grassroots 2256.  This is another
21  e-mail, same day, July 19, 2023 where David Davies sends, "Three
22  versions of follow-up copy we want to test to our best-
23  performing audiences from yesterday.  Let us know if you have
24  any edits or if these are approved."  Do you see that?
25     A.  Yes.

Page 48

1      Q.  And again, is this all sort of consistent with the way
2   that this works that we just talked about; you test things, you
3   see what does well.  You scale up on the things that do well,
4   you test new things to different audiences to try to expand the
5   pool of donors.
6      A.  At the time, that was the industry standard and it
7   still is.
8      Q.  And right above that, do you see an e-mail from you
9   saying, "Approved"?
10     A.  I do.
11     Q.  And going to Grassroots 2254, this is the next stage
12  July 20, 2023.  Same drill, right?  Grassroots proposes copy,
13  and you improve it.  Do you see that?
14     A.  Yes.
15     Q.  And same thing.  Grassroots 2252, this is also on July
16  20.  David Davies sends over a proposed -- additional proposed
17  copy.  You say, "This is not approved yet."  This was, again,
18  the general cadence.  They would propose something, you would
19  approve it or not, and they were providing input but the
20  campaign was making decisions about what to send?
21        MR. KLEIN:  Objection.  Form.
22  BY MS. ALI:
23     Q.  Do you understand the question?
24     A.  Can you repeat the question, please?
25     Q.  Sure, I'll rephrase.  So we're seeing here, without

Page 49

1   making you look at every single e-mail that happened in this
2   period, are you generally seeing a cadence where Grassroots is
3   sort of proposing copy and input into strategy, but the campaign
4   is making decisions about what copy to send, and how to --
5   whether and how to scale?
6      A.  I see that pattern.
7      Q.  On July 21, 2023, you send an e-mail, it says, "Kyle,
8   thanks for the great first week.  I really want to stay as
9   aggressive as can be and scale, even at a lower ROI."  Do you
10  see that?
11     A.  Yes.
12     Q.  And what did you mean, even at a lower ROI?
13     A.  It means be more aggressive.
14     Q.  And, again, who was driving that aggressive strategy?
15  Was Phil Ehr on board with that strategy?
16     A.  That was the strategy of the campaign.
17     Q.  Looking to Grassroots 2249.  This is July 24, 2023.
18  You ask David Davies -- or Andrew Donohue, "How's the other
19  testing?"  And Andrew Donohue responds, "Results have been a
20  little slow, but I'm going to keep pushing and testing different
21  audiences."  You say, "Thanks.  Anything near 40 percent?"  And
22  he says, "Not at the moment.  But sending out a fresh round of
23  tests now."  Do you see all that?
24     A.  I do.
25     Q.  And, in general, to the best of your memory, when you

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 50

1    ask Grassroots for updates or information about testing or
2    performance, ROI, Grassroots responded and answered your
3    questions. Is that right?
4        A. As I recall.
5        Q. In parallel to the e-mails that you were having with
6    the peer-to-peer team at Grassroots, which were, at least in the
7    early days of the campaign, it seemed like, you know, multiple
8    times a day, sort of in really frequent contact with them. You
9    were also in frequent communications with Grassroots's CEO at
10   that time. Do you remember that?
11       A. I recall being in touch with Danny when Phil put me
12   into -- Phil had asked me to get in touch with him. I recall
13   communicating with him.
14       Q. Okay. Let's go back to what was marked as Grassroots
15   Exhibit 1. This is the text chain between you and Danny that we
16   were looking at earlier. If you want to just sort of look
17   through the text -- I don't know if you have the ability to
18   scroll through the document; we can do it for you. But I'm
19   going to ask you to just kind of look through text from a
20   particular day and give me your views on what's going on here.
21   So pages 4158 to 4161 are all July 17.
22       A. Uh-huh.
23       Q. Looking at text, 4158, you know, you say, "The minute
24   I raise $1, I'll send it. I want to go very hard and very fast.
25   I want to shock people. I don't care about cash on hand. More

Page 51

1    we raise, the more we spend.
2        MR. KLEIN: Katie, I'm not -- can you maybe
3    pause as you scroll through so we can confirm the text
4    you're reading is actually included in here, or direct
5    our attention to it?
6    BY MS. ALI:
7        Q. Yeah. So 4158, there's text at the middle of the page
8    saying, "I want to go very hard, very fast." And then it reads,
9    "I raise $1, I'll send it." Do you see that?
10       A. Yes.
11       Q. And on the next page, Grassroots 4159. At the top of
12   the page, there's a text, "Money is not a concern. We'll raise
13   it." Do you see that?
14       A. No. Where do you see that? Yes, I do see it.
15       Q. Okay. And 4161. I'll represent to you, I know
16   it's a little bit hard to see if you're not manipulating the
17   document yourself. This is still July 17, 2023. You say, "Just
18   go full gasoline on the fire. I have backing."
19       A. Uh-hmm.
20       Q. Do you see that?
21       A. I do.
22       Q. Now, we're in July 18, 2023 on 4162. At the top of
23   the page, you say, "I signed." I assume you're talking about
24   the contract. Does that sound right to you?
25       A. I would assume so.

Page 52

1        Q. And you say, "Please go as large as possible. Let's
2    not be conservative." Do you see that?
3        A. I see that.
4        Q. And down closer to the bottom of the page, you ask
5    Danny, "How much do you think we can raise out of the gate with
6    your lists?" Do you see that?
7        A. I see that.
8        Q. And Danny responds, "Depends on the tests." Do you
9    see that?
10       A. Yes.
11       Q. Why did you interpret that to mean?
12       A. He's answering my question. How much you think we can
13   raise out of the gate with your lists? That's his answer.
14       Q. And did you understand what he meant by it depends on
15   the tests?
16       A. I take that to be, he won't give me a concrete answer
17   without seeing the results of testing.
18       Q. On the next page, we're still on July 18, 2023.
19   There's a text in the middle of the page. It's a little bit
20   hard to see because of the way these were produced. We can't
21   see the color, so it's a little bit hard to see who's who here,
22   but there is a text from Danny in the middle of the page that
23   says, "Anything over 100 can be scaled immediately." Did you
24   understand what he meant by that?
25       A. I assume he meant 100 percent.

Page 53

1        Q. 100 percent ROI.
2        A. I would think that that's what he meant.
3        Q. And then flipping ahead to Grassroots 4165. At the
4    top of the page, do you see you say, "Let's just go big, big,
5    big." And then there's some discussion about Debbie. Do you
6    know what you were talking about there or who you were referring
7    to?
8        A. The DSCC was recruiting the former Congresswoman
9    Debbie Mucarsel-Powell to run for the U.S. Senate seat. So it
10   was the campaign strategy to box her out, which is the industry
11   term for keeper her from running by raising as much as possible
12   as quickly as possible.
13       Q. The campaign was trying to avoid a binary challenger.
14       A. Correct.
15       Q. Is that right?
16       A. Correct.
17       Q. Was that part of the reason for the campaign's
18   aggressive strategy on fundraising?
19       A. The campaign quickly identified that for Phil to be
20   the nominee, he needed to not have a serious primary.
21       Q. And was part of the strategy to avoid having a serious
22   primary, to fundraise aggressively, try to raise a lot of money
23   in the early days of the campaign?
24       A. That's the strategy on every campaign.
25       Q. And it was the strategy here?

14  (Pages 50 to 53)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 54

1    A.  Yes.
2    Q.  A few text down, you say, "I told David Davies today I
3    want to get him in front of every single donor on text we can
4    even if there is a 50 percent ROI, I'll take the risk."  Do you
5    see that?
6    A.  Yes.
7    Q.  Now we're moving ahead to July 19 on page Grassroots
8    4166 -- I'm sorry, we're moving to July 20, 2023 on Grassroots
9    4166.  You say, "Please tell Davies to double down even if ROI
10   is super risky, let scale."  Do you see that?
11       MR. KLEIN:  Mr. Keith, before you respond,
12   Katie, just to be clear, this entire text exchange, can
13   you represent, is with Mr. Hogenkamp?  It's all part of
14   the same exchange.
15       MS. ALI:  This is all part of the same
16   exchange.  This entire document, Grassroots Exhibit 1,
17   is all part of a text chain between David Keith and
18   Danny Hogenkamp, as pulled from Danny's cell phone.  So
19   I'll represent to you, you know --
20       MR. KLEIN:  Understood.
21       MS. ALI:  -- anything.  It's the complete
22   chain that existed on his cell phone at the time that we
23   pulled it off of his device.
24       MR. KLEIN:  I just wanted to make sure
25   Mr. Keith understood the document.

Page 55

1
2    BY MS. ALI:
3    Q.  So we're on Grassroots 4166.  This is July 20, 2023.
4    And in response to your text saying, "Even if ROI is super
5    risky, let's scale," Danny responds, "We want to ensure a high
6    ROI and slow and steady each day, trying to get spend towards 30
7    or 40K with 70 percent ROI."  Do you see that?
8    A.  I do.
9    Q.  Did you understand what he meant by that?
10   A.  I understand 30 and 40K.  I understand 70 percent ROI.
11   And I understand test, test, test.
12   Q.  And what is your understanding of what Danny was
13   saying there in that text?
14   A.  Spending 30,000 or $40,000 ROI at 70 percent or
15   better.
16   Q.  And you respond, "Okay," exclamation mark.  Do you see
17   that?
18   A.  I do.
19   Q.  Let's skip ahead to Grassroots 4167.  We're now at
20   July 23, 2023, in the middle of the page, and you say, "Let's go
21   scale on anything above 40 percent."  Do you see that?
22   A.  Yes, I do.
23   Q.  Jumping ahead to July 27, 2023.  So you can see that
24   we're in July 27 on 4168, but the texts that I actually want to
25   look at are on 4169.  And at the top of the page, Danny says,

Page 56

1    "They are really sending it today.  I'm texting all of Florida
2    mobiles."  And you respond, "Love it.  Keep going, please,
3    please, please."  Do you see that?
4    A.  Yes.
5    Q.  And you say, "I don't want a primary.  I told Davies,
6    I'll spend 700,000 to raise 1 million."  Do you see that?
7    A.  I do.
8    Q.  And do you agree that that's sort of part of the
9    overall aggressive strategy at this point to try to keep a
10   primary challenger out of the race?
11   A.  That's 70 percent that we were referring to in the
12   previous text.  Yes.  And to answer your question, yes.  But
13   that 700,000 is specifically 70 percent ROI.
14   Q.  On August 1 -- so you can see that we're skipping to
15   August 1 on the bottom of Grassroots 4170, but the texts that I
16   want to focus are on Grassroots 4171.  You say, at the top of
17   the page, "Really enjoying working with your company.  Great
18   work and great service all around."  And then in the middle of
19   the page you say, "Looks like 1 million raised by the 17 (1 mil
20   in one month).  It's doable as long as we continue the scale and
21   our team focuses on re-soliciting efficiently.  All the while,
22   Phil has to hold strong on Call Time."  Do you see that?
23   A.  I do.
24   Q.  When you say our team focuses on re-soliciting
25   efficiently, what were you referring to there?

Page 57

1    A.  It's what I referred to earlier, that the original
2    strategy of the campaign had been using Phil's list curated in
3    2020.  Meaning --
4    Q.  And what --
5    A.  -- those donors.
6    Q.  Meaning, going back to the pool of proven donors,
7    people who are supportive of the campaign and trying to get them
8    to donate again.  Is that what you mean by re-soliciting?
9    A.  Both supportive of the Senate Campaign and the
10   campaign Phil had previous run against Matt Gaetz, yes.
11   Q.  And is it a typical strategy for a campaign to focus
12   on the early days, acquiring new donors, and then as the
13   campaign progresses, focus on re-soliciting existing donors?
14   A.  It's common practice to try to raise as much money
15   from every bucket as you can in the early days to -- of what
16   they call your top line, meaning the amount that you post being
17   as large as possible.
18   Q.  And are re-solicits an important part of that
19   strategy?
20   A.  If you have a robust list from a prior campaign, yes.
21   Q.  And when you say, "While Phil has to hold strong on
22   Call Time," can you just explain what Call Time is and what you
23   meant by that?
24   A.  Yes.  Call time is when a candidate is sitting in
25   front of his or her cell phone or cell phones, plural, calling

15  (Pages 54 to 57)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 58

1  people for money.
2      Q.  Skipping ahead to August 9, 2023, which is 4172.  You
3  say, "Still not even moving to hire a digital firm."  Do you
4  know what you were talking about there?
5      A.  Yeah, Danny and I --
6          MR. KLEIN:  Sorry to interrupt.  That's a text
7  from Danny, Katie.
8          MS. ALI:  I think that's a text -- I think, as
9  I'm reading it, on August 7th, Danny says, "We still
10  haven't heard anything from your digi firm."  Which I
11  take to mean digital firm.  And you respond, "These
12  folks aren't impressing me.  I'll ping them again."  Do
13  you know what that was about?  Or who you were talking
14  about?
15     A.  I don't recall.
16     Q.  And then skipping ahead to Grassroots 4174 on August
17  15, 2023.
18     A.  Katie, I'm sorry, can we go back just for one second
19  to that?
20     Q.  Yes.
21     A.  Because you had asked about, "Still nope.  I reached
22  out.  Still not even hiring a digital firm."  Just to be clear,
23  that's Danny referencing Debbie Powell hadn't hired a digital
24  firm, which is a response to me asking, hearing anything about
25  whether Debbie would run or not.

Page 59

1      Q.  Okay.  I appreciate you clarifying that.  So you and
2  Danny were sort of in a back-and-forth about whether either of
3  you was hearing anything about Debbie's plans, whether she was
4  going to launch a primary challenge or not.  And this was part
5  of that --
6      A.  The entire campaign was focused on keeping Debbie out
7  of the race.
8      Q.  Okay.  So skipping ahead to Grassroots 4174, August
9  15, 2023, Danny asks, "How is Ehr stuff?"  And you says, "I feel
10  good about it always.  Always stuck August, always sucks, but
11  we're grinding it out."  Do you see that?
12     A.  I do.
13     Q.  Do you know what you meant when you said, "August
14  always sucks"?
15     A.  In the industry, August is typically not a great
16  fundraising month.
17     Q.  So you would expect that fundraising returns might be
18  a little bit lower in August than in a different month.
19     A.  You expect that fundraising picks up after Labor Day?
20     Q.  Skipping ahead to 4178, which are texts from August
21  22, 2023.  We see that it's August 22 on 4177.  But I'm focused
22  on these texts on 4178 at the top of the page.  You say, "Please
23  tell David and the texting team to go absolutely hog wild and
24  push acquisition.  You are our guys and we are loyal."  Do you
25  see that?

Page 60

1      A.  Yes.
2      Q.  And am I right that this is now -- we're now at August
3  22, so more than a month into Grassroots doing fundraising for
4  the campaign.  And you're -- the campaign is still interested in
5  continuing to test, send out, you know, text messages to
6  prospective new donors at this point?
7      A.  To my knowledge, the campaign was the same strategy as
8  it had been a month before.  And to my recollection.
9      Q.  I want to talk now a little bit about the campaign, on
10  contracting Grassroots for services other than text message
11  fundraising.  So do you have a memory that the campaign
12  contracted with Grassroots for a direct mail campaign?
13     A.  I have a vague memory of it.
14     Q.  If we, same document, this text chain on July 30,
15  2023.  So this is Grassroots 4170.  On July 30, 2021, you say to
16  Danny, "Should we be starting to test direct mail fundraising or
17  is that a dead end nowadays?"  Do you see that?
18     A.  I do.
19     Q.  And Danny responds, and then you say, "I'd like to
20  begin using that product."  Do you see that?
21     A.  I do.
22     Q.  Why were you interested in working with Grassroots for
23  direct mail services?
24     A.  They had proposed it.  They had brought to our
25  attention that they did direct mail.  And that was just another

Page 61

1  way to test getting more money for the campaign.
2      Q.  And at that point, you were happy with the services
3  that you were receiving from Grassroots, is that fair to say?
4      A.  It's fair to say that they were texting, and money was
5  coming in.
6      Q.  Were you unhappy with the services from Grassroots at
7  that point?
8      A.  Not that I recall.
9      Q.  And we looked at a text message from August 1.  So the
10  same time period where you said to Danny, "Really enjoy working
11  with your company -- great work and great service all around."
12  Was that a genuine message at that time?  Did you believe that
13  when you said it?
14     A.  I recall them being very responsive and being active
15  participants in the campaign, which is good.
16         MS. ALI:  Turning now to an e-mail chain which
17  I'll mark as Grassroots Exhibit 4 which is an August 2,
18  2023 e-mail chain with the subject line, "Stamp Ehr for
19  Senate," Grassroots 4340.
20         (Bates numbered Grassroots 4340 marked as Exhibit 4)
21         THE WITNESS:  I don't see anything.  Oh, there
22  we go.
23  BY MS. ALI:
24     Q.  So I'm looking at a July 31, 2023 e-mail from Danny
25  saying, "Can we send David with error percentage a few things?

16  (Pages 58 to 61)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 62

1    A mail re-solicit fundraising plan, a basic stamp prospecting
2    proposal, and an aggressive stamp prospecting." Do you see
3    that?
4        A. I do.
5        Q. And on Grassroots 4341, you respond the same day to
6    say, "Sounds great, yes, very aggressive." Do you see that?
7        A. Yes.
8        Q. And do you understand that to mean you saying that you
9    wanted to -- Danny had laid out three sort of options for a
10   direct-mail fundraising program, and you were interested in the
11   aggressive option that they had proposed?
12       A. Yes.
13       Q. And on Grassroots 4340 the next day, August 1 you say,
14   "Be aggressive. Plan looks good." Do you see that?
15       A. I do.
16       Q. And similar to what I asked you a few minutes ago, at
17   this point in early August 2023, the campaign strategy was still
18   to push aggressively on fundraising, in part to try to keep a
19   primary challenger out of the race?
20       A. Correct.
21           MS. ALI: I need to take, like, a five-minute
22   break. But does that work? Five minutes, that good for
23   everybody?
24           THE WITNESS: Works for me. Should I continue
25   to keep my camera on? I'm going to go to the bathroom,

Page 63

1    should I continue to keep my camera on or turn that off?
2            MS. ALI: You can go off camera -- let's go
3    off the record.
4            THE VIDEOGRAPHER: Standby. The time is 10:42
5    a.m., we are going off the record.
6            (Recess taken)
7            THE VIDEOGRAPHER: Everyone standby. The time
8    is 10:54 a.m. We're going back on the record. Media
9    II.
10           MS. ALI: Before we get back into questioning,
11   I just want to know for the record, that it appears Phil
12   Ehr has joined the deposition. Can you introduce and
13   put your appearance on the record, Mr. Ehr?
14           MR. EHR: Yes, this is Phil Ehr listening.
15           MS. ALI: Okay. I'm going to move to a
16   document that we'll mark as Grassroots Exhibit 5. This
17   is Grassroots 4245.
18           (Bates numbered Grassroots 4245 marked as Exhibit 5)
19   BY MS. ALI:
20       Q. So if we scroll to the bottom of the chain, there's an
21   e-mail on page Grassroots 4246, from August 9, 2023. Where you
22   say, "Kevin," and I think that's Kevin Ralph at Grassroots, who
23   is the direct mail contact that you all were working with.
24   "Kevin, please send Jake the contract so Phil can sign." Do you
25   see that?

Page 64

1        A. I do.
2        Q. You remember whether there was any particular reason
3    why you wanted Phil to sign this contract? You had signed the
4    other contract we looked at. Do you have any memory of that?
5        A. To my recollections because my time there was winding
6    down. Other client work was coming in. I was there to launch
7    the campaign -- help launch the campaign. A month and a half,
8    two months had passed and the campaign was moving on.
9        Q. Okay. Let's go to -- let's look at the actual
10   agreement.
11           MS. ALI: This is Grassroots 4147. I'll mark
12   it as Grassroots, Exhibit 6.
13           (Bates numbered Grassroots 4147 marked as Exhibit 6)
14   BY MS. ALI:
15       Q. This is also labeled Services Agreement. And if we
16   scroll to the very bottom, we see -- do you see Phil Ehr's
17   electronic signature there?
18       A. Yes.
19       Q. Signing on behalf -- there it says, "Client Phil Ehr,
20   Title Candidate." Do you see that?
21       A. Yes.
22       Q. And the date there is August 9, 2023. Do you see
23   that?
24       A. Yes.
25       Q. Do you know if you've ever seen this contract before?

Page 65

1        A. I don't recall.
2            MS. ALI: Let's look at the e-mail chain dated
3    August 15, 2023 with the subject line, "Please re send
4    copy." This is Grassroots 3337, which I'll mark as
5    Grassroots Exhibit 7.
6            (Bates numbered Grassroots 3337 marked as Exhibit 7)
7    BY MS. ALI:
8        Q. If we go to page 3338, there's an e-mail exchange
9    between you and Kevin Ralph at Grassroots on August 15, 2023,
10   where Grassroots is saying, "We're waiting on approval from you
11   on the acquisition mailer." And you respond, "I made some
12   edits. Please incorporate as you see fit and then send to me,
13   and I'll ask Phil for final edits and to approve." Do you see
14   that?
15       A. Yes.
16       Q. And was Phil Ehr, himself, making edits and giving
17   approvals on fundraising and copy?
18       A. When things are in a candidate's name, the standard is
19   for the candidate to review and/or edit.
20       Q. And is that what was happening here?
21       A. As I recall.
22       Q. Do you remember that there was quite a bit of e-mail
23   back-and-forth about strategy for a direct mail campaign with
24   Grassroots?
25       A. I don't recall.

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 66

1      Q.  Do you remember whether Grassroots ever actually sent
2    any direct mail fundraising for the Ehr Campaign?
3      A.  I don't recall.
4      Q.  If I represented to you that Grassroots didn't
5    ultimately send any direct mail fundraising because the campaign
6    didn't have enough cash on hand to do that, does that refresh
7    your memory?
8      A.  No.
9      Q.  Do you remember whether the campaign engaged
10   Grassroots to help with any e-mail fundraising?
11     A.  I don't recall there being an engagement on e-mail
12   fundraising.
13     Q.  Do you remember the campaign enrolling in something
14   called Click Collective?
15     A.  When complying with the subpoena to produce records, I
16   remember seeing e-mail traffic with the terms Click Collective
17   in it.
18     Q.  Did that jog your memory that the campaign
19   participated in a program called Click Collective?
20     A.  The term Click Collective, jogged some vague memory.
21     Q.  And what is that memory?  What's your understanding of
22   what the Click Collective is?
23     A.  My memory was that it was some type of service to help
24   with deliverability.
25     Q.  Do you remember if that was a service that the

Page 67

1    campaign would have paid for or a free service?
2      A.  I don't recall.
3      MS. ALI:  Let me show you what I'll mark as
4    Grassroots Exhibit 8.  This is Grassroots 4.  It's an
5    e-mail chain.
6      (Bates numbered Grassroots 4204 marked as Exhibit 8)
7    BY MS. ALI:
8      Q.  On page 4205, we have an August 1 e-mail from you say,
9    "GA, please discuss any ways you can help with the e-mail
10   program." Do you see that?
11     A.  Yes.
12     Q.  And above that, it says, "Please let me know what your
13   services are to help with e-mail."
14     A.  I see that.
15     Q.  On the prior page, 4204, Danny responds on August 1
16   and says, "I chatted with David, and he said e-mail has some
17   deliverability stuff.  We have a free product called Click
18   Collective that David wants to try, where y'all sign up and get
19   free quarterly updates on most recent open-and-click data so you
20   can better on-board all those e-mails."  Do you see that?
21     A.  Yes.
22     Q.  Does that refresh your recollection about what the
23   Click Collective program is?
24     A.  I still have just a vague memory of it being something
25   to help with deliverability.

