# Exhibit 8

| | |
|---|---|
| **From:** | Megan Evans <megan@meadowlarkstrategies.com> |
| **Sent:** | Mon, 10 Jul 2023 11:01:44 -0400 (EDT) |
| **To:** | Jake Briggs <jakebriggs2023@gmail.com>; David <davidmkeith2023@gmail.com>; Jason Miller <jmiller@thepivot.com>; Kara Turrentine <kturrentine@thepivot.com>; Nelson Quezada Herrera <nquezadaherrera@thepivot.com>; Phil Ehr <philehr@gmail.com> |
| **Cc:** | Trent Schacht <trent@meadowlarkstrategies.com> |
| **Subject:** | Re: Phil site for review |

Hey all, here is the updated copy from Phil for the site, he's going to take a look again, and if anyone else wants to add suggestions in here too, that would be great:
https://docs.google.com/document/d/1jBAiEiVKLnzSzv5xKCUAUA8zPgENs51DgLFK-nNSVHs/edit?usp=sharing

On Fri, Jul 7, 2023 at 4:05 PM Megan Evans <megan@meadowlarkstrategies.com> wrote:

Sounds good, we have the copy edits set then for the website, please let us know if there are photo swaps.
A few other items for review:

NGP + ActBlue page copy (we'd like to run a test for the AB copy -- you'll see 2 versions):
https://docs.google.com/document/d/1b1fNLfpU0qf0n_FghOEcnCjHAaBWOj9Q-mgkYNdm8cw/edit?usp=sharing

Additional launch social (the first few posts are marked approved -- Phil saw those):
https://docs.google.com/spreadsheets/d/1x0mkREn82G0lqmjhl0lprB0JbVR7hegYpAWu_f4pICo/edit?usp=sharing

Google Search Ads (there are 2 sets of these we'd like to try out too):
https://docs.google.com/spreadsheets/d/1BF6CIBR7JUMHPe4Gjv5jRmrefx33PF5AcbFL-IdKiAg/edit?usp=sharing


On Fri, Jul 7, 2023 at 9:46 AM Jake Briggs <jakebriggs2023@gmail.com> wrote:

I don't think we should hyperlink anything except the contribution page. Any link that pulls away from that will lose clicks on the donation page

On Fri, Jul 7, 2023 at 10:43 AM Megan Evans <megan@meadowlarkstrategies.com> wrote:

Thanks Phil, these updates are great! We have a few questions/needs to keep everything moving that I'm going to drop here:

**Website:**

- Photos: if we want to edit what's currently on the site, can we have someone send up the links of what photos should replace what?
- Bio: we'll get this updated!
- Social buttons: LinkedIn and Threads are probably ok to add, but anything more than that right now will likely be too much for this microsite. We can certainly look at more options when/if we do a the full site build out.


**Access:**

- We still need social media platform access (FB, Instagram and Twitter)  *Julia Rosen can have her access updated to Admin on Facebook and add our team
- Can someone give Trent and I access to the other YouTube if that's the channel we want to use?
- Need the W9 for verification

On Fri, Jul 7, 2023 at 8:40 AM Phil Ehr <philehr@gmail.com> wrote:

Megan - Thank you.  Your draft website inspires me to update it substantially.  I'll get with you about pictures separately.
I changed the "About" section to match the essentials of what I'm telling prospective donors.  I think the Democratic donor base wants to see more than a bio.  So I wrote it to parallel what I think the prospects might say.  So, I also added Piviot to this thread.
Jason - You asked for bullets, but does this work as my input to the prospectus?

Phil


On Jul 6, 2023, at 3:13 PM, Megan Evans <megan@meadowlarkstrategies.com> wrote:

Thanks! Are there specific ones from this set you want to replace with the ones we have?

On Thu, Jul 6, 2023 at 1:16 PM Jake Briggs <jakebriggs2023@gmail.com> wrote:

Here are some pictures i like
https://drive.google.com/drive/folders/1M93YcEdVSMTXKvBX6uZYcOmKcAesiU0n?usp=sharing

On Thu, Jul 6, 2023 at 2:13 PM Jake Briggs <jakebriggs2023@gmail.com> wrote:

Looping Phil in

On Thu, Jul 6, 2023 at 1:42 PM Megan Evans <megan@meadowlarkstrategies.com> wrote:

Hi guys,
We have a site for you! We'll get the links put in shortly (I'll ping you when those are in), but wanted to get this over now:

https://dev-phil-ehr-for-senate.pantheonsite.io/about/

--
Megan Evans
Senior Account Manager
Meadowlark Strategies


--
---------------------------------------
Jake Briggs
Cell: (470) 990-1010


--
---------------------------------------
Jake Briggs
Cell: (470) 990-1010


--
---------------------------------------
Jake Briggs

Cell: (470) 990-1010