# Exhibit 9

| | |
|---|---|
| **From:** | Phil Ehr <phil@ehrforcongress.us> |
| **Sent:** | Wed, 25 Oct 2023 15:28:09 -0400 (EDT) |
| **To:** | Jake Briggs <jakebriggs2023@gmail.com> |
| **Cc:** | Obi Umunna <Obi@ulegalgroup.com> |
| **Subject:** | Re: Poll memo/tps/tough qs....will check in with Jake on this |

I'm fine with the memo, with one wordsmith change.  Change "decorated service" to "distinguished service".
My biography in this poll contains two technical errors, so slightly misleading.  Please check on similar in the future!

The polling results show I have work to do locally.

Thanks.

On Oct 25, 2023, at 3:01 PM, Jake Briggs <jakebriggs2023@gmail.com> wrote:

Hey Phil-- Are you comfortable with these?

---------- Forwarded message ---------
From: **Graeme Zielinski** <gjzielinski@gmail.com>
Date: Wed, Oct 25, 2023 at 12:30 PM
Subject: Poll memo/tps/tough qs....will check in with Jake on this
To: Obi Umunna <obi@ulegalgroup.com>, Jake Briggs <jakebriggs2023@gmail.com>, David <davidmkeith2023@gmail.com>, Bill Hyers <bill@thewincompany.com>, Dan Siegel <dan@highpointcampaigns.com>

Including copy. Please make edits/comments within this link:
https://docs.google.com/document/d/1OKheZ5w82bDYb9uhG2niDd-aGOLsCB41uK6tL1gCm2c/edit?usp=sharing

I was going to get whatever is approved with toplines out to the Florida Politics editor ASAP. Reattaching toplines for reference.


**MEMO TO REPORTERS: FL-28:**
**New Poll Shows a Vulnerable Incumbent Rep. Giménez, With Challenger Phil Ehr ALREADY Within Striking Distance of an Unpopular Incumbent**

MIAMI-A new poll released Thursday shows incumbent U.S. Rep. Carlos Giménez unpopular with voters and Democratic challenger and retired U.S. Navy commander Phil Ehr already within striking distance of victory.

The Change Research poll of 500 likely voters in Florida's 28th Congressional District shows Giménez underwater by 8 points in favorability.

The new poll also showed a margin of only three points separating Ehr from the incumbent (within the 4.7% margin of error) after those surveyed were informed about Ehr's record as a pro-democracy activist who has fought against socialism and for democracy around the globe.

"The people who know Congressman Giménez don't like him. In the next year, our campaign will make sure that voters of Florida's 28th Congressional District know that they have a choice to level up to a representative who will fight for their values, and their pocketbooks, with integrity," said XXX.

On the initial survey, Ehr trailed Giménez by 13 points, a deficit driven by the newness of Ehr's candidacy, which was announced last week.

The poll was conducted between Oct. 13-17, right on the eve of Ehr's entry into the race, with the top issues in the district identified as inflation (41%), illegal immigration (41%) and jobs and the economy (39%).

The topline results of the poll are attached.
<mark>(FUNDRAISING NUMBERS HERE??)</mark>
**TALKING POINTS**

• The new poll shows this is a very winnable race against an unpopular incumbent, with Giménez underwater by 8 points in favorability.
• Commander Ehr is ALREADY within the margin of error, and that's without communicating on the issues important to voters of the district, where we are confident our positions and policies will be more popular.
• Ehr has a strong biography that performed very well with those surveyed and we are confident we have room to grow given his long and decorated service in the U.S. Navy and, most recently, with pro-democracy activities.
• Giménez, meanwhile, is especially vulnerable. A lot of people know him and a lot of people don't like him. We expect his unfavorability to grow given his association with the chaos in the House and with his record working against the economic interests of South Florida (to say nothing of his long record of scandals).


**TOUGH Qs**

The poll shows Phil losing by 13 points. How is this good news?

That deficit is driven by the fact that nobody knows who Phil is and what he's about. He closes that margin almost immediately with his biography.

The poll shows Biden under water and Trump above water. How is this good news?

Phil already has shown an ability to out-perform the Democratic ticket in his previous Congressional race. He'll have an even bigger opportunity here with an incumbent who is so unpopular.



--
----------------------------------------
Jake Briggs
Cell: (470) 990-1010
<FL-28 Ehr Toplines - October 13 - 17, 2023 (2).docx>