# Exhibit 10

| | |
|---|---|
| **From:** | David <davidmkeith2023@gmail.com> |
| **Sent:** | Tue, 15 Aug 2023 11:39:15 -0400 (EDT) |
| **To:** | Kevin Ralph <kralph@grassrootsanalytics.com> |
| **Cc:** | Katiana Person <kperson@grassrootsanalytics.com> |
| **Subject:** | Re: Please re send copy |
| **Attachments:** | PER23001_letter_copy_sub_15thwq2b8hETvI2B9A2gBOfG7WDFvxIiilmgVPPWC3mA.docx |

thanks!

On Tue, Aug 15, 2023 at 11:38 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
> Of course, here you go.
>
> Formatting might be wonky but we will make sure it's all correct when we go to print.
>
> Best,
> Kevin
>
> 
> Kevin Ralph (he/him)
> Director of Mail Fundraising
> Grassroots Analytics
> c: 405-204-2128
>
> On Tue, Aug 15, 2023 at 11:36 AM David <davidmkeith2023@gmail.com> wrote:
>> can you send to me as a word doc so he doesn't screw up this copy in the google doc?
>>
>> thanks.
>>
>> On Tue, Aug 15, 2023 at 11:35 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>> Edits incorporated. Good to pass to PE. Thanks!
>>>
>>>  PER23001 letter copy sub
>>>
>>> Best,
>>> Kevin
>>>
>>> 
>>> Kevin Ralph (he/him)
>>> Director of Mail Fundraising
>>> Grassroots Analytics
>>> c: 405-204-2128

GRASSROOTS_00003337

On Tue, Aug 15, 2023 at 11:29 AM David <davidmkeith2023@gmail.com> wrote:
> made some edits. please incorporate as you see fit.
>
> once complete, please send to me and ill ask phil for final edits and to approve.
>
> thanks
>
> On Tue, Aug 15, 2023 at 11:26 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>> Hi David,
>>
>> We're waiting on approval from you all on the acquisition mailer. Linked below. Once we have approval on that we will use the same language for creating a resol mailer (tailored for a resol universe so slightly different)
>>
>> Our plan is to mail the acquisition mailer in late August (I have the 31st marked on my calendar) and the resol mailer in early September. After Labor day, like the 6th or 7th.
>>
>> 📄 PER23001 letter copy sub
>>
>> Let me know when the acquisition mailer is approved. Thanks!
>>
>> Best,
>> Kevin
>>
>> 
>> **Kevin Ralph (he/him)**
>> Director of Mail Fundraising
>> Grassroots Analytics
>> c: 405-204-2128
>>
>> On Tue, Aug 15, 2023 at 11:18 AM David <davidmkeith2023@gmail.com> wrote:
>>> thanks.
>>>
>>> when are we planning on dropping the acquisition and the resolicit respectively?
>>>
>>> thanks

2