# Exhibit 11

**From:** Jake Briggs <jakebriggs2023@gmail.com>
**Sent:** Tue, 17 Oct 2023 19:48:00 -0400 (EDT)
**To:** Aaron Parnas <agparnas@gmail.com>
**Cc:** Megan Evans <megan@meadowlarkstrategies.com>; Oskar Kaut <oskar@meadowlarkstrategies.com>; Trent Schacht <trent@meadowlarkstrategies.com>
**Subject:** Re: *Action Required* Phil Ehr For Congress -- Florida's 28th

---

Phil would like the listed domain to be EhrforCongress.us. He owns EhrforCongress.com and would like to have both url's go to the same site

On Tue, Oct 17, 2023 at 7:17 PM Aaron Parnas <agparnas@gmail.com> wrote:

> I will get an answer to you on the domain within the hour, have a call with phil tonight. He is signing the NGP contract now.
>
> On Tue, Oct 17, 2023 at 7:11 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>
>> New ActBlue is set and can be made public tomorrow. Sounds like NGP is in process of updating once Phil signs contract. Still need a decision on the domain though, I would strongly advise going with philehrfl.com or philehr.org and not getting into this .us and/or office specific domain thing again.
>>
>>> On Oct 17, 2023, at 2:29 PM, Aaron Parnas <agparnas@gmail.com> wrote:
>>>
>>> Cc'ing David on this.
>>>
>>> On Tue, Oct 17, 2023 at 3:26 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>>>
>>>> Flagging here that without a decision on domain and new entity setup in ActBlue we are not going to be ready to launch tomorrow.
>>>>
>>>>> On Oct 17, 2023, at 12:31 PM, Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>>>>>
>>>>> Ok, got it. Then could you or David have the convo w Phil that we really just need to go with the generic philehrfl.com for the new domain? The .us stuff really does not matter — no one is going to think he is less patriotic bc he uses a .com domain.
>>>>>
>>>>>> On Oct 17, 2023, at 12:08 PM, Jake Briggs <jakebriggs2023@gmail.com> wrote:
>>>>>>
>>>>>> Hi Trent,
>>>>>>
>>>>>> On the domain. I just got this information from our compliance team, fyi.
>>>>>>
>>>>>> Hi Phil,
>>>>>>
>>>>>> I would recommend not using the previous name. We've had this come up with other clients and it can be a bit of a pain.
>>>>>>
>>>>>> I think Phil Ehr for Congress is the best bet.

1

Bradley - can you work on amending the Form 1 and 2 to disclose that Phil is now running for Congress in FL-28. We'll probably need to change the name with the IRS as well as with ActBlue, NGP and the Bank.

Thanks all!

Cassie Tinsmon
President

On Sun, Oct 15, 2023 at 10:19 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:

> Thanks Jake/all.
> Just spoke w/ Aaron, I think for the sake of Wednesday email we stick with the current URL and get the new one redirected so that we do not run into any deliverability issues. In terms of the new domain — here's the available options right now. My vote is to use the philehrfl.com domain. It was previously registered w someone on Phil's 2020 congressional team but I was able to grab it after the registration expired.
>
> ehrforflorida.com + .net
> philehr.org (.com unavailable)
> philehrforflorida.com + .net
> philehrfl.com (my suggestion)
>
> The other philehrforcongress.com that was used then is still registered but we ran into issues getting access ahead of the senate launch so I don't think it's a can of worms we need to open between now and Wednesday.
>
> We'll have things moving your way tomorrow for drafts and updated website — please just let us know once NGP/AB have been updated w new designation for district run.
>
> Best,
>
> -Trent
>
>
>> On Oct 15, 2023, at 8:42 PM, Jake Briggs <jakebriggs2023@gmail.com> wrote:
>>
>> Hey all- I am updating Actblue and NGP and will confirm with you all when that is finished. Thanks!
>>
>> On Sun, Oct 15, 2023 at 9:12 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>
>>> Hi Megan,
>>> Thanks for your response. Below please find guidance/TPs on why the switch is happening. Regarding CRMs, I will defer to Jake on that. Regarding payments, I will defer to David on those. The schedule looks good. I really just need the launch stuff tomorrow

2

and the rest can be done on Tuesday.

Talking Points:

1) Taking back the House in 2024 is essential. From abortion rights, to lowering the cost of living, to passing common sense gun reform, Democrats are just five votes away from flipping the House blue.
2) Seeing the chaos happening in Washington, D.C. right now, especially in the House, led Phil to making the switch. He is tired of seeing our government go month to month under the threat of shutdown while extremists like Carlos Gimenez continue to impede progress.
3) The House majority runs through Florida and Carlos Gimenez is vulnerable. This was a district previously held by Debbie Mucarsel Powell, and is one that we can flip back in 2024.

Let me know if you need anything else!

Aaron

On Sun, Oct 15, 2023 at 9:00 PM Megan Evans <megan@meadowlarkstrategies.com> wrote:

Hey Aaron, thanks for info, and a few things on our end:

1. We need guidance/TPs on why this switch is happening
2. We need the CRMs updated, I think Jake was doing this? NGP and AB are still Senate
3. We have outstanding invoices and won't be able to text until those are paid
4. We'll get as much drafted as we can tomorrow, but you might get some things on Tuesday. Please send over any other TPs if you have them for the surrogate sends. Confirming this is the email schedule for the week:

- Launch email mentioning the switch (For Wednesday)
- Manny endorsement written in his voice (For Wednesday)
- Danielle Levine Cava email written in her voice (For Thursday)
- Debbie Wasserman Schultz email written in her voice (For Friday)
- Anti-Gimenez email + highlighting the importance of flipping FL28 (For next weekend)

On Sun, Oct 15, 2023 at 11:12 AM David <davidmkeith2023@gmail.com> wrote:

We should send 1 - 2 more fundraising sends before wednesday to our SENATE list just to keep our friends on their toes.

On Sun, Oct 15, 2023 at 11:58 AM David <davidmkeith2023@gmail.com> wrote:

3

Aaron, Jake has direct access to Manny for sign off on language so he can expedite whatever copy you all want.

On Sun, Oct 15, 2023 at 10:59 AM Aaron Parnas <agparnas@gmail.com> wrote:

> Following up, let's do a copy for Manny and scrap the DMP copy. DMP's team will be send us draft copy that we can edit/use. Will have that to you asap.
> Aaron
>
> On Sun, Oct 15, 2023 at 10:41 AM David <davidmkeith2023@gmail.com> wrote:
>
>> Few other names you can go to for copy:
>> Andrew Warren (states attorney desantis fired)
>> Manny (parkland father)
>> Fred (parkland father)
>>
>> On Sun, Oct 15, 2023 at 10:34 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>
>>> Good morning Team--
>>> Excited to be taking lead on digital moving forward. @Trent Schacht, @Megan Evans, @oskar@meadowlarkstrategies.com could start getting an email calendar ready to go for my review tomorrow? The email calendar should be for the launch + week after. Here are the email drafts we need:
>>>
>>> 1) Launch email mentioning the switch (For Wednesday)
>>> 2) DMP endorsement written in her voice (For Wednesday)
>>> 3) Danielle Levine Cava email written in her voice (For Thursday)
>>> 4) Debbie Wasserman Schultz email written in her voice (For Friday)
>>> 5) Anti-Gimenez email + highlighting the importance of flipping FL28 (For next weekend)
>>>
>>> If we can get drafts on these by tomorrow that would be extremely helpful so we can lock them in and allow Phil and the surrogates to review well in advance of any email send. Thank you for your help on this!
>>>
>>> Aaron

4