# Exhibit 12

**From:** David <davidmkeith2023@gmail.com>
**Sent:** Mon, 17 Jul 2023 22:56:50 -0400 (EDT)
**To:** Cassie Tinsmon <ctinsmon@katzcompliance.com>; Jake Briggs <jakebriggs2023@gmail.com>
**Subject:** with tomorrows wire

let's pay change research as phil requested. will have acquisition and d2d costs too just figuring out how to spend now we will be doing a lot of early spending on this campaign.