# Exhibit 14

**From:** Jake Briggs <jakebriggs2023@gmail.com>
**Sent:** Wed, 18 Oct 2023 09:26:44 -0400 (EDT)
**To:** Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com>
**Cc:** Aaron Parnas <agparnas@gmail.com>; Colin Crowley <colin.crowley@ngpvan.com>; Matt Denner <Matt@meadowlarkstrategies.com>; Megan Evans <megan@meadowlarkstrategies.com>; Nina Rhoades <Nina.Rhoades@bonterratech.com>; Oskar Kaut <oskar@meadowlarkstrategies.com>; Trent Schacht <trent@meadowlarkstrategies.com>
**Subject:** Re: URGENT: New contract for Phil Ehr for NGP

---

I just talked to Phil. He signed it and submitted it last night.

On Wed, Oct 18, 2023 at 9:24 AM Jake Briggs <jakebriggs2023@gmail.com> wrote:

> Hey-- Is our NGP back online? Phil should have sent the contract back. Thanks!
>
> On Tue, Oct 17, 2023 at 9:06 PM Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com> wrote:
>
>> That's correct. We are not migrating anything. You will continue to have access to the database and data that you have been using thus far. This is just to set up a new designation in the current account and so that the proper committee is the one that is in contact with us.



**Jeremiah Montgomery-Thompson** (He/His)
**Director of National Political Campaigns**
@jerryRMT
ngpvan.com

---

**From:** Jake Briggs <jakebriggs2023@gmail.com>
**Sent:** Tuesday, October 17, 2023 9:04 PM
**To:** Trent Schacht <trent@meadowlarkstrategies.com>
**Cc:** Aaron Parnas <agparnas@gmail.com>; Colin Crowley <colin.crowley@ngpvan.com>; David <davidmkeith2023@gmail.com>; Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com>; Matt Denner <Matt@meadowlarkstrategies.com>; Megan Evans <megan@meadowlarkstrategies.com>; Nina Rhoades <Nina.Rhoades@bonterratech.com>; Oskar Kaut <oskar@meadowlarkstrategies.com>
**Subject:** Re: URGENT: New contract for Phil Ehr for NGP

We are just switching fromFL -Sen to FL-28 both federal offices. Hopefully that makes this easier. Thanks!

1

On Tue, Oct 17, 2023 at 9:02 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:

Thanks Jeremiah. And one point of clarification, is this new contract authorizing an entirely new setup of NGP, or are we changing the designation of office being run for in the current NGP? I guess I was reading as the latter, but please let us know if that is not the case as the migration to an entirely new setup includes additional time on our end to move everything while also making sure we are able to export all of the available data from the current one.

Best,

-Trent

Trent Schacht

Digital Principal

Meadowlark Strategies

> On Oct 17, 2023, at 7:57 PM, Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com> wrote:
>
> Yes, we will have to work out billing tomorrow when our accounting team is online, but happy to circle up on that in the morning.
>
> <image001.png>   **Jeremiah Montgomery-Thompson** (He/His)
> **Director of National Political Campaigns**
> @jerryRMT
> ngpvan.com

**From:** Jake Briggs <jakebriggs2023@gmail.com>
**Sent:** Tuesday, October 17, 2023 8:56 PM
**To:** Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com>
**Cc:** Aaron Parnas <agparnas@gmail.com>; Colin Crowley <colin.crowley@ngpvan.com>; David <davidmkeith2023@gmail.com>; Matt Denner <matt@meadowlarkstrategies.com>; Megan Evans

<megan@meadowlarkstrategies.com>; Nina Rhoades <Nina.Rhoades@bonterratech.com>; Oskar Kaut <oskar@meadowlarkstrategies.com>; Trent Schacht <trent@meadowlarkstrategies.com>
**Subject:** Re: URGENT: New contract for Phil Ehr for NGP

Thank you! Is it possible that Phil signs the contract and we discuss that part tomorrow? I just want to be sure our email folks and everyone can get in

On Tue, Oct 17, 2023 at 8:54 PM Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com> wrote:

> We'll have to circle up with our accounting team in the morning to see where everything is with billing on the previous account but we can give credits where needed so that you aren't double charged for both the Senate and House accounts.

