# Exhibit 15

| | |
|---|---|
| **From:** | Cassie Tinsmon <ctinsmon@katzcompliance.com> |
| **Sent:** | Wed, 31 Jan 2024 22:28:57 -0500 (EST) |
| **To:** | Phil Ehr <phil@ehrforcongress.us> |
| **Cc:** | "Avi D. Kelin" <akelin@genovaburns.com>; Obi Umunna <obi@ulegalgroup.com>; Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>; Jake Briggs <jake@ehrforcongress.us>; Rob Ross <celticross2k@gmail.com> |
| **Subject:** | RE: Ehr - Q4 2023 Report Draft |

---

Great, Bradley is working on filing now.  He'll forward confirmation when it's done.

Cassie Tinsmon
President



Ofc: 202-548-0880
Fax: 202-548-0886
Cell: 316-250-4445

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

**From:** Phil Ehr <phil@ehrforcongress.us>
**Sent:** Wednesday, January 31, 2024 8:55 PM
**To:** Cassie Tinsmon <ctinsmon@katzcompliance.com>
**Cc:** Avi D. Kelin <akelin@genovaburns.com>; Obi Umunna <obi@ulegalgroup.com>; Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>; Jake Briggs <jake@ehrforcongress.us>; Rob Ross <celticross2k@gmail.com>
**Subject:** Re: Ehr - Q4 2023 Report Draft

Yes, Cassie.   Thanks.  Phil

On Jan 31, 2024, at 9:41 PM, Cassie Tinsmon <ctinsmon@katzcompliance.com> wrote:

So we are good to file with the report listed on this report with the note Avi said earlier?

Cassie Tinsmon
President

<image001.png>

Ofc: 202-548-0880
Fax: 202-548-0886
Cell: 316-250-4445

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

**From:** Phil Ehr <phil@ehrforcongress.us>
**Sent:** Wednesday, January 31, 2024 8:39 PM
**To:** Avi D. Kelin <akelin@genovaburns.com>

**Cc:** Cassie Tinsmon <ctinsmon@katzcompliance.com>; Obi Umunna <obi@ulegalgroup.com>; Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>; Jake Briggs <jake@ehrforcongress.us>; Rob Ross <celticross2k@gmail.com>
**Subject:** Re: Ehr - Q4 2023 Report Draft

Understood.   Thank you, Avi.

On Jan 31, 2024, at 9:17 PM, Avi D. Kelin <akelin@genovaburns.com> wrote:


Phil, my recommendation is to include a disputed obligation to Grassroots based on FEC guidance for reporting disputed obligations.

My email earlier was regarding whether we should file an amendment for the previous quarter to show the obligation. I would like more information about that before we file an amendment.

> On Jan 31, 2024, at 9:07 PM, Phil Ehr <phil@ehrforcongress.us> wrote:
>
> **Security Warning. This is an EXTERNAL email.**
>
> ---
>
> Cassie,
>
> I'm signing off on this report with the understanding we are not adding the claim by Grassroots Analytics until Avi, per your request, has the opportunity to examine the GA claim more fully.
>
> Thanks,
> Phil
>
>
> On Jan 31, 2024, at 7:21 PM, Cassie Tinsmon <CTismon@katzcompliance.com> wrote:
>
> Ok, we need sign-off by 10 est
>
> On Wed, Jan 31, 2024, 6:20 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>  Please do not file until Phil gives the final ok. He is at an event and Jake is reviewing it with him right after.
>
>
>  Nwabufo "Obi" Umunna , Esq.
>  Umunna Legal Group PLLC.
>  2119 Riverside Ave
>  Jacksonville Florida 32204
>  Ulegalgroup.com
>  C:(904) 536-3796 W: (904) 624-1001
>
>
>
>  On Wed, Jan 31, 2024 at 7:13 PM Avi D. Kelin <akelin@genovaburns.com> wrote:
>   I think we already added the language for the Grassroots obligation.
>
>   If yes, good on my end.
>
>
>> On Jan 31, 2024, at 7:00 PM, Cassie Tinsmon <ctinsmon@katzcompliance.com> wrote:
>>
>> **Security Warning. This is an EXTERNAL email**

2

What was the final outcome?  Can we file?

Cassie Tinsmon
President

<image001.png>

Ofc: 202-548-0880
Fax: 202-548-0886
Cell: 316-250-4445

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

**From:** Avi D. Kelin <akelin@genovaburns.com>
**Sent:** Wednesday, January 31, 2024 3:42 PM
**To:** Phil Ehr <phil@ehrforcongress.us>; Cassie Tinsmon <ctinsmon@katzcompliance.com>
**Cc:** Obi Umunna <obi@ulegalgroup.com>; Jake Briggs <jake@ehrforcongress.us>; Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>; Rob Ross <celticross2k@gmail.com>
**Subject:** RE: Ehr - Q4 2023 Report Draft

Let's discuss the amendment after this filing.

I want to know more about when the campaign received the invoices from Grassroots, what the status of the dispute was, etc.

Avi

<image002.png>

**Avi D. Kelin, Esq.**

Partner

494 Broad St. Newark, NJ 07102

Tel: 973.646.3267 | Fax: 973.646.3267

Vcard | Bio | Website

3

**From:** Phil Ehr <phil@ehrforcongress.us>
**Sent:** Wednesday, January 31, 2024 4:41 PM
**To:** Cassie Tinsmon <ctinsmon@katzcompliance.com>
**Cc:** Avi D. Kelin <akelin@genovaburns.com>; Obi Umunna <obi@ulegalgroup.com>; Jake Briggs <jake@ehrforcongress.us>; Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>; Rob Ross <celticross2k@gmail.com>
**Subject:** Re: Ehr - Q4 2023 Report Draft

**Security Warning.** This is an **EXTERNAL** email.

Please include Rob.

