# Exhibit 16

| | |
|---|---|
| **From:** | Katiana Person <kperson@grassrootsanalytics.com> |
| **Sent:** | Mon, 10 Jul 2023 16:18:34 -0400 (EDT) |
| **To:** | Phil Ehr <philehr@gmail.com> |
| **Cc:** | Diego Dew <diego@grassrootsanalytics.com> |
| **Subject:** | Re: Connecting: Phil Ehr + Grassroots Analytics |

Sounds good! Let me know if you have any questions in the meantime and can't wait to hear from your team.

Best,
Katiana

On Mon, Jul 10, 2023 at 4:16 PM Phil Ehr <philehr@gmail.com> wrote:

Hi Katiana,

Thanks.  It was a pleasure meeting you and your colleague.  My finance team is highly experienced, and also likes your product.  They will reach out when the need arises.  We're not there yet!

Cheers,
Phil

On Jul 10, 2023, at 4:10 PM, Katiana Person <kperson@grassrootsanalytics.com> wrote:

Hi Phil,

This is Katiana with Grassroots Analytics, we met at Florida Leadership Blue this past weekend. I hope you had a great time in Miami.

I wanted to reach out and see if you'd like to discuss more about your soon to be launch date. I'd be happy to go over our services and see how we may be able to work together.

Let me know if you want to schedule something next week and I'm happy to find a time that works.

Best,
Katiana

--



**Katiana Person (she/her)**
East Regional Account Manager
Grassroots Analytics

 

--

**Katiana Person (she/her)**
East Regional Account Manager

GRASSROOTS_00000744



Grassroots Analytics

GRASSROOTS_00000745