# Exhibit 21

| | |
|---|---|
| **From:** | David <davidmkeith2023@gmail.com> |
| **Sent:** | Thu, 27 Jul 2023 11:11:51 -0400 (EDT) |
| **To:** | David Davies <ddavies@grassrootsanalytics.com> |
| **Cc:** | Andrew Donohue <adonohue@grassrootsanalytics.com>; Daniel Hogenkamp <danny@grassrootsanalytics.com>; Diego Dew <diego@grassrootsanalytics.com>; Katiana Person <kperson@grassrootsanalytics.com>; Megan Evans <megan@meadowlarkstrategies.com>; Trent Schacht <trent@meadowlarkstrategies.com>; Meghan McAnespie <meghan@grassrootsanalytics.com> |
| **Subject:** | Re: Ehr <> GA |
| **Attachments:** | Phil_Ehr_for_Senate_FB_+_TW_D_1Iu-nwFXvVKuGUSR4DL77PZIH6crvPYPvw2E6_Ren_sU.docx |

approve

On Thu, Jul 27, 2023 at 10:54 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
Hi team,

Following up here today with some new copy that I want to test on FL-only audiences today. Let us know if it's approved, or if you have any edits!

COPY FOR APPROVAL
Hey {firstName}, it's Phil Ehr, 26 year Navy Veteran and the only Democrat running for Senate here in Florida.

I'm reaching out because I know you haven't given up on our home. And despite what naysayers and the national media might say, I promise I won't either.

Florida is worth saving. And we aren't far away from achieving progress and stopping Republicans' assault on our state.

But you don't have to take my word for it: a new poll shows that when voters hear my story of service, they support me over Rick Scott 46%-44%.

We can WIN this race. But only if we invest early to reach voters across Florida and that is going to be expensive.

So I'm asking you to make a choice right now:

- We can either give up on Florida and let Republicans like Rick Scott, Matt Gaetz and Ron DeSantis solidify their power.

OR

GRASSROOTS_00002247

- We can UNITE as Democrats and build a powerful movement and prove to the GOP they don't own our state.

I need XXX Democrats to chip in to make this moment count and spread my message to undecided voters across Florida. Can I count on you to chip in $XX and prove we can unseat the GOP? LINK

Let's show them our strength,
Phil Ehr

Stop 2 End
###

On Tue, Jul 25, 2023 at 3:15 PM David <davidmkeith2023@gmail.com> wrote:
Approved

On Tue, Jul 25, 2023 at 3:13 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
Hi David,

Following up here with the copy for the Matt Gaetz Rapid Response. Planning to use the screenshot sent in the chat unless you have another photo.

COPY FOR APPROVAL
{firstName}, it's Phil Ehr, Democrat running to defeat Rick Scott. Did you see this?!

Matt Gaetz just attacked me to defend Rick Scott. That's right - the same Matt Gaetz that is under an ethics investigation for sex trafficking!

This is the guy Rick Scott is using as his online pit bull because they are nervous about my campaign. And they should be.

Rick Scott only won by 10,033 votes last time - and his time in the Senate is up. As a 26-year Navy Veteran, I have always responded to the call of duty - and Florida and America deserve better than Senator Rick Scott.

{firstName}, we need your help NOW to keep up our momentum and have the resources to fight back against Matt Gaetz and Rick Scott's attacks. Will you chip in $10 NOW?

Here's the link: LINK

Stop 2 End
###

On Tue, Jul 25, 2023 at 9:00 AM David <davidmkeith2023@gmail.com> wrote:
Still waiting on manny

2

Did you see the info from the moms demand leader who is willing to text?

Also,  how are we doing?
On Mon, Jul 24, 2023 at 4:17 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
Not at the moment, but sending out a fresh round of tests now and we've seen these messages have decent tails which can boost performance overall.

On Mon, Jul 24, 2023 at 4:04 PM David <davidmkeith2023@gmail.com> wrote:
Thanks

Anything near 40%?

On Mon, Jul 24, 2023 at 4:01 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
Results have been a little slow, but am going to keep pushing and testing different audiences.

On Mon, Jul 24, 2023 at 3:41 PM David <davidmkeith2023@gmail.com> wrote:
Imminent

How's the other testing?

