Exhibit 22

iMessage
Jul 17, 2023 at 4:44 PM

Hi this is David. Helping Phil Ehr with the launch he asked me to reach out. Who is this?

Danny Hogenkamp. I run big political tech company. You with digital firm or campaign?

Happy to hop on phone

Can I call you at 5:30?

I'm a consultant

I have a dinner at 530. 515 work?

What are you thinking? We're being pretty aggressive but happy to scale wherever there is ROI

Yes re; 5:15

We have every donor cell in the country, and raised $6.6mm for Val Deming's on our P2P rental tool

Basically we rec the same thing for every launch

Spend a few k on several types of copy to different groups

Happy to go forward if you have a payment plan

We can move money daily

Target val donors, Florida donors, viral donors — then a few forms of copy

If the immediate ROI is above 100% you scale scale scale

I like it

Everyone does!! Thats why I tried to grab yall. Can yall ASAP register for 10DLC?

We already have it

We've been texting a lot today

1

It's going well but def want to expand

Awesome

Can I connect you with our text team to get that token and dlc stuff squared asap?

We have to discuss payment first as we're just starting an need flexibility

You free now for call?

I can just hop on now?

5:15

Ok

Just tried you

You around?

??

Lost you

Davidmkeith2023@gmail.com

Send email!

Loop us in, and we will make asks of what we need on our end

Done sent let's move fast

How quickly can we be up with tests and scaling?

Today

Lets go

Jul 17, 2023 at 9:10 PM

Can you expedite 10DLC?

2

GRASSROOTS_00004157

We can get it expedited

Did yall send a hash or test copy?

Trent doing now

I dont see that

I want to go BIF

BIG

Hell ya

On it

I do not want to be conservative at all. I got roped in here last min

I stupidly assumed you were all involved

Just stay close to me here and I'll get everything rolling

I want to go hard very very fast

The minute I raise $1 I'll spend it

I want to build

Hell ya man we are ready to roll, we just need the hash and some of the copy you have been using

Im assuming your digital firm has signed off?

Trent is on it

Yes

ok ok

They will do what I say

I'm in charge not them

Lol great

3

I want to keep Debbie out. Tell me what to do and I'll do it

Money is not a concern. We'll raise it

Its just testing P2P — probably tomorrow morning because you can't send after 10 PM EST — and then finding copy that can scale, and then full gas until immediate ROI falls below 75% or so

But we need a duplicate token — digital firm probably has — the mobile hash, and some copy

They have the hash and copy

You will have no problems with getting green light to fully gas

Hell ya I am really excited

Everyone tells me I'm wrong but I actually think Debbie may ultimately not run

She doesn't think Phil is as real as he is

Ive chatted with Debbie and DSCC

We had a big day

Debbie is hemming and hawing

And arent stopping

I spoke to the DSCC today

I want her out

She likes the speculation more than the potential grind

I want to shock people

Just tell me what to do

Love it man

I don't care about cash on hand

I care about building

4

GRASSROOTS_00004159

Stuff is in your inbox now

This copy did real good today

Tell us if you want more content

Push my digital people as hard as you want

The more we raise the more we spend

Love it

We will try several different copies and like having a say

On the copy

So all good

We will get tests out in the morning and push 10DLC

Can't send after 10 PM

Yep

It's ok.

But we will get the space laser ready to go for the morning

Treat tomorrow as your launch day

Ya know?

Oh I mean for new people

We can keep sending launch copy for a week +

They dont know

I know

I fully believe beating Rick Scott can work nationally. He's a villain

Just have to remind people

He's not some back bencher

5

GRASSROOTS_00004160

this any places to talk about ya

you been a consultant since Bryce?

In and out of consulting since then

Managed 20 but have been mostly corporate and grasstops because I don't really like campaigns

I like Phil and think this one has legs

Ya know?

