# Exhibit 23

**From:** David <davidmkeith2023@gmail.com>
**Sent:** Mon, 21 Aug 2023 13:45:40 -0400 (EDT)
**To:** Bradley Tenenbaum <btenenbaum@katzcompliance.com>
**Cc:** Cassie Tinsmon <ctinsmon@katzcompliance.com>; Jake Briggs <jakebriggs2023@gmail.com>; Phil Ehr <philehr@gmail.com>
**Subject:** Re: please let me know when act blue hits

---

Please pay **$200,000** of this bill.
The rest will be paid by EOQ

This is our acquisition vendor

https://connect.intuit.com/portal/app/CommerceNetwork/view/scs-v1-c94729b10e07483b88a4ddb849e57ccc868d763f86f24982a3b38c208f1f8d59195d994105d94dd985285dfa1cd495de?locale=en_US

On Mon, Aug 21, 2023 at 1:05 PM David <davidmkeith2023@gmail.com> wrote:

> Thanks. Have two invoices coming your way
>
> Don't be concerned with the spend down. Just doing heavy acquisition
>
> On Mon, Aug 21, 2023 at 1:04 PM Bradley Tenenbaum <btenenbaum@katzcompliance.com> wrote:
>
>> Hi David, the AB just hit. Current COH is $217,941.94.
>>
>> On Mon, Aug 21, 2023 at 12:56 PM David <davidmkeith2023@gmail.com> wrote:
>>
>>> checkin in here.
>>>
>>> On Mon, Aug 21, 2023 at 11:00 AM David <davidmkeith2023@gmail.com> wrote:
>>>
>>>> and what our coh is at that time
>>>> we have to start paying down text vendors who have been doing acquisition
>>>>
>>>> please pay NO bills today other than anything I provide
>>>>
>>>> David
>>
>> --
>>
>> Bradley Tenenbaum, Compliance Manager
>>
>> (He/Him)
>>
>> DC Office: 202.548.0880
>>
>> PO Box 33079
>>
>> Washington DC 20033
>>
>> www.katzcompliance.com

1



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*