# Exhibit 25

**OctoberNovember 2023 Re-Launch**

| Refcode | Amount of Buy | AB Count | AB Visits | Conv. Rate | Total Recur | # Recur | $ | ROI | Average |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | $10,000.00 | 862 | 1507 | 57.20% | $17,490.18 | 17 | $179.00 | 174.90% | $20.29 |
| No refcode | $0.00 | 2 | 10 | 20.00% | $75.00 | 0 | $0.00 | | $37.50 |
| pe-txt-20231017-mr | $828.00 | 185 | 306 | 60.46% | $3,179.00 | 4 | $30.00 | 383.94% | $17.18 |
| pe-txt-20231018-mr2 | $812.00 | 82 | 162 | 50.62% | $1,175.00 | 1 | $25.00 | 144.70% | $14.33 |
| pe-txt-20231020-mr | $112.00 | 4 | 7 | 57.14% | $100.00 | 0 | $0.00 | 89.29% | $25.00 |
| pe-txt-20231023-mr | $895.30 | 149 | 220 | 67.73% | $3,255.61 | 5 | $50.00 | 363.63% | $21.85 |
| pe-txt-20231024-mr1 | $882.50 | 89 | 139 | 64.03% | $1,927.00 | 2 | $28.00 | 218.36% | $21.65 |
| pe-txt-20231024-mr2 | $1,617.50 | 25 | 71 | 35.21% | $773.00 | 1 | $15.00 | 47.79% | $30.92 |
| pe-txt-20231025-mr | $869.70 | 51 | 97 | 52.58% | $1,852.79 | 0 | $0.00 | 213.04% | $36.33 |
| pe-txt-20231027-mr | $859.90 | 39 | 76 | 51.32% | $639.00 | 1 | $5.00 | 74.31% | $16.38 |
| pe-txt-20231030-mr | $1,000.00 | 83 | 146 | 56.85% | $1,453.78 | 1 | $6.00 | 145.38% | $17.52 |
| pe-txt-20231101-mr | $1,061.60 | 105 | 195 | 53.85% | $1,864.00 | 1 | $10.00 | 175.58% | $17.75 |
| pe-txt-20231103-mr | $1,061.50 | 48 | 78 | 61.54% | $1,196.00 | 1 | $10.00 | 112.67% | $24.92 |

