# Exhibit 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>    *Plaintiff,*<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>    *Defendant.*<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>    *Counterclaim-Plaintiff,*<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>    *Counterclaim-Defendants.* | Civil Action No. 1:24-cv-03035-APM |

**GRASSROOTS ANALYTICS, INC.'S RESPONSE TO INTERROGATORY IN LIEU OF JOSH LEWIS'S DEPOSITION**

Per the parties' agreement on October 21, 2025, Grassroots Analytics, Inc., hereby responds to the following interrogatory in lieu of the Campaign's deposition of Josh Lewis.

**INTERROGATORY IN LIEU OF DEPOSITION OF JOSH LEWIS:**

How did Grassroots Analytics calculate the invoices provided to the Ehr Campaign for its texting services, including the per-message rate for each batch of texts sent?

**RESPONSE TO INTERROGATORY IN LIEU OF DEPOSITION OF JOSH LEWIS:**

1

In general, Grassroots Analytics sends out "prospect" texts at a per-message rate within the contractually specified range ($0.15–$0.25).[1] However, because Grassroots is mission driven and invested in candidates meeting their fundraising targets, if the returns on the texts they send are lower than what the client had hoped for, Grassroots will sometimes send additional messages at no cost, which is designed both to help the client's campaign and ensure that Grassroots meets its strategic goals of improving client satisfaction. Grassroots also generally sends "resolicit" texts at a rate of $0.10 per message (this is a discounted rate, below the range specified in the contract).

Consistent with these general practices, Grassroots charged the Ehr Campaign a rate of $0.15 per "prospect" text, defaulting to the lowest per-text rate specified in the contract. Grassroots also sent additional free texts for the Campaign to help the Campaign and to reach the Campaign's desired minimum ROI of 40%.

In July, Grassroots Analytics sent a total of 5,363,853 texts on behalf of the Ehr Campaign, as is indicated on Invoice #9664. As the invoice also notes, 11,600 of these messages were resolicit texts and the rest were prospect texts. Grassroots sent 2,861,820 "prospect" text messages at the contract rate of $0.15 per text, 11,600 "resolicit" text messages at the lower rate of $0.10 per text, and an additional 2,490,433 texts at no charge, designed to improve performance for the Campaign, for a total of $430,433.00. This is the amount of Invoice #9664.

In August, Grassroots Analytics sent a total of 1,510,494 texts on behalf of the Ehr Campaign, as is indicated on Invoice #9813. As the invoice also notes, 25,660 of these messages were resolicit texts and the rest were prospect texts. Grassroots sent 829,180 "prospect" text messages at the contract rate of $0.15 per text, 25,660 "resolicit" text messages at the lower rate

---

[1] "Prospect" texts are texts sent to new potential donors, whereas "resolicit" texts are texts sent to donors who have already given to the campaign.

2

of $0.10 per text, and an additional 655,654 texts at no charge to improve performance for the Campaign, for a total of $126,943.00. This is the amount of Invoice #9813.

In September, Grassroots Analytics sent a total of 363,273 texts on behalf of the Ehr Campaign, as is indicated on Invoice #9995. As the invoice also notes, 50,394 of these messages were resolicit texts and the rest were prospect texts. Grassroots sent 218,544 "prospect" text messages at the contract rate of $0.15 per text, 50,394 "resolicit" text messages at the lower rate of $0.10 per text, and an additional 94,335 texts at no charge to improve performance for the Campaign, for a total of $37,821. This is the amount of Invoice #9995.[2]

The late fee invoices (#10390 and #10436) were calculated as specified in Grassroots' response to Interrogatory No. 3 (No. 2). As Grassroots has previously explained, the late fees charged to the Ehr Campaign are significantly lower than what Grassroots was contractually permitted to charge for late fees.

---

[2] The invoice amount was $37,821.40. The difference of $0.40 appears to be a clerical error, but as the rates are well below what the contract allowed Grassroots to charge, this minimal difference is not material.

3

DATED: November 13, 2025

Respectfully Submitted,

By: /s/ *Kathryn Ali*
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Arianna Zoghi (D.C. Bar No. 90036562)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
arianna.zoghi@alilockwood.com

Mark A. Lancaster (D.C. Bar No. 1620256)
General Counsel,
Grassroots Analytics, Inc.
mlancaster@grassrootsanalytics.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*

4

## **VERIFICATION**

I, Danny Hogenkamp, have reviewed the foregoing Interrogatory Response and hereby state that the answer is based on information obtained from documents, books and records; on information communicated by other persons; and, where applicable, on personal knowledge; and that I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 11th, 2025                                         By: _____

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2025, I caused true and correct copies of the foregoing to be served via electronic mail on the Plaintiff's counsel of record.

/s/ *Kathryn Ali*
Kathryn M. Ali