# Exhibit 27

**Grassroots Analytics, Inc.**
806 7th St NW Ste 3
Washington, DC  20001
+1 2022402456
operations@grassrootsanalytics.com



# INVOICE

**BILL TO**
Phil Ehr

**INVOICE #** 9664
**DATE** 07/31/2023
**DUE DATE** 07/15/2024
**TERMS** Net 15

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales - Peer to Peer**<br>Phil Ehr July 2023 Peer to Peer List Rental Services | 1 | 430,433.00 | 430,433.00 |

Phil Ehr July 2023 Peer to Peer List Rental Services

July - overall spend: $430,433.00, # of messages sent: 5,363,853. Of those 11,600 were for resolicits and the rest were prospects

PAYMENT                 254,989.83
BALANCE DUE             **$175,443.17**

_____

Please reach out if you have any questions.

Please use the following instructions to pay this invoice:

M&T Bank
Routing (ACH Payments): 052000113
Routing for Wires: 022000046
Account number: 9877559980

GRASSROOTS_00004129