# Exhibit 28

# SCALE TO WIN

# INVOICE
11613

|  |  |
|---|---|
| Date: | Jul 31, 2023 |
| Service End Date: | 7/31/23 |
| Service Start Date: | 7/1/23 |
| **Balance Due:** | **$0.00** |

**Scale to Win**
13742 Harper St
Santa Ana, CA 92703

Bill To:
ATTN: Daniel Hogenkamp
**Grassroots Analytics**
700 K St
Washington, DC 20001

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **SMS @ $0.009 per segment** <br> ▇▇ SMS | 9 | $0.0090 | $0.08 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇ MMS | 127,510 | $0.0290 | $3,697.79 |
| **SMS @ $0.009 per segment** <br> ▇▇▇▇▇▇▇▇▇ SMS | 169 | $0.0090 | $1.52 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇▇▇▇▇▇▇▇ MMS | 500,048 | $0.0290 | $14,501.39 |
| **SMS @ $0.009 per segment** <br> ▇▇▇▇▇▇ SMS | 87 | $0.0090 | $0.78 |
| **Unregistered SMS @ $0.014 per segment** <br> ▇▇▇▇▇▇ SMS | 8 | $0.0140 | $0.11 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇▇▇▇▇ MMS | 1,072,248 | $0.0290 | $31,095.19 |
| **Unregistered MMS @ $0.039 per message** <br> ▇▇▇▇▇▇ MMS | 21,045 | $0.0390 | $820.76 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇▇▇ MMS | 8 | $0.0290 | $0.23 |
| **SMS @ $0.009 per segment** <br> ▇▇▇▇ SMS | 18,683 | $0.0090 | $168.15 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇▇▇ MMS | 323,643 | $0.0290 | $9,385.65 |
| **SMS @ $0.009 per segment** <br> ▇▇▇▇ SMS | 9 | $0.0090 | $0.08 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇▇▇ MMS | 92,433 | $0.0290 | $2,680.56 |
| **SMS @ $0.009 per segment** <br> ▇▇▇ SMS | 12 | $0.0090 | $0.11 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇▇ MMS | 76,531 | $0.0290 | $2,219.40 |
| **SMS @ $0.009 per segment** <br> ▇▇▇▇▇▇▇ SMS | 106,501 | $0.0090 | $958.51 |
| **Special rate MMS @ $0.029 per message** <br> ▇▇▇▇▇▇▇ MMS | 75,807 | $0.0290 | $2,198.40 |

1

GRASSROOTS_00004103

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| SMS @ $0.009 per segment ▮▮▮ SMS | 8 | $0.0090 | $0.07 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 15,409 | $0.0290 | $446.86 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 21 | $0.0090 | $0.19 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 75,404 | $0.0290 | $2,186.72 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 4 | $0.0090 | $0.04 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 30 | $0.0290 | $0.87 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 2 | $0.0090 | $0.02 |
| Unregistered SMS @ $0.014 per segment ▮▮▮ SMS | 4 | $0.0140 | $0.06 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 8 | $0.0290 | $0.23 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 26,688 | $0.0090 | $240.19 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 8 | $0.0290 | $0.23 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 1 | $0.0090 | $0.01 |
| Unregistered SMS @ $0.014 per segment ▮▮▮ SMS | 1 | $0.0140 | $0.01 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 6,674 | $0.0290 | $193.55 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 7 | $0.0090 | $0.06 |
| Unregistered SMS @ $0.014 per segment ▮▮▮ SMS | 2 | $0.0140 | $0.03 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 8 | $0.0290 | $0.23 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 10,615 | $0.0290 | $307.84 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 1 | $0.0090 | $0.01 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 8 | $0.0290 | $0.23 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 18 | $0.0090 | $0.16 |
| Unregistered SMS @ $0.014 per segment ▮▮▮ SMS | 1 | $0.0140 | $0.01 |
| Special rate MMS @ $0.029 per message ▮▮▮ MMS | 8 | $0.0290 | $0.23 |
| SMS @ $0.009 per segment ▮▮▮ SMS | 263,585 | $0.0090 | $2,372.27 |
| Special rate MMS @ $0.029 per message | 941,548 | $0.0290 | $27,304.89 |

