# Exhibit 29

**Memo Regarding Weekly Cash Reconciliation**

This report reflects the committee's weekly cash position as of the date prior to the date of issuance. The accuracy of the report is contingent on the timely notification of all committee expenses made beyond the scope of the committee's check register.  Our responsibility is to request and seek confirmation from the committee that all disbursement data is provided. The committee's responsibility is to provide the needed disbursement data as timely as possible.

Included in the current cash on hand figure are contributions identified as being excessive to the primary or general election. Deriving the actual total for excessive contributions is compounded by the 72 hour delay between the receipt and upload/data entry. Further there are an undetermined number of duplicate contributor records in the NGP database that could also result in an increase in the total amount for excessive contributions. The committee will need to maintain a balance sufficient to refund all excessive contributions.

## Phil Ehr for Senate
## Balance Sheet
### As of September 1, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Ehr Amalgamated Checking Account | 0.00 |
|     **Total Bank Accounts** | **$ 0.00** |
|   **Total Current Assets** | **$ 0.00** |
| **TOTAL ASSETS** | **$ 0.00** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|   **Total Liabilities** | |
|   **Equity** | |
|     Retained Earnings | |
|     Net Income | 2,558.46 |
|   **Total Equity** | **$ 2,558.46** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 2,558.46** |

Friday, Sep 01, 2023 07:29:27 AM GMT-7 - Cash Basis

2

### Phil Ehr for Senate — Profit and Loss - 2024 Cycle
### November 9, 2022 - September 1, 2023

| | Total |
|---|---:|
| **Income** | |
| **Contributions** | |
| ActBlue Contributions | 513,220.23 |
| Checks & Cash | 14,246.00 |
| **Total Contributions** | $ 527,466.23 |
| **Offsets** | 0.29 |
| Vendor Refund | 17,080.86 |
| **Total Offsets** | $ 17,081.15 |
| **Total Income** | $ 544,547.38 |
| **Gross Profit** | $ 544,547.38 |
| **Expenses** | |
| Adminstrative | 90.32 |
| Bank Charges & Fees | 152.20 |
| Check Order | 87.63 |
| **Total Adminstrative** | $ 330.15 |
| Cellphones | 1,500.29 |
| **Consultants** | |
| Compliance Consulting | 6,000.00 |
| Fundraising Consulting | 15,161.28 |
| Legal Services | 24,000.00 |
| Media Consulting | 30,000.00 |
| **Total Consultants** | $ 75,161.28 |
| **Contribution Refunds** | |
| ActBlue Refunds | 11,910.00 |
| **Total Contribution Refunds** | $ 11,910.00 |
| **Credit Card Processing Fees** | |
| ActBlue Fees | 19,550.75 |
| ActBlue Refunds | 7,700.00 |
| **Total Credit Card Processing Fees** | $ 27,250.75 |
| **Digital** | 50,000.00 |
| Digital Consulting | 19,586.45 |
| List Acquisition | 322,250.00 |
| **Total Digital** | $ 391,836.45 |
| Payroll | 10,000.00 |
| Reimbursements | 15,000.00 |
| Research & Polling | 9,000.00 |
| **Total Expenses** | $ 541,988.92 |
| **Net Operating Income** | $ 2,558.46 |
| **Net Income** | $ 2,558.46 |

Friday, Sep 01, 2023 07:37:11 AM GMT-7 - Cash Basis

### Phil Ehr for Senate — Profit and Loss - Q3
### July 1 - September 1, 2023

| | Total |
|---|---:|
| **Income** | |
| **Contributions** | |
| ActBlue Contributions | 513,220.23 |
| Checks & Cash | 14,246.00 |
| **Total Contributions** | $ 527,466.23 |
| **Offsets** | 0.29 |
| Vendor Refund | 17,080.86 |
| **Total Offsets** | $ 17,081.15 |
| **Total Income** | $ 544,547.38 |
| **Gross Profit** | $ 544,547.38 |
| **Expenses** | |
| Adminstrative | 90.32 |
| Bank Charges & Fees | 152.20 |
| Check Order | 87.63 |
| **Total Adminstrative** | $ 330.15 |
| Cellphones | 1,500.29 |
| **Consultants** | |
| Compliance Consulting | 6,000.00 |
| Fundraising Consulting | 15,161.28 |
| Legal Services | 24,000.00 |
| Media Consulting | 30,000.00 |
| **Total Consultants** | $ 75,161.28 |
| **Contribution Refunds** | |
| ActBlue Refunds | 11,910.00 |
| **Total Contribution Refunds** | $ 11,910.00 |
| **Credit Card Processing Fees** | |
| ActBlue Fees | 19,550.75 |
| ActBlue Refunds | 7,700.00 |
| **Total Credit Card Processing Fees** | $ 27,250.75 |
| **Digital** | 50,000.00 |
| Digital Consulting | 19,586.45 |
| List Acquisition | 322,250.00 |
| **Total Digital** | $ 391,836.45 |
| Payroll | 10,000.00 |
| Reimbursements | 15,000.00 |
| Research & Polling | 9,000.00 |
| **Total Expenses** | $ 541,988.92 |
| **Net Operating Income** | $ 2,558.46 |
| **Net Income** | $ 2,558.46 |

