# Exhibit 30

| | |
|---|---|
| **From:** | Kevin Ralph <kralph@grassrootsanalytics.com> |
| **Sent:** | Tue, 1 Aug 2023 11:02:55 -0400 (EDT) |
| **To:** | David <davidmkeith2023@gmail.com> |
| **Cc:** | Daniel Hogenkamp <danny@grassrootsanalytics.com>; Diego Dew <diego@grassrootsanalytics.com>; Katiana Person <kperson@grassrootsanalytics.com>; Sadie Newcombe <sadie@grassrootsanalytics.com> |
| **Subject:** | Re: STAMP for Ehr for Senate |
| **Attachments:** | Phil_Ehr_for_Senate-_Mail_strategy_and_pla_1Gda9Ha28zcD8uPIhy1tZbGzf_MoqhqO7vSZmj3oub3s.docx;Ehr_for_Senate_2023_Mail_plan_(aggressive)_148NFR5KUYMYmQEk__IfBj4f-4s88J3-E44yllcyEYZE.xlsx;Ehr_for_Senate_2023_Mail_plan_(conservativ_1wFGWHVUAQ1wW13XVs3FVwgQ5N_j5oqcLhxFZqSlKl3w.xlsx |

Great! Does 3pm work for you?



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128

On Tue, Aug 1, 2023 at 10:59 AM David <davidmkeith2023@gmail.com> wrote:
> Can talk today. What time works?
>
> On Tue, Aug 1, 2023 at 10:56 AM David <davidmkeith2023@gmail.com> wrote:
>> The aggressive plan looks good
>>
>> On Tue, Aug 1, 2023 at 10:40 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>> Hey David,
>>>
>>> Here is a mail proposal with some plan options for the rest of 2023. The proposal has more details but essentially we put together an aggressive plan and a more conservative plan.
>>>
>>> 📎 Phil Ehr for Senate: Mail strategy and plan
>>>
>>> 1) The aggressive plan leans heavily on acquisition prospecting mail to help you grow your donor base and build a reliable mail list to fundraise off of for 2024 and beyond.
>>>
>>> 1a) The aggressive plan has 2 tabs. The bulk printing tab shows how much mail we can send if the campaign is able to pay all at once or in 2-3 lump payments. It allows us to dramatically increase the amount of mail we can send. The targeting gets more broad but we have the data to still target confirmed mail donors with reason to give to PE at the volume.
>>>
>>> 2) The conservative plan focuses only on resoliciting existing donors and doing 1 acquisition mailer to gain new donors.
>>>
>>> Let us know what you think. Do you have time tomorrow for a call?
>>>
>>> 📎 Ehr for Senate 2023 Mail plan (aggressive)
>>>
>>> 📎 Ehr for Senate 2023 Mail plan (conservative)
>>>
>>> Best,
>>> Kevin

1

GRASSROOTS_00004340



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128

On Tue, Aug 1, 2023 at 10:27 AM David <davidmkeith2023@gmail.com> wrote:
> Checkin in here.

On Mon, Jul 31, 2023 at 11:44 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
> Sounds good. Will do. Thanks!
>
> Best,
> Kevin



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



On Mon, Jul 31, 2023 at 11:23 AM David <davidmkeith2023@gmail.com> wrote:
> Yes
>
> Pls send plan first so I can review before call
>
> Just lmk timing
>
> On Mon, Jul 31, 2023 at 11:14 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>> Yes, that would be great
>>
>> We're crunching the numbers to make a mail plan. We'll get that to you asap.
>>
>> Let's schedule a call to talk through the mail plan and strategy. Do you have time tomorrow afternoon?
>>
>> Best,
>> Kevin



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128

On Mon, Jul 31, 2023 at 10:43 AM David <davidmkeith2023@gmail.com> wrote:
> Whats the next step?
>
> Phone call?
>
> On Mon, Jul 31, 2023 at 9:53 AM David <davidmkeith2023@gmail.com> wrote:
>> Sounds great
>>
>> Yes re; aggressive
>>
>> On Mon, Jul 31, 2023 at 9:51 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>> Thanks Danny!

2

GRASSROOTS_00004341

Hi David,

Great to connect with you. I'll send mail plans and proposals to you later today. Long story short, I'd recommend a pretty aggressive mail program, resolicit mailers to engage your donors and deliver high ROI, and prospecting mail to further grow your list with mid to high dollar donors who give via the mail. And like Danny said we can coordinate mail and text fundraising campaigns to boost engagement/returns.

I'll send some stuff your way as soon as possible. Looking forward to working with you.

Best,
Kevin




Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128

On Mon, Jul 31, 2023 at 8:25 AM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
> Hi all,
>
> Can we send David with Ehr for Senate a few things:
>
> 1. a mail resolict fundraising plan
> 2.  basic STAMP prospecting proposal
> 3. aggressive STAMP prospecting proposal
>
>
> David, y'all should definitely start resoliciting any donors Phil has that have donated at least once by mail -- we can identify those folks.
>
> I would also recommend you dabble with prospecting -- GA folks will lay out two possible pathways there.
>
> --
> **Daniel Hogenkamp**
> CEO of Grassroots Analytics
> danny@grassrootsanalytics.com
> 802-353-1828 (c)

3