# Exhibit 31

| | |
|---|---|
| **From:** | Kevin Ralph <kralph@grassrootsanalytics.com> |
| **Sent:** | Mon, 21 Aug 2023 10:17:30 -0400 (EDT) |
| **To:** | David <davidmkeith2023@gmail.com> |
| **Cc:** | Daniel Hogenkamp <danny@grassrootsanalytics.com> |
| **Subject:** | Re: Hold the mail |

Totally, no worries here.

Thank you for keeping me updated.



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



On Mon, Aug 21, 2023 at 10:11 AM David <davidmkeith2023@gmail.com> wrote:
> Thank you.
>
> Still in a holding pattern on the acquisition. Don't want to have cash flow problem.
>
>
> On Mon, Aug 21, 2023 at 9:58 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>> Hi David, Hope you had a nice weekend.
>>
>> Definitely, we'll pull the list before we go to print and since you all are bulk paying for the whole program we have budget flexibility, so we can adjust targets as needed.
>>
>> You'll have the resol mailer this afternoon for review.
>>
>> Best,
>> Kevin
>>
>> 
>>
>> Kevin Ralph (he/him)
>> Director of Mail Fundraising
>> Grassroots Analytics
>> c: 405-204-2128
>>
>> 
>>
>>
>> On Fri, Aug 18, 2023 at 9:56 PM David <davidmkeith2023@gmail.com> wrote:
>>> Have about ~14,000 donors now so may want to revamp the list prior to the september solicit drop.
>>>
>>> On Fri, Aug 18, 2023 at 1:30 PM David <davidmkeith2023@gmail.com> wrote:
>>>> Let's still create the resolicit as I want to keep that on track no matter what

1

On Fri, Aug 18, 2023 at 1:29 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
> Of course. Thanks David.
>
> Best,
> Kevin
>
> 
>
> **Kevin Ralph (he/him)**
> Director of Mail Fundraising
> Grassroots Analytics
> c: 405-204-2128
>
> 
>
> On Fri, Aug 18, 2023 at 1:27 PM David <davidmkeith2023@gmail.com> wrote:
>> Let's hold on printing the acquisition
>>
>> I want phi to finish invoice number one to GA
>>
>> Thanks
>>
>> I'll advise Monday

2