# Exhibit 32

| | |
|---|---|
| From: | Kevin Ralph <kralph@grassrootsanalytics.com> |
| Sent: | Wed, 27 Sep 2023 10:18:18 -0400 (EDT) |
| To: | David <davidmkeith2023@gmail.com> |
| Cc: | Katiana Person <kperson@grassrootsanalytics.com>; Diego Dew <diego@grassrootsanalytics.com>; Ops <operations@grassrootsanalytics.com> |
| Subject: | Re: Resolit mailing |
| Attachments: | PER23002_letter_copy_sub_(resol)_1weDQsExbF0zX8zgqYfsY8DICfgHHeWMJmfLBSJjD04I.docx |

No problem, thank you for letting us know.

If the cash flow changes, we'll be happy to proceed, thanks!

Best,
Kevin



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128

On Mon, Sep 25, 2023 at 1:19 PM David <davidmkeith2023@gmail.com> wrote:
> Unfortunately, I don't think Phil has the cash flow for it.
>
> On Mon, Sep 25, 2023 at 1:18 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>> Hi David,
>>
>> Hope you had a nice weekend. Just following up here. Do you think we'll proceed with the resol mailing this week?
>>
>> Best,
>> Kevin
>>
>> 
>>
>> Kevin Ralph (he/him)
>> Director of Mail Fundraising
>> Grassroots Analytics
>> c: 405-204-2128
>>
>> On Mon, Sep 18, 2023 at 10:47 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>> No problem. We are on standby. Thank you.
>>>
>>> Best,
>>> Kevin

1



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



On Mon, Sep 18, 2023 at 10:37 AM David <davidmkeith2023@gmail.com> wrote:
> Please don't move on this until money hits
>
> Doing my best to get the campaign to move here - thanks.
>
> On Mon, Sep 18, 2023 at 10:12 AM Katiana Person <kperson@grassrootsanalytics.com> wrote:
>> Hi David,
>>
>> Hope you had a great weekend! Our Operations team has sent over the invoice for the $16.5k buy as discussed. Linking the invoice for you here as well. We'd love to get started on this as soon as possible for EOQ.
>>
>> Please let me know if you have any questions!
>>
>> Best,
>> Katiana
>>
>>
>> On Fri, Sep 15, 2023 at 12:12 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>> Thank you!
>>>
>>> David, once this is paid we will proceed with production.
>>>
>>> Best,
>>> Kevin
>>>
>>> 
>>>
>>> Kevin Ralph (he/him)
>>> Director of Mail Fundraising
>>> Grassroots Analytics
>>> c: 405-204-2128
>>>
>>> On Fri, Sep 15, 2023 at 12:11 PM Diego Dew <diego@grassrootsanalytics.com> wrote:
>>>> Hi Kevin,
>>>>
>>>> Can do! Looping in our operations team for awareness.
>>>>
>>>> David — Please expect an invoice for the $16,500 resolicit mailer.
>>>>
>>>> Thank you,
>>>> Diego
>>>> (650) 743-8554
>>>>
>>>> On Thu, Sep 14, 2023 at 5:46 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>>>> Okay great.

2

Diego, Kati - I believe we are adjusting the invoice for Phil Ehr to make the change. Can we cancel the previous invoice and send a new invoice for $16,500 for the resolicit mailer we want to send before the end of the month?

Let me know if you have any questions, thank you.

Best,
Kevin



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



On Thu, Sep 14, 2023 at 5:12 PM David <davidmkeith2023@gmail.com> wrote:
> Yes please proceed

On Thu, Sep 14, 2023 at 1:36 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
> Got it, no problem.
>
> According to NGP you all have 15,600 donors or so. To mail to that universe would cost $16,500. Should we send you an invoice for that amount and cancel the previous invoice?
>
> If you're able to pay by tomorrow then we can push for a 9/21 or 9/22 drop date. That will give you a week of donations before EOQ, and more donations will arrive after the end of the month as well.
>
> Best,
> Kevin



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128

On Thu, Sep 14, 2023 at 1:19 PM David <davidmkeith2023@gmail.com> wrote:
> We don't have the resources to commit to the acquisition today. We do want to commit to the resolicit if we can get it out in time for end of quarter

On Thu, Sep 14, 2023 at 12:37 PM Diego Dew <diego@grassrootsanalytics.com> wrote:
> Hi David,
>
> Jumping in for Kati here. Just checking in on the status of the mailer as a whole.
>
> I believe we invoiced for the full $150k that includes 50k pieces of new prospects and 20k resolicit pieces in Q3. Did you want to scrap the acquisition entirely or just push that to later?
>
> Let us know what you're thinking here.
>
> Best,
> Diego
> (650) 743-8554

