# Exhibit 33

**Grassroots Analytics, Inc.**
806 7th St NW Ste 3
Washington, DC  20001
+1 2022402456
operations@grassrootsanalytics.com



# Credit Memo

**CREDIT TO**
Phil Ehr

**CREDIT #** 10106
**DATE** 10/16/2023

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales - STAMP Services**<br>STAMP order cancelled | 1 | 16,500.00 | 16,500.00 |

_____CAMPAIGN_____   Month Year Payment          **TOTAL CREDIT**                    **$16,500.00**

(Monthly Fundraising) x (Tier %) =
_____

Please reach out if you have any questions.

1

GRASSROOTS_00004094