# Exhibit 34

**Grassroots Analytics, Inc.**
806 7th St NW Ste 3
Washington, DC  20001
+1 2022402456
operations@grassrootsanalytics.com



# Credit Memo

| **CREDIT TO** | **CREDIT #** 9925 |
|---|---|
| Phil Ehr | **DATE** 09/18/2023 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales - STAMP Services**<br>Reverse Phil Ehr STAMP buy - client cancelled | 1 | 150,000.00 | 150,000.00 |

_____CAMPAIGN_____    Month Year Payment        **TOTAL CREDIT**              **$150,000.00**

(Monthly Fundraising) x (Tier %) =
_____

Please reach out if you have any questions.

1

GRASSROOTS_00004095