# Exhibit 35

| | |
|---|---|
| From: | Trent Schacht <trent@meadowlarkstrategies.com> |
| Sent: | Wed, 9 Aug 2023 15:17:26 -0400 (EDT) |
| To: | Diego Dew <diego@grassrootsanalytics.com> |
| Subject: | Re: EMAIL PROGRAM |

Hey Diego — here's the business address

112 Southeast 4th Street
Suite 202
Des Moines, IA 50309

Thanks!

-Trent

> On Aug 8, 2023, at 4:46 PM, Diego Dew <diego@grassrootsanalytics.com> wrote:
>
> Hi Trent,
>
> Attaching the data sharing agreement for Phil!
>
> If you can let me know Meadowlark's business address, I'll send over the referral agreement as well.
>
> Feel free to give me a call if you have any questions.
>
> Thanks,
> Diego
> (650) 743-8554
>
> On Mon, Aug 7, 2023 at 5:59 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>> Great, thanks Diego!
>>
>>
>>> On Aug 7, 2023, at 4:38 PM, Diego Dew <diego@grassrootsanalytics.com> wrote:
>>>
>>> Hi Trent,
>>>
>>> I'll give you a call tomorrow afternoon!
>>>
>>> Best,
>>> Diego
>>> (650) 743-8554
>>>
>>> On Mon, Aug 7, 2023 at 5:21 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>>>> Hey Diego — sorry for the delay here. Happy to chat more just to get a better idea on what the CC service is, how y'all are measuring engagement.
>>>>
>>>> If the increased analysis on email performance (more than NGP gives) is what this product entails then yes I am all in on getting this setup, would just like to hear a bit more about specifics.
>>>>
>>>> I am free the rest of today, or anytime after 3:30 ET Tues and Wed this week if you would like to connect. My number is 515-778-6419, feel free to reach out whenever is convenient.
>>>>
>>>> Best,
>>>>
>>>> -Trent
>>>>
>>>>
>>>>> On Aug 7, 2023, at 3:46 PM, Diego Dew <diego@grassrootsanalytics.com> wrote:
>>>>>
>>>>> Hi David,
>>>>>
>>>>> Any specific questions we can answer on CC? I'm attaching a sample data sharing agreement with the nuts and bolts.
>>>>>
>>>>> Happy to draft this specifically for Phil if you're ready to move this forward.
>>>>>
>>>>> Thanks,
>>>>> Diego
>>>>> (650) 743-8554
>>>>>
>>>>> On Mon, Aug 7, 2023 at 7:36 AM David <davidmkeith2023@gmail.com> wrote:
>>>>>> BUMPING this
>>>>>>
>>>>>> On Tue, Aug 1, 2023 at 5:01 PM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
>>>>>>> Attachment didnt go through! Here you go. Click Collective.
>>>>>>>
>>>>>>> On Tue, Aug 1, 2023 at 5:00 PM David <davidmkeith2023@gmail.com> wrote:
>>>>>>>> what is "the CC"???
>>>>>>>>
>>>>>>>> On Tue, Aug 1, 2023 at 4:49 PM Daniel Hogenkamp <danny@grassrootsanalytics.com> wrote:
>>>>>>>>> I chatted with David, and he said email has some deliverability stuff? We have a free product called Click Collective that David wants to try where y'all sign up and get free quarterly updates on most recent open and click data so you can better onboard all those emails.

1

> You can buy emails from the CC at some point also, but it seems like you just need activity data on your existing emails for now.
>
> Let us know if you have more questions!
>
>> On Tue, Aug 1, 2023 at 4:47 PM David <davidmkeith2023@gmail.com> wrote:
>> Daniel -
>>
>> Please let me know what your services are to help with email.
>>
>>> On Tue, Aug 1, 2023 at 4:43 PM David <davidmkeith2023@gmail.com> wrote:
>>> GA- Please discuss any ways you can help with email program
>
> --
> **Daniel Hogenkamp**
> CEO of Grassroots Analytics
> danny@grassrootsanalytics.com
> 802-353-1828 (c)

--
**Daniel Hogenkamp**
CEO of Grassroots Analytics
danny@grassrootsanalytics.com
802-353-1828 (c)

--

 

Diego Dew (he/him)
Vice President of Revenue
Grassroots Analytics

<2023 GA.Data Sharing Agreement.Draft.docx>

--

 

Diego Dew (he/him)
Vice President of Revenue
Grassroots Analytics

--

 

Diego Dew (he/him)
Vice President of Revenue
Grassroots Analytics

<2023 Phil Ehr_GA.Data Sharing Agreement.Draft_8.8.23.docx>

2