# Exhibit 36

# DATA SHARING AGREEMENT

This DATA SHARING AGREEMENT (the "Agreement") is effective as of August 8, 2023 (the "Effective Date") by and between Grassroots Analytics, LLC, with a principal place of business at 645 Prospect Hill Rd, Rutland, VT 05701 ("GA"), and Phil Ehr for Senate, with a principal place of business at PO Box 33079, Washington, DC 20033 ("Data User").

WHEREAS, GA wishes to aggregate and make available certain electronic mail data for fundraisers in the form of a limited data set, which consists of data contributed exclusively by and for other GA Data Users ("Limited Data Set") to Data User for use by Data User in performance of campaign and or nonprofit fundraising (the "Purpose");

WHEREAS, GA wishes to ensure Data User that GA will appropriately safeguard the Limited Data Set; and

WHEREAS, Data User agrees to use the Limited Data Set solely for campaign and or nonprofit fundraising purposes;

NOW, THEREFORE, in consideration of the promises and mutual covenants contained herein, the parties hereto agree as follows:

1. **Obligations of GA.** Upon execution of this Agreement, GA agrees to (A) sell to Data User, emails from its Limited Data Set, each of which, at an exclusive price point of $0.40 each; (B) provide data cleaning and reactivation ranking on a quarterly basis by (i) identifying all emails having hard bounced contained on list; (ii) attaching up to date suggested ask amounts; and (iii) identifying top re-engagement prospects from currently inactive; (C) comply with any third-party provision relating to confidentiality or intellectual property applicable to data agreements by which Data User is bound; and (D) use commercially reasonable efforts to ensure data from the Limited Data Set is sold exclusively to Data Users contributing to the Limited Data Set at a volume that does not exceed the volume of data contributed to the Limited Data Set by the Data User.

2. **Obligations of Data User.**

    A. Consideration. The parties hereto represent and warrant that (i) the compensation provided under the terms of this Agreement is consideration for GA's time and effort in the collection, creation, and transfer of the Limited Data Set and the data included therein, and that (ii) the compensation provided under the terms of this Agreement is consistent with fair market value in arm's length transactions. The parties hereto agree that data contributed by Data User to GA pursuant to this Agreement may not be entered into any GA database or used without Data User's explicit written consent except that GA may use exhaust data to enrich GA's database for email addresses that already exist within the GA database.

DocuSign Envelope ID: 5E2485AF-6D6B-41F2-A936-ED614721B5A7

Data User will provide GA with updated data at least once every thirty days. In the event that Data User has not provided required updates, GA reserves the right to terminate this Agreement. Data User agrees to provide data pursuant to this Agreement within 10 business days of full execution of this Agreement. Without limiting the generality of the foregoing, Data User may not resell data provided to it by GA pursuant to this Agreement, in any manner. In consideration of GA's expenses in facilitating access for Data Users to the Limited Data Set, Data User agrees to authorize GA to access Data User's CRM, through API plug in or direct user access, for the following:

1. <u>Contact Information Data</u>:
    a. Email address
    b. First Name
    c. Last Name
    d. Address
    e. City
    f. State
    g. ZIP code
    h. Subscriber status

2. <u>Digital Exhaust Data</u>:
    a. Electronic Mail Interaction:
        i. Recipient
        ii. Open
        iii. Click
    b. Timestamp for each interaction:
        i. Recipient
        ii. Open
        iii. Click

3. <u>Donation Transaction Data</u>
    a. Email address
    b. Transaction timestamp
    c. Transaction amount
    d. Transaction source code

B. Performance of Activities. Data User may use and disclose the Limited Data Set received from GA only in connection with the Purpose (the "Activities"). Data User will limit the use of and access to the Limited Data Set to the individuals or classes of individuals who need the Limited Data Set for the performance of the Activities. Neither Data User nor its permitted recipient will use the Limited Data Set for any purpose other than the Activities. In the event the Limited Data Set is used for any purpose outside the

2

GRASSROOTS_00004133

terms of this Agreement or disclosed to any individuals or classes of individuals not identified in this Agreement, the terms of this Agreement will immediately terminate.

3. **Term and Termination; Obligations and Rights Upon Termination**. Notwithstanding Section 2(B), the term of this Agreement (the "Term") will commence as of the Effective Date and continue for twelve (12) months from the Effective Date, unless earlier terminated in accordance with this Agreement.

