# Exhibit 37

| | |
|---|---|
| From: | Matt Denner <matt@meadowlarkstrategies.com> |
| Sent: | Fri, 25 Aug 2023 15:23:44 -0400 (EDT) |
| To: | Joey Mamlin <joey@grassrootsanalytics.com> |
| Cc: | Trent Schacht <trent@meadowlarkstrategies.com>; Meghan McAnespie <meghan@grassrootsanalytics.com>; Ryan Alexander <ryan@huddlestrategies.com>; David <davidmkeith2023@gmail.com>; Diego Dew <diego@grassrootsanalytics.com>; Katiana Person <kperson@grassrootsanalytics.com>; Sadie Newcombe <sadie@grassrootsanalytics.com> |
| Subject: | Re: Click Collective Onboarding: Phil Ehr |
| Attachments: | ehr20230815-4473412855_18GnfwtNil1rsZQ9AuDXbS7W1W9YqFLoW.csv;phil_ehr_reactivation_08_15_23_all_1pQJYeHSG_xjaHuut8Cl0lQTbi2UgmOY9.csv |

Thanks for following up.

I think we should be good now. I had wanted to double-check another recent buy for another client, and fortunately, it looks like this was only an issue here. And since we ended up using email address instead of VAN ID on this upload, all the data should be in good order in the CRM.

As long as this should be sorted out going forward, everything looks great.

Thanks!

Matt

On Fri, Aug 25, 2023 at 1:33 PM Joey Mamlin <joey@grassrootsanalytics.com> wrote:
> Hey Matt,
>
> Just wanted to check in and see if everything seems resolved here, or if you needed anything else from us here.
>
> Let me know!
>
> 
> **Joey Mamlin (he/him)**
> Chief Product Officer
> Grassroots Analytics
> c: 614.787.2120
> 
>
> On Tue, Aug 22, 2023 at 11:27 AM Matt Denner <matt@meadowlarkstrategies.com> wrote:
>> Thanks for sorting this out, Joey!
>>
>> If this turned out to be an issue on the NGP side, I was worried that we'd be dealing with some much bigger problems, so I'm VERY glad we isolated it now.
>>
>> Thanks again,
>>
>> Matt
>>
>> On Tue, Aug 22, 2023 at 7:53 AM Joey Mamlin <joey@grassrootsanalytics.com> wrote:
>>> Hey Matt,
>>>
>>> Figured out what happened here, basically our system read in VANID in scientific notation and therefore were exported with different values. I fixed the issue and am re-attaching the list below!
>>>
>>> I double checked about a dozen of the VANIDs across both lists and see no issues, but let me know if this doesn't look right to y'all.
>>>
>>> Sorry for the confusion, let me know if you need anything else!
>>>
>>> 
>>> **Joey Mamlin (he/him)**
>>> Chief Product Officer
>>> Grassroots Analytics
>>> c: 614.787.2120
>>>
>>> On Mon, Aug 21, 2023 at 5:45 PM Matt Denner <matt@meadowlarkstrategies.com> wrote:
>>>> It looks like, at some point, the VAN IDs that correspond with the existing records were changed.
>>>>
>>>> If I look up the email "numbername@aol.com" on the list you just sent or in NGP, the ID is 115107057. But in the list with email scores, that ID is listed as 115107056.
>>>>
>>>> If I look up "sorethmb@hotmail.com," the ID is 114250716. But in the list with email scores, that ID is listed as "114250720".
>>>>
>>>> I haven't attempted to check the entire list, but from what I can tell, it would appear that most or all of the records in the matched list have the incorrect VAN ID. It doesn't appear that this is likely to be a sorting error, as the reason NGP was flagging those ~760 records was that they had VAN IDs that didn't exist in the database already.

GRASSROOTS_00004483

The good news is that when I upload just the email addresses without the VAN ID and apply an activist code, they seem to match up to existing records just fine. But I can't use VAN ID to update the existing records due to the mismatch.

Any thoughts on what could have happened here?

On Mon, Aug 21, 2023 at 3:52 PM Joey Mamlin <joey@grassrootsanalytics.com> wrote:
> The only thing that I changed on this list before I ran it against our database was making all of the emails lower case, could that be causing the discrepancy?



**Joey Mamlin (he/him)**
Chief Product Officer
Grassroots Analytics
c: 614.787.2120

On Mon, Aug 21, 2023 at 4:50 PM Joey Mamlin <joey@grassrootsanalytics.com> wrote:
> 📎 ehr20230815-4473412855.csv
>
> Hey Trent,
>
> For sure, I'm attaching the list that I pulled from NGP below! Do you want to send over the 760 names that were new so I can investigate?
>
> Let me know!



