# Exhibit 38

**From:** Aaron Parnas <agparnas@gmail.com>
**Sent:** Wed, 1 Nov 2023 13:51:45 -0400 (EDT)
**To:** Andrew Donohue <adonohue@grassrootsanalytics.com>
**Cc:** Jake Briggs <jakebriggs2023@gmail.com>; Obi Umunna <Obi@ulegalgroup.com>; Claudia Shrivastava <cshrivastava@grassrootsanalytics.com>; Daniel Hogenkamp <danny@grassrootsanalytics.com>; David Davies <ddavies@grassrootsanalytics.com>; Diego Dew <diego@grassrootsanalytics.com>; Josh Lewis <jlewis@grassrootsanalytics.com>; Katiana Person <kperson@grassrootsanalytics.com>; Meghan McAnespie <meghan@grassrootsanalytics.com>
**Subject:** Re: Phil Ehr Re-Launch

Thanks.

On Wed, Nov 1, 2023 at 1:50 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
> This is going out now.
>
>> On Wed, Nov 1, 2023 at 11:59 AM Aaron Parnas <agparnas@gmail.com> wrote:
>> Thanks, let me know when it is sent.
>>
>>> On Wed, Nov 1, 2023 at 11:57 AM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
>>> Will plan on sending this in the early afternoon, sounds good about copy updates.
>>>
>>>> On Wed, Nov 1, 2023 at 11:22 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>>> Let's get this text sent with Jake's additions. What time do you think is best, Andrew?
>>>>
>>>> And, for Friday, I will send you copy updates in the morning depending on what the news cycle is discussing.
>>>>
>>>>> On Wed, Nov 1, 2023 at 11:20 AM Jake Briggs <jakebriggs2023@gmail.com> wrote:
>>>>>
>>>>> Hi {firstName}, it's Phil Ehr.
>>>>>
>>>>> I wish I didn't have to send this text, but the stakes could not be higher.
>>>>>
>>>>> With the next Republican primary debate one week away, Carlos Gimenez and his MAGA buddies are working to abandon our allies overseas by threatening to cut aid to Ukraine while pulling out of NATO.
>>>>>
>>>>> As a Navy Commander of over 26 years, this fight is personal to me. I worked with NATO officials to protect our allies, while serving on the front lines in the fight for freedom and democracy. I saw the devestation in Ukraine firsthand while serving on humanitarian aid missions.
>>>>>
>>>>> Now, I am running for Congress to defeat Gimenez, flip one of the most competitive seats in the country, and take back the House.
>>>>>
>>>>> {firstName}, this race will decide control of the House majority and the future of our democracy. I'm counting on you, I need XX donations by midnight to catch up.
>>>>>
>>>>> Can I count on you to chip in? LINK
>>>>>
>>>>> We are going to win this race, but I can't do it alone. Together we can and will always stand up for our shared values.
>>>>>
>>>>> Phil
>>>>>
>>>>>
>>>>>> On Wed, Nov 1, 2023 at 11:09 AM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
>>>>>> Here is copy for today and Friday, let us know if you have any edits.
>>>>>>
>>>>>> WED
>>>>>>
>>>>>> Hi {firstName}, it's Phil Ehr.
>>>>>>
>>>>>> I really didn't want to have to send this message, but I have bad news.
>>>>>>
>>>>>> We came up just short of our end-of-month fundraising deadline yesterday. Right now, Carlos Gimenez and his MAGA buddies are thrilled, they think our campaign doesn't have what it takes to win.
>>>>>>
>>>>>> But the good news is if enough people chip in today, we can get back on track and have the resources we need to win this ultra-competitive race.
>>>>>>
>>>>>> {firstName}, this race could decide control of the House majority. I'm counting on you, I need XX donations by midnight to catch up from missing our deadline yesterday.
>>>>>>
>>>>>> Can I count on you to chip in? LINK
>>>>>>
>>>>>> I can't do this without your support,
>>>>>>
>>>>>> Phil
>>>>>>
>>>>>> FRI
>>>>>>
>>>>>> Hey {firstName}, Phil Ehr here, Democrat running for FL-28.
>>>>>>
>>>>>> My opponent, Carlos Gimenez, voted for the new MAGA Speaker of the House Mike Johnson.

Let me be clear, we can't let extremists like Mike Johnson who want to criminalize abortion and overturn free and fair elections run our country.

That's why it's so important that we flip the House next year. And the path to the House majority relies on winning this seat.

I'm ready to do whatever it takes to win, but I need you with me in this fight.

