# Exhibit 40

**From:** Trent Schacht <trent@meadowlarkstrategies.com>
**Sent:** Fri, 27 Oct 2023 20:06:20 -0400 (EDT)
**To:** Aaron Parnas <agparnas@gmail.com>
**Cc:** Oskar Kaut <oskar@meadowlarkstrategies.com>; Megan Evans <megan@meadowlarkstrategies.com>; Jake Briggs <jake@ehrforcongress.us>; Jake Briggs <jakebriggs2023@gmail.com>
**Subject:** Re: FOR APPROVAL: EOM 1

---

Thanks, this is scheduled.

Re: more money — there are a couple of things here. Apologies in advance for the lengthy reply on a Friday evening.

1) we need something better to make the argument for messaging here beyond just taking back the House, particularly the why for prev. Sen donors to turn them into new congressional donors. One of the biggest things we had going for us during the Senate launch was that Rick Scott was a universally known asshole that people in FL and nationally would give money to defeat. We simply don't have that with Giménez in the same way, even though we all know he is indeed an asshole on par w Scott.

2) the reality is that Q4 in an off year is always going to be a slower quarter for fundraising, even with the shitshow Speaker battle we haven't seen a lot of the frustration there turn into $$ across any of our clients. People just have their attention elsewhere right now.

3) email was also never a solid revenue source, even in September, an EOQ month, the total raised on that AB form was around $7,500 w the total for email that month a little over $8,000 once you include what came in from welcome and donor series. We are working on getting those recycled/updated for the new campaign too. But, we need to be able to texting going again here (not the Grassroots Analytics rentals, the texts we had been sending that mirrored what email calendar was) but to do that we also need the outstanding invoices paid in order to get our access to Switchboard turned back on. Totals raised there still will not look the way they did during the Senate run, but we've consistently been ROI positive w the text program at large, even if some of the immediate ROI numbers on the last round of rentals wasn't.

The overall thing I will say is this. Yes, the numbers we raised for the Senate run looked really solid — but there was also a lot of money being authorized to spend to grow aggressively, and a lot of that which was spent hasn't come back to us yet which has put us in a tough spot given that we can't recommend any additional spending, or even get some of our platforms like Switchboard for texting turned back on, until at least some of this is settled up. We will continue to work on the email side of things with responding to the current situation in DC, lean in to reintroducing Phil/bio to the list, and reactivation of names already in NGP (and cut the ones who aren't engaging) but there is no silver bullet that is going to make money come pouring in right now. This is going to be a slow build given where we are on the calendar, and where we are with a lot of unpaid invoices that have gotten us a little sideways with vendors.

Happy to chat through more next week on our call or before then if you or Jake want to connect.

-Trent


> On Oct 27, 2023, at 6:03 PM, Aaron Parnas <agparnas@gmail.com> wrote:
>
> This is fine—what can we do to increase $?

1

Sent from my iPhone

> On Oct 27, 2023, at 6:31 PM, Trent Schacht <trent@meadowlarkstrategies.com> wrote:
>
> And this one too.
>
>> On Oct 27, 2023, at 2:14 PM, Oskar Kaut <oskar@meadowlarkstrategies.com> wrote:
>>
>> Hi all,
>>
>> Here's the sample for our first end-of-month send. With your approval, we are planning to schedule this for Sunday. Thanks!
>>
>> Oskar Kaut (*he/him/his*)
>>
>> **Digital Strategist, Meadowlark Strategies**
>> (515) 664-8082
>> meadowlarkstrategies.com
>>
>> ---------- Forwarded message ---------
>> From: **Team Phil** <info@ehrforcongress.us>
>> Date: Fri, Oct 27, 2023 at 2:08 PM
>> Subject: (HTML VERSION): 3 reasons to flip this seat:
>> To: <oskar@meadowlarkstrategies.com>



Team,

There's a lot at stake in Florida's 28th Congressional District, and we're here to make sure you have all the facts about Phil Ehr, his extreme opponent, and the crucial race ahead. **Keep reading to learn more about FL-28, but if you're ready to help us take back the House, you can make a donation now!**

2

**1️⃣ A House of Chaos** – Republicans struggled for more than three weeks to choose their next speaker. When they finally settled on one, they chose "MAGA Mike Johnson," who called cutting Medicare, Medicaid, and Social Security "the #1 priority."

**2️⃣ The GOP's misguided priorities** – Carlos Giménez and his MAGA buddies are more interested in partisan agendas than working to improve the lives of everyday Americans. Their unwillingness to come together to support our allies in their times of crisis underscores their inability to lead.

**3️⃣ Phil has what it takes** – Phil's background as a retired U.S. Navy Commander who served for 26 years and his commitment to our community and country make him the ideal candidate to take on Corrupt Carlos Giménez and flip this seat. **Phil knows what it takes to bring accountability, responsibility, and integrity back to Congress.**

Phil is ready to get to work for Floridians, but we need your help. **To help us ramp up our operations and reach voters throughout FL-28, we're setting an ambitious end-of-month fundraising goal of $50,000.**

**<u>So, will you pitch in any amount today to help us scale up for the fight to defeat Carlos Giménez, flip this seat, and take back the House?</u>**

*If you've saved your payment information with ActBlue Express, your donation will go through immediately:*

| | |
|---|---|
| **$5** | **$25** |
| **$50** | **$100** |
| **$250** | **Other** |

3

Thank you,

Team Phil (a.k.a., The Ehr Force)

## DONATE ONCE

## DONATE MONTHLY

PAID FOR BY EHR FOR CONGRESS

Phil Ehr is a retired member of the United States Navy. Use of his military rank, job titles, and photographs in uniform does not imply endorsement by the U.S. Department of the Navy or the Department of Defense or any other department, agency or service of the United States Government. Similarly, references to foreign governments, international organizations, academic or research institutions, publishers, charities and non-profit organizations, professional associations or any associated person or entity do not imply endorsement. They are intended to present Phil Ehr's experiences.

Phil Ehr for Congress
PO Box 33079
Washington, DC 20033

United States

If you no longer wish to receive emails from us, you can (Unsubscribing is not supported in previews).

4