# Exhibit 41

**24 raising**

Sep 21, 2023

**David K**
What's going on here? We are going to fall way short with $2500 days. We've raised plenty of money and have 16,500 active (this cycle) donors. How are we not converting these at the end of a financial quarter? I don't see what could possibly stopping folks from giving again.   9:12 PM