# Exhibit 42

| | |
|---|---|
| **From:** | Jake Briggs <jakebriggs2023@gmail.com> |
| **Sent:** | Fri, 1 Sep 2023 13:22:33 -0400 (EDT) |
| **To:** | David <davidmkeith2023@gmail.com> |
| **Subject:** | Re: Ehr - Weekly Financial Report 9.1.2023 |

FYI I have like 2k in expenses dont need it immediately but would like it eventually

On Fri, Sep 1, 2023 at 12:05 PM David <davidmkeith2023@gmail.com> wrote:
> You can disregard the vision media invoice
>
> We'll re negotiate with them after the end of the quarter
>
> On Fri, Sep 1, 2023 at 12:04 PM Bradley Tenenbaum <btenenbaum@katzcompliance.com> wrote:
>> Hello team Ehr,
>>
>> See attached for this week's financial report.
>>
>> COH:  $2,558.46
>> COH + Pending AB:  $33,222.65
>>
>> Unpaid Bills:
>>
>> - 7/1/2023; Katz Compliance; $6K
>> - 7/1/2023; Katz Compliance; $6K
>> - 7/31/2023; Grassroots Analytics; $205,433
>> - 8/30/2023; AGP Strategies; $4.530
>> - 9/1/2023; Vision Media Marketing; $10K
>>
>>
>> Best regards,
>> Bradley
>> --
>>
>> Bradley Tenenbaum, Compliance Manager
>>
>> (He/Him)
>>
>> DC Office: 202.548.0880
>>
>> PO Box 33079
>>
>> Washington DC 20033
>>
>> www.katzcompliance.com
>>
>>
>> 

********************************************************************

1

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--
----------------------------------------
Jake Briggs
Cell: (470) 990-1010