# Exhibit 43

**From:** Anna Foster <afoster@katzcompliance.com>
**Sent:** Fri, 20 Oct 2023 16:10:07 -0400 (EDT)
**Cc:** Bradley Tenenbaum <btenenbaum@katzcompliance.com>; Cassie Tinsmon <ctinsmon@katzcompliance.com>; David <davidmkeith2023@gmail.com>; EHR <ehr@katzcompliance.com>; Jake Briggs <jakebriggs2023@gmail.com>
**Subject:** Re: Invoice and wiring instructions

---

Dropping Obi - I do not believe we've received approval for this October invoice to be paid. Please correct us if I'm wrong and when it's approved to pay and we will issue payment.

Anna Foster
(She/Her)
Cell: 765.586.0238
DC Office: 202.548.0880
PO Box 33079
Washington DC 20033
www.katzcompliance.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Fri, Oct 20, 2023 at 4:08 PM Obi Umunna <obi@ulegalgroup.com> wrote:
> Really need this wire to be sent today. We should have approvals
>
> On Wed, Oct 18, 2023 at 1:39 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>> Bumping this since things have died down
>>
>> On Fri, Oct 13, 2023 at 2:20 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>>> October invoice. We are back on the regular schedule for the invoices
>>>
>>> On Mon, Oct 2, 2023 at 11:26 AM Bradley Tenenbaum <btenenbaum@katzcompliance.com> wrote:
>>>> Thanks folks. We initiated the wire transfer, which is set to head out of the account today.
>>>>
>>>> On Mon, Oct 2, 2023 at 11:15 AM David <davidmkeith2023@gmail.com> wrote:
>>>>> CONFIRMED TO WIRE
>>>>>
>>>>> On Mon, Oct 2, 2023 at 11:14 AM Obi Umunna <obi@ulegalgroup.com> wrote:
>>>>>> Ok just following up here. Speaking with Jake and David this would be wired today after the quarter ended. They are attached to confirm.
>>>>>>
>>>>>> On Mon, Sep 25, 2023 at 3:46 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>>>>>>> I'm confused because I thought approval was given by email already.
>>>>>>>
>>>>>>> On Mon, Sep 25, 2023 at 3:40 PM Cassie Tinsmon <CTinsmon@katzcompliance.com> wrote:
>>>>>>>> We were told that David is reaching out to you.
>>>>>>>>
>>>>>>>> Per our contracts with all our clients, we do not disburse funds without written approval.

1

Cassie Tinsmon
President



Ofc: 202-548-0880
Fax: 202-548-0886
Cell: 316-250-4445

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

On Mon, Sep 25, 2023 at 12:36 PM Obi Umunna <obi@ulegalgroup.com> wrote:
> I really need to get straight answer from someone about payment. The lack of responses here doesn't make any sense.
>
> On Mon, Sep 25, 2023 at 10:50 AM Obi Umunna <obi@ulegalgroup.com> wrote:
>> This was approved last week also in thread.

> > David  Sep 20
> > to me, Bradley
> >
> > From: David   davidmkeith2023@gmail.com
> > To: Obi Umunna   obi@ulegalgroup.com
> > Cc: Bradley Tenenbaum   btenenbaum@katzcompliance.com
> > Date: Sep 20, 2023 at 1:41 PM
> > Standard encryption (TLS)
> > Learn more
> >
> > approved bradley

2

On Sun, Sep 24, 2023 at 10:28 AM Cassie Tinsmon <CTinsmon@katzcompliance.com> wrote:
> Adding David and Jake
>
> Cassie Tinsmon
> President
>
> Katz Compliance
>
> Ofc: 202-548-0880
> Fax: 202-548-0886
> Cell: 316-250-4445
>
> NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.
>
>
> On Fri, Sep 22, 2023 at 10:22 AM Obi Umunna <obi@ulegalgroup.com> wrote:
>> Trying to get this invoice paid. Can anyone give me an update of this.
>>
>> On Thu, Sep 21, 2023 at 2:14 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>>> Any idea when this will be wired over ?
>>>
>>> On Wed, Sep 20, 2023 at 1:41 PM David <davidmkeith2023@gmail.com> wrote:
>>>> approved bradley
>>>>
>>>>
>>>> On Wed, Sep 20, 2023 at 1:38 PM Obi Umunna <obi@ulegalgroup.com> wrote:
>>>>> Can we get this wired over today?
>>>>> On Mon, Sep 18, 2023 at 8:00 AM Obi Umunna <obi@ulegalgroup.com> wrote:
>>>>>> invoice 2
>>>>>>
>>>>>> On Mon, Aug 21, 2023 at 1:47 PM David <davidmkeith2023@gmail.com> wrote:
>>>>>>> Bradley -
>>>>>>>
>>>>>>> Please meet Obi, who is joining Phil's team.
>>>>>>>
>>>>>>> Please process his first invoice attached here.
>>>>>>>
>>>>>>> David
>>>>>>>
>>>>>>> ---------- Forwarded message ---------
>>>>>>> From: **Obi Umunna** <obi@ulegalgroup.com>
>>>>>>> Date: Mon, Aug 21, 2023 at 11:01 AM
>>>>>>> Subject: Invoice and wiring instructions

3

To: David <davidmkeith2023@gmail.com>

--
Nwabufo "Obi" Umunna , Esq.
Umunna Legal Group PLLC.
2119 Riverside Ave
Jacksonville Florida 32204
Ulegalgroup.com
C:(904) 536-3796 W: (904) 624-1001

--
Nwabufo "Obi" Umunna , Esq.
Umunna Legal Group PLLC.
2119 Riverside Ave
Jacksonville Florida 32204
Ulegalgroup.com
C:(904) 536-3796 W: (904) 624-1001

--

Bradley Tenenbaum, Compliance Manager

(He/Him)

DC Office: 202.548.0880

PO Box 33079

Washington DC 20033

www.katzcompliance.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4

--
Nwabufo "Obi" Umunna , Esq.
Umunna Legal Group PLLC.
2119 Riverside Ave
Jacksonville Florida 32204
Ulegalgroup.com
C:(904) 536-3796 W: (904) 624-1001