# Exhibit 44



2

