# Exhibit 45

| | |
|---|---|
| **From:** | Anna Foster <afoster@katzcompliance.com> |
| **Sent:** | Sun, 24 Sep 2023 11:58:09 -0400 (EDT) |
| **To:** | Bradley Tenenbaum <btenenbaum@katzcompliance.com> |
| **Cc:** | treasurer@ehrforsenate.us; David <davidmkeith2023@gmail.com>; Jake Briggs <jakebriggs2023@gmail.com>; Phil Ehr <philehr@gmail.com>; ehr <ehr@katzcompliance.com> |
| **Subject:** | Re: Ehr Weekly Financial Report 09.22.2023 |

Hi Team Ehr,

Just a reminder all of these unpaid bills will likely be reportable debt on Q3 if they are not paid by 9/30. Let us know if you have any questions about any of them specifically.

Anna Foster
(She/Her)
Cell: 765.586.0238
DC Office: 202.548.0880
PO Box 33079
Washington DC 20033
www.katzcompliance.com



*******************************************************************************
NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.
*******************************************************************************

On Fri, Sep 22, 2023 at 6:08 PM Bradley Tenenbaum <btenenbaum@katzcompliance.com> wrote:
> Hi Team Ehr,
>
> Please see attached for this week's financial report.
>
> COH: $10,286.73
>
> Unpaid Bills
>
> - 7/1/2023; Katz Compliance; $6K
> - 7/1/2023; Katz Compliance; $6K
> - 7/31/2023; Grassroots Analytics; $175,443.17
> - 9/1/2023; Vision Media Marketing; $10K (will renegotiate)
> - 9/1/2023; Katz Compliance; $6K
> - 9/18/2023; Umunna Legal Group; $12K
>
>
> Best regards,
> Bradley
> --

1

Bradley Tenenbaum, Compliance Manager

(He/Him)

DC Office: 202.548.0880

PO Box 33079

Washington DC 20033

www.katzcompliance.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*