Exhibit 46

| | |
|---|---|
| **From:** | Bradley Tenenbaum <btenenbaum@katzcompliance.com> |
| **Sent:** | Fri, 20 Oct 2023 18:16:20 -0400 (EDT) |
| **To:** | treasurer@ehrforsenate.us; David <davidmkeith2023@gmail.com>; Jake Briggs <jakebriggs2023@gmail.com>; Phil Ehr <philehr@gmail.com> |
| **Cc:** | ehr <ehr@katzcompliance.com> |
| **Subject:** | Ehr Weekly Financial Report 10.20.2023 |
| **Attachments:** | Ehr Weekly Financial Report 10.20.2023.xlsx |

Hi Team Ehr,

See attached for your weekly financial report.

Primary COH: $749.28
General COH: $23,380.00
Total COH: $24,129.28

I am tracking unpaid bills to NGP, Ummuna Legal, Grassroots, and Katz Compliance.

Thanks,
Bradley
--


Bradley Tenenbaum, Compliance Manager

(He/Him)

DC Office: 202.548.0880

PO Box 33079

Washington DC 20033

www.katzcompliance.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*