# Exhibit 47

# SCHEDULE D

# DEBTS AND OBLIGATIONS

## Line #: 10

### Committee: PHIL EHR FOR CONGRESS

| Name | Address | Line Number | Amount This Period | Nature of Debt | Text |
|---|---|---|---|---|---|
| GrassRoots Analytics | 806 7Th St NW Ste 3 Washington, DC 200013868 | 10 | 175443.17 | Digital List Acquisition, Disputed, Not | |
| Katz Compliance | PO Box 33079 Washington, DC 200330079 | 10 | 4000.00 | Compliance Services | |
| Change Research | PO Box 10193 Berkeley, California 947095193 | 10 | 7920.00 | Research Services | |
| Katz Compliance | PO Box 33079 Washington, DC 200330079 | 10 | 3000.00 | Compliance Services | |
| Lawlor Strategies | 1736 Boulder St Apt 508 Denver, Colorado 802114083 | 10 | 5000.00 | Fundraising Consulting | |
| NGP Van, Inc. | 655 15Th St NW Ste 650 Washington, DC 200055738 | 10 | 2173.00 | Software | |
| Katz Compliance | PO Box 33079 Washington, DC 200330079 | 10 | 2500.00 | Compliance Services | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 5000.00 | Unreimbursed Expense from Candidate - Co | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, | 10 | 1667.00 | Unreimbursed Expense from Candidate - Fu | |

| Name | Address | Line Number | Amount This Period | Nature of Debt | Text |
|---|---|---|---|---|---|
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 4700.00 | Unreimbursed Expense from Candidate - St | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 6069.27 | Unreimbursed Expense from Candidate - Tr | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 2272.97 | Unreimbursed Expense from Candidate - Tr | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 88.82 | Unreimbursed Expense from Candidate - Lo | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 219.48 | Unreimbursed Expense from Candidate - In | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 4.06 | Unreimbursed Expense from Candidate - Pr | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 3883.07 | Travel, Lodging, Event, and Admin Expens | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 314.15 | Events Registrations & Meetings | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 240.48 | Digital & Communication Expenses: Intern | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 765.70 | Travel Expenses: Fuel, Tolls, Travel Wi- | |

| Name | Address | Line Number | Amount This Period | Nature of Debt | Text |
|---|---|---|---|---|---|
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 2923.74 | Reimbursement for Travel, Printing, Supp | 1874113SD1250006299 |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 2923.74 | Reimbursement for Travel, Printing, Supp | 1874113SD1250006300 |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 400.00 | Travel & Telecommunications Estimated Re | |
| Phil Ehr | 8962 SW 142Nd Ave Apt 1219 Miami, Florida 331861291 | 10 | 7494.98 | Supplies, travel, event registration, ca | |
| Genova Burns LLC | 2 Riverside Dr Ste 502 Camden, New Jersey 081031019 | 10 | 740.00 | Legal Services | |

**Total Debts This Period = 239743.62**

Generated Thu Dec 11 15:05:48 2025

Federal Election Commission (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: webmanager@fec.gov.