# Exhibit 48

# SCHEDULE B

## ITEMIZED DISBURSEMENTS
## All Listed Line Numbers

### Committee: PHIL EHR FOR CONGRESS

| Disbursement To | Address | Election Type | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 01/05/2025 | Credit Card Processing Fees | 1.74 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 01/12/2025 | Credit Card Processing Fees | 3.96 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 01/19/2025 | Credit Card Processing Fees | 6.14 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 01/26/2025 | Credit Card Processing Fees | 15.25 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 02/02/2025 | Credit Card Processing Fees | 2.23 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 02/09/2025 | Credit Card Processing Fees | 7.14 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 02/16/2025 | Credit Card Processing Fees | 0.32 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 02/23/2025 | Credit Card Processing Fees | 67.51 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 03/02/2025 | Credit Card Processing Fees | 4.21 | |
| ActBlue Technical Services | 366 Summer St Somerville, | | 03/09/2025 | Credit Card Processing Fees | 2.58 | |

| Disbursement To | Address | Election Type | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| | Massachusetts 021443132 | | | | | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 03/16/2025 | Credit Card Processing Fees | 12.77 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 03/23/2025 | Credit Card Processing Fees | 6.78 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 03/30/2025 | Credit Card Processing Fees | 3.53 | |
| ActBlue Technical Services | 366 Summer St Somerville, Massachusetts 021443132 | | 03/31/2025 | Credit Card Processing Fees | 1.27 | |
| Amalgamated Bank | 1825 K St NW Washington, DC 200061202 | | 01/28/2025 | Bank Fee | 98.42 | |
| Amalgamated Bank | 1825 K St NW Washington, DC 200061202 | | 02/26/2025 | Bank Fee | 136.55 | |
| Vanessa Brito | 7701 Soquel Dr Aptos, California 950033932 | | 01/10/2025 | Call Time Services & Management | 3500.00 | |
| Vanessa Brito | 7701 Soquel Dr Aptos, California 950033932 | | 01/21/2025 | Call Time Services & Management | 1000.00 | |
| Vanessa Brito | 7701 Soquel Dr Aptos, California 950033932 | | 01/31/2025 | Call Time Services & Management | 3000.00 | |
| Change Research | PO Box 10193 Berkeley, California 947095193 | | 01/13/2025 | Research Services | 7920.00 | |
| Change Research | PO Box 10193 Berkeley, California 947095193 | | 01/14/2025 | Research Services | 7920.00 | |
| Dahlia Lounge | 1001 W Buena Vista Dr Lake Buena Vista, Florida 328308404 | | 03/31/2025 | Food & Beverages | 219.25 | |
| Dick's Sporting | 345 Court St Coraopolis, | | 02/06/2025 | Supplies | 220.21 | |

| Disbursement To | Address | Election Type | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| Goods | Pennsylvania 151083817 | | | | | |
| Expedia.Com | 1111 Expedia Group Way W Seattle, Washington 981191111 | | 03/07/2025 | Travel & Lodging | 349.93 | |
| Genova Burns LLC | 2 Riverside Dr Ste 502 Camden, New Jersey 081031019 | | 01/27/2025 | Legal Services | 740.00 | |
| Google | 1600 Amphitheatre Pkwy Mountain View, California 940431351 | | 01/09/2025 | Digital Services | 82.72 | |
| Google | 1600 Amphitheatre Pkwy Mountain View, California 940431351 | | 01/13/2025 | Digital Services | 38.39 | |
| Google | 1600 Amphitheatre Pkwy Mountain View, California 940431351 | | 02/03/2025 | Digital Services | 70.16 | |
| Google | 1600 Amphitheatre Pkwy Mountain View, California 940431351 | | 03/06/2025 | Digital Services | 114.48 | |
| Island Queen 4 Miami FL | 401 Biscayne Blvd Miami, Florida 331321924 | | 03/07/2025 | Event Costs | 150.00 | |
| Island Queen 4 Miami FL | 401 Biscayne Blvd Miami, Florida 331321924 | | 03/07/2025 | Event Costs | 150.00 | |
| Lowes | 1000 Lowes Blvd Mooresville, North Carolina 281178520 | | 01/21/2025 | Supplies | 113.29 | |
| NGP Van, Inc. | 655 15Th St NW Ste 650 Washington, DC 200055738 | | 01/13/2025 | Software | 6519.00 | |
| NGP Van, Inc. | 655 15Th St NW Ste 650 Washington, | | 01/29/2025 | Software | 2173.00 | |

