# Exhibit 49

**Grassroots Analytics, Inc.**
806 7th St NW Ste 3
Washington, DC  20001
+1 2022402456
operations@grassrootsanalytics.com



# Receipt

**Received From**
Phil Ehr

**Date:** 08/21/2023
**Payment Method:**
**Reference No:**

| Invoice Number | Invoice Date | Due Date | Original Amount | Balance | Payment |
|---|---|---|---|---|---|
| 9664 | 07/31/2023 | 07/15/2024 | 430433.00 | 375443.17 | 200000.00 |

Memo:

Amount Credited: $0.00
Total: $200,000.00

1

GRASSROOTS_00004090