# Exhibit 50

**Grassroots Analytics, Inc.**
806 7th St NW Ste 3
Washington, DC  20001
+1 2022402456
operations@grassrootsanalytics.com



# Receipt

**Received From**  
Phil Ehr

**Date:** 08/28/2023  
**Payment Method:**  
**Reference No:**

| Invoice Number | Invoice Date | Due Date | Original Amount | Balance | Payment |
|---|---|---|---|---|---|
| 9664 | 07/31/2023 | 07/15/2024 | 430433.00 | 200443.17 | 25000.00 |

Memo:

Amount Credited: $0.00  
Total: $25,000.00

1

GRASSROOTS_00004092