Exhibit 51

**From:**  David <davidmkeith2023@gmail.com>
**Sent:**  Mon, 28 Aug 2023 12:26:16 -0400 (EDT)
**To:**  Bradley Tenenbaum <btenenbaum@katzcompliance.com>
**Cc:**  Jake Briggs <jakebriggs2023@gmail.com>; ehr <ehr@katzcompliance.com>
**Subject:**  Re: Payment

---

How did we go from $80K to $26K?

This kind of error really effects planning.

I just spent the last two hours planning a text program because at $80,0000 we would have been able to pay enough of our text bill outstanding to continue.


On Mon, Aug 28, 2023 at 11:49 AM Bradley Tenenbaum <btenenbaum@katzcompliance.com> wrote:
Hey David, the pending COH I gave you was incorrect. The correct COH after this weeks ActBlue hits will be $26,493.46. My sincere apologies for the mixup. Will update you again when the transfer is in the account


On Mon, Aug 28, 2023 at 10:36 AM David <davidmkeith2023@gmail.com> wrote:
account*

On Mon, Aug 28, 2023 at 10:30 AM David <davidmkeith2023@gmail.com> wrote:
Ok, please let me know when we have the $81,000 in the accoun

On Mon, Aug 28, 2023 at 10:25 AM Bradley Tenenbaum <btenenbaum@katzcompliance.com> wrote:
Cash on hand counting the ActBlue transfer will be $81,723.25. Current COH is $7,414.69

On Mon, Aug 28, 2023 at 9:57 AM David <davidmkeith2023@gmail.com> wrote:
We have to pay grassroots today

What is our cash on hand wjth the act blue transfer


--

Bradley Tenenbaum, Compliance Manager

(He/Him)

DC Office: 202.548.0880

PO Box 33079

Washington DC 20033

www.katzcompliance.com



*********************************************************************************

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

*****************************************************************************************

--

Bradley Tenenbaum, Compliance Manager

(He/Him)

DC Office: 202.548.0880

PO Box 33079

Washington DC 20033

www.katzcompliance.com



*********************************************************************

NOTICE: This message and all attachments are a privileged and confidential communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Any compliance information or guidance contained in this email does not constitute legal advice or legal opinion. Transmission of any information is not intended to create, and receipt does not constitute, a lawyer-client relationship between Katz Compliance LLC and its clients. Thank you.

************************************************************************************