UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
        **Plaintiff,**

v.

Civil Action No.: 1:24-cv-03035-APM

**GRASSROOTS ANALYTICS, INC.,**
        **Defendant.**

-

**PLAINTIFF'S/COUNTERCLAIM-DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff and Counterclaim Defendants, through counsel, respectfully request a 14-day extension of time to file their response to Defendant/Counterclaimant Grassroots Analytics (GA)'s Motion for Summary Judgment.  In support hereof, Plaintiff and Counterclaim Defendants state as follows:

1.    Pursuant to the Order entered at Docket # 42, GA filed its Motion for Summary Judgment on December 18, 2025.  The response is due by January 15, 2026, with a reply due by January 29.

2.    The Motion is extensive, including 100 exhibits.

3.    Given the holidays and then some personal issues of undersigned counsel including a bad cold, Plaintiff and Counterclaim Defendants have not been able to complete their response to the motion for summary judgment.

4.    Accordingly, Plaintiff and Counterclaim Defendants request a 14-day extension of

time to file their response, to January 29.    That would also extend the reply deadline by 14 days, to February 12.

5.       No prior extension of the deadlines in Docket #42 have been sought.

5.       Counsel have conferred by email and counsel for GA has graciously consented to the extension sought herein.

WHEREFORE, Plaintiff and Counterclaim Defendants, with the consent of GA, respectfully request that the deadline for their response to GA's Motion for Summary Judgment be extended to January 29, 2026, with GA's reply due February 12, 2026.
.

DATED :    **January 14, 2026**

        Respectfully submitted,

        */s/ Daniel M. Press*
        Daniel M. Press
        D.C. Bar No. 419739
        CHUNG & PRESS, P.C.
        6718 Whittier Avenue, # 200
        McLean, VA 22101
        Ph. # 703-734-3800
        Fax # 703-734-0590
        dpress@chung-press.com