**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
      **Plaintiff,**

v.

**GRASSROOTS ANALYTICS, INC.,**
      **Defendant.**

Civil Action No.: 1:24-cv-03035-APM

-

**ORDER GRANTING**
**PLAINTIFF'S/COUNTERCLAIM-DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Upon consideration of PLAINTIFF'S/COUNTERCLAIM-DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT, and it appearing to the Court that the relief requested is in the interest of justice, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff/Counterclaim Defendants shall have until January 29, 2026 to respond to the Motion for Summary Judgment, and Defendant/Counterclaimant shall have until February 12, 2026, to file its Reply.

SO ORDERED, this ____ day of _____, 2026.

_____
United States District Judge