UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,**
        **Plaintiff,**

                                    Civil Action No.: 1:24-cv-03035-APM

v.

**GRASSROOTS ANALYTICS, INC.,**
        **Defendant.**

-

### PLAINTIFF'S/COUNTERCLAIM-DEFENDANTS' CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff and Counterclaim Defendants, through counsel, respectfully request a further 2 business day extension of time to file their response to Defendant/Counterclaimant Grassroots Analytics (GA)'s Motion for Summary Judgment.  In support hereof, Plaintiff and Counterclaim Defendants state as follows:

1.    Pursuant to the Order entered at Docket # 42, GA filed its Motion for Summary Judgment on December 18, 2025.   The response was due by January 15, 2026, but was extended by prior motion to January 29.

2.    The Motion is extensive, including 100 exhibits.

3.    Due to the weather requiring rescheduling of matters from earlier in the week, counsel has had limited time to complete the response.

4.    Accordingly, Plaintiff and Counterclaim Defendants request an extension of time to file their response, to Monday, February 2.  That would also extend the reply deadline to

Tuesday, February 17.

5. One prior extension of the deadline in Docket #42 has been sought and granted, as set forth above.

5. Counsel have conferred by email and counsel for GA has graciously consented to the extension sought herein.

WHEREFORE, Plaintiff and Counterclaim Defendants, with the consent of GA, respectfully request that the deadline for their response to GA's Motion for Summary Judgment be extended to February 2, 2026, with GA's reply due February 17, 2026.
.

DATED :   **January 29, 2026**

                                        Respectfully submitted,

                                        */s/ Daniel M. Press*
                                        Daniel M. Press
                                        D.C. Bar No. 419739
                                        CHUNG & PRESS, P.C.
                                        6718 Whittier Avenue, # 200
                                        McLean, VA 22101
                                        Ph. # 703-734-3800
                                        Fax # 703-734-0590
                                        dpress@chung-press.com