IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,<br><br>*Plaintiff*,<br>v.<br><br>GRASSROOTS ANALYTICS, INC.,<br><br>*Defendant*.<br>GRASSROOTS ANALYTICS, INC.,<br><br>*Counterclaim-Plaintiff*,<br>v.<br><br>PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)<br><br>*Counterclaim-Defendants*. | Civil Action No. 1:24-cv-03035-APM |

## NOTICE OF ERRATA

In the original version of Defendant & Counterclaim-Plaintiff Grassroots Analytics, Inc.'s Memorandum in Support of its Motion for Summary Judgment, ECF No. 43-2, some of the memorandum's citations to Grassroots Analytics, Inc.'s Statement of Undisputed Material Facts were off by one digit. Grassroots Analytics only realized this mistake while preparing its Reply in Support of its Motion for Summary Judgment, and now submits a corrected pleading which modifies only those citation errors. *See* Exhibit A. For the Court and the parties' convenience, Grassroots Analytics also submits a redline version of the corrected brief. *See* Exhibit B.

DATED: February 17, 2026                                       Respectfully Submitted,

By: /s/ *Elizabeth C. Lockwood*
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

Mark A. Lancaster (D.C. Bar No. 1620256)
General Counsel,
Grassroots Analytics, Inc.
mlancaster@grassrootsanalytics.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*