**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE, <br><br> *Plaintiff*, <br><br> v. <br><br> GRASSROOTS ANALYTICS, INC., <br><br> *Defendant*. <br> GRASSROOTS ANALYTICS, INC., <br><br> *Counterclaim-Plaintiff,* <br><br> v. <br><br> PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY) <br><br> *Counterclaim-Defendants*. | Civil Action No. 1:24-cv-3035-APM |

**JOINT STATUS REPORT**

Pursuant to the Court's May 27, 2026 Order (ECF No. 51), the parties jointly report that they are discussing whether it may be possible to resolve this matter without the need for further litigation. The parties jointly request that the Court defer setting a trial date or any further case deadlines for approximately thirty days to allow the parties to continue (and hopefully conclude) their ongoing negotiations.

DATED: June 4, 2026

Respectfully Submitted,

By: */s/ Kathryn Ali*
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)

1

Arianna Zoghi (D.C. Bar No. 90036562)
Ali & Lockwood LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Counsel for Defendant-Counterclaimant
Grassroots Analytics, Inc.*

*/s/ Daniel M. Press*
Daniel M. Press
D.C. Bar No. 419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, # 200
McLean, VA 22101
Ph. # 703-734-3800
dpress@chung-press.com

*Counsel for Plaintiff & Counterclaim-
Defendants*

2