# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE,

*Plaintiff,*

v.

GRASSROOTS ANALYTICS, INC.,

*Defendant.*

GRASSROOTS ANALYTICS, INC.,

*Counterclaim-Plaintiff,*

v.

PHIL EHR FOR CONGRESS CAMPAIGN COMMITTEE; PHIL EHR FOR SENATE CAMPAIGN COMMITTEE; PHIL EHR (INDIVIDUALLY)

*Counterclaim-Defendants.*

Civil Action No. 1:24-cv-03035-APM

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Grassroots Analytics, Inc. and Defendants Phil Ehr for Congress Campaign Committee, Phil Ehr for Senate Campaign Committee, and Phil Ehr, by and through their undersigned counsel, hereby notify the Court that they have settled this action and they stipulate and agree that all claims, counterclaims, demands, causes of action, and any other claims for relief asserted by any party in this action are dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses, and the Parties respectfully request that the Court close this case, there being no remaining claims or issues to be adjudicated.

1

DATED: August 13, 2026

By: /s/ *Arianna Zoghi*
Arianna Zoghi (D.C. Bar No. 90036562)
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
arianna.zoghi@alilockwood.com

*Counsel for Defendant-Counterclaimant Grassroots Analytics, Inc*

/s/ *Daniel M. Press*
Daniel M. Press (D.C. Bar No. 419739)
CHUNG & PRESS, P.C.
6718 Whittier Ave. #200
Mclean, Virginia 22101
(703) 734-3800
dpress@chung-press.com

*Counsel for Plaintiff-Counterclaim Defendants Phil Ehr for Congress Campaign Committee, Phil Ehr for Senate Campaign Committee, and Phil Ehr*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, the foregoing was filed with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Arianna Zoghi*
Arianna Zoghi