Page 68

1      MS. ALI:  Let's look at what I'll mark as
2    Grassroots Exhibit 9.  This is an August 25, 2023   e-
3    mail chain Bates stamped Grassroots 4483.
4      (Bates numbered Grassroots 4483 marked as Exhibit 9)
5    BY MS. ALI:
6      Q.  And if we go to Grassroots 4485, there is an August 9,
7    2023 e-mail from Katiana Person from Grassroots saying, "Welcome
8    to the GA Click Collective, attaching the countersigned contract
9    below."  Do you see that?
10     A.  Yes.
11     Q.  Does that refresh your memory about whether the
12   campaign participated in Grassroots's Click Collective program?
13     A.  It doesn't refresh my memory any more than just still
14   remembering this had something to do with deliverability.
15     Q.  Okay.  And if you look up toward the top of that page,
16   on August 15, 2023, there's an e-mail from Joey Mamlin at
17   Grassroots Analytics, saying, "Went ahead and pulled a list of
18   reactivation targets.  These are folks that are on your list who
19   seem like they're very active e-mails and might be worth
20   re-engaging if they haven't been e-mailed recently."  Do you see
21   that?
22     A.  I do.
23     Q.  Do you understand what he is talking about there?
24     A.  I understand the term reactivation targets, yes.
25     Q.  And what do you understand him to mean in this e-mail?

Page 69

1      MR. KLEIN:  Katie, is Mr. Keith copied on this
2    chain.  I might have missed that on the first page, but
3    I'm just -- it might be helpful if we can see if he's
4    copied on this e-mail.
5      MS. ALI:  He is.  Yeah, we can go to
6    Grassroots 4483, which is the -- and at the top, you can
7    see that Davidmkeith2023@gmail.com is in this CC line.
8      MR. KLEIN:  Thank you.
9    BY MS. ALI:
10     Q.  What did you understand --
11     A.  Can you repeat --
12     Q.  Yes.  What did you understand Grassroots to be
13   suggesting that the campaign do with these e-mail reactivation
14   targets?
15     A.  Reactivation means start sending e-mail again, to the
16   best of my knowledge.
17     Q.  Do you know if the campaign did that?
18     A.  I don't recall.
19     Q.  You remember that during the period of July and August
20   2023, when you were going back and forth with Danny from
21   Grassroots on that text message chain, we looked at that you
22   texted Danny on a number of occasions about using Grassroots's
23   services for other clients of yours?
24     A.  Yes.
25     Q.  Fair to assuming that you wouldn't have wanted to use

18  (Pages 66 to 69)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 70

1   or recommended using Grassroots to other clients if you were
2   unhappy with the quality of services that Grassroots was
3   providing to the Ehr campaign?
4        A.  It's fair to say.
5        Q.  Did you ever express any dissatisfaction with
6   Grassroots's services to anyone at Grassroots?
7        A.  Not that I recall.
8        Q.  Are you aware whether, during your time at the
9   campaign, anyone else from the campaign ever expressed
10  dissatisfaction of Grassroots's services to Grassroots?
11       A.  I'm not aware if that happened or didn't happen.
12       Q.  Have you used Grassroots's services on campaigns that
13  you've worked on other than the Ehr Campaign?
14       A.  Subsequently, because this had been the first time I
15  met them through Phil.  As a consultant to campaigns, they've
16  been on the campaign, sometimes with my own doing, sometimes at
17  the doing of other consultants on the campaign.
18       Q.  And when you say sometimes with my own doing, do you
19  mean that sometimes you're the reason the campaign has brought
20  in Grassroots to assist with fundraising?
21       A.  Yes.
22       Q.  And sometimes they are already on the campaign, or
23  somebody else at the campaign suggests using Grassroots, is that
24  right?
25       A.  Sometimes, correct.

Page 71

1        Q.  In the times when you have suggested to a campaign, or
2   recommended to a campaign to use Grassroots's services, why did
3   you do that?
4        A.  They seem to have cornered the market on donor data.
5   I don't recall there being too many other options.
6        Q.  You remember the Ehr Campaign having any issues with
7   cash flow at any point while you were working with the campaign?
8        A.  I recall fundraising being slower than the campaign
9   had hoped.
10       Q.  Do you remember a time when the campaign did not have
11  enough cash on hand to pay invoices?
12       A.  Vaguely.
13       Q.  Do you remember any particular instance when the
14  campaign didn't have enough cash on hand to pay invoices to
15  anybody other than Grassroots?
16       A.  I don't remember.
17       Q.  Let's go back to text chain that we've looked at a
18  bunch of times during this deposition.  Grassroots Exhibit 1.
19  I'm at the page that has been Bates stamped Grassroots 4175.
20  This is August 18, 2023.  And Danny says, "Hey, man, some
21  overdue bills for Eric.  Do you all have questions or
22  something?"  Do you see that?
23       A.  I do.
24       Q.  And you respond, "No, we'll be getting them in this
25  weekend/Monday."  Do you see that?

Page 72

1        A.  I do.
2        Q.  You didn't express any concerns in these texts about
3   the quality and services Grassroots had provided, is that right?
4        A.  I don't see any concerns being raised, no.
5        Q.  And you didn't express any concerns about the amount
6   of the outstanding invoice to Danny on this -- in this text
7   chain.
8        A.  I don't see anything there, no.
9        Q.  And about the middle of the page here, Danny says,
10  "You all got to keep hitting those rescols hard."  Did you
11  interpret that to mean -- when he says rescols, is that
12  resolicits?
13       A.  That's what I would interpret it as, yes.
14       Q.  And what do you have an understanding of what he meant
15  by that?
16       A.  The same as it was prior, which is keep hitting the
17  2020 list very hard.
18       Q.  And you say, "Yeah, that's right.  Exactly."  Do you
19  see that?
20       A.  I'm referring to both that and the end of the quarter
21  coming.
22       Q.  And at the bottom of the page, you say, "Yo, we'll
23  have first payment in Monday morning.  Thanks for all the
24  flexibility out of the gate."  Do you see that?
25       A.  I do.

Page 73

1        Q.  And it's cut off but as I read it there's a text at
2   the bottom of the page that says, "Can we get back in field for
3   EOM."  Do you see that?
4        A.  I do.
5        Q.  What do you mean by that?
6        A.  End of the month is what EOM refers to.  In campaigns,
7   it's standard to hit things very hard with text and e-mails.  In
8   this case, I'm referring to texts at the end of a deadline,
9   meaning the end of the month or the end of a quarter, which
10  would have been the above EOQ referred to by Danny.
11       Q.  On the next page, grassroots 4176.  You say at the top
12  of the page, "E-mail picking up too, which was good to see.
13  Thanks again for all your help here."  Do you see that?
14       A.  Yes.
15       Q.  And on August 20, 2023, around the middle of the page,
16  you say, "Gonna do big payment first thing in a.m., when ActBlue
17  wires over."  Do you see that?
18       A.  I do.
19       Q.  And what did you mean by that?
20       A.  Campaigns receive the liquid funds from ActBlue, which
21  is the intermediary.  And once the campaign has money, they can
22  then disburse it.
23       Q.  Skipping ahead to August 22, 2023, which we can see on
24  Grassroots 4177, though the texts I want to look at are on 4178.
25  You say sort of at the bottom of the first-third of the page,

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 74

1    "Can we get back in today?"  By that are you saying can we start
2    texting back up again, is that what you would interpret that to
3    mean?
4         A.  I would assume so.
5         Q.  And down at the bottom of the page, Danny says, "For
6    us, when you pay the full 420K, we can start running up next
7    Phil."  Can you see that?
8         A.  I do.
9         Q.  And you respond, again it's a little bit cut off, but
10   it looks like you say, "Sounds good, I'll push to get it in."  Do
11   you see that?
12        A.  I do.
13        Q.  On the next page, Grassroots 4179.  You say, in the
14   middle of the page, "I've got a Phil pushing on pledge chasing.
15   Last two weeks are slow.  Compliance isn't sending anything
16   before Labor Day, other than yours."  What did you mean by that?
17        A.  I don't recall.  Compliance is how money gets sent out
18   from campaigns.  They cut the check, or they wire the money.
19        Q.  Were you explaining to Grassroots -- to Danny from
20   Grassroots, that the payment to Grassroots was the priority for
21   the campaign when funds came in?
22        A.  That's what it seems like.
23        Q.  At the top of the next page, Grassroots 4180, this is
24   August 23rd, 2023, so the next day.  You say, "Have a new
25   client.  Interesting one.  Have a min this am?"  Do you see

Page 75

1    that?
2         A.  I do.
3         Q.  That's one example of you reaching out to Grassroots
4    to help with additional campaigns other than the Ehr Campaign,
5    is that right?
6         A.  It would seem -- yeah, that would seem to be what I
7    was doing.
8         Q.  Skipping ahead to August 29, this is Grassroots 4183.
9    There is a text from Danny at the top of the page that says, "We
10   just got 25K yesterday," question mark.  "We would love to keep
11   sending.  We have some more juice on P2P recently, but we
12   definitely need the first P2P payment paid."  And you respond,
13   "I'm on it.  Getting with compliance at 9."  Do you see that?
14        A.  I do.
15        Q.  Do you remember -- when you say getting with
16   compliance at 9, are you suggesting that you're talking to the
17   compliance people later that morning?
18        A.  I would assume so.  Or getting with Jake, who spent --
19   who was more day to day talking to compliance
20        Q.  That's Jake Briggs?
21        A.  That's correct.
22        Q.  Do you have any recollection of that conversation with
23   compliance?
24        A.  I don't.
25        Q.  The next day, September -- or, I'm sorry, not the next

Page 76

1    day.  On September 1, 2023, Danny says, "ROI has been pretty
2    good on texts lately, but we need to hold on it until we get the
3    first texting invoice all paid."  And you respond, "Did you hear
4    from Phil?  He should have it.  I'm not on a day-to-day, so
5    please send him this note if you don't mind.  I see good numbers
6    in ActBlue, so I've got to think he can pay it down in full."
7    Do you see that?
8         A.  I do.
9         Q.  And at this point, were you sort of winding down your
10   involvement with the campaign and focusing your attention -- you
11   know, this is -- we're in the 25 percent of your time part of
12   the campaign?
13        A.  Give or take, yes.  It's definitely a period where I
14   started focusing less and less on it.
15        Q.  And at the bottom of that page, and at the bottom of
16   that solution, there's a September 5th, 2023 message where you
17   said -- Danny says, "Messaged Ehr.  Still waiting on him to
18   finish payment."  And you said, "We'll ping him now."  You see
19   that?
20        A.  I do.
21        Q.  And then the text chain carries over to the top of the
22   next page, Grassroots 4184.  You say, "He said another payment
23   went out today."  Is the "he" in that text that you're referring
24   to Phil Ehr?
25        A.  I would assume so.  I don't remember the conversation,

Page 77

1    but I would assume so.
2             MS. ALI:  Let's look at what I'll mark as
3    Grassroots Exhibit 10.  This is an August 21, 2023  e-
4    mail chain with the subject line:  "Resolit Mailing."
5    It's Grassroots 2035.
6             (Bates numbered Grassroots 2035 marked as Exhibit 10)
7    BY MS. ALI:
8         Q.   This is an August 22, 2023 e-mail from you saying,
9    "I'm delaying -- Oh, this is an e-mail chain about mail
10   fundraising services.  I'll just give you that context.  And you
11   respond, "I'm just delaying because I want to be very cognizant
12   of cash flow.  We are very aggressive on text and want to get GA
13   paid in full on that."  You see that?
14        A.  I do.
15        Q.  Do you know what you meant by that?
16        A.  I assume I'm responding to Danny's -- I'm referring to
17   Danny's messages about needing to be paid in full in order to
18   keep texting more.
19        Q.  And at this point, the campaign was intending to pay
20   the full invoices from Grassroots that were outstanding?
21        A.  I don't recall being told otherwise.
22        Q.  And to the best of your knowledge, the campaign was
23   not, at this point, contesting the amount of the invoices.
24        A.  I don't recall that.
25        Q.  To the best of your knowledge, the campaign was not,

20  (Pages 74 to 77)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 78

1  at this point, claiming that there was no valid contract with
2  Grassroots.
3      A.  I don't recall that being the case.
4      Q.  And do you recall that, at this point, the campaign
5  was not refusing to pay the invoices because of any issue with
6  the quality of services they provided?
7      A.  I don't recall that being the case.
8      MS. ALI:  Let's look at an August 21, 2023, e-
9  mail chain that is Bates labeled Grassroots 2160, with
10  the e-mail subject line "Please resend me the invoice
11  for the texting (not the mail)." I mark this as
12  Grassroots Exhibit 11.
13      (Bates numbered Grassroots 2160 marked as Exhibit 11)
14  BY MS. ALI:
15      Q.  This is an e-mail chain between you and Danny from
16  Grassroots.  Do you see that?
17      A.  I do.
18      Q.  And you say, in the top e-mail on August 21, "Making
19  large payment now." Do you see that?
20      A.  I do.
21      Q.  And does that comport with your memory that the
22  campaign was intending to pay the invoices that it owed to
23  Grassroots at that point?
24      A.  That seems to be what it would refer to.
25      MS. ALI:  Okay.  Let's look at a different

Page 79

1  text chain that's labeled Ehr Campaign 9.  This is an
2  August 28th, 2023 chain that has the title at the top of
3  the page:  "24 Raising." I'll mark this as Grassroots
4  Exhibit 12.
5      (Document titled Ehr Campaign 9 marked as Exhibit 12)
6      THE WITNESS:  I don't see it.  Okay. I'm in it
7  now.
8  BY MS. ALI:
9      Q.  Do you recognize the title of Team, "24 Raising"?
10  Does that sound familiar to you?
11      A.  No.
12      Q.  Do you have any memory of who was included on the 24
13  Raising text chain?
14      A.  I don't.
15      Q.  You see, when you look at the page, you can see,
16  "David K." Is that you?
17      A.  I would assume so.
18      Q.  And sort of halfway down the page, it says, "Jake
19  Briggs."
20      A.  I do see that.
21      Q.  If I represent to you that these were text messages
22  produced by the campaign in this litigation, that -- and the
23  representation that we have is that these include Jake Briggs,
24  yourself, and Phil Ehr, does that -- do you have any reason to
25  doubt that?

Page 80

1      A.  No.
2      Q.  This is a text from August 28th, 2023 at the top.  And
3  you say, "Guys, we are way behind.  Text is going to be shut off
4  tonight." Do you see that?
5      A.  I do.
6      Q.  Do you recall communicating that to the campaign?
7      A.  Totally, vaguely, but I see it here.
8      Q.  And no reason to doubt that you sent this text
9  message.
10      A.  I think that's me.
11      Q.  And you asked on August 29, "Jake what's the status of
12  more Call Time moneys coming in." And then below that, you say,
13  Phil, need you to send Grassroots Analytics a text saying that
14  check processing is going slowly this last week of summer.
15  We're going to pay every day with all that comes in the day
16  prior, and this will be paid off this week.  Sorry for the delay
17  and thank you for everything.  No one else gets paid before this
18  is done." Do you see that?
19      A.  I do.
20      Q.  Do you remember why you asked Phil to send that text?
21      A.  I assume the texting program was being shut down.
22      Q.  And you wanted -- you thought it was in the campaign's
23  interest to have the text messaging program continue, is that
24  right?
25      A.  The entire campaign strategy was to raise as much as

Page 81

1  possible every day in order to keep a primary challenger out of
2  the race, and texting was one of the central ways, at this
3  point, that money was coming into the campaign.
4      Q.  Is that a "yes"?
5      A.  Can you repeat the question and I'll let you know if
6  it's a yes?
7      Q.  Was it important to you or to the campaign -- let me
8  rephrase.  Was it important to the campaign to keep text-message
9  fundraising services going at that point in the campaign?
10      A.  Yes.
11      Q.  Jake Briggs then responds and says, "I have a pledge
12  of 2K plus coming in tomorrow.  We're locked down until goals
13  are hit." Do you know what he meant by that?
14      A.  A pledge is a pledge of money, and the goals are the
15  goals set out by the campaign of what to raise.
16      Q.  When he said we are locked down until goals are met,
17  what do you think he meant by that?
18      A.  That they understood the importance of hitting the
19  goals
20      Q.  And you respond, "That's not enough.  We have
21  thoroughly underperformed this past two weeks.  Please send the
22  text to Grassroots."  Do you see that?
23      A.  I do.
24      Q.  And as far as you can tell, at least in the chain as
25  it's been produced, there's no response here from Phil or from

21  (Pages 78 to 81)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 82

1    Jake.  Do you see that?
2        A.  I see there's no response on this page.
3        Q.  And then, on September 1, you say, "Just heard from
4    Grassroots Analytics, they're shutting down your texting."  Do
5    you see that?
6        A.  I see that.
7        MS. ALI:  Let's look at what is Bates labeled
8    Ehr Campaign 10.  This is a continuation of the same
9    chain that we were just looking at.  I'll mark it as
10   Grassroots Exhibit 13.
11       (Bates numbered Ehr Campaign 10 marked as Exhibit 13)
12   BY MS. ALI:
13       Q.  This is the same 24 Raising chain and it's the
14   response to the text that we just looked at on September 1.  Do
15   you see that you say, "See if you can get some goodwill from
16   them to keep you going."
17       A.  I see that.
18       Q.  And is that continuation of the same, you were
19   encouraging Phil to reach out to Grassroots because you wanted
20   the text-messaging fundraising services to be continuing?
21       A.  I would assume that's right.
22       Q.  Going back to the long texting between yourself and
23   Danny from Grassroots that we were looking at Grassroots Exhibit
24   1.  This is the page Bates labeled 4185.  This is a text thread
25   that starts with a text from Danny on November 28th, 2023.  At

Page 83

1    that point had you exited the campaign?
2        A.  To my knowledge, I would hear from them once in
3    awhile, but I was not involved -- I was not involved
4    professionally by that time, as I recall.
5        Q.  And Danny says to you, "Hey, Jake Briggs is trying to
6    bring in lawyers to weasel out of Ehr payment."  Do you see
7    that?
8        A.  I see that.
9        Q.  And you responded, "I'm not involved.  Ehr has to pay;
10   that would be my position."  Do you see that?
11       A.  Yes.
12       Q.  Why was that your position?
13       A.  As I recall.  I don't remember having any complaints
14   by that time.
15       Q.  And on the next page, 4186 same day, November 28th,
16   2023.  You suggest to Danny, at the top of the page, "I would
17   have your accountant call Ehr directly and hold him to the
18   payment plan."  Do you see that?
19       A.  I see it.
20       Q.  Do you have any memory of what payment plan you're
21   talking about?
22       A.  No, but I assume there was one based on those words.
23       Q.  And further down the page, you say, "Did you work out
24   a payment plan with them?"  Do you see that?
25       A.  I do.

Page 84

1        Q.  Do you remember anything about the terms of the
2    payment plan?
3        A.  I don't.
4        Q.  Do you remember whether you ever talked to Phil Ehr or
5    anyone else in the campaign about that payment plan?
6        A.  I assume that I would have been on a call or a text
7    about it, though I don't remember or recall.
8        MS. ALI:  All right.  I will show you, now, an
9    e-mail chain from September 14, 2023.  This is an e-mail
10   chain with a subject line:  "Phil Ehr invoices 9664 and
11   9813.  Potential late fees."  It's Bates labeled
12   Grassroots 4078 and I will mark it as Grassroots Exhibit
13   14.
14       (Bates numbered Grassroots 4078 marked as Exhibit 14)
15   BY MS. ALI:
16       Q.  On page 4079, the first e-mail on the chain is an
17   e-mail from Josh Lewis at Grassroots Analytics.  Do you see
18   that?
19       A.  Yes, I do.
20       Q.  Do you know who Josh Lewis is?
21       A.  I just see that it says controller.  It's not a name I
22   would have remembered until seeing this.
23       Q.  And Josh is reaching out here to request payment of
24   the outstanding invoices.  Is that right?
25       A.  I'm reading it.  Yes, that's what it seems to be.

Page 85

1        Q.  And the outstanding amounts that he lists here are
2    Invoice 9664, dated July 31, 2023, with $175,443.17 remaining as
3    due, and Invoice 9813, dated August 31, 2023, with $126,943 due.
4    Do you see that?
5        A.  I do.
6        Q.  And in the next paragraph, he says, "If payment isn't
7    received for these invoices in full by the end of the month,
8    late fees will be assigned."  Do you see that?
9        A.  I do.
10       Q.  And you responded, "This should go to Phil Ehr, it's
11   his account.  Jake and I are just doing work for him.  Please
12   send these to Phil Ehr and send directly to him for all future
13   billing.  He is well aware of the outstanding invoices."  Do you
14   see that?
15       A.  I do.
16       Q.  Why did you direct Grassroots to Phil personally at
17   that point?
18       A.  Because I wasn't the campaign manager, and neither was
19   Jake, and as I recall, there wasn't one.  And I had -- I was not
20   part of this conversation about bills being paid or a budget for
21   the campaign, as I recall.
22       Q.  And when you said that Phil is well aware of the
23   outstanding invoices, what was that -- how did you know that he
24   was aware of the invoices?
25       A.  If I recall correctly, he was being cc'd on some of

22  (Pages 82 to 85)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 86

1   them.
2   Q. And on page 4078, Josh Lewis asks for Phil's direct
3   e-mail address, and you provide it. And then say, "I know he's
4   going to be tapping up soon. We are only helping him through
5   EOQ to get off the ground. I would communicate with him
6   directly, as he is aware of the texting and the importance of
7   your firm's texting as it relates to his race." Do you see
8   that?
9   A. I do.
10   Q. Does that reflect that you thought that Grassroots's
11   text messaging services were important to the campaign at that
12   point?
13   A. Again, Grassroots was brought to me by Phil for the
14   campaign. So, yes, the answer is yes.
15   Q. And you were communicating to Grassroots here that
16   Phil was aware of the texting and that Phil was important -- was
17   aware of the importance of Grassroots's texting as it relates to
18   his race, is that right?
19   A. Phil and everybody on the campaign knew how much the
20   campaign was texting.
21   Q. And when you say here and the importance of your
22   firm's texting as it relates to his race, fair to assume you're
23   saying Phil is aware of the importance of Grassroots's work for
24   the campaign?
25   A. Correct.