<image001.png>    **Jeremiah Montgomery-Thompson** (He/His)
**Director of National Political Campaigns**
@jerryRMT
ngpvan.com

---

**From:** Jake Briggs <jakebriggs2023@gmail.com>
**Sent:** Tuesday, October 17, 2023 8:47 PM
**To:** Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com>
**Cc:** Matt Denner <matt@meadowlarkstrategies.com>; Colin Crowley <colin.crowley@ngpvan.com>; Nina Rhoades <Nina.Rhoades@bonterratech.com>; Oskar Kaut <oskar@meadowlarkstrategies.com>; Trent Schacht <trent@meadowlarkstrategies.com>; Megan Evans <megan@meadowlarkstrategies.com>; Aaron Parnas <agparnas@gmail.com>; David <davidmkeith2023@gmail.com>
**Subject:** Re: URGENT: New contract for Phil Ehr for NGP

Since we have already paid the $2,000 deposit for the senate account do we have to repay again for the switch

On Tue, Oct 17, 2023 at 8:37 PM Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com> wrote:

> Hi Jake,
>
> This has been re-sent with the address and contact information cleared.

3

<image001.png>    **Jeremiah Montgomery-Thompson** (He/His)
**Director of National Political Campaigns**
@jerryRMT
ngpvan.com

---

**From:** Jake Briggs <jakebriggs2023@gmail.com>
**Sent:** Tuesday, October 17, 2023 7:55 PM
**To:** Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com>
**Cc:** Matt Denner <matt@meadowlarkstrategies.com>; Colin Crowley <colin.crowley@ngpvan.com>; Nina Rhoades <Nina.Rhoades@bonterratech.com>; Oskar Kaut <oskar@meadowlarkstrategies.com>; Trent Schacht <trent@meadowlarkstrategies.com>; Megan Evans <megan@meadowlarkstrategies.com>; Aaron Parnas <agparnas@gmail.com>; David <davidmkeith2023@gmail.com>
**Subject:** Re: URGENT: New contract for Phil Ehr for NGP

> You don't often get email from jakebriggs2023@gmail.com. Learn why this is important

Hey-- The contract that was sent over to Phil was wrong. It had the wrong address, phone number, etc. Can you send me a copy so I can correct it?

On Tue, Oct 17, 2023 at 4:57 PM Jake Briggs <jakebriggs2023@gmail.com> wrote:

> Phil will be running in Florida's 28th Congressional District. Either I can sign it as one of Phil's consultants, but I Phil is preferable.
>
> On Tue, Oct 17, 2023 at 4:56 PM Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com> wrote:
>
>> Hi all,
>>
>> Currently we have the U.S. Senate committee in contract with us. We want to make sure that we have the proper committee on our agreement so we will have you sign some new paperwork to make that change. Can you confirm which district he is running for and who will be the one to sign the agreement?
>>
>> <image001.png>    **Jeremiah Montgomery-Thompson** (He/His)
>> **Director of National Political Campaigns**
>> @jerryRMT
>> ngpvan.com

4

**From:** Matt Denner <matt@meadowlarkstrategies.com>
**Sent:** Tuesday, October 17, 2023 4:14 PM
**To:** Colin Crowley <colin.crowley@ngpvan.com>; Nina Rhoades <nina.rhoades@ngpvan.com>; Jake Briggs <jakebriggs2023@gmail.com>
**Cc:** Oskar Kaut <oskar@meadowlarkstrategies.com>; Jeremiah Montgomery-Thompson <jeremiah.montgomerythompson@ngpvan.com>; Trent Schacht <trent@meadowlarkstrategies.com>; Megan Evans <megan@meadowlarkstrategies.com>; Aaron Parnas <agparnas@gmail.com>; David <davidmkeith2023@gmail.com>
**Subject:** URGENT: New contract for Phil Ehr for NGP

You don't often get email from matt@meadowlarkstrategies.com. Learn why this is important

Hi folks,

Starting this thread to get everyone on the same page.

Nina at NGP let me know that the Ehr campaign needs a new contract to be completed now that the race Phil is running for has changed. There isn't currently any record of a new contract being signed recently.

If someone on the campaign or compliance team has submitted one recently, can you please let us know here?

Otherwise, you'll need to get started on a new contract.

Thanks,

Matt


--

**Matt Denner | Digital Fundraising Systems & Training Lead**
**Meadowlark Strategies**

matt@meadowlarkstrategies.com

(515) 577-7861

he/him/his

--

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Jake Briggs

Cell: (470) 990-1010

--

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Jake Briggs

Cell: (470) 990-1010

--

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Jake Briggs

Cell: (470) 990-1010

--
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Jake Briggs
Cell: (470) 990-1010