On Jan 31, 2024, at 4:39 PM, Cassie Tinsmon <ctinsmon@katzcompliance.com> wrote:

Okay, we are going to have to deal with the amendment after we get through this.

Any idea if we file it as Phil Ehr for Congress or Senate? It was filed under Senate last time.

Also, flagging that amending for this about of debt will probably trigger an RFAI and is possibly referrable to ADR with the FEC.

Cassie Tinsmon
President


<image001.png>


Ofc: 202-548-0880
Fax: 202-548-0886
Cell: 316-250-4445

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

**From:** Avi D. Kelin <akelin@genovaburns.com>
**Sent:** Wednesday, January 31, 2024 2:26 PM
**To:** Cassie Tinsmon <ctinsmon@katzcompliance.com>; Obi Umunna <obi@ulegalgroup.com>; Phil Ehr <phil@ehrforcongress.us>; Jake Briggs <jake@ehrforcongress.us>
**Cc:** Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>
**Subject:** RE: Ehr - Q4 2023 Report Draft

Yes, if the campaign received the invoice on July 31, 2023 - August 15, 2023, then we should amend for that quarter if possible to reflect when the (disputed) obligation was incurred.


**From:** Cassie Tinsmon <ctinsmon@katzcompliance.com>
**Sent:** Wednesday, January 31, 2024 2:33 PM
**To:** Avi D. Kelin <akelin@genovaburns.com>; Obi Umunna <obi@ulegalgroup.com>; Phil Ehr <phil@ehrforcongress.us>; Jake Briggs <jake@ehrforcongress.us>
**Cc:** Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>

4

**Subject:** RE: Ehr - Q4 2023 Report Draft

**Security Warning.** **This is an EXTERNAL email.**

Do you think we should amend the prior report to disclose the debt to Grassroots? I'm not quite sure when the campaign was made aware of it.

Cassie Tinsmon
President

<image001.png>

Ofc: 202-548-0880
Fax: 202-548-0886
Cell: 316-250-4445

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

**From:** Avi D. Kelin <akelin@genovaburns.com>
**Sent:** Wednesday, January 31, 2024 1:22 PM
**To:** Cassie Tinsmon <ctinsmon@katzcompliance.com>; Obi Umunna <obi@ulegalgroup.com>; Phil Ehr <phil@ehrforcongress.us>; Jake Briggs <jake@ehrforcongress.us>
**Cc:** Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>
**Subject:** RE: Ehr - Q4 2023 Report Draft

Thanks, Cassie.

For the disputed Grassroots amount, I would add "Not an admission of liability; no waiver" after the word Disputed.

For the Jake reimbursement for Hey Florida, I do think the best approach is to undo the transaction as best we can. If possible, that would mean Jake reimburses campaign, Hey Florida reimburses Jake, and then campaign directly pays Hey Florida. That would not be reported until next report, but I do recommend taking those steps.

Avi

<image002.png>

**Avi D. Kelin, Esq.**

Partner

5

494 Broad St. Newark, NJ 07102

Tel: 973.646.3267 | Fax: 973.646.3267

Vcard | Bio | Website

---

**From:** Cassie Tinsmon <ctinsmon@katzcompliance.com>
**Sent:** Wednesday, January 31, 2024 9:17 AM
**To:** Avi D. Kelin <akelin@genovaburns.com>; Obi Umunna <obi@ulegalgroup.com>; Phil Ehr <phil@ehrforcongress.us>; Jake Briggs <jake@ehrforcongress.us>
**Cc:** Anna Foster <afoster@katzcompliance.com>; Bradley Tenenbaum <btenenbaum@katzcompliance.com>
**Subject:** Ehr - Q4 2023 Report Draft

**Security Warning. This is an EXTERNAL email.**

Hi all,

Thanks for your patience as we figured out all the oddities of this report.

Attached is the PDF along with schedule A and B of the report.

A few notes questions (Anna/Bradley – jump in if I'm missing something here):
- We still need the details for Phil's expenses totaling $12,199.27. Can you please send those along asap. (I'm double checking with Bradley, but I think he was missing information.)
- Grassroots – we are under the impression that the amount they claim owed ($175,443.17) is being disputed. We have made a note in the debt purpose on the report. Avi – do we need to do anything else? The FEC says we should add the amount the campaign claims it owes, but I'm not sure what that amount is. Additionally, we weren't aware of the debt so it wasn't listed on the Q3 report, do we need to amend to add it? Or because it was unknown to the campaign (if that's correct), we can just count it as amount incurred this period?
- There are several "in-kinds" from Phil for unreimbursed expenses. It's our understanding that he intends to be repaid for those. We've noted the ultimate payee on schedule b as a memo item since they are in-kinds from the candidate.
- Requests for payments via ActBlue to be reimbursed – We circled up with Avi and he agrees that these should not be reimbursed. Obi – I think you should request a refund and we can make a payment with the campaign debit card (when we get it) or send a check. Avi – Jake was already reimbursed for his tickets to Hey Florida because we didn't catch in the screenshot of his bank statement. It is disclosed on this report. Should we do anything to remedy it at this point?

I think that covers the outstanding issues. Happy to hop on a call sometime today if needed.

Cassie

Cassie Tinsmon
President

<image001.png>

Ofc: 202-548-0880

Fax: 202-548-0886
Cell: 316-250-4445

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful**place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful**place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer**and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.