On Mon, Jul 24, 2023 at 3:40 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
Thanks for passing this along! Wanted to check in again on the Manny surrogate copy.

On Mon, Jul 24, 2023 at 3:39 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
Also, wanted to pass this along this GIF as well. We are still working on copy to accompany, but was an idea we had our design team get ready for us in advance that I thought was worth sharing.

https://www.dropbox.com/scl/fi/4qionhtszk1db3oms6ltm/Ehr_SinkSocial_072123_500x282.gif?rlkey=chkoplmzmaj03ncqpqcqhrq7e&dl=0

On Jul 24, 2023, at 11:59 AM, Trent Schacht <trent@meadowlarkstrategies.com> wrote:

Hey all, making sure you have access to the actual poll GIF we created for this
https://www.dropbox.com/scl/fi/oxdbym3fzkdo2zdhm1oos/Ehr_PollGif_07192023_Email.gif?rlkey=81wp8y8vzmorsy6qsjzjl0mzc&dl=0

The Fire Rick Scott image is working well on static social ads FWIW, but making sure that for this polling specific copy you've got the correct asset.

GRASSROOTS_00002249

Thanks!

-Trent

On Jul 24, 2023, at 11:42 AM, Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:

Hey Team,

Wanted to send over some fresh copy, let us know if you have any edits or thoughts.

Thanks,
Andrew

V1:
POLL GIF

{firstName}, Democrat Phil Ehr here. A brand-new poll shows that once voters hear my story, I'm LEADING Rick Scott in Florida.

But reaching voters is expensive all across the state and we need to start NOW. So I'm setting a rapid response $50,000 midnight goal so we can spread my message as far as possible. Can you rush anything right now to DEFEAT Rick Scott? LINK

V2:



Hello {firstName}, it's Phil Ehr here, the ONLY Democrat running to defeat Republican Rick Scott for Senate in Florida.

Rick Scott has shown us over and over again exactly who he is. He voted to OVERTURN the 2020 election. He released a plan to SLASH Social Security and Medicare. And he enabled Donald Trump at every opportunity.

4

We can do better. That's why I'm running for Senate. But I can't win without your support and this race isn't going to be easy. Mitch McConnell is already preparing to pour MILLIONS into Florida to save Rick Scott.

We're setting an aggressive goal to raise $50,000 by midnight to fight back against McConnell's dark money. Can you chip in just $X to power my campaign? LINK

Every donation makes a difference.

Phil Ehr

V3:



{firstName}, it's Phil Ehr, Navy Veteran of 26 years and the Democrat running to FIRE Rick Scott.

Rick Scott only won by 10,033 votes in 2018 and new polls show that this election is going to be HIGHLY COMPETITIVE.

But Mitch McConnell is planning on spending MILLIONS to defeat me and if we don't have the resources to fight back, our campaign could lose critical momentum.

But the good news is, when a campaign is funded by mostly grassroots donations, we can catch up QUICK.

That's why I'm asking you today: can you rush just $X to help me hit my $50,000 rapid response fundraising goal? Every dollar you donate will go directly towards DEFEATING Rick Scott. LINK

Let's do this together.

Phil Ehr


On Mon, Jul 24, 2023 at 11:45 AM David <davidmkeith2023@gmail.com> wrote:

GRASSROOTS_00002251

As we wait for Manny....

Gay Valimont is the state leader of Moms Demand Action. She just told us she is personally endorsing and will sign off on text and email.

So that is some content we can use now.

On Mon, Jul 24, 2023 at 10:24 AM David <davidmkeith2023@gmail.com> wrote:
Waiting on Manny. Let's test some other stuff too and lets keep scaling

@ Trent and @ Megan pls send best copy

On Mon, Jul 24, 2023 at 10:01 AM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
Hey David!

We are definitely able to keep scaling today, wanted to check in on the status of the surrogate copy we sent over last week too. Also if you have seen any copy be high performing on your end, let us know, we can definitely incorporate that as well.

Thanks,
Andrew

On Fri, Jul 21, 2023 at 2:25 PM David <davidmkeith2023@gmail.com> wrote:
Hi all thanks for the great first week.

I really want to stay as agressive as can be and scale, even at a lower ROI.

What is the next step ?

On Thu, Jul 20, 2023 at 4:08 PM David <davidmkeith2023@gmail.com> wrote:
Thanks. To be clear this is NOT approved yet. I will send it to him now.