Yea Phil is great. I think he can raise a ton and be the nominee. General election could be closer than people think — and just need a little luck

Yes

I want to raise a ton by this Sunday

And then scare Debbie out

You're more than welcome to let her know :)

Just go full gasoline on the fire I have your back. I'm not known for being particularly scared of these types of uphill risks

Jul 18, 2023 at 7:43 AM

Good morning

Let's have a big day

On it!

Will have stuff in your inbox in a bit

Thanks brother

Pumped to work together

Hell ya

Tests will go out at noon

earliest you cant test national audiences

Florida we can start a bit earlier

6

I signed

Pls go as large as possible

See email. Let's not be conservative

in it

On it**

Let's get this to be $250k today

Click to Load Preview

twitter.com >

Prepping away on our end

Ty

We use source codes so we can scale in real time right?

Yea

Don't feel shy about hitting trump and desantis

How much you think we can raise out of the gate with your lists ?

I just green lit the tests

Let's discuss my ███████████████ later

It's a big one would love you all to help

Depends on the tests

They are starting to go out in next 30

Hell ya

7

When works later for you?

Depends on the tests

Lmk. What range you hoping for?

When works later for you?

After 3

Anything over 100 can be scaled immediately

Great

How we doing?

One second david will try and call you

David Davies

He's gonna email you

He has the live data

I just barge in every 2 hours between meetings

All good

Jul 18, 2023 at 3:39 PM

When can you chat about ███ budget?

One hour

430??

Yes

8

GRASSROOTS_00004163

Need 20-30 will call

Take a look at the fl stuff too and lmk what you think?

We're pushing hard lmk if we should go harder

Just call when ready

I'm gonna go play basketball at 530 and be back online 7-10

Cool

Gonna head to hoops

Can chat again after 7

Dealing with wife

After bball let's get on phone

Ok!

Jul 18, 2023 at 9:38 PM

**Phil Ehr**
I'm trying to get us to $500k by Monday

If we have to spend $600k to do it that's fine.

We're at $250k now
So need to double in 4-5 days

I bet we
Can!

Fuck if we have to
Spend $700k to
Do
It, fine.

This will all pay off!

What are you hearing re Debbie?

Agree

Yes

GRASSROOTS_00004164

... some place 11 tomorrow

Ill report back then

Let's just go
Big big big

I think Debbie ultimately doesn't pull trigger

She wanted this nomination handed to her

Phil's profile
Resonates with donors

I told David Davies today, I want to get him in front of every single donor on text we can. Even if there is a 50% ROI, I'll take the risk.

It's as much political as it is financial

Let's talk █████ in am if you can. Sorry my day go fucked up

████████ is seeding this account so we have start up capital

Yes. Lets

When works for you?

After 9 before 1

10 AM?

Good

Sent invite and I'll call

Perfect. This is perfect

Jul 19, 2023 at 3:34 PM

Hearing much out of fl?

Waiting to hear from Michelle

Jul 19, 2023 at 5:20 PM

Feel free to say how aggressive we are being

10

GRASSROOTS_00004165

Jul 19, 2023 at 10:34 PM

What's the latest?

Jul 20, 2023 at 11:57 AM

Please keep this between us:

Michelle's business partner told me Debbie is getting cold feet

Please tell Davies to double
Down. Even if ROI
Is super risky, let's scale dude...

Michelle being coy now

Let's double the fuck down

I like Michelle she is terrific

But I want zero primary

Phil is the right profile for this race

I'll do whatever you suggest

Jul 20, 2023 at 1:24 PM

We wanna ensure high Roi and slow and steady each day trying to get spend towards 30 or 40k with 70% Roi

Test test test

Ok!

Optimistic?

Jul 21, 2023 at 11:37 AM

How
We doing!

?

Jul 21, 2023 at 2:05 PM

With Debbie?

Or with Fbr?

11

Both

Folks telling me Debbie has gone silent

Jul 22, 2023 at 4:46 PM

Haven't heard from Davies. When we getting back to testing for Ehr?