1

**September 2023 Stats**

| Refcode | Amount of Buy | AB Count | AB Visits | Conv. Rate | Total | Recur # | Recur $ | ROI | Average | CPA |
|---|---|---|---|---|---|---|---|---|---|---|
| | $37,821.40 | 1195 | 2722 | 43.90% | $21,442.46 | 26 | $199.00 | 56.69% | $17.94 | $31.65 |
| No refcode | $0.00 | 3 | 7 | 42.86% | $130.00 | 0 | $0.00 | | $43.33 | |
| pe-txt-20230906-b1 | $3,950.00 | 83 | 223 | 37.22% | $1,361.00 | 4 | $28.00 | 34.46% | $16.40 | $47.59 |
| pe-txt-20230906-b2 | $3,200.00 | 30 | 76 | 39.47% | $608.00 | 1 | $10.00 | 19.00% | $20.27 | $106.67 |
| | | | | | | | | | | |
| pe-txt-20230906-mr | $850.70 | 168 | 308 | 54.55% | $2,536.00 | 6 | $37.00 | 298.11% | $15.10 | $5.06 |
| pe-txt-20230907-b1 | $4,568.00 | 40 | 145 | 27.59% | $728.00 | 3 | $25.00 | 15.94% | $18.20 | $114.20 |
| pe-txt-20230912-b1v1 | $1,000.00 | 14 | 45 | 31.11% | $180.00 | 0 | $0.00 | 18.00% | $12.86 | $71.43 |
| pe-txt-20230912-b1v2 | $1,000.00 | 5 | 34 | 14.71% | $80.00 | 0 | $0.00 | 8.00% | $16.00 | $200.00 |
| pe-txt-20230913-b1 | $1,000.00 | 19 | 63 | 30.16% | $301.00 | 1 | $5.00 | 30.10% | $15.84 | $52.63 |
| pe-txt-20230913-mr | $849.60 | 98 | 179 | 54.75% | $1,676.23 | 0 | $0.00 | 197.30% | $17.10 | $8.67 |
| pe-txt-20230914-b1 | $4,000.00 | 59 | 179 | 32.96% | $2,034.00 | 3 | $20.00 | 50.85% | $34.47 | $67.80 |
| pe-txt-20230918-b1 | $3,064.00 | 41 | 151 | 27.15% | $1,020.00 | 0 | $0.00 | 33.29% | $24.88 | $74.73 |
| pe-txt-20230919-b1v1 | $4,000.00 | 41 | 131 | 31.30% | $1,925.00 | 1 | $10.00 | 48.13% | $46.95 | $97.56 |
| pe-txt-20230919-b1v2 | $1,000.00 | 4 | 21 | 19.05% | $138.00 | 0 | $0.00 | 13.80% | $34.50 | $250.00 |
| pe-txt-20230921-b1 | $3,000.00 | 37 | 102 | 36.27% | $604.00 | 1 | $25.00 | 20.13% | $16.32 | $81.08 |
| pe-txt-20230923-mr | $723.50 | 199 | 346 | 57.51% | $2,853.00 | 3 | $20.00 | 394.33% | $14.34 | $3.64 |
| pe-txt-20230923-b1v1 | $1,000.00 | 6 | 34 | 17.65% | $120.00 | 0 | $0.00 | 12.00% | $20.00 | $166.67 |
| pe-txt-20230923-b1v2 | $1,000.00 | 5 | 28 | 17.86% | $44.00 | 1 | $5.00 | 4.40% | $8.80 | $200.00 |
| pe-txt-20230923-b2 | $1,000.00 | 9 | 51 | 17.65% | $190.00 | 0 | $0.00 | 19.00% | $21.11 | $111.11 |
| pe-txt-20230927-mr | $905.30 | 91 | 178 | 51.12% | $1,694.00 | 0 | $0.00 | 187.12% | $18.62 | $9.95 |
| pe-txt-20230928-mr | $869.20 | 144 | 261 | 55.17% | $1,886.73 | 1 | $4.00 | 217.07% | $13.10 | $6.04 |
| pe-txt-20230929-mr | $841.10 | 99 | 160 | 61.88% | $1,333.50 | 1 | $10.00 | 158.54% | $13.47 | $8.50 |