2

| Description | Quantity | Rate | Amount |
|---|---:|---:|---:|
| Special rate MMS @ $0.029 per message <br> ███ MMS | 41,667 | $0.0290 | $1,208.34 |
| SMS @ $0.009 per segment <br> ███ SMS | 67 | $0.0090 | $0.60 |
| Unregistered SMS @ $0.014 per segment <br> ███ SMS | 3 | $0.0140 | $0.04 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 40 | $0.0290 | $1.16 |
| SMS @ $0.009 per segment <br> ███ SMS | 30,057 | $0.0090 | $270.51 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 737,648 | $0.0290 | $21,391.79 |
| SMS @ $0.009 per segment <br> ███ SMS | 3 | $0.0090 | $0.03 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 103,039 | $0.0290 | $2,988.13 |
| SMS @ $0.009 per segment <br> ███ SMS | 1 | $0.0090 | $0.01 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 233,332 | $0.0290 | $6,766.63 |
| SMS @ $0.009 per segment <br> ███ SMS | 1,243 | $0.0090 | $11.19 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 278,579 | $0.0290 | $8,078.79 |
| SMS @ $0.009 per segment <br> ███ SMS | 1 | $0.0090 | $0.01 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 51,789 | $0.0290 | $1,501.88 |
| SMS @ $0.009 per segment <br> ███ SMS | 180 | $0.0090 | $1.62 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 1,132,955 | $0.0290 | $32,855.70 |
| SMS @ $0.009 per segment <br> ███ SMS | 4 | $0.0090 | $0.04 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 12,654 | $0.0290 | $366.97 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 8,333 | $0.0290 | $241.66 |
| SMS @ $0.009 per segment <br> ███ SMS | 8 | $0.0090 | $0.07 |
| SMS @ $0.009 per segment <br> ███ SMS | 8 | $0.0090 | $0.07 |
| SMS @ $0.009 per segment <br> ███ SMS | 4 | $0.0090 | $0.04 |
| Special rate MMS @ $0.029 per message <br> ███ MMS | 16,860 | $0.0290 | $488.94 |
| SMS @ $0.009 per segment <br> ███ SMS | 35 | $0.0090 | $0.32 |

3

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Special rate MMS @ $0.029 per message ▮ MMS | 207,465 | $0.0290 | $6,016.49 |
| SMS @ $0.009 per segment ▮ SMS | 19 | $0.0090 | $0.17 |
| SMS @ $0.009 per segment ▮ SMS | 8 | $0.0090 | $0.07 |
| SMS @ $0.009 per segment ▮ SMS | 3 | $0.0090 | $0.03 |
| Special rate MMS @ $0.029 per message ▮ MMS | 50,000 | $0.0290 | $1,450.00 |
| SMS @ $0.009 per segment ▮ SMS | 4 | $0.0090 | $0.04 |
| Special rate MMS @ $0.029 per message ▮ MMS | 8 | $0.0290 | $0.23 |
| SMS @ $0.009 per segment ▮ SMS | 1 | $0.0090 | $0.01 |
| SMS @ $0.009 per segment ▮ SMS | 12 | $0.0090 | $0.11 |
| Unregistered SMS @ $0.014 per segment ▮ SMS | 59 | $0.0140 | $0.83 |
| Special rate MMS @ $0.029 per message ▮ MMS | 46,397 | $0.0290 | $1,345.51 |
| Unregistered MMS @ $0.039 per message ▮ MMS | 112,586 | $0.0390 | $4,390.85 |
| Special rate MMS @ $0.029 per message ▮ MMS | 23,958 | $0.0290 | $694.78 |
| Special rate MMS @ $0.029 per message ▮ MMS | 8,333 | $0.0290 | $241.66 |
| SMS @ $0.009 per segment ▮ SMS | 3 | $0.0090 | $0.03 |
| Special rate MMS @ $0.029 per message ▮ MMS | 80,000 | $0.0290 | $2,320.00 |
| SMS @ $0.009 per segment — Phil Ehr for Senate SMS | 326,751 | $0.0090 | $2,940.76 |
| Unregistered SMS @ $0.014 per segment — Phil Ehr for Senate SMS | 60 | $0.0140 | $0.84 |
| Special rate MMS @ $0.029 per message — Phil Ehr for Senate MMS | 3,955,041 | $0.0290 | $114,696.19 |
| Unregistered MMS @ $0.039 per message — Phil Ehr for Senate MMS | 1,082,001 | $0.0390 | $42,198.04 |
| SMS @ $0.009 per segment ▮ SMS | 2 | $0.0090 | $0.02 |
| Special rate MMS @ $0.029 per message ▮ MMS | 8,333 | $0.0290 | $241.66 |
| SMS @ $0.009 per segment ▮ SMS | 2 | $0.0090 | $0.02 |
| Special rate MMS @ $0.029 per message ▮ MMS | 33,333 | $0.0290 | $966.66 |
| Special rate MMS @ $0.029 per message | 16,667 | $0.0290 | $483.34 |

4

| | | | |
|---|---|---|---|
| **Prepaid Texts Applied**<br>Prepaid texts applied to monthly invoice | 1 | -$354,946.6000 | -$354,946.60 |
| | | Total | $0.00 |

Notes:

This is your invoice for usage from 7/1 - 7/31. A prepayment of $354,946.60 has been applied to this invoice, leaving a balance of $123,330.59. Thank you for using Scale to Win!

Need our W-9? Download it through this link - https://stwtxt.link/w9

5