Friday, Sep 01, 2023 07:36:20 AM GMT-7 - Cash Basis

### Phil Ehr for Senate — Profit and Loss - Weekly
### August 26 - September 1, 2023

| | Total |
|---|---:|
| **Income** | |
| **Contributions** | |
| ActBlue Contributions | 24,706.50 |
| Checks & Cash | 1,065.00 |
| **Total Contributions** | $ 25,771.50 |
| **Total Income** | $ 25,771.50 |
| **Gross Profit** | $ 25,771.50 |
| **Expenses** | |
| Adminstrative | 45.05 |
| Cellphones | 925.00 |
| **Contribution Refunds** | |
| ActBlue Refunds | 4,840.00 |
| **Total Contribution Refunds** | $ 4,840.00 |
| **Credit Card Processing Fees** | |
| ActBlue Fees | 787.73 |
| **Total Credit Card Processing Fees** | $ 787.73 |
| **Digital** | |
| List Acquisition | 25,000.00 |
| **Total Digital** | $ 25,000.00 |
| **Total Expenses** | $ 31,597.78 |
| **Net Operating Income** | -$ 5,826.28 |
| **Net Income** | -$ 5,826.28 |

Friday, Sep 01, 2023 07:39:39 AM GMT-7 - Cash Basis

## Phil Ehr for Senate
### Transaction List by Date
#### 1-Sep-23

| Date | Transaction Type | Num | Posting | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/01/2023 | Bill | 240736 | Yes | Katz Compliance | Compliance Services | Accounts Payable (A/P) | Compliance Consulting | $ 6,000.00 |
| 07/01/2023 | Bill | 240736 | Yes | Katz Compliance | Compliance Services, Invoice 240736 | Accounts Payable (A/P) | Compliance Consulting | $ 6,000.00 |
| 07/17/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | 2023071701 | Ehr Amalgamated Checking Account | -- | $ 11,237.84 |
| 07/18/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | A2023071801 | Ehr Amalgamated Checking Account | -- | $ 38,711.54 |
| 07/18/2023 | Expense | 23-1044 | Yes | Meadowlark Strategies | Invoice 23-1044 | Ehr Amalgamated Checking Account | List Acquisition | -$ 10,000.00 |
| 07/19/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | A2023071901 | Ehr Amalgamated Checking Account | -- | $ 33,899.58 |
| 07/19/2023 | Expense | 23-1044 | Yes | Meadowlark Strategies | Invoice 23-1044 | Ehr Amalgamated Checking Account | List Acquisition | -$ 20,000.00 |
| 07/20/2023 | Expense | 219 | Yes | Relentless | Invoice 219 | Ehr Amalgamated Checking Account | Media Consulting | -$ 10,000.00 |
| 07/20/2023 | Expense | 7114 | Yes | Vision Media Marketing | Invoice 7114 | Ehr Amalgamated Checking Account | Digital Consulting | -$ 13,750.00 |
| 07/20/2023 | Deposit | -- | Yes |  | 2023072001 | Ehr Amalgamated Checking Account | Checks & Cash | $ 15.00 |
| 07/20/2023 | Expense | 2230 | Yes | Change Research | Invoice 2230 | Ehr Amalgamated Checking Account | Research & Polling | -$ 9,000.00 |
| 07/21/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | A2023072001 | Ehr Amalgamated Checking Account | -- | $ 35,012.81 |
| 07/21/2023 | Deposit | -- | Yes |  | 2023072101 | Ehr Amalgamated Checking Account | Checks & Cash | $ 175.00 |
| 07/21/2023 | Deposit | -- | Yes |  | 2023072102 | Ehr Amalgamated Checking Account | Checks & Cash | $ 6.00 |
| 07/24/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | A2023072401 | Ehr Amalgamated Checking Account | -- | $ 13,893.34 |
| 07/24/2023 | Expense | 23-1043 | Yes | Meadowlark Strategies | Invoice 23-1043 | Ehr Amalgamated Checking Account | Digital | -$ 20,000.00 |
| 07/24/2023 | Expense | 23-1043 | Yes | Meadowlark Strategies | Invoice 23-1043 | Ehr Amalgamated Checking Account | Digital | -$ 30,000.00 |
| 07/24/2023 | Deposit | -- | Yes |  | 2023072401 | Ehr Amalgamated Checking Account | Checks & Cash | $ 6,675.00 |
| 07/26/2023 | Deposit | -- | Yes |  | 2023072601 | Ehr Amalgamated Checking Account | Checks & Cash | $ 50.00 |
| 07/26/2023 | Deposit | -- | Yes | CallTime | ACH Verify - Not Reportable | Ehr Amalgamated Checking Account | Offsets | $ 0.07 |
| 07/26/2023 | Expense | -- | Yes | CallTime | ACH Verify - Not Reportable | Ehr Amalgamated Checking Account | Cellphones | -$ 0.22 |
| 07/26/2023 | Expense | -- | Yes | CallTime | ACH Verify - Not Reportable | Ehr Amalgamated Checking Account | Cellphones | -$ 0.07 |
| 07/26/2023 | Deposit | -- | Yes | CallTime | ACH Verify - Not Reportable | Ehr Amalgamated Checking Account | Offsets | $ 0.22 |
| 07/27/2023 | Deposit | -- | Yes |  | 2023072701 | Ehr Amalgamated Checking Account | Checks & Cash | $ 100.00 |
| 07/27/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | A2023072701 | Ehr Amalgamated Checking Account | -- | $ 43,590.49 |
| 07/27/2023 | Expense | -- | Yes | CallTime | -- | Ehr Amalgamated Checking Account | Cellphones | -$ 575.00 |
| 07/28/2023 | Expense | 1 | Yes | Paula Levine | Invoice 1, Returned ACH | Ehr Amalgamated Checking Account | Fundraising Consulting | -$ 2,580.64 |
| 07/28/2023 | Expense | 23-1044 | Yes | Meadowlark Strategies | Invoice | Ehr Amalgamated Checking Account | List Acquisition | -$ 20,000.00 |
| 07/28/2023 | Expense | -- | Yes | QuickBooks Payments | -- | Ehr Amalgamated Checking Account | Check Order | -$ 87.63 |