3

> On Thu, Sep 14, 2023 at 10:31 AM David <davidmkeith2023@gmail.com> wrote:
>> Phil would like to do the resolicit mailing
>>
>> On Mon, Sep 11, 2023 at 10:20 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>> Hi David,
>>>
>>> Hope you're doing well. Just checking in with you about mail. Do you still want to try and send mail for Q3? Timing is getting a little close but we still have some room to make it before EOQ.
>>>
>>> Let me know where you're at and if there is anything I can do to help. Thanks!
>>>
>>> Best,
>>> Kevin
>>>
>>> 
>>> **Kevin Ralph (he/him)**
>>> Director of Mail Fundraising
>>> Grassroots Analytics
>>> c: 405-204-2128
>>>
>>> On Tue, Aug 22, 2023 at 4:32 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>>> Great. Thank you.
>>>>
>>>> 
>>>> **Kevin Ralph (he/him)**
>>>> Director of Mail Fundraising
>>>> Grassroots Analytics
>>>> c: 405-204-2128
>>>>
>>>> On Tue, Aug 22, 2023 at 4:31 PM David <davidmkeith2023@gmail.com> wrote:
>>>>> Me, two addresses:
>>>>>
>>>>> David Keith
>>>>> 35 Hudson St
>>>>> Unit 2104
>>>>> Jersey City, NJ 07302
>>>>>
>>>>> Nash Zamora
>>>>> 418 Central Park West
>>>>> Apartment 28
>>>>> New York, NY 10025
>>>>>
>>>>> On Tue, Aug 22, 2023 at 4:29 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>>>>> Great!
>>>>>>
>>>>>> I'll get the first acquisition and resol mailings proofread and ready so that they can drop in September. You'll see final proofs once that is done for your awareness as well.

4

Do you and/or any members of the team want to receive the mail? Send me addresses and I'll whoever you like as seeds to the list.

Best,
Kevin



**Kevin Ralph (he/him)**
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



On Tue, Aug 22, 2023 at 4:26 PM David <davidmkeith2023@gmail.com> wrote:
> Looks great. Thanks.
>
> On Tue, Aug 22, 2023 at 4:25 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>> Hi David,
>>
>> Here is the updated mail plan. I kept the total cost for the program the same. The only change is that to send more resolicit letters we'll send fewer acquisition pieces. But overall the plan is very similar.
>>
>> I've updated the costs as well to more closely track with the bulk payment structure. Assuming 3 payments, I've spaced them out to help you manage cashflow for mail. Let me know your thoughts or if you have any questions. Thanks!
>>
>>
>> Best,
>> Kevin
>>
>> 
>>
>> **Kevin Ralph (he/him)**
>> Director of Mail Fundraising
>> Grassroots Analytics
>> c: 405-204-2128
>>
>>
>> On Tue, Aug 22, 2023 at 10:31 AM David <davidmkeith2023@gmail.com> wrote:
>>> thank you.
>>>
>>> im just delaying because i want to be very cognizant of cash flow. we are very aggressive on text and want to get GA paid in full on that now.
>>>
>>> On Tue, Aug 22, 2023 at 10:30 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>>> Definitely. I'll update the plan and send it your way.

5

GRASSROOTS_00002039

Best,
Kevin



Kevin Ralph (he/him)
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



On Tue, Aug 22, 2023 at 10:29 AM David <davidmkeith2023@gmail.com> wrote:
> Sounds great. That works, thank you.
>
> We will probably have 20,000 donors by september 15 so we should re adjust the resolicit projections in the plan. Can we do that?
>
> Thanks.
>
> DK
>
> On Tue, Aug 22, 2023 at 10:27 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>> Great. That sounds good. We will plan for early/mid September with the acquisition mailer as well.
>>
>> I think Kati or someone on the team will bump the invoice for the whole program. Like we talked about, you all can absolutely pay in increments if you want. As long as some is paid before the drop dates, we'll be good to go.
>>
>> Thanks!
>>
>> 
>>
>> Kevin Ralph (he/him)
>> Director of Mail Fundraising
>> Grassroots Analytics
>> c: 405-204-2128
>>
>> 
>>
>> On Tue, Aug 22, 2023 at 10:21 AM David <davidmkeith2023@gmail.com> wrote:
>>> That makes sense Kevin. We will obviously pay before it goes out
>>>
>>> regarding acquisition lets plan on early/mid september.
>>>
>>> we will have the cash up front
>>>
>>> On Tue, Aug 22, 2023 at 10:18 AM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
>>>> Great! Thank you. I recommend we drop on Thursday, Sept. 18th to land closer to EOQ while still giving two weeks for returns to come in before the deadline. I initially thought we should drop in

6

GRASSROOTS_00002040

early September but I think that's too soon, going later in the month will give it more momentum I think. You might get a few donations after the deadline but I think dropping later will help it perform better.

I'm copying Kati and Diego on this thread, they can manage the payment stuff. Let me know if you have any questions, thanks!

Best,
Kevin



**Kevin Ralph (he/him)**
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



On Mon, Aug 21, 2023 at 6:49 PM David <davidmkeith2023@gmail.com> wrote:
> Made a few edits. This is approved. Ready to pay and move forward on this when you think its best.

On Mon, Aug 21, 2023 at 3:27 PM Kevin Ralph <kralph@grassrootsanalytics.com> wrote:
> Hi David,
>
> I adjusted the approved acquisition mailer into a letter tailored for a resolicit audience. Including it here for edits and approval. Let me know if you have any questions. Thanks!
>
> Still holding for now but wanted to get this to you so we can keep things moving.
>
> 📄 **PER23002 letter copy sub (resol)**
>
> Best,
> Kevin



**Kevin Ralph (he/him)**
Director of Mail Fundraising
Grassroots Analytics
c: 405-204-2128



--

**Diego Dew (he/him)**
Vice President of Revenue
Grassroots Analytics

7



--

**Diego Dew (he/him)**
Vice President of Revenue
Grassroots Analytics

--

**Katiana Person (she/her)**
East Regional Account Manager
Grassroots Analytics

8

GRASSROOTS_00002042