This Agreement will automatically renew for additional, successive twelve (12) month periods, unless earlier terminated in accordance with this Agreement or unless either Party provides to the other Party written notice of such Party's intent not to renew this Agreement at least five (5) days prior to the conclusion of the then current month period. Either Party may terminate this Agreement upon written notice to the other Party if the other Party materially breaches this Agreement and fails to cure such breach within thirty (30) days of written notice of such breach. Following expiration or termination of this Agreement, GA will (i) stop updating Data User Data, (ii) cease all use of Data User provided data as of the Effective Date of termination or expiration, (iii) remove all Data User data from its possession and (iv) destroy all copies of Data User data, whether in print, tape or other media, or promptly send such data to Data User.

Upon termination or expiration of this Agreement for any reason, Data User agrees that it will, with respect to all data licensed pursuant to this Agreement prior to termination or expiration, excluding any information pertaining to Data User's donors or any other information Data User acquired from any source: (i) cease any and all use of the data received from GA pursuant to this Agreement; (ii) ensure that all copies of any and all data provided to Data User by GA pursuant to this Agreement and any related data and information are deleted from its computers; and (iii) within ten (10) days of request from GA, certify in writing that Data User and its service providers and agents, if applicable, have complied with the foregoing requirements.

4. **Confidentiality**. The parties hereto agree that Data User's provision of any data pursuant to this Agreement will not be disclosed without Data User's prior, written approval. Accordingly, no email addresses, models, or other services or products will be marketed or promoted using Data User's name without prior written consent. GA will not sell any data that Data User contributes in a manner that would cause disclosure of Data User's identity. The parties further agree that GA is prohibited from making any representations to the media regarding Data User's performance of this Agreement.

5. **Closing.** The closing will occur on the Effective Date, or at such later date as the parties may mutually agree, at which time the payment in full must be delivered by Data User to GA, and GA will deliver the Limited Data Set to Data User.

6. **Limitation of Liability.**

3

  A. The purpose of this Section 6 is to limit the potential liability of both parties arising out of this Agreement. This Section 6 will apply despite any other provisions of this Agreement or the failure of the essential purpose of any remedy.

  B. Neither party to this Agreement will be liable for any indirect, special, incidental, or consequential damages, however caused, whether for breach of contract, negligence or otherwise, and whether or not it has been advised of the possibility of such damages.

  C. PARTIES TO THIS AGREEMENT EXPRESSLY UNDERSTAND AND AGREE THAT TO THE EXTENT PERMITTED BY APPLICABLE LAW, DATA USER'S USE OF THE LIMITED DATA SET PURSUANT TO THIS AGREEMENT IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITH ALL FAULTS. PARTIES EXPRESSLY DISCLAIM ALL WARRANTIES, REPRESENTATIONS, AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, AND NON-INFRINGEMENT ARISING FROM USE OF THE SERVICES.

7. **Safeguards.** The parties hereto will use any and all appropriate safeguards to prevent use or disclosure of the Limited Data Set other than as provided by this Agreement.

8. **Entire Agreement.** This Agreement is the entire agreement between the parties regarding the subject matter. Any addition to or modification of this Agreement must be in writing. No waiver will be effective unless it is in writing and signed by the party agreeing to the waiver and then it will be effective only in the specific instance and for the specific purpose for which it is given; no failure or delay in exercising any right will be considered a waiver of that right. If any provision of this Agreement is unenforceable, the remaining provisions will continue.

9. **Applicable Law.** This Agreement will be governed by and construed under the laws of the United States of America and the District of Columbia as applied to agreements entered into and to be performed entirely within the District of Columbia between District of Columbia residents. This Agreement will be deemed to have been made and entered into in Washington, District of Columbia.

GRASSROOTS_00004135

**Signatures**

Digital Firm:  \_Trent Schacht_____
Printed Name

\_Principal_____
Title

\_*Trent Schacht*_____
Signature

\_08/09/23_____
Date

_____
Taxpayer ID Number

\_trent@meadowlarkstrategies.com_____
Email Address

\_515-778-6419_____
Phone Number

GA:  GRASSROOTS ANALYTICS, LLC
Printed Name

*[DocuSigned signature: 3BE48D6290594D7...]*
Signature

8/9/2023
Date

82-059495_____