**Joey Mamlin (he/him)**
Chief Product Officer
Grassroots Analytics
c: 614.787.2120

On Mon, Aug 21, 2023 at 4:44 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
> Hey all – adding Matt Denner from my team here. We've run into an issue as we were attempting to upload names and there were around ~760 names that were new contacts. Have tried uploading just based on VAN ID as well as email only and it's giving us similar results. Wondering if y'all had the original list that was exported or created that we could compare to in order to figure out where discrepancy might be.
>
> Thanks,
>
> -Trent
>
>> On Aug 16, 2023, at 9:07 PM, Meghan McAnespie <meghan@grassrootsanalytics.com> wrote:
>>
>> I'm always a fan of third party verification but specifically meant utilizing the click collective benefits to have us identify the confirmed active emails on a more frequent basis than us running the entire list!
>>
>> We can also let you know when we identify that we have a more active email for that specific individual for purchase when you're looking to invest in acquisition again.
>>
>> On Wed, Aug 16, 2023 at 10:02 PM Ryan Alexander <ryan@huddlestrategies.com> wrote:
>>> What type of list cleaning for donor emails do you suggest? An email verification service such as Kickbox.com or something else?
>>>
>>>> On Wed, Aug 16, 2023 at 9:41 PM Meghan McAnespie <meghan@grassrootsanalytics.com> wrote:
>>>> Your understanding is correct! Excited to help on the reputation front and is just our SOP to inquire about acquisition when getting folks set up.
>>>>
>>>> Beyond just whole list reactivation targeting I'd suggest requesting more frequent new donor list cleaning, particularly given the large text acquisition investment the campaign has made. Many folks have outdated info in ActBlue and we've found those donor emails (which naturally you'd think would be your best targets!) can be a hidden source of ongoing deliverability hits!
>>>>
>>>> I'll let Joey answer on specially on the shared search folders front!
>>>>
>>>>> On Wed, Aug 16, 2023 at 9:30 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>>>>> Great, thanks for this Joey!
>>>>>
>>>>> We will definitely get this batch into a reactivation universe as well. Since you all already have access to NGP, would it be easier to setup a shared folder for searches in there that both teams have access to?
>>>>>
>>>>> At this point, we haven't discussed additional paid acquisition for email given the deliverability issues from launch — let me know if i'm wrong here but i thought the understanding was that we would opt in to Click Collective in order to flesh out which names were worthwhile to attempt to re-activate as part of the free piece for signing up to be part of this data sharing service, with the

2

incentive that if we did decide to move forward on acquiring additional emails it would be at a significant discount?

If that is not the case I would like to discuss further before making any other significant moves on the re-activation side though.

Thanks all, and I apologize for the delayed response.

Best,

-Trent

> On Aug 15, 2023, at 1:31 PM, Joey Mamlin <joey@grassrootsanalytics.com> wrote:
>
>  phil_ehr_reactivation_08_15_23_all.csv
>
> Went ahead and pulled a list of re-activation targets. These are folks that are on your list who seem like they are very active emails and might be worth re-engaging (if they haven't been emailed recently).
>
> Let me know if you need anything else!
>
>  Joey Mamlin (he/him)
> Chief Product Officer
> Grassroots Analytics
> c: 614.787.2120
>
>
> On Tue, Aug 15, 2023 at 9:25 AM Joey Mamlin <joey@grassrootsanalytics.com> wrote:
>> Hey folks!
>>
>> Just wanted to check in here! Let us know if there is anything you need from us!
>>
>>  Joey Mamlin (he/him)
>> Chief Product Officer
>> Grassroots Analytics
>> c: 614.787.2120
>>
>>
>> On Mon, Aug 14, 2023 at 8:44 AM Katiana Person <kperson@grassrootsanalytics.com> wrote:
>>> Hi Trent,
>>>
>>> Thank you! Please let us know when you want our team to get started on an email buy for the campaign. We'd be happy to get things moving with your free benefits too like email reactivations.
>>>
>>> Let me know if you have any questions!
>>>
>>> Best,
>>> Katiana
>>>
>>> On Fri, Aug 11, 2023 at 1:35 PM Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>>>> Hi Katiana — just added you to NGP w/ full access manager permissions. Please let me know if you need anything else!
>>>>
>>>> Best,
>>>>
>>>> -Trent
>>>>
>>>>> On Aug 9, 2023, at 4:12 PM, Katiana Person <kperson@grassrootsanalytics.com> wrote:
>>>>>
>>>>> Hi team,
>>>>>
>>>>> Welcome to the GA Click Collective. Attaching the countersigned contract below. Looping you in here with some other members of the team. Could you please have CRM access granted to tech@grassrootsanalytics.com?
>>>>>
>>>>> Please let us know if there is anything you'd like for us to get started on or if you have any questions!
>>>>>
>>>>> Thank you,
>>>>> Katiana
>>>>>
>>>>> --

3

GRASSROOTS_00004485



&lt;2023 Phil Ehr_GA.Data Sharing Agreement.Draft_8.8.23_Signed (1).pdf&gt;

--
Ryan Alexander *(he/him)*
President
Huddle Strategies
703-966-2975
ryan@huddlestrategies.com

--
**Matt Denner | Digital Fundraising Systems & Training Lead**
**Meadowlark Strategies**
matt@meadowlarkstrategies.com
(515) 577-7861
he/him/his



--
**Matt Denner | Digital Fundraising Systems & Training Lead**
**Meadowlark Strategies**
matt@meadowlarkstrategies.com
(515) 577-7861
he/him/his

att Denner | Digital Fundraising Systems & Training Lead
eadowlark Strategies
tt@meadowlarkstrategies.com
15) 577-7861
/him/his

4