Can I count on you to chip in $X to help me flip this competitive seat? LINK

Thank you,

Phil

On Wed, Nov 1, 2023 at 9:40 AM Aaron Parnas <agparnas@gmail.com> wrote:
> Good morning, where are we on copy for today and Friday?

>> On Mon, Oct 30, 2023 at 7:02 PM Aaron Parnas <agparnas@gmail.com> wrote:
>> Yes
>>
>> Sent from my iPhone
>>
>>> On Oct 30, 2023, at 6:56 PM, Obi Umunna <Obi@ulegalgroup.com> wrote:
>>>
>>> Did this go out?
>>>
>>>> On Mon, Oct 30, 2023 at 5:19 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>> Hey folks, where are we on this?
>>>>
>>>>> On Mon, Oct 30, 2023 at 3:57 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>> That looks good. Let's do a 1k send and get it out asap. Thanks for your help, Andrew!
>>>>>
>>>>>> On Mon, Oct 30, 2023 at 3:57 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
>>>>>> Updated copy here:
>>>>>>
>>>>>> Hey {firstname}, Phil Ehr here and I'm worried.
>>>>>>
>>>>>> I'm worried about the scourge of gun violence in our country. There were two horrific mass shootings this past week, one right here in Florida.
>>>>>>
>>>>>> My opponent, Carlos Gimenez, along with Rick Scott and Ron DeSantis are doing nothing to end gun violence. As someone who proudly served in the Navy for 26 years, I know firsthand that the same weapons I saw on the battlefield should not be on our streets.
>>>>>>
>>>>>> The path to flipping the House runs straight through this seat. That's why national Republicans are already attacking me, they know I can win, pass real gun control laws and FIRE the new MAGA Speaker of the House.
>>>>>>
>>>>>> I'm not backing down from this fight, but right now I'm $X,XXX behind my final October fundraising goal. If I miss my midnight deadline, I won't have the funds to fight back against Republicans' slanderous attacks…
>>>>>>
>>>>>> So please, can you chip in just $X right now to help me flip this seat? LINK
>>>>>>
>>>>>>> On Mon, Oct 30, 2023 at 3:53 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>> The firearm copy you sent was fine, just make the spelling/grammar edits I sent.
>>>>>>>
>>>>>>>> On Mon, Oct 30, 2023 at 3:52 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>>>>>>>> Spoke with Jake we are good on the content. We just need to see updated copy with Aaron's corrections
>>>>>>>>
>>>>>>>>> On Mon, Oct 30, 2023 at 3:42 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>>>> Bumping, updated copy?
>>>>>>>>>
>>>>>>>>>> On Mon, Oct 30, 2023 at 3:04 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>>>>> I think we could use the firearm copy. Other folks are using it.
>>>>>>>>>>
>>>>>>>>>>> On Mon, Oct 30, 2023 at 3:03 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>>>>>>>>>>> I don't see it like that. I could be mistaken though. Aaron your thoughts
>>>>>>>>>>>
>>>>>>>>>>>> On Mon, Oct 30, 2023 at 2:43 PM Jake Briggs <jakebriggs2023@gmail.com> wrote:
>>>>>>>>>>>> Yesterday, Phil and I were in Ybor city where 20 children were shot outside of nightclubs 18 injured at least to dead. I think they got a paragraph might read a little flippant.
>>>>>>>>>>>>
>>>>>>>>>>>>> On Mon, Oct 30, 2023 at 2:31 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>>>>>>>> Gimenez is spelt incorrectly. Remove the comma after Rick Scott.
>>>>>>>>>>>>>
>>>>>>>>>>>>>> On Mon, Oct 30, 2023 at 2:30 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
>>>>>>>>>>>>>> Put this together if this works:
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Hey {firstname}, Phil Ehr here and I'm worried.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> I'm worried about the scourge of gun violence in our country. There were two horrific mass shootings this past week, one right here in Florida.

My opponent, Carlos Jimenez, along with Rick Scott, and Ron DeSantis are doing nothing to end gun violence. As someone who proudly served in the Navy for 26 years, I know firsthand that the same weapons I saw on the battlefield should not be on our streets.

The path to flipping the House runs straight through this seat. That's why national Republicans are already attacking me, they know I can win, pass real gun control laws and FIRE the new MAGA Speaker of the House.

I'm not backing down from this fight, but right now I'm $X,XXX behind my final October fundraising goal. If I miss my midnight deadline, I won't have the funds to fight back against Republicans' slanderous attacks...