| Disbursement To | Address | Election Type | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| | DC 200055738 | | | | | |
| Numero, Inc. | 695 Town Center Dr Ste 580 Costa Mesa, California 926261978 | | 01/10/2025 | Fundraising Services | 784.00 | |
| Party Cake Bakery VI | 13798 SW 152Nd St Miami, Florida 331771163 | | 03/28/2025 | Food & Beverages | 6.07 | |
| Publix | PO Box 32009 Lakeland, Florida 338022009 | | 03/05/2025 | Food & Beverages | 48.93 | |
| SB Solutions Consulting | PO Box 5651 Tallahassee, Florida 323145651 | | 01/27/2025 | Compliance Services | 2000.00 | |
| Scale To Win | 13742 Harper St Santa Ana, California 927031419 | | 03/05/2025 | Texting Services | 16.94 | |
| Southern Progressive Strategies | 11360 SW 223Rd St Miami, Florida 331704743 | | 01/13/2025 | Outreach Services | 2000.00 | |
| Southern Progressive Strategies | 11360 SW 223Rd St Miami, Florida 331704743 | | 01/13/2025 | Outreach Services | 500.00 | |
| Switchboard | 548 Market St # 97078 San Francisco, California 941045401 | | 01/13/2025 | Texting & Software Services | 10000.00 | |
| Target | 1000 Nicollet Mall # TPN-1101 Minneapolis, Minnesota 554032542 | | 01/10/2025 | Supplies | 255.53 | |
| Target | 1000 Nicollet Mall # TPN-1101 Minneapolis, Minnesota 554032542 | | 01/16/2025 | Supplies | 135.25 | |
| Target | 1000 Nicollet Mall # TPN-1101 Minneapolis, Minnesota 554032542 | | 01/21/2025 | Supplies | 33.07 | |
| Target | 1000 Nicollet Mall # TPN-1101 Minneapolis, | | 02/10/2025 | Supplies | 30.58 | |

| Disbursement To | Address | Election Type | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
| --- | --- | --- | --- | --- | --- | --- |
| Target | Minnesota 554032542<br>1000 Nicollet Mall # TPN-1101<br>Minneapolis, Minnesota 554032542 | | 02/10/2025 | Supplies | 43.80 | |
| The Bayshore Club Bar & Grill | 3391 Pan American Dr<br>Miami, Florida 331335501 | | 01/13/2025 | Food & Beverages | 516.10 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 01/15/2025 | Food & Beverages | 97.12 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 01/16/2025 | Food & Beverages | 83.06 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 01/16/2025 | Food & Beverages | 71.23 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 01/21/2025 | Food & Beverages | 104.94 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 02/10/2025 | Food & Beverages | 35.39 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 02/10/2025 | Food & Beverages | 36.07 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 03/07/2025 | Food & Beverages | 55.36 | |
| Total Wine | 6600 Rockledge Dr<br>Bethesda, Maryland 208171806 | | 03/25/2025 | Food & Beverages | 68.74 | |
| Twitter | 1355 Market St<br>San Francisco, California 941031307 | | 01/27/2025 | Digital Services | 160.65 | |
| Twitter | 1355 Market St<br>San Francisco, | | 02/03/2025 | Digital Services | 98.09 | |

| Disbursement To | Address | Election Type | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| | California 941031307 | | | | | |
| Two Brothers Restaurant | 13740 SW 84Th St Miami, Florida 331834017 | | 03/06/2025 | Food & Beverages | 313.44 | |
| Uber | 1515 3Rd St San Francisco, California 941582211 | | 01/13/2025 | Travel | 6.15 | |
| Uber | 1515 3Rd St San Francisco, California 941582211 | | 01/13/2025 | Travel | 10.21 | |
| Uber | 1515 3Rd St San Francisco, California 941582211 | | 01/13/2025 | Travel | 24.83 | |
| Uber | 1515 3Rd St San Francisco, California 941582211 | | 02/10/2025 | Travel | 48.78 | |
| Umunna Legal Group PLLC | 2119 Riverside Ave Jacksonville, Florida 322044462 | | 01/09/2025 | Strategic Consulting | 2000.00 | |
| Umunna Legal Group PLLC | 2119 Riverside Ave Jacksonville, Florida 322044462 | | 01/27/2025 | Strategic Consulting | 10000.00 | |
| Walmart | 702 SW 8Th St Bentonville, Arkansas 727166209 | | 02/10/2025 | Supplies | 70.61 | |

| | | |
|---|---|---|
| Total Disbursement Amount (Non-Memo) | 64305.77 | |
| Total Memo Amount | 0 | |
| Number of Transactions (Non-Memo) | 66 | |
| Number of Transactions (Memo) | 0 | |

Generated Wed Dec 17 11:48:19 2025

Federal Election Commission (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: **webmanager@fec.gov**.