Page 87

1   MS. ALI: Let's look at an e-mail chain from a
2   couple of weeks later. This is September 25, 2023.
3   Subject line: "Phil Ehr, outstanding invoices." And
4   it's Bates labeled Grassroots 2033. I will mark this as
5   Grassroots Exhibit 15.
6   (Bates numbered Grassroots 2033 marked as Exhibit 15)
7   BY MS. ALI:
8   Q. This is -- the first e-mail that we see toward the
9   bottom of the page is an e-mail from Katiana Person at
10   Grassroots, saying, "Hi, David, I'm reaching out because we're
11   missing the following payments from Phil's texting." It lists
12   the invoices that we just talked about in the Josh Lewis e-mail.
13   She says, "We're happy to continue doing resolicits for the
14   remainder of EOQ, which will be an additional 10K." Do you see
15   that?
16   A. Yes.
17   Q. And David Davies then weighs in to confirm that
18   they're happy to do the resolicits. And then you respond the
19   same day. Do you see that?
20   A. Yes.
21   Q. And you say, "Phil says he's taking the entire cash on
22   hand and sending October 1." And then, "He hopes we can
23   continue through EOQ." Do you see that?
24   A. Yes.
25   Q. Was that true that Phil had said he was going to take

Page 88

1   the cash on hand and send it October 1 and that he hoped we can
2   continue through EOQ?
3   A. If I said it, it was either told to me by Phil or
4   Jake, or both.
5   Q. So to the best of your knowledge, that was a true
6   statement when you made it?
7   A. To the best of my knowledge.
8   MS. ALI: Let's look at another message from
9   the 24 Raising text chain. This is the Ehr Campaign 468,
10   and I will mark it as Grassroots Exhibit 16.
11   (Bates numbered Ehr Campaign 468 marked as Exhibit 16)
12   BY MS. ALI:
13   Q. It's a message on September 21, 2023 from you saying,
14   "What's going on here? We're going to fall way short with
15   $2,500 days. We've raised plenty of money and have 16,500
16   active (the cycle). How are we not converting these at the end
17   of a financial quarter? I don't see what could possibly stop
18   folks from giving again." Can you just explain what you are
19   communicating here?
20   A. Seems to me that the campaign's fundraising from
21   people who are current donors to, or were current donors to the
22   2020 or 2024 races weren't giving. And I assume, because I was
23   getting these e-mails about outstanding bills, I was expressing
24   concern.
25   Q. Was it surprising to you that the campaign was not

Page 89

1   converting these active donors at the end of the financial
2   quarter?
3   A. If I recall, it was confusing and concerning because
4   there were daily or weekly pledge reports that had -- from Jake
5   that had indicated large sums of pledges that never showed up.
6   Q. Did the pledge reports come from Call Time or through
7   other fundraising streams also?
8   A. If I recall, it would be primarily Call Time.
9   Q. I'm not asking you to give an opinion as an expert,
10   but in your experience, just as an experienced campaign
11   consultant, do you have an opinion about why the Ehr Campaign
12   wasn't converting these active donors?
13   A. I don't recall the contours of the race at this time
14   to give an answer to that.
15   Q. Do you remember that in October of 2023, Phil Ehr
16   announced that he was dropping out of the Senate race and
17   instead running for a Congressional seat?
18   A. I remember.
19   Q. Were you involved in that decision?
20   A. I lent help to make the transition as smooth as
21   possible.
22   Q. Were you part of the -- set-aside transition, were you
23   a part of the decision to drop out of the Senate race?
24   A. I was involved in the conversations.
25   Q. Who else was involved in these conversations?

23 (Pages 86 to 89)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 90

1    A.  Bill Hyers, Jake Briggs, and this guy Obie -- and
2   Phil.
3    Q.  Who ultimately made the decision to drop out of the
4   Senate race?
5    A.  Phil.  The candidate made the decision.
6    Q.  Do you remember why that decision was made?
7    A.  As I recall, Debbie Powell had gotten into the race.
8   It was clear that she had the establishment's support.  And, as
9   I recall, she offered to help Phil with fundraising and politics
10  of a South Florida congressional race.  She being the former
11  congresswoman, Debbie Powell.
12   Q.  In other words, the reason he decided to drop out of
13  the Senate race and run for the House is that this primary
14  challenger that the campaign had been trying to keep out of the
15  race entered the race.  And they had some behind-the-scenes
16  conversations where she said she would support a congressional
17  run instead.
18   MR. KLEIN:  Objection, mischaracterizes the
19  testimony.
20   THE WITNESS:  Can you repeat the question,
21  please?
22  BY MS. ALI:
23   Q.  Is it your testimony that the reason Mr. Ehr decided
24  to drop out of the Senate race that Debbie, the primary
25  challenger that the campaign had been trying to keep out of the

Page 91

1   race, entered the race?
2    A.  Yes.
3    Q.  To the best of your knowledge, was there any other
4   reason influencing the campaign's -- I'm sorry -- influencing
5   Mr. Ehr's decision to drop out of the U.S. Senate race and
6   instead run for a Congressional seat?
7    A.  I recall conversations with the team that I had just
8   mentioned, the group of people, that it would be easier,
9   politically and financially on a congressional race.
10   Q.  But the primary factor leading Mr. Ehr to drop out of
11  the Senate race and run for the House was the entry of Debbie as
12  a primary challenger to the Senate race.
13   A.  Yes.  And the support that she was getting from -- the
14  political support she was getting and the financial support that
15  she was getting in the state.
16   Q.  You left the campaign around the time that Mr. Ehr
17  dropped out of the Senate race, is that right?
18   A.  The firm I was working for didn't continue work into
19  the congressional race.
20   Q.  Why was that?
21   A.  I'm not a Florida political consultant.  The race was
22  a much more localized race.  I don't think there would have been
23  value for Phil's Congressional race to have our services.
24   MS. ALI:  I'll show you an e-mail chain dated
25  October 16, 2023, with the subject line:  "Phil Ehr

Page 92

1   Relaunch."  It's Bates labeled Grassroots 2120 and I'll
2   mark it as Grassroots Exhibit 17.
3    (Bates numbered Grassroots 2120 marked as Exhibit 17)
4   BY MS. ALI:
5    Q.  Do you recognize this e-mail?
6    A.  I recognize the fact that I was nearly having a kid.
7   I don't -- I don't recognize the e-mail itself.  But the timing
8   of this e-mail makes sense.
9    Q.  And you are -- this is an e-mail chain between you,
10  Aaron Parnas, Jake Briggs, and Danny from Grassroots, is that
11  right?
12   A.  That looks correct, yes.
13   Q.  Who was Aaron Parnas?
14   A.  Aaron was an additional consultant who focused on
15  social media.  And frankly, to be transparent, this e-mail jogs
16  my memory that he was involved.  To this point, I hadn't even
17  remembered that he was involved.
18   Q.  And when you say he was involved, you mean overall in
19  the campaign strategy and fundraising and all that?
20   A.  Not fundraising.  It wasn't much of a fundraising.  It
21  was more social media -- daily social media help, if I remember
22  correctly.
23   Q.  Okay.  And when you say he was involved, you mean
24  during the time that you were also working for the campaign?
25   A.  Yes, I recall him being brought on the Senate race.

Page 93

1    Q.  And he was also a consultant, not an employee of the
2   campaign, is that right?
3    A.  As I recall.
4    Q.  And you're saying here to Aaron Parnas, Jake Briggs,
5   and Danny, you're asking them to take you off the e-mail chain,
6   is that right?
7    A.  I think that's -- yes, that's what I'm saying.
8    Q.  Is this about the time when you sort of stepped away
9   from the campaign?  I understand, you said testified earlier
10  that they occasionally would reach out to you.  But you were no
11  longer, at this point, doing any kind of day-to-day work for the
12  campaign, is that right?
13   A.  This was the time period that I was certainly
14  transitioning and helping with the transition to the
15  Congressional.  But we would not continue our professional
16  services on that.  That's correct.
17   Q.  Have you kept in touch with anyone from the campaign
18  since you left?
19   A.  Yes.  I heard from Jake fairly regularly about this
20  and other projects he was working on.  Phil had reached out when
21  I did have my kid and checked in a few times subsequently.
22  I had been reached out to by an individual named Rob.  I'm
23  remembering this, as I say it -- by the name of Rob Ross, I
24  think his last name was regarding concerns they had with
25  Grassroots billing.

24  (Pages 90 to 93)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 94

1        MR. PRESS:  I'm going to object and actually
2   ask the witness not to answer, not to provide any
3   information about your communications with Mr. Ross as
4   that's privileged -- attorney-client privilege.
5        MS. ALI:  What's the basis for the claim of
6   privilege for a former campaign consultant.  I don't
7   know who Rob Ross is or --
8        MR. PRESS:  Rob Ross is an attorney for the
9   campaign.
10       MS. ALI:  And what's the basis of the claim of
11  privilege over his communications with a former campaign
12  consultant?  Is Mr. Ross representing David Keith?
13       MR. PRESS:  No.  Mr. Ross is representing the
14  campaign.  And Mr. Keith is part of the campaign, and
15  the communications related to the -- Mr. Keith's role in
16  the campaign.
17       MS. ALI:  Is Rob Ross currently representing
18  the campaign?
19       MR. PRESS:  As of today, I would say the
20  answer is no.
21       MS. ALI:  What is the time period when Rob
22  Ross was representing the campaign?  W
23       MR. PRESS:  Sometime in late 2023 through
24  sometime in mid-2025.
25       MR. KLEIN:  I'll just add, to make the record

Page 95

1   clear, that Mr. Keith is not part of the campaign and
2   was not part of the campaign.  He was a consultant
3   retained by the campaign.  And we do not object to
4   Mr. Keith providing testimony about these conversations.
5        MS. ALI:  And I'll just put on the record, we
6   don't think there's any basis to claim privilege over a
7   conversation between Rob Ross and David Keith in this
8   context.  As Mr. Klein said, Mr. Keith was never an
9   employee of the campaign.  He was an outside consultant.
10  He has never been represented by Rob Ross.  Rob Ross's
11  role in this litigation is unclear.  He's not appeared
12  on any pleadings.  We don't think there's a basis, and
13  we also think there's been a waiver of privilege in this
14  case more generally, as we communicated about
15  separately.  I'm not going to blow up the deposition.
16  This is not a line of questioning that I'm pursue here,
17  but I'll just make my objection for the record that we
18  don't think there's any basis to claim privilege over
19  those communications.
20       I'm pretty close to being done.  If we could
21  take a five-minute -- maybe a ten-minute break and I can
22  just go through my notes and then we can come back, but
23  I'm basically at the end of my questions here.
24       THE WITNESS:  Can I ask --
25       MR. KLEIN:  Yeah, go ahead.  Go ahead.

Page 96

1        THE WITNESS:  I reserved this private office
2   until 1:00, given that was the time that I had been told
3   it was four hours.  Is that still correct?  I just don't
4   want to get thrown out in the middle of the next set of
5   questions.
6        MR. KLEIN:  Well, let me ask, Mr. Press, do
7   you plan on asking Mr. Keith any questions?
8        MR. PRESS:  A few, but not an hour's worth.
9        MR. KLEIN:  Okay.
10       MS. ALI:  And I have at most, like, five more
11  minutes of questions.  So that should be no problem.
12       MR. KLEIN:  So can we get back on at noon?
13  And then hopefully wrap up?
14       THE VIDEOGRAPHER:  Standby.  The time is 11:53
15  a.m., we're going off the record.
16           (Recess taken)
17       THE VIDEOGRAPHER:  The time is 12:02 p.m.,
18  we're going back on the record.  Media II.
19       MS. ALI:  There was one document, Mr. Keith,
20  that I didn't show you earlier, that I just want to put
21  in front of you.  This is an e-mail chain Bates labeled
22  Grassroots 2157.  It's from August 2023.  The subject
23  line is: "Hold the Mail."  And I'll mark this Grassroots
24  Exhibit 18.
25       (Bates numbered Grassroots 2157 marked as Exhibit 18)

Page 97

1   BY MS. ALI:
2        Q.   This is on page 2158, there's an e-mail from you on
3   August 18, 2023.  Do you see that?
4        A.   Yes.
5        Q.   And it says, "Let's hold on printing the acquisition."
6   Do you see that?
7        A.   Yes.
8        Q.   And the next line is, "I want" -- I assume that's
9   meant to say Phil, "to finish invoice number one to GA."  Are
10  you there saying stop -- hit pause on the direct mail services
11  because we want to get current on the text-messaging invoices?
12  Does that seem like what's going on there?
13       A.   I would assume that's what's going on.
14       Q.   Do you remember generally that happening?
15       A.   In the most vague way, I remember there being back and
16  forth regarding acquisition.  I don't remember the holding of
17  invoices or anything like this, no.
18       Q.   Before we went off the record, you said that Rob Ross
19  had reached out to you at some point.  Was that after you had
20  left -- we're no longer consulting for the campaign?
21       A.   Yes.
22       Q.   Do you recall generally when that conversation was?
23       A.   Either late 2024 or early 2025, to the best of my
24  recollection.
25       Q.   And was that a phone call?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 98

1    A.  As I recall, yes.
2    Q.  Do you know why he called you?  Did he say why he was
3    calling?
4    A.  As I recall, he represented that he was helping Phil
5    resolve billing issues from the congressional campaign.
6    Q.  And did he ask for your assistance with something, or
7    why -- do you know why he called you?
8    A.  I think he was fact-finding.
9    Q.  Fact-finding about what?
10   A.  The relationship between Phil's campaigns, plural, and
11   Grassroots Analytics.
12   Q.  Do you remember about how long that conversation was?
13   A.  Somewhere between ten and 15 minutes.
14   MS. ALI:  I mean, at this point, David Keith
15   was never an employee of the Ehr Campaign.  We
16   understand that this phone call happened long after Mr.
17   Keith had left the campaign in a consulting capacity.  I
18   don't think there's any basis to assert privilege over
19   this conversation and no basis for counsel to the
20   campaign or Mr. Ehr to instruct a witness -- Mr. Keith
21   not to answer, especially given that Mr. Keith's counsel
22   has taken the position that there is no privilege here
23   and has -- and that there is no basis for Mr. Keith not
24   to answer these questions.
25   MR. PRESS:  Given the -- given that he

Page 99

1    testified that the time was -- when he testified it was,
2    I will withdraw the objection.
3    BY MS. ALI:
4    Q.  You recall anything else about that conversation with
5    Mr. Ross?
6    A.  No.
7    Q.  Was that phone call from Mr. Ross in late 2024 or
8    early 2025, the only outreach you remember from the campaign
9    about this litigation or anything having to do with Grassroots
10   after you left the campaign?
11   A.  There was one follow-up, but it was brief.  I believe,
12   if I recall correctly just Rob letting me know that there were
13   -- there were -- there was movement forward with my name being
14   involved in it as a witness, but no more detail than that.
15   Q.  You recall when that was?
16   A.  2025, at some point.
17   Q.  And was that a phone call?
18   A.  Yes.
19   Q.  About how long did that conversation last?
20   A.  Five minutes.
21   Q.  And other than him telling you that there was movement
22   forward, do you remember anything about that phone call?
23   A.  No, it was brief.
24   Q.  Other than those two communications from Rob Ross, any
25   other communication from anyone involved with the campaign about

Page 100

1    this lawsuit or about Grassroots Analytics since post you
2    leaving the campaign?
3    A.  No, just general.  How are you?  How's your new baby?
4    That kind of stuff.
5    Q.  Are you aware that the Ehr campaign has suggested that
6    Grassroots may have been fraudulently charging donors without
7    their consent to juice ROI numbers?
8    A.  Rob had mentioned something like that.
9    Q.  And when did Rob mention that to you?
10   A.  If I recall correctly, on that first 10- to 15-minute
11   phone call, asking -- the fact finding.
12   Q.  And what did he say to you about that?
13   A.  Asked me if I knew anything about it or could speak to
14   it.
15   Q.  And what did you say to him?
16   A.  That there were refunds on the campaign, and that's
17   it.
18   Q.  What do you mean, "and that's it"?
19   A.  I didn't say anything more than that on the matter.  I
20   did tell him to speak to Jake Briggs, as Jake was much closer to
21   this and continued work, to my knowledge, on the Congressional
22   race.
23   Q.  When you say that Jake Briggs "was much closer to
24   this," what's the "this" that you're referring to?
25   A.  The legal proceedings, and the complaints regarding --

Page 101

1    from both parties, right, that happened -- those were ongoing
2    well after I had left.
3    Q.  Are you aware of any basis to think that Grassroots
4    Analytics was committing fraud by charging donors without their
5    consent?
6    A.  Can you repeat the question?
7    Q.  Are you aware of any evidence that Grassroots
8    Analytics was committing fraud by charging donors without their
9    consent?
10   A.  I'm not aware of any evidence.
11   Q.  If you believed that the -- that Grassroots Analytics
12   was fraudulently charging donors, would you choose to continue
13   working with Grassroots Analytics on other campaigns?
14   A.  I wouldn't work with any vendor that I thought was
15   fraudulent.
16   Q.  Because this -- earlier you testified that you don't
17   remember what you talked about with Rob Ross, especially during
18   that 10- to 15-minute conversation.  And then we just talked
19   about this refund issue.  Does that jog your memory about any
20   other topic that Rob Ross and you may have discussed during that
21   conversation?
22   A.  No.  Rob was insistent that he felt the campaign was
23   overcharged.
24   Q.  And what did he say about that?
25   A.  Nothing specific.  Just that he was representing the

26  (Pages 98 to 101)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 102

1  campaign.  He didn't even use the words representing.  He was
2  helping the campaign.
3      Q.  Did he identify himself as counsel to the campaign?
4      A.  He represented himself as a lawyer who was helping the
5  campaign.
6      Q.  During your time consulting for the Ehr campaign, were
7  there other lawyers who were assisting the campaign in a
8  non-legal capacity, like fundraising strategy or other strategy?
9      A.  If I recall, Obie is an attorney, but he was helping
10  -- but he was helping with, you know, political outreach, not
11  legal work.
12      Q.  When you left the campaign -- stopped doing work for
13  the campaign in October -- in or around October 2023, was Bill
14  Hyers still consulting for the campaign at that time?
15      A.  Yes.  Bill Hyers represented that he was still
16  consulting on the congressional campaign.
17      Q.  And do you know whether he is still consulting for
18  Phil Ehr?
19      A.  He's represented that he's not.
20      Q.  He's represented that to you?
21      A.  Yes.
22      Q.  And when would that?
23      A.  Four to six months ago, best of my memory.
24      Q.  Sorry.  The video paused a little bit there.  Did you
25  take four to six months ago?

Page 103

1      A.  Yeah, to the best of my memory, that's the last time I
2  ever spoke to Bill about Phil, and he had represented he was not
3  involved.
4      Q.  At that time, four to six months ago, did he tell you
5  when he had stopped being involved with the Ehr Campaign?
6      A.  No.
7      Q.  Do you know if Bill Hyers was ever an employee of the
8  Ehr Campaign?
9      A.  I don't.  Bill's a consultant.  He never represented
10  him having a relationship other than consulting.
11      Q.  Did Rob Ross or anyone else from the campaign ever ask
12  you to look for documents relating to this case?
13      A.  Not that I recall.
14      Q.  And you recall that Grassroots served a subpoena on
15  you in this case, correct?  That's why we're here today.
16      A.  I'm sorry.  You cut out for a second.  Can you repeat
17  that?
18      Q.  You recall that Grassroots served a subpoena on you in
19  this litigation, correct?
20      A.  Correct.
21      Q.  And in addition to requesting that you sit for this
22  deposition, Grassroots's subpoena contained document requests?
23      A.  Correct.  I'm aware.
24      Q.  And you produced a handful of responsive documents.
25  Is that right?

Page 104

1      A.  That's correct.
2      Q.  And at that time, you represented that those -- you
3  look for documents and that was all that you were able to find,
4  is that right?
5      A.  That's correct.
6      Q.  Most of the e-mails that we looked at today were in
7  your e-mail from your Gmail, from your Gmail account.  Is that a
8  Gmail account that you still have access to, the
9  Davidmkeith2023@gmail.com?
10      A.  Yes, I do.
11      Q.  And did you search your e-mail for responsive
12  documents?
13      A.  Yes, I did.
14      Q.  Do you recall what -- did you run searches in your
15  e-mail for documents that might be responsive to litigation?
16      A.  Yes.
17      Q.  And you're confident that what you produced is what
18  you have in 2025 now, you know, at the time you receive this
19  subpoena?
20      A.  I spent a significant amount of time searching, yes.
21      Q.  Is it right that you also no longer have your Signal
22  or text messages with Phil Ehr?
23      A.  I don't have any texts or app communications with Phil
24  Ehr, currently.
25      Q.  What about text or app communications with anyone else

Page 105

1  affiliated with the Ehr Campaign?
2      A.  Jake Briggs texted me roughly six weeks ago that he
3  was subpoenaed.
4      Q.  And what did he say?
5      A.  Something -- I deleted it.  Something like, "Ugh,
6  still having to deal with this."  That's me paraphrasing,
7  summarizing what he said.
8      Q.  And did you respond to that message?
9      A.  Yeah, I said something to the extent of, "All will be
10  fine."
11      Q.  What did you mean by that?
12      A.  Don't worry.  You know.  Frankly, just don't
13  communicate with me about it.  You know, it'll be all good.
14      Q.  And why did you delete that text?
15      A.  Because the communication was done.  I didn't intend
16  on continuing to talk to him.
17      Q.  Is that your general practice, to delete texts?
18      A.  I hadn't heard from Jake in close to a year.  I don't
19  plan on communicating with Jake more.  That's not out of any
20  other reason that we just don't work together.  So it's my
21  practice that when I'm not working with somebody, yes -- and
22  they're not a friend, then, yeah, we discontinued communication.
23      MS. ALI:  That's all my questions.  I really
24  appreciate your time today.
25      THE WITNESS:  Happy to.