On Thu, Jul 20, 2023 at 4:07 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
Please also see below for our proposed copy for the Manuel Oliver surrogate text.

COPY FOR APPROVAL
{firstName}, my name is Manuel Oliver. I lost my son Joaquin in the Parkland mass shooting five years ago.

With each passing day, another community is forced to feel the pain my family will forever live with, and elected leaders are still failing to step up to the moment.

GRASSROOTS_00002252

Phil Ehr will be a gun violence prevention champion in the U.S. Senate and I'm filled with hope that he will WIN and retire NRA-owned Rick Scott.

We know that one politician won't be the answer, but this a critical opportunity to send another NRA-owned politician into retirement.

Rick Scott LOSING is the NRA's worst nightmare. Democrats lost this Senate by just 10,033 votes in 2018 - and I know Phil Ehr intends to WIN it back.

We need to help Phil's campaign reach their $500,000 launch goal to fight back against the MILLIONS the GOP and NRA will pour into Florida. Will you chip in $25 to elect Phil Ehr and send a gun violence prevention champion to Congress? >> LINK

Stop 2 End
###

On Thu, Jul 20, 2023 at 3:44 PM David <davidmkeith2023@gmail.com> wrote:
approved


On Thu, Jul 20, 2023 at 3:43 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
New copy for approval below!

COPY FOR APPROVAL
Version 1:
Democrat Phil Ehr here – & I'm feeling grateful. Thousands of grassroots folks like you have stepped up to help us retire Rick Scott & flip Florida blue.

Democrats can WIN this seat back - Rick Scott flipped this seat by only 10,033 votes in 2018. But we need to have the resources to get our message to voters across Florida.

Mitch McConnell and the GOP will pour MILLIONS into Florida to re-elect Rick Scott - especially during a Presidential election. But if we unify as Democrats we can retire Rick Scott and end his career of corruption. Will you join our campaign and chip in $10 now? LINK

Stop to End
###

Version 2:
$10.

If you knew that just $10 would mean Democrat Phil Ehr replaced Rick Scott in the Senate, wouldn't you donate it right now?

If you knew that $10 meant we could protect Social Security and Medicare from Republican plots to destroy it, wouldn't it be the best $10 you ever spent?

7

$10 may not seem like it can do all of that, but we are here to tell you it can.

Thousands of people have already chipped in their $10 to accomplish those goals. Now all of those people are hoping you - {firstName}, will join them.

That's how we'll out-raise Rick Scott's deep-pocketed donors and the MILLIONS Mitch McConnell and the GOP will pour into Florida. That's how we'll WIN.

But right now we're still behind on our Founding Donor goal of $500,000. Hitting our goals will be the difference in this race.

Please, will you contribute $10 before midnight to elect Phil Ehr to the United States Senate and flip this seat back to Democrats? LINK

Thank you,
Phil Ehr for Senate

Stop to Quit
###

On Thu, Jul 20, 2023 at 11:55 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
Thanks!

On Thu, Jul 20, 2023 at 11:40 AM David <davidmkeith2023@gmail.com> wrote:
Approved.

On Thu, Jul 20, 2023 at 11:06 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
Thanks Trent and team! Please see below for some new proposed copy around the poll. Let us know if you have any edits, or if this is approved.

Copy for Approval
{firstName}, we can defeat Rick Scott in 2024. How do we know that? It's all in the polling data.

When polling a "generic Democrat" against Rick Scott - voters support Rick Scott by ONLY a four-point margin.

Now, what happens when Retired Navy Commander Phil Ehr joins the race? Those same voters support Phil by a 2% margin. The data is clear: Once voters learn about Phil, the Florida Senate race becomes a TOSS-UP.

Now, here's where we need your support. As of last night, we're still short of our $500,000 Founding Donor goal.

But if everyone reading this text chips in $10, $25, or whatever you can afford, we'll hit our goal

GRASSROOTS_00002254

to raise the funds we need to spread Phil's story all across the state. That's how we win this "TOSS-UP" race and RETIRE Rick Scott.