Hope you're well'

Jul 23, 2023 at 3:42 PM

Monday morning

We will hit it pretty hard again

Brainstorming new angles and copy and targeting on Monday

Let's go scale on anything above 40%

Debbie likely waiting to assess In September im told

Hell ya and I haven't heard anything I trust yet. Still waiting for Michelle to get back from Cali.

Dade county folks telling me she's suspicious that she can raise the money needed

Push like a mad man. I'm all in

Jul 25, 2023 at 4:37 PM

Manny Oliver just approved

Told Davies

Bombs away

Let's go!

Boom

Jul 26, 2023 at 5:47 PM

At doctor

12

Is everything ok?

Ya just heard some news

I'll call later

Ty

She ain't gonna run bro

Jul 26, 2023 at 9:21 PM

I'll call you in AM

Want to keep pushing Ehr everywhere we can

Aggressive as can be

Jul 27, 2023 at 7:54 AM

awesome

Jul 27, 2023 at 2:36 PM

How is the email side of things going?

Slow

Deliverability is low

they need open and click data

Yall should get on our free click collective

Get access to each email's most recent open and click

Can you pls propose on the thread to Trent

I can side bar with meadowlark

Ya

Tell him I told you to

Yea

13

Great

They are really sending it today on texting

All of Florida mobiles

Love it

Keep going pls pls pls

I don't want a primary

I told Davies I'll spend $700k to raise $1,000,000

Lol we got it

:)

Jul 27, 2023 at 5:03 PM

Pls let Trent from meadowlark know about that deliverability tool

Emailed them!

3 hours ago or so

This will help
With fundraising



**The 10 Senate seats most likely to flip in 2024 | CNN Politics**
cnn.com

14

Nice va

Jul 30, 2023 at 1:51 PM

Hearing anything new re; Debbie?

Nope

Will circle back this week tho

Thanks

Jul 30, 2023 at 3:59 PM

**Idea**
What can we do to make her aware that Phil is getting to the online crowd first, and in a real way???

Aka, she's gonna have a hard time
Digitally

**Also**
Should we be starting to test direct mail fundraising? Or is that a dead end nowadays?

Mail has been dead because no one used data on it, but we see really high ROI for resolicits and for prospecting on our mail product — and we have become one of the top mail vendors in the space over the last year or two

Great. Hook me up

I'd like to begin using that product

Jul 31, 2023 at 8:21 AM

Will do

Aug 1, 2023 at 4:16 PM

How goes it?

All set with the mail folks

Thanks for your help there!

15

REALLY enjoying working with your company. Great work and great service all around

Oh man thats great! I am good

Sneaking off for a vacation playing golf with my Dad after work today

Been grinding for a few months

Very nice enjoy

How are things going with Team Ehr?

Real good

Looks like one million raised by the 17th (one mill in one month) is doable as long as we continue the scale and our team focuses on resoliciting efficiently all the while Phil has to hold strong on call time

Ya know?

I REALLY think we can clear the field if we do that uninterrupted

Ya we still haven't heard from email folks

Im assuming email is slow?

Yes it is

Slowest part of the whole thing

See email

Now they'll respond

Pls chime in there and keep me cc'd

Got it

What is the "cc?"

Click collective

Ok cool.

16

Will tell Trent to take a look

I think "one mill in one month" is good statement for mid August, you?

I think its great ya

Cool

Aug 5, 2023 at 9:13 AM

How's it going? Hearing anything out of FL?

Aug 5, 2023 at 2:40 PM

No I will check back in this week!

Aug 6, 2023 at 12:33 PM

Ty

I still don't think she goes. Lot of folks in the Hispanic dc world want her to but I don't think she does it

Aug 7, 2023 at 7:26 AM

Right. I will see what I get this week.

Really its a fundraising race, as every Dem primary

we still havent heard anything from your digi firm?

These folks aren't impressing me.

I'll ping them again.

Just did

Aug 9, 2023 at 6:30 PM

Hearing anything?