2

**August 2023 Stats**

| Refcode | Amount of Buy | AB Count | AB Visits | Conv. Rate | Total Recur $ | Recur # | Recur $ | ROI | Average | CPA |
|---|---|---|---|---|---|---|---|---|---|---|
|  | $126,943.00 | 3670 | 9990 | 36.74% | $73,585.12 | 154 | $1,619.00 | 57.97% | $20.05 | $34.59 |
| No Refcode |  | 6 | 86 | 6.98% | $130.00 | 2 | $55.00 |  | $21.67 | $0.00 |
| pe-txt-20230802-b1 (on other forr | $1,000.00 | 43 | 140 | 30.71% | $564.00 | 2 | $15.00 | 56.40% | $13.12 | $23.26 |
| mo-txt-20230812-b1 | $1,687.00 | 68 | 130 | 52.31% | $1,951.00 | 6 | $83.00 | 115.65% | $28.69 | $24.81 |
| mo-txt-20230812-b2 | $3,931.00 | 90 | 269 | 33.46% | $2,022.00 | 6 | $67.00 | 51.44% | $22.47 | $43.68 |
| mo-txt-20230812-b3 | $3,182.00 | 52 | 233 | 22.32% | $1,466.00 | 0 | $0.00 | 46.07% | $28.19 | $61.19 |
| mo-txt-20230812-b4 | $1,000.00 | 8 | 81 | 9.88% | $195.00 | 0 | $0.00 | 19.50% | $24.38 | $125.00 |
| mo-txt-20230812-b5 | $1,000.00 | 18 | 46 | 39.13% | $390.00 | 0 | $0.00 | 39.00% | $21.67 | $55.56 |
| pe-txt-20230801-b1 | $2,000.00 | 23 | 69 | 33.33% | $552.00 | 2 | $15.00 | 27.60% | $24.00 | $86.96 |
| pe-txt-20230802-b2 | $1,000.00 | 31 | 66 | 46.97% | $499.23 | 1 | $5.00 | 49.92% | $16.10 | $32.26 |
| pe-txt-20230803-b1v1 | $1,000.00 | 12 | 41 | 29.27% | $340.00 | 1 | $25.00 | 34.00% | $28.33 | $83.33 |
| pe-txt-20230803-b1v2 | $1,000.00 | 11 | 28 | 39.29% | $268.00 | 0 | $0.00 | 26.80% | $24.36 | $90.91 |
| pe-txt-20230803-b2 | $1,000.00 | 18 | 75 | 24.00% | $366.00 | 3 | $25.00 | 36.60% | $20.33 | $55.56 |
| pe-txt-20230805-b1v1 | $1,500.00 | 21 | 65 | 32.31% | $510.00 | 2 | $65.00 | 34.00% | $24.29 | $71.43 |
| pe-txt-20230805-b1v2 | $1,500.00 | 38 | 101 | 37.62% | $1,168.00 | 3 | $60.00 | 77.87% | $30.74 | $39.47 |
| pe-txt-20230805-b1v3 | $6,955.00 | 154 | 431 | 35.73% | $5,837.50 | 6 | $36.00 | 83.93% | $37.91 | $45.16 |
| pe-txt-20230805-b2v1 | $1,500.00 | 18 | 85 | 21.18% | $390.00 | 0 | $0.00 | 26.00% | $21.67 | $83.33 |
| pe-txt-20230805-b2v2 | $3,750.00 | 92 | 316 | 29.11% | $2,542.99 | 6 | $85.00 | 67.81% | $27.64 | $40.76 |
| pe-txt-20230805-b2v3 | $3,750.00 | 92 | 290 | 31.72% | $3,403.00 | 5 | $94.00 | 90.75% | $36.99 | $40.76 |
| pe-txt-20230806-flv1 | $2,000.00 | 16 | 209 | 7.66% | $435.00 | 1 | $10.00 | 21.75% | $27.19 | $125.00 |
| pe-txt-20230806-flv2 | $2,000.00 | 28 | 187 | 14.97% | $525.00 | 1 | $10.00 | 26.25% | $18.75 | $71.43 |
| pe-txt-20230806-nat1v1 | $2,000.00 | 31 | 161 | 19.25% | $610.00 | 0 | $0.00 | 30.50% | $19.68 | $64.52 |