| 07/28/2023 | Expense | -- | Yes | QuickBooks Payments | -- | Ehr Amalgamated Checking Account | Adminstrative | -$ 45.05 |
| 07/31/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | A2023073101 | Ehr Amalgamated Checking Account | -- | $ 105,508.18 |
| 07/31/2023 | Deposit | -- | Yes |  | 2023073101 | Ehr Amalgamated Checking Account | Checks & Cash | $ 75.00 |
| 07/31/2023 | Expense | -- | Yes | Paula Levine | Fundraising Consulting - Reissue from AC | Ehr Amalgamated Checking Account | Fundraising Consulting | -$ 2,580.64 |
| 07/31/2023 | Deposit | -- | Yes | Paula Levine | ACH Return from Paula Levine | Ehr Amalgamated Checking Account | Vendor Refund | $ 2,580.64 |
| 07/31/2023 | Expense | 590 | Yes | ASP Media | Invoice 590 | Ehr Amalgamated Checking Account | Reimbursements | -$ 15,000.00 |
| 07/31/2023 | Bill | 9664 | Yes | GrassRoots Analytics | List Aquisition, Invoice 9664 | Accounts Payable (A/P) | List Acquisition | $ 430,433.00 |
| 08/01/2023 | Deposit | -- | Yes |  | 2023080101 | Ehr Amalgamated Checking Account | Checks & Cash | $ 150.00 |
| 08/02/2023 | Deposit | -- | Yes |  | 2023080201 | Ehr Amalgamated Checking Account | Checks & Cash | $ 20.00 |
| 08/02/2023 | Expense | 7172 | Yes | Vision Media Marketing | Invoice 7172 | Ehr Amalgamated Checking Account | Media Consulting | -$ 10,000.00 |
| 08/03/2023 | Deposit | -- | Yes |  | 2023080301 | Ehr Amalgamated Checking Account | Checks & Cash | $ 100.00 |
| 08/03/2023 | Expense | 23-1044 | Yes | Meadowlark Strategies | Invoice 23-1044 | Ehr Amalgamated Checking Account | List Acquisition | -$ 15,000.00 |
| 08/04/2023 | Expense | ACH | Yes | Paula Levine | Fundraising Consulting | Ehr Amalgamated Checking Account | Fundraising Consulting | -$ 10,000.00 |
| 08/04/2023 | Deposit | -- | Yes |  | 2023080401 | Ehr Amalgamated Checking Account | Checks & Cash | $ 50.00 |
| 08/07/2023 | Expense | ach | Yes | Katz Compliance | Invoice 240835 | Ehr Amalgamated Checking Account | Compliance Consulting | -$ 6,000.00 |
| 08/07/2023 | Deposit | -- | Yes |  | 2023080701 | Ehr Amalgamated Checking Account | Checks & Cash | $ 350.00 |
| 08/07/2023 | Deposit | -- | Yes | ActBlue Technical Servcies | A2023080701 | Ehr Amalgamated Checking Account | -- | $ 69,446.46 |
| 08/08/2023 | Expense | ach | Yes | AGP Strategies LLC | Invoice #01 | Ehr Amalgamated Checking Account | Digital Consulting | -$ 5,836.45 |
| 08/09/2023 | Deposit | -- | Yes |  | 2023080901 | Ehr Amalgamated Checking Account | Checks & Cash | $ 25.00 |
| 08/10/2023 | Deposit | -- | Yes |  | 2023081001 | Ehr Amalgamated Checking Account | Checks & Cash | $ 160.00 |
| 08/11/2023 | Deposit | -- | Yes |  | 2023081101 | Ehr Amalgamated Checking Account | Checks & Cash | $ 300.00 |
| 08/14/2023 | Deposit | -- | Yes |  | 2023081401 | Ehr Amalgamated Checking Account | Checks & Cash | $ 175.00 |
| 08/14/2023 | Deposit | -- | Yes |  | A2023081401 | Ehr Amalgamated Checking Account | -- | $ 29,371.91 |
| 08/14/2023 | Expense | ACH | Yes | Jonathan Ronayne | Payroll | Ehr Amalgamated Checking Account | Payroll | -$ 5,000.00 |
| 08/14/2023 | Expense | -- | Yes | Meadowlark Strategies | Invoice 23-1044 | Ehr Amalgamated Checking Account | List Acquisition | -$ 15,000.00 |
| 08/14/2023 | Expense | -- | Yes | Meadowlark Strategies | Invoice 23-1044 | Ehr Amalgamated Checking Account | List Acquisition | -$ 17,250.00 |
| 08/15/2023 | Deposit | -- | Yes |  | 2023081501 | Ehr Amalgamated Checking Account | Checks & Cash | $ 135.00 |
| 08/15/2023 | Expense | ACH | Yes | Joanna Fleming | Payroll, Returned ACH | Ehr Amalgamated Checking Account | Payroll | -$ 2,500.00 |
| 08/15/2023 | Deposit | -- | Yes |  | ACH Return | Ehr Amalgamated Checking Account | Vendor Refund | $ 2,500.00 |
| 08/16/2023 | Expense | ACH | Yes | Relentless | Invoice 228, General Consulting and Comr | Ehr Amalgamated Checking Account | Media Consulting | -$ 10,000.00 |
| 08/16/2023 | Expense | -- | Yes | Gusto | ACH Processing Fee - Potential Test | Ehr Amalgamated Checking Account | Adminstrative | -$ 0.08 |
| 08/16/2023 | Expense | -- | Yes | Gusto | ACH Processing Fee - Potential Test | Ehr Amalgamated Checking Account | Adminstrative | -$ 0.14 |
| 08/17/2023 | Deposit | -- | Yes |  | 2023081701 | Ehr Amalgamated Checking Account | Checks & Cash | $ 2,025.00 |
| 08/17/2023 | Expense | ACH | Yes | Joanna Fleming | Payroll, ACH | Ehr Amalgamated Checking Account | Payroll | -$ 2,500.00 |
| 08/21/2023 | Deposit | -- | Yes |  | 2023082101 | Ehr Amalgamated Checking Account | Checks & Cash | $ 2,550.00 |
| 08/21/2023 | Deposit | -- | Yes |  | A2023082101 | Ehr Amalgamated Checking Account | -- | $ 74,308.56 |
| 08/21/2023 | Deposit | -- | Yes | Gusto | ACH Verify - Not reportable | Ehr Amalgamated Checking Account | Vendor Refund | $ 0.14 |
| 08/21/2023 | Deposit | -- | Yes | Gusto | ACH Verify - Not Reportable | Ehr Amalgamated Checking Account | Vendor Refund | $ 0.08 |