So please, can you chip in just $X right now to help me flip this seat? LINK

On Mon, Oct 30, 2023 at 2:11 PM Obi Umunna <obi@ulegalgroup.com> wrote:
> Yeah, I was hoping we could put something together. That was a little bit more creative especially something that was more kind of working with current events. We've had two mass shootings in the last week. One of them was in Florida. One of them was performed by AR 15 that we know for sure. We also should be added republican names that a bigger name id and higher negatives. Something like this feel free to edit for grammar
>
> Hey Obi, Phil out here and I'm worried I'm worried that gun violence is continuing to terrorize our nation in the last week. We've had two instances of gun violence this , one right here in Florida. My Opponent, Carlos Jimenez, along with Rick Scott, and Ron DeSantis are doing nothing to help us stop the plague of gun violence in our country. I'm a military veteran and I assure you that the same weapons that I saw on the battlefield should not be the same weapons that are on the street
>
> That's why they're already attacking me, they know I can win, restore smart gun control laws to Florida and FIRE the new MAGA Speaker of the House.
>
> I'm not backing down from this fight, but right now I'm $X,XXX behind my final October fundraising goal. If I miss my midnight deadline, I won't have the funds to fight back against Republicans' slanderous attacks...
>
> So please, can you chip in just $X right now to help me flip this seat? LINK
>
> On Mon, Oct 30, 2023 at 1:58 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
>> Hey all, jumping in here with our proposed copy, let us know if you have any edits.
>>
>> Hey {firstName}, Phil Ehr here and I'm worried.
>>
>> The path to flipping the House runs right through FL-28. I know it, my opponent, Carlos Gimenez, knows it and so do national Republicans.
>>
>> That's why they're already attacking me, they know I can win, restore real integrity to Florida and FIRE the new MAGA Speaker of the House.
>>
>> I'm not backing down from this fight, but right now I'm $X,XXX behind my final October fundraising goal. If I miss my midnight deadline, I won't have the funds to fight back against Republicans' slanderous attacks...
>>
>> So please, can you chip in just $X right now to help me flip this seat? LINK
>>
>> I'm counting on you,
>> Phil
>>
>> Stop to End
>>
>> On Mon, Oct 30, 2023 at 1:52 PM Jake Briggs <jakebriggs2023@gmail.com> wrote:
>>> Please put Obi on all of these emails. I have a tendency to agree with Aaron
>>>
>>> On Mon, Oct 30, 2023 at 1:51 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>> Okay, great. I just want to make sure that we are getting the same attention as your other clients.
>>>>
>>>> Wednesday morning is fine for copy for Wednesday and Friday.
>>>>
>>>> Thanks,
>>>>
>>>> Aaron
>>>>
>>>> On Mon, Oct 30, 2023 at 1:49 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
>>>>> Hi Aaron,
>>>>>
>>>>> We can have copy to you soon for today. Regarding the rest of the week we are really at capacity with our other clients who are sending for EOM so if you are not looking to do anymore sends beyond today we can get you copy Wednesday morning for any planned sends for the rest of the week.
>>>>>
>>>>> On Mon, Oct 30, 2023 at 1:01 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>> Checking on this? Would really love copy ahead of time to be able to approve.
>>>>>>
>>>>>> On Mon, Oct 30, 2023 at 8:03 AM Aaron Parnas <agparnas@gmail.com> wrote:

3

Morning! Where are we on the copy for this week?