27  (Pages 102 to 105)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 106

1          MR. PRESS:  Good afternoon, Mr. Keith.  I'm
2    Dan Press.  I represent the Ehr Campaign and Phil Ehr.
3    Does anyone know how I can put an Exhibit on the screen?
4          THE REPORTER:  You can click on the share
5    button at the bottom, sir, of Zoom, and you can share
6    whatever you have on your screen.  Do you see the button
7    at the bottom of Zoom?
8          MR. PRESS:  Yes.
9          THE REPORTER:  That should work.  And you can
10   select wherever you want it to share.
11         MR. PRESS:  That's just a screen share.
12         THE REPORTER:  Yes, you can share -- unless
13   you have access to uploading documents in eDepoze,
14   that's the only other way I know.
15         MR. PRESS:  Okay.  Hold on.  Okay.  Now, can I
16   move this?
17         THE REPORTER:  Are you trying to zoom in, sir?
18         MR. PRESS:  I am.  Unshared.
19         THE REPORTER:  Do you want to go off record
20   for a moment, sir, to get this settled?
21         MR. PRESS:  Yeah, let's do that.
22         THE VIDEOGRAPHER:  Standby.  The time is 12:20
23   p.m., we're going off the record, Media II.
24              (Recess taken)
25         THE VIDEOGRAPHER:  The time is 12:21 p.m.,

Page 107

1    we're going back on the record, Media II.
2          MR. PRESS:  All right.  Now, I'd ask the court
3    reporter to mark this as, I guess, Plaintiff's Exhibit
4    1.
5          THE REPORTER:  Got it.
6          (Text message exchange marked as Plaintiff's Exhibit 1)
7          MR. PRESS:  I think this is probably the only
8    exhibit we'll use.
9          MR. KLEIN:  Mr. Keith, are you able to access
10   the document?
11         THE WITNESS:  Yeah, I'm -- I'm looking at it
12   in the only other tab open, but I also see the Zoom
13   screen.  So, yeah -- and I can access it.  It's fine.
14
15              EXAMINATION
16   BY MR. PRESS:
17   Q.  All right.  And do you-- Do you recall being part of
18   this group chat?
19   A.  Vaguely.
20   Q.  And so the -- I'll represent to you the right-hand
21   column is text from Phil Ehr.  Do you recall these texts?
22   A.  It's jogging my memory, if that's the right way to put
23   it, that these were the texts that introduced me to Grassroots
24   Analytics.
25   Q.  And so you received that text from the one in the-- on

Page 108

1    the upper right-hand corner of the first page and asked Phil to
2    have Jake reach out to them, correct?
3    A.  That's what it appears to be, yes.
4    Q.  And then there was another text from Phil forwarding
5    some more texts from Grassroots.
6    A.  I see that.
7    Q.  Is that --
8    A.  that's what it appears to be, yes.
9    Q.  And then you had some correspondence with Jake about
10   what this was about?
11   A.  Yes, that's what it -- yes, that -- that makes sense.
12   Q.  And then -- so -- and then you communicated further
13   with Jake about this.
14   A.  Yep.
15   Q.  Did you communicate further with Phil about this, or
16   did you just reach out to Grassroots at that point?
17   A.  I don't recall.
18   Q.  Prior to signing the contract, did you have any
19   further discussions with Phil about the communications with
20   Grassroots?
21   A.  I recall there being group phone calls about it.  Or a
22   group -- one or two group phone calls about it, about the
23   direction of the campaign.
24   Q.  And what was the substance of those phone calls?
25   A.  To the best of my recollection, the substance was that

Page 109

1    this is not the style of fundraising we had been using out of
2    the gate, but if this is something we wanted to try, give me the
3    green light.
4    Q.  And did Phil give you the green light?
5    A.  Yes.
6    Q.  And specifically, what did he say to give you the
7    green light?
8    A.  That he wanted to proceed with the text-message
9    fundraising services with Grassroots.
10   Q.  That and prior to signing the contract, did you have
11   any further discussions with him about it?
12   A.  I don't recall.
13   Q.  Now, you recall Ms. Ali asking you about the -- the
14   refunds for ActBlue, was there concern about the refunds at the
15   time?
16         MR. KLEIN:  Objection.  What time are you
17   talking about?
18   BY MR. PRESS:
19   Q.  So shortly after the text messaging campaign started,
20   there were claims from donors that they had not authorized
21   certain charges, is that correct?
22   A.  I wouldn't have been privy to that.  I recall there
23   being refunds.
24   Q.  Were you aware of any reasons for the refunds?
25   A.  Jake represented that there were requests for refunds,

28  (Pages 106 to 109)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 110

1  to the best --
2      Q.  Did Jake tell you why there were requests for refunds?
3      A.  I don't recall seeing any documentation or a specific
4  conversation.
5      Q.  Were you aware of the amount of the refunds?
6      A.  I vaguely remember them being larger donations, not
7  smaller donations.  Up to whatever the limit was, it was close
8  to the limit of that cycle.
9      Q.  Did that raise any concerns in your mind?
10     A.  I recall there being frustration.  As just as we need
11 to raise the money.  I don't recall there being concerns in July
12 or August of that year.
13     Q.  Now, did you have conversations about that with anyone
14 besides Jake?
15     A.  Rob Ross asked me about it in his call last year at
16 some point.
17     Q.  Anyone else?
18     A.  Not that I recall.
19     Q.  All right.  You testified that at the launch -- the
20 campaign launch, Grassroots was going to be sending targeted
21 messages, is that correct?
22     A.  I don't remember using the term targeted.
23     Q.  Who -- do you know who determined what lists to use?
24     A.  Not that I recall.
25     Q.  Did you have any discussions with Grassroots about how

Page 111

1  they would be selecting names to send text messages to?
2      A.  I recall conversations about certain geographies like
3  Florida or national or areas around the country where there are
4  a lot of liberal Democratic donors, such as Los Angeles and New
5  York.  So a regional targeting.
6      Q.  Do you know who determined the targeting?
7      A.  I don't recall knowing that.
8      Q.  Do you recall who determined what criteria to use to
9  send text messages?
10     A.  I don't.
11     Q.  It wasn't you.
12     A.  I was not part of -- I had no access to the database
13 at all.
14     Q.  Did you ever have any discussions with Grassroots
15 about how they were determining the targeting?
16     A.  I recall -- I'm sorry?
17     Q.  Or the criteria used to select names or numbers to
18 send text to?
19     A.  I recall general back-and-forth about things that made
20 sense, such as areas of liberal Democratic donors or in-state
21 donors in Florida.
22     Q.  Were there discussions about any demographics beyond
23 that?
24     A.  Not that I recall.
25     Q.  Now, you talked about return on investment.  You had

Page 112

1  that exchange.
2      MR. PRESS:  And I think it was in Exhibit 1,
3  we could maybe pull that up.  I'm not sure if that's
4  doable.
5      MS. ALI:  We can do that if that would be
6  helpful.  If you tell me where --
7      MR. PRESS:  So let's turn to page -- page 1,
8  right there.
9  BY MR. PRESS:
10     Q.  Now, that's Danny Hogenkamp on the right and you on
11 the left, correct?
12     A.  I have to log back into this.  I'm sorry.
13     Q.  Okay.
14     A.  Okay.  I'm in.
15     Q.  Okay.  So you see kind of in the middle of the page
16 Danny says to you, "If the immediate ROI is above 100 percent,
17 you scale, scale, scale."
18     A.  I see it.
19     Q.  What did you understand him to mean by an ROI above
20 100 percent?
21     A.  That you're making at least $1 and .01 cent back for
22 every dollar you spend.
23     Q.  So 100 percent ROI, you're doubling your money or
24 you're breaking even?
25     A.  100 percent is breaking even in the industry.

Page 113

1      Q.  Okay.  So now you scroll down.
2      MR. PRESS:  Can you scroll down?  I don't
3  think I control the pages.  No, I don't.  Can we scroll
4  down the next couple of pages?  Keep going.  There's a
5  reference to 30 or 40 percent ROI in a few pages.  Okay.
6  BY MR. PRESS:
7      Q.  So were you telling Grassroots that -- where it says,
8  "Even if there's a 50 percent ROI, I'll take the risk."  You're
9  saying that you would lose half of the money that you're
10 spending.
11     A.  In the industry --
12     Q.  Or were you understanding that to be that you would be
13 making back the money you're spending plus 50 percent?
14     A.  The initial return would be making back half the
15 money, and then you keep re-soliciting to get to 100 percent
16 plus.
17     Q.  All right, now, the -- do you see where there's some
18 blacked-out text there on that page?
19     A.  Yes.
20     Q.  Can you tell me what that's referring to?
21     MR. KLEIN:  To make the record clear, this was
22 not a document produced in this action by Mr. Keith.
23     MR. PRESS:  Understood.
24     MR. KLEIN:  He did not -- I don't know what
25     THE WITNESS:  I don't -- I don't know what

29  (Pages 110 to 113)

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 114

1  it's referring to.
2        MS. ALI:  And I'll represent for the record,
3  we did apply redactions to discussions of other
4  campaigns unrelated to the Ehr campaign only.  Those
5  were the -- that was the only basis for redactions.
6        MR. PRESS:  Okay.  So you're telling me that
7  Blank is seeing this account, so we have startup capital
8  refers to a different campaign?
9        MS. ALI:  That's correct.
10 BY MR. PRESS:
11    Q.  Is that your understanding, Mr. Keith?
12    A.  I don't recall the text.
13       MR. PRESS:  All right.  Can I take a
14 five-minute break here?  I think I probably done here.
15       THE VIDEOGRAPHER:  Standby --
16       MR. PRESS:  For about five minutes.
17       MR. KLEIN:  To be clear, Mr. Keith needs to be
18 done by 1:00.  So, yes, we can come back in five
19 minutes.
20       THE VIDEOGRAPHER:  Standby.  The time is 12:38
21 p.m., we're going off the record.
22       (Recess taken)
23       THE VIDEOGRAPHER:  The time is 12:43 p.m.,
24 we're going back on the record, Media II.
25       MR. PRESS:  I don't have any further

Page 115

1  questions.
2        MS. ALI:  Nothing from me.
3        MR. KLEIN:  We have no questions for
4  Mr. Keith.
5        THE VIDEOGRAPHER:  Standby --
6        THE REPORTER:  Okay.  Mr. Klein, this is the
7  court reporter.  Will the witness be reading or waiving?
8        MR. KLEIN:  We'll be reading.
9        THE REPORTER:  I'm sorry.  I had two people
10 talking at the same time.
11       MR. KLEIN:  We're going to be reading.
12       THE REPORTER:  Thank you.  And Ms. Ali, are
13 you going to confirm your order of transcript currently,
14 or do you need some time?
15       MS. ALI:  Can I do that by e-mail after this?
16       THE REPORTER:  Sure, of course.  I'll e-mail
17 all parties and ask for confirmation for the transcript
18 order.  Thank you.
19       THE VIDEOGRAPHER:  Standby.  The time is 12:44
20 p.m., we're going off the record, Media II.
21
22       (Time Noted: 12:44 p.m.)
23
24
25

Page 116

1                CERTIFICATE OF OATH
2
3  STATE OF WASHINGTON
4  DISTRICT OF COLUMBIA
5
6        I, the undersigned authority, certify that
7  DAVID KEITH remotely appeared before me and was duly
8  sworn.
9        WITNESS my hand and official seal this 4th day of
10 SEPTEMBER, 2025.
11
12
13
14
15 _____
16 Lauren Fridley,
17 NOTARY PUBLIC COMMONWEALTH of VIRGINIA
18 My Commission Expires: 06/30/2028
19 Notary Registration No. 7699515
20
21
22
23
24
25          CERTIFICATE OF STENOGRAPHER

Page 117

1  STATE OF CALIFORNIA:
2
3        I, LAUREN FRIDLEY, CDR-3190, do hereby
4  certify:
5        That the witness whose deposition is
6  hereinbefore set forth was duly sworn, and that
7  such deposition is a true record of the testimony
8  given by such witness.
9        I further certify that I am not related to any
10 of the parties to this action by blood or marriage,
11 and that I am in no way interested in the outcome
12 of this matter.
13       IN WITNESS WHEREOF, I have hereunto set my
14 hand this 4th day of SEPTEMBER, 2025.
15
16
17 _____
18 Lauren Fridley, CDR-3190
19 CERTIFIED DEPOSITION REPORTER
20
21
22
23
24
25 ERRATA SHEET FOR THE TRANSCRIPT OF:

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

Page 118

```
 1    Case Name:  PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE VS.
 2    GRASSROOTS ANALYTICS
 3    Dep. Date: SEPTEMBER 04, 2025
 4    Deponent:  DAVID KEITH
 5
 6              CORRECTIONS:
 7    Pg.  Ln.  Now Reads     Should Read   Reason
 8    __   __   _____   _____   _____
 9    __   __   _____   _____   _____
10    __   __   _____   _____   _____
11    __   __   _____   _____   _____
12    __   __   _____   _____   _____
13    __   __   _____   _____   _____
14    __   __   _____   _____   _____
15    __   __   _____   _____   _____
16    __   __   _____   _____   _____
17
18              _____
19              Signature of Deponent
20    SUBSCRIBED AND SWORN BEFORE ME
21    THIS ____ DAY OF _____, 2025.
22
23    _____
24    (Notary Public) MY COMMISSION EXPIRES: _____
25
```

0ea7bc3e-fb40-45cb-abbf-ee481d87207a

**A**

**a.m** 2:6 7:5 63:5,8
  73:16 96:15
**Aaron** 92:10,13,14
  93:4
**ability** 50:17
**able** 26:14,19 104:3
  107:9
**absolutely** 59:23
**access** 39:2 104:8
  106:13 107:9,13
  111:12
**account** 85:11
  104:7,8 114:7
**accountant** 83:17
**accurate** 10:17
**accurately** 16:23
**acquired** 43:24
**acquiring** 57:12
**acquisition** 59:24
  65:11 97:5,16
**ActBlue** 38:21,23
  38:23,24 43:18,21
  44:1 73:16,20
  76:6 109:14
**action** 113:22
  117:10
**active** 61:14 68:19
  88:16 89:1,12
**actual** 64:9
**add** 18:23,25 43:17
  43:18 44:1 94:25
**added** 18:9,11 19:9
  19:17
**addition** 103:21
**additional** 45:14,19
  46:14,17 48:16
  75:4 87:14 92:14
**address** 31:2,5,11
  38:25 86:3
**advise** 33:3,4
**advised** 33:5
**advisor** 18:16,16
**affairs** 12:23,25
  13:2
**affiliated** 105:1

**affirm** 8:1
**afternoon** 12:7
  106:1
**aggressive** 22:23,25
  23:2 28:8 34:21
  41:21,23 49:9,13
  49:14 53:18 56:9
  62:2,6,11,14
  77:12
**aggressively** 53:22
  62:18
**ago** 62:16 102:23
  102:25 103:4
  105:2
**agree** 9:17,18 21:15
  22:19,21 40:15
  56:8
**agreement** 6:9
  35:24 37:15,20
  40:15 64:10,15
**ahead** 26:7,18
  40:10 53:3 54:7
  55:19,23 58:2,16
  59:8,20 68:17
  73:23 75:8 95:25
  95:25
**Alexander** 18:15
**Ali** 3:20,24 5:3 7:14
  7:14,14 8:17,18
  16:18 17:2 23:15
  24:4,9,14,15 25:8
  25:13,18,19 26:16
  26:17 27:5,12,13
  29:2 30:12,15,22
  30:25 33:17,20,21
  37:16,19 41:5
  46:20,23 47:3,5
  48:22 51:6 54:15
  54:21 55:2 58:8
  61:16,23 62:21
  63:2,10,15,19
  64:11,14 65:2,7
  67:3,7 68:1,5 69:5
  69:9 77:2,7 78:8
  78:14,25 79:8
  82:7,12 84:8,15
  87:1,7 88:8,12

90:22 91:24 92:4
  94:5,10,17,21
  95:5 96:10,19
  97:1 98:14 99:3
  105:23 109:13
  112:5 114:2,9
  115:2,12,15
**allow** 43:19
**amount** 19:4 40:4
  57:16 72:5 77:23
  104:20 110:5
**amounts** 85:1
**Amuna** 19:19
**analog** 38:23
**analysis** 40:6
**Analytics** 1:7,10
  7:9,15 11:9 24:22
  25:3 30:8 34:7
  38:9 68:17 80:13
  82:4 84:17 98:11
  100:1 101:4,8,11
  101:13 107:24
  118:2
**and/or** 65:19
**Andrew** 49:18,19
**Angeles** 111:4
**announce** 24:7
**announced** 89:16
**answer** 9:23 10:3,6
  10:11,13 41:6
  52:13,16 56:12
  86:14 89:14 94:2
  94:20 98:21,24
**answered** 50:2
**answering** 52:12
**anybody** 9:15
  12:19 24:6 36:9
  71:15
**anytime** 10:12
**app** 20:11 104:23
  104:25
**appeal** 21:16
**appearance** 63:13
**appeared** 95:11
  116:7
**appears** 40:3 63:11
  108:3,8

**applicable** 40:16
**apply** 113:24 114:3
**appreciate** 8:18
  59:1 105:24
**approach** 23:2
**approval** 17:22
  42:20,25 44:11
  65:10
**approvals** 65:17
**approve** 35:14 43:6
  48:19 65:13
**approved** 47:24
  48:9,17
**areas** 111:3,20
**arrows** 26:20
**as-available** 40:18
**as-is** 40:17,24
  41:12
**asked** 28:3 36:10
  36:10 50:12 58:21
  62:16 80:11,20
  100:13 108:1
  110:15
**asking** 8:20 42:19
  43:17 58:24 89:9
  93:5 96:7 100:11
  109:13
**asks** 35:24 59:9
  86:2
**aspect** 17:8
**aspects** 15:8
**assert** 98:18
**assigned** 8:3 85:8
**assist** 70:20
**assistance** 98:6
**assisting** 102:7
**assume** 10:5,6
  19:18 28:15 32:5
  34:12 37:4,6,7,13
  42:24 47:19 51:23
  51:25 52:25 74:4
  75:18 76:25 77:1
  77:16 79:17 80:21
  82:21 83:22 84:6
  86:22 88:22 97:8
  97:13
**assumed** 26:10

27:22
**assuming** 32:13
  46:9 69:25
**assurance** 39:19
  40:3
**attaching** 68:8
**attention** 16:4
  27:11 51:5 60:25
  76:10
**attorney** 94:8 102:9
**attorney-client**
  94:4
**ATTORNEYS** 3:2
  3:9,19
**attract** 22:13
**attracted** 14:14
**audience** 44:21
**audiences** 47:23
  48:4 49:21
**August** 56:14,15
  58:2,9,16 59:8,10
  59:13,15,18,20,21
  60:2 61:9,17
  62:13,17 63:21
  64:22 65:3,9 67:8
  67:15 68:2,6,16
  69:19 71:20 73:15
  73:23 74:24 75:8
  77:3,8 78:8,18
  79:2 80:2,11 85:3
  96:22 97:3 110:12
**authority** 116:6
**authorized** 109:20
**Ave** 3:21
**Avenue** 3:4
**average** 22:15
**avoid** 53:13,21
**aware** 11:8,11
  33:18,22,25 34:5
  34:6,8 70:8,11
  85:13,22,24 86:6
  86:16,17,23 100:5
  101:3,7,10 103:23
  109:24 110:5
**awhile** 83:3
**awkward** 47:7

**B**

**B** 39:18
**B-R-I-T-O** 24:12
**baby** 100:3
**back** 28:5,20 29:13
41:16 50:14 57:6
58:18 63:8,10
69:20 71:17 73:2
74:1,2 82:22
95:22 96:12,18
97:15 107:1
112:12,21 113:13
113:14 114:18,24
**back-and-forth**
59:2 65:23 111:19
**back-end** 39:3
**background** 8:20
**backing** 51:18
**ballpark** 13:11
**based** 37:6 45:15
83:22
**basic** 62:1
**basically** 95:23
**basis** 40:18 41:12
94:5,10 95:6,12
95:18 98:18,19,23
101:3 114:5
**Bates** 25:10,11,21
25:21 27:14 28:6
30:13,14 36:18
37:15,18 61:20
63:18 64:13 65:6
67:6 68:3,4 71:19
77:6 78:9,13 82:7
82:11,24 84:11,14
87:4,6 88:11 92:1
92:3 96:21,25
**bathroom** 62:25
**beginning** 7:13
16:10 18:21
**behalf** 7:10,17,18
7:21 38:13 64:19
**behind-the-scenes**
90:15
**belief** 24:1
**believe** 11:14,20

19:16 61:12 99:11
**believed** 101:11
**Ben** 3:15 7:20
**benefit** 10:4
**bespoke** 36:6
**best** 10:14 29:25
31:10,13 43:8
49:25 69:16 77:22
77:25 88:5,7 91:3
97:23 102:23
103:1 108:25
**best-** 47:22
**better** 45:19 55:15
67:20
**beyond** 111:22
**big** 18:2 29:14 53:4
53:4,5 73:16
**Bill** 14:10 18:14
19:15 20:2,4,8,11
20:14 21:6 90:1
102:13,15 103:2,7
**Bill's** 103:9
**billing** 85:13 93:25
98:5
**bills** 71:21 85:20
88:23
**binary** 53:13
**bit** 21:13 23:16
45:13 47:6 51:16
52:19,21 59:18
60:9 65:22 74:9
102:24
**bklein@mccarte...**
3:17
**blacked-out** 113:18
**Blank** 114:7
**block** 27:17
**blood** 117:10
**blow** 95:15
**board** 23:2 49:15
**book** 9:12
**bottom** 25:20 27:15
29:3,15 37:23
47:9 52:4 56:15
63:20 64:16 72:22
73:2,25 74:5

76:15,15 87:9
106:5,7
**box** 42:23 53:10
**break** 10:9,11,12
18:4 46:21 47:7
62:22 95:21
114:14
**breaking** 112:24,25
**breaks** 47:1
**brief** 99:11,23
**Briggs** 11:16 18:17
19:15,22 75:20
79:19,23 81:11
83:5 90:1 92:10
93:4 100:20,23
105:2
**bring** 20:21 21:2
25:3 32:21 33:1,3
33:6,10 83:6
**Brito** 4:4 23:14
24:8,11,12
**brought** 29:18
60:24 70:19 86:13
92:25
**bucket** 57:15
**budget** 85:20
**Building** 8:25
**bunch** 71:18
**button** 106:5,6

**C**

**C** 3:1 4:1 40:6,14
**cadence** 16:15
48:18 49:2
**CALIFORNIA**
117:1
**call** 7:22 11:18,20
16:10 23:12,21
24:16 46:1 56:22
57:16,22,22,24
80:12 83:17 84:6
89:6,8 97:25
98:16 99:7,17,22
100:11 110:15
**called** 8:13 11:21
19:11 28:12 29:21
40:11 66:14,19