So what do you say, {firstName}? Can you contribute $10, $25, or whatever you can afford, to help us hit our $500,000 goal so we can share Phil's story across the state and RETIRE Rick Scott? Chip in now >> LINK

Thank you,
Team Ehr (a.k.a. The Ehr Force)

Stop to End
###

On Wed, Jul 19, 2023 at 6:43 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
Hey all, here's the link to download the polling GIF we've got
ready. https://www.dropbox.com/scl/fo/j05ydfdii8uo5fv67o4qy/h?rlkey=0vzzguxbsjqy6uow996
6wzi87&dl=0

And approved copy we're planning to use on email side is pasted below — any idea when y'all may try to test this out?

We're planning to get things up beginning tomorrow on social.

Thanks,

-Trent

Hey {{ FirstName | default: 'there' }},

We can defeat Rick Scott in 2024. How do we know that? It's all in the polling data.

Let's say a generic candidate — we'll call him "generic Democrat" — decides to challenge Rick Scott. Knowing nothing about this candidate, survey respondents support Rick Scott by a four-point margin.

[GIF HERE]

[DONATE]

Now, what happens when Retired Navy Commander Phil Ehr joins the race? Once learning about Phil's values and background of public service, those same voters support Phil by a 2% margin. The data is clear: Once voters learn about Phil, the Florida Senate race becomes a toss-up.

Now, here's where we need your support. Last night, we fell just short of our $500,000 fundraising goal. But since we're so close to reaching it, we've extended our deadline until

GRASSROOTS_00002255

midnight tonight. If everyone reading this email chips in just $3, we'll hit our goal to raise the funds we need to spread Phil's story all across the state. That's how we win this "toss-up" race.

<u>Can you contribute $3 to help us hit our $500,000 goal so we can share Phil's story across the state and retire Rick Scott? Chip in now >></u>

Thank you,

Team Ehr (a.k.a. The Ehr Force)

On Jul 19, 2023, at 3:22 PM, David <<u>davidmkeith2023@gmail.com</u>> wrote:

approved

On Wed, Jul 19, 2023 at 4:21 PM David Davies <<u>ddavies@grassrootsanalytics.com</u>> wrote: Here's 3 versions of follow-up copy we want to test to our best performing audiences from yesterday. Let us know if you have any edits or if these are approved.

<u>Copy for Approval</u>
<u>Version 1:</u>
It's Democrat Phil Ehr. I'm asking you to make a pivotal choice today. You can either sit on the sidelines and let Rick Scott and the GOP destroy Social Security, Medicare and all our critical progress, or you can step up with $25 before midnight to FIRE Rick Scott and EXPAND our Democratic Senate majority. Please, will you chip in $10, $25 or whatever you can afford and become a Founding Donor TODAY? >> LINK

Stop to End
###

<u>Version 2:</u>
If everyone reading this text chipped in just $25 to help flip Florida blue, we'd have what we need to hit our Founding Donor goal.

Rick Scott will have the FULL backing of Mitch McConnell, the GOP establishment and corporate special interests – so if we fall short now, we may never catch up.

This is the last call: Will you chip in $25 by midnight to flip Florida BLUE & fire Rick Scott? LINK

– Democrat Phil Ehr

Stop to End
###

GRASSROOTS_00002256

Version 3:

It's Democrat Phil Ehr & is there ANYTHING I can say to convince you to chip in before midnight tonight? We're still short on our Founding Donor goal. And with the GOP already preparing to pour MILLIONS into Florida to defend Rick Scott's record of corruption, we need your help. We can flip Florida blue and expand our Senate majority so please, before midnight, chip in and become a Founding Donor: LINK

Stop to End
###

On Wed, Jul 19, 2023 at 2:08 PM David <davidmkeith2023@gmail.com> wrote:
Approved

On Wed, Jul 19, 2023 at 1:52 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
Hi team,

We want to try and go after some high-dollar donors today alongside the regular push. Please see below for our proposed copy. Let us know if you have any edits, or if this is approved.

COPY FOR APPROVAL
Hello {firstName}, it's Phil Ehr here, the ONLY Democrat running to defeat Republican Rick Scott for Senate in Florida.

I'm reaching out because of your generous support of Democrats to ask you to make a contribution to my campaign as a Founding Donor. But first, let me explain why chipping in to my race is one of the most impactful donations you can make - especially today.

In 2018, Rick Scott only won this seat by JUST 10,033 votes. Before that - Democrats had held this Senate seat for 18 years. Democrats can win this seat again - and that's what I intend to do.