Nope I reached out

Still not even moving to hire a digital firm

17

Yea so then nothing is imminent

How's our stuff going for Ehr?

I've been checked out last few days

Still testing stuff. We need a new surrogate or new news or an angle to make something sing

Gonna help your email with CC imminently

Still testing stuff. We need a new surrogate or new news or an angle to make something sing

What should I try and get?

Gonna help your email with CC imminently

Terrific thanks

And we are moving on direct mail too

Still testing stuff. We need a new surrogate or new news or an angle to make something sing

I thought the finance committee hook would be interesting

Aug 10, 2023 at 6:12 AM

For sure — I mean listen we can always scrap out angles.

Aug 10, 2023 at 9:20 AM

Totally agree

Aug 11, 2023 at 10:20 AM

I'm still not sure DMP running. Seems like an effort to slow others down

18

GRASSROOTS_00004173

I heard they have moved on to recruiting Donna Brazil

But that seems impossibly dumb

Lol

The posturing for DMP press is not a confirmation of her running

She don't want a primary and is trying to muscle that

Aug 14, 2023 at 6:24 PM

How's it going dude?

Aug 15, 2023 at 8:40 AM

Its good

How is Ehr stuff?

I feel good about it

August always sucks but we're grinding it out

Aug 17, 2023 at 10:01 AM

Still not hearing much out of DMP. You?

More DSCC wanting her but not much movement from her because she wants a clear field

No I haven't heard anything

Aug 17, 2023 at 1:25 PM

Folks think she's getting in but people have thought that for last 6 weeks

I really feel like YOU would have been one of the first to hear from a digital firm about a plan for launch...

Right?

Aug 17, 2023 at 2:45 PM

Do you have a min today?

19

Ya

Just on a call rn

On a zoom for next hour

Aug 18, 2023 at 10:35 AM

Hey man some overdue bills for Ehr. Do yall have any questions or something?

Nope we'll be getting them in

This weekend/Monday.

Awesome. Thanks man

No prob

I'm going to have Kevin hold on mailing until we pick up cash flow a bit

That makes sense

Yall gotta keep hitting those resols hard

But takes time, and you have an EOQ coming

Yep. That's right. Exactly

Do you think we're not texting resolicits hard enough

?

No I get the right amount of texts. That is just what will bring your cash up.

Yep

Aug 18, 2023 at 10:04 PM

Yo, will have first payment in Monday morning. Thanks for all the flexibility out of the gate.

Can we get back in field for EOM?

20

Can we get you a few fu...

Email picking up too which is good to see

Thanks again for all your help here

Aug 20, 2023 at 12:06 PM

Sorry was out in woods all weekend. Back in field for texting?

Yes

How were the woods??

Hiking up in green mountains around my cabin / mtn house

Back in DC now tho

Very nice! Great area man

Gonna do big payment first thing in AM when act blue wires over

Ya where do you live again?

great

Jersey city!

Love it

We should try a text from manny about the parkland kids going back to school and the recreation of the massacre

love that

Will run by P2P rn

Ty

Manny will sign off on anything we'd like him to sign off on

Aug 21, 2023 at 6:54 PM

Hearing anything out there?

Aug 21, 2023 at 9:32 PM

21

On another senate candidate?

Yes

no — either nothing happening or one of our competitors is launching someone

It ain't authentic or Tegaris I would have heard

And it's not Middle seat

Aug 22, 2023 at 8:35 AM

Ya I mean this leaves out our biggest rival

MW just launched her

Damn

Confirmed MW

Who?

Mission wired

Our big competitor in data space

Are they good?

we have been eating their lunch

They get all the DSCC clients tho

Well we love your work so keep pushing. Your our team

I don't think she's raising much online today

You?

Ya starting email from scratch is tough,  and I doubt the texting does great

Because MW doesn't have the right cells

22

GRASSROOTS_00004177

Pls tell David and the texting team to go absolutely hog wild and push acquisition

You're our guys and we are loyal

if yall can pay we will keep pushing

We paid half yesterday.