| pe-txt-20230806-nat1v2 | $2,000.00 | 27 | 83 | 32.53% | $428.00 | 0 | $0.00 | 21.40% | $15.85 | $74.07 |
| pe-txt-20230807-flv1 | $1,000.00 | 5 | 103 | 4.85% | $175.00 | 0 | $0.00 | 17.50% | $35.00 | $200.00 |
| pe-txt-20230807-flv2 | $1,000.00 | 11 | 66 | 16.67% | $140.00 | 0 | $0.00 | 14.00% | $12.73 | $90.91 |
| pe-txt-20230807-nat1v1 | $1,000.00 | 14 | 63 | 22.22% | $410.00 | 0 | $0.00 | 41.00% | $29.29 | $71.43 |
| pe-txt-20230807-nat1v2 | $1,000.00 | 13 | 50 | 26.00% | $285.00 | 0 | $0.00 | 28.50% | $21.92 | $76.92 |
| pe-txt-20230808-fl1 | $2,000.00 | 39 | 130 | 30.00% | $975.00 | 3 | $45.00 | 48.75% | $25.00 | $51.28 |
| pe-txt-20230814-b1 | $6,740.00 | 625 | 1,325 | 47.17% | $2,961.95 | 25 | $69.00 | 43.95% | $4.74 | $10.78 |
| pe-txt-20230815-b1 | $6,080.00 | 294 | 642 | 45.79% | $1,561.31 | 13 | $18.00 | 25.68% | $5.31 | $20.68 |
| pe-txt-20230815-b2 | $10,410.00 | 243 | 625 | 38.88% | $7,054.00 | 8 | $37.00 | 67.76% | $29.03 | $42.84 |
| pe-txt-20230816-b1 | $6,100.00 | 94 | 309 | 30.42% | $1,975.75 | 5 | $226.00 | 32.39% | $21.02 | $64.89 |
| pe-txt-20230821-b1 | $2,000.00 | 23 | 89 | 25.84% | $488.00 | 2 | $15.00 | 24.40% | $21.22 | $86.96 |
| pe-txt-20230821-b2v1 | $1,000.00 | 16 | 55 | 29.09% | $290.00 | 1 | $5.00 | 29.00% | $18.13 | $62.50 |
| pe-txt-20230821-b2v2 | $4,571.30 | 119 | 341 | 34.90% | $2,152.00 | 3 | $40.00 | 47.08% | $18.08 | $38.41 |
| pe-txt-20230822-b1v1 | $1,000.00 | 15 | 48 | 31.25% | $202.00 | 0 | $0.00 | 20.20% | $13.47 | $66.67 |
| pe-txt-20230822-b1v2 | $1,000.00 | 2 | 19 | 10.53% | $70.00 | 0 | $0.00 | 7.00% | $35.00 | $500.00 |
| pe-txt-20230823-b1 | $3,000.00 | 88 | 218 | 40.37% | $1,451.00 | 3 | $40.00 | 48.37% | $16.49 | $34.09 |
| pe-txt-20230824-b1 | $6,086.00 | 177 | 386 | 45.85% | $5,263.00 | 9 | $145.00 | 86.48% | $29.73 | $34.38 |
| pe-txt-20230828-b1 | $4,068.50 | 93 | 256 | 36.33% | $1,427.00 | 4 | $45.00 | 35.07% | $15.34 | $43.75 |
| pe-txt-20230830-mr | $850.30 | 241 | 488 | 49.39% | $4,301.89 | 4 | $28.00 | 505.93% | $17.85 | $3.53 |
| pe-txt-aug-eom-mr | $882.00 | 152 | 271 | 56.09% | $5,411.00 | 4 | $27.00 | 613.49% | $35.60 | $5.80 |
| pe-txt-20230830-b1 | $14,186.70 | 311 | 802 | 38.78% | $8,792.50 | 15 | $166.00 | 61.98% | $28.27 | $45.62 |
| pe-txt-20230831-mr | $833.70 | 137 | 238 | 57.56% | $1,889.00 | 3 | $25.00 | 226.58% | $13.79 | $6.09 |
| pe-txt-20230831-b1 | $7,379.50 | 61 | 274 | 22.26% | $1,717.00 | 5 | $38.00 | 23.27% | $28.15 | $120.98 |