| Date | Type | Num | Posting | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | Bill Payment (Check) | ach | Yes | GrassRoots Analytics | -- | Ehr Amalgamated Checking Account | Accounts Payable (A/P) | -$ 200,000.00 |
| 08/22/2023 | Expense | ach | Yes | Umunna Legal Group PLLC | Legal Consulting - Returned ach | Ehr Amalgamated Checking Account | Legal Services | -$ 12,000.00 |
| 08/23/2023 | Expense | wire | Yes | Umunna Legal Group PLLC | Legal Consulting | Ehr Amalgamated Checking Account | Legal Services | -$ 12,000.00 |
| 08/24/2023 | Deposit | -- | Yes | Umunna Legal Group PLLC | ach return | Ehr Amalgamated Checking Account | Vendor Refund | $ 12,000.00 |
| 08/25/2023 | Deposit | -- | Yes | -- | 2023082401 | Ehr Amalgamated Checking Account | Checks & Cash | $ 45.00 |
| 08/25/2023 | Expense | -- | Yes | Amalgamated Bank | Bank Fees | Ehr Amalgamated Checking Account | Bank Charges & Fees | -$ 152.20 |
| 08/28/2023 | Expense | ach | Yes | CallTime | Cellphones | Ehr Amalgamated Checking Account | Cellphones | -$ 925.00 |
| 08/28/2023 | Expense | -- | Yes | QuickBooks Payments | Credit Card Processing Fees | Ehr Amalgamated Checking Account | Adminstrative | -$ 45.05 |
| 08/28/2023 | Deposit | -- | Yes | -- | A2023082801 | Ehr Amalgamated Checking Account | -- | $ 19,078.77 |
| 08/28/2023 | Bill Payment (Check) | wire, Invoice | Yes | GrassRoots Analytics | -- | Ehr Amalgamated Checking Account | Accounts Payable (A/P) | -$ 25,000.00 |
| 08/29/2023 | Deposit | -- | Yes | -- | 2023082901 | Ehr Amalgamated Checking Account | Checks & Cash | $ 1,065.00 |
| 08/30/2023 | Bill | Invoice 2 | Yes | AGP Strategies LLC | Social Media Consulting | Accounts Payable (A/P) | Digital Consulting | $ 4,530.00 |
| 09/01/2023 | Bill | 7157 | Yes | Vision Media Marketing | Invoice 7157, Media Consulting | Accounts Payable (A/P) | Media Consulting | $ 10,000.00 |