On Fri, Oct 27, 2023 at 1:36 PM Aaron Parnas <agparnas@gmail.com> wrote:
> Okay great, so let's do a send for about 1k each on Monday, Wednesday, and Friday. Make sure to include some new phone numbers too.
>
> On Fri, Oct 27, 2023 at 1:36 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
>> Hi Aaron,
>>
>> We can work on something but also wanted to flag that there is **$3,123.10** in budget left for the month from the $10k invoiced this month.
>>
>> On Fri, Oct 27, 2023 at 11:54 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>> Can we also get copy for end of month sends for Monday? And a send for Wednesday?
>>>
>>> On Fri, Oct 27, 2023 at 11:11 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>>> Thanks let's get it out.
>>>>
>>>> On Fri, Oct 27, 2023 at 11:11 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
>>>>> Ok. This one will be the same as last, just under $1k since we are only texting the donors we matched from Actblue.
>>>>>
>>>>> On Fri, Oct 27, 2023 at 11:09 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>> Thanks, David. Copy looks good. I don't want to spend the full $2,500 right now. Can we keep this send to about $1,000?
>>>>>>
>>>>>> On Fri, Oct 27, 2023 at 11:08 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
>>>>>>> Hi Aaron,
>>>>>>>
>>>>>>> Here's some copy for approval below. Do you also want to send to the other half of the list we matched?
>>>>>>>
>>>>>>> **copy for approval**
>>>>>>> {firstName}, it's Phil Ehr, Democrat running to flip FL-28.
>>>>>>>
>>>>>>> My first end of month deadline since entering this race is just X days away, and as of right now – we're short of our goals.
>>>>>>>
>>>>>>> In a tight race like this, every dollar makes a difference. The MAGA GOP is leading the House with chaos, and with the election of Speaker Mike Johnson, it's never been important to take back the House.
>>>>>>>
>>>>>>> The GOP, and my opponent, Carlos Giménez, have made it clear they have no problem supporting and elevating an election denier to higher power.
>>>>>>>
>>>>>>> Together, we can end the GOP chaos in Washington and restore sanity to our government. We need to raise $X,XXX to get back on track before our end of month deadline. Please, will you chip in $X by midnight?
>>>>>>>
>>>>>>> >> LINK
>>>>>>>
>>>>>>> Text STOP to End
>>>>>>> ###
>>>>>>>
>>>>>>> On Fri, Oct 27, 2023 at 10:22 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>>> Hey folks, where are we on copy for today?
>>>>>>>>
>>>>>>>> On Wed, Oct 25, 2023 at 4:06 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>>>> Can we get another send prepped for Friday and an end of month series for next week? Similar size sends/lists.
>>>>>>>>>
>>>>>>>>> On Wed, Oct 25, 2023 at 2:11 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>>>>> Fantastic, thank you.
>>>>>>>>>>
>>>>>>>>>> On Wed, Oct 25, 2023 at 2:11 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
>>>>>>>>>>> Hi this is going out and will be under $1k, specifically it will cost $869.70 as the audience is actually only 8697 contacts after opt-outs.
>>>>>>>>>>>
>>>>>>>>>>> On Wed, Oct 25, 2023 at 1:51 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>>>>>>>>> Great, let's send to the original 17,000 list, keep the amount lower than $1k for this send, and let's get it out ASAP
>>>>>>>>>>>>
>>>>>>>>>>>> On Wed, Oct 25, 2023 at 1:49 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
>>>>>>>>>>>>> Hi Aaron,

4

See below.

**copy for approval**
{firstName}, it's Phil Ehr – Democrat for FL-28.

The GOP has just elected Mike Johnson as Speaker of the House. Here's what you need to know:

– He supported efforts to overturn the 2020 election.
– He supports a national abortion ban and called the day Roe was overturned, "an extraordinary day in American history"
– And he called Florida's 'Don't Say Gay' law, "common sense"

He received full support from all Republicans, including my opponent, Carlos Giménez. He claims to be a moderate, but Giménez just voted to support a leading election denier and MAGA conservative.

We have to take back the House and remove the MAGA agenda from power. That starts with flipping this seat BLUE and defeating fake moderate Carlos Giménez. My campaign has set an emergency goal of $10,000 and I need my grassroots team to step up. Please, can I count on you to chip in $X by midnight? >> LINK

Stop to Stop
###

On Wed, Oct 25, 2023 at 1:22 PM Aaron Parnas <agparnas@gmail.com> wrote:
> Hi can we do a send today about Mike Johnson and how Gimenez voted for him?
>
> On Tue, Oct 24, 2023 at 12:13 PM Aaron Parnas <agparnas@gmail.com> wrote:
>> Looks good to me. Let's get it out.
>>
>> On Tue, Oct 24, 2023 at 12:12 PM David Davies <ddavies@grassrootsanalytics.com> wrote:
>>> Edited copy below. And sounds good on the splitting of the audience.
>>>
>>> **copy for approval**
>>> {firstName}, it's Phil Ehr, Democrat running to flip FL-28.
>>>
>>> As a 26 year retired Navy Commander - I have always answered the call of duty. Despite what naysayers and the national media might say, Democrats can FLIP this seat.
>>>
>>> Carlos Giménez is vulnerable and the path to the House Majority runs through FL-28. It's time we end the dysfunction in Washington caused by the House GOP.
>>>
>>> The House remains without a Speaker and Giménez remains part of the problem. He's more interested in talking to the media and supporting Trump's agenda.
>>>
>>> Carlos Giménez will proclaim himself a "moderate" – but we know his loyalties are with the MAGA agenda pushed by the House GOP and Donald Trump.
>>>
>>> We can WIN this race. But only if we invest early to reach voters across the district and tell them the truth about Giménez – and that is going to be expensive.
>>>
>>> So I'm asking you to make a choice right now:
>>>
>>> - We can either give up on Florida and let Republicans like Carlos Giménez, Rick Scott, and Ron DeSantis solidify their power.
>>>
>>> OR
>>>
>>> - We can UNITE as Democrats and build a powerful movement and prove to the GOP they don't own Florida.
>>>
>>> I need XXX Democrats to chip in to make this moment count and spread my message to undecided voters across this district. Can I count on you to chip in $XX and prove we can unseat the GOP? >> LINK