67:17 98:2,7
**calling** 11:23 57:25
98:3
**calls** 20:3 33:16
41:3 108:21,22,24
**camera** 62:25 63:1
63:2
**campaign** 1:4,14
1:16 4:4 7:8
10:20,20,21,22
11:1,1,9,12 13:20
13:22,25 14:6,9
14:13,15,17,20,24
15:2,3,8,11,11,15
15:16,19 16:1,3,4
16:5,11,24 17:8
17:10,25 18:1,3,3
18:7,9,18,24 19:2
19:5,6,8,9,14,20
20:5,19,25 21:3,8
21:11,13,19 22:22
23:8 24:13,23
25:2 26:3 29:18
29:19,24 30:1,2,8
31:3,6,11 32:8,9
32:11 33:3,5,14
33:24 34:6,17
35:6,9 36:6 38:8
38:10,14,17,19,22
39:2,16,22 40:20
40:25 41:10,11,25
43:6,11,17 44:12
44:18 48:20 49:3
49:16 50:7 53:10
53:13,19,23,24
57:2,7,9,10,11,13
57:20 59:6 60:4,4
60:7,9,11,12 61:1
61:15 62:17 64:7
64:7,8 65:23 66:2
66:5,9,13,18 67:1
68:12 69:13,17
70:3,9,9,13,16,17
70:19,22,23 71:1
71:2,6,7,8,10,14
73:21 74:21 75:4
76:10,12 77:19,22

77:25 78:4,22
79:1,5,22 80:6,25
81:3,7,8,9,15 82:8
82:11 83:1 84:5
85:18,21 86:11,14
86:19,20,24 88:9
88:11,25 89:10,11
90:14,25 91:16
92:19,24 93:2,9
93:12,17 94:6,9
94:11,14,14,16,18
94:22 95:1,2,3,9
97:20 98:5,15,17
98:20 99:8,10,25
100:2,5,16 101:22
102:1,2,3,5,6,7,12
102:13,14,16
103:5,8,11 105:1
106:2 108:23
109:19 110:20
114:4,8 118:1
**campaign's** 32:17
38:13 42:3 53:17
80:22 88:20 91:4
**campaigns** 11:2
13:5,7,8,9,12,15
21:9 28:12,20
44:17,24 70:12,15
73:6,20 74:18
75:4 98:10 101:13
114:4
**candidate** 21:16,17
22:12 42:4 57:24
64:20 65:19 90:5
**candidate's** 22:8
65:18
**candidates** 21:25
**capacity** 98:17
102:8
**capital** 114:7
**caps** 40:14
**care** 11:25 50:25
**carries** 47:9 76:21
**case** 9:20 22:19
73:8 78:3,7 95:14
103:12,15 118:1
**cash** 50:25 66:6

71:7,11,14 77:12
87:21 88:1
**CC** 69:7
**cc'd** 85:25
**CDR-3190** 2:12
117:3,18
**cell** 38:11 54:18,22
57:25,25
**cent** 112:21
**Center** 3:11
**central** 81:2
**CEO** 25:9 29:4
30:7 50:9
**certain** 109:21
111:2
**certainly** 93:13
**Certificate** 5:5,6
116:1,25
**CERTIFIED**
117:19
**certify** 116:6 117:4
117:9
**chain** 6:3,4,5,6,7,10
6:11,12,13,14,15
6:16,17,18,19,20
6:21,23 20:7,9,13
20:15,16 25:9
30:18 31:1 41:17
50:15 54:17,22
60:14 61:16,18
63:20 65:2 67:5
68:3 69:2,21
71:17 72:7 76:21
77:4,9 78:9,15
79:1,2,13 81:24
82:9,13 84:9,10
84:16 87:1 88:9
91:24 92:9 93:5
96:21
**challenge** 59:4
**challenger** 53:13
56:10 62:19 81:1
90:14,25 91:12
**changed** 18:1,4
**changing** 42:21
**charges** 109:21
**charging** 100:6

101:4,8,12
**chasing** 74:14
**chat** 107:18
**chats** 9:16
**chatted** 67:16
**check** 74:18 80:14
**checked** 93:21
**chief** 14:10 18:15
**choose** 101:12
**Chrysler** 8:25
**CHUNG** 3:3
**claim** 94:5,10 95:6
95:18
**claiming** 78:1
**claims** 109:20
**clarify** 16:16
**clarifying** 59:1
**clause** 40:24
**clear** 24:10 54:12
58:22 90:8 95:1
113:21 114:17
**click** 25:15 26:20
66:14,16,19,20,22
67:17,23 68:8,12
106:4
**client** 39:11 40:8
64:6,19 74:25
**client's** 40:16
**clients** 15:13 69:23
70:1
**clip** 28:20
**close** 95:20 105:18
110:7
**closer** 52:4 100:20
100:23
**CO-COUNSEL**
3:16
**cognizant** 77:11
**colleague** 7:22
**Collective** 66:14,16
66:19,20,22 67:18
67:23 68:8,12
**color** 52:21
**COLUMBIA** 1:2
116:4
**column** 107:21
**come** 14:6,9 43:22

89:6 95:22 114:18
**comes** 80:15
**coming** 28:20 61:5
64:6 72:21 80:12
81:3,12
**Commission**
116:18 118:24
**Committee** 1:4,14
1:16 7:9,18 9:5
10:20 11:9 118:1
**committing** 101:4,8
**common** 57:14
**COMMONWEA...**
116:17
**communicate** 9:15
19:22 86:5 105:13
108:15
**communicated**
95:14 108:12
**communicating**
50:13 80:6 86:15
88:19 105:19
**communication**
99:25 105:15,22
**communications**
50:9 94:3,11,15
95:19 99:24
104:23,25 108:19
**company** 14:11,19
14:22 18:8,14
56:17 61:11
**compared** 15:15
21:9
**competitiveness**
22:3
**complaint** 12:15
**complaints** 83:13
100:25
**complete** 10:17
54:21
**compliance** 74:15
74:17 75:13,16,17
75:19,23
**complying** 66:15
**comport** 78:21
**computer** 9:9,9,10
9:12,20

**concern** 51:12
88:24 109:14
**concerning** 89:3
**concerns** 72:2,4,5
93:24 110:9,11
**concludes** 7:24
**conclusion** 41:4
**concrete** 52:16
**condition** 40:21
41:1
**conduct** 39:10
**confident** 104:17
**confirm** 51:3 87:17
115:13
**confirmation**
115:17
**confusing** 89:3
**congress** 1:3,13 7:8
10:20 11:8 22:13
118:1
**congressional**
22:14 89:17 90:10
90:16 91:6,9,19
91:23 93:15 98:5
100:21 102:16
**congresswoman**
53:8 90:11
**consent** 100:7
101:5,9
**conservative** 26:9
27:18 52:2
**consistent** 34:13,15
38:25 41:24 45:16
45:22 48:1
**construed** 28:25
**consultant** 13:8,10
13:13,17 14:10,17
14:20 15:2 18:17
19:17 32:10 70:15
89:11 91:21 92:14
93:1 94:6,12 95:2
95:9 103:9
**consultants** 18:8,10
18:12,19,19 20:22
70:17
**consulting** 13:9
14:12 15:3 16:7

32:7 97:20 98:17
102:6,14,16,17
103:10
**contact** 50:8 63:23
**contacted** 37:12
**contained** 103:22
**content** 39:21
**contesting** 77:23
**context** 27:9 77:10
95:8
**continuation** 82:8
82:18
**continue** 56:20
62:24 63:1 80:23
87:13,23 88:2
91:18 93:15
101:12
**continued** 4:1
100:21
**continuing** 60:5
82:20 105:16
**contours** 89:13
**contract** 30:8 36:2
36:6,9,13,16 37:4
37:7,8,14 38:4
39:6,6,13 41:10
41:18,20 51:24
63:24 64:3,4,25
68:8 78:1 108:18
109:10
**contracted** 60:12
**contracting** 60:10
**control** 27:4 113:3
**controller** 84:21
**conversation** 12:2
32:20 46:11 75:22
76:25 85:20 95:7
97:22 98:12,19
99:4,19 101:18,21
110:4
**conversations**
89:24,25 90:16
91:7 95:4 110:13
111:2
**converting** 88:16
89:1,12
**convinced** 33:14,23

34:2
**copied** 69:1,4
**copies** 45:18
**copy** 9:20 12:15
28:18 36:13 42:19
42:25 43:5 44:13
44:17 45:2,20
47:22 48:12,17
49:3,4 65:4,17
**copying** 31:15,20
**copywriting** 39:18
**corner** 108:1
**cornered** 71:4
**corporations** 13:9
**correct** 14:19 26:2
53:14,16 62:20
70:25 75:21 86:25
92:12 93:16 96:3
103:15,19,20,23
104:1,5 108:2
109:21 110:21
112:11 114:9
**CORRECTIONS**
118:6
**correctly** 85:25
92:22 99:12
100:10
**correspondence**
108:9
**cost** 32:13 34:11
**costs** 46:17
**counsel** 7:11 12:5
12:20 16:16 26:12
28:23 30:20 98:19
98:21 102:3
**Counterclaim** 7:18
**Counterclaim-De...**
1:18
**Counterclaim-Pl...**
1:11
**countersigned** 68:8
**country** 111:3
**couple** 87:2 113:4
**course** 18:1 115:16
**court** 1:1 7:25 8:21
9:22,24 10:4
107:2 115:7

**criteria** 111:8,17
**cues** 47:3
**curated** 23:13 24:2
57:2
**current** 24:12
88:21,21 97:11
**currently** 13:10
94:17 104:24
115:13
**cut** 26:12 73:1 74:9
74:18 103:16
**cutting** 45:15
**cycle** 23:13,17,22
23:23,25 24:3,17
88:16 110:8

**D**

**daily** 17:6 89:4
92:21
**Dan** 7:17 106:2
**Daniel** 3:7 5:4
32:13
**Danny** 25:10 26:1
29:4 31:15,17,19
33:9,13,23 34:1
35:3 50:11,15
52:5,8,22 54:18
55:5,12,25 58:5,7
58:9,23 59:2,9
60:16,19 61:10,24
62:9 67:15 69:20
69:22 71:20 72:6
72:9 73:10 74:5
74:19 75:9 76:1
76:17 78:15 82:23
82:25 83:5,16
92:10 93:5 112:10
112:16
**Danny's** 35:11
54:18 77:16,17
**data** 25:1 29:25
35:24 38:11 39:14
40:22 41:2,13
67:19 71:4
**database** 111:12
**date** 25:22 26:3
30:21 38:1 64:22

118:3
**dated** 65:2 85:2,3
91:24
**David** 1:21 2:10 7:7
8:5,12,23 31:16
31:20,24 32:1
42:18 43:13 45:11
45:12 46:1,5
47:10,21 48:16
49:18 54:2,17
59:23 61:25 67:16
67:18 79:16 87:10
87:17 94:12 95:7
98:14 116:7 118:4
**davidmkeith202...**
31:2 69:7 104:9
**Davies** 31:20 32:1
42:18 43:13 45:12
45:12 46:1,5
47:21 48:16 49:18
54:2,9 56:5 87:17
**day** 16:14,14 18:10
34:20 35:13 47:8
47:21 50:8,20
55:6 59:19 62:5
62:13 74:16,24
75:19,19,25 76:1
80:15,15 81:1
83:15 87:19 116:9
117:14 118:21
**day-to-day** 76:4
93:11
**days** 15:19 16:19
42:1 50:7 53:23
57:12,15 88:15
**DC** 3:22
**dead** 60:17
**deadline** 73:8
**deal** 105:6
**Debbie** 53:5,9
58:23,25 59:6
90:7,11,24 91:11
**Debbie's** 59:3
**decide** 21:2
**decided** 90:12,23
**deciding** 30:2,2
**decision** 20:21,24

25:2 28:1 32:17
32:21 33:1,10,11
89:19,23 90:3,5,6
91:5
**decisions** 17:7,9,15
17:17,22 20:19
21:5 48:20 49:4
**Defendant** 1:8 7:19
**DEFENSE** 3:19
**definitely** 75:12
76:13
**delay** 80:16
**delaying** 77:9,11
**delete** 105:14,17
**deleted** 105:5
**deliverability**
66:24 67:17,25
68:14
**Democratic** 23:4
111:4,20
**demographics**
111:22
**Dep** 118:3
**depend** 21:16
**depending** 19:8
**depends** 52:8,14
**Deponent** 3:9 118:4
118:19
**deposed** 9:4
**deposition** 1:21
2:10 7:7 8:5,19
9:6,14 10:19 12:4
12:19 23:14 24:5
63:12 71:18 95:15
103:22 117:5,7,19
**described** 13:19
33:8
**describing** 32:23
**DESCRIPTION**
6:2
**detail** 41:15 99:14
**determined** 110:23
111:6,8
**determining**
111:15
**device** 54:23
**Dew** 35:23 42:7

**Diego** 35:23 37:5
42:7
**Diego's** 36:19
**different** 21:11,12
45:2,2 48:4 49:20
59:18 78:25 114:8
**digi** 58:10
**digital** 2:12 18:15
18:16 32:10 58:3
58:11,22,23
**direct** 23:11 27:11
51:4 60:12,16,23
60:25 63:23 65:23
66:2,5 85:16 86:2
97:10
**direct-mail** 62:10
**direction** 108:23
**directly** 20:13
83:17 85:12 86:6
**disburse** 73:22
**disbursed** 17:12
**discontinued**
105:22
**discuss** 67:9
**discussed** 36:8
101:20
**discussion** 44:14
53:5
**discussions** 108:19
109:11 110:25
111:14,22 114:3
**dissatisfaction** 70:5
70:10
**DISTRICT** 1:1,1
116:4
**doable** 56:20 112:4
**document** 9:12
27:8 30:12,16
34:19 35:12,17
37:1 50:18 51:17
54:16,25 61:24
63:16 79:5 96:19
103:22 107:10
113:22
**documentation**
110:3
**documents** 9:19

12:10,13,16
103:12,24 104:3
104:12,15 106:13
**doing** 13:1 29:18
38:8 39:12 45:12
60:3 70:16,17,18
75:7 85:11 87:13
93:11 102:12
**dollar** 29:13,13
112:22
**donate** 22:9,17
57:8
**donated** 38:18
**donation** 38:20
**donations** 22:13
40:4 43:22 110:6
110:7
**Donohue** 49:18,19
**donor** 38:24 41:2
41:14 43:22,23
54:3 71:4
**donors** 22:16 24:19
30:3 38:13,14,18
44:22 45:3 48:5
57:5,6,12,13 60:6
88:21,21 89:1,12
100:6 101:4,8,12
109:20 111:4,20
111:21
**double** 54:9
**doubling** 112:23
**doubt** 79:25 80:8
**dpress@chung-p...**
3:8
**draft** 39:21
**drill** 48:12
**driving** 22:25 32:17
32:18 49:14
**drop** 89:23 90:3,12
90:24 91:5,10
**dropped** 15:24
16:22 91:17
**dropping** 89:16
**DSCC** 53:8
**due** 85:3,3
**duly** 8:13 116:7
117:6

**duplicate** 35:4
**duties** 15:1

**E**

**E** 3:1,1 4:1,1
**e-** 68:2 77:3 78:8
**e-mail** 3:8,17,18,25
6:4,6,7,10,11,12
6:13,14,17,18,20
6:21 11:19 19:23
20:4 23:10 24:18
30:18,21,23 31:1
31:2,5,14,15,17
31:22 32:3,12
34:10,24 35:2,21
36:19,23 37:5,6
38:25 41:17,20
42:7,18 43:12,25
44:8 46:5,7 47:7,8
47:14,21 48:8
49:1,7 61:16,18
61:24 63:21 65:2
65:8,22 66:10,11
66:16 67:5,8,9,13
67:16 68:7,16,25
69:4,13,15 73:12
77:8,9 78:10,15
78:18 84:9,9,16
84:17 86:3 87:1,8
87:9,12 91:24
92:5,7,8,9,15 93:5
96:21 97:2 104:7
104:11,15 115:15
115:16
**e-mailed** 68:20
**e-mailing** 31:20
**e-mails** 9:16 31:18
35:17 41:19 42:16
44:1,14 45:10
50:5 67:20 68:19
73:7 88:23 104:6
**earlier** 41:18 50:16
57:1 93:9 96:20
101:16
**early** 15:19 16:19
26:5 41:25 50:7
53:23 57:12,15

62:17 97:23 99:8
**easier** 91:8
**easily** 42:4
**Eastern** 7:6 42:9,12
**eDepoze** 9:13
106:13
**edit** 65:19
**edits** 42:19 43:6
47:24 65:12,13,16
**efficiently** 56:21,25
**Ehr** 1:3,13,15 7:8
7:19 10:19,20,21
11:8,12 13:20,24
14:3 15:11,15
17:5 19:2 20:19
21:2,8 22:22 24:6
24:23 34:6 36:6
49:15 59:9 61:18
63:12,13,14,14
64:19 65:16 66:2
70:3,13 71:6 75:4
76:17,24 79:1,5
79:24 82:8,11
83:6,9,17 84:4,10
85:10,12 87:3
88:9,11 89:11,15
90:23 91:10,16,25
98:15,20 100:5
102:6,18 103:5,8
104:22,24 105:1
106:2,2 107:21
114:4 118:1
**Ehr's** 11:2 13:22
14:13 23:22 26:3
64:16 91:5
**EHR(INDIVIDU...**
1:17
**either** 9:20 13:14
59:2 88:3 97:23
**election** 11:2 22:17
**electronic** 64:17
**employee** 14:18
32:7 93:1 95:9
98:15 103:7
**encouraging** 28:21
82:19
**energy** 23:10

**engaged** 16:21 66:9
**engagement** 16:11
16:22 66:11
**English** 3:10 7:21
7:23
**enjoy** 61:10
**enjoying** 56:17
**enrolling** 66:13
**ensure** 55:5
**entered** 90:15 91:1
**entire** 54:12,16
59:6 80:25 87:21
**entirely** 18:19
**entry** 91:11
**EOM** 73:3,6
**EOQ** 73:10 86:5
87:14,23 88:2
**Eric** 71:21
**Errata** 5:7 117:25
**error** 61:25
**especially** 98:21
101:17
**ESQUIRE** 3:7,15
3:24
**establishment's**
90:8
**Ethics** 9:5
**everybody** 62:23
86:19
**evidence** 101:7,10
**Exactly** 72:18
**Examination** 5:3,4
8:16 107:15
**example** 23:10 75:3
**exceptions** 22:19
**exchange** 30:6 37:6
54:12,14,16 65:8
107:6 112:1
**exclamation** 55:16
**exhibit** 6:3,4,5,6,7
6:8,10,11,12,13
6:14,15,16,17,18
6:19,20,21 25:11
25:15,17 30:13,14
37:17,18 41:17
50:15 54:16 61:17
61:20 63:16,18

64:12,13 65:5,6
67:4,6 68:2,4
71:18 77:3,6
78:12,13 79:4,5
82:10,11,23 84:12
84:14 87:5,6
88:10,11 92:2,3
96:24,25 106:3
107:3,6,8 112:2
**EXHIBITS** 6:1
**existed** 41:2,14
54:22
**existing** 40:22
57:13
**exited** 83:1
**expand** 48:4
**expect** 8:21 18:24
19:4 59:17,19
**experience** 15:19
18:18 22:6,12
28:24 38:17 39:1
89:10
**experienced** 89:10
**expert** 28:25 89:9
**Expires** 116:18
118:24
**explain** 28:11 35:4
57:22 88:18
**explaining** 74:19
**express** 70:5 72:2,5
**expressed** 70:9
**expressing** 88:23
**expressly** 40:15
**extent** 40:16 105:9

**F**

**fact** 92:6 100:11
**fact-finding** 98:8,9
**factor** 21:22 22:6
91:10
**factors** 21:16 32:17
32:18
**failure** 22:7
**fair** 10:7,8 13:16,18
37:4,7,10 61:3,4
69:25 70:4 86:22
**fairly** 93:19

**fall** 88:14
**familiar** 24:22 32:1
  79:10
**far** 81:24
**fast** 34:21 50:24
  51:8
**faults** 40:18
**feel** 59:9
**fees** 84:11 85:8
**felt** 101:22
**field** 73:2
**filled** 38:20
**final** 17:22 65:13
**financial** 88:17
  89:1 91:14
**financially** 91:9
**find** 104:3
**finding** 100:11
**fine** 105:10 107:13
**finish** 10:2 76:18
  97:9
**fire** 51:18
**firm** 7:12 14:21
  58:3,10,11,22,24
  91:18
**firm's** 86:7,22
**firms** 13:9 32:7
**first** 11:12 15:16,24
  16:3,20 17:3 18:5
  22:22 25:20,25
  28:5 30:21 39:6
  45:14,18 49:8
  69:2 70:14 72:23
  73:16 75:12 76:3
  84:16 87:8 100:10
  108:1
**first-third** 73:25
**fit** 65:12
**five** 13:2 18:8,12
  19:7 20:21 62:22
  96:10 99:20
  114:16,18
**five-minute** 62:21
  95:21 114:14
**flaws** 40:22 41:1,13
**flexibility** 72:24
**flip** 26:7

**flipping** 53:3
**Florida** 11:2 13:25
  14:16 16:6 19:21
  56:1 90:10 91:21
  111:3,21
**flow** 71:7 77:12
**focus** 56:16 57:11
  57:13
**focused** 23:9 59:6
  59:21 92:14
**focuses** 56:21,24
**focusing** 76:10,14
**folks** 30:1 58:12
  68:18 88:18
**follow** 26:14
**follow-up** 47:22
  99:11
**following** 8:14
  87:11
**Force** 24:6
**forecasting** 15:20
**form** 36:6 38:20
  48:21
**former** 53:8 90:10
  94:6,11
**forth** 69:20 97:16
  117:6
**forward** 32:14
  36:10 99:13,22
**forwarding** 108:4
**four** 3:11 96:3
  102:23,25 103:4
**frankly** 92:15
  105:12
**fraud** 101:4,8
**fraudulent** 101:15
**fraudulently** 100:6
  101:12
**free** 67:1,17,19
**frequent** 50:8,9
**frequently** 19:13
**fresh** 49:22
**Fridley** 1:24 2:11
  8:3 116:16 117:3
  117:18
**friend** 105:22
**front** 54:3 57:25

  96:21
**frustration** 110:10
**full** 8:22 10:16 24:9
  51:18 74:6 76:6
  77:13,17,20 85:7
**fund** 28:2
**fundraise** 53:22
**fundraising** 15:6,9
  17:17,23 18:17
  21:14,23 22:1,6
  22:21 23:9 25:1,4
  32:24 38:7 39:21
  44:16,18 53:18
  59:16,17,19 60:3
  60:11,16 62:1,10
  62:18 65:17 66:2
  66:5,10,12 70:20
  71:8 77:10 81:9
  82:20 88:20 89:7
  90:9 92:19,20,20
  102:8 109:1,9
**funds** 73:20 74:21
**further** 83:23
  108:12,15,19
  109:11 114:25
  117:9
**future** 85:12