The Democratic Senate Majority hinges on me unseating Rick Scott in Florida. Mitch McConnell and the GOP know this and they will rush him millions to defeat me.

No single person can win an election alone. It's going to require all of us.

We've set an ambitious Founding Donor Goal of raising $500,000 for the launch of this campaign. Hitting this goal will give us the momentum we need to defeat Rick Scott and flip Florida BLUE.

So, {firstName}, can I count on you to chip in $XXX - or more, to our campaign at this pivotal moment? LINK

Stop to End
###

On Wed, Jul 19, 2023 at 8:42 AM David <davidmkeith2023@gmail.com> wrote:

GRASSROOTS_00002257

As I told David yesterday, let's keep pushing

On Tue, Jul 18, 2023 at 4:36 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
Here you go! https://ehrforsenate.us/toplines-june2023/

On Jul 18, 2023, at 3:31 PM, David <davidmkeith2023@gmail.com> wrote:

Megan/Trent can you please send all of our polling information to GA so they can maybe test some of those numbers?

Any graphics on the poll too pls.

DK

On Tue, Jul 18, 2023 at 1:57 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
Can you give me call at 954-531-5944?

On Tue, Jul 18, 2023 at 1:53 PM David <davidmkeith2023@gmail.com> wrote:
Any room to scale? Should we try other creative? Different targets?

On Tue, Jul 18, 2023 at 1:41 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
Returns a bit slower but we are still monitoring. We are sending some additional texts on the first variant and cutting the other two based on the initial results.

On Tue, Jul 18, 2023 at 12:36 PM David <davidmkeith2023@gmail.com> wrote:
How are we doing? Anything going wrong?

On Tue, Jul 18, 2023 at 11:51 AM David <davidmkeith2023@gmail.com> wrote:
sounds smart. love it

On Tue, Jul 18, 2023 at 11:44 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
Would rather hold on adding that in. Our goal is to always minimize the friction on the page! Once they click the link we want them to just see the buttons and donate!

On Tue, Jul 18, 2023 at 11:40 AM David <davidmkeith2023@gmail.com> wrote:
maybe put the announcement video in?

you tell me i defer to your expertise

On Tue, Jul 18, 2023 at 11:40 AM David <davidmkeith2023@gmail.com> wrote:
looks great good to go

On Tue, Jul 18, 2023 at 11:29 AM David Davies <ddavies@grassrootsanalytics.com> wrote:

GRASSROOTS_00002258

That test size will be robust enough. Here's the form I just created for our texts. I've optimized the form to boost mobile conversions as much as possible. Will follow up once texts are going out and we'll monitor as well.

On Tue, Jul 18, 2023 at 11:18 AM David <davidmkeith2023@gmail.com> wrote:
Those two addresses have been added. Please let me know when we have commenced.

On Tue, Jul 18, 2023 at 11:15 AM David <davidmkeith2023@gmail.com> wrote:
Approved.

These two email addresses are being added now.

is this test robust enough?

On Tue, Jul 18, 2023 at 11:12 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
Hi David,

Please see below for three proposed versions of copy. Let us know if you have any edits or if these are approved.

We would love to start with a $6k test split across all three versions ($2k each). Could you also add me (ddavies@grassrootsanalytics.com) and Andrew (adonohue@grassrootsanalytics.com) to Actblue? This helps us monitor results and will allow us to quickly scale as needed.

copy for approval
*Version 1:*



Hey {firstName}, it's Phil Ehr, the Democrat running to defeat Rick Scott.

As a 26-year Navy Veteran - I have always answered the call of duty. That's why I'm running against Rick Scott — the Senator from Florida with a shameful history of violating the public

GRASSROOTS_00002259

trust, defrauding taxpayers, and coddling Trump and his self-serving MAGA allies.

We can defeat Rick Scott in 2024, but Mitch McConnell and Trump will do everything to stop us and keep Florida RED. But, {firstName}, we can unseat Rick Scott and flip FLorida BLUE. Can I count on you to become a Founding Donor and chip in $XX today? >> LINK

Stop to End
###

*Version 2:*



{firstName}, it's Phil Ehr, the Democrat running to defeat Rick Scott.