Did you see it?

We will have the other half in later this week

Can we get back in today?

We can start running up another text campaign bill as soon as that money comes in

Ok. I'll push as hard as I can to get it in sooner

Did you receive the first $200k though? Want to make sure compliance did that as I instructed them to

Yea we did

One second

In a meeting

All good

Hit me up when you're back if you have time.

Thanks

I'm pushing on the money

Just jumped on with a reporter

Call you back shortly

got it. For us, when you pay the full $420k

We can start running up next bill

Sounds good. I'll push to get it in!

23

Major hit piece coming out on Debbie in next hour or two

Mean to staff?

Much worse

But that's interesting

Have anything?

Have heard that

Great

Let us know about the payment and we can get texting going again

I've got Phil pushing on pledge chasing

Last two weeks of august are slow. Compliance isn't sending anything before Labor Day other than yours.

Which will be this week

Nothing else is going out

Not a dime

And I told Kevin we aren't mailing until we pay the invoice first. Don't want sunk costs there

oK!

Aug 22, 2023 at 2:06 PM

How do you think her launch is going?

Not heavy online at all

Aug 22, 2023 at 3:25 PM

On a zoom. WhTs up?

I'll be off in 15

Sorry that was accident

24

GRASSROOTS_00004179

All good dude

Aug 23, 2023 at 10:03 AM

Have a new client. Interesting one. Have a min this AM?

Ya!!

On a call. Hit you back at 2?

Around then should work

Ty

Aug 23, 2023 at 1:34 PM

Ready whenever

In obgyn out shortly

Ok call when out!

Congrats on having a kid or whatever

I have a 230 and a 3 so just called before

Can connect after

**Let's do after**

Thanks

November 12 baby boy

Aug 23, 2023 at 4:39 PM

Call now? Congrats man!

Aug 25, 2023 at 1:06 PM

Any update on payment?

He's cranking on phones

25

GRASSROOTS_00004180

Act blue holds 14 days and draws over to your account immediately upon receiving

No other payments going out

Ok ok. Got it.

Respect

I dont expect you guys to rack up a bill without payment. I'm on it

Emails fucking slow but I hear it is everywhere

Text and call time decent

I'm going to cc you on an email about ▮▮▮▮▮. We want to start planning that launch

Email is great with click collective

We're using click collective

Ehr got in it

Yea

That team should chat with Meghan

Or someone on our team

I wonder how much Debbie is raising

We would love to give free pointers there

I'll tell them
To

I still think Ehr wins this primary

We can crank out enough to communicate

100% man

there is no natural energy to support Florida sen after last cycle

26

Its all hustle

Yep. It's gonna all be a "grind it out" type endeavor

Let's keep pushing

I'm keeping a very lean team to keep money focused on raising more

Aug 28, 2023 at 8:34 AM

Payment will be over around 2-3

Great thanks! Happy Monday

Aug 28, 2023 at 9:56 AM

Same to you

Can we do a call with whoever on your team is necessary to start planning ███ rollout?

Yes for sure!

For P2P for launch?

Yes sir

Aug 28, 2023 at 12:26 PM

One payment coming now. Another later today.

Thanks

respect

Got it

Ty for bearing with us

Aug 28, 2023 at 2:19 PM

I think ██ can raise a lot on text

It's a very powerful and memorable thing for the community

27

100% agree

Aug 29, 2023 at 8:26 AM

We just got $25k yesterday? We would love to keep sending — you have some more juice on P2P recently. But we def need the first P2P payment paid

I'm on it

Getting with compliance at 9

Ok! Let us know.

Sep 1, 2023 at 10:16 AM

ROI has been pretty good on texts lately, but we need to hold on it until we get the first texting invoice all paid

Did you hear from Phil? He should have it

I'm not on it day to day so pls send him this note if you don't mind

I see good numbers in act blue so I gotta think he can pay it down in full

Got it!