July 2023 Stats

| Refcode | Amount of Buy | AB Count | AB Visits | Conv. Rate | Total Recur | # | Recur $ | ROI | Average | CPA |
|---|---|---|---|---|---|---|---|---|---|---|
|  | $430,433.00 | 7084 | 27269 | 25.98% | $210,083.99 | 298 | $5,190.20 | 48.81% | $29.66 | $60.76 |
| No refcode |  | 34 | 402 | 8.46% | $1,001.00 | 2 | $5.00 |  | $29.44 |  |
| No refcode |  | 2 | 11 | 18.18% | $160.00 | 0 | $0.00 |  | $80.00 |  |
| eom-mr | $547.00 | 42 | 92 | 45.65% | $716.00 | 1 | $10.00 | 130.90% | $17.05 | $13.02 |
| mo-txt-20230726-b1 | $1,000.00 | 137 | 245 | 55.92% | $3,779.00 | 3 | $27.00 | 377.90% | $27.58 | $7.30 |
| mo-txt-20230726-b2 | $6,740.00 | 291 | 609 | 47.78% | $5,585.46 | 7 | $46.00 | 82.87% | $19.19 | $23.16 |
| mo-txt-20230726-b3 | $14,215.00 | 272 | 949 | 28.66% | $7,553.08 | 12 | $335.00 | 53.13% | $27.77 | $52.26 |
| mo-txt-20230726-b4 | $2,000.00 | 13 | 80 | 16.25% | $567.00 | 0 | $0.00 | 28.35% | $43.62 | $153.85 |
| mo-txt-20230726-b5 | $1,054.00 | 41 | 109 | 37.61% | $910.00 | 1 | $4.00 | 86.34% | $22.20 | $25.71 |
| mo-txt-20230726-FL-b1 | $5,444.00 | 163 | 487 | 33.47% | $4,562.00 | 10 | $106.00 | 83.80% | $27.99 | $33.40 |
| pe-txt-20230718-b1v1 | $30,683.00 | 862 | 2392 | 36.04% | $29,162.74 | 56 | $1,305.70 | 95.05% | $33.83 | $35.60 |
| pe-txt-20230718-b1v2 | $2,000.00 | 22 | 59 | 37.29% | $728.00 | 0 | $0.00 | 36.40% | $33.09 | $90.91 |
| pe-txt-20230718-b1v3 | $2,000.00 | 16 | 58 | 27.59% | $322.00 | 0 | $0.00 | 16.10% | $20.13 | $125.00 |
| pe-txt-20230718-b2 | $2,500.00 | 29 | 166 | 17.47% | $835.00 | 1 | $5.00 | 33.40% | $28.79 | $86.21 |
| pe-txt-20230718-b3 | $5,000.00 | 158 | 570 | 27.72% | $3,942.00 | 6 | $95.00 | 78.84% | $24.95 | $31.65 |
| pe-txt-20230718-b4 | $2,000.00 | 11 | 68 | 16.18% | $304.00 | 0 | $0.00 | 15.20% | $27.64 | $181.82 |
| pe-txt-20230718-b5 | $2,000.00 | 5 | 70 | 7.14% | $115.00 | 0 | $0.00 | 5.75% | $23.00 | $400.00 |
| pe-txt-20230719-b1 | $2,116.00 | 52 | 267 | 19.48% | $1,743.00 | 2 | $35.00 | 82.37% | $33.52 | $40.69 |
| pe-txt-20230719-b2 | $1,000.00 | 24 | 56 | 42.86% | $294.00 | 0 | $0.00 | 29.40% | $12.25 | $41.67 |
| pe-txt-20230719-b3 | $1,335.00 | 16 | 56 | 28.57% | $482.00 | 0 | $0.00 | 36.10% | $30.13 | $83.44 |
| pe-txt-20230719-b4 | $3,262.00 | 9 | 73 | 12.33% | $3,960.00 | 0 | $0.00 | 121.40% | $440.00 | $362.44 |
| pe-txt-20230719-b5 | $1,000.00 | 1 | 50 | 2.00% | $10.00 | 0 | $0.00 | 1.00% | $10.00 | $1,000.00 |
| pe-txt-20230719-b6v1 | $1,000.00 | 10 | 38 | 26.32% | $300.00 | 0 | $0.00 | 30.00% | $30.00 | $100.00 |
| pe-txt-20230719-b6v2 | $23,305.00 | 572 | 1796 | 31.85% | $14,250.00 | 15 | $174.00 | 61.15% | $24.91 | $40.74 |
| pe-txt-20230719-b6v3 | $1,000.00 | 10 | 45 | 22.22% | $195.00 | 1 | $25.00 | 19.50% | $19.50 | $100.00 |
| pe-txt-20230719-b7 | $2,869.00 | 69 | 319 | 21.63% | $1,640.00 | 2 | $30.00 | 57.16% | $23.77 | $41.58 |
| pe-txt-20230719-b8 | $1,000.00 | 0 | 0 | #DIV/0! | $0.00 | 0 | $0.00 | 0.00% | #DIV/0! | #DIV/0! |
| pe-txt-20230720-b1 | $2,000.00 | 30 | 76 | 39.47% | $597.00 | 1 | $5.00 | 29.85% | $19.90 | $66.67 |