## Phil Ehr for Senate
## Unpaid Bills
### All Dates

| | Date | Transaction Type | Num | Due Date | Past Due | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| **AGP Strategies LLC** | | | | | | | |
| | 08/30/2023 | Bill | Invoice 2 | 08/30/2023 | 2 | 4,530.00 | 4,530.00 |
| **Total for AGP Strategies LLC** | | | | | | $ 4,530.00 | $ 4,530.00 |
| **GrassRoots Analytics** | | | | | | | |
| | 07/31/2023 | Bill | 9664 | 08/15/2023 | 17 | 430,433.00 | 205,433.00 |
| **Total for GrassRoots Analytics** | | | | | | $ 430,433.00 | $ 205,433.00 |
| **Katz Compliance** | | | | | | | |
| | 07/01/2023 | Bill | 240736 | 07/31/2023 | 32 | 6,000.00 | 6,000.00 |
| | 07/01/2023 | Bill | 240736 | 07/31/2023 | 32 | 6,000.00 | 6,000.00 |
| **Total for Katz Compliance** | | | | | | $ 12,000.00 | $ 12,000.00 |
| **Vision Media Marketing** | | | | | | | |
| | 09/01/2023 | Bill | 7157 | 09/01/2023 | 0 | 10,000.00 | 10,000.00 |
| **Total for Vision Media Marketing** | | | | | | $ 10,000.00 | $ 10,000.00 |
| **TOTAL** | | | | | | $ 456,963.00 | $ 231,963.00 |

Friday, Sep 01, 2023 07:52:30 AM GMT-7

6