Stop to End
###

On Tue, Oct 24, 2023 at 11:55 AM Aaron Parnas <agparnas@gmail.com> wrote:
> Great, some edits: "26 year retired Navy commander" and can we loop in some of the dysfunction in DC and how all Gimenez does is support Trump + talk to the press instead of solving problems?
>
> Also, let's do a $2500 send today and another on Thursday.
>
> On Tue, Oct 24, 2023 at 11:50 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
>> Copy below!
>>
>> **copy for approval**
>> {firstName}, it's Phil Ehr, Democrat running to flip FL-28.
>>
>> As a 26-year Navy Veteran - I have always answered the call of duty. Despite what naysayers and the national media might say, Democrats can FLIP this seat.
>>
>> Carlos Giménez is vulnerable and the path to the House Majority runs through FL-28. Carlos Giménez will proclaim himself a "moderate" – but we know his loyalties are with the MAGA agenda pushed by the House GOP and Donald Trump.
>>
>> We can WIN this race. But only if we invest early to reach voters across the district and tell them the truth about Giménez – and that is going to be expensive.
>>
>> So I'm asking you to make a choice right now:
>>
>> - We can either give up on Florida and let Republicans like Carlos Giménez, Rick Scott, and Ron DeSantis solidify their power.
>>
>> OR
>>
>> - We can UNITE as Democrats and build a powerful movement and prove to the GOP they don't own Florida.
>>
>> I need XXX Democrats to chip in to make this moment count and spread my message to undecided voters across this district. Can I count on you to chip in $XX and prove we can unseat the GOP? >> LINK
>>
>> Stop to End
>> ###
>>
>> On Tue, Oct 24, 2023 at 11:17 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>> Okay, I will talk to Jake soon, but let's get copy done so that we can send once I approve.
>>>
>>> On Tue, Oct 24, 2023 at 11:08 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
>>>> Sure - though I would recommend a full-send today to get a sense of how well the new list performs (would have separate refcodes to track) and if performance is strong we could utilize more budget for EOM.
>>>>
>>>> There will still be enough budget leftover after too if we want to only send to the smaller original list for the rest of the month.
>>>>
>>>> On Tue, Oct 24, 2023 at 10:44 AM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>> Okay great. Could we do a send today for half the amount approx $2500 and then another send on Thursday for the other half? If so, can you send over copy please!
>>>>>
>>>>> On Tue, Oct 24, 2023 at 10:40 AM David Davies <ddavies@grassrootsanalytics.com>

6



wrote:
$7,352.70

On Tue, Oct 24, 2023 at 10:29 AM Aaron Parnas <agparnas@gmail.com> wrote:
> Hi David,
>
> How much from the original 10k retainer is left?
>
> Aaron
>
> On Tue, Oct 24, 2023 at 10:27 AM David Davies <ddavies@grassrootsanalytics.com> wrote:
>> Good morning all,
>>
>> Would love to proceed with some new copy today. If you have any new angles you have in mind - please let us know otherwise we'll work on something fresh on our end.
>>
>> We finally have those folks ready to text and to text the whole list we'll cost about $4,146.20 in addition to the current $882.10 after yesterday's send. That would make today's send cost **$5,028.80**. I highly recommend we hit this list today, let us know what works for you all.
>>
>> On Mon, Oct 23, 2023 at 4:08 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>> Yes send.
>>>
>>> On Mon, Oct 23, 2023 at 4:08 PM Andrew Donohue <adonohue@grassrootsanalytics.com> wrote:
>>>> It would cost $895.30 to send to this whole list
>>>>
>>>> On Mon, Oct 23, 2023 at 4:05 PM Aaron Parnas <agparnas@gmail.com> wrote:
>>>>> How much will that send cost?

--

David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

--

David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

--

David Davies (he/him)
Mobile Fundraising Manager
Grassroots Analytics

7



--

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Jake Briggs
Cell: (470) 990-1010

GRASSROOTS_00001137
CTRL_GD0000006802