──────────
**G**
**GA** 67:9 68:8 77:12
  97:9
**Gaetz** 24:1 34:7
  57:10
**game** 34:21
**gasoline** 51:18
**gate** 52:5,13 72:24
  109:2
**Gateway** 3:11
**general** 22:20
  36:12 38:3,5 46:6
  46:8 48:18 49:25
  100:3 105:17
  111:19
**generally** 22:18,19
  43:8,10 49:2
  95:14 97:14,22
**generated** 44:19

**Generation** 40:6
**gentleman** 19:15
**genuine** 61:12
**geographies** 111:2
**getting** 29:13 35:8
  61:1 71:24 75:13
  75:15,18 88:23
  91:13,14,15
**give** 8:7 9:23 10:2
  10:16 12:1 13:3
  13:11 18:2 25:16
  34:23 46:1 50:20
  52:16 76:13 77:10
  89:9,14 109:2,4,6
**given** 96:2 98:21,25
  98:25 117:8
**giving** 44:11 65:16
  88:18,22
**Gmail** 31:11 104:7
  104:7,8
**go** 29:14 34:21
  35:12 36:20 41:16
  41:21,22 42:4
  44:8 50:14,24
  51:8,18 52:1 53:4
  55:20 58:18 59:23
  61:22 62:25 63:2
  63:2 64:9 65:8
  68:6 69:5 71:17
  85:10 95:22,25,25
  106:19
**goal** 46:24
**goals** 81:12,14,15
  81:16,19
**goes** 45:17
**going** 7:6 9:14 25:8
  26:19 28:5 31:18
  31:19,21 39:14
  45:9,19 46:21,22
  48:11 49:20 50:19
  50:20 56:2 57:6
  59:4 62:25 63:5,8
  63:15 69:20 80:3
  80:14,15 81:9
  82:16,22 86:4
  87:25 88:14,14
  94:1 95:15 96:15

  96:18 97:12,13
  106:23 107:1
  110:20 113:4
  114:21,24 115:11
  115:13,20
**Gonna** 73:16
**good** 7:14 8:2 32:13
  34:12 44:8 46:20
  47:2 59:10 61:15
  62:14,22 73:12
  74:10 76:2,5
  105:13 106:1
**goodwill** 82:15
**gotten** 90:7
**grassroots** 1:7,10
  7:9,15 11:19,13
  24:22 25:3,10,11
  26:1 27:15 28:1
  29:4,19,20 30:3,8
  30:13,14 31:15,19
  31:20 32:1,18,19
  32:22 33:2,3,6,7
  33:11,14,23 34:2
  34:3,5,6,20 35:8
  35:13,21,22,23
  36:2,9,18 37:12
  37:15,16,18 38:4
  38:9,11,11,12
  39:10,12,16,20,25
  40:8,11 41:16
  42:8,11 43:5,18
  45:12 46:7 47:9
  47:20 48:11,12,15
  49:2,17 50:1,2,6
  50:14 51:11 53:3
  54:7,8,16 55:3,19
  56:15,16 58:16
  59:8 60:3,10,12
  60:15,22 61:3,6
  61:17,19,20 62:5
  62:13 63:16,17,18
  63:21,22 64:11,12
  64:13 65:4,5,6,9
  65:10,24 66:1,4
  66:10 67:4,4,6
  68:2,3,4,6,7,17
  69:6,12,21 70:1,2

70:6,10,20,23
71:15,18,19 72:3
73:11,24 74:13,19
74:20,20,23 75:3
75:8 76:22 77:3,5
77:6,20 78:2,9,12
78:13,16,23 79:3
80:13 81:22 82:4
82:10,19,23,23
84:12,12,14,17
85:16 86:13,15
87:4,5,6,10 88:10
92:1,2,3,10 93:25
96:22,23,25 98:11
99:9 100:1,6
101:3,7,11,13
103:14,18 107:23
108:5,16,20 109:9
110:20,25 111:14
113:7 118:2
**Grassroots's** 25:9
30:7 33:15,24
36:5 40:21,25
41:12 50:9 68:12
69:22 70:6,12,16
71:2 86:10,17,23
103:22
**great** 27:5 42:3
44:8 49:8 56:17
56:18 59:15 61:11
61:11 62:6
**green** 109:3,4,7
**grew** 16:24
**grinding** 59:11
**ground** 15:4 86:5
**group** 20:10,11
91:8 107:18
108:21,22,22
**grow** 28:12
**guess** 42:25 107:3
**guy** 90:1
**guys** 59:24 80:3

**H**

**half** 64:7 113:9,14
**halfway** 79:18
**hand** 8:6 50:25

66:6 71:11,14
87:22 88:1 116:9
117:14
**handful** 103:24
**happen** 19:2 70:11
**happened** 27:3
49:1 70:11 98:16
101:1
**happening** 65:20
97:14
**happens** 25:16
**happy** 28:8 36:20
61:2 87:13,18
105:25
**hard** 9:20 41:21,23
50:24 51:8,16
52:20,21 72:10,17
73:7
**head** 9:25
**hear** 76:3 83:2
**heard** 14:8 24:24
58:10 82:3 93:19
105:18
**hearing** 7:2 58:24
59:3
**heavily** 16:21
**held** 2:10
**help** 15:3,5 16:2
25:3 28:1 43:19
64:7 66:10,23
67:9,13,25 73:13
75:4 89:20 90:9
92:21
**helpful** 69:3 112:6
**helping** 86:4 93:14
98:4 102:2,4,9,10
**hereinbefore** 117:6
**hereunto** 117:13
**Hey** 27:2 71:20
83:5
**Hi** 87:10
**high** 38:6 55:5
**hire** 28:1 58:3
**hired** 16:2 58:23
**hiring** 20:19 58:22
**history** 13:4
**hit** 73:7 81:13

97:10
**hitting** 72:10,16
81:18
**hog** 59:23
**Hogenkamp** 25:10
54:13,18 112:10
**hold** 56:22 57:21
76:2 83:17 96:23
97:5 106:15
**holding** 97:16
**home** 9:9
**hoped** 71:9 88:1
**hopefully** 96:13
**hopes** 87:22
**hour's** 96:8
**hours** 96:3
**House** 9:5 11:1
22:18 90:13 91:11
**How's** 49:18 100:3
**human** 10:1
**Hyers** 14:10 18:14
19:15 20:2,4,8,11
20:14 21:6 90:1
102:14,15 103:7

**I**

**idea** 42:4
**identified** 53:19
**identify** 102:3
**II** 63:9 96:18
106:23 107:1
114:24 115:20
**immediate** 29:5
112:16
**immediately** 42:16
52:23
**impact** 22:1
**importance** 21:22
81:18 86:6,17,21
86:23
**important** 9:23
15:20 34:17,17
57:18 81:7,8
86:11,16
**impressing** 58:12
**improve** 48:13
**in-state** 111:20

**include** 15:5 79:23
**included** 15:7,10
51:4 79:12
**includes** 32:24
**including** 15:9
17:20 18:8 40:7
40:22 41:1,13
**incorporate** 65:12
**increase** 28:13
**incurring** 46:17
**INDEX** 5:1
**indicate** 47:12
**indicated** 28:3 89:5
**indicates** 42:14
**individual** 11:16
14:20 21:17 93:22
**individuals** 16:25
17:1 22:8
**industry** 35:5 48:6
53:10 59:15
112:25 113:11
**inexperienced**
13:16
**infer** 29:14
**influencing** 91:4,4
**information** 38:18
38:23 50:1 94:3
**initial** 45:15 113:14
**Inoa** 4:5 7:10
**input** 32:21 48:19
49:3
**insistent** 101:22
**instance** 71:13
**instruct** 98:20
**instructed** 39:11
**intend** 105:15
**intending** 77:19
78:22
**interact** 16:9 19:13
**interchangeably**
10:21
**interest** 80:23
**interested** 14:12
60:4,22 62:10
117:11
**interesting** 14:16
74:25

**intermediary** 73:21
**interpret** 29:12
52:11 72:11,13
74:2
**interpreted** 45:21
**interrupt** 58:6
**introduce** 7:11
63:12
**introduced** 32:19
33:7 107:23
**introducing** 31:20
31:23
**introductions** 7:25
**investigation** 9:5
**investment** 28:15
111:25
**invoice** 36:21 72:6
76:3 78:10 85:2,3
97:9
**invoices** 71:11,14
77:20,23 78:5,22
84:10,24 85:7,13
85:23,24 87:3,12
97:11,17
**invoicing** 32:12
34:11
**involved** 13:15
16:21,25 17:4,7,9
17:17 21:5 26:10
27:22 30:4 83:3,3
83:9 89:19,24,25
92:16,17,18,23
99:14,25 103:3,5
**involvement** 36:15
76:10
**issue** 78:5 101:19
**issues** 71:6 98:5
**it'll** 105:13
**iteration** 13:5

**J**

**Jake** 11:16 18:17
19:15,22 32:23
63:24 75:18,20
79:18,23 80:11
81:11 82:1 83:5
85:11,19 88:4

89:4 90:1 92:10
93:4,19 100:20,20
100:23 105:2,18
105:19 108:2,9,13
109:25 110:2,14
**Jersey** 3:21
**job** 1:25 16:2,4
33:4
**Joey** 68:16
**jog** 66:18 101:19
**jogged** 66:20
**jogging** 107:22
**jogs** 92:15
**join** 27:3
**joined** 7:22 23:14
24:5,7 63:12
**Josh** 84:17,20,23
86:2 87:12
**judgment** 15:7
**juice** 75:11 100:7
**July** 25:22 26:5
30:7,18,21,23
34:20 35:13 36:19
37:14 41:19 42:13
42:17 43:13 44:7
45:11 47:8,21
48:12,15 49:7,17
50:21 51:17,22
52:18 54:7,8 55:3
55:20,23,24 60:14
60:15 61:24 69:19
85:2 110:11
**Jumping** 55:23
**June** 13:23 14:4

**K**

**K** 79:16
**KATHRYN** 3:24
5:3
**Katiana** 68:7 87:9
**Katie** 7:14 8:18
46:24 51:2 54:12
58:7,18 69:1
**katie.ali@alilock...**
3:25
**keep** 45:9 46:21,22
47:11,18,19 49:20

56:2,9 62:18,25
63:1 72:10,16
75:10 77:18 81:1
81:8 82:16 90:14
90:25 113:4,15
**keeper** 53:11
**keeping** 59:6
**Keith** 1:21 2:10 7:8
7:21 8:5,12,18,23
27:9 31:16 54:11
54:17,25 69:1
94:12,14 95:1,4,7
95:8 96:7,19
98:14,17,20,23
106:1 107:9
113:22 114:11,17
115:4 116:7 118:4
**Keith's** 94:15 98:21
**Kenneth** 4:5 7:10
**kept** 93:17
**Kevin** 63:22,22,24
65:9
**kid** 92:6 93:21
**kind** 13:3 20:24
26:6 35:21 42:16
42:17 45:5 50:19
93:11 100:4
112:15
**kinds** 17:7
**Klein** 3:15 7:20,20
16:16 25:17 26:12
27:7 28:23 30:20
33:16,19 41:3
46:24 48:21 51:2
54:11,20,24 58:6
69:1,8 90:18
94:25 95:8,25
96:6,9,12 107:9
109:16 113:21,24
114:17 115:3,6,8
115:11
**knew** 86:19 100:13
**know** 9:16,25 10:1
10:10,12 11:5,21
11:22 12:15 13:5
14:3 18:4 24:6,25
35:5,15 36:5

41:14 47:23 50:7
50:17,23 51:15
53:6 54:19 58:4
58:13 59:13 60:5
63:11 64:25 67:12
69:17 76:11 77:15
81:5,13 84:20
85:23 86:3 94:7
98:2,7 99:12
102:10,17 103:7
104:18 105:12,13
106:3,14 110:23
111:6 113:25
**knowing** 111:7
**knowledge** 10:14
33:7 34:18 60:7
69:16 77:22,25
83:2 88:5,7 91:3
100:21
**Kyle** 49:7

**L**

**labeled** 39:7 64:15
78:9 79:1 82:7,24
84:11 87:4 92:1
96:21
**Labor** 18:10 59:19
74:16
**laid** 62:9
**large** 52:1 57:17
78:19 89:5
**larger** 36:20 44:20
110:6
**late** 11:14 13:23
14:4 84:11 85:8
94:23 97:23 99:7
**lately** 76:2
**launch** 13:25 14:12
15:4 16:3,4 18:12
19:1 20:22 23:12
23:20 25:7 32:11
33:4,4 42:8,14
59:4 64:6,7
110:19,20
**launched** 18:7 26:4
**launching** 15:8
**Lauren** 1:24 2:11

8:3 116:16 117:3
117:18
**law** 11:24 40:16
**lawsuit** 11:17 100:1
**lawyer** 102:4
**lawyers** 83:6 102:7
**lead** 32:10
**leading** 91:10
**learn** 11:12
**learned** 11:15
**learning** 34:9
**leaving** 100:2
**left** 91:16 93:18
97:20 98:17 99:10
101:2 102:12
112:11
**legal** 7:10 8:4 9:6
41:3 100:25
102:11
**lent** 89:20
**let's** 18:9 25:16
26:23 30:22 37:14
40:10 41:16,21,22
46:23 47:11,18,19
50:14 52:1 53:4
55:5,19,20 63:2
64:9,9 65:2 68:1
71:17 77:2 78:8
78:25 82:7 87:1
88:8 97:5 106:21
112:7
**letting** 99:12
**level** 21:7 38:6
41:15
**Lewis** 84:17,20
86:2 87:12
**Liability** 40:12
**liberal** 111:4,20
**licensing** 35:24
**light** 109:3,4,7
**limit** 110:7,8
**Limitation** 40:11
**line** 27:21 36:23
40:6 57:16 61:18
65:3 69:7 77:4
78:10 84:10 87:3
91:25 95:16 96:23

97:8
**liquid** 73:20
**list** 23:13,16,21,22
24:2,16,17,20
30:5 38:9 41:14
57:2,20 68:17,18
72:17
**listening** 63:14
**lists** 38:14 52:6,13
85:1 87:11 110:23
**litigation** 12:14,17
79:22 95:11 99:9
103:19 104:15
**little** 21:13 23:16
47:6 49:20 51:16
52:19,21 59:18
60:9 74:9 102:24
**living** 12:22
**LLP** 3:20 7:15
**Ln** 118:7
**localized** 91:22
**located** 8:24 16:6
**locked** 81:12,16
**Lockwood** 3:20
7:15
**log** 112:12
**long** 12:8,24 35:15
36:20 56:20 82:22
98:12,16 99:19
**longer** 93:11 97:20
104:21
**longer-term** 15:21
**look** 31:21 36:3
37:14 49:1 50:16
50:19 55:25 64:9
65:2 68:1,15
73:24 77:2 78:8
78:25 79:15 82:7
87:1 88:8 103:12
104:3
**looked** 13:6 23:17
34:10 61:9 64:4
69:21 71:17 82:14
104:6
**looking** 27:5 34:23
41:17 43:12 47:6
47:20 49:17 50:16

50:23 61:24 82:9
82:23 107:11
**looks** 30:21 31:23
44:8 56:19 62:14
74:10 92:12
**Los** 111:4
**lose** 113:9
**lot** 23:25 24:2
29:16 32:24 42:21
53:22 111:4
**love** 43:13 56:2
75:10
**lower** 49:9,12
59:18
**loyal** 59:24

### M

**mail** 23:11 60:12
60:16,23,25 62:1
63:23 65:23 66:2
66:5 68:3 77:4,9
78:9,11 96:23
97:10
**mailer** 65:11
**Mailing** 77:4
**major** 17:22
**Makhail** 3:16 7:22
27:2
**making** 48:20 49:1
49:4 65:16 78:18
112:21 113:13,14
**Mamlin** 68:16
**man** 71:20
**manager** 4:4 19:11
24:13 85:18
**Manhattan** 9:1
**manipulating**
51:16
**mark** 3:16 7:22
19:5,10 27:2
37:16 55:16 61:17
63:16 64:11 65:4
67:3 68:1 75:10
77:2 78:11 79:3
82:9 84:12 87:4
88:10 92:2 96:23
107:3

**marked** 25:11
30:14 37:18 39:9
41:16 50:14 61:20
63:18 64:13 65:6
67:6 68:4 77:6
78:13 79:5 82:11
84:14 87:6 88:11
92:3 96:25 107:6
**market** 71:4
**Marketing** 14:23
**marriage** 117:10
**Matt** 24:1 34:7
57:10
**matter** 7:8 100:19
117:12
**McCarter** 3:10
7:20,23
**McLean** 3:5
**Meadowlark** 18:16
32:8,10
**mean** 16:19 27:24
28:19 29:11 39:20
40:20 41:10 42:11
43:21 44:15 45:21
47:17 49:12 52:11
57:8 58:11 62:8
68:25 70:19 72:11
73:5,19 74:3,16
92:18,23 98:14
100:18 105:11
112:19
**meaning** 28:13,21
39:3 44:20 57:3,6
57:16 73:9
**means** 35:4 47:19
49:13 69:15
**meant** 25:11 29:9
34:14 40:24 41:11
46:13,16 52:14,24
52:25 53:2 55:9
57:23 59:13 72:14
77:15 81:13,17
97:9
**media** 14:23 31:8
63:8 92:15,21,21
96:18 106:23
107:1 114:24

115:20
**meeting** 12:11
**memory** 29:25
31:10,13 43:9
46:9,10 49:25
60:11,13 64:4
66:7,18,20,21,23
67:24 68:11,13
78:21 79:12 83:20
92:16 101:19
102:23 103:1
107:22
**mention** 100:9
**mentioned** 11:16
17:4 22:5 91:8
100:8
**message** 11:19 43:1
60:10 61:9,12
69:21 76:16 80:9
88:8,13 105:8
107:6
**Messaged** 76:17
**messages** 32:25
39:22 44:12 46:14
46:16 60:5 77:17
79:21 104:22
110:21 111:1,9
**messaging** 17:20
20:11 25:3 28:2
30:3,9 35:7 39:10
39:17,19 42:12
80:23 86:11
109:19
**met** 12:5 14:5 70:15
81:16
**mid-2025** 94:24
**middle** 26:8 27:17
35:14 45:11 51:7
52:19,22 55:20
56:18 72:9 73:15
74:14 96:4 112:15
**Midtown** 9:1
**mil** 56:19
**million** 56:6,19
**min** 74:25
**mind** 76:5 110:9
**minimum** 40:4

**minute** 26:9 34:23
50:23
**minutes** 12:9 14:5
62:16,22 96:11
98:13 99:20
114:16,19
**mischaracterizes**
90:18
**missed** 69:2
**missing** 87:11
**misstate** 30:20
**mmakhail@mcc...**
3:18
**mobiles** 56:2
**model** 44:24 45:5,8
**moment** 49:22
106:20
**Monday** 72:23
**money** 17:12 21:15
23:6,25 28:14,20
28:21 51:12 53:22
57:14 58:1 61:1,4
73:21 74:17,18
81:3,14 88:15
110:11 112:23
113:9,13,15
**moneys** 80:12
**monitor** 43:19
**monitoring** 45:13
**month** 56:20 59:16
59:18 60:3,8 64:7
73:6,9 85:7
**months** 19:1 22:22
64:8 102:23,25
103:4
**morning** 7:14 8:2
8:18 41:20 72:23
75:17
**morphed** 18:6
**move** 26:18 32:14
36:10,10 63:15
106:16
**movement** 99:13
99:21
**moving** 26:24
34:25 54:7,8 58:3
64:8

**Mucarsel-Powell**
53:9
**Mulberry** 3:12
**multiple** 16:14 47:7
50:7

### N

**N** 3:1 4:1
**name** 7:9 8:3,22
11:16 19:19 24:6
24:9 65:18 84:21
93:23,24 99:13
118:1
**named** 19:15 31:23
32:1,8 93:22
**names** 19:12 111:1
111:17
**national** 22:17
111:3
**nationalized** 42:4
**nature** 10:1
**near** 49:21
**nearly** 92:6
**necessarily** 46:16
**necessary** 23:3
**need** 10:9,12 13:4
35:17 43:21 62:21
75:12 76:2 80:13
110:10 115:14
**needed** 27:3 43:20
47:1 53:20
**needing** 77:17
**needs** 27:9 35:6
114:17
**negotiating** 36:15
**neither** 85:18
**never** 89:5 95:8,10
98:15 103:9
**new** 3:21 25:15
48:4 57:12 60:6
74:24 100:3 111:4
**Newark** 3:13
**NJ** 3:13
**nodding** 9:25
**noise** 14:8
**nominee** 23:4 53:20
**non-legal** 102:8

**noon** 42:8,12 96:12
**nope** 58:21
**normal** 18:21
**Normally** 18:23
**Notary** 2:12 116:17
  116:19 118:24
**note** 24:4 28:23
  76:5
**Noted** 115:22
**notes** 95:22
**Notice** 2:11
**noticing** 7:13
**November** 82:25
  83:15
**nowadays** 60:17
**number** 6:2 13:11
  18:5 21:25 28:13
  69:22 97:9
**numbered** 25:11
  30:14 37:18 61:20
  63:18 64:13 65:6
  67:6 68:4 77:6
  78:13 82:11 84:14
  87:6 88:11 92:3
  96:25
**numbers** 21:23
  22:1 25:21 30:1
  38:11 76:5 100:7
  111:17
**NW** 3:21

**O**

**O-B-I-E** 19:16
**oath** 5:5 10:13
  116:1
**Obie** 19:15,18
  20:18 90:1 102:9
**Obie's** 19:18
**object** 94:1 95:3
**objection** 33:16
  41:3 48:21 90:18
  95:17 99:2 109:16
**objections** 7:3
  35:19
**obviously** 35:16
**occasionally** 93:10
**occasions** 69:22

**occupation** 38:25
**October** 87:22 88:1
  89:15 91:25
  102:13,13
**offered** 90:9
**office** 8:25 96:1
**official** 14:24 116:9
**Oh** 26:25 30:22
  61:21 77:9
**okay** 9:7,9,11,14,22
  10:24 11:8 12:1
  12:10,22 17:3
  25:8,12,18 26:6
  26:24,25 27:17
  30:6 31:25 32:3
  34:13 41:16 43:25
  46:23 47:3,6,17
  50:14 51:15 55:16
  59:1,8 63:15 64:9
  68:15 78:25 79:6
  92:23 96:9 106:15
  106:15 112:13,14
  112:15 113:1,5
  114:6 115:6
**on-board** 67:20
**once** 14:5 16:14,14
  73:21 83:2
**one-** 19:5,10
**ones** 12:16
**ongoing** 101:1
**open** 9:11 25:15,17
  107:12
**open-and-click**
  67:19
**opinion** 89:9,11
**opposed** 18:20
**option** 62:11
**options** 62:9 71:5
**order** 28:14 35:6
  44:18 77:17 81:1
  115:13,18
**organization** 21:8
**organized** 21:19
**original** 57:1
**outcome** 117:11
**outreach** 99:8
  102:10