In 2024, we have the chance to replace Rick Scott. With a history of corruption, incompetence, and deep ties to the Republican establishment, we know where his loyalty lies, and it's NOT with the people of Florida.

So {firstName}, I'm asking you to make a choice:

- We can let Rick Scott win re-election and destroy Social Security and Medicare as we know it.

- OR we can unite as Democrats right now to UNSEAT Rick Scott and flip Florida BLUE.

We can defeat Rick Scott in 2024, but Mitch McConnell and Donald Trump will do everything to keep Florida RED. So we need to build our resources now - or we risk falling behind on Day One.

{firstName} if you're ready to FIRE Rick Scott, can we count on you to become a Founding Donor and chip in $XX TODAY?  >> LINK

Stop to End

GRASSROOTS_00002260

###

*Version 3:*



{firstName}, it's Phil Ehr, the Democrat running to defeat Rick Scott.

In 2018, Democrats lost this Senate seat by ONLY 10,033 votes. And before that? Democrats had held this same seat for 18 years. Rick Scott can and will be defeated - and that's what I intend to do in 2024.

The choice is clear:

- We can allow Rick Scott to WIN and end Social Security and Medicare as we know it…

- OR we can unite as Democrats to FIRE Rick Scott and end his political career.

{firstName}, Democrats can win again in Florida and defeating Rick Scott will be the start to a brighter future for ALL Floridians. Mitch McConnell and Donald Trump will do everything to keep Florida RED, but I know we can win this race. Will you become a Founding Donor to our campaign and chip in $XX to replace Rick Scott? >> LINK

Stop to End
###

On Tue, Jul 18, 2023 at 10:18 AM David <davidmkeith2023@gmail.com> wrote:
may want to use todays trump news as a hook

his numbers suck in florida and phil can go the extra mile going after him

On Tue, Jul 18, 2023 at 9:40 AM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
Hey all, here is a doc w some of the other approved language + creative we're using for ads. https://docs.google.com/document/d/1Iu-nwFXvVKuGUSR4DL77PZIH6crvPYPvw2E6_Ren_sU/edit?usp=sharing

15

Let us know if you need anything else from our end.

Best,

-Trent


On Jul 18, 2023, at 8:30 AM, Diego Dew <diego@grassrootsanalytics.com> wrote:

Got it. We should be on track to launch by noon eastern.

Countersigned agreements attached for your records.

Best,
Diego

On Tue, Jul 18, 2023 at 9:22 AM David <davidmkeith2023@gmail.com> wrote:
From my point of view, lets go hard and aggressive. Phil ehr is a great profile against Scott and all the other insane senators/gop people.

let's just stay careful on policy positions if they are included in the test.

looking forward.

dk

On Tue, Jul 18, 2023 at 9:18 AM Diego Dew <diego@grassrootsanalytics.com> wrote:
Great, thank you, David. We will huddle up internally on a test that makes sense.

Trent and Megan — Thank you for sharing copy last night. Do you have any additional email, website, or digital ad language you can share here? We will begin drafting versions as well to test.

On Tue, Jul 18, 2023 at 9:14 AM David <davidmkeith2023@gmail.com> wrote:
I am happy to go much larger with a test than that as long as we have the 30 day invoice policy in place.

please work with trent and megan to ensure we are testing everything we can. i want to scale everywhere possible, as Daniel knows.

the document you sent has been signed

On Tue, Jul 18, 2023 at 9:13 AM Diego Dew <diego@grassrootsanalytics.com> wrote:
Hi David,

GRASSROOTS_00002262

I just sent the services and data licensing agreement over via docusign.

To confirm, did the team want to start with a $5k test? We can test out a couple different audiences depending on copy.

Let us know,
Diego
(650) 743-8554

On Tue, Jul 18, 2023 at 8:05 AM David <davidmkeith2023@gmail.com> wrote:
How are we doing here folks?

On Mon, Jul 17, 2023 at 9:48 PM David <davidmkeith2023@gmail.com> wrote:
I will approve very quickly as long as there are no typos


On Mon, Jul 17, 2023 at 9:46 PM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
Awesome, we do have some strings to pull on 10DLC in the morning but we also have some unregistered numbers we can use in the morning pre-10DLC. We will follow up in the morning with various copies and our plan and get sending as soon as you approve.