Don't forget about ▮▮▮▮▮▮▮

It's gonna be a good one

Will not!

Sep 5, 2023 at 4:18 PM

We had a good call re: ▮▮▮▮▮▮. Glad we have 2 months to plan it out

Feel good about that one

How goes it ?

Great !

Messaged Ehr still waiting on them to finish payment

Will ping him now

28

Sep 5, 2023 at 8:04 PM

He said another payment went out today

I'll check in with his compliance lady

Sep 6, 2023 at 9:03 AM

Great

Sep 16, 2023 at 6:02 PM

Hey how goes it?

Time to hop on phone Monday about ██████ and cali initiative?

Had good initial call with David.

Sep 17, 2023 at 11:18 AM

Yea of course.

2 est Monday?

Yes perfect!

Sep 18, 2023 at 1:58 PM

Hey - bit late getting off a zoom. Can I call you 2:30?

Ya

Just tried you. I'm around

Oct 29, 2023 at 6:09 PM

Lawyer should be signing ██████ contract tomorrow. Will hit up team once that's signed

Also, I need a basic email program for ██████. Nothing crazy but just operationally sound so I don't have to do it.

Suggestion???

Oct 30, 2023 at 9:26 AM

We have several suggestions! I can loop you in with Meghan from our team who knows the digital firms best

29

GRASSROOTS_00004184

Please

Very time sensitive

I don't see a huge acquisition program on email, like text, out of the gate. Someone who is hungry and will do good work without breaking bank

Oct 30, 2023 at 10:59 AM

Just followed up on email with Meghan

Ty

Nov 16, 2023 at 9:01 AM

Hey david how is fatherhood going?

Been a bumpy week. What's new with you? All ok?

You good?

Nov 28, 2023 at 7:57 AM

Hey Jake Briggs is trying to bring in lawyers to weasel out of ehr payment

We have a whole paper trail and our in house counsel and law firm both think we should file in claims court dec 1

I would rather work this out outside legal folks

I'm not involved

Ehr has to pay that would be my position

I haven't spoken to them since he switched over to the congressional

Have you tried calling Phil?

understood, but if they bail on November payment plan then we would file and have to name everyone

Also, Jake doesn't have lawyers so that's not something I'd take seriously

30

GRASSROOTS_00004185

into a 70 person tc company

I can have our accountant do that

I have a newborn

I would have your accountant call Ehr directly and hold him to the payment plan

They will reach out to Phil

Have his cell?

Didn't you work out a payment plan with then?

Them

We did — and there first $50k due EOM

And then Jake emailed with lawyers and said they disagree with the amount

Who is the "lawyer"?

**Cutting Edge Jacksonville Representation**
ulegalgroup.com


Lol

Call me when you can

**Cutting Edge Jacksonville Representation**
ulegalgroup.com


This is his political consultant, fyi. Not a real lawyer

Tell Phil to sack it up and agree to a payment plan and not try and wiggle out of things through lawyers. It's bad form.

I just told him that too.

Ya I figured

31

GRASSROOTS_00004186

Nov 28, 2023 at 9:53 AM

I appreciate your understanding of my newborn situation. I will make sure to do anything you need from me on this matter

Dec 11, 2023 at 11:10 AM

What's the latest with Ehr?

Haven't heard from them.

If there's anything you need from me to help, lmk.

Dec 11, 2023 at 1:28 PM

Also. Let's talk israel. You ever try stuff out there?

Hey sorry

Crazy day

Yes working thru a payment agreement plan with Phil lawyer I believe

Its between his lawyer and our lawyer

Israel — yes we have been helping folks fundraise on Gaza / Israel stuff

Its between his lawyer and our lawyer

Good just know I'm always here to help

Israel — yes we have been helping folks fundraise on Gaza / Israel stuff

I just signed a big one

I'll be around after 4

32

GRASSROOTS_00004187