| pe-txt-20230720-b1v2 | $1,000.00 | 8 | 50 | 16.00% | $90.00 | 0 | $0.00 | 9.00% | $11.25 | $125.00 |
| pe-txt-20230720-b1v3 | $1,000.00 | 18 | 50 | 36.00% | $203.00 | 1 | $10.00 | 20.30% | $11.28 | $55.56 |
| pe-txt-20230720-b2 | $1,000.00 | 16 | 41 | 39.02% | $302.50 | 1 | $7.50 | 30.25% | $18.91 | $62.50 |
| pe-txt-20230720-b3 | $1,000.00 | 9 | 32 | 28.13% | $240.00 | 0 | $0.00 | 24.00% | $26.67 | $111.11 |
| pe-txt-20230724-b1v1 | $1,000.00 | 2 | 30 | 6.67% | $35.00 | 0 | $0.00 | 3.50% | $17.50 | $500.00 |
| pe-txt-20230724-b1v2 | $1,000.00 | 12 | 29 | 41.38% | $421.00 | 0 | $0.00 | 42.10% | $35.08 | $83.33 |
| pe-txt-20230724-b1v3 | $1,000.00 | 9 | 36 | 25.00% | $376.00 | 0 | $0.00 | 37.60% | $41.78 | $111.11 |
| pe-txt-20230724-b2v1 | $2,000.00 | 50 | 123 | 40.65% | $1,082.00 | 1 | $25.00 | 54.10% | $21.64 | $40.00 |
| pe-txt-20230724-b2v2 | $2,000.00 | 42 | 132 | 31.82% | $1,074.00 | 2 | $19.00 | 53.70% | $25.57 | $47.62 |
| pe-txt-20230724-b3v1 | $1,500.00 | 27 | 66 | 40.91% | $750.00 | 0 | $0.00 | 50.00% | $27.78 | $55.56 |
| pe-txt-20230724-b3v2 | $1,500.00 | 22 | 79 | 27.85% | $985.00 | 0 | $0.00 | 65.67% | $44.77 | $68.18 |
| pe-txt-20230725-b1 | $6,094.00 | 207 | 579 | 35.75% | $4,141.12 | 11 | $117.00 | 67.95% | $20.01 | $29.44 |
| pe-txt-20230727-FL-b1 | $12,611.00 | 347 | 745 | 46.58% | $15,351.33 | 18 | $244.00 | 121.73% | $44.24 | $36.34 |
| pe-txt-20230727-FL-b2 | $19,462.00 | 171 | 884 | 19.34% | $5,076.50 | 7 | $116.00 | 26.08% | $29.69 | $113.81 |
| pe-txt-20230727-FL-b2-v | $2,500.00 | 30 | 152 | 19.74% | $760.24 | 0 | $0.00 | 30.41% | $25.34 | $83.33 |
| pe-txt-20230727-FL-b2-v | $2,500.00 | 36 | 172 | 20.93% | $965.00 | 1 | $25.00 | 38.60% | $26.81 | $69.44 |
| pe-txt-20230727-fl-b2-v2- | $32,530.00 | 326 | 2172 | 15.01% | $9,304.01 | 17 | $325.00 | 28.60% | $28.54 | $99.79 |
| pe-txt-20230727-fl-b3 | $1,500.00 | 15 | 100 | 15.00% | $335.00 | 0 | $0.00 | 22.33% | $22.33 | $100.00 |
| pe-txt-20230729-b1v1 | $2,500.00 | 26 | 82 | 31.71% | $466.00 | 1 | $19.00 | 18.64% | $17.92 | $96.15 |
| pe-txt-20230729-b1v2 | $30,000.00 | 600 | 1381 | 43.45% | $18,668.99 | 25 | $452.00 | 62.23% | $31.11 | $50.00 |
| pe-txt-20230729-b2 | $17,366.00 | 192 | 727 | 26.41% | $5,942.00 | 6 | $94.00 | 34.22% | $30.95 | $90.45 |
| pe-txt-20230730-b1 | $8,030.00 | 196 | 445 | 44.04% | $7,757.74 | 5 | $85.00 | 96.61% | $39.58 | $40.97 |
| pe-txt-20230730-b2 | $27,500.00 | 369 | 1323 | 27.89% | $9,005.71 | 12 | $372.00 | 32.75% | $24.41 | $74.53 |
| pe-txt-20230730-b3 | $4,000.00 | 53 | 190 | 27.89% | $1,069.00 | 0 | $0.00 | 26.73% | $20.17 | $75.47 |
| pe-txt-20230730-fl | $40,000.00 | 533 | 3282 | 16.24% | $14,466.55 | 30 | $498.00 | 36.17% | $27.14 | $75.05 |
| pe-txt-20230731-fl-v1 | $33,500.00 | 214 | 1304 | 16.41% | $8,247.00 | 8 | $155.00 | 24.62% | $38.54 | $156.54 |
| pe-txt-20230731-fl-v2 | $2,000.00 | 16 | 90 | 17.78% | $450.00 | 0 | $0.00 | 22.50% | $28.13 | $125.00 |
| pe-txt-20230731-fl-v3 | $2,000.00 | 17 | 99 | 17.17% | $335.00 | 0 | $0.00 | 16.75% | $19.71 | $117.65 |
| pe-txt-20230731-mr | $590.00 | 105 | 159 | 66.04% | $2,145.01 | 5 | $140.00 | 363.56% | $20.43 | $5.62 |