**outside** 22:16 95:9
**outstanding** 72:6
  77:20 84:24 85:1
  85:13,23 87:3
  88:23
**overall** 16:15 17:17
  21:7,14,16 22:21
  41:24 56:9 92:18
**overcharged**
  101:23
**overdue** 71:21
**overpaid** 17:14
**overview** 13:3
**owed** 78:22

**P**

**P** 3:1,1 4:1,1
**p.m** 96:17 106:23
  106:25 114:21,23
  115:20,22
**P2P** 75:11,12
**page** 5:2 6:2 25:20
  26:7,8,14,21,21
  27:6,17 28:5,6
  29:3,15 34:19
  35:2,12,14,22
  37:24 39:6 41:18
  42:21 44:4,7
  45:10,11 47:15
  51:7,11,12,23
  52:4,18,19,22
  53:4 54:7 55:20
  55:25 56:17,19
  59:22 63:21 65:8
  67:8,15 68:15
  69:2 71:19 72:9
  72:22 73:2,11,12
  73:15,25 74:5,13
  74:14,23 75:9
  76:15,22 79:3,15
  79:18 82:2,24
  83:15,16,23 84:16
  86:2 87:9 97:2
  108:1 112:7,7,15
  113:18
**pages** 47:7 50:21
  113:3,4,5

**paid** 67:1 75:12
  76:3 77:13,17
  80:16,17 85:20
**paragraph** 39:9
  40:10,14 85:6
**parallel** 50:5
**paraphrasing**
  105:6
**Parnas** 92:10,13
  93:4
**part** 9:5 11:6 16:20
  38:16 39:12 53:17
  53:21 54:13,15,17
  56:8 57:18 59:4
  62:18 76:11 85:20
  89:22,23 94:14
  95:1,2 107:17
  111:12
**participants** 61:15
**participated** 66:19
  68:12
**particular** 14:14
  15:23 17:20 21:15
  21:25 22:16,17
  23:8 34:16 38:24
  46:10 50:20 64:2
  71:13
**particularly** 15:20
**parties** 40:15 101:1
  115:17 117:10
**parts** 39:5
**party** 7:13
**passed** 64:8
**path** 44:2
**pattern** 49:6
**pause** 51:3 97:10
**paused** 102:24
**pay** 71:11,14 74:6
  76:6 77:19 78:5
  78:22 80:15 83:9
**payment** 34:16
  72:23 73:16 74:20
  75:12 76:18,22
  78:19 83:6,18,20
  83:24 84:2,5,23
  85:6
**payments** 87:11

**PC** 3:3
**peer-to-peer** 35:6
  50:6
**pending** 10:10
**people** 18:1,5,13
  19:9 20:15,16,17
  44:20 46:6,21
  50:25 57:7 58:1
  75:17 88:21 91:8
  115:9
**percent** 15:17,23
  15:25 29:5 49:21
  52:25 53:1 54:4
  55:7,10,14,21
  56:11,13 76:11
  112:16,20,23,25
  113:5,8,13,15
**percentage** 61:25
**performance** 50:2
**performing** 47:23
**period** 16:17 17:3
  45:14 49:2 61:10
  69:19 76:13 93:13
  94:21
**periodic** 40:7
**permitted** 40:16
**person** 41:10 43:18
  68:7 87:9
**personal** 28:24
**personally** 16:9
  17:5 85:16
**perspective** 47:1
**Pg** 118:7
**Phil** 1:3,13,15,17
  7:8,19 10:19,20
  11:2,8 13:22
  14:13 16:9 17:24
  18:9,10 19:17
  20:18,19 21:2
  23:1,2,3,22,25
  24:8 26:3 28:3
  32:7,19,23 33:8,8
  36:10 42:3 49:15
  50:11,12 53:19
  56:22 57:10,21
  63:11,14,24 64:3
  64:16,19 65:13,16

70:15 74:7,14
76:4,24 79:24
80:13,20 81:25
82:19 84:4,10
85:10,12,16,22
86:13,16,16,19,23
87:3,21,25 88:3
89:15 90:2,5,9
91:25 93:20 97:9
98:4 102:18 103:2
104:22,23 106:2
107:21 108:1,4,15
108:19 109:4
118:1
**Phil's** 18:15 33:11
57:2 86:2 87:11
91:23 98:10
**phone** 11:18,20
19:23,24 38:11,25
46:7 54:18,22
57:25 97:25 98:16
99:7,17,22 100:11
108:21,22,24
**phones** 57:25
**physically** 8:24
16:6
**picking** 73:12
**picks** 59:19
**picture** 42:25
**ping** 58:12 76:18
**pivot** 45:1,6
**place** 36:21
**Plaintiff** 1:5 3:2
6:23 7:18
**Plaintiff's** 107:3,6
**plan** 23:23 62:1,14
83:18,20,24 84:2
84:5 96:7 105:19
**plans** 59:3
**pleadings** 95:12
**please** 7:11,25 8:6
10:2 23:19 24:10
40:23 48:24 52:1
54:9 56:2,3,3
59:22 63:24 65:3
65:12 67:9,12
76:5 78:10 81:21

85:11 90:21
**pledge** 74:14 81:11
81:14,14 89:4,6
**pledges** 89:5
**plenty** 88:15
**plural** 57:25 98:10
**plus** 32:4 81:12
113:13,16
**point** 10:9 11:14
18:24 25:2 41:20
41:22 56:9 60:6
61:2,7 62:17 71:7
76:9 77:19,23
78:1,4,23 81:3,9
83:1 85:17 86:12
92:16 93:11 97:19
98:14 99:16
108:16 110:16
**policy** 36:21
**political** 12:23,24
13:12,15,16 14:10
14:16 19:21 42:6
91:14,21 102:10
**politically** 91:9
**politics** 13:1,2 90:9
**pool** 45:2 48:5 57:6
**poorly** 45:1,7
**portfolio** 15:15
**position** 83:10,12
98:22
**possible** 20:6 23:6
23:7 36:24 42:5,5
45:8 52:1 53:11
53:12 57:17 81:1
89:21
**possibly** 20:18
88:17
**post** 57:16 100:1
**post-launch** 42:1
**potential** 38:13,14
84:11
**Powell** 58:23 90:7
90:11
**power** 47:2
**practice** 57:14
105:17,21
**predominantly**

30:5
**prepare** 12:4 39:21
**Present** 4:3
**presentation** 27:3
**Press** 3:3,7 5:4 7:17
7:17 94:1,8,13,19
94:23 96:6,8
98:25 106:1,2,8
106:11,15,18,21
107:2,7,16 109:18
112:2,7,9 113:2,6
113:23 114:6,10
114:13,16,25
**pretty** 22:23 28:8
76:1 95:20
**previous** 28:3
56:12 57:10
**primarily** 89:8
**primary** 53:20,22
56:5,10 59:4
62:19 81:1 90:13
90:24 91:10,12
**printing** 97:5
**prior** 14:5 47:15
57:20 67:15 72:16
80:16 108:18
109:10
**priority** 74:20
**private** 8:25 96:1
**privilege** 94:4,6,11
95:6,13,18 98:18
98:22
**privileged** 94:4
**privy** 32:20 109:22
**probably** 107:7
114:14
**problem** 96:11
**proceed** 8:10 109:8
**proceeding** 7:13
8:5
**proceedings** 100:25
**processed** 39:4
**processing** 80:14
**produce** 66:15
**produced** 12:13,16
52:20 79:22 81:25
103:24 104:17

113:22
**product** 60:20
67:17
**production** 39:18
**professional** 12:23
12:25 93:15
**professionally** 83:4
**profile** 42:3
**program** 39:10,19
62:10 66:19 67:10
67:23 68:12 80:21
80:23
**progress** 7:4
**progressed** 16:11
20:25
**progresses** 57:13
**projects** 93:20
**promising** 40:3
**proofread** 39:21
**proposal** 62:2
**propose** 43:5 48:18
**proposed** 42:19
45:18 48:16,16
60:24 62:11
**proposes** 48:12
**proposing** 49:3
**prospecting** 62:1,2
**prospective** 41:2,14
43:22 45:3 60:6
**proven** 57:6
**provide** 12:14 15:3
15:7 32:21 38:4
86:3 94:2
**provided** 8:13
12:17 40:17 72:3
78:6
**providing** 38:14
48:19 70:3 95:4
**public** 2:12 12:23
12:24 13:2 116:17
118:24
**pull** 112:3
**pulled** 54:18,23
68:17
**purchasing** 40:21
40:25 41:12
**purpose** 24:17

**pursuant** 2:11
39:13 40:17
**pursue** 95:16
**push** 59:24 62:18
74:10
**pushing** 47:11,18
49:20 74:14
**put** 17:14 50:11
63:13 95:5 96:20
106:3 107:22
**putting** 23:9

--------

**Q**

**quality** 21:17 39:19
40:2 70:2 72:3
78:6
**quarter** 15:17
72:20 73:9 88:17
89:2
**quarterly** 67:19
**question** 9:24 10:3
10:5,6,10,11 14:7
23:19 26:13 33:20
40:23 41:8 48:23
48:24 52:12 56:12
75:10 81:5 90:20
101:6
**questioning** 63:10
95:16
**questions** 8:20 9:23
10:13 37:8,11
50:3 71:21 95:23
96:5,7,11 98:24
105:23 115:1,3
**quickly** 23:6 35:15
39:5 42:5 43:19
46:25 53:12,19
**quite** 31:18 65:22

--------

**R**

**R** 3:1 4:1
**race** 21:22,25 22:3
22:13,13 34:7
56:10 59:7 62:19
81:2 86:7,18,22
89:13,16,23 90:4
90:7,10,13,15,15

90:24 91:1,1,5,9
91:11,12,17,19,21
91:22,23 92:25
100:22
**races** 88:22
**raise** 8:6 23:6 28:14
50:24 51:1,9,12
52:5,13 53:22
56:6 57:14 80:25
81:15 110:9,11
**raised** 23:25 56:19
72:4 88:15
**raises** 21:16
**raising** 53:11 79:3
79:9,13 82:13
88:9
**Ralph** 63:22 65:9
**ran** 24:1
**range** 19:7
**re-engaging** 68:20
**re-solicit** 62:1
**re-soliciting** 56:21
56:24 57:8,13
113:15
**re-solicits** 57:18
**reach** 28:3 44:22
45:2 82:19 93:10
108:2,16
**reached** 14:10 33:8
58:21 93:20,22
97:19
**reaching** 25:25
75:3 84:23 87:10
**reactivation** 68:18
68:24 69:13,15
**read** 7:3 35:17 73:1
118:7
**reading** 35:18 41:9
51:4 58:9 84:25
115:7,8,11
**reads** 51:8 118:7
**ready** 7:1
**really** 11:5 49:8
50:8 56:1,17
61:10 105:23
**reason** 10:16 15:23
53:17 64:2 70:19

79:24 80:8 90:12
90:23 91:4 105:20
118:7
**reasons** 109:24
**recall** 18:7,10 19:3
19:11,12 20:5,6,7
20:9,12,16,17
24:21 27:25 29:21
30:5,7,10 31:7,8
32:23 34:4,8 36:4
36:7,14,17 40:9
50:4,11,12 58:15
61:8,14 65:1,21
65:25 66:3,11
67:2 69:18 70:7
71:5,8 74:17
77:21,24 78:3,4,7
80:6 83:4,13 84:7
85:19,21,25 89:3
89:8,13 90:7,9
91:7 92:25 93:3
97:22 98:1,4 99:4
99:12,15 100:10
102:9 103:13,14
103:18 104:14
107:17,21 108:17
108:21 109:12,13
109:22 110:3,10
110:11,18,24
111:2,7,8,16,19
111:24 114:12
**receive** 38:22 73:20
104:18
**received** 36:13 85:7
107:25
**receiving** 61:3
**Recess** 63:6 96:16
106:24 114:22
**recognize** 37:20
79:9 92:5,6,7
**recollection** 46:4,6
60:8 67:22 75:22
97:24 108:25
**recollections** 64:5
**recommended** 70:1
71:2
**record** 7:7 8:4 9:25

24:4,10,10 63:3,5
63:8,11,13 94:25
95:5,17 96:15,18
97:18 106:19,23
107:1 113:21
114:2,21,24
115:20 117:7
**recording** 7:4 9:22
**records** 66:15
**recruiting** 53:8
**redactions** 113:24
114:3,5
**refer** 10:19 78:24
**reference** 113:5
**referencing** 58:23
**referred** 39:2 57:1
73:10
**referring** 19:18
29:23 32:4 35:16
37:4 53:6 56:11
56:25 72:20 73:8
76:23 77:16
100:24 113:20
114:1
**refers** 44:17 73:6
114:8
**reflect** 86:10
**refresh** 66:6 67:22
68:11,13
**refund** 101:19
**refunds** 100:16
109:14,14,23,24
109:25 110:2,5
**refusing** 78:5
**regarding** 17:15
93:24 97:16
100:25
**regional** 111:5
**Registration**
116:19
**regularly** 16:10,13
17:4 93:19
**related** 9:19 94:15
117:9
**relates** 86:7,17,22
**relating** 103:12
**relationship** 98:10

103:10
**relationships** 19:21
22:8
**Relaunch** 92:1
**reliant** 23:12,21
**rely** 18:19
**remainder** 15:25
87:14
**remaining** 85:2
**remember** 11:15,18
15:14 18:12 20:14
24:19 25:6 26:3,5
31:25 36:2,8,12
50:10 64:2 65:22
66:1,9,13,16,25
69:19 71:6,10,13
71:16 75:15 76:25
80:20 83:13 84:1
84:4,7 89:15,18
90:6 92:21 97:14
97:15,16 98:12
99:8,22 101:17
110:6,22
**remembered** 84:22
92:17
**remembering**
68:14 93:23
**remind** 10:1
**remote** 1:21 7:7
**remotely** 2:10 16:7
16:8 23:14 116:7
**rentals** 38:9
**repeat** 14:7 23:19
40:23 41:7 48:24
69:11 81:5 90:20
101:6 103:16
**rephrase** 33:20
48:25 81:8
**Reported** 1:23
**reporter** 2:12 7:1
7:25 8:2,3,10,21
9:22,24 10:4
106:4,9,12,17,19
107:3,5 115:6,7,9
115:12,16 117:19
**reports** 40:7 89:4,6
**represent** 7:12,15

51:15 54:13,19
79:21 106:2
107:20 114:2
**representation**
79:23
**represented** 66:4
95:10 98:4 102:4
102:15,19,20
103:2,9 104:2
109:25
**representing** 94:12
94:13,17,22
101:25 102:1
**request** 84:23
**requested** 39:11
40:7
**requesting** 103:21
**requests** 103:22
109:25 110:2
**require** 16:4
**rescols** 72:10,11
**resend** 78:10
**reserved** 96:1
**resolicits** 72:12
87:13,18
**Resolit** 77:4
**resolve** 98:5
**resources** 17:16
23:10 24:2
**respond** 36:19
43:25 46:1 54:11
55:16 56:2 58:11
62:5 65:11 71:24
74:9 75:12 76:3
77:11 81:20 87:18
105:8
**responded** 50:2
83:9 85:10
**responding** 77:16
**responds** 45:13
49:19 52:8 55:5
60:19 67:15 81:11
**response** 29:4 44:4
44:19,19 46:5,7
55:4 58:24 81:25
82:2,14
**responses** 9:24 10:2

responsibilities
15:1 16:12
responsibility 15:5
15:7
responsive 61:14
103:24 104:11,15
rest 15:15 35:17
results 40:7 43:19
45:15 49:19 52:17
retained 95:3
return 28:15
111:25 113:14
returns 45:13
59:17
review 12:10,13,16
12:17 27:9 65:19
Rick 24:3 42:6
right 7:2 8:6 14:1,2
14:18 26:1 28:16
30:11,22 34:19
35:10 37:12 42:7
43:20 44:23 45:3
45:24 48:8,12
50:3 51:24 53:15
60:2 70:24 72:3
72:18 75:5 80:24
82:21 84:8,24
86:18 91:17 92:11
93:2,6,12 101:1
103:25 104:4,21
107:2,17,22
110:19 112:8,10
113:17 114:13
right-hand 107:20
108:1
rise 42:6
risk 54:4 113:8
risky 54:10 55:5
Rob 93:22,23 94:7
94:8,17,21 95:7
95:10,10 97:18
99:12,24 100:8,9
101:17,20,22
103:11 110:15
robust 23:22 44:2,5
57:20
ROI 28:9,19 29:5

49:9,12 50:2 53:1
54:4,9 55:4,6,7,10
55:14 56:13 76:1
100:7 112:16,19
112:23 113:5,8
role 19:19 32:9
94:15 95:11
room 9:2 45:23
roped 26:9
Ross 93:23 94:3,7,8
94:12,13,17,22
95:7,10 97:18
99:5,7,24 101:17
101:20 103:11
110:15
Ross's 95:10
roughly 105:2
round 49:22
run 53:9 57:10
58:25 90:13,17
91:6,11 104:14
running 13:24
42:12 53:11 74:6
89:17
Ryan 18:15

**S**

S 3:1 4:1
saying 27:18 31:15
35:11 44:4,8
45:17 48:9 51:8
55:4,13 61:25
62:8 65:10 68:7
68:17 74:1 77:8
80:13 86:23 87:10
88:13 93:4,7
97:10 113:9
says 26:21 27:21
29:4 30:18 34:11
35:3,23 37:1 38:2
39:10,18 40:6,14
41:21,22 42:2,8
43:13 49:7,22
52:23 55:25 58:9
59:9 64:19 67:12
67:16 71:20 72:9
72:11 73:2 74:5

75:9 76:1,17
79:18 81:11 83:5
84:21 85:6 87:13
87:21 97:5 112:16
113:7
scale 28:8,18,21
29:5,5,5,14,14,14
34:22 36:24 43:20
44:22 45:6,23
48:3 49:5,9 54:10
55:5,21 56:20
112:17,17,17
scaled 52:23
scaling 28:13 46:13
Schacht 32:4
Scott 24:3 42:6
screen 106:3,6,11
107:13
scroll 27:8 30:22
37:23 50:18 51:3
63:20 64:16 113:1
113:2,3
seal 116:9
search 104:11
searches 104:14
searching 104:20
seat 13:25 22:14,18
53:9 89:17 91:6
second 27:21 58:18
103:16
Section 39:7 40:11
40:17
see 14:11 25:16,20
25:22,25 26:10
27:15,19,22 28:9
28:20 29:6,16
30:16,23 31:11,17
31:18 32:15 34:22
34:23,25 35:25
36:1,21,24 37:2
37:24 39:7 40:12
40:13,18,19 41:21
41:22 42:9,18,18
42:20,23 43:2,14
43:21 44:2,4,5,9
44:19 45:5,10,17
45:23,25 46:2,3

47:11,12,13,16,17
47:24 48:3,8,13
49:6,10,23 51:9
51:13,14,14,16,20
52:2,3,6,7,9,20,21
52:21 53:4 54:5
54:10 55:7,16,21
55:23 56:3,6,14
56:22 59:11,21,25
60:17,20 61:21
62:2,6,14 63:25
64:16,16,20,22
65:12,13 67:10,14
67:20 68:9,20
69:3,7 71:22,25
72:4,8,19,24 73:3
73:12,13,17,23
74:7,11,25 75:13
76:5,7,18 77:13
78:16,19 79:6,15
79:15,20 80:4,7
80:18 81:22 82:1
82:2,5,6,15,15,17
83:6,8,10,18,19
83:24 84:17,21
85:4,8,14 86:7
87:8,14,19,23
88:17 97:3,6
106:6 107:12
108:6 112:15,18
113:17
seeing 27:14 32:25
48:25 49:2 52:17
66:16 84:22 110:3
114:7
seen 36:8 64:25
select 106:10
111:17
selecting 111:1
senate 1:15 10:20
10:25 11:5 13:25
13:25 14:13 18:24
19:5 21:9 22:12
22:13,17 32:8
53:9 57:9 61:19
89:16,23 90:4,13
90:24 91:5,11,12

91:17 92:25
send 28:14 35:6
42:15 45:17,19
48:20 49:4,7
50:24 60:5 61:25
63:24 65:3,12
66:5 76:5 80:13
80:20 81:21 85:12
85:12 88:1 111:1
111:9,18
sending 28:21
44:12,17,20 45:14
45:20 46:14,16
49:22 56:1 69:15
74:15 75:11 87:22
110:20
sends 47:21 48:16
sense 11:3 18:2
27:7 36:12 92:8
108:11 111:20
sent 12:15 35:23
36:2,9 37:1,5
41:20 42:24 47:13
66:1 74:17 80:8
sentence 40:3 42:2
separately 95:15
September 1:22 2:4
7:6 75:25 76:1,16
82:3,14 84:9 87:2
88:13 116:10
117:14 118:3
series 41:19
serious 53:20,21
served 103:14,18
service 56:18 61:11
66:23,25 67:1
services 6:8 15:3
25:4 30:9 33:15
33:24 34:3 35:9
35:24 36:11 37:14
37:20 38:3,6,7,16
39:7,20 40:17,21
40:25 41:12 60:10
60:23 61:2,6
64:15 67:13 69:23
70:2,6,10,12 71:2
72:3 77:10 78:6

81:9 82:20 86:11
91:23 93:16 97:10
109:9
**set** 39:20 81:15
96:4 117:6,13
**set-aside** 89:22
**settled** 106:20
**shaking** 9:25
**share** 106:4,5,10,11
106:12
**Sheet** 5:7 117:25
**shock** 50:25
**shop** 29:20
**short** 19:16 88:14
**shortly** 44:7 109:19
**show** 25:8 30:12
31:18 67:3 84:8
91:24 96:20
**showed** 89:5
**showing** 42:19
**shut** 80:3,21
**shutting** 82:4
**side** 26:20
**sign** 36:3 63:24
64:3 67:18
**Signal** 20:10
104:21
**signature** 37:24
64:17 118:19
**signed** 30:8 37:2,7
38:1 41:10,18,19
51:23 64:3
**significant** 104:20
**signing** 64:19
108:18 109:10
**similar** 62:16
**single** 49:1 54:3
**sir** 8:6 106:5,17,20
**sit** 103:21
**sitting** 57:24
**six** 18:8,9,12 20:21
102:23,25 103:4
105:2
**six-week** 19:10
**size** 17:25 44:5
**skim** 26:6
**skip** 40:10 55:19