On Mon, Jul 17, 2023 at 9:44 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
Hey all, I know we've experienced some serious lag on the 10DLC verification for some other clients — but if your team has any pull w Campaign Verify or whoever you've typically used w the 10DLC setup to move things along that would be great.

Hash file is attached, as is video screenshot to go with the launch text copy below. Will look for the P2P paperwork.

Hey, it's Phil Ehr. I'm a 26-year Navy Veteran who has always answered the call of duty. Today, I announced my campaign against Rick Scott — the FL Senator with a shameful history of violating the public trust, defrauding taxpayers, and coddling Trump and his self-serving allies. We can defeat Rick Scott in 2024, and I'm the candidate to do it. Click this link to watch my video, and then chip in $10 or more to help me get this campaign launched from Day 1: [LINK]

Thanks!

-Trent

GRASSROOTS_00002263

On Jul 17, 2023, at 8:05 PM, David <davidmkeith2023@gmail.com> wrote:

Daniel - can you help turn around a token quickly? we're ready to go otherwise

On Mon, Jul 17, 2023 at 7:05 PM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
On our end, we can get started as soon as we get a 10DLC duplicate token, and some copy that
y'all have been using to date, as well as the cell phone hash. @Diego Dew will send the P2P
paperwork.

On Mon, Jul 17, 2023 at 6:54 PM David <davidmkeith2023@gmail.com> wrote:
Now full digital team is looped in

On Mon, Jul 17, 2023 at 6:50 PM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
Looping in Kati and Diego for paperwork!

On Mon, Jul 17, 2023 at 6:49 PM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
Hi yes,

We need the 10DLC duplicate token, and some copy that y'all have been using to date, as well as
the cell phone hash.

On Mon, Jul 17, 2023 at 6:18 PM David <davidmkeith2023@gmail.com> wrote:
That's what Daniel mentioned

Folks, as long as we have the 30 day policy in place, I'm game to go wide with tests and a fast
aggressive scale up

Let's move - happy to sign

On Mon, Jul 17, 2023 at 6:17 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
Thanks David. Hey guys, please let me know what you need from us — I assume email + cell
hash files are the first step but let me know if there is anything else right away. I can have the
link for both cell and email files ready shortly.

Thanks,

-Trent

On Jul 17, 2023, at 5:00 PM, David <davidmkeith2023@gmail.com> wrote:

Can we get moving here?

GRASSROOTS_00002264

On Mon, Jul 17, 2023 at 5:30 PM David <davidmkeith2023@gmail.com> wrote:
+ Trent

30 day invoicing with no up
Front costs sounds

Assuming that's good still after Daniel
And I spoke? I'd like to move foreword

Trent is our lead and has to be included on everything

On Mon, Jul 17, 2023 at 5:20 PM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
Hey David,

This is David Keith the launch advisor for Phil Ehr for Senate. He is going to connect us with the digital firm for some P2P tests around the Ehr launch.

David connect us ASAP and we can get things going,

--
Daniel Hogenkamp
CEO of Grassroots Analytics
danny@grassrootsanalytics.com
802-353-1828 (c)

--
Daniel Hogenkamp
CEO of Grassroots Analytics
danny@grassrootsanalytics.com
802-353-1828 (c)

--
Daniel Hogenkamp
CEO of Grassroots Analytics
danny@grassrootsanalytics.com
802-353-1828 (c)

--
Daniel Hogenkamp

GRASSROOTS_00002265

CEO of Grassroots Analytics
danny@grassrootsanalytics.com
802-353-1828 (c)

--
Daniel Hogenkamp
CEO of Grassroots Analytics
danny@grassrootsanalytics.com
802-353-1828 (c)

--

  Diego Dew (he/him)
Vice President of Revenue
Grassroots Analytics


--

  Diego Dew (he/him)
Vice President of Revenue
Grassroots Analytics


--

GRASSROOTS_00002266




Diego Dew (he/him)
Vice President of Revenue
Grassroots Analytics

<2023_Phil_Ehr_P2P_Services_Agreement_7.18.23_SIGNED.pdf><2023_Phil_Ehr_Data_License_Agreement_7.18.23_SIGNED.pdf>

--




David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

--





David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

--

GRASSROOTS_00002267



David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

--



David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

GRASSROOTS_00002268