**July 2023 Stats**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| pe-txt-20230731-nat-v1 | $2,000.00 | 11 | 40 | **27.50%** | $360.00 | 0 | $0.00 | **18.00%** | **$32.73** | **$181.82** |
| pe-txt-20230731-nat-v2 | $2,000.00 | 16 | 65 | **24.62%** | $465.00 | 1 | $5.00 | **23.25%** | **$29.06** | **$125.00** |
| pe-txt-20230731-nat-v3 | $25,000.00 | 289 | 946 | **30.55%** | $5,893.00 | 9 | $85.00 | **23.57%** | **$20.39** | **$86.51** |
| the-plan | $21,745.00 | 173 | 1838 | **9.41%** | $8,272.01 | 13 | $172.00 | **38.04%** | **$47.82** | **$125.69** |
| the-plan-fl | $3,935.00 | 36 | 683 | **5.27%** | $1,336.00 | 4 | $17.00 | **33.95%** | **$37.11** | **$109.31** |

**Sheet3**

Florida Send Aggregate ROI

6

Sheet2

| Investment | Immediate | Donors | Immediate | Recurring | 12-month | 12-month |
|---|---|---|---|---|---|---|
| $1,000 | $108 | 3 | 10.80% | $50 | 70.80% | 94.80% |
| $1,500 | $1,029 | 18 | 68.60% | $0 | – | 411.60% |
| $3,000 | $904 | 17 | 30.13% | $31.90 | 42.89% | 187.18% |
| $2,500 | $847.50 | 10 | 33.90% | $0 | – | 203.40% |
| $2,000 | $430 | 9 | 21.50% | $0 | – | 129.00% |
| $2,000 | $132 | 2 | 6.60% | $0 | – | 39.60% |
| $7,200 | $8,186.90 | 56 | 113.71% | $100 | 130.37% | 690.58% |
| $4,200 | $3,666.24 | 70 | 87.29% | $192 | 142.15% | 551.18% |
| $1,500 | $569.00 | 16 | 37.90% | $0 | – | 227.60% |
| $4,000 | $2,761 | 56 | 69.03% | $35.70 | 79.70% | 419.51% |
| **$28,900** | **$18,635** | **251** | **64.48%** | **$410** | **81.48%** | **395.40%** |