**skipping** 56:14
58:2,16 59:8,20
73:23 75:8
**slow** 42:22 49:20
55:6 74:15
**slower** 45:13 71:8
**slowly** 80:14
**small** 44:17
**smaller** 44:21
110:7
**smooth** 89:20
**social** 92:15,21,21
**solemnly** 8:7
**solution** 76:16
**somebody** 24:5
26:24 31:23,25
37:12 70:23
105:21
**soon** 35:3 86:4
**sorry** 14:7 26:12,18
27:2 31:14,16
34:5 41:7 46:12
54:8 58:6,18
75:25 80:16 91:4
102:24 103:16
111:16 112:12
115:9
**sort** 11:1 13:4,5
15:20,24 16:15,19
16:20,22 17:3
20:10 21:13 27:8
28:6,25 34:16
36:5 39:21 40:24
41:24 42:12 43:4
44:11 45:2 48:1
49:3 50:8,16 56:8
59:2 62:9 73:25
76:9 79:18 93:8
**sorted** 26:25
**sound** 32:1 51:24
79:10
**sounds** 32:13 34:11
34:12,12,13 45:18
62:6 74:10
**South** 90:10
**space** 25:1
**spanning** 42:18

**speak** 100:13,20
**specific** 33:13,22
34:1 40:4 101:25
110:3
**specifically** 16:2
21:2 28:19 34:2
56:13 109:6
**specify** 10:25
**speculation** 33:16
**speed** 27:10
**spend** 17:15 29:14
51:1,9 55:6 56:6
112:22
**spending** 17:10,23
55:14 113:10,13
**spent** 13:7 15:14,23
75:18 104:20
**split** 43:14
**splits** 35:21
**spoke** 32:14 46:4
103:2
**spoken** 12:19
**sprawling** 42:16
**St** 3:12
**staff** 17:25 18:3,9
18:10,11,20,23,25
19:3,4,9
**staffer** 13:7,13
**stage** 48:11
**stamp** 47:14 61:18
62:1,2
**stamped** 25:10,21
27:14 28:6 30:13
36:18 37:15 68:3
71:19
**stamps** 25:21
**stand** 21:7
**standard** 34:18
48:6 65:18 73:7
**standby** 7:3 63:4,7
96:14 106:22
114:15,20 115:5
115:19
**star** 42:6
**start** 8:19 13:22
28:21 31:16 35:9
35:20,25 43:13

44:12 69:15 74:1
74:6
**started** 14:3 35:3
76:14 109:19
**starting** 10:3 42:15
60:16
**starts** 82:25
**startup** 114:7
**state** 2:13 7:12 8:21
14:16 22:16 91:15
116:3 117:1
**statement** 12:1
88:6
**STATES** 1:1
**status** 80:11
**stay** 49:8
**steady** 55:6
**Stenographer** 5:6
116:25
**stepped** 93:8
**stock** 20:24
**stop** 45:19 88:17
97:10
**stopped** 102:12
103:5
**strategic** 17:15
**Strategies** 18:16
32:8
**strategist** 18:15
**strategy** 17:18
21:14 22:22,25
23:12,18,21 41:25
49:3,14,15,16
53:10,18,21,24,25
56:9 57:2,11,19
60:7 62:17 65:23
80:25 92:19 102:8
102:8
**stream** 23:8
**streams** 89:7
**strong** 42:5 56:22
57:21
**structure** 34:16,18
**stuck** 59:10
**stuff** 59:9 67:17
100:4
**stupidly** 26:10

27:21
**style** 32:23 109:1
**subject** 61:18 65:3
77:4 78:10 84:10
87:3 91:25 96:22
**subpoena** 12:15
66:15 103:14,18
103:22 104:19
**subpoenaed** 105:3
**SUBSCRIBED**
118:20
**subsequently** 13:7
13:8 70:14 93:21
**substance** 108:24
108:25
**success** 15:21 22:6
**successful** 23:17
**sucks** 59:10,14
**sued** 11:9,13
**suggest** 83:16
**suggested** 71:1
100:5
**suggesting** 69:13
75:16
**suggests** 70:23
**suite** 3:4 11:24
**summarizing** 105:7
**summer** 80:14
**sums** 89:5
**super** 54:10 55:4
**support** 90:8,16
91:13,14,14
**supportive** 33:1
57:7,9
**supposed** 38:4
39:12
**sure** 9:6 26:13 41:9
48:25 54:24 112:3
115:16
**surprising** 88:25
**swear** 7:25 8:7
**Switchboard** 29:22
**sworn** 8:13 116:8
117:6 118:20

---
**T**
---
**tab** 107:12

take 8:4 35:16
  43:21 46:20 47:1
  47:3 52:16 54:4
  58:11 62:21 76:13
  87:25 93:5 95:21
  102:25 113:8
  114:13
taken 63:6 96:16
  98:22 106:24
  114:22
talk 8:20 11:23
  16:12,25 21:13
  23:16,22 60:9
  105:16
talked 45:16 46:9
  48:2 84:4 87:12
  101:17,18 111:25
talking 10:25 11:1
  16:13,17 19:25
  37:21,22 46:6
  51:23 53:6 58:4
  58:13 68:23 75:16
  75:19 83:21
  109:17 115:10
tapping 86:4
target 30:3
targeted 110:20,22
targeting 111:5,6
  111:15
targets 68:18,24
  69:14
team 35:25 50:6
  56:21,24 59:23
  79:9 91:7
telephone 19:25
  20:3
tell 10:5 11:21 54:9
  59:23 81:24
  100:20 103:4
  110:2 112:6
  113:20
telling 99:21 113:7
  114:6
ten 98:13
ten-minute 95:21
tends 22:6
term 35:5 40:2

41:11 44:16 53:11
  66:20 68:24
  110:22
terms 10:22 15:20
  36:13,15 37:8,11
  66:16 84:1
test 35:25 36:20
  43:14 44:5,21
  45:5,8,17 47:22
  48:2,4 55:11,11
  55:11 60:5,16
  61:1
testified 93:9 99:1
  99:1 101:16
  110:19
testify 8:13
testifying 28:24
testimony 8:7,14
  10:17 16:18 29:1
  33:10 90:19,23
  95:4 117:7
testing 32:24 44:16
  44:18 47:19 49:19
  49:20 50:1 52:17
tests 34:21 44:14
  45:1 49:23 52:8
  52:15
text 6:3,5,15,16,19
  6:23 11:18 16:10
  19:23 20:7,9,13
  24:18 25:3,9,25
  26:7 27:18,21
  28:2,3,7 30:3,6,8
  38:11 39:10,17,19
  39:22 41:9 42:12
  43:1,2 44:12
  45:19 46:14,16
  50:15,17,19,23
  51:3,7,12 52:19
  52:22 54:2,3,12
  54:17 55:4,13
  56:12 58:6,8 60:5
  60:10,14 61:9
  69:21 71:17 72:6
  73:1,7 75:9 76:21
  76:23 77:12 79:1
  79:13,21 80:2,3,8

80:13,20,23 81:22
  82:14,24,25 84:6
  86:11 88:9 104:22
  104:25 105:14
  107:6,21,25 108:4
  109:19 111:1,9,18
  113:18 114:12
text-message 25:4
  38:7 81:8 109:8
text-messaging
  35:9 82:20 97:11
texted 69:22 105:2
texting 23:10 29:16
  29:19 30:1 35:20
  38:13,15 39:14
  43:22,23 56:1
  59:23 61:4 74:2
  76:3 77:18 78:11
  80:21 81:2 82:4
  82:22 86:6,7,16
  86:17,20,22 87:11
texts 25:22 26:6
  28:5,14,22 42:15
  45:14,20 55:24
  56:15 59:20,22
  72:2 73:8,24 76:2
  104:23 105:17
  107:21,23 108:5
thank 8:2,10 69:8
  80:17 115:12,18
thanks 24:14 49:8
  49:21 72:23 73:13
that'd 27:11
the-- 107:25
thing 48:15 73:16
things 9:16 17:23
  27:10 43:4,8,10
  48:2,3,4 61:25
  65:18 73:7 111:19
think 16:18 19:19
  25:16 26:18,20
  27:4,7,11 31:19
  34:14 38:24 46:24
  52:5,12 53:2 58:8
  58:8 63:22 76:6
  80:10 81:17 91:22
  93:7,24 95:6,12

95:13,18 98:8,18
  101:3 107:7 112:2
  113:3 114:14
thinking 28:7
third 28:6
thoroughly 81:21
thought 11:25
  26:19 42:2,3
  80:22 86:10
  101:14
thread 82:24
three 16:3 19:7
  43:14 45:18 47:21
  62:9
thrown 96:4
Thursday 1:22
time 7:5,6 8:19
  13:7,20,24 14:12
  15:12,14,17,18,24
  16:1,6,17,22 18:2
  18:4,6 19:11
  21:14 23:12,20,21
  24:16,25 29:8
  33:5 34:17 35:16
  35:20 37:9 42:15
  46:13,20 47:14
  48:6 50:10 54:22
  56:22 57:22,22,24
  61:10,12 63:4,7
  64:5 70:8,14
  71:10 76:11 80:12
  83:4,14 89:6,8,13
  91:16 92:24 93:8
  93:13 94:21 96:2
  96:14,17 99:1
  102:6,14 103:1,4
  104:2,18,20
  105:24 106:22,25
  109:15,16 114:20
  114:23 115:10,14
  115:19,22
times 16:14 21:4
  50:8 71:1,18
  93:21
timing 92:7
title 14:24 64:20
  79:2,9

titled 79:5
today 8:7,19,24
  10:13,17 11:10
  29:16 46:25 54:2
  56:1 74:1 76:23
  94:19 103:15
  104:6 105:24
token 35:4
told 47:10 54:2
  56:5 77:21 88:3
  96:2
tomorrow 81:12
tonight 80:4
top 35:23 44:4
  47:10,12 51:11,22
  53:4 55:25 56:16
  57:16 59:22 68:15
  69:6 73:11 74:23
  75:9 76:21 78:18
  79:2 80:2 83:16
topic 101:20
Totally 80:7
touch 17:5 50:11
  50:12 93:17
track 42:8
traffic 66:16
transactions 39:3
transcript 115:13
  115:17 117:25
transition 89:20,22
  93:14
transitioning 93:14
translate 24:2
transparent 92:15
TransPerfect 7:11
  8:4
Tren 32:4,4
true 87:25 88:5
  117:7
truth 8:8,8,8
truthfully 10:14
try 10:1 18:4 25:16
  26:23 44:22 45:1
  46:25 48:4 53:22
  56:9 57:14 62:18
  67:18 109:2
trying 26:11 53:13

55:6 57:7 83:5
90:14,25 106:17
**turn** 63:1 112:7
**Turning** 36:18
61:16
**two** 12:12 15:16,24
16:3,20 18:11
19:1,3,7 25:7
31:21 45:15,20
64:8 74:15 81:21
99:24 108:22
115:9
**two-month** 19:5,10
**two-week** 17:3
**type** 24:11 44:16,18
66:23
**typical** 18:18 19:4
22:12 57:11
**typically** 19:23
38:17,18,20,24
39:2 59:15
**typos** 35:15

**U**

**U.S** 13:24 53:9 91:5
**Ugh** 105:5
**Uh-hmm** 51:19
**Uh-huh** 50:22
**ultimately** 66:5
90:3
**unclear** 95:11
**underperformed**
81:21
**undersigned** 116:6
**understand** 9:17
10:4,12,15,22
11:7 17:25 22:18
29:8 38:8,12
39:11,20 40:2,15
40:20,24 41:9,11
41:15 42:11 44:15
46:13 48:23 52:14
52:24 55:9,10,10
55:11 62:8 68:23
68:24,25 69:10,12
93:9 98:16 112:19
**understanding**

38:3,5 55:12
66:21 72:14
113:12 114:11
**understood** 10:6
29:8 38:10,16
39:14,23 43:4
54:20,25 81:18
113:23
**unhappy** 61:6 70:2
**UNITED** 1:1
**universe** 44:17,20
**universes** 32:25
**unrelated** 114:4
**Unshared** 106:18
**up-front** 32:13
34:11
**updates** 50:1 67:19
**uploading** 106:13
**upper** 108:1
**use** 10:22 31:5
33:14,24 34:2
40:16 69:25 71:2
102:1 107:8
110:23 111:8
**utilize** 23:24
**utilizing** 23:13,21

**V**

**V-A-N-E-S-S-A**
24:12
**vague** 60:13 66:20
67:24 97:15
**vaguely** 20:9 32:2
71:12 80:7 107:19
110:6
**valid** 78:1
**value** 91:23
**Vanessa** 4:4 23:14
24:8,12
**vary** 21:19
**vendor** 101:14
**verbal** 9:24 10:2
**version** 42:23,24
**versions** 42:19
43:14 45:20 47:22
**versus** 7:9 23:10
**video** 7:7 102:24

**videographer** 4:5
7:2,5,10,24 63:4,7
96:14,17 106:22
106:25 114:15,20
114:23 115:5,19
**view** 41:22
**views** 50:20
**Virginia** 2:13 3:5
116:17
**Vision** 14:23 31:8
**volume** 28:13
**vs** 1:6,12 118:1

**W**

**W** 94:22
**wait** 10:2 43:5
**waiting** 35:8 65:10
76:17
**waiver** 95:13
**waiving** 115:7
**walk** 39:5
**want** 21:13 26:8
27:18 28:12,25
35:25 36:23 39:5
46:21 47:22 49:8
50:16,24,25 51:8
54:3 55:5,24 56:5
56:16 60:9 63:11
73:24 77:11,12
96:4,20 97:8,11
106:10,19
**wanted** 23:1,3
54:24 62:9 64:3
69:25 80:22 82:19
109:2,8
**wants** 24:6 27:9
67:18
**warrants** 44:19
**Washington** 3:22
116:3
**wasn't** 85:18,19
89:12 92:20
111:11
**way** 10:23 13:19
17:14 28:6 31:17
37:23 48:1 52:20
61:1 80:3 88:14

97:15 106:14
107:22 117:11
**ways** 67:9 81:2
**we'll** 47:1 51:12
63:16 71:24 72:22
76:18 107:8 115:8
**we're** 7:6 11:10
28:7 35:13 36:18
45:13,14 47:2,6,8
48:25 51:22 52:18
54:7,8 55:3,19,24
56:14 59:11 60:2
63:8 65:10 76:11
80:15 81:12 87:10
87:13 88:14 96:15
96:18 97:20
103:15 106:23
107:1 114:21,24
115:11,20
**we've** 26:25 29:15
71:17 88:15
**weasel** 83:6
**week** 16:14 49:8
80:14,16
**weekend/Monday**
71:25
**weekly** 89:4
**weeks** 15:16,24
16:3,20 18:9 25:7
74:15 81:21 87:2
105:2
**weighs** 87:17
**Welcome** 68:7
**went** 68:17 76:23
97:18
**weren't** 88:22
**WHEREOF**
117:13
**Whittier** 3:4
**wide** 34:21
**wild** 59:23
**win** 23:1
**winding** 64:5 76:9
**windows** 9:11
**winnowed** 16:12
**wire** 74:18
**wires** 73:17

**withdraw** 99:2
**witness** 7:21 8:1,9
8:13 16:24 25:12
26:14 28:24 30:24
46:22 61:21 62:24
79:6 90:20 94:2
95:24 96:1 98:20
99:14 105:25
107:11 113:25
115:7 116:9 117:5
117:8,13
**word** 42:14
**words** 38:22 40:19
41:13 47:13 83:22
90:12 102:1
**work** 9:9 13:4 14:6
14:9 24:23 31:10
32:18 43:5,10
56:18 61:11 62:22
64:6 83:23 85:11
86:23 91:18 93:11
100:21 101:14
102:11,12 105:20
106:9
**worked** 13:5,8,9,12
21:9 43:8 70:13
**working** 13:20,22
14:3,11,19 15:12
18:1,3,14 31:3,6
31:25 56:17 60:22
61:10 63:23 71:7
91:18 92:24 93:20
101:13 105:21
**works** 32:25 45:9
45:17 48:2 62:24
**worry** 105:12
**worth** 68:19 96:8
**wouldn't** 69:25
101:14 109:22
**wrap** 46:25 96:13
**writing** 39:23

**X**

**X** 18:5

**Y**

**y'all** 67:18

yeah 11:6 27:1
35:18 42:23 46:24
47:14 51:7 58:5
69:5 72:18 75:6
95:25 103:1 105:9
105:22 106:21
107:11,13
year 105:18 110:12
110:15
years 13:2,6 14:5
Yep 108:14
yesterday 12:7
47:11,23 75:10
Yo 72:22
York 111:5
you-- 107:17

**Z**

zoom 2:11 9:12,13
9:16 106:5,7,17
107:12

**0**

0004158 27:16
01 112:21
04 118:3
06/30/2028 116:18
07/18/2023 38:2
07102 3:13

**1**

1 6:3,24 25:11
26:21 42:24 50:15
50:24 51:9 54:16
56:6,14,15,19,19
61:9 62:13 67:8
67:15 71:18 76:1
82:3,14,24 87:22
88:1 107:4,6
112:2,7,21
1:00 96:2 114:18
1:24-cv-03035-A...
1:6
10 6:13 77:3,6 82:8
82:11
10- 100:10 101:18
10:42 63:4

10:54 63:8
100 3:12 29:5 52:23
52:25 53:1 112:16
112:20,23,25
113:15
108 5:4 6:23
10DLC 35:4,5
10K 87:14
11 6:14 78:12,13
11:53 96:14
11131 1:25
117 5:5
118 5:6
119 5:7
12 6:15 79:4,5
12:02 96:17
12:20 106:22
12:21 106:25
12:38 114:20
12:43 114:23
12:44 115:19,22
126,943 85:3
13 6:16 82:10,11
14 6:17 84:9,13,14
15 6:18 13:6 58:17
59:9 65:3,9 68:16
87:5,6 98:13
15-minute 100:10
101:18
16 6:19 40:10,11
88:10,11 91:25
16,500 88:15
17 6:20 25:22 30:7
30:18,23 34:20
35:13 50:21 51:17
56:19 92:2,3
175,443.17 85:2
18 6:21 36:19 41:19
42:13,17 43:13
44:7 45:11 51:22
52:18 71:20 96:24
96:25 97:3
19 47:8,21 54:7

**2**

2 6:4 30:13,14
41:17 61:17

2,500 88:15
20 13:5 14:5 48:12
48:16 54:8 55:3
73:15
200 3:4
20001 3:22
2010 13:1,4
202 3:23
2020 23:13,17,22
23:23,25 24:16
30:1,5 34:7 57:3
72:17 88:22
2021 60:15
2023 13:23 14:4
25:22 30:18,23
34:20 35:13 36:19
41:19 42:13 47:9
47:21 48:12 49:7
49:17 51:17,22
52:18 54:8 55:3
55:20,23 58:2,17
59:9,21 60:15
61:18,24 62:17
63:21 64:22 65:3
65:9 68:2,7,16
69:20 71:20 73:15
73:23 74:24 76:1
76:16 77:3,8 78:8
79:2 80:2 82:25
83:16 84:9 85:2,3
87:2 88:13 89:15
91:25 94:23 96:22
97:3 102:13
2024 11:2,14 24:3
88:22 97:23 99:7
2025 1:22 2:4 7:6
97:23 99:8,16
104:18 116:10
117:14 118:3,21
2033 87:4,6
2035 77:5,6
21 49:7 77:3 78:8
78:18 88:13
2120 92:1,3
2157 96:22,25
2158 97:2
2160 78:9,13

22 59:21,21 60:3
73:23 77:8
22101 3:5
2247 30:13,14
2249 49:17
2252 48:15
2254 48:11
2256 47:20
2257 47:9
2258 44:7 45:10
47:10
2259 42:18
2261 42:18
2262 35:21 36:18
41:18
2263 35:13,22
2264 34:20
23 55:20
23rd 74:24
24 49:17 79:3,9,12
82:13 88:9
25 15:25 68:2 76:11
87:2
25K 75:10
26 6:3
27 30:21 55:23,24
28th 79:2 80:2
82:25 83:15
29 75:8 80:11
2K 81:12

**3**

3 6:5 26:21,23
37:17,18 39:7
40:17
30 55:6,10 60:14,15
113:5
30-day 32:12 34:10
36:21
30,000 55:14
30,000-foot 13:3
300 3:21
31 6:4 61:24 85:2,3
32 26:21,22,23
3337 65:4,6
3338 65:8
38 6:5

**4**

4 1:22 2:4 6:6 7:6
61:17,20 67:4
40 15:16,23 49:21
55:21 113:5
40,000 55:14
4078 84:12,14 86:2
4079 84:16
40K 55:7,10
4137 37:15,18
4142 40:11
4147 64:11,13
4156 25:10,11,22
28:6
4158 26:7 27:15
50:21,23 51:7
4159 51:11
4161 50:21 51:15
4162 51:22
4165 53:3
4166 54:8,9 55:3
4167 55:19
4168 55:24
4169 55:25
4170 56:15 60:15
4171 56:16
4172 58:2
4174 58:16 59:8
4175 71:19
4176 73:11
4177 59:21 73:24
4178 59:20,22
73:24
4179 74:13
4180 74:23
4183 75:8
4184 76:22
4185 82:24
4186 83:15
4204 67:6,15
4205 67:8
420K 74:6
4245 63:17,18
4246 63:21
4340 61:19,20
62:13

**4341** 62:5
**4483** 68:3,4 69:6
**4485** 68:6
**468** 88:9,11
**4th** 116:9 117:14

---

**5**

**5** 6:7 63:16,18
**50** 13:15 54:4 113:8
   113:13
**55** 12:9
**5K** 35:25
**5th** 76:16

---

**6**

**6** 6:8 64:12,13
**6,000-dollar** 43:14
**62** 6:6
**64** 6:7
**65** 6:8
**651-2475** 3:23
**66** 6:10
**6718** 3:4
**68** 6:11
**69** 6:12

---

**7**

**7** 6:10 65:5,6
**70** 55:7,10,14 56:11
   56:13
**700,000** 56:6,13
**703** 3:6
**734-3800** 3:6
**7699515** 116:19
**78** 6:13
**79** 6:14
**7th** 58:9

---

**8**

**8** 5:3 6:11 67:4,6
**80** 6:15
**83** 6:16
**849-4114** 3:14
**85** 6:17
**88** 6:18
**89** 6:19

---

**9**

**9** 6:12 58:2 63:21
   64:22 68:2,4,6
   75:13,16 79:1,5
**9:03** 7:5
**9:06** 2:6
**900** 3:21
**93** 6:20
**9664** 84:10 85:2
**97** 6:21
**973** 3:14